

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 JUN 29  PM 12: 35

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

U.S. POSTAGE $12.90
PRML 0021
Orig: 95835
Dest: 29201
06/27/18
11113386

**PRIORITY MAIL** — TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use   Label 107R, May 2014

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

6/27/18

Expected Delivery Day: 06/29/2018
USPS TRACKING NUMBER
9505 5265 4437 8178 2401 44

First Class Mail