D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>Defendant | Case No.: 2:18-cv-01633-RMG-BM<br><br>NOTICE OF HARMLESS ERROR<br>PURSUANT TO FRCP RULE 61 |

NOW COMES THE PRO SE plaintiff, a layman non-attorney, to call attention to typographical errors that appear in Court's docket document 5 [Doc.5, 6/29/2018].

Pursuant to FRCP Rule 61, the undersigned notifies all parties to entertain corrections to the Amended Complaint [Doc.5, 6/29/2018] as follows:

**EXAMPLE:** Page (pg.) Line (Ln.) -- page 4, line 10 reads **pg.4.ln.10.**

### CORRECTIONS

Amendment Complaint (Doc. No. 2)

Pg.1.Ln.17, "defendants and wrong doers", should read "defendant and wrong-doers"

Pg.1.Ln.22, "actions of the defendants", should read "action of the defendant".

Pg.1.Ln.23, "activities of the defendants", should read "activities of the defendant".

Pg.2.Ln.15, "One, of the two. F.B.I. special agent", should read "One, of the two, F.B.I. agents ".

Pg.3.Ln.1, "Had the U.S. Government (U.S.G.) conducted an adequate investigation ..", should read "Had the U.S. Government (herein U.S.G.) conducted an adequate investigation".

Pg.3.Ln.2, "free from the appearance of conflict", should read "free from the appearance of conflict-in-interest "

NOTICE OF HARMLESS ERROR PURSUANT TO FRCP RULE 61 - 1

1. Pg.8.Ln.8, "This Court's wisdom earnestly ", should read "This Court's wisdom **is** earnestly".

2. Pg.3.Ln.12, "Have crated a cult-like", should read "have created a cult-like"

3. Pg.8.Ln.22, "Port hoax, etc. are rewarded", should read "Port hoax, etc., **they** are rewarded".

4. Pg.9.Ln.25, "provided in the damages section", should read "in the **DAMAGES** section ".

5. Pg.12.Ln.19, "including: such as F.B.I. disgruntled", should read "including: F.B.I. disgruntled ".

6. Pg.13.Ln.5, "[W/D Sweigert]", should read "[wrong-doer [W/D] Sweigert]".

7. Pg.15.Ln.20, "support of Goodman that Webb", should read "support of Goodman, that Webb".

8. Pg.16.Ln.16, "this W/D used the email", should read "the W/D Richards used the email".

9. Pg.16.Ln.23, "F.B.I. informant who had been", should read "F.B.I. informant had been".

10. Pg.17.Ln.18, "—that purported is "evidence"", should read, "that is purported to be "evidence"".

11. Pg.19.Ln.16, "phase of the Port hoax.", should read, "phase of the Port hoax)."

12. Pg.19.Ln.22, "under law, expect those", should read "under law, except those".

13. Pg.32.Ln.8, ""state-owned of the national", should read "State-owned systems ".

14. Pg.32.Ln.13, "statements that he allegedly (presumed ", should read " statements (presumed ".

15. Pg.36.Ln.6, "spy ring in Congress.", should read, "spy ring in Congress"".

16. Pg.36.Ln.25, "Columbia (see above).", should read, "Columbia (see above))".

17. Pg.38,Ln.11, "via credit card processes that ", should read "credit card processors that".

18. Pg.38.Ln.14, The lines 14, 15,16 and 17 should be struck and treated as if moot.

19. Pg.41.Ln.6, "need to be silences –", should read, "need to be silenced –".

## ATTESTATION

The undersigned hereby attests that these corrections are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of July 2, 2018

_D. George Sweigert (signature)_
D. GEORGE SWEIGERT

NOTICE OF HARMLESS ERROR PURSUANT TO FRCP RULE 61 - 2

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 2:18-cv-01633-RMG-BM

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

On this day, July 2, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleadings (Notice of Harmless Error, Show Cause Motion, Request for Judicial Notice) with First Class postage affixed to the following parties.

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

*D. George Sweigert* (signature)
D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1