



First Class Mail