D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>       Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>       Defendant | Case No.: 2:18-cv-01633-RMG-BM<br><br>PLAINTIFF'S FIRST REQUEST FOR JUDICIAL NOTICE [RJN] |

NOW COMES THE PRO SE plaintiff, a layman non-attorney, to respectfully request this Court take notice of certain public records and documents. This Request for Judicial Notice [RJN] is submitted in support of the plaintiff's <u>Show Cause Motion as to Why the Defendant Should Not Be Deemed to have Received Constructive Notice of Pending Lawsuit.</u>

<u>PUBLIC ARTIFACT NUMBER ONE:</u>  Defendant Jason Goodman's YouTube video.

<u>PUBLIC ARTIFACT NUMBER TWO:</u>  Court docket in related litigation

<u>PUBLIC ARTIFACT NUMBER THREE:</u>  Document no. 60, 6/13/2018 posted in the court docket listed above

**ATTESTATION**

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of July 2, 2018

_D. George Sweigert_
D. GEORGE SWEIGERT

PLAINTIFF'S FIRST REQUEST FOR JUDICIAL NOTICE [RJN]