D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

RECEIVED
USDC CLERK, COLUMBIA, SC
2017 JUL -9 PM 3:03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 2:18-cv-01633-RMG-BM

**PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]**

NOW COMES THE PRO SE plaintiff, a layman non-attorney, to respectfully request this Court take notice of certain public records and documents. This Request for Judicial Notice [RJN] is submitted in support of the plaintiff's SHOW CAUSE MOTION AS TO WHY THE DEFENDANT SHOULD NOT RESTRAINED BY AN INJUNCTION TO CEASE AND DESIST DEFENDANT'S COPYRIGHT INFRINGEMENT (which accompanies this instant RJN).

PUBLIC ARTIFACT NUMBER ONE: "Exposing the Chavez Hoax" YouTube channel

PUBLIC ARTIFACT NUMBER TWO: YouTube video entitled, "Port Authority Bus Terminal Explosion Deemed 'Botched Terror Attempt' By NYPD", dated 12/11/2017 (4.4K+ views).

PUBLIC ARTIFACT NUMBER THREE: News article from 12/12/2017

PUBLIC ARTIFACT NUMBER FOUR: "SIXTH DECLARATION OF D. GEORGE SWEIGERT", [Doc.59, 6/07/2018] Case: 3:17-cv-00601-MHL

PUBLIC ARTIFACT NUMBER FIVE: YouTube video entitled, "**This is a Test of the Mobile Skype Broadcasting System** with Special Guest Quinn Michaels, dated 7/2/2018 (https://www.youtube.com/watch?v=XtR0aTqOnhA)

PUBLIC ARTIFACT NUMBER SIX: Court docket: Steele v. Goodman, U.S.D.C. for the Eastern District of Virginia (E.D.V.), Case: 3:17-cv-00601-MHL

PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

PUBLIC ARTIFACT NUMBER SEVEN: YouTube video entitled, "Imran Skates Part 2 – A Travesty of Justice Unfolding in Real Time #PakistaniMysteryMan", 7/03/2018 (3.8K+ views)

PUBLIC ARTIFACT NUMBER EIGHT: YouTube, LLC TERMS OF SERVICE

### ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of July 5, 2018

_D. George Sweigert_
D. GEORGE SWEIGERT

PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]