1

2

PUBLIC ARTIFACT NUMBER ONE:

3

4    Below is an accurate and true screen shot of the summary data for the YouTube channel "EXPOSING THE

5    CHAVEZ HOAX".

6

7     **Exposing the Chavez Hoax**

8    37 subscribers · 82 videos
     This YouTube channel is dedicated to **exposing** the lies, tricks, deceptions and **hoaxes** of YouTube pranksters
     and more sinister …                                                 SUBSCRIBE 37

9

10

11

12    Internet Uniform Resource Locator (URL): https://www.youtube.com/channel/UCE7tEW_y0gtxm82ihYAHANQ

13

14                                              Screen capture

15

16    

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

1

2    PUBLIC ARTIFACT NUMBER TWO:

3         Internet URL:  https://www.youtube.com/watch?v=gqwV8UfBd5g&t=4s

4    The YouTube video entitled, "Port Authority Bus Terminal Explosion Deemed 'Botched Terror Attempt' By

5    NYPD", dated 12/11/2017 (4.4K+ views).

6


7

8

9

10

11

12

13

14

15

16

17

18

19

20                              Screen captured:

21


22

23

24

25

26

27

28

PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

1
2
3    The latest efforts of this nefarious group have graduated to a level that demands action.
4    Their malicious attacks have gone too far.  Their deception must be exposed.  They must
     face justice for their acts.
5
6    They mask their method as childish antics and "troll" behavior but this is a charade to hide
7    their true, far more sinister purpose. They antagonize targets to elicit engagement and
     perpetuate discord.  They aim to make the very act of addressing their claims or actions
8    appear to bring down the value of the content here.  When lies go unchallenged, some may
9    begin to believe them.
10
11
12              begin to believe them.
13
              This group also aims to raise their profile and profits by exploiting the explosive growth of
14            the fantastic audience here, while they continue to deceive and attempt to take advantage of
              the Crowdsource community.
15
              To more effectively neutralize their efforts, Crowdsource the Truth will go back to ignoring
16            them and remain dedicated to investigative journalism, crowdsource fact checking and the
              serious work we have all set out to do.  If you also wish to ignore these individuals, please
17            continue to enjoy that effort here.
18
              Those interested in learning how the misguided, malignant personnel are carrying out their
19            nefarious plans and help put an end to their wrongdoing may do so at a new YouTube
              channel "Exposing the Chavez Hoax" with content coming soon, link below:
20
21              https://www.youtube.com/channel/UCE7t...
22              Thank you for your ongoing support.
23    https://www.youtube.com/channel/UCE7tEW_y0gtxm82ihYAHANQ
24
25
26
27
28
     PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

1

2

3
<u>PUBLIC ARTIFACT NUMBER THREE:</u>

4
Internet URL:  https://www.cnn.com/2017/12/11/us/new-york-possible-explosion-port-authority-subway/index.html

5

6

7
# Suspect in attempted 'terrorist attack' pledged allegiance to ISIS, officials say

8

9
By Brynn Gingras, Emanuella Grinberg and Eliott C. McLaughlin, CNN

Updated 10:58 AM ET, Tue December 12, 2017

10

11

12

13


14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

PUBLIC ARTIFACT NUMBER FOUR:

"SIXTH DECLARATION OF D. GEORGE SWEIGERT", [Doc.59, 6/07/2018] Case: 3:17-cv-00601-MHL

Excerpt from the SIXTH DECLARATION OF D. GEORGE SWEIGERT, Doc. 59, 6/7/2018.

3:17-cv-00601-MHL Steele et al v. Goodman et al, M. Hannah Lauck, presiding, Date filed: 09/01/2017,

Date of last filing: 06/13/2018

## SIXTH DECLARATION OF D. GEORGE SWEIGERT

Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to affirm and attest the facts described below under penalties of perjury. The undersigned attests and affirms that all attached exhibits are true and accurate copies of sources (such as Internet web sites or e-mail messages).

### I.      JASON GOODMAN DISPARAGES THE NAME OF THE COURT

Defendant Jason Goodman has released yet another video production on yet another YouTube channel – "Crazy Dave's Insane-a-torium", which is a reference to the undersigned. As seen in Exhibit One defendant Goodman published a video entitled "The Webb of Lies and the Lying Liars Who Weave It....". May 9, 2018. The video features the undersigned in a dunce cap, straight jacket and a jail booking placard that reads "CRAZY DAVE". [Exh. 1].

In the video at 8:32 Goodman proclaims:

**The entire document follows.**

PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL. | Case No.: 3:17-CV-601-MHL |
| Plaintiff, | |
| vs. | DECLARATION OF D. GEORGE SWEIGERT |
| JASON GOODMAN, ET. AL. | |
| Defendant | |

### SIXTH DECLARATION OF D. GEORGE SWEIGERT

Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to affirm and attest the facts described below under penalties of perjury. The undersigned attests and affirms that all attached exhibits are true and accurate copies of sources (such as Internet web sites or e-mail messages).

### I.      JASON GOODMAN DISPARAGES THE NAME OF THE COURT

Defendant Jason Goodman has released yet another video production on yet another YouTube channel – "Crazy Dave's Insane-a-torium", which is a reference to the undersigned. As seen in Exhibit One defendant Goodman published a video entitled "The Webb of Lies and the Lying Liars Who Weave It....". May 9, 2018. The video features the undersigned in a dunce cap, straight jacket and a jail booking placard that reads "CRAZY DAVE". [Exh. 1].

In the video at 8:32 Goodman proclaims:

08:47: GOODMAN. Why don't you release whatever evidence it is you think you have. And you can intervene in the lawsuit. We all know it is a fake lawsuit.

Mr. Goodman then continues with his insinuations that the undersigned somehow assisted in some way with regards to the Port of Charleston "Dirty Bomb Hoax" incident that took place on June 14, 2017.

08:54: GOODMAN. Is it possible that these guys are getting upset that I am talking about how they orchestrated a bomb hoax. With the intention of putting me in jeopardy? [Exh. 1].

DECLARATION OF D.GEORGE SWEIGERT - 1

1       **DENIED.** The undersigned denies the notion – in its entirety – that he somehow assisted, aided, planned,

2   coordinated or executed any actions or activities associated with the reporting of a radiological device to the U.S.

3   Coast Guard Section Duty Officer in Charleston, South Carolina or 8,000 tweets sent to the 7th District Coast Guard

4   area Incident Command.

5       The undersigned has been driven to publishing a book about the above cited incident to clear his name from

6   the defendant's insinuations, accusations and allegations. The book is entitled "Report: Port of Charleston Dirty

7   Bomb Hoax and Social Media Liability". **[Exh. 2].**

8

9   II.     **INSINUATIONS CONTINUE REGARDING NEW MEXICO ASSASSINATION PLOT**

10      Exhibit Three consists of a screen shot of another Jason Goodman YouTube video, entitled, "Serco's Four

11  Horsemen and the North Tower on 9/11 with Special Guest David Hawkins", May 29, 2018. **[Exh.3].** The bulk of

12  the video is a discussion about conspiracy theories related to the 9/11/2201 collapse of the World Trade Center

13  Towers. At 1.00:01 Goodman proclaims:

14      01.00:01:  GOODMAN.  I do want to come back to one topic, though, can I?  So you spoke about the

15  magnatron and this is amazingly coincidental.  That you would bring this up in our conversation, today.  I have

16  mentioned to you in the past … uh … my associate Quinn Michaels.  And in about December Quinn suffered a

17  spontaneous collapse of his lung.....

18      01.00:37:  GOODMAN.  But, we speculated at the time .. uh .. that it could have been caused by a

19  microwave weapon.  **[Exh. 3]**

20      **DENIED.**  Again, the undersigned denies any notion – in its entirety – that he has some knowledge about

21  microwave weaponry, has used such weaponry, has become familiar with such weaponry or has any operational

22  weaponry.  The notion that the undersigned is involved in microwave weapons, uses such weapons, has a

23  background in such weapons, or any other extrapolation of this notion is hereby denied.

24      In a video produced by Mr. Goodman, entitled, "The Anonymous DarkNet Cult of Michael", March 29,

25  2018, Mr. Goodman proclaims (**[Exh. 4]**):

26      14:52.  GOODMAN.  And I would recommend that the people that may or may not be pursuing Quinn

27  should do the same thing.

28

DECLARATION OF D.GEORGE SWEIGERT - 2

15:00: GOODMAN. You and I saw some evidence that indicated that David Sweigert [the undersigned] was aware of your [Quinn] location in Vaughn, New Mexico. How could he have possibly known that?

**DENIED.** Once again, the undersigned denies all insinuations, allegations and accusations that I had any knowledge of the whereabouts of Quinn Michaels (Korey Atkin) when Mr. Michaels suffered the ruptured bleb on his lung which occurred near Vaughn, New Mexico in December 2017.

The assertions by Mr. Goodman that the undersigned had some type of knowledge as to the whereabouts of Mr. Michaels is completely denied in the most militant and strongest terms. This is a falsehood and devoid of truth.

48:44: GOODMAN. Robert David Steele's [plaintiff] stupid attorney sent me a letter – it is my opinion – that he is stupid, and I am free to exercise my opinions saying he is a stupid man.

49:15: GOODMAN. David Sweigert [undersigned] has been very active in trying to create false evidence. They all work together.

49:46: GOODMAN. Manual Chavez, Robert David Steele, David Sweigert all work together. **[Exh. 4]**

**DENIED.** Once again, the undersigned denies all insinuations, allegations and accusations that I had any knowledge of plans, anticipated actions, activities, methods, techniques or any such appearance of cooperation with any other party concerning issues related to Robert David Steele.

**DENIED.** Once again, the undersigned denies all insinuations, allegations and accusations that I have created "fake evidence" or evidence of a fake nature. The notion of this allegation is denied in the strongest possible terms in all its forms. This is a falsehood and devoid of truth.

**III.     COMPLAINT FILED WITH HUMAN RIGHTS COMMISSION**

Attached for the record is the Complaint submitted to the San Francisco Human Rights Commission. **[Exh. 5]**



D. S.
5-30-18

DECLARATION OF D.GEORGE SWEIGERT - 3

I hereby attest that all exhibits are accurate and true reproductions of their source appearance (from Internet web-sites). I hereby attest that the foregoing statements have been made under penalties of perjury.


Dated this day of May 30, 2018


D. GEORGE SWEIGERT


DECLARATION OF D.GEORGE SWEIGERT - 4

1

2

3 **LIST OF EXHIBITS**

4

5 I. YouTube show "The Webb of Lies and the Lying Liars Who Weave It....". May 9, 2018

6 II. Report: Port of Charleston Dirty Bomb Hoax and Social Media Liability

7 III. YouTube show Serco's Four Horsemen and the North Tower on 9/11 with Special Guest

8   David Hawkins", May 29, 2018

9 IV. YouTube show The Anonymous DarkNet Cult of Michael", published March 29, 2018

10 V. Complaint to the San Francisco Human Rights Commission

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 5

1
2
3
4
5
6
7
8
# EXHIBIT ONE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF D.GEORGE SWEIGERT - 6

**https://www.youtube.com/watch?v=Dc4blrDmrhA**



1
2
3
4
5
6
7
8 **EXHIBIT TWO**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF D.GEORGE SWEIGERT - 8



Look inside ↓

# Report: The Port of Charleston Dirty Bomb Hoax and Social Media Liability

by Dave Sweigert (Author)

★★★☆☆ ▾   15 customer reviews

▸ See all formats and editions

| Paperback |
| --- |
| $6.95 |

3 New from $6.95

The only report that has ever been written about the Port of Charleston, S.C. Dirty Bomb Hoax of June 14, 2017. This booklet describes how social media hoax news sites can attack America's critical infrastructure. Seemingly, these deception merchants operate with no threat of legal action. This fertile environment has allowed the consequence-free attacks on maritime ports, generation of hysteria of supposed assassination plots, and generate fear over unsafe consumer products. The next generation of

▸ Read more



**The Amazon Book Review**
Author interviews, book reviews, editors picks, and more. Read it now


See all 2 images

DECLARATION OF D.GEORGE SWEIGERT - 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT THREE

DECLARATION OF D.GEORGE SWEIGERT - 10

https://www.youtube.com/watch?v=S9TVLd6ykG8



6,161 views

225  16

Serco's Four Horsemen and the North Tower on 9/11 with Special Guest David Hawkins

Jason Goodman
58K

+ Add to    Share    ••• More

DECLARATION OF D.GEORGE SWEIGERT - 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FOUR

DECLARATION OF D.GEORGE SWEIGERT - 12

https://www.youtube.com/watch?v=lUT8hMfzus0&t=923s



the anonymous death cult of michael

The Anonymous DarkNet Cult of Michael

31,752 views

763    630

Jason Goodman    58K

Add to    Share    More

Published on Mar 29, 2018

https://www.youtube.com/results

DECLARATION OF D.GEORGE SWEIGERT - 13

1
2
3
4
5
6
7
8
9
10
11
12

# EXHIBIT FIVE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF D.GEORGE SWEIGERT - 14

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 15

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

HUMAN RIGHTS COMMISSION
SAN FRANCISCO, CALIFORNIA

D. GEORGE SWEIGERT

      Complainant

vs.

PATREON.

      Respondent

Case No.:

COMPLAINT OF D.
GEORGE SWEIGERT

### COMPLAINT OF TRANSMISSION OF HATE SPEECH

Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to affirm and attest to the below facts under penalties of perjury. The undersigned attests and affirms that all attached exhibits are true and accurate copies of sources (such as Internet web sites). Contained herein on complaints against the Respondent for continued gross and reckless promotion of hate speech on its social media platform.

### I.    PATREON, INC.

PATREON, INC. maintains commercial office space at 230 9th Street, San Francisco, CA 94103 and 461 28th Street, San Francisco, CA 94131. The following text appears on the web-site (as of June 1, 2018) advertised as https:www.patreon.com/about:

> In 2013, YouTube musician Jack Conte was looking for a solution to his problem: millions of people loved his videos, but only hundreds of dollars were hitting his bank account. This didn't add up, so he drafted up an idea (hey, we're Patreon) and brought it to his college roommate Sam Yam, now co-founder of Patreon. Now it's 2018, and Patreon is the solution to this same problem for over 100k creators.

Patreon controls the promulgation of "hate speech" via a mechanism known as the "Trust and Safety" team enforcement of Community Guidelines, as stated below from the web-site: https://www.patreon.com/guidelines : (as of May 30, 2018).

COMPLAINT OF D.GEORGE SWEIGERT - 1

Please realize that Patreon is a diverse community and, while you may not necessarily agree with someone's point of view, it may not be a violation of our community guidelines. That said, when you see a page on Patreon that you feel violates our community guidelines, please take the time to report them via our reporting tool. You can read more about how to report a creator or a post **here**. The Trust & Safety team will review the report and if the Community Guidelines have been violated, the team will get in touch with the creator to let them know.

Also appearing on this web-site page is the following text (as of May 30, 2018):

Bullying and Harassment:
You cannot attempt to intimidate anyone, either directly or by using your influence over others. We treat real life interactions more seriously than online interactions when analyzing whether a line has been crossed, because it can be more threatening and lead to physical violence. When both sides engage in similar behavior, such as feuds between public figures, we are less likely to take action.
Threats:
Anyone on Patreon should be able to express their opinion in a way that doesn't threaten another person. In this respect, we take threats of violence very seriously. Any creator or patron threatening the well-being of an individual or group of people will be removed. This includes threatening behavior such as stalking or inciting others to commit violent acts.

The adequacy and effectiveness of the Patreon "Trust and Safety" team is the core issue of the compliant. The undersigned asserts that the Trust and Safety controls are ineffective. The net result of the ineffectiveness of these controls has been to place the corporation in increased risk of serious civil litigation by the undersigned and hundreds of others.

For example, Patreon has allowed the continued use of its platform by an individual known as Jason David Goodman of 252 7th Avenue, #6S, New York, NY 10001. Mr. Goodman has created a non-legal name (unregistered corporate name) known as "CrowdSource The Truth" (herein CSTT). CSTT has a long history for posting defamatory, slanderous content based on perceived stereotypes that indict racial superiority on the part of Mr. Goodman and his associates.

COMPLAINT OF D.GEORGE SWEIGERT - 2

## I.    HATE SPEECH CONTENT

Mr. Goodman is fond of using stereotyping to create "triggers" as he calls it to activate the emotional response's of his perceived rivals.  Terms such as stupid, worthless, waste of oxygen and worm are terms that Mr. Goodman relies upon to describe the undersigned (a U.S. Air Force veterans with two Masters degrees).



In the dual posted video (posted to Patreon and YouTube simultaneously) entitled "The Trolls of Mt. Shasta" Mr. Goodman arranged for three additional people to focus an entire episode (36 minutes) solely on the undersigned.



COMPLAINT OF D.GEORGE SWEIGERT - 3



06:44: GOODMAN: Dave is stupid I don't know if dave [undersigned] has some mental disability that's for an expert to determine I can only speculate based on the things that he says.



32:20: GOODMAN: if he [undersigned] wasn't the worm that he is .. the waste of oxygen .. the disgusting human being whose own father knew that the proper place for him was to sleep on newspaper with dog shit …

COMPLAINT OF D.GEORGE SWEIGERT - 4

## II.     PATREON HAS BEEN PREVIOUSLY WARNED ABOUT MR. GOODMAN

Herein is the text of an e-mail message to the General Counsel of Patreon on November 29, 2017.

From: Spoliation Notice <spoliation-notice@mailbox.org>
To: colin@patreon.com, legal@patreon.com, disable@patreon.com
Cc: truth@crowdsourcethetruth.org, contact@unrig.net, Spoliation Notice <spoliation-notice@mailbox.org>,
feedback <feedback@calbar.ca.gov>, info <info@privacyrights.org>
Date: November 29, 2017 at 7:15 PM
Subject: Litigation hold -- Doxing and Harassement
To:
Colin Sullivan
Bar no. 285203
General Counsel
Patreon, Inc.

Dear Sir,

This notice requests that you begin the process of a litigation hold on all electronic evidence stored, processed or transmitted by your organization for the following account:

    crowdsourcethetruth

The operator of this account is a defendant in a federal lawsuit:

    Jason Goodman

This request is an evidence preservation request to prevent spoliation of electronic evidence that will be sought in federal litigation (please consult Federal Rules of Civil Procedure for guidance).

Mr. Goodman is a defendant to allegations that concern public doxing, copyright violations, harassment and hate speech. All which appear to violate the community standards policy of Patreon.

Recently, Mr. Goodman has allegedly published a series of videos on your platform that attack the privacy, physical characteristics, and intelligence of private citizens in the State of California that Mr. Goodman perceives may be friends of the plaintiff in this federal lawsuit.

Therefore, as your company holds this evidence, and as it will be required to be admitted into the court record, a strong request is hereby made that you preserve this evidence (account application, invoices, payments, video content, records of messages, transactions with Mr. Goodman, etc.).

As many of these actions allegedly violate California privacy laws, there is an increased duty to preserve these records as follow-up complaints shall be lodged with the California Attorney General with a copy of this notification.

If your organization allows this behavior to persist, serious consideration will be given to adding Patreon as a co-defendant in this federal litigation -- as your company will only be aiding in the distribution of the offense material.

This is a very serious matter as law enforcement has become involved.

Thank you.

Evidence Collection Team

COMPLAINT OF D.GEORGE SWEIGERT - 5

1    The undersigned attests and affirms that all embedded exhibits are true and accurate copies of sources (such

2    as Internet web sites or e-mail messages).

3    All of the foregoing is attested to and sworn to under the penalties of perjury.

4

5            Dated this day of May 30, 2018

6

7

8            D. GEORGE SWEIGERT

9

10           Copies provided via First Class Mail

11

12           Human Rights Commission
             25 Van Ness Avenue, 8th Floor
13           San Francisco, CA 94102
             hrc.info@sfgov.org
14

15           General Counsel
             230 9th Street
16           San Francisco, CA 94103 and

17           General Counsel
             461 28th Street
18           San Francisco, CA 94131

19           privacy@patreon.com

20

21

22

23

24

25

26

27

28

COMPLAINT OF D.GEORGE SWEIGERT - 6

1   **D. GEORGE SWEIGERT, C/O**
     **336 BON AIR CENTER #241**
2   **GREENBRAE, CA 94904**

3

4              **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE EASTERN DISTRICT OF VIRGINIA**
                   **RICHMOND DIVISION**
5

6   **ROBERT DAVID STEELE, ET. AL.**        **Case No.: 3:17-CV-601-MHL**

7         **Plaintiff,**

8   **vs.**                      **CERTIFICATE OF SERVICE**

9   **JASON GOODMAN, ET. AL.**

10         **Defendant**

11              **CERTIFICATE OF SERVICE**

12   On this day, May 30, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached

13   pleading (with First Class postage affixed) to the following parties.

14                **Fernando Galindo, Clerk**
15                **U.S. District Court, E.D. VA**
                 **Federal Courthouse**
16                **701 East Broad Street**
                 **Richmond, VA 23219**
17

18                **Steven S. Biss (VSB # 32972)**
                 **300 West Main Street, Suite 102**
19                **Charlottesville, Virginia 22903**

20                **Terry Catherine Frank**
                 **Kaufman & Canoles PC**
21                **1021 E. Cary Street, Suite 1400**
                 **PO Box 27828**
22                **Richmond, VA 23219**

23                **Jason Goodman**
24                **252 7th Avenue #6S**
                 **New York, NY 10001**
25

26   I hereby attest under the penalties of perjury that the foregoing is true and accurate.

27                            _D. GEORGE SWEIGERT_

28
   CERTIFICATE OF SERVICE - 1

1

2

3    PUBLIC ARTIFACT NUMBER FIVE:

4    Relevant remarks made by Jason Goodman in YouTube video posted to the Jason Goodman channel.

5    https://www.youtube.com/watch?v=XtR0aTqOnhA

6

7

8

9

10



11

12

13

14

15

16

17    **This is a Test of the Mobile Skype Broadcasting System** with Special Guest Quinn Michaels

18     Jason Goodman

19    ▶ Subscribe 60K                                                4,091 views

20    The above image was captured at:

21

22    

23

24

25

26

27

28

PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

In the video entitled, "**This is a Test of the Mobile Skype Broadcasting System** with Special Guest Quinn Michaels, dated 7/2/2018, (https://www.youtube.com/watch?v=XtR0aTqOnhA) Mr. Goodman proclaims:

28:15    **GOODMAN.**  You know Quinn, I posted all of Dave's videos [the undersigned]  – or a huge number of Dave's videos – uh, just a couple of weeks ago.  And Dave had them taken down by issuing copyright strikes.



50:07  **GOODMAN.**  That's why I wanted to re-post those videos that Dave had made.  Cause he is putting them out there and then deleting them.  Because I believe he is using YouTube as a communications network.



PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

1

2

3    PUBLIC ARTIFACT NUMBER SIX:

4

5    U.S.D.C. for the E.D.V. docket

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

**3:17-cv-00601-MHL** Steele et al v. Goodman et al
M. Hannah Lauck, presiding
**Date filed:** 09/01/2017
**Date of last filing:** 06/13/2018

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* *Entered:* | 09/01/2017 09/05/2017 | Complaint |
|  | *Filed & Entered:* | 09/08/2017 | Notice of Correction |
| 2 | *Filed & Entered:* | 09/08/2017 | Corporate Disclosure Statement |
| 3 | *Filed & Entered:* | 09/08/2017 | Proposed Summons |
| 4 | *Filed & Entered:* | 09/08/2017 | Proposed Summons |
| 5 | *Filed & Entered:* | 09/08/2017 | Proposed Summons |
| 6 | *Filed & Entered:* | 09/08/2017 | Summons Issued |
| 7 | *Filed & Entered:* | 09/08/2017 | Proposed Summons |
| 8 | *Filed & Entered:* | 09/11/2017 | Order |
| 9 | *Filed & Entered:* | 09/12/2017 | Financial Disclosure Statement |
| 10 | *Filed & Entered:* | 09/12/2017 | Summons Issued |
| 11 | *Filed & Entered:* | 09/21/2017 | Affidavit |
|  | *Filed & Entered:* | 09/22/2017 | Notice of Correction |
| 12 | *Filed & Entered:* | 09/28/2017 | Summons Returned Executed |
| 13 | *Filed & Entered:* | 10/05/2017 | Summons Returned Executed |
| 14 | *Filed & Entered:* | 10/06/2017 | Answer to Complaint |
| 15 | *Filed & Entered:* *Terminated:* | 10/17/2017 10/24/2017 | Motion for Extension of Time to File Answer |
| 16 | *Filed & Entered:* | 10/24/2017 | Order on Motion for Extension of Time to Answer |
| 17 | *Filed & Entered:* | 11/02/2017 | Certificate of Service |
| 18 | *Filed:* *Entered:* | 11/02/2017 11/03/2017 | Summons Returned Unexecuted |
| 19 | *Filed & Entered:* | 11/06/2017 | Summons Returned Executed |
| 20 | *Filed & Entered:* | 11/08/2017 | Notice of Appearance |
| 21 | *Filed & Entered:* *Terminated:* | 11/08/2017 04/11/2018 | Motion to Dismiss |
| 22 | *Filed & Entered:* | 11/08/2017 | Memorandum in Support |
| 23 | *Filed & Entered:* | 11/15/2017 | Request for Hearing |
| 24 | *Filed & Entered:* | 11/20/2017 | Memorandum in Opposition |
| 25 | *Filed & Entered:* | 11/27/2017 | Motion for Extension of Time to File Response/Reply |

| | | | |
|---|---|---|---|
| | *Terminated:* | 11/28/2017 | |
| <u>26</u> | *Filed & Entered:* | 11/28/2017 | ● Order on Motion for Extension of Time to File Response/Reply |
| <u>27</u> | *Filed & Entered:*<br>*Terminated:* | 12/04/2017<br>12/05/2017 | ● Motion for Extension of Time to File Response/Reply |
| <u>28</u> | *Filed & Entered:* | 12/05/2017 | ● Order on Motion for Extension of Time to File Response/Reply |
| <u>29</u> | *Filed & Entered:* | 12/08/2017 | ● Reply to Response to Motion |
| <u>30</u> | *Filed & Entered:*<br>*Terminated:* | 01/23/2018<br>03/09/2018 | ● Request Entry of Default |
| <u>31</u> | *Filed:*<br>*Entered:* | 02/21/2018<br>02/22/2018 | ● Letter |
| <u>32</u> | *Filed & Entered:* | 02/23/2018 | ● Letter |
| <u>33</u> | *Filed & Entered:* | 03/01/2018 | ● Letter |
| <u>34</u> | *Filed & Entered:* | 03/07/2018 | ● Response |
| <u>35</u> | *Filed & Entered:* | 03/09/2018 | ● Order on Motion for Entry of Default |
| <u>36</u> | *Filed & Entered:*<br>*Terminated:* | 03/25/2018<br>04/11/2018 | ● Motion to Amend/Correct |
| <u>37</u> | *Filed & Entered:* | 03/25/2018 | ● Memorandum in Support |
| <u>38</u> | *Filed & Entered:* | 04/11/2018 | ● Order on Motion to Amend/Correct |
| <u>39</u> | *Filed & Entered:* | 04/13/2018 | ● Amended Complaint |
| <u>40</u> | *Filed & Entered:* | 04/17/2018 | ● Proposed Summons |
| <u>41</u> | *Filed & Entered:* | 04/19/2018 | ● Summons Issued |
| <u>42</u> | *Filed & Entered:*<br>*Terminated:* | 04/26/2018<br>04/27/2018 | ● Motion for Extension of Time to File Response/Reply |
| <u>43</u> | *Filed & Entered:* | 04/27/2018 | ● Order on Motion for Extension of Time to File Response/Reply |
| <u>44</u> | *Filed:*<br>*Entered:* | 04/30/2018<br>05/01/2018 | ● Answer to Complaint |
| <u>45</u> | *Filed:*<br>*Entered:* | 04/30/2018<br>05/01/2018 | ● Motion to Dismiss |
| <u>46</u> | *Filed:*<br>*Entered:* | 04/30/2018<br>05/01/2018 | ● Motion to Sever |
| <u>47</u> | *Filed & Entered:* | 05/11/2018 | ● Motion to Dismiss for Failure to State a Claim |
| <u>48</u> | *Filed & Entered:* | 05/11/2018 | ● Memorandum in Support |
| <u>49</u> | *Filed & Entered:* | 05/14/2018 | ● Memorandum in Opposition |
| <u>50</u> | *Filed & Entered:* | 05/14/2018 | ● Memorandum in Opposition |
| <u>51</u> | *Filed:*<br>*Entered:* | 05/22/2018<br>05/23/2018 | ● NOTICE |
| <u>52</u> | *Filed:*<br>*Entered:* | 05/23/2018<br>05/24/2018 | ● Reply to Response to Motion |
| <u>53</u> | *Filed & Entered:* | 05/25/2018 | ● Memorandum in Opposition |
| <u>54</u> | *Filed & Entered:* | 05/25/2018 | ● NOTICE |
| <u>55</u> | *Filed:* | 05/29/2018 | ● NOTICE |

| | *Entered:* | 05/30/2018 | |
|---|---|---|---|
| <u>56</u> | *Filed & Entered:* | 05/30/2018 | ◉ NOTICE |
| <u>57</u> | *Filed & Entered:* | 05/31/2018 | ◉ Reply to Motion |
| <u>58</u> | *Filed:* | 06/01/2018 | ◉ NOTICE |
| | *Entered:* | 06/04/2018 | |
| <u>59</u> | *Filed & Entered:* | 06/07/2018 | ◉ NOTICE |
| <u>60</u> | *Filed:* | 06/13/2018 | ◉ NOTICE |
| | *Entered:* | 06/14/2018 | |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/05/2018 11:49:49 | | |
| **PACER Login:** | ▬▬▬▬▬ | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 3:17-cv-00601-MHL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

1

2  <u>PUBLIC ARTIFACT NUMBER SEVEN:</u>

3       Internet URL:  https://www.youtube.com/watch?v=zbKCT4-km9U



Imran Skates Part 2 – A Travesty of Justice Unfolding in Real Time #PakistaniMysteryMan

3,878 views

Jason Goodman
Streamed live 7 hours ago

SUBSCRIBE 60K

Imran Awan is not being held accountable for what may be the most serious case of espionage in

Screen captured:



PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

1

PUBLIC ARTIFACT NUMBER EIGHT:  Terms of Service, YOUTUBE, LLC

2

https://www.youtube.com/static?template=terms

3

4

5

6

7

8

9

10

11

12

13

14

15

16



The above image was captured at:

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE [RJN]

**YT TERMS OF SERVICE (T/S)**

YT T/S agreement, quoted in relevant part (emphasis added).

**6. Your Content and Conduct**

A. N/A

B. You shall be solely responsible for your own Content and the consequences of submitting and publishing your Content on the Service. **You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit;** and you license to YouTube all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication on the Service pursuant to these Terms of Service.

C. N/A

D. You further agree that Content you submit to the Service **will not contain third party copyrighted material, or material that is subject to other third party proprietary rights,** unless you have permission from the rightful owner of the material or you are otherwise legally entitled to post the material and to grant YouTube all of the license rights granted herein.

E. You further agree that you will not submit to the Service any Content or other material that is contrary to the YouTube Community Guidelines, currently found at https://www.youtube.com/t/community_guidelines, which may be updated from time to time, or contrary to applicable local, national, and international laws and regulations.

6. Your Content and Conduct

A. As a YouTube account holder you may submit Content to the Service, including videos and user comments. You understand that YouTube does not guarantee any confidentiality with respect to any Content you submit.

B. You shall be solely responsible for your own Content and the consequences of submitting and publishing your Content on the Service. You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit; and you license to YouTube all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication on the Service pursuant to these Terms of Service.

C. For clarity, you retain all of your ownership rights in your Content. However, by submitting Content to YouTube, you hereby grant YouTube a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Content in connection with the Service and YouTube's (and its successors' and affiliates') business, including without limitation for promoting and redistributing part or all of the Service (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the Service a non-exclusive license to access your Content through the Service, and to use, reproduce, distribute, display and perform such Content as permitted through the functionality of the Service and under these Terms of Service. The above licenses granted by you in video Content you submit to the Service terminate within a commercially reasonable time after you remove or delete your videos from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted. The above licenses granted by you in user comments you submit are perpetual and irrevocable.

D. You further agree that Content you submit to the Service will not contain third party copyrighted material, or material that is subject to other third party proprietary rights, unless you have permission from the rightful owner of the material or you are otherwise legally entitled to post the material and to grant YouTube all of the license rights granted herein.

E. You further agree that you will not submit to the Service any Content or other material that is contrary to the YouTube Community Guidelines, currently found at https://www.youtube.com/t/community_guidelines, which may be updated from time to time, or contrary to applicable local, national, and international laws and regulations.

F. YouTube will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data Processing Terms (www.youtube.com/t/terms_dataprocessing), except in cases where you uploaded such content for personal purposes or household activities. Learn more here: support.google.com/youtube/?p=data_applicability.

The above image captured at:

