**Affidavit** of Jason Goodman

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 AUG -3  AM 10: 47

Jason Goodman )

252 7th Avenue #6s )

New York, NY 10001 )

Jason Goodman, being first duly sworn, on oath deposes and says:

1. He is the defendant in Cause No. Case No.:2:18-cv-01633-RMG-BM in the United States District Court for South Carolina. He resides in New York City in the state of New York.

2. All of the facts set forth in the foregoing Motion to Dismiss are true and correct and within Mr. Goodman's personal knowledge.

3. The source of his information is that he has personal knowledge of what Plaintiff did and failed to do to allegedly attempt to effect service of process on him. He has personal knowledge of the other events and circumstances discussed in the Motion to Dismiss.

4. This affidavit is made for the purpose of supporting the foregoing Motion to Dismiss.

_____
Jason Goodman

Subscribed and sworn to before me on the __2__ day of __August__, 2018

_____
Notary Public for the State of New York

CHARMAINE E AIKEN
Notary Public – State of New York
NO. 01AI6364573
Qualified in Kings County
My Commission Expires Sep 18, 2021