ORIGIN ID:TSSA   (212) 244-8585
JASON GOODMAN (NYC)
21ST CENTURY 3D
252 7TH AVENUE

NEW YORK, NY 10001
UNITED STATES US

SHIP DATE: 02AUG18
ACTWGT: 1.00 LB
CAD: 3250694/INET4040

BILL SENDER

TO **CLERK OF THE COURT**
**U.S. DISTRICT COURT DISTRICT OF SC**
**85 BROAD STREET**

**CHARLESTON SC 29401**
(843) 579-1401    REF: MOTION TO DIMISS



FRI - 03 AUG 3:00P
**STANDARD OVERNIGHT**

TRK# 7728 8195 5597
0201



X7 RBWA    29401
SC-US  CHS




