1  D. GEORGE SWEIGERT, C/O
2  336 BON AIR CENTER #241
   GREENBRAE, CA 94904
3
4                     IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF SOUTH CAROLINA
5
6  D. GEORGE SWEIGERT                      Case No.: 2:18-cv-01633-RMG-BM
7           Plaintiff,
8  vs.                                     CERTIFICATE OF SERVICE
9  JASON GOODMAN
10          Defendant
11
12                            **CHANGE OF ADDRESS**
13 Attention to the Clerk of the Court. The plaintiff has changed his address. Please update the Court's records.
14 New address:
15
16                    D. GEORGE SWEIGERT c/o
                      GENERAL DELIVERY
17                    MOUNT SHASTA, CALIFORNIA 96067
18
19
20
21 I hereby attest under the penalties of perjury that the foregoing is true and accurate.
22
23                                     _D. GEORGE SWEIGERT_
24                                              (ORIGINAL)
25
26
27
28
   CERTIFICATE OF SERVICE - 1

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG -6  AM 10: 57

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 2:18-cv-01633-RMG-BM

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

On this day, August ___, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleading (with First Class postage affixed) to the following parties.

    Clerk of the Court
    U.S. District Court
    Matthew J. Perry, Jr. Courthouse
    901 Richland Street
    Columbia, South Carolina 29201

    Jason Goodman
    252 7th Avenue #6S
    New York, NY 10001

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

                                              D. GEORGE SWEIGERT

(ORIGINAL)

CERTIFICATE OF SERVICE - 1