D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

RECEIVED
USDC CLERK, COLUMBIA
2018 AUG -6  AM 10: 57

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

29201-232801

COLUMBIA SC 290
04 AUG 2018 PM 2 L

EM X-RAYED BY
USMS



USA FIRST-CLASS FOREVER