D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067

**PRIORITY MAIL**
TRACKED ★★★ INSURED
UNITED STATES POSTAL SERVICE®
For Domestic and International Use    Label 107R, May 2014

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 13  AM 11: 19

U.S. POSTAGE $6.45
PRML  0006
Orig: 95835
Dest: 29201
08/10/18
11113386

**PRIORITY MAIL 2-Day®**
0 Lb 3.60 Oz
Expected Delivery Day: 08/13/2018    0006
C068

USPS TRACKING NUMBER
9505 5205 4437 8222 2631 67

ITEM X-RAYED BY
USMS
8-13


















FIRST CLASS MAIL

DuPont™ Tyvek® Protect What's Inside.

Columbian. ITEM NO. CO805