D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>Defendant | Case No.: 2:18-cv-01633-RMG-BM<br><br>**PLAINTIFF'S FRCP RULE 12(f) MOTION TO STRIKE DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS (Entry 9-1, 08/03/2018)** |

## PLAINTIFF'S FRCP RULE 12(f) MOTION TO STRIKE DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS (Entry 9-1, 08/03/2018)

NOW COMES THE PRO SE plaintiff, a layman non-attorney acting in the public interest as a private attorney general, to submit this MOTION TO STRIKE the defendant's MEMORANDUM IN SUPPORT OF MOTION TO DISMISS (Entry 9-1, 08/03/2018) pursuant to the following Rules of the Fed. Rules. Civ. Proc.:

- FRCP Rule 12(f)
- FRCP Rule 5(d)(1)

Accompanying this instant motion are several documents that are concurrently filed:

- BRIEF IN SUPPORT OF PLAINTIFF'S FRCP RULE 12(f) MOTION TO STRIKE DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS (DOC. 9-1, 08/03/2018)
- PLAINTIFF'S FIRST DECLARATION
- THIRD REQUEST FOR JUDICIAL NOTICE

1
PLAINTIFF'S FRCP RULE 12(F) MOTION TO STRIKE DEFENDANT'S
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Despite six (6) declarations filed by the undersigned in related litigation (U.S.D.C. for the Eastern District of Virginia, 3:17-cv-00601-MHL Steele et al v. Goodman et al.) denying Goodman's wild accusations of the plaintiff's liability in this matter Goodman persists in his smear campaign (again motivated by profit).

Goodman continues to proclaim to members of the public that he has "evidence" of the undersigned's involvement in serious crimes – including the plotting of the R.D.D. emergency response on 06/14/2017 at the Port of Charleston. Goodman defrauds the plaintiff of his property interest in a professional reputation while simultaneously defrauding his CrowdSource The Truth followers of thousands of dollars via credit card transfers using the interstate wires. The tortious conduct of Goodman to close the Port of Charleston remains the underlying controversy for all of Goodman's tortious conduct directed at the plaintiff.

Now Goodman expects this Court to accept his rambling pleading (MEMORANDUM (Entry 9-1, 08/03/2018)) filed with his jumble of irrelevancies that is an obvious attempt to transfer his liability for the closure of the Port of Charleston onto the plaintiff. Goodman has had to rely on his complete reckless disregard for the truth to accomplish this stunning fraud on the court.

The Goodman MEMORANDUM (Entry 9-1, 08/03/2018) is a fraudulent artifice and should be ignored by this Court   Technicalities alone require the Goodman pleading to be ignored as no Certificate of Service was filed pursuant to FRCP Rule FRCP Rule 5(d)(1).

## PRAYER

For the many reasons articulated in the documents that accompany this MOTION the Court should strike Goodman's MEMORANDUM (Entry 9-1, 08/03/2018).

Dated this day of August ___, 2018

_____
D. GEORGE SWEIGERT

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 13  AM 11: 19

ORIGINAL

SIGNATURES

4
**PLAINTIFF'S FRCP RULE 12(F) MOTION TO STRIKE DEFENDANT'S
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>Defendant | Case No.: 2:18-cv-01633-RMG-BM<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

On this day, August 8, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleadings (with First Class postage affixed) to the following parties.

FRCP RULE 12(f) MOTION, BRIEF IN SUPPORT OF PLAINTIFF'S FRCP RULE 12(f) MOTION, PLAINTIFF'S FIRST DECLARATION, THIRD REQUEST FOR JUDICIAL NOTICE

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

_____
D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1