D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

**PRIORITY MAIL** ★ TRACKED ★ INSURED

UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

U.S. POSTAGE $8.45
PRML 0006
Orig: 95835
Dest: 29201
08/09/18
11113386

**PRIORITY MAIL 2-Day®**

0 Lb 12.50 Oz

Expected Delivery Day: 08/11/2018    0006

C068

USPS TRACKING NUMBER

9505 5265 4437 8221 2624 37

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 13  AM 11:19

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

ITEM X-RAYED BY
USMS
8-13
















FIRST CLASS MAIL