1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PUBLIC ARTIFACTS SECTION ONE:**  News article of 8/14/2018 of "TRUE PUNDINT" and associated Twitter tweets of **THOMAS PAINE**.  The below individual is described in the news article.

      **THOMAS PAINE:  Described on pages 11, 12, 31, 32, 33and 40 of Amended Complaint [AC].**

Twitter account for "Thomas Paine" (see "truepundit.com")

Below is the Twitter feed of the author.

https://twitter.com/Thomas1774Paine/status/1029364889201008640





3

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Thomas Paine**
@Thomas1774Paine

Investigative Journalist Found Dead in D.C. Hotel Room Weeks After Reporting Bill Clinton to FBI & DHS for Allegedly Raping Boy



Investigative Journalist Found Dead in D.C. Hotel Room Weeks After Reporting Bill Clinto...
truepundit.com

Tweet your reply

         



03:16:04 p.m.

Tuesday, August 14, 2018
Pacific Time (DST)

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

**Internet URL:   https://twitter.com/Thomas1774Paine**



**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

Ads by Revcontent

**Leaked World War 2 Secret**
*Natural Health Soluti...*

**Cable Companies Are Furious**
*TrueSignalTV*

**American Picker Mike Wolfe's**
*Routinejournal*

**Try Not to Laugh Hysterically**
*90skidsonly*

**Michelle Pfeiffer Comes out of**
*CelebHour*

FEATURED   POLITICS   SECURITY

# Investigative Journalist Found Dead in D.C. Hotel Room Weeks After Reporting Bill Clinton to FBI & DHS for Allegedly Raping Boy

Posted on August 14, 2018        by Investigative Bureau



Share:

Case 1:18-cv-08653-VEC-SDA Document 18-1 Filed 08/17/18 Page 5 of 48

# FOLLOW US!

find us on **facebook**     follow us **twitter**

Investigative Journalist Jen Moore was found dead in a suburban Washington D.C. hotel room Monday, according to police and shocked and distraught friends and colleagues.

Moore died of an apparent seizure. Police are closely investigating the cause of death after former FBI Agent Robyn Gritz, a friend of Moore's, made inquiries with homicide detectives Monday afternoon in Prince Georges County, Maryland. Preliminary reports from police said the death was not the result of suicide.

Moore's body was found by employees at the Country Inn & Suites by Radisson, Washington, D.C. East – in Capitol Heights, Maryland. The investigation is ongoing. An autopsy had not been scheduled as of late Monday.



34,284 Votes

## Has Donald Trump been a good president?

| Yes |
| --- |

| No |
| --- |

| Not sure |
| --- |

Promoted Content

Moore, an advocate who investigated abused and trafficked children, had been in the process of investigating allegations by a 26-year-old man that — as a young boy — he was sexually assaulted by Bill Clinton and pimped out at private sex parties attended by other D.C. elites.

In fact, just four weeks before her death, Moore filed details of the alleged victim's claims with the Department of Homeland Security, detailing the allegations against Clinton. Moore contacted Homeland Security beginning on July 6th through July 9th, records show. A week later, she contacted the FBI with identical details about the victim and the shocking allegations against Clinton.

FBI sources report no case has been opened on the evidence supplied by Moore. Homeland Security officials could not be reached for comment.

Ads by Revcontent

Moore had approached True Pundit's Thomas Paine in June with the allegations against Clinton. Paine conducted a series of face-to-face interviews with Moore and the alleged victim in various locales. By July, the victim agreed to tell his story to Paine. But Moore and the traumatized victim wanted to contact Homeland Security and the FBI first to see if they would open a criminal case against Clinton prior to publicizing the claims.

"Jen thought that with a criminal probe, federal agents could use the victim possibly to dangle in front of Clinton to see if he made a mistake or tried to pay him off," Paine said. "She was worried about the safety of the victim and was working to find him safe harbor until this story broke.

Now she is the one who turned up dead."

Paine and True Pundit were vetting the details provided by the victim. Paine said the allegations were "credible" and the victim's testimony and details were beyond convincing.

Paine said Moore accepted the risks with the story and understood things could get very ugly very fast. Per

conversations with True Pundit's Paine:



"She was worried about the victim because he was the first to break the ice," Paine said. "There were others waiting to tell their stories but he was the catalyst.

Did she think she could be harmed? Absolutely. This woman was fearless. Absolute warrior. A former cop. I don't think she was afraid of anyone or anything."

According to interviews, the victim in this case claimed he was sexually assaulted by Clinton on a yacht in New England and knows the identities of several other child victims who were subjected to identical abuses. The victim also confirmed he witnessed other children and people being sexually and physically abused and possibly worse on numerous "boat parties." These parties were attended by elite members of D.C. political class, according to Moore and the victim.

Both young boys and young girls, the victim said.

Moore supplied these details to federal agents and documented the interactions with a number of alleged victims. Within a month, she is dead.



In the exchange below, Moore discusses an extended stay with the alleged Clinton victim after his interview with Paine. During the interview, the victim sporadically vomited and shivered as he recalled details of his alleged abuse, Paine said.



This story is developing.

More on Wednesday.

**PUBLIC ARTIFACTS SECTION TWO:**  News article concerning JENNIFER MARIE MOORE

**JENNIFER MARIE MOORE (AKA TASK FORCE) [Now deceased as of 8/13/2018]: Described on pages 38 and 39 [AC]**

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

Case 2:13-cv-08633 Document 13 Filed 08/30/18 Page 10 of 48

# Recordnet.com
### News worth sharing *online*

News*

# Former cop pleads not guilty to fraud charges

**By Rick Brewer Record Staff Writer**
Posted Feb 24, 2005 at 12:01 AM
Updated Jan 9, 2011 at 6:55 AM
Former cop pleads not guilty
to fraud charges


STOCKTON -- Former Tracy police
Officer Jenny Moore pleaded not guilty Wednesday to felony charges of workers'
compensation and insurance fraud in San Joaquin County Superior Court,
stemming
from a March 2003 on-duty injury she said forced her into long-term disability.

"I can't believe it's come to this.
I'm as grieved and hurt as I possibly could be," Moore, a former president of
the Tracy Police Officers Association, said moments before her plea. "It's beyond
words to describe the depth of sorrow I have for the department I love and the
city I grew up in ... that it has gone to this level."

Moore, a former athlete who was
diagnosed with the eating disorder anorexia nervosa, said she suffered a lower-back
injury in January 2002 when she jumped on a suspect while in pursuit. She re-
injured
the area more than a year later while restraining a suspect.

According to her lawyer, Lawrence
Bohm of Sacramento, a magnetic resonance imaging screen, performed after the
second incident, showed degeneration in three lumbar vertebrae. Moore underwent
disc-replacement surgery at the University of California, San Francisco, on
Oct. 12, 2004.

Case 2:18-cv-00653-WBS-DB Document 18 Filed 08/30/18 Page 11 of 48

"They believe Jenny is lying about
the extent of her pain. They're claiming she allowed doctors to cut a 6-inch
gash in her abdomen and insert metal disks in her spine for financial gain,"
Bohm said.

Deputy District Attorney Eual Blansett
Jr. filed the charges Jan. 21, although an arrest warrant wasn't issued.

Blansett said 11 of the 12 counts
Moore faces stem from withholding information or making false statements to
her physicians, Dr. Anh Lee and Dr. Randall Armstrong.

"It doesn't make a difference if
you tell one doctor the truth; you're supposed to tell everyone the truth all
the way through the process," Blansett said.

In August, Moore filed a civil complaint
against the city of Tracy for defamation, fraud, disability harassment and violating
the Police Officer Procedural Bill of Rights. In a letter dated July 29, Bohm
wrote then-City Manager Fred Diaz that Moore was unfairly placed on unpaid
administrative
leave and had her workers' compensation benefits terminated.

About the same time, Bohm wrote,
the city stopped paying her insurance premiums and launched an internal
investigation
into Moore's conduct after the second back injury.

Moore's civil complaint was rejected
by the City Council in December.

"It is interesting to note that
no charges were filed until we pursued the civil case against the city of Tracy,"
Bohm said.

Case 2:18-cv-08653-VEC-SDA    Document 13-1    Filed 08/14/18    Page 12 of 48

Tracy City Attorney Debra Corbett
said she couldn't comment on the criminal charges against Moore because it's
a county issue.

To reach reporter Rick Brewer,
phone (209 833-1141 ☏ or e-mail rbrewer@recordnet.com

**PUBLIC ARTIFACTS SECTION THREE:**  Defendant JASON GOODMAN'S YouTube video

**JASON GOODMAN:** Defendant seen with JENNIFER MARIE MOORE

https://www.youtube.com/watch?v=xyeDIMs4wC0





Aneurysm or Arkancide – Larry Nichols Discusses the Untimely Death of Jenny "Task Force"

Jason Goodman

▶ Subscribe 65K

1,603 views

➕ Add to      ➤ Share      ••• More          👍 196   👎 35

Streamed live 2 hours ago
Jenny Moore, YouTuber known as Task Force, was found dead in her hotel room yesterday. Circumstances surrounding the death remain foggy but Moore, as reported in True Pundit, had been investigating an underage rape attributed to former President Bill Clinton.

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



### Aneurysm or Arkancide – Larry Nichols Discusses the Untimely Deat

Jason Goodman

▶ Subscribe  65K

1,603 views

➕ Add to     ↪ Share     ••• More                    👍 196    👎 35

Streamed live 2 hours ago
Jenny Moore, YouTuber known as Task Force, was found dead in her hotel room yesterday.
Circumstances surrounding the death remain foggy but Moore, as reported in True Pundit, had been
investigating an underage rape attributed to former President Bill Clinton.



8

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PUBLIC ARTIFACTS SECTION FOUR:** Twitter tweets of ROBYN GRITZ

**ROBYN GRITZ:** Described on pages 11, 12, 14, 31, 32, 33, 40. [AC]

https://twitter.com/vabelle2010



**Valiant_defender #FindingMollieTibbets** @vabelle2010 · 21h

Replying to @TerryDugue

Yes. I've spoken with George and the detective on her case.

💬 2      ↻ 1      ♡ 7      ✉



**Valiant_defender #FindingMollieTibbets** @vabelle2010 · 21h      ⌄

Replying to @Tedlance101

I'm in shock. I spoke with the PD and I found her next of kin and an attorney who filed her lawsuit. I'm just in shock.

💬 2      ↻ 6      ♡ 25      ✉

10
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

.ıll AT&T  LTE                7:36 PM                    ⚹ 77% ▬

**‹ 13**                         **R**                          **ⓘ**

Robyn gritz

I spoke with the detective and I believe I found her next of kin.  The detective said they don't think it was Suicide. He said the initial response from the medical examiner thinks she had a big seizure and then passed. I explained to the detective who she was & what she had been doing. I told him I notified Judicial Watch who had been in touch with her. I explained who I was and that she felt someone was looking for her and also about her getting beaten in California. I found her attorney and emailed him. Jenny Moore,

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

3

**PUBLIC ARTIFACTS SECTION FIVE:**  YouTube videos and tweets of GEORGE WEBB SWEIGERT

4

**GEORGE WEBB SWEIGERT:  Described on pages 11, 12, 13, 14, 15, ETC.  [AC]**

5

https://www.youtube.com/watch?v=0amXf9opf-c&feature=youtu.be

6



7

8

9

10

11

12

13

14

15

16

**Day 49.3. Jenny Moore Was Researching NRO in Chantilly, VA**

17

George Webb

18

 Subscribe 49K                                    896 views

19

➕ Add to   Share   ••• More                      👍 127  👎 2

20

Published on Aug 15, 2018

21

Category          News & Politics

22

23



24

25

26

27

28

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4

<u>https://twitter.com/search?q=%40georgwebb&src=typd</u>

5
6
7

**Tweets**          Tweets & replies          Media          Likes

8
9

 **TruthLeaks** @GeorgWebb · 4m
TF went down swinging. Not a suicide.          

10

 13           ⓘ

11

Robyn gritz

12
13
14
15
16
17
18
19

# I spoke with the detective and I believe I found her next of kin.  The detective said they don't think it was Suicide. He said the initial response from the medical

20

💬 4          🔁 16          ♡ 17          ⬆️

21
22

 **TruthLeaks** @GeorgWebb · 40m
Respect - Task Force R.I.P.

23
24
25



26
27

14
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

28



**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Day 48.3. State Coroner of Maryland, Notification of Kin, Autopsy, Cause Of Death Report

George Webb

▶ Subscribe   49K

410 views

16

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

COPY

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

        Plaintiff,

vs.

JASON GOODMAN

        Defendant

Case No.:  2:18-cv-01633-RMG-BM

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

On this day, August _15_, 2018, I have caused to be placed into the U.S. Postal Service true copies of the

attached pleadings (with First Class postage affixed) to the following parties.

    **Clerk of the Court**
    **U.S. District Court**
    **Matthew J. Perry, Jr. Courthouse**
    **901 Richland Street**
    **Columbia, South Carolina 29201**

    **Jason Goodman**
    **252 7th Avenue #6S**
    **New York, NY 10001**

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

                              _D. GEORGE SWEIGERT_

CERTIFICATE OF SERVICE - 1

1  D. GEORGE SWEIGERT, C/O
   GENERAL DELIVERY
2  MOUNTY SHASTA, CALIF  96067

3

4                    **IN THE UNITED STATES DISTRICT COURT**
                     **FOR THE DISTRICT OF SOUTH CAROLINA**

5

6  D. GEORGE SWEIGERT                    Case No.:  **2:18-cv-01633-RMG-BM**

7            Plaintiff,

8  vs.                                   **PLAINTIFF'S FOURTH**
                                         **REQUEST FOR JUDICIAL NOTICE [RJN]**
9  JASON GOODMAN

10           Defendant

11

12        NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private

13  attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records

14  and documents.  These public records amplify the personages that have been described in the **Amended Complaint**

15  **[AC] [Doc. 5, 6/29/2018].**

16

17  **PUBLIC ARTIFACTS SECTION ONE:**  News article of 8/14/2018 of "TRUE PUNDINT" and associated

18  Twitter tweets of **THOMAS PAINE**.  The below individual is described in the news article.

19        **THOMAS PAINE:  Described on pages 11, 12, 31, 32, 33and 40 of Amended Complaint [AC].**

20  **PUBLIC ARTIFACTS SECTION TWO:**  News article concerning JENNIFER MARIE MOORE

21        **JENNIFER MARIE MOORE (AKA TASK FORCE) [Now deceased as of 8/13/2018]: Described on**
22        **pages 38 and 39 [AC]**

23  **PUBLIC ARTIFACTS SECTION THREE:**  Defendant JASON GOODMAN'S YouTube video
24
25        **JASON GOODMAN:** Defendant seen with JENNIFER MARIE MOORE

26  **PUBLIC ARTIFACTS SECTION FOUR:**  Twitter tweets of ROBYN GRITZ

27        **ROBYN GRITZ:  Described on pages 11, 12, 14, 31, 32, 33, 40.  [AC]**
                                         1
28                     **PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

**PUBLIC ARTIFACTS SECTION FIVE:** YouTube videos and tweets of GEORGE WEBB SWEIGERT

**GEORGE WEBB SWEIGERT: Described on pages 11, 12, 13, 14, 15, ETC. [AC]**

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of August **15**, 2018

D. GEORGE SWEIGERT

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

3  **PUBLIC ARTIFACTS SECTION ONE:**  News article of 8/14/2018 of "TRUE PUNDINT" and associated

4  Twitter tweets of **THOMAS PAINE**.  The below individual is described in the news article.

5          **THOMAS PAINE:  Described on pages 11, 12, 31, 32, 33and 40 of Amended Complaint [AC].**

6  Twitter account for "Thomas Paine" (see "truepundit.com")

7  Below is the Twitter feed of the author.

8  https://twitter.com/Thomas1774Paine/status/1029364889201008640

9

10

11

12

13

14  

15

16

17

18

19

20  

21

22

23

24

25

26

27

28                                   3

              **PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Thomas Paine**
@Thomas1774Paine

Investigative Journalist Found Dead in D.C. Hotel Room Weeks After Reporting Bill Clinton to FBI & DHS for Allegedly Raping Boy



Investigative Journalist Found Dead in D.C. Hotel Room Weeks After Reporting Bill Clinto...
truepundit.com

Tweet your reply

         



03:16:04 p.m.

Tuesday, August 14, 2018
Pacific Time (DST)

4
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

Internet URL:   https://twitter.com/Thomas1774Paine

PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]

Ads by Revcontent

**Leaked World War 2 Secret**
*Natural Health Soluti...*

**Cable Companies Are Furious**
*TrueSignalTV*

**American Picker Mike Wolfe's**
*Routinejournal*

**Try Not to Laugh Hysterically**
*90skidsonly*

**Michelle Pfeiffer Comes out of**
*CelebHour*

FEATURED    POLITICS    SECURITY

# Investigative Journalist Found Dead in D.C. Hotel Room Weeks After Reporting Bill Clinton to FBI & DHS for Allegedly Raping Boy

Posted on August 14, 2018        by Investigative Bureau



Share:

# FOLLOW US!

find us on facebook

follow us twitter

Investigative Journalist Jen Moore was found dead in a suburban Washington D.C. hotel room Monday, according to police and shocked and distraught friends and colleagues.

Moore died of an apparent seizure. Police are closely investigating the cause of death after former FBI Agent Robyn Gritz, a friend of Moore's, made inquiries with homicide detectives Monday afternoon in Prince Georges County, Maryland. Preliminary reports from police said the death was not the result of suicide.

Moore's body was found by employees at the Country Inn & Suites by Radisson, Washington, D.C. East – in Capitol Heights, Maryland. The investigation is ongoing. An autopsy had not been scheduled as of late Monday.



🔘 34,284 Votes

## Has Donald Trump been a good president?

| Yes |
| --- |

| No |
| --- |

| Not sure |
| --- |

Promoted Content

Moore, an advocate who investigated abused and trafficked children, had been in the process of investigating allegations by a 26-year-old man that — as a young boy — he was sexually assaulted by Bill Clinton and pimped out at private sex parties attended by other D.C. elites.

In fact, just four weeks before her death, Moore filed details of the alleged victim's claims with the Department of Homeland Security, detailing the allegations against Clinton. Moore contacted Homeland Security beginning on July 6th through July 9th, records show. A week later, she contacted the FBI with identical details about the victim and the shocking allegations against Clinton.

FBI sources report no case has been opened on the evidence supplied by Moore. Homeland Security officials could not be reached for comment.

Ads by Revcontent

Moore had approached True Pundit's Thomas Paine in June with the allegations against Clinton. Paine conducted a series of face-to-face interviews with Moore and the alleged victim in various locales. By July, the victim agreed to tell his story to Paine. But Moore and the traumatized victim wanted to contact Homeland Security and the FBI first to see if they would open a criminal case against Clinton prior to publicizing the claims.

"Jen thought that with a criminal probe, federal agents could use the victim possibly to dangle in front of Clinton to see if he made a mistake or tried to pay him off," Paine said. "She was worried about the safety of the victim and was working to find him safe harbor until this story broke.

Now she is the one who turned up dead."

Paine and True Pundit were vetting the details provided by the victim. Paine said the allegations were "credible" and the victim's testimony and details were beyond convincing.

Paine said Moore accepted the risks with the story and understood things could get very ugly very fast. Per

conversations with True Pundit's Paine:



"She was worried about the victim because he was the first to break the ice," Paine said. "There were others waiting to tell their stories but he was the catalyst.

Did she think she could be harmed? Absolutely. This woman was fearless. Absolute warrior. A former cop. I don't think she was afraid of anyone or anything."

According to interviews, the victim in this case claimed he was sexually assaulted by Clinton on a yacht in New England and knows the identities of several other child victims who were subjected to identical abuses. The victim also confirmed he witnessed other children and people being sexually and physically abused and possibly worse on numerous "boat parties." These parties were attended by elite members of D.C. political class, according to Moore and the victim.

Both young boys and young girls, the victim said.

Moore supplied these details to federal agents and documented the interactions with a number of alleged victims. Within a month, she is dead.

Case 1:18-cv-08653-VEC-SDA   Document 73-4   Filed 08/17/18   Page 34 of 48



In the exchange below, Moore discusses an extended stay with the alleged Clinton victim after his interview with Paine. During the interview, the victim sporadically vomited and shivered as he recalled details of his alleged abuse, Paine said.



This story is developing.

More on Wednesday.

**PUBLIC ARTIFACTS SECTION TWO:**  News article concerning JENNIFER MARIE MOORE

**JENNIFER MARIE MOORE (AKA TASK FORCE) [Now deceased as of 8/13/2018]: Described on pages 38 and 39 [AC]**

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

# Recordnet.com
### News worth sharing *online*

News*

# Former cop pleads not guilty to fraud charges

**By Rick Brewer Record Staff Writer**
Posted Feb 24, 2005 at 12:01 AM
Updated Jan 9, 2011 at 6:55 AM
Former cop pleads not guilty
to fraud charges


STOCKTON -- Former Tracy police
Officer Jenny Moore pleaded not guilty Wednesday to felony charges of workers'
compensation and insurance fraud in San Joaquin County Superior Court,
stemming
from a March 2003 on-duty injury she said forced her into long-term disability.

"I can't believe it's come to this.
I'm as grieved and hurt as I possibly could be," Moore, a former president of
the Tracy Police Officers Association, said moments before her plea. "It's beyond
words to describe the depth of sorrow I have for the department I love and the
city I grew up in ... that it has gone to this level."

Moore, a former athlete who was
diagnosed with the eating disorder anorexia nervosa, said she suffered a lower-back
injury in January 2002 when she jumped on a suspect while in pursuit. She re-
injured
the area more than a year later while restraining a suspect.

According to her lawyer, Lawrence
Bohm of Sacramento, a magnetic resonance imaging screen, performed after the
second incident, showed degeneration in three lumbar vertebrae. Moore underwent
disc-replacement surgery at the University of California, San Francisco, on
Oct. 12, 2004.

Case 3:01-cv-00988-WHA Document 123... Filed 08/17/18  Page 37 of 48

"They believe Jenny is lying about
the extent of her pain. They're claiming she allowed doctors to cut a 6-inch
gash in her abdomen and insert metal disks in her spine for financial gain,"
Bohm said.

Deputy District Attorney Eual Blansett
Jr. filed the charges Jan. 21, although an arrest warrant wasn't issued.

Blansett said 11 of the 12 counts
Moore faces stem from withholding information or making false statements to
her physicians, Dr. Anh Lee and Dr. Randall Armstrong.

"It doesn't make a difference if
you tell one doctor the truth; you're supposed to tell everyone the truth all
the way through the process," Blansett said.

In August, Moore filed a civil complaint
against the city of Tracy for defamation, fraud, disability harassment and violating
the Police Officer Procedural Bill of Rights. In a letter dated July 29, Bohm
wrote then-City Manager Fred Diaz that Moore was unfairly placed on unpaid
administrative
leave and had her workers' compensation benefits terminated.

About the same time, Bohm wrote,
the city stopped paying her insurance premiums and launched an internal
investigation
into Moore's conduct after the second back injury.

Moore's civil complaint was rejected
by the City Council in December.

"It is interesting to note that
no charges were filed until we pursued the civil case against the city of Tracy,"
Bohm said.

Case 1:18-cv-08653-VEC-SDA   Document 13-1   Filed 08/17/18   Page 38 of 48

Tracy City Attorney Debra Corbett
said she couldn't comment on the criminal charges against Moore because it's
a county issue.

To reach reporter Rick Brewer,
phone (209 833-1141 ☏ or e-mail rbrewer@recordnet.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PUBLIC ARTIFACTS SECTION THREE:**  Defendant JASON GOODMAN'S YouTube video

**JASON GOODMAN:** Defendant seen with JENNIFER MARIE MOORE

https://www.youtube.com/watch?v=xyeDIMs4wC0



Aneurysm or Arkancide – Larry Nichols Discusses the Untimely Death of Jenny "Task Force"

  Jason Goodman

▶ YouTube Video  65K

1,603 views



👍 166   👎 25

Streamed live 2 hours ago
Jenny Moore, YouTuber known as Task Force, was found dead in her hotel room yesterday. Circumstances surrounding the death remain foggy but Moore, as reported in True Pundit, had been investigating an underage rape attributed to former President Bill Clinton.

7

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



## Aneurysm or Arkancide – Larry Nichols Discusses the Untimely Deat

Jason Goodman

▶ Subscribe  65K

1,603 views

✚ Add to    ➤ Share    ••• More          👍 '96   👎 35

Streamed live 2 hours ago
Jenny Moore, YouTuber known as Task Force, was found dead in her hotel room yesterday.
Circumstances surrounding the death remain foggy but Moore, as reported in True Pundit, had been
investigating an underage rape attributed to former President Bill Clinton.



03:54:05 p.m.

Tuesday, August 14, 2018
Pacific Time (DST)

8
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

9

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

**PUBLIC ARTIFACTS SECTION FOUR:** Twitter tweets of ROBYN GRITZ

2

   ROBYN GRITZ: Described on pages 11, 12, 14, 31, 32, 33, 40. [AC]

3

https://twitter.com/vabelle2010

4

5



6

**Valiant_defender #FindingMollieTibbets** @vabelle2010 · 21h

7

Replying to @TerryDugue

Yes. I've spoken with George and the detective on her case.

8

9

  💬 2     ⟲ 1     ♡ 7     ✉

10

11



12

**Valiant_defender #FindingMollieTibbets** @vabelle2010 · 21h     ⌄

13

Replying to @Tedlance101

I'm in shock. I spoke with the PD and I found her next of kin and an attorney who

14

filed her lawsuit. I'm just in shock.

15

  💬 2     ⟲ 6     ♡ 25     ✉

16

17

18

19

20

21

22

23

24

25

26

27

28

10
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

📶 AT&T  LTE          7:36 PM          ✈ ✲ 77% ▬

 

**Robyn gritz**

I spoke with the detective and I believe I found her next of kin.  The detective said they don't think it was Suicide. He said the initial response from the medical examiner thinks she had a big seizure and then passed. I explained to the detective who she was & what she had been doing. I told him I notified Judicial Watch who had been in touch with her. I explained who I was and that she felt someone was looking for her and also about her getting beaten in California. I found her attorney and emailed him. Jenny Moore,

PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PUBLIC ARTIFACTS SECTION FIVE:**  YouTube videos and tweets of GEORGE WEBB SWEIGERT

**GEORGE WEBB SWEIGERT:  Described on pages 11, 12, 13, 14, 15, ETC.  [AC]**

https://www.youtube.com/watch?v=0amXf9opf-c&feature=youtu.be



Day 49.3. Jenny Moore Was Researching NRO in Chantilly, VA



896 views

Published on Aug 15, 2018
Category        News & Politics



13
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4
<u>https://twitter.com/search?q=%40georgwebb&src=typd</u>
5
6
7
**Tweets**          Tweets & replies          Media          Likes
8
 **TruthLeaks** @GeorgWebb · 4m          ⌄
9
TF went down swinging. Not a suicide.          
10
11           13           R          ⓘ
12          Robyn gritz
13
## I spoke with the detective
14
## and I believe I found her
15
## next of kin.  The detective
16
## said they don't think it was
17
## Suicide. He said the initial
18
## response from the medical
19
20          ♡ 4          ⟲ 16          ♡ 17          
21
22           **TruthLeaks** @GeorgWebb · 40m          ⌄
23          Respect - Task Force R.I.P.
24
25          
26
27
28

14
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



15
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**





**Day 48.3. State Coroner of Maryland, Notification of Kin, Autopsy, Cause Of Death Report**

George Webb

410 views

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**