CPU

U.S. POSTAGE
$8.45
PRML 0006
Orig: 95835
Dest: 29201
08/15/18
11113386

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067



**PRIORITY MAIL** TRACKED INSURED

UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201



**PRIORITY MAIL** TRACKED INSURED

UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

EXPECTED DELIVERY DAY: 08/17/2018

**USPS TRACKING NUMBER**



9505 5265 4437 8227 2658 69

2018 AUG 17 AM 9:50
RECEIVED
USDC CLERK, COLUMBIA, SC

















FIRST CLASS MAIL

DuPont™ Tyvek® Protect What's Inside™

Columbian.
ITEM NO. CO805