D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>        Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>        Defendant | Case No.: 2:18-cv-01633-RMG-BM<br><br><br>**PLAINTIFF'S FIFTH<br>REQUEST FOR JUDICIAL NOTICE [RJN]** |

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents. These public records amplify the personages that have been described in the **Amended Complaint** **[AC] [Doc. 5, 6/29/2018).**

**PUBLIC ARTIFACTS SECTION ONE:**

Defendant Jason Goodman discusses PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE, Doc. No. 13, filed 8/17/2018 with wrong-doer QUINN MICHAELS (aka Korey Atkin). Quinn Michaels is discussed in the [AC] on pages 12, 17, 29, 30, 31 and 32.

**PUBLIC ARTIFACTS SECTION TWO:**

Public definitions of "STOCHASTIC TERRORISM"

**PUBLIC ARTIFACTS SECTION THREE**: News article concerning JENNY MARIE MOORE

News article of 8/16/2018 of "TRUE PUNDINT" and THOMAS PAINE.

**PUBLIC ARTIFACTS SECTION FOUR:** Video featuring ROBYN GRITZ

1
PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]

**ATTESTATION**

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of August 22, 2018

D. GEORGE SWEIGERT

2
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

```
                                                          RECEIVED
                                                    USDC CLERK, COLUMBIA, SC

1  D. GEORGE SWEIGERT, C/O                          2018 AUG 24  PM 12: 09
   GENERAL DELIVERY
2  MOUNT SHASTA, CALIF 96067
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT                    Case No.: 2:18-cv-01633-RMG-BM

      Plaintiff,

vs.                                   **CERTIFICATE OF SERVICE**

JASON GOODMAN

      Defendant

**CERTIFICATE OF SERVICE**

On this day, August 2̲3̲, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleadings (with First Class postage affixed) to the following parties.

PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE to:

    **Clerk of the Court**
    **U.S. District Court**
    **Matthew J. Perry, Jr. Courthouse**
    **901 Richland Street**
    **Columbia, South Carolina 29201**

PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE AND PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION to:

    **Jason Goodman**
    **252 7th Avenue #6S**
    **New York, NY 10001**

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

                                                                   _/s/ D. George Sweigert_
                                                                   D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1