8
9

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

RECEIVED
USDC CLERK. COLUMBIA. SC
2018 AUG 24 PM 12: 10

CPU



U.S. POSTAGE
$8.45
PRML 0006
Orig: 95835
Dest: 29201  2S
08/22/18
11113386  06

FI **PRIORITY MAIL** TRACKED ★★★ INSURED AIL

**UNITED STATES POSTAL SERVICE**

For Domestic and International Use    Label 107R, May 2014

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

ITEM X-RAY
USM

EXPECTED DELIVERY DAY: 08/24/2018
USPS TRACKING NUMBER

9505 5265 4437 8234 2697 20

FIRST CLASS MAIL