D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 2:18-cv-01633-RMG-BM |
| Plaintiff, | |
| vs. | PRACIPE TO RE-ISSUE SUMMONS |
| JASON GOODMAN | |
| Defendant | |

### PRACIPE TO RE-ISSUE SUMMONS

NOW COMES THE PRO SE plaintiff, a layman non-attorney standing in the shoes of the private attorney doctrine with this public interest lawsuit, to submit this **PRACIPE TO RE-ISSUE SUMMONS**.

Through apparent harmless error and/or excusable neglect the Plaintiff has not come into possession of the Court-issued summons since this instant lawsuit was filed in June, 2018.

As described in the **PLAINTIFF'S SECOND DECLARATION** it appears that the Court-issued summons may have been inadvertently sent to the U.S.D.C. serving the Charleston area.

This request seeks the Clerk's approval to re-issue the summons so that personal service cán be accomplished on the Defendant.

Dated this day of August 24, 2018

D. GEORGE SWEIGERT

1

PLAINTIFF'S SECOND DECLARATION

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 27 AM 11: 03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

Plaintiff,

vs.

JASON GOODMAN

Defendant

Case No.: 2:18-cv-01633-RMG-BM

**CERTIFICATE OF SERVICE**

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 AUG 28 PM 3: 33

**CERTIFICATE OF SERVICE**

On this day, August 24, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleadings (with First Class postage affixed) to the following parties.

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1