RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 27  AM 11:03

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067



PRIORITY MAIL · TRACKED · INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107R, May 2014

CPU 

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201



EXPECTED DELIVERY DAY: 08/27/2018
USPS TRACKING NUMBER

9505 5265 4437 8236 2710 28

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 AUG 28  PM 3:33




# FIRST CLASS MAIL



DuPont™
**Tyvek®**
Protect What's Inside.™



«Columbian