D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067

RECEIVED
USDC CLERK, COLUMBIA, SC

2018 AUG 27  AM 11: 03



PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED
★

CPU

**UNITED STATES POSTAL SERVICE®**

For Domestic and International Use        Label 107R, May 2014

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

EXPECTED DELIVERY DAY:  08/27/2018

USPS TRACKING NUMBER



9505 5265 4437 8236 2710 28

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 AUG 28  PM 3: 33



# FIRST CLASS MAIL







