D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 2:18-cv-01633-RMG-BM

**PLAINTIFF'S SIXTH
REQUEST FOR JUDICIAL NOTICE [RJN]**

    NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents. These public records amplify the personages that have been described in the **Amended Complaint** [AC] [Doc. 5, 6/29/2018].

**PUBLIC ARTIFACTS SECTION ONE:**

Defendant Jason Goodman chats in the video Live Stream entitled "PSYCHIC LARP #UNRIG Live Stream ((DRAIN THE SWAMP deYOUTUBE)) NOT4SENIORS turning61 #UKLIVE". Internet URL: [https://www.youtube.com/watch?v=TIMZt32ANzM&frags=pl%2Cwn ]

**PUBLIC ARTIFACTS SECTION TWO:**

Defendant Jason Goodman appears to have created fake hoax channel "CRAZY_DAVE" at BitChute.COM with commercially stolen property. [https://www.bitchute.com/channel/crazy_dave/ ]

1
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of August 24, 2018

D. GEORGE SWEIGERT

2
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**