D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 2:18-cv-01633-RMG-BM

**PLAINTIFF'S SIXTH
REQUEST FOR JUDICIAL NOTICE [RJN]**

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents. These public records amplify the personages that have been described in the **Amended Complaint** [AC] [Doc. 5, 6/29/2018].

**PUBLIC ARTIFACTS SECTION ONE:**

Defendant Jason Goodman chats in the video Live Stream entitled "PSYCHIC LARP #UNRIG Live Stream ((DRAIN THE SWAMP deYOUTUBE)) NOT4SENIORS turning61 #UKLIVE". Internet URL: [https://www.youtube.com/watch?v=TIMZt32ANzM&frags=pl%2Cwn ]

**PUBLIC ARTIFACTS SECTION TWO:**

Defendant Jason Goodman appears to have created fake hoax channel "CRAZY_DAVE" at BitChute.COM with commercially stolen property. [https://www.bitchute.com/channel/crazy_dave/ ]

1
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of August 24, 2018

_____
D. GEORGE SWEIGERT

## PUBLIC ARTIFACTS SECTION ONE:

Internet URL: https://www.youtube.com/watch?v=TIMZt32ANzM&frags=pl%2Cwn





3
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**



PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]

**PUBLIC ARTIFACTS SECTION TWO:**

Defendant Jason Goodman appears to have created fake hoax channel "CRAZY_DAVE" at BitChute.COM with commercially stolen property. [https://www.bitchute.com/channel/crazy_dave/ ]

https://www.bitchute.com/channel/crazy_dave/










6
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

File Edit View Favorites Tools Help
BITCHUTE
Search
Login / Register
CRAZY_DAVE
CRAZY_DAVE
2
Subscribe
VIDEOS
ABOUT
Aug 22 2018 12
BREAKING Hon. Jason Goodman Issues Defango CEASE and DESIST ORDER
Dave checks in from Reno NV as he continues to construct a false narrative that suits the reality he lives in and / or wants others to perceive
4:33
Aug 22 2018 4
George Webb launches full scale investigation into Luxembourg
Dave denies allegations from his brother George while attempting to negate threats made in online videos by known Dave associate Manuel Chavez III
Aug 21 2018 20
MOST VIEWED
ADULT CONTENT NSFW Jason Goodman calls George Webb crazy – intel Valor advised
2 days 6 hours ago 20





PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]

Internet URL: https://www.bitchute.com/video/2q8CT9Auo0TW/



Dave continues to lay out aspects of his plan yet to come including threats of future litigation. He does all this while re-refernecing a video in which his brother George Webb Sweigert directs people to watch a video in which Dave accuses Jason Goodman of working for Mossad off shoot Black Cube. Despite his self proclaimed contract work for DHS and other agencies, Dave denies affiliation with the so called "deep state" while feigning ignorance of Manuel Chavez, the very person Dave speaks with in the video referenced by George.



Internet URL: https://www.bitchute.com/video/QYwsuTBfLB1A/



Dave demonstrates his concern with regard to the Robert David Steele Federal Civil Suit filed against Jason Goodman and hints at his intentions of future litigation of his own.



10
PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]



11
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**