RECEIVED
USDC CLERK, CHARLESTON, SC
2018 SEP -4 PM 2: 54

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 2:18-cv-01633-RMG-BM

**PLAINTIFF'S NOTICE OF HARMLESS ERROR**

### PLAINTIFF'S NOTICE OF HARMLESS ERROR

NOW COMES THE PRO SE plaintiff, a layman non-attorney standing in the shoes of the private attorney general doctrine for this public interest lawsuit, to respectfully request this Court take notice of a typographical error that appears in the Court's docket for document no. 18 **[Dkt. 18, 08/28/2018]**.

This NOTICE is filed pursuant to FRCP Rule 61.

### CORRECTION

The PLAINTIFF'S SIXTH REQUEST FOR JUDICIAL NOTICE **[6RJN] [Dkt. 18, 08/28/2018]** displays the footer:

PLAINTIFF'S **FIFTH** REQUEST FOR JUDICIAL NOTICE

The word FIFTH is in error and should read SIXTH.

This is an inadvertent error.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury dated this day 2? of August 2018.

_____
D. GEORGE SWEIGERT

1

PLAINTIFF'S NOTICE OF HARMLESS ERROR

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067

RECEIVED
USDC CLERK, COLUMBIA, SC

2018 AUG 31  AM 10: 08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 2:18-cv-01633-RMG-BM

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

On this day, August 23, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleadings (with First Class postage affixed) to the following parties.

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

_____
D. GEORGE SWEIGERT

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 SEP -4  PM 2:54

CERTIFICATE OF SERVICE - 1