IGERT, C/O
'ERY
, CALIF 96067

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 31 AM 10: 08

CPU 

U.S. POSTAGE
$8.45
PRML      0006
Orig: 95835
Dest: 29201   2S
08/29/18
11113386      06

**PRIORITY MAIL** — TRACKED ★★★ INSURED ★

**MAIL**

UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

EXPECTED DELIVERY DAY: 08/31/2018
**USPS TRACKING NUMBER**

9505 5265 4437 8241 2738 88

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 31  AM 10: 08

U.S. POSTAGE
$8.45
PRML      0006
Orig: 95835
Dest: 29201   2S
08/29/18
11113386    06

CPU

**PRIORITY MAIL** — TRACKED ★★★ INSURED ★

UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

ITEM X-RAYED BY USMS

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

EXPECTED DELIVERY DAY: 08/31/2018
USPS TRACKING NUMBER
9505 5265 4437 8241 2738 88

FIRST CLASS MAIL