D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>         Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>         Defendant | Case No.: 2:18-cv-01633-RMG-BM<br><br>**PLAINTIFF'S SEVENTH<br>REQUEST FOR JUDICIAL NOTICE [7RJN]** |

## PLAINTIFF'S SEVENTH REQUEST FOR JUDICIAL NOTICE [7RJN]

NOW COMES THE PRO SE plaintiff, a layman non-attorney standing in the shoes of the private attorney general doctrine for this public interest lawsuit, to respectfully request this Court take notice of certain public records and documents.

**PUBLIC ARTIFACT NUMBER ONE:**  YouTube video of Jason Goodman

YouTube video of defendant Jason Goodman in a telephonic conversation with a police officer from the Capitol Heights Police Depart, Maryland.  Goodman discusses the plaintiff.

**PUBLIC ARTIFACT NUMBER TWO:**  Maryland State law

§ 9-501. False statement - To law enforcement officer

**PUBLIC ARTIFACT NUMBER THREE:**  YouTube video of Jason Goodman and "TRUE PUNDIT"

Thomas Paine, aka "TRUE PUNDIT" Described on pages 11, 12, 31, 32, 33 and 40 of Amended Complaint [AC].

**PUBLIC ARTIFACT NUMBER FOUR:**  BuzzFeed news story about "TRUE PUNDIT"

Article identified Thomas Paine, aka "TURE PUNDIT" as Michael D. Moore, age 51, convicted of copyright infringement after arrest by FBI.

1

PLAINTIFF'S SEVENTH REQUEST FOR JUDICIAL NOTICE [7RJN]

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury dated this day 29 of August 2018.

D. GEORGE SWEIGERT

2

PLAINTIFF'S SEVENTH REQUEST FOR JUDICIAL NOTICE [7RJN]

1  D. GEORGE SWEIGERT, C/O
   GENERAL DELIVERY
2  MOUNT SHASTA, CALIF  96067

3
                    IN THE UNITED STATES DISTRICT COURT
4                   FOR THE DISTRICT OF SOUTH CAROLINA

5
   D. GEORGE SWEIGERT                    Case No.: 2:18-cv-01633-RMG-BM
6
              Plaintiff,
7
   vs.                                   **CERTIFICATE OF SERVICE**
8
   JASON GOODMAN
9
              Defendant
10

11

12              **CERTIFICATE OF SERVICE**

13 On this day, August 25, 2018, I have caused to be placed into the U.S. Postal Service true copies of the

14 attached pleadings (with First Class postage affixed) to the following parties.

15
                    Clerk of the Court
16                  U.S. District Court
                    Matthew J. Perry, Jr. Courthouse
17                  901 Richland Street
                    Columbia, South Carolina 29201
18
                    Jason Goodman
19                  252 7th Avenue #6S
                    New York, NY 10001
20

21 I hereby attest under the penalties of perjury that the foregoing is true and accurate.

22
                                    _____
23                                       D. GEORGE SWEIGERT

24

25

26

27

28
   CERTIFICATE OF SERVICE - 1