IGERT, C/O
'ERY
, CALIF 96067


RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 31  AM 10: 08


CPU



U.S. POSTAGE
$8.45
PRML      0006
Orig: 95835
Dest: 29201   2S
08/29/18
11113386      06



PRIORITY ★ MAIL ★   TRACKED ★★★ INSURED ★   MAIL

UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201



EXPECTED DELIVERY DAY: 08/31/2018
USPS TRACKING NUMBER

9505 5265 4437 8241 2738 88

    

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 31 AM 10:08

U.S. POSTAGE
$8.45
PRML 0006
Orig: 95835
Dest: 29201 2S
08/29/18
11113386 06

CPU



PRIORITY MAIL — TRACKED INSURED

 UNITED STATES POSTAL SERVICE®

For Domestic and International Use — Label 107R, May 2014

 ITEM X-RAYED BY USMS

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

EXPECTED DELIVERY DAY: 08/31/2018

USPS TRACKING NUMBER



9505 5265 4437 8241 2738 88

FIRST CLASS MAIL