# U.S. District Court
## District of South Carolina (Charleston)
### CIVIL DOCKET FOR CASE #: 2:18−cv−01633−RMG

Sweigert v. Goodman  
Assigned to: Honorable Richard M Gergel  
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 06/14/2018  
Date Terminated: 09/17/2018  
Jury Demand: Plaintiff  
Nature of Suit: 470 Racketeer/Corrupt Organization  
Jurisdiction: Federal Question

**Plaintiff**

**D George Sweigert**     represented by  **D George Sweigert**  
General Delivery  
Mount Shasta, CA 96067  
PRO SE

V.

**Defendant**

**Jason Goodman**     represented by  **Jason Goodman**  
252 7th Ave #6s  
New York, NY 10001  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2018 | Ï 1 | COMPLAINT against Jason Goodman ( Filing fee $ 400 receipt number SCX300076826.), filed by D George Sweigert. (Attachments: # 1 Exhibit 1−2)(cwhi, ) (Entered: 06/15/2018) |
| 06/29/2018 | Ï 5 | AMENDED COMPLAINT against Jason Goodman, filed by D George Sweigert. (Attachments: # 1 Supporting Documents, # 2 Envelope)(cwhi, ) Modified to add 6 Supplement on 7/5/2018 (ssam, ). (Entered: 06/29/2018) |
| 07/05/2018 | Ï 6 | SUPPLEMENT/*NOTICE of Harmless Error Pursuant to FRCP Rule 61* by D George Sweigert to 5 Amended Complaint. (Attachments: # 1 Envelope)(ssam, ) (Entered: 07/05/2018) |
| 07/05/2018 | Ï 7 | MOTION to Show Cause by D George Sweigert. (Attachments: # 1 Request for Judicial Notice, # 2 Public Artifact No. 1−3, # 3 Envelope)Motions referred to Bristow Marchant.(ssam, ) (Entered: 07/05/2018) |
| 07/09/2018 | Ï 8 | MOTION for Order to Show Cause by D George Sweigert. (Attachments: # 1 Memo in Support, # 2 Request for Judicial Notice, # 3 Supporting Documents)Motions referred to Bristow Marchant.(cwhi, ) (Entered: 07/10/2018) |
| 08/03/2018 | Ï 9 | MOTION to Dismiss by Jason Goodman. (Attachments: # 1 Memo in Support, # 2 Affidavit, # 3 Envelope)Motions referred to Bristow Marchant.(cwhi, ) (Entered: 08/03/2018) |
| 08/06/2018 | Ï 10 | NOTICE of Change of Address by D George Sweigert. Address updated in ECF this date. (Attachments: # 1 Envelope)(cwhi, ) (Entered: 08/07/2018) |

| | | |
|---|---|---|
| 08/13/2018 | 11 | RESPONSE in Opposition re 9 MOTION to Dismiss. Response filed by D George Sweigert. (Attachments: # 1 Envelope)(cwhi, ) (Entered: 08/13/2018) |
| 08/13/2018 | 12 | MOTION to Strike 9 MOTION to Dismiss by D George Sweigert. (Attachments: # 1 Memo in Support, # 2 Envelope)Motions referred to Bristow Marchant.(cwhi, ) (Entered: 08/13/2018) |
| 08/17/2018 | 13 | REQUEST FOR JUDICIAL NOTICE. (Attachments: # 1 Supporting Documents, # 2 Envelope)(cwhi, ) (Entered: 08/17/2018) |
| 08/24/2018 | 14 | REQUEST FOR JUDICIAL NOTICE. (Attachments: # 1 Supporting Documents, # 2 Envelope)(cwhi, ) (Entered: 08/24/2018) |
| 08/28/2018 | 16 | DECLARATION captioned as "Pracipe to Re–Issue Summons" by D George Sweigert. (Attachments: # 1 Exhibit, # 2 Envelope)(cwhi, ) (Entered: 08/28/2018) |
| 08/28/2018 | 17 | MOTION to Amend/Correct 8 MOTION for Order to Show Cause by D George Sweigert. (Attachments: # 1 Envelope)Motions referred to Bristow Marchant.(cwhi, ) (Entered: 08/28/2018) |
| 08/28/2018 | 18 | REQUEST FOR JUDICIAL NOTICE. (Attachments: # 1 Supporting Documents, # 2 Envelope)(cwhi, ) (Entered: 08/28/2018) |
| 08/29/2018 | 21 | **ORDER directing plaintiff to notify Clerk in writing of any address changes. Signed by Magistrate Judge Bristow Marchant on 8/29/2018. (cwhi, )** (Entered: 08/29/2018) |
| 08/29/2018 | 22 | **REPORT AND RECOMMENDATION of Magistrate Judge Bristow Marchant. It is recommended that Plaintiffs motions to show cause, to strike, and for leave to amend his motion to show cause (ECF Nos. 7, 8, 12, and 17) and Defendant's motion to dismiss (ECF No. 9) be denied, without prejudice, and that this case be transferred in the interests of justice to the United States District Court for the Southern District of New York for further handling. Objections to R&R due by 9/12/2018. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. Signed by Magistrate Judge Bristow Marchant on 8/29/2018. (cwhi, )** (Entered: 08/29/2018) |
| 08/29/2018 | 23 | ***DOCUMENT MAILED 21 Order to Notify of Address Change, 22 REPORT AND RECOMMENDATION re 9 MOTION to Dismiss filed by Jason Goodman, 12 MOTION to Strike 9 MOTION to Dismiss filed by D George Sweigert, 1 Complaint filed by D George Sweigert, 17 MOTION to Amend/Correct 8 MOTION for Order placed in U.S. Mail to D George Sweigert. (cwhi, ) (Entered: 08/29/2018) |
| 08/29/2018 | 24 | ***DOCUMENT MAILED 22 REPORT AND RECOMMENDATION re 9 MOTION to Dismiss filed by Jason Goodman, 12 MOTION to Strike 9 MOTION to Dismiss filed by D George Sweigert, 1 Complaint filed by D George Sweigert, 17 MOTION to Amend/Correct 8 MOTION for Order placed in U.S. Mail to Jason Goodman. (cwhi, ) (Entered: 08/29/2018) |
| 08/31/2018 | 25 | NOTICE of Harmless Error re 18 Notice Other by D George Sweigert (Attachments: # 1 Envelope)(ssam, ) (Entered: 09/05/2018) |
| 08/31/2018 | 26 | REQUEST FOR JUDICIAL NOTICE by D George Sweigert. (Attachments: # 1 Supporting Documents, # 2 Envelope)(ssam, ) (Entered: 09/05/2018) |
| 09/17/2018 | 27 | **ORDER AND OPINION RULING ON 22 REPORT AND RECOMMENDATION of Magistrate Judge Bristow Marchant. Plaintiff's motions to show cause (Dkt. Nos. 7 , 8 ), motion to strike (Dkt. No. 12 ) and motion for leave to amend his motion to show cause (Dkt. No. 17 ) are DENIED WITHOUT PREJUDICE. Defendant's motion to dismiss (Dkt. No. 9 ) is DENIED WITHOUT PREJUDICE. This case is TRANSFERRED to the United States District Court for the Southern District of New York. AND IT IS SO ORDERED. Signed by Honorable Richard M Gergel on 9/17/2018. (sshe, )** (Entered: 09/17/2018) |

| | | |
|---|---|---|
| 09/17/2018 | 29 | ***DOCUMENT MAILED 27 Order Ruling on Report and Recommendation, placed in U.S. Mail to D George Sweigert and Jason Goodman (sshe, ) (Entered: 09/17/2018) |