1  D. GEORGE SWEIGERT, C/O
   P.O. BOX 152
2  MESA, AZ 85211

3
                   IN THE UNITED STATES DISTRICT COURT
4                 FOR THE SOUTHERN DISTRICT OF NEW YORK
                              (FOLEY SQUARE)
5

6  D. GEORGE SWEIGERT                    Case No.: 1:18-cv-08653-UA

7          Plaintiff,

8  vs.

9  JASON GOODMAN
                                         PLAINTIFF'S CHANGE OF ADDRESS
10         Defendant

11

12
                                    NOTICE
13

14
       The address of the Plaintiff has been changed to:
15

16                        D. GEORGE SWEIGERT, C/O

17                        P.O. BOX 152

18                        MESA, AZ 85211

19
                                                              **28**
20                         Respectfully dated this day ____ September, 2018,

21

22                                 _____

23                                       D. GEORGE SWEIGERT

24

25

26

27

28
                              CHANGE OF ADDRESS