D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>Defendant | Case No.: 1:18-cv-08653-UA<br><br><br><br>**PLAINTIFF'S EIGHTH<br>REQUEST FOR JUDICIAL NOTICE [RJN]** |

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents. These public records amplify the personages that have been described in the **Amended Complaint [AC] [Doc. 5, 6/29/2018).**

**PUBLIC ARTIFACT ONE:**

Arrest record of MICHAEL BARDEN (interviewed by the Defendant in the below cited video production publicly distributed on YouTube.Com). Criminal charges: Aggravated Assault with a Deadly Weapon and Disorderly Conduct with a Weapon. Assigned Judge Susan Brnovich.

**PUBLIC ARTIFACT TWO:**

Defendant Jason Goodman displays photo of Judge Susan Brnovich in the YouTube.Com video Live Stream entitled "Michael Barden Targeted Individual – Psychological Assault and Weaponized Mental Health Evaluation". Internet URL: https://www.youtube.com/watch?v=anJMtPhp4pI&t=838s

**PUBLIC ARTIFACT THREE:**

Nomination to the federal judiciary of Judge Susan Brnovich.

1
PLAINTIFF'S EIGHTH REQUEST FOR JUDICIAL NOTICE [8-RJN]

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of September 28, 2018

_____
D. GEORGE SWEIGERT

Case 1:18-cv-08653-VEC-SDA Document 32 Filed 10/01/18 Page 3 of 8

## PUBLIC ARTIFACT ONE:

Arrest record of MICHAEL BARDEN (interviewed by the Defendant in the video production publicly distributed on YouTube.Com described in Public Artifact Two). Charges: Aggravated Assault with a Deadly Weapon and Disorderly Conduct with a Weapon.

**Party Information**

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | Vaitkus, Michelle | | |
| Michael Barden - (2) | Defendant | M | Victor, Marc | Master Calendar | CR2018-100874-001 |

**Disposition Information**

| Party Name | ARSCode | Description | Crime Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|
| Michael Barden | 13-1204A2 (F3) | AGG ASLT-DEADLY WPN/DANG INST | 1/4/2018 | | |
| Michael Barden | 13-2904A6 (F6) | DISORD CONDUCT-WEAPON/INSTR | 1/4/2018 | | |

**Case Documents**

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 9/12/2018 | 070 - ME: Settlement Conference Set - Party (001) | 9/12/2018 | |
| 9/6/2018 | PRA - Praecipe - Party (001) | 9/10/2018 | |
| 8/23/2018 | 598 - ME: Continuance Past last Day - Party (001) | 8/23/2018 | |
| 7/24/2018 | 027 - ME: Pretrial Conference - Party (001) | 7/24/2018 | |
| 7/18/2018 | STA - Statement - Party (001) | 7/23/2018 | |
| NOTE: COMPREHENSIVE PRETRIAL CONFERENCE | | | |
| 5/21/2018 | 598 - ME: Continuance Past last Day - Party (001) | 5/21/2018 | |
| 5/3/2018 | MCO - Motion To Continue - Party (001) | 5/14/2018 | |
| NOTE: TRIAL | | | |
| 4/26/2018 | ALG - Allegation - Party (001) | 4/26/2018 | |
| NOTE: STATE'S ALLEGATION OF AGGRAVATING CIRCUMSTANCES | | | |

## Internet URL:

http://www.superiorcourt.maricopa.gov/docket/CriminalCourtCases/caseInfo.asp?caseNumber=CR2018-100874



10:32:38 a.m
Friday, September 28, 2018
Pacific Time(DST)

http://www.superiorcourt.maricopa.gov/docket/CriminalCourtCases/Index.asp





4
**PLAINTIFF'S EIGHTH REQUEST FOR JUDICIAL NOTICE [8-RJN]**

**PUBLIC ARTIFACTS SECTION TWO:**

Defendant Jason Goodman chats in the YouTube.Com video Live Stream entitled "Michael Barden Targeted Individual – Psychological Assault and Weaponized Mental Health Evaluation". Internet URL: https://www.youtube.com/watch?v=anJMtPhp4pI&t=838s

At 16:00 Barden explains he has a meeting with Judge Susan Brnovich.

At 17:32 Judge Branovich's photo is displayed to the audience by Defendant Goodman



Michael Barden Targeted Individual –
Psychological Assault and Weaponized Mental
Health Evaluation


Jason Goodman
Subscribe  68K

1,723 views


10:47:47 a.m
Friday, September 28, 2018
Pacific Time(DST)

At 38:00 Barden talks about his violent confrontations with other motorists on 01/04/2018.

At 40:00 Barden talks about contact with the Avondale Police Department.

At 47:00 Barden discusses his criminal case.

At 49:45 Barden discusses his psychological testing results.

5
**PLAINTIFF'S EIGHTH REQUEST FOR JUDICIAL NOTICE [8-RJN]**

**PUBLIC ARTIFACT THREE:**

Internet URL: https://vettingroom.org/2018/04/18/judge-susan-brnovich/



Judge Susan Brnovich, a well-respected state judge in Arizona, has been nominated to the federal bench upon the recommendation of Arizona's Republican senators. It is a promotion she is likely to get.

**Background**

Brnovich was born Susan Marie Skibba in 1968 in Madison, WI. Brnovich graduated from the University of Wisconsin in 1990 and then jointly attended the University of Wisconsin Law School and Graduate School, getting a J.D. and an M.S. in Business in 1994.[1]



**PLAINTIFF'S EIGHTH REQUEST FOR JUDICIAL NOTICE [8-RJN]**

PLAINTIFF'S EIGHTH REQUEST FOR JUDICIAL NOTICE [8-RJN]

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

Pro Se
SM

Clerk of the Court
U.S. Courthouse for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312