UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D. George Swiegert
_____
Plaintiff
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s))

NOTICE OF PRO SE APPEARANCE

-against-

Jason Goodman
_____
Defendant
_____
(In the space above enter the full name(s) of the defendants(s)/respondent(s))

1:18 Civ. 08653 (4A)( )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-18

Please take notice that I, Jason Goodman, Plaintiff / **Defendant** (Circle One) in this action, hereby appear **Pro Se** and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Goodman, Jason D
_____
Name (Last, First, MI)

252 7th Ave #6S    New York    NY    10001
Address              City         State  Zip Code

323-744-7594        Truth@crowdsourcethetruth.org
Telephone Number    E-mail Address

10/10/2018          [Signature]
Date                Signature