October 11, 2018

Jason Goodman

252 7th Avenue #6s

New York, NY 10001

Office of the Clerk
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 100007

    Re:  D. George Sweigert v. Jason Goodman, Cause No. 1:18-cv-08653-UA

Please take notice that I, Defendant Jason Goodman, in the matter of D. George Sweigert v Jason Goodman 1:18-cv-08653-UA intend to file a counterclaim.

Respectfully submitted,

Jason Goodman

CC:

D. George Sweigert

Pro Se Intake Unit U.S. District Court Southern District of New York

Clerk of the Court U.S. District Court Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__D. George Sweigert__
__Plaintiff__
(List the name(s) of the plaintiff(s)/petitioner(s).)

1:18 Civ. __08653__ (_V_)(_A_)

- against -

__Jason Goodman__
__Defendant__

(List the name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION OF SERVICE**

I, (print your name) __Jason Goodman__, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): __Letter of intent to file a counter Claim__

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) __by US Mail__ to the following persons (list the names and addresses of the people you served): 

__David George Sweigert__
__PO Box 152__
__Mesa AZ 85211__

on (date you served the document(s)) 

__10/11/2018__
Dated

Signature
Address __252 7th Ave #6S__
City, State __New York NY__
Zip __10001__
Telephone Number __323-744-7594__
E-Mail Address

Rev. 01/2013