D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

RECEIVED
SDNY DOCKET UNIT
2018 OCT 12 PM 3:44

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(FOLEY SQUARE)**

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>Defendant | **Case No.: 1:18-cv-08653-UA**<br><br>**JURY TRIAL DEMANDED**<br><br>**PLAINTIFF'S TENTH REQUEST FOR JUDICIAL NOTICE [10-RJN]** |

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-12-18

**PUBLIC ARTIFACT ONE:**

**Defendant Jason Goodman states that he is the CEO of 21st Century 3D.**

**Internet URL: https://www.stereoscopynews.com/references-links-books/people/1542-goodman-jason**

**PUBLIC ARTIFACT TWO:**

**New York State Division of Corporations statement on MULTIMEDIA DESIGN SSYSTEM DESIGN, INC.**

**Internet URL: https://appext20.dos.ny.gov/corp_public/CORPSEARCH.SELECT_ENTITY**

**PUBLIC ARTIFACT THREE:**

**Statement that 21st Century 3D is a subdivision of MULTIMEDIA DESIGN SYSTEMS, INC.**

**https://web.archive.org/web/20010717134803/http://www.21stcentury3d.com:80/whoweare.html#top**

**PUBLIC ARTIFACT FOUR:**

**Use of two (2) company names: MULTIMEDIA SYSTEM DESIGN, INC. vs. MULTIMEDIA SOFTWARE DESIGN, INC.**

**Internet URL: https://phoneowner.com/21224485**

**PUBLIC ARTIFACT FIVE:**

**Defendant Goodman portrays himself as CEO of MULTIMEDIA SOFTWARE DESIGN, INC.**

**Internet URL: https://www.dmnews.com/channel-marketing/news/13089875/not-all-20somethings-are-jerks**

**PUBLIC ARTIFACT SIX:**

**MULTIMEDIA SOFTWARE DESIGN, INC.**

**Internet URL: https://bizstanding.com/directory/CA/MU/440/**

**ATTESTATION**

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet or printed books. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of October 10, 2018

D. GEORGE SWEIGERT

**PUBLIC ARTIFACT ONE:**

**Internet URL: https://www.stereoscopynews.com/references-links-books/people/1542-goodman-jason**

2011 Goodman, Jason

Jason is the founder and CEO of 21st Century 3D. He is also a graduate of the New York University (NYU) film school, a stereographer, and a long-time 3D enthusiast whose first attempts at 3D imaging began with red and blue crayons

"I had a personal fascination with production and 3D from the time we started, 17 years ago. As the company metamorphosized to focus on those things, we changed our name to 21st Century 3D in 1999, and haven't looked back".

Jason Goodman is here on IMDB. He is credited as D.O.P. on JuhaX (by , presented at the Cannes film Festival in 2011.

21ST
CENTURY
3D

Right now, the official U.S. time is:
03:20:00 p.m.
Friday, October 5, 2018
Pacific Time(DST)

3

PLAINTIFF'S TENTH REQUEST FOR JUDICIAL NOTICE [10-RJN]

17 May2011

Goodman, Jason

Posted in People

Jason is the founder and CEO of 21st Century 3D. He is also a graduate of the New York University (NYU) film school, a stereographer, and a long-time 3D enthusiast whose first attempts at 3D imaging began with red and blue crayons.

. "I had a personal fascination with production and 3D from the time we started, 15 years ago. As the company metamorphosized to focus on those things, we changed our name to 21st Century 3D in 1999, and haven't looked back".

Jason Goodman is here on IMDB. He is credited as D.O.P. on JuliaX (by *P.J. Pettiette)*, presented at the Cannes film Festival in 2011.

**PUBLIC ARTIFACTS SECTION TWO:**

**Internet URL: https://appext20.dos.ny.gov/corp_public/CORPSEARCH.SELECT_ENTITY**

# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through June 29, 2018.**

---

**Selected Entity Name: MULTIMEDIA SYSTEM DESIGN, INC.**

**Selected Entity Status Information**

**Current Entity Name:** MULTIMEDIA SYSTEM DESIGN, INC.
**DOS ID #:** 1830828
**Initial DOS Filing Date:** JUNE 21, 1994
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

**Selected Entity Address Information**

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
% RANDY S. NEWMAN, ESQ.
208 EAST 51ST STREET
SUITE 200
NEW YORK, NEW YORK, 10022

**Registered Agent**
NONE

**PUBLIC ARTIFACT THREE:**

**Internet URL:**

**https://web.archive.org/web/20010717134803/http://www.21stcentury3d.com:80/whoweare.html#top**

21st Century 3D is a division of the one-stop digital powerhouse Multimedia Software Design.

Multimedia Software Design was founded in 1992 and has undergone many changes since then. As computer technology has evolved, so has MSD. 3D has been a strong focus since the beginning, so MSD has established a new division, Twenty-First Century 3D.

Our clients include:

- DoubleClick
- Computer Associates
- Broan Nu-Tone
- DDB Worldwide
- Saatchi and Saatchi
- JVC
- Motorola
- Pioneer Fund
- Warner Bros
- New Line Cinema



21st Century 3D is a division of the one-stop digital powerhouse Multimedia Software Design.

Multimedia Software Design was founded in 1992 and has undergone many changes since then. As computer technology has evolved, so has MSD. 3D has been a strong focus since the beginning, so MSD has established a new division, Twenty-First Century 3D.

Our clients include:

DoubleClick
Computer Associates
Broan Nu-Tone
DDB Worldwide
Saatchi and Saatchi
JVC
Motorola
Pioneer Fund
Warner Bros
New Line Cinema

**PUBLIC ARTIFACT FOUR:**

Internet URL: https://phoneowner.com/21224485

## (212) 244-8585

| Owner Name | Address | Information | |
|---|---|---|---|
| Multimedia System Design Incorporated | New York, NY | | |
| Multimedia System Design | 505 8 Ave, New York, NY 10018 | | |
| Jason Goodman | 505 8Th Ave, New York, NY 10018 | Email: | a...@21stcentury3d.com |
| | | Title: | President |
| | | Organization: | 21st Century 3D |
| | | Specialties | Motion Picture and Video Tape Production |
| | | Industry | Motion Picture & Video Production |
| | | Site: | 21stcentury3d.com |
| Multimedia Software Design Inc | 3450 Cahuenga Blvd, Los Angeles, CA 90068 | Industry | Computer Related Services Motion Picture/video Production |
| 21st Century 3D | 3450 Cahuenga Blvd, Los Angeles, CA 90068 | Industry | Motion Pictures and Film, Computer Related Services Motion Picture/Video Production, Video Production, Motion Picture & Video Production |
| | | Site | 21stcentury3d.com |

**PUBLIC ARTIFACT FIVE:**

**Internet URL: https://www.dmnews.com/channel-marketing/news/13089875/not-all-20somethings-are-jerks**

CHANNEL MARKETING | NOT ALL 20-SOMETHINGS ARE JERKS

# Not All 20-Somethings Are Jerks

MAY 14, 2001

As a 29-year-old independent businessman who started a company in 1992, I resent your column, "At 25, We're All Jerks."

I started my company when I was 21, long before most of America ever heard of the Internet, and we are still going strong. I specifically resent the statement, "With few exceptions, a business run by people in their 20s is by definition a business run by jerks."

*Jason Goodman, CEO, Multimedia Software Design, New York*

*jason@msd-nyc.com*

Not All 20-Somethings Are Jerks

May 14, 2001

Tweet

Share

As a 29-year-old independent businessman who started a company in 1992, I resent your column, "At 25, We're All Jerks."

I started my company when I was 21, long before most of America ever heard of the Internet, and we are still going strong. I specifically resent the statement, "With few exceptions, a business run by people in their 20s is by definition a business run by jerks."

Frankly, I find most businesses are run by jerks regardless of age. iMarketing News is yet another example.

For you to target me and my peers shows bitterness, jealousy and stupidity on your part. In the end, you blame the 50-year-olds who threw so much money at all these bad Internet ideas.

But who cares?

Did they ask you for the money?

Let them waste $20 million if that's what they fancy.

Why make a blanket statement about me and my generation when you obviously know very little about us?

Your article says nothing new or interesting and serves little purpose other than to offend me and other businesspeople in their 20s.

Frankly, the 20-year-olds who got the millions were geniuses. They saw an opportunity and took it.

I think you're just jealous because your cigarette-powered shopping newspaper failed. Lose the sour-grapes attitude and try writing about something that might actually interest people.

*Jason Goodman, CEO, Multimedia Software Design, New York*

*jason@msd-nyc.com*

**PUBLIC ARTIFACT SIX:**

**MULTIMEDIA SOFTWARE DESIGN, INC.**

Internet URL: https://bizstanding.com/directory/CA/MU/440/

← MULTIMEDIA PRODUCTION SERVICES MULTIMEDIA SOLUTION →

21ST CENTURY 3D

## 21ST CENTURY 3D

New York, NY · Los Angeles, CA

| | |
|---|---|
| Industry: | Motion Pictures and Film, Computer Related Services Motion Picture/Video Production, Video Production, Motion Picture & Video Production |
| Doing business as: | Multimedia Software Design Inc<br>21st Century 3D<br>M S D |
| Site: | 21stcentury3d.com |
| Phone: | (212) 244-8585 |
| Description: | 21st Century 3D is a full-service stereoscopic 3D motion picture production company with offices in New York City and Los Angeles. We provide cutting edge live-action and computer generated... |
| Addresses: | 505 8 Ave #1006, New York, NY 10018<br>3450 Cahuenga Blvd W, Los Angeles, CA 90068 |
| Members (2): | Jason Goodman (President)<br>Stephen Baker (Operations Manager) |
| SIC: | 7812 - Motion Picture and Video Tape Production |
| Company size: | 1-10 employees |

**Business Background Report**

Right now, the official U.S. time is:
04:32:32 p.m.
Friday, October 5, 2018
Pacific Time(DST)

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**

RECEIVED SDNY DOCKET UNIT 2018 OCT 12 PM 3:44

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(FOLEY SQUARE)**

D. GEORGE SWEIGERT

Plaintiff,

vs.

JASON GOODMAN

Defendant

**Case No.: 1:18-cv-08653-UA**

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class postage paid U.S. Mail to:

**Jason Goodman**
**252 7th Avenue #6S**
**New York, NY 10001**

**PRO SE DIVISION**
**Clerk of the Court**
**U.S. District Court for the SDNY**
**(FOLEY SQUARE)**
**500 Pearl Street**
**New York, New York 10007-1312**

Respectfully dated this day 10 October, 2018,

[signature] /

D. GEORGE SWEIGERT

BOX 152
, AZ 85211

# First Class Mail

UNITED STATES POSTAL SERVICE. Retail

US POSTAGE PAID
$8.45

:01
: 10007
Oz
0-12 1006

PRIORITY MAIL 2-Day ®

TED DELIVERY DAY: 10/12/2018 C014

USPS TRACKING NUMBER

9505 5126 5250 8283 2869 16

PRO SE DIVISION
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

2018 OCT 12 PM 3:44
SDNY DOCKET UNIT
RECEIVED