D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 1:18-cv-08653-UA |
| Plaintiff, | |
| vs. | JURY TRIAL DEMANDED |
| JASON GOODMAN | |
| Defendant | PLAINTIFF'S ELEVENTH REQUEST FOR JUDICIAL NOTICE [11-RJN] |

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents.

**PUBLIC ARTIFACT ONE:**

YouTube video published on "Jason Goodman" channel entitled, "*PATREON PREVIEW* with Kevin Shipp – THE DARK LEFT AGENDA What Does the Kavanaugh Hearing Mean?  Streamed live on Oct 4, 2018

**PUBLIC ARTIFACT TWO:**

The book referenced in the video above.  From the Company of Shadows.  Amazon.  https://www.amazon.com/gp/product/0692017968/ref=dbs_a_def_rwt_bibl_vppi_i0

**PUBLIC ARTIFACT THREE:**

PRESS RELEASE for the book described in Jason Goodman's video.  https://www.prnewswire.com/news-releases/former-cia-agent-kevin-shipp-reveals-shocking-details-in-new-book-from-the-company-of-shadows-221304401.html

1
PLAINTIFF'S ELEVENTH REQUEST FOR JUDICIAL NOTICE [11-RJN]

**PUBLIC ARTIFACT FOUR:**

Author of the book described in Jason Goodman's video as Plaintiff in federal lawsuit.  PACER entries for U.S.D.C. for the District of Columbia (Washington, DC), CIVIL DOCKET FOR CASE #: 1:14-cv-01589-EGS.  Internet URL:   https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?713926706713069-L_1_0-1

**PUBLIC ARTIFACT FIVE:**

Author of the book mentioned in the Jason Goodman video comments on this present lawsuit.
https://trackingmeroz.wordpress.com/tag/kevin-shipp-cia-whistleblower/

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet or printed books.  These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of October 12, 2018


D. GEORGE SWEIGERT

**PUBLIC ARTIFACT ONE:**

YouTube video published on "Jason Goodman" channel entitled, "*PATREON PREVIEW* with Kevin Shipp – THE DARK LEFT AGENDA What Does the Kavanaugh Hearing Mean? Streamed live on Oct 4, 2018

Internet URL: https://www.youtube.com/watch?v=Zrk0_Ni6nTk&t=17s







3
**PLAINTIFF'S ELEVENTH REQUEST FOR JUDICIAL NOTICE [11-RJN]**

> **\*PATREON PREVIEW\* with Kevin Shipp – THE DARK LEFT AGENDA What Does the Kavanaugh Hearing Mean?**
>
> Jason Goodman  [Subscribe] 68K
>
> 3,827 views   👍 125  👎 14
>
> \+ Add to   ↑ Share   ••• More
>
> Streamed live on Oct 4, 2018
> In this free preview, we will explore Kevin's insights into the agenda of "The Dark Left" an extreme subgroup within the American political left, bent on the destruction of the U.S. Constitution and overthrow of our Democratic Republic by whatever means necessary.
>
> Recovering CIA Officer Kevin Shipp joins me tonight Only ON Patreon at 7pm
>
> Watch tonight's episode of "The Intelligence Assessment with Kevin Shipp" Only ON Patreon
>
> http://www.patreon.com/crowdsourcethe...
> https://www.patreon.com/kevin_shipp

# VIDEO TRANSCRIPT

00:01   GOODMAN:   Welcome to this preview stream for the upcoming episode of the "Intelligence Assessment" with Kevin Shipp. [URLs displayed]

**patreon.com/kevin_shipp**
**patreon.com/crowdsourcethetruth**

00:09   GOODMAN:   Today Kevin and I are going to be exploring the agenda of what Kevin has defined as the "Dark Left. This of course is a radical sub-set of left leaning politicians and activists in the United States who seem to be willing to go to any lengths to achieve their goals and those goals seem to be the subversion of the U.S. Constitution and the destruction of many of our rights and perhaps even the government itself.

00:38   GOODMAN:   We're going to beginning in only just thirty minutes only on PATREON. Of course, the Intelligence Assessment with Kevin Shipp is one of many shows that we have taking to putting exclusively on PATREON.

00:51   GOODMAN:   We want to avoid the troll heavy environment that .. uh .. YouTube and some of the other .. uh.. channels are over-run by. So, by being on PATREON we allow our viewers the opportunity to enjoy this information without being inundated by .. uh.. people who maybe aren't here for the same reasons that .. uh.. the more serious viewers among us might be.

01:33   GOODMAN:   Kevin Shipp of course is a recovering C.I.A. officer. Who left the C.I.A. after he discovered a serious breach that was in every U.S. Embassy around the world.

02:06   GOODMAN:   Kevin was pursued by the C.I.A. He house was poisoned, his family was targeted, and he has conducted an independent investigation into those matters. He details all of that in his book "From the Company of Shadows", which of course people can purchase by going to Kevin's web-site. FORTHELOVEOFFREEDOM.NET

5
**PLAINTIFF'S ELEVENTH REQUEST FOR JUDICIAL NOTICE [11-RJN]**

**PUBLIC ARTIFACTS SECTION TWO:**

https://www.amazon.com/gp/product/0692017968/ref=dbs_a_def_rwt_bibl_vppi_i0





From the Company of Shadows. Read firsthand accounts of fascinating events inside the CIA. Learn how the CIA conducts operations, recruits agents and protects defectors from assassination. Understand the current global and domestic threat of terrorism from the perspective of a decorated CIA officer. Read an insider's expose' of the CIA's use of secrecy and the executive branch's abuse of the shadowy State Secrets Privilege. Information in the hard copy is not included in the Kindle version.



6
**PLAINTIFF'S ELEVENTH REQUEST FOR JUDICIAL NOTICE [11-RJN]**

From the Inside Flap

*From the Company of Shadows* is a fascinating revelation of the procedures the CIA uses in conducting covert operations, counterintelligence investigations and counter terrorism. This is a detailed expose' covering multiple facets of government intelligence and secrecy.

Kevin Shipp, a decorated CIA officer, held several sensitive high level positions, operating in over twenty foreign countries and participating in life threatening assignments. He recounts some of these operations, including humorous events usually not revealed to the public.

Included with excerpts from his previous book *In From the Cold. CIA Secrecy and Operations*, Shipp provides additional detail disputing the account of reporter Bob Woodward's alleged deathbed conversation with CIA Director William Casey during the Iran Contra Affair.

He provides a detailed expose' of the CIA's use of secrecy and the Executive Branch's abuse of the little known State Secrets Privilege.

"From 1953 to the present the federal government, and most notoriously the CIA, has used the assertion of the State Secrets Privilege to block cases of negligence, discrimination, shut down whistleblower claims, prevent other branches of government from conducting investigations...and block contractors from resolving business conflicts..."

Shipp provides a stunning example of the CIA's concealment of negligence by including excerpts from his book on the subject, blacked out by CIA censors. He spent months going back and forth, line by line, word by word, negotiating with the CIA for the book's release.

He also supervised the Department of State Anti Terrorism Assistance program and managed the protective detail assigned to the president of Afghanistan following the US invasion.

Shipp courageously exposes the current stealth jihad movement operating in the US and lays out the techniques terrorist organizations use to carry out their attacks.

**PUBLIC ARTIFACT THREE:**

https://www.prnewswire.com/news-releases/former-cia-agent-kevin-shipp-reveals-shocking-details-in-new-book-from-the-company-of-shadows-221304401.html

# Former CIA Agent Kevin Shipp Reveals Shocking Details in New Book, From the Company of Shadows

Includes Embedded Coding to Expose Details Previously Blacked Out by CIA

NEWS PROVIDED BY
**Kevin Shipp**
Aug 27, 2013, 08:35 ET

SHARE THIS ARTICLE 

ATLANTA, Aug. 27, 2013 /PRNewswire/ -- While working as a senior officer on a secret government base, Shipp and his family were subjected to severe toxic exposure. They were bleeding from their noses, vomiting, had bruising all over their bodies, were bed-



ATLANTA, Aug. 27, 2013 /PRNewswire/ -- While working as a senior officer on a secret government base, Shipp and his family were subjected to severe toxic exposure. They were bleeding from their noses, vomiting, had bruising all over their bodies, were bed-ridden with severe headaches requiring morphine, lost their short-term memory and suffered from strange rashes on the exposed areas of their skin. Doctor's diagnoses and environmental tests showed exposure to poisonous toxins. The house was quarantined – while workers in hazmat suits boxed up all of the family's belongings, including the children's toys, and took them away to be burned.

Their home was broken into, the family was spied on and followed, documents were altered and Shipp's career was threatened. He and his family filed a personal injury suit against the CIA. The CIA signed a court ordered mediated settlement. Two days later, the CIA refused to abide by the agreement, threatening that if the family did not accept a lower settlement – they would invoke the State Secrets Privilege.

**After coercing a federal judge,** the CIA used the privilege to shut the case down in a secret court and placed a seal on it. No one, not even his or her Congressman and Senator, could have access to the evidence. The family was threatened with jail if they discussed the case with anyone. [emphasis added]

Chapter 26 of Shipp's book discusses the ensuing cover-up. The CIA blacked out the majority of the chapter. The book was reviewed by the CIA and approved for publication. Shipp built a code into the manuscript revealing the cover up. For more information contact Ascent Publications, LLC at (813) 500-0397, or e-mail. Kevin Shipp, decorated CIA agent has revealed the CIA's use of secrecy to cover up negligence and Constitutional violations. In the critically acclaimed book *From the Company of Shadows*, he uses an embedded code in the manuscript to expose sections of the book blacked out by the CIA, which details his family's toxic exposure and the subsequent CIA cover up.

Sue Williamson

**PUBLIC ARTIFACTS SECTION FOUR:**

PACER entries for U.S.D.C. for the District of Columbia (Washington, DC), CIVIL DOCKET FOR CASE #: 1:14-cv-01589-EGS.   Internet URL:   https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?713926706713069-L_1_0-1

ECF   Query   Reports   Utilities   Logout

U.S. District Court
District of Columbia (Washington, DC)
CIVIL DOCKET FOR CASE #: 1:14-cv-01589-EGS

ACCURACY IN MEDIA, INC. et al v. DEPARTMENT OF DEFENSE et al
Assigned to: Judge Emmet G. Sullivan
Cause: 05:552 Freedom of Information Act

Date Filed: 09/19/2014
Jury Demand: None
Nature of Suit: 895 Freedom of Information Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**
ACCURACY IN MEDIA, INC.

represented by **John Harrison Clarke**
LAW OFFICE JOHN H CLARKE
1629 K Street, NW
Suite 300
Washington, DC 20006-1631
(202) 344-0776
Fax: (202) 332-3030
Email: johnhclarke@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**KEVIN MICHAEL SHIPP**

represented by **John Harrison Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



10
PLAINTIFF'S ELEVENTH REQUEST FOR JUDICIAL NOTICE [11-RJN]

11. Plaintiff Kevin Michael Shipp is an individual residing at 636 9th Avenue North, Jacksonville Beach, Florida. Mr. Shipp is a former Central Intelligence Agency officer and antiterrorism expert, having held several high level positions in the CIA. He was assigned to be a protective agent for the Director of Central Intelligence, a counterintelligence investigator, a Counterterrorism Center officer, a team leader protecting sensitive CIA assets from assassination, a manager of high-risk protective operations, a lead instructor for members of allied governments, an internal staff security investigator, and a polygraph examiner. He was tasked with protecting the CIA from foreign agent penetration and the chief of training for the CIA federal police force. Mr. Shipp functioned as program manager for the

Department of State, Diplomatic Security, and Anti Terrorism Assistance global police-training program. He is the recipient of two CIA Meritorious Unit Citations, three Exceptional Performance Awards, and a Medallion for overseas covert operations. He is the author of the book, *From the Company of Shadows–CIA Operations and the War on Terrorism*, Ascent Pub., 2012.

12. These seven members of the Citizens Committee on Benghazi, along with Accuracy in Media, Inc., are collectively referred to as "plaintiffs."

**PUBLIC ARTIFACT FIVE:**

Author of the book mentioned in the Jason Goodman video comments on this present lawsuit.

https://trackingmeroz.wordpress.com/tag/kevin-shipp-cia-whistleblower/

*X-CIA "whistleblower" Kevin Shipp warns, "I'd be careful with this one."*



Kevin S. on **August 30, 2018 at 10:03 am** said:   Edit

I'd be careful with this one. The suit is false. Just because a federal CIVIL suit is filed does not make the information real. It is a common tactic to make accusations appear authentic. This could be a case of legal defamation against the defendant. I have read the suit, and it appears just to be an attempt to silence Jason Goodman. I am a Christian. Not only is there a media assault on Christianity, but there is a direct assault to try to silence Internet investigative journalists.



X-CIA "whistleblower" Kevin Shipp warns, "I'd be careful with this one."



Kevin S. on **August 30, 2018 at 10:03 am** said:    Edit

I'd be careful with this one. The suit is false. Just because a federal CIVIL suit is filed does not make the information real. It is a common tactic to make accusations appear authentic. This could be a case of legal defamation against the defendant. I have read the suit, and it appears just to be an attempt to silence Jason Goodman. I am a Christian. Not only is there a media assault on Christianity, but there is a direct assault to try to silence Internet investigative journalists.
13
**PLAINTIFF'S ELEVENTH REQUEST FOR JUDICIAL NOTICE [11-RJN]**

1  D. GEORGE SWEIGERT, C/O
2  P.O. BOX 152
   MESA, AZ 85211



3
4                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF NEW YORK
5                            (FOLEY SQUARE)

6  D. GEORGE SWEIGERT                    Case No.: 1:18-cv-08653-UA
7          Plaintiff,
8  vs.
9  JASON GOODMAN
10         Defendant               CERTIFICATE OF SERVICE
11
12
13                       CERTIFICATE OF SERVICE
14
     The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class
15  postage paid U.S. Mail to:
16
17              Jason Goodman
                252 7th Avenue #6S
18              New York, NY 10001

19              PRO SE DIVISION
                Clerk of the Court
20              U.S. District Court for the SDNY
                (FOLEY SQUARE)
21              500 Pearl Street
                New York, New York 10007-1312
22
23
24                       Respectfully dated this day 12 October, 2018,
25
                         
26
27                            D. GEORGE SWEIGERT
28
                          CERTIFICATE OF SERVICE

USM SDNY

**US POSTAGE PAID**
$8.45
2018 OCT
SDNY RECEIVED
1006

Origin: 85201
Destination: 10007
0 Lb 4.90 Oz
Oct 13, 18
0352260400-04

**PRIORITY MAIL 2-Day ®**   C014

EXPECTED DELIVERY DAY: 10/15/2018

USPS TRACKING NUMBER

9505 5126 5247 8286 1779 72

PRO SE DIVISION
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

Pro Se
SM





