D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>And<br><br>PATREON, INC. (proposed)<br><br>Defendants | Case No.: 1:18-cv-08653-UA<br><br>JURY TRIAL DEMANDED<br><br>PLAINITIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PER FRCP 15(A) |

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court grant **PLAINITIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PER FRCP 15(a)** ("The court should freely give leave when justice so requires.").

For the reasons and rationale expressed in the accompanying MEMORANDUM POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PER FRCP 15(a) the Court should approve this motion and ORDER that the proposed Second Amended Complaint become the operative complaint for this litigation.

The proposed Second Amended Complaint, filed contemporaneously with this pleading, refines the scope of issues created by the Change of Venue as articled in the decision of the U.S. District Judge (Doc. No. 27, 09/17/2018) and the recommendation of the U.S. Magistrate (Doc. No. 22, 08/29/2018). Almost four (4) months

1
**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PER FRCP 15(A)**

have passed since the filing of the operative Amended Complaint in South Carolina (Doc. No. 5, filed 06/29/2018 [herein the **AC**]. Circumstances have changed which require a more current complaint.

Additionally, as New York State has published its own racketeering law, **New York Penal Law - PEN § 460.00**, and South Carolina does not have such a law, legal deficiencies of the **AC** require correction.

The Plaintiff also seeks permission of the Court to add PATREON, INC., a California corporation, as a co-defendant. Therefore, the Plaintiff relies on F.R.C.P. Rule 21 to seek joinder of parties (PATREON, Inc.).

Dated this day of October 12, 2018

Respectfully submitted.

_D. GEORGE SWEIGERT_
Pro se non-attorney acting as a private attorney general
for this public interest lawsuit

2
**PLAINITIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PER FRCP 15(A)**

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

RECEIVED
SDNY DOCKET UNIT
2018 OCT 17  PM 4: 03

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK
### (FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>            Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>            Defendant | Case No.: 1:18-cv-08653-UA<br><br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class postage paid U.S. Mail to:

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

PRO SE DIVISION
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

Respectfully dated this day 12 October, 2018,

*[signature]*

D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE