RECEIVED
SDNY DOCKET UNIT
2018 OCT 19  PM 3: 37

From:
D. George Sweigert, c/o
P.O. Box 152
Mesa, Arizona 85211

To:
**PRO SE DIVISION**
**Clerk of the Court**
**U.S. District Court for the SDNY**
**(FOLEY SQUARE)**
**500 Pearl Street**
**New York, New York 10007-1312**

October 15, 2018

TO THE CLERK:

For the reasons articulated in the pleadings filed contemporaneously with this letter, I have determined that the Defendant's ANSWER (Doc. No. 35, 10/10/2018) is a legal nullity, as it is an unverified answer, and therefore does not comply with New York Civil Practice Laws and Rules (CPLR) Rule § 3022. This provides notice to the Defendant.

This letter also provides notice to your office and the Defendant that I DO NOT consent to the receipt of electronic messages from the Defendant as a form of service. Reasons for this decision are contained in the pleadings that accompany this letter. This letter shall accompany the pleadings to be served on the Defendant.

Respectfully,

D. George Sweigert

Copy served on this date (via U.S. mail first class) upon:

**Jason Goodman**
**252 7th Avenue #6S**
**New York, NY 10001**

1 D. GEORGE SWEIGERT, C/O
P.O. BOX 152
2 MESA, AZ 85211

3
IN THE UNITED STATES DISTRICT COURT
4 FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)
5

6 D. GEORGE SWEIGERT | Case No.: 1:18-cv-08653-UA

7 Plaintiff,

8 vs.

9 JASON GOODMAN

10 Defendant | CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class postage paid U.S. Mail to:

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

PRO SE DIVISION
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

Respectfully dated this day **5** October, 2018,

/s/ D. Sweigert

D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE

RECEIVED SDNY DOCKET UNIT 2018 OCT 19 PM 3:33

**D. GEORGE SWEIGERT, C/O**
P.O. BOX 152
MESA, AZ 85211

U.S. COURTHOUSE



PRIORITY MAIL
★ ★
For Domestic and International Use    Label 107R, May 2014

PRO SE DIVISION 200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312



PRIORITY MAIL 2-Day®
0 Lb 4.50 Oz
EXPECTED DELIVERY DAY: 10/17/2018
USPS TRACKING NUMBER
9505 5265 4437 8288 3038 76

U.S. POSTAGE
$8.45
R2307M152931
PRML 0006
Orig: 95835
Dest: 10007
10/15/18
11113386 CPU
06  2S
0006
C014

2018 OCT 19 PM 3:37
SDNY DOCKET UNIT
RECEIVED