USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-18

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

RECEIVED
SDNY DOCKET UNIT
2018 OCT 19 PM 3:38

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)**

| | |
|---|---|
| D. GEORGE SWEIGERT<br>Plaintiff,<br>vs.<br>JASON GOODMAN<br>And<br>PATREON, INC. (proposed)<br>Defendants | **Case No.: 1:18-cv-08653-UA**<br>**JURY TRIAL DEMANDED**<br>**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINITIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR OTHERWISE MAKE MOOT PURSUANT TO FRCP RULE 12(F)** |

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINITIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR OTHERWISE MAKE MOOT PURSUANT TO FRCP RULE 12(F)**

1. In this Federal RICO action, Plaintiff seeks to STRIKE OR OTHERWISE MAKE MOOT the Defendant's ANSWER (Doc. No. 35, 10/10/2018 [herein **ANSWER**]). These POINTS AND AUTHORITIES are herein presented to support Plaintiff's MOTION TO STRIKE. Plaintiff herein relies of Fed. R. Civ. Proc. (**FRCP**) Rule 12(f) and New York Civil Practice Law and Rules (**CPLR**) § 3022. The Defendant's ANSWER is defective and should be deemed moot by this Court.

**DEFECTIVE ANSWER**

2. The Court will observe that the Defendant ANSWER (Doc. 35) was NOT verified; but, the Plaintiff's operative South Carolina Amended Complaint WAS verified (Doc. No. 5, filed 06/29/2018 [herein the **South Carolina AC**]). **CPLR § 3022** indicates that a Plaintiff that files a VERIFIED complaint as the right to expect a verified answer. If the answer is not verified it is to be treated as a legal nullity. Quoting CPLR § 3022:

1

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINITIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR OTHERWISE MAKE MOOT PURSUANT TO FRCP RULE 12(F)**

**DEFENDANT'S BIFURCATED ANSWER AND COUNTERCLAIM**

5. The Court will observe that the Defendant served a highly unorthodox letter upon the Clerk of the Court (Doc. No. 36, 10/11/2018 [herein **LETTER**]). In Defendant's LETTER the following is stated:

> Please take notice that I, Defendant Jason Goodman, in the matter of D. George Sweigert v Jason Goodman 1:18-cv-08653-UA **intend to file a counterclaim.** [emphasis added]

6. In New York a counterclaim may accompany an answer pursuant to **CPLR § 3011**. There is no procedure to support bifurcating the two (2). **CPLR § 3011** states:

> Kinds of pleadings
>
> **There shall be a complaint and an answer. An answer may include a counterclaim against a plaintiff and a cross-claim against a defendant.** A defendant's pleading against another claimant is an interpleader complaint, or against any other person not already a party is a third-party complaint. There shall be a reply to a counterclaim denominated as such, an answer to an interpleader complaint or third-party complaint, and an answer to a cross-claim that contains a demand for an answer. If no demand is made, the cross-claim shall be deemed denied or avoided. There shall be no other pleading unless the court orders otherwise. [emphasis added]

7. The Plaintiff objects to being forced into a limbo state orbiting the Defendant while awaiting his bifurcated "counter-claim", as announced in the highly unorthodox LETTER (Doc. 36) to the Clerk of the Court. The Defendant has not been officially summoned and/or served (a deficiency corrected by the Defendant's appearance (Doc. No. 34, 10/10/2018 [**APPEARANCE**]).

**DEFENDANT'S ATTEMPTED SERVICE VIA E-MAIL MESSAGE**

8. On 10/11/2018 the Defendant attempted to send an electronic mail message to the Plaintiff that purported has an ANSWER and CERTIFICATE OF SERVICE attached as PDF documents. However, the Plaintiff has made no prior arrangements with the Defendant to receive pleadings via electronic transmission. Again, this is an unorthodox activity undertaken by the Defendant by his own volition.

9. Interesting (as explained in the verified exhibits attached to this pleading) the file "Certificate of Service" contain indicators of a computer virus (see Exhibit One [**Exh. 1**]. Therefore, the Plaintiff made no attempt to read or act on any of the attached files, save to have them scanned for malicious software code.

10. As indicated in verified **Exh. 1**, the following error message was displayed in the Plaintiff's GMAIL client:

> **Encrypted attachment warning**
> – Be careful with this attachment. This message contains 1 encrypted attachment that can't be scanned for malicious content. Avoid downloading it unless you know the sender and are confident that this email is legitimate.

11. The Plaintiff attests that the e-mail attachment "Certificate of Service" could NOT be scanned by several on-line virus detection services (see Exh. 2, 3 and 4). This situation is normally an indicator of a "zero day" virus or other sophisticated embedded malware.

**SUMMARY**

12. The Defendant has proceeded ahead at his own peril and volition to file a barrage of documents that are riddled with errors which are prejudicial to the Plaintiff. Defendant's papers are fatally defective for several reasons (as stated above) and should be struck to improve the efficiency of the court and the administration of justice.

13. I certify, under the penalties of perjury, that the foregoing is true and accurate. Further, I attest that the attached exhibits to this pleading are accurate and true representations of screen-shots depicting a PDF file received for the Defendant.

Dated this day of October 15, 2018

Respectfully submitted.

D. GEORGE SWEIGERT
Pro se non-attorney acting as a private attorney general
for this public interest lawsuit

4

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINITIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR OTHERWISE MAKE MOOT PURSUANT TO FRCP RULE 12(F)**

# EXHIBITS

5

MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINITIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR OTHERWISE MAKE MOOT PURSUANT TO FRCP RULE 12(F)

**Exhibit 1**

Answer filed  Inbox ×

Jason Goodman <jason@21stcentury3d.com>  Thu, Oct 11, 9:37 AM (4 days ago)

to me, David

Also sent to

D. George Sweigert C/O
P.O. Box 152
Mesa AZ 85211

Have a nice day

2 Attachments

Encrypted attachment warning – Be careful with this attachment. This message contains 1 encrypted attachment that can't be scanned for malicious content. Avoid downloading it unless you know the sender and are confident that this email is legitimate.

Answer to Amende...

Certificate of Servi...

6

MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINITIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR OTHERWISE MAKE MOOT PURSUANT TO FRCP RULE 12(F)

**Exhibit 3**

https://www.virustotal.com/#/file/1ed47f36d35f7d4f9bcca24442857

Search or scan a URL, IP address, domain, or file hash

F-PROT appended

## PDF Info

**Commonly Abused Properties**

- Makes use of AcroForm objects.
- Contains 4 object stream(s).
- Makes use of Digital Rights Management or needs a password to be read.
- Contains 2 page(s).
- Contains 32 object start declaration(s) and 32 object end declaration(s).
- Contains 27 stream object start declaration(s) and 0 stream object end declaration(s).
- Has a pointer to the cross reference table (startxref).

## ExifTool File Metadata

| | |
|---|---|
| CreateDate | 2018:10:11 16:24:15Z |
| CreatorTool | Word |
| DocumentID | uuid:a8db954b-4e14-674e-8293-47e94915d14 |
| Encryption | Standard V4.4 (128-bit) |
| FileType | PDF |
| FileTypeExtension | pdf |
| Format | application/pdf |
| HasXFA | No |
| InstanceID | uuid:dac4fec7-41a1-864d-ac34-92529148730f |
| Linearized | Yes |
| MIMEType | application/pdf |

8

MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINITIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR OTHERWISE MAKE MOOT PURSUANT TO FRCP RULE 12(F)

**Exhibit 4**

r.virscan.org/language/en/report/48cbd3a1721221da2d6
Search
LOWEST HOTEL RATE
File upload
system error 5, please upload again
LOWEST HOTEL RATE

9

MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINITIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER OR OTHERWISE MAKE MOOT PURSUANT TO FRCP RULE 12(F)