RECEIVED
SDNY DOCKET UNIT

2018 OCT 19  PM 3: 37

**From:**
**D. George Sweigert, c/o**
**P.O. Box 152**
**Mesa, Arizona 85211**

**To:**
**PRO SE DIVISION**
**Clerk of the Court**
**U.S. District Court for the SDNY**
**(FOLEY SQUARE)**
**500 Pearl Street**
**New York, New York 10007-1312**

October 15, 2018

TO THE CLERK:

For the reasons articulated in the pleadings filed contemporaneously with this letter, I have
determined that the Defendant's ANSWER (Doc. No. 35, 10/10/2018) is a legal nullity, as it is
an unverified answer, and therefore does not comply with New York Civil Practice Laws and
Rules (CPLR) Rule § 3022. This provides notice to the Defendant.

This letter also provides notice to your office and the Defendant that I DO NOT consent to the
receipt of electronic messages from the Defendant as a form of service. Reasons for this
decision are contained in the pleadings that accompany this letter. This letter shall accompany
the pleadings to be served on the Defendant.

Respectfully,

D. George Sweigert

Copy served on this date (via U.S. mail first class) upon:

**Jason Goodman**
**252 7th Avenue #6S**
**New York, NY 10001**

1   **D. GEORGE SWEIGERT, C/O**
    **P.O. BOX 152**
2   **MESA, AZ 85211**

3

4                   **IN THE UNITED STATES DISTRICT COURT**
                    **FOR THE SOUTHERN DISTRICT OF NEW YORK**
5                                **(FOLEY SQUARE)**

6   D. GEORGE SWEIGERT                   | **Case No.:  1:18-cv-08653-UA**

7            Plaintiff,

8   vs.

9   JASON GOODMAN

10           Defendant              | **CERTIFICATE OF SERVICE**

11

12

13                    **CERTIFICATE OF SERVICE**

14       The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class

15   postage paid U.S. Mail to:

16

17                       **Jason Goodman**
                         **252 7th Avenue #6S**
18                       **New York, NY 10001**

19                       **PRO SE DIVISION**
                         **Clerk of the Court**
20                       **U.S. District Court for the SDNY**
                         **(FOLEY SQUARE)**
21                       **500 Pearl Street**
                         **New York, New York 10007-1312**

22

23

24                   Respectfully dated this day __5__ October, 2018,

25

26

27                       D. GEORGE SWEIGERT

28

                         **CERTIFICATE OF SERVICE**

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

ARTS
TEMP



UNITED STATES
POSTAL SERVICE®

PRIORITY
★ MAIL ★

★ ★ ★
TRACKED
★
INSURED
★ ★ ★

For Domestic and International Use

Label 107R, May 2014

PRO SE DIVISION   200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

U.S. COURTHOUSE

**P**
PRIORITY MAIL 2-Day®



R2307M152931
PRML       0006
Orig: 95835
Dest: 10007
10/15/18
111133386   06   2S
CPU

U.S. POSTAGE
$8.45

EXPECTED DELIVERY DAY: 10/17/2018         0006

0 Lb 4.50 Oz

USPS TRACKING NUMBER

C014

9505 5265 4437 8288 3038 76



2018 OCT 19 PM 3: 37
SDNY DOCKET UNIT
RECEIVED