D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

RECEIVED
SDNY DOCKET UNIT
2018 OCT 23 AM 10:57
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-23-18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT<br>Plaintiff,<br>vs.<br>JASON GOODMAN<br>Defendant | **Case No.: 1:18-cv-08653-UA**<br>**JURY TRIAL DEMANDED**<br>**PLAINTIFF'S TWELFTH REQUEST FOR JUDICIAL NOTICE [12-RJN]** |

**PLAINTIFF'S TWELFTH**
**REQUEST FOR JUDICIAL NOTICE [12-RJN]**

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents pursuant to New York Civil Practice Law and Rules **(CPLR) § 4511(d).**

**PUBLIC ARTIFACT ONE:**

**YouTube video production on the "Jason Goodman" channel, entitled, "Why A Micro Sponsored Platform Is Key To Foiling Trolls and Keeping News Honest".**

**Internet URL: https://www.youtube.com/watch?v=3fVozF8nBhs**

**PUBLIC ARTIFACT TWO:**

**Defendant's Answer to Amended Complaint, Doc. No. 35, 10/10/2018.**

**PUBLIC ARTIFACT THREE:**

**YouTube video production on the Lift The Veil channel entitled, "Jason Goodman calls Lift the Veil".**

**Internet URL: https://www.youtube.com/watch?v=loWkQIqK-fk**

**PUBLIC ARTIFACT FOUR:**

**YouTube video production on the "Jason Goodman" channel, entitled, "PATREON PREVIEW – MOORE/PAINE with True Pundit's Michael "Thomas Paine" Moore"**

**Internet URL: https://www.youtube.com/watch?v=CI63gn7jRWE**

**PUBLIC ARTIFACT FIVE:**

**Amazon book of "Thomas Paine" aka Michael D. Moore of West Chester, PA.**

**Internet URL: https://www.amazon.com/PAINE-How-Dismantled-FBI-Pajamas/dp/0692190473/ref=sr_1_1?ie=UTF8&qid=1539786348&sr=8-1&keywords=how+we+dismantled+the+fbi+thomas+paine**

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet or printed books. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of October 17, 2018

D. GEORGE SWEIGERT

**PUBLIC ARTIFACT ONE:**

**YouTube video production on the "Jason Goodman" channel, entitled, "Why A Micro Sponsored Platform Is Key To Foiling Trolls and Keeping News Honest".**

**Internet URL: https://www.youtube.com/watch?v=3fVozF8nBhs**

PATREON

Top chat re

Why A Micro Sponsored Platform Is Key To Foiling Trolls and Keeping News Honest

Jason Goodman
Subscribe

1,163 views

Up next

Right now, the official U.S. time is:
06:27:27 a.m
Wednesday, October 17, 2018
Pacific Time(DST)

Streamed live 16 hours ago
Become a Sponsor of Crowdsource the Truth and enjoy exclusive content Only ON Patreon
http://www.patreon.com/crowdsourcethe...

Keeping News Honest
Jason Goodman
Subscribe
1,163 views
Streamed live 16 hours ago
Become a Sponsor of Crowdsource the Truth and enjoy exclusive content Only ON Patreon
http://www.patreon.com/crowdsourcethe...
One time sponsorship via PayPal
http://paypal.me/crowdsourcethetruth
BTC - 14y2bEJ484DTbQwthX51VWpcRtk9Q7kmQQ
ETH - 0x07a23Ac0EBb5936d60A8cBfE07D64A579Cc756c9
LTC - LVP2d143QjPv1JaJpqgPHzQzv2qSQCDnbd

email truth@crowdsourcethetruth.org

merchandise - https://www.redbubble.com/people/csth...

**Legal Disclaimer: Sponsorship of Crowdsource the Truth is made at the sponsor's sole discretion. Sponsorship funds are not tax-deductible, are non-refundable, and do not represent any ownership, equity interest or decision-making authority in the organization.

Category News & Politics

**TRANSCRIPT OF VIDEO**

06:42 GOODMAN: People should also look at the people on the Internet who are trying to get you not to watch Crowdsource The Truth. The same people who disparaged General Flynn. Same people who make up lies about me. And the same people who have admitted in their own words on video that they are involved in an organized, monetized, defamation and harassment campaign. That is intended to get you to not to support CrowdSource The Truth. So, if you support things like that then send e-mails and post public messages against what were doing to try and keep this going. But, if you don't and if you want this type of information to come out it is extremely important that you support CrowdSource The Truth by going to PATREON.COM slash CrowdSource The Truth.

**PUBLIC ARTIFACT TWO:**

**Defendant's Answer to Amended Complaint, Doc. No. 35, 10/10/2018.**

**Page 6 of 9, line 1 [pg.6, ln.1]**

**Defendant denies Plaintiff's allegations, Defendant has no influence over, nor any unusual access to resources of the FBI beyond that of a normal citizen calling the public phone number of the FBI to file a complaint.**

**[pg.6, ln.4]**

**Defendant admits to contacting the New York field office of the FBI and receiving a return call from Special Agent Brittany Custer. The statement of "extreme interest" was a matter of Defendant's opinion based on the prompt response from the FBI and lengthy phone call during which testimony was given.**

**[pg.6, ln.21]**

**Defendant denies Plaintiff's allegations. Defendant has no access to and has never attempted to access FBI resources in any regard beyond calling public telephone numbers to file complaints in the standard method any member of the public is legally allowed.**

**PUBLIC ARTIFACTS SECTION THREE:**

**PUBLIC ARTIFACT THREE:**

**YouTube video production on the Lift The Veil channel entitled, "Jason Goodman calls Lift the Veil".**

**Internet URL: https://www.youtube.com/watch?v=loWkQIqK-fk**

Jason Goodman Calls Lift the Veil

18,447 views

Published on Apr 6, 2018

Right now, the official U.S. time is:
06:56:56 a.m
Wednesday, October 17, 2018
Pacific Time(DST)

Jason Goodman Calls Lift the Veil
Lift the Veil
Subscribe
71K
18,447 views

Published on Apr 6, 2018
T-shirts: http://truthclothing.io

Follow me on Twitch: http://twitch.tv/lifttheveil411

Follow me on Steemit: http://steemit.com/@lifttheveil411

Trade crypto on Binance: https://www.binance.com/?ref=13816185

Subscribe to my newsletter: http://eepurl.com/cknlZr

Support LtV: http://patreon.com/lifttheveil
http://paypal.me/lifttheveil

Free archive on podcast: http://soundcloud.com/altnews
"Lift the Veil" on iTunes

6

PLAINTIFF'S TWELFTH
REQUEST FOR JUDICIAL NOTICE [12-RJN]

**TRANSCRIPT OF VIDEO**

20:42 GOODMAN: And the distributed harassment campaign I'm talking about is where Chavez [YouTube name DEFANGO] puts out a piece of fake information and then Fujere [YouTube name Titus Frost] picks it up and reports on it.

21:13 GOODMAN: These are hackers and they are looking for exploits.

27:08 GOODMAN: I think everyone knows that I have good contacts with the FBI. I have had **retired FBI agent Robyn Gritz** on my program many times. I have had **Thomas Paine of True Pundit** – whose real identity I know very well and will not share with anyone – but, I have verified that this person is a person who has a great deal of credibility and a tremendous amount of .. uh .. very well vetted law enforcement active law enforcement sources. And these people have assisted me and guided me in what to do with this information. And they have even shared with me things that I am not prepared to share with you on this program. [emphasis added]

**PUBLIC ARTIFACT FOUR:**

**YouTube video production on the "Jason Goodman" channel, entitled, "PATREON PREVIEW – MOORE/PAINE with True Pundit's Michael "Thomas Paine" Moore"**

**Internet URL: https://www.youtube.com/watch?v=CI63gn7jRWE**

TRUE PUNDIT
Only ON
PATREON
0:04 / 17:27

Top chat re

PATREON PREVIEW – MOORE/PAINE with True Pundit's Michael "Thomas Paine" Moore

Jason Goodman
Subscribe 68K

2,846 views

Right now, the official U.S. time is:
07:19:57 a.m
Wednesday, October 17, 2018
Pacific Time(DST)

PATREON PREVIEW – MOORE/PAINE with True Pundit's Michael "Thomas Paine" Moore
Jason Goodman
Subscribe 68K
2,846 views
Add to
Share
More
131
12

Streamed live on Oct 9, 2018
With the release of "PAINE: How We Dismantled the FBI In Our Pajamas" less than 3 weeks away, Michael continues to tease some of the earth shaking information that brought corrupt FBI senior management to its knees. Tune in tonight at 8pm for the latest episode of MOORE/PAINE Only ON Patreon.

http://www.patreon.com/crowdsourcethe...
https://www.patreon.com/truepundit

Category News & Politics

SHOW LESS

8

PLAINTIFF'S TWELFTH
REQUEST FOR JUDICIAL NOTICE [12-RJN]

An invitation is made to purchase the Amazon book of Thomas Paine, aka **Michael D. Moore** of West Chester, PA at time mark **00:55**

PAINE
HOW WE DISMANTLED
THE FBI
IN OUR PAJAMAS
by Mike Moore (Author), Thomas Paine (Author)
See all 2 formats and editions
Kindle
$9.99
Paperback
$23.70 prime
Read with Our Free App
1 New from $23.70
SWAT-clad FBI agents stormed into Mike "Thomas Paine" Moore's home a
young children at gunpoint after rou
weapons at the family. Historic, co
In response Paine assembled his jo
dismantled the FBI in less than two
0:55 / 17:27

PATREON PREVIEW – MOORE/PAINE with True Pundit's Michael "Thomas Paine" Moore

Jason Goodman
Subscribe 68K

2,846 views

9

PLAINTIFF'S TWELFTH
REQUEST FOR JUDICIAL NOTICE [12-RJN]

**PUBLIC ARTIFACT FIVE:**

Amazon book of "Thomas Paine" aka Michael D. Moore of West Chester, PA.

Internet URL: https://www.amazon.com/PAINE-How-Dismantled-FBI-Pajamas/dp/0692190473/ref=sr_1_1?ie=UTF8&qid=1539786348&sr=8-1&keywords=how+we+dismantled+the+fbi+thomas+paine

‹ Back to search results for "how we dismantled the fbi thomas paine"

PAINE: How We Dismantled the FBI In Our Pajamas and millions of other books are available for **Amazon Kindle**. Learn more

See this image

**PAINE: How We Dismantled the FBI In Our Pajamas** Paperback – October 29, 2018

by Mike Moore (Author) Thomas Paine (Author)

› See all 2 formats and editions

| Kindle | Paperback |
|---|---|
| $9.99 | $23.70 |
| Read with Our Free App | 1 New from $23.70 |

SWAT-clad FBI agents stormed into Mike "Thomas Paine" Moore's home and terrorized his wife and young children at gunpoint after rousting them out of bed. Not once, but twice, pointing automatic weapons at the family. **Historic, costly blunders for the FBI.**

In response Paine assembled his journalism crew of fomer feds, launched True Pundit and literally dismantled the FBI in less than two years with pens and laptops while working from home, often in pajamas.

While the mainstream media ignored a corrupt FBI & DOJ, Paine and cohorts hammered away and knocked the FBI off its trusted public mantle. **Revered FBI leaders were fired. Others quit. FBI**

› Read more

prime book box — **Prime Book Box for Kids** Story time just got better with Prime Book Box, a subscription that delivers hand-picked children's books every 1, 2, or 3 months. Learn more

**PAINE: How We Dismantled the FBI In Our Pajamas Paperback – October 29, 2018**

## About the Author

Mike "Thomas Paine" Moore today serves as True Pundit's chief Muckraker. Moore/Paine **previously worked for the FBI, White House, DEA** among many other **Intel agencies** and private concerns. He is the recipient of the coveted Gerald Loeb Award for journalism and 2-time Pulitzer Prize for Investigative Reporting nominee. As a **Certified Fraud Examiner**, Moore previously headed anti-money laundering operations for Citi in Chicago, Los Angeles and Delaware. He has an **expertise in covert telecommunications, counterintelligence, HUMINT, and OSINT intelligence gathering.** [emphasis added]

And his insider revelations are not pretty as they blow the roof off one of the most sinister, gut-wrenching scandals in U.S. history, involving Democrats and Republicans.

Implicated too here are **U.S. Special Counsel Robert Mueller** along with former CIA Director John Brennan, among many others. A **Criminal conspiracy** involving top players in the **Deep State**, entrenched in one of the greatest public betrayals imaginable.

They tried to silence Paine and ruin him to keep these alarming revelations secret but something went wrong. Paine rose from the ashes of his battered life and tattered financial career and then re-launched his award-winning journalism career. And this time -- playing by his own rules -- Paine blows the lid off of a massive cover up that implicates the same **D.C. elite** who tried to take him down.

Mike "Thomas Paine" Moore's story is one of personal loss, struggle, payback and patriotism.

[emphasis added]

RECEIVED
SDNY DOCKET UNIT
2018 OCT 23 AM 10: 57

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(FOLEY SQUARE)**

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>Defendant | **Case No.: 1:18-cv-08653-UA**<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class postage paid U.S. Mail to:

**Jason Goodman**
**252 7th Avenue #6S**
**New York, NY 10001**

**PRO SE DIVISION**
**Clerk of the Court**
**U.S. District Court for the SDNY**
**(FOLEY SQUARE)**
**500 Pearl Street**
**New York, New York 10007-1312**

Respectfully dated this day 17 October, 2018,

[signature] /

D. GEORGE SWEIGERT

P.O. BOX 152
MESA, AZ 85211

TO SEAL

2018 OCT 22 PM

CPU

U.S. POSTAGE
$6.70
PRFL 0006
Orig: 95835
Dest: 10007 2S
10/17/18
11113386 06
R2305P150649

# MAIL ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

Pro Se
SM

PRO SE DESK # 200
U.S. COURTHOUSE
(FOLEY SQUARE)

CLERK OF THE COURT
U.S. DISTRICT COURT
500 PEARL STREET
NEW YORK, NY 10007-1312

2018 OCT 23 AM 10:

USED INTERNATIONALLY, CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EXPECTED DELIVERY DAY: 10/19/2018

USPS TRACKING NUMBER

9505 5265 4436 8290 1204 24

VISIT
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

00001000014

EP14F July 2013
OD: 12.5 x 9.5

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.