D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 1:18-cv-08653-UA

**JURY TRIAL DEMANDED**

**PLAINTIFF'S THIRTEENTH
REQUEST FOR JUDICIAL NOTICE [13-RJN]**

## PLAINTIFF'S THIRTEENTH
## REQUEST FOR JUDICIAL NOTICE [13-RJN]

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents pursuant to New York Civil Practice Laws and Rules **(CPLR) § 4511(d)**.

**PUBLIC ARTIFACT ONE:**

Video content published on YouTube.Com on the "Crowdsource the Truth2" channel, entitled "The Sinister Psychological Operation of George Webb Sweigert"

    Internet URL: https://www.youtube.com/watch?v=8syPt8oHCr8

**PUBLIC ARTIFACT TWO:**

Video production posted on STEEMIT by "titusfrost", entitled: "Threatened by Jason Goodman with "Criminal Harassment". What do you think?"

Internet URL: https://steemit.com/jasongoodman/@titusfrost/threatened-by-jason-goodman-with-criminal-harassment-what-do-you-think

1

PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]

**PUBLIC ARTIFACT THREE:**

Video production publication on Youtube.Com platform, entitled: "**Threatened by Jason Goodman with "Criminal Harassment". What do you think?**"

Internet URL:  https://www.youtube.com/watch?v=SvTOhV05YGU

**PUBLIC ARTIFACT FOUR:**

Terms of Use published by PATREON.COM

Internet URL:  https://www.patreon.com/legal

**ATTESTATION**

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet or printed books. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of October 18, 2018

_D. GEORGE SWEIGERT_

2

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**

**PUBLIC ARTIFACT ONE:**

Video content published on YouTube.Com on the "Crowdsource the Truth2" channel, entitled "<u>The Sinister Psychological Operation of George Webb Sweigert</u>"

Internet URL: https://www.youtube.com/watch?v=8syPt8oHCr8






The Sinister Psychological Operation of George Webb Sweigert
Crowdsource the Truth 2
Subscribe 6.4K                                                   21,107 views




The Sinister Psychological Operation of George Webb Sweigert
Crowdsource the Truth 2
Subscribe 6.4K                                                    21,107 views

Streamed live on Apr 5, 2018
Video #2 revealing evidence of a long running psyop arrives earlier than I expected or planned.

Become a Sponsor of Crowdsource the Truth

http://paypal.me/crowdsourcethetruth

monthly sponsorship on Patreon
https://www.patreon.com/crowdsourceth...

BTC - 14y2bEJ484DTbQwthX51VWpcRtk9Q7kmQQ

ETH - 0x07a23Ac0EBb5936d60A8cBfE07D64A579Cc756c9

LTC - LVP2d143QjPv1JaJpqgPHzQzv2qSQCDnbd

email truth@crowdsourcethetruth.org

merchandise - https://www.redbubble.com/people/csth...

**Legal Disclaimer: Sponsorship of Crowdsource the Truth is made at the sponsor's sole discretion. Sponsorship funds are not tax-deductible, are non-refundable, and do not represent any ownership, equity interest or decision-making authority in the organization.

Category    News & Politics

3

<u>**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**</u>

# VIDEO TRANSCRIPT

**01:15 GOODMAN:** George [Webb] has been manipulating everyone, particularly me. Everyone knows that we were working together and that I was paying for food and travel and bailing George out of jail and flying him to Zanesville. Putting him in hotels for his defense. I did this because I thought we were friends and colleagues. But, what I have realized is the George is quarterbacking a psychological operation that is designed to sabotage Crowdsource The Truth.

**14:50 GOODMAN:** But, Mr. Sweigert has been a very malicious actor throughout this whole entire thing and there are still people watching who are going to doubt what I say. "Aww, George is always nice, he is always supporting you." He sent me this e-mail about a week ago – stark contrast to how he behaves in public. [DISPLAYS E-MAIL]

> **You are a stupid fuck.**
>
> Sent from my iPhone
>
> On Mar 30, 2018, at 10:09 AM, Jason Goodman <jason@21stcentury3d.com> wrote:
>
> Both George Sweigart and David Sweigart are instructed to terminate all contact with me, the very act of emailing individuals from Redbubble, Patreon and PayPal is evidence of tortious interference. You both insist on repeatedly adding evidence to the growing file. Start making better decisions.
>
> Do not contact me, do not publish material on the internet about me. Do not harass my ex wife Tatyana
>
> You should both consider this an official warning. I have already begun to exercise my legal rights and everything you say could be used in civil or criminal prosecution should occur.

**15:23 GOODMAN:** But, we're seeing in blue my message to them alerting them that contacting PATREON.COM, and PayPal and the various methods by which I monetize Crowdsource The Truth in the way that David Sweigert has telling them lies that I am .. in crimes against minors .. the various things that he tells them. That is tortious interference that is a civil tort. That's malicious and that's not good.

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**

| | | |
|---|---|---|
| 16:16 | GOODMAN: | You better stop that Dave, because all that stuff is going to the FBI. And you see it is interesting. How aggressive you guys have become since I announced my conversations with the FBI. I am serious about this gentlemen. I am not interested in suing a bunch of broke losers. |
| 16:40 | GOODMAN: | I have been involved in lawsuits. I have never lost a lawsuit. And I don't intend to now. |
| 16:58 | GOODMAN: | Sort of a distributed harassment campaign .. a decentralized harassment campaign. |
| 17:44 | GOODMAN: | George [Webb] is playing his role in the distributed harassment campaign. They've got Frank Bacon, they've got Titus Frost – who is Dean Fougere – all these guys are playing their part. |
| 18:05 | GOODMAN: | I am persistent. And I am working on a way to figure out how to bring criminal prosecution against these people. Because I don't care about suing them. |
| 20:30 | GOODMAN: | But, even if that lawsuit [Robert David Steele] went the distance, went to court, went in front of a jury, which I doubt it will – but, I guess it would be entertaining. You would learn a lot about the persistently lying Robert David Steele through discovery and all these things that haven't happened yet. Even though he has said he has learned through discovery that I am paid $3,000 by Mossad -- that's a total lie. And I have downloaded the video Robert, so don't worry, that is going to be … that is in the evidence package that I presented to the FBI. |
| 32:28 | GOODMAN: | He directly accused me of being a pedophile, Douglas Gabriel. You had best get some evidence. |

5

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**

**PUBLIC ARTIFACT TWO:**

Video production posted on STEEMIT by "titusfrost", entitled: "Threatened by Jason Goodman with "Criminal Harassment". What do you think?"

Internet URL: https://steemit.com/jasongoodman/@titusfrost/threatened-by-jason-goodman-with-criminal-harassment-what-do-you-think

# Threatened by Jason Goodman with "Criminal Harassment". What do you think?

titusfrost (71) in jasongoodman · 7 months ago

## Threatened by Jason Goodman with "Criminal Harassment". What do you think?





6

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**



## Film Summary

So due to the harassment I have received by Jason Goodman of CrowdSource the Truth for calling him out as a moron and an idiot. Jason has decided that he can't handle the criticism so he started harassing my place of work to get me fired.

Jason has threatened me with criminal prosecution for making two videos about him and tweeting at him. However Jason just spent the morning trying to get me fired and harassing me and my Dad at work, so I will be keeping a record of all this, and if Jason even thinks about involving the court system or the Police I will counter sue him for every penny he has left and file a cease and desist order on him for the slander has has put online about me.

Basically Jason Goodman has lost his mind, he thinks that by trying to get me to remove two videos will stop the criticism of him. He blamed me for contacting his "guest" whom I still have no idea who this guest was, and Jason blames me for him losing some interview. Of course at the time I was without power, without cell service or internet. So unless I was mailing out carrier pigeons then it was not me who contacted his guest. Still Jason has no problem slandering me with this bogus claim that I somehow got his interview canceled.

So to wrap this up, Jason Goodman is a moron, and a fucking idiot. His cell phone number is 323-744-7594 ⓒ. Feel free to call him and let him know how you feel about this censorship of my channel.

Film Summary
So due to the harassment I have received by Jason Goodman of CrowdSource the Truth for calling him out as a moron and an idiot. Jason has decided that he can't handle the criticism so he started harassing my place of work to get me fired.

Jason has threatened me with criminal prosecution for making two videos about him and tweeting at him. However Jason just spent the morning trying to get me fired and harassing me and my Dad at work, so I will be keeping a record of all this, and if Jason even thinks about involving the court system or the Police I will counter sue him for every penny he has left and file a cease and desist order on him for the slander has has put online about me.

Basically Jason Goodman has lost his mind, he thinks that by trying to get me to remove two videos will stop the criticism of him. He blamed me for contacting his "guest" whom I still have no idea who this guest was, and Jason blames me for him losing some interview. Of course at the time I was without power, without cell service or internet. So unless I was mailing out carrier pigeons then it was not me who contacted his guest. Still Jason has no problem slandering me with this bogus claim that I somehow got his interview canceled.

So to wrap this up, Jason Goodman is a moron, and a fucking idiot. His cell phone number is 323-744-7594. Feel free to call him and let him know how you feel about this censorship of my channel.

Also leave your comments below. It will show that if a lot of people agree with me, just how wrong Goodman is. So please leave any comments about him down below.

When you have to resort to the crap Goodman is doing, you have already lost.

I am done with Crowdspoofing the Goof, he is self destructing regardless of me responding to his bs.

Oh an by the way Jason Goodman during his phone call with me, accused me of being behind Steemit which he called a scam. He is trying to prove that somehow I am personally responsible for the "scam of steemit", for my promoting this website. He is even harassing Dan Larimer to try and argue it out with him.

Jason Goodman is a coward, a liar and a piece of shit, the end.

8

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**

**PUBLIC ARTIFACT THREE:**

Video production publication on Youtube.Com platform, entitled: "**Threatened by Jason Goodman with "Criminal Harassment". What do you think**?"

**Internet URL:  https://www.youtube.com/watch?v=SvTOhV05YGU**



Threatened by Jason Goodman with "Criminal Harassment". What do you think?

Titus Frost 1984

7,072 views

Streamed live on Mar 16, 2018
So due to the harassment I have received by Jason Goodman of CrowdSource the Truth for calling him out as a moron and an idiot. Jason has decided that he can't handle the criticism so he started harassing my place of work to get me fired.



9

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**

Streamed live on Mar 16, 2018
So due to the harassment I have received by Jason Goodman of CrowdSource the Truth for calling him out as a moron and an idiot. Jason has decided that he can't handle the criticism so he started harassing my place of work to get me fired.

Jason has threatened me with criminal prosecution for making two videos about him and tweeting at him. However Jason just spent the morning trying to get me fired and harassing me and my Dad at work, so I will be keeping a record of all this, and if Jason even thinks about involving the court system or the Police I will counter sue him for every penny he has left and file a cease and desist order on him for the slander has has put online about me.

Basically Jason Goodman has lost his mind, he thinks that by trying to get me to remove two videos will stop the criticism of him. He blamed me for contacting his "guest" whom I still have no idea who this guest was, and Jason blames me for him losing some interview. Of course at the time I was without power, without cell service or internet. So unless I was mailing out carrier pigeons then it was not me who contacted his guest. Still Jason has no problem slandering me with this bogus claim that I somehow got his interview canceled.

So to wrap this up, Jason Goodman is a moron, and a fucking idiot. His cell phone number is 323-744-7594 ☏. Feel free to call him and let him know how you feel about this censorship of my channel.

Also leave your comments below. It will show that if a lot of people agree with me, just how wrong Goodman is. So please leave any comments about him down below.

When you have to resort to the crap Goodman is doing, you have already lost.

I am done with Crowdspoofing the Goof, he is self destructing regardless of me responding to his bs.

Full Show Notes On Steemit: https://steemit.com/jasongoodman/@tit...

24/7 Discord Chat: https://discord.gg/U7MBEJ

10

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**

Streamed live on Mar 16, 2018
So due to the harassment I have received by Jason Goodman of CrowdSource the Truth for calling him out as a moron and an idiot. Jason has decided that he can't handle the criticism so he started harassing my place of work to get me fired.

Jason has threatened me with criminal prosecution for making two videos about him and tweeting at him. However Jason just spent the morning trying to get me fired and harassing me and my Dad at work, so I will be keeping a record of all this, and if Jason even thinks about involving the court system or the Police I will counter sue him for every penny he has left and file a cease and desist order on him for the slander has has put online about me.

Basically Jason Goodman has lost his mind, he thinks that by trying to get me to remove two videos will stop the criticism of him. He blamed me for contacting his "guest" whom I still have no idea who this guest was, and Jason blames me for him losing some interview. Of course at the time I was without power, without cell service or internet. So unless I was mailing out carrier pigeons then it was not me who contacted his guest. Still Jason has no problem slandering me with this bogus claim that I somehow got his interview canceled.

So to wrap this up, Jason Goodman is a moron, and a fucking idiot. His cell phone number is 323-744-7594. Feel free to call him and let him know how you feel about this censorship of my channel.

Also leave your comments below. It will show that if a lot of people agree with me, just how wrong Goodman is. So please leave any comments about him down below.

When you have to resort to the crap Goodman is doing, you have already lost.

I am done with Crowdspoofing the Goof, he is self destructing regardless of me responding to his bs.

11

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**

**PUBLIC ARTIFACT FOUR:**

**Terms of Use published by PATREON.COM**

      Internet URL: https://www.patreon.com/legal

User Conduct

Don't do bad stuff. Be responsible and use common sense.

You are responsible for all the activity on your account. If you do bad things we may terminate your account. For starters:

- **Illegal Activities** - Don't break the law or encourage others to break the law.
- **Abuse** - Don't harass or bully others, or promote violence or hatred towards others.
- **Personal Information** - Don't distribute others' personal information or otherwise abuse it. Creators with access to their patrons' personal information should not use it for anything unrelated to Patreon.
- **Fraud** - Don't post information that is false or otherwise misleading.
- **Impersonation** - Don't impersonate anyone. Don't use another's account, or allow others to use your account.
- **Username Squatting** - Don't create an account to prevent others from using the name or to sell the name.
- **Intellectual Property** - Don't infringe on others' intellectual property rights.
- **Spam** - Don't spam others or distribute unsolicited advertising material.
- **Malware** - Don't use Patreon to host or distribute malicious or destructive software
- **Endorsement** - Don't claim endorsement by Patreon without our prior written approval.
- **Service Degradation** - Don't degrade others' use of Patreon.
- **Data Mining** - Don't crawl, scrape or otherwise index information on Patreon. If you are doing this to create a useful feature then we may allow it, but you must check with us first.
- **Reward Sharing** - Don't support a creator and then share their patron-only content without permission from the creator.
- **Reverse Engineering** - Don't take apart Patreon to figure out our secret sauce. If you want to do this as part of our bug bounty program, then please ask to be invited through HackerOne first.

Please also see our community guidelines for specific guidance in some of these areas. These guidelines are not meant to be exhaustive. If you find a new and creative way to hurt Patreon or our users we may take action to prevent it.



12

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**

## Patreon's Role

While Patreon supports content creation, we do not legally endorse any content on our site. If content is reported we may remove it, but we do not take that action lightly.



We only provide a platform for creators and patrons to interact. We do not screen or endorse any content on Patreon. If you see content that violates these terms, then let us know and we may remove it.

Removing content or terminating accounts is not an action we take lightly and we may take a while to investigate or open the issue up to further discussion with the community.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our users. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. Information can include the existence of your account, pledge amounts and length of support. Actions can include creating, editing or deleting pledges and any other interaction with creators such as posting messages or liking posts.



13

**PLAINTIFF'S THIRTEENTH REQUEST FOR JUDICIAL NOTICE [13-RJN]**

```
1  D. GEORGE SWEIGERT, C/O
   P.O. BOX 152
2  MESA, AZ 85211
```

RECEIVED
SDNY DOCKET UNIT

2018 OCT 22  PM 3:40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 1:18-cv-08653-UA |
| Plaintiff, | |
| vs. | |
| JASON GOODMAN | |
| Defendant | CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class postage paid U.S. Mail to:

> Jason Goodman
> 252 7th Avenue #6S
> New York, NY 10001
>
> PRO SE DIVISION
> Clerk of the Court
> U.S. District Court for the SDNY
> (FOLEY SQUARE)
> 500 Pearl Street
> New York, New York 10007-1312

Respectfully dated this day 18 October, 2018,

*/s/ D. George Sweigert/*

D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE

CERTIFIED MAIL 7018 1830 0001 2852 5278

First Class Mail

D. Geo. Sweigert c/o
P.O. Box 152
Mesa, AZ 85211

Pro Se Division # 200
U.S. District Court
Clerk of Court
(Foley Square)
500 Pearl Street
New York, N.Y.

2018 OCT 22 PM 3:19
SDNY DOCKET IN
RECEIVED