1  D. GEORGE SWEIGERT, C/O
   P.O. BOX 152
2  MESA, AZ 85211

3

4              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK
5                        (FOLEY SQUARE)

6  D. GEORGE SWEIGERT                    Case No.: 1:18-cv-08653-UA

7            Plaintiff,

8  vs.                                   JURY TRIAL DEMANDED

9  JASON GOODMAN

10           Defendant                   PLAINTIFF'S FOURTEENTH
                                         REQUEST FOR JUDICIAL NOTICE [14-RJN]

11

12          PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]

13          NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private

14  attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records

15  and documents pursuant to New York Civil Practice Laws and Rules **(CPLR) § 4511(d)**.  The patience of the Court

16  is requested as the Plaintiff has alleged that there is an on-going, open-ended, and continuous racketeering enterprise

17  that requires constant monitoring and reporting of evidence.

18  **PUBLIC ARTIFACT ONE:**

19   Video content published on YouTube.Com on the "Jason Goodman" channel, entitled "Examining the

20  Senior Executive Service with Special Guests Field McConnell and Kevin Shipp."

21          Internet URL:  https://www.youtube.com/watch?v=NrK9uAWd0uE&t=2696s

22  **PUBLIC ARTIFACT TWO:**

23  YouTube channel "Abel Danger" operated by Mr. Field McConnell of Wisconsin.

24          Internet URL:  https://www.youtube.com/user/BMHC2CSi

25

26                                       1

27          PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]

28

**PUBLIC ARTIFACT THREE:**

**Patreon "home page" of David "Sherlock" Hawkins**

**Internet URL:  https://www.patreon.com/posts/sherlock-hawkins-21611549**

**PUBLIC ARTIFACT FOUR:**

**Federal Bridge Certificate Authority (U.S. Government)**

**Internet URL:  https://fpki.idmanagement.gov/ca/**

**ATTESTATION**

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet or printed books.  These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of October **22**, 2018

D. GEORGE SWEIGERT

2

**PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]**

1

**PUBLIC ARTIFACT ONE:**

2

3

Video content published on YouTube.Com on the "Jason Goodman" channel, entitled "<u>Examining the Senior</u>
<u>Executive Service with Special Guests Field McConnell and Kevin Shipp.</u>"

4

5

<u>Internet URL:  https://www.youtube.com/watch?v=NrK9uAWd0uE&t=2696s</u>

6

7

8

9

10

11

12

13

14

15

16



Examining the Senior Executive Service with Special Guests Field McConnell
and Kevin Shipp

17

18

24,964 views                    👍 987   👎 30    ↗ SHARE   ➕ SAVE   ···

19

20

 **Jason Goodman**
Streamed live on Aug 15, 2018                    SUBSCRIBE  68K

21

Field McConnel and Kevin Shipp have both clearly stated their positions on SES, the

22



23



24

25

26

27

3

28

<u>**PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]**</u>

1

**VIDEO TRANSCRIPT**

2

3  44:22  MCCONNELL:     Everywhere I look for my sister [Kristine Marcy] I see really bad
4                                       people and .. uh .. so many of them in the United States of America
                                        have gone through Georgetown University as did my sister.  And,
5                                       uh .. I think Kevin [Shipp] doesn't know this .. I will just say .. on the
                                        21st of August 2014 I was a jury .. and .. uh .. this is in a Wisconsin
6                                       court. [phone rings, McConnel doesn't answer]

7  44:59  MCCONNELL:     I answer my phone when you call Jason.

8
   45:00  GOODMAN:        I appreciate that.
9
   45:01  MCCONNELL:     Well, you're welcome.  Some people are worth talking to.  UH, some
10                                      people are worth getting rid of.  [Goodman chuckles.  Shipp smiles].

11

12



13

14

15

16

17                    ember of the …
                       address
18
                                              
19
                       renowned and respected spa, bath and body brands in
20                     …mes' fine …



21                    45:07 / 1:13:10

22                    ……g the Senior Executive Service with S…

23

24

25

26

27                                                        4

28

**PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]**

**PUBLIC ARTIFACT TWO:**

YouTube channel "Abel Danger" operated by Mr. Field McConnell of Wisconsin.

Internet URL:  https://www.youtube.com/user/BMHC2CSi











5

**PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]**





**10-18-2018 Pastor Mark Braveheart & Field McConnell**
1.1K views • 2 days ago

**10-16-2018 Pastor Mark Braveheart & Field McConnell**
1.1K views • 4 days ago

**10-16-2018 Gobsmack Field McConnell**
2.6K views • 4 days ago




**10-11-2018 Pastor Mark Braveheart and Field**
1.6K views • 1 week ago

**10-8-2018 Field McConnell (Agent Lapu Lapu) and**
7.2K views • 1 week ago

**10-4-2018 Gobsmack McConnell**
4K views • 2 weeks ago



Field McConnell (Agent Lapu Lapu ...
youtube.com

## SCHUMER HEADED FOR EPIC CLASH WITH MCCONNELL

6

**PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]**

**PUBLIC ARTIFACT THREE:**

Patreon "home page" of David "Sherlock" Hawkins

## Internet URL:  https://www.patreon.com/posts/sherlock-hawkins-21611549

PATREON |                    Q          Create On Patreon    Explore Creators    Sign Up    Log In



**David Hawkins**

is creating Reverse engineering CSI stor...

78 patrons  $387 per month

Sep 24 at 8:38am
### Sherlock Hawkins — Serco SWAT Team Bridge To Fuzzy Con Air Logic For Psycho Soames' Brakes To Spot Fix Princess Di

David "Sherlock" Hawkins has reverse engineered the curious case of the stolen *Mercedes Benz S280* which was returned in pristine condition but for the apparent replacement of the on-board chip with Micron Technology Inc's *RFID system in communication with vehicle on-board computer Priority date  1996-12-06  2000-08-29 US6112152A Grant* and allegedly used in an attempt to spot fix the time of death  of Princess Diana after a flash triggered the RFID to lock off the brakes (no skid, only yaw marks) and steer the car into the 13th column of the Pont d'Alma Tunnel in Paris on 31 August 1997.

http://www.greatdreams.com/diana-letter.jpg

Hawkins is investigating Serco's apparent deployment of Con Air SWAT teams on the federal bridge certification authority PKI network invented at GCHQ in the early 70s where Jerome H. Lemelson's *Prisoner tracking and warning system and corresponding methods US6054928A* uses fuzzy logic algorithms to allow elite psychopaths such as Nicholas Soames (White's Club-gambling grandson of Winston Churchill and brother of Serco CEO Rupert Soames) and  Kristine 'Con Air' Marcy (sister of Marine Corps whistleblower Field McConnell) to reward Princess Di's spot fixing killers with access to children procured through an online pedophile ring established by Jimmy Savile and Jeffrey Epstein.

Hawkins is investigating Serco's apparent use of QinetiQ North America Inc.'s *Social engineering protection appliance US9123027B2* to inject fake news / media plays onto the federal bridge and help the Soames and Marcy (S&M!) psychopaths in their continuing

**BECOME A PATRON**

**RECENT POSTS**

Aa    **Sherlock Hawkins – Megantic Brakes ...**

Aa    **Sherlock Hawkins – Con Air Canada's...**

Aa    **Sherlock Hawkins – Jim'll Fix It Pan A...**

Aa    **Sherlock Hawkins – Clinton's Spot-Fi...**



7

**PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]**

Hawkins is investigating Serco's apparent deployment of Con Air SWAT teams on the **federal bridge certification authority PKI network invented at GCHQ** in the early 70s where Jerome H. Lemelson's *Prisoner tracking and warning system and corresponding methods US6054928A* uses fuzzy logic algorithms to allow elite psychopaths such as Nicholas Soames (White's Club-gambling grandson of Winston Churchill and brother of Serco CEO Rupert Soames) and **Kristine 'Con Air' Marcy (sister of Marine Corps whistleblower Field McConnell)** to reward Princess Di's spot fixing killers with access to children procured through an **online pedophile ring** established by Jimmy Savile and Jeffrey Epstein.  [emphasis added]

Trending   New   Hot   Promoted                                    Login



David 'Sherlock' Hawkins, co-founder of Abel Danger with Field McConnell, is developing reverse-engineered CSI storyboards for 3-act radio dramas and/or theatre plays to give injured communities a scene-by-scene analysis of high-value-target or mass-casualty events which appear to be associated with the negligent, wilful, reckless or fraudulent use of patented devices to spot fix the times of deaths and body counts for dead-pool operations on the federal bridge certification authority (FBCA) network, originally implemented on public key infrastructure (PKI) to create, manage, distribute, use, store, and revoke digital certificates on the public-key encryption system invented at GCHQ in the early 70s.



8

**PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]**



**PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]**

<u>**PUBLIC ARTIFACT FOUR:**</u>

**Federal Bridge Certificate Authority (U.S. Government)**

<u>**Internet URL:  https://fpki.idmanagement.gov/ca/**</u>

## Federal Bridge Certification Authority

The FBCA is the *Federal Bridge CA 2016*.


The FBCA is a PKI Bridge or link between the FCPCA and other CAs that comprise the FPKI network and that may operate under comparable but *different* certificate policies.

The FBCA provides a means to map these certificate policies and CAs and allow certificates to validate to the FCPCA root certificate.

The CAs with certificates signed by the Federal Bridge CA 2016 are *cross-certified*. These CAs have established a trust relationship with the FPKI and are audited annually for conformance to the certificate policies. This cross-certification process has extended the reach of the FPKI well beyond the boundaries of the Federal Government.



10

<u>**PLAINTIFF'S FOURTEENTH REQUEST FOR JUDICIAL NOTICE [14-RJN]**</u>

## All Federal PKI Certification Authorities

A CA that is part of the FPKI is called a *participating certification authority*. Hundreds of participating CAs form the FPKI network.



For historical records, we might *label* or identify CA systems using a category that shows *when* the system was established and for what types of *communities* it is or was used.

We realize all the acronyms and labels may be confusing and welcome your input to help us improve, add information over time, and simplify where needed.

---

Any CA in the FPKI may be referred to as a *Federal PKI CA*. The three highest level CAs in the FPKI hierarchy are the **FPKI Trust Infrastructure CAs**, which are operated and managed by the Federal PKI Management Authority (FPKIMA) Program Office:

- Federal Common Policy Certification Authority

- Federal Bridge Certification Authority

- SHA-1 Federal Root Certification Authority G2



The FCPCA serves as the *root* and *trust anchor* for the *intermediate* and *issuing* CAs operated by:

- **Federal Government Executive Branch Agencies**

- **State, Local, Tribal, Territorial, and International Governments**

---

11

1  | **D. GEORGE SWEIGERT, C/O**
   | **P.O. BOX 152**
2  | **MESA, AZ 85211**

RECEIVED
PRO SE DOCKET

2018 OCT 26  PM 3: 52

3

4

5

6  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE SOUTHERN DISTRICT OF NEW YORK**
7  **(FOLEY SQUARE)**

8  D. GEORGE SWEIGERT                        **Case No.:  1:18-cv-08653-UA**

9              Plaintiff,

10 vs.

11 JASON GOODMAN

12          Defendant                        **CERTIFICATE OF SERVICE**

13

14              **CERTIFICATE OF SERVICE**

15

16     The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class

17 postage paid U.S. Mail to:

18

19                 **Jason Goodman**
                   **252 7ᵗʰ Avenue #6S**
                   **New York, NY 10001**

20
                   **PRO SE DIVISION  --  200**
21                 **Clerk of the Court**
                   **U.S. District Court for the SDNY**
22                 **(FOLEY SQUARE)**
                   **500 Pearl Street**
23                 **New York, New York 10007-1312**

24                 Respectfully dated this day **22** October, 2018,

25
                   D. Sweigert
26

27                 D. GEORGE SWEIGERT

28

                   **CERTIFICATE OF SERVICE**




UNITED STATES POSTAL SERVICE

1000

10007

U.S. POSTAGE PAID
FCM LG ENV
ORANGEVALE, CA
95662
OCT 22 18
AMOUNT
**$5.29**
R2303S103726-20

CERTIFIED MAIL

7018 1830 0001 2852 4158

FIRST CLASS MAIL

Pro Se Desk #200
Clerk of the Court
U.S.D.C. For S.D.N.Y.
(Foley Square)
500 Pearl St.
New York, N.Y. 10007-1312

Swedgers c/o 152
P.O. Box
Mesa, AZ 85211

FIRST-CLASS