1 D. GEORGE SWEIGERT, C/O
P.O. BOX 152
2 MESA, AZ 85211



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

D. GEORGE SWEIGERT | Case No.: 1:18-cv-08653-UA

Plaintiff,

vs.

JASON GOODMAN

Defendant

**NOTICE OF PLAINTIFF'S MOTION FOR GAG ORDER AGAINST THE DEFENDANT**

## NOTICE OF PLAINTIFF'S MOTION FOR GAG ORDER AGAINST THE DEFENDANT

ATTENTION TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES (LOCAL RULE 7.1): NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully **MOTION** this Court to its inherent judicial power and provide **INJUNCTIVE RELIEF** and cause to be issued a **GAG ORDER** to silence the trial by social media underway on the Defendant's social media empire.

The supporting rationale for this proposed action is contained in the accompanying pleading **MEMORANDUM OF POINTS AND AUTHORITIES TO SUPPORT PLAINTIFF'S MOTION FOR GAG ORDER** which is filed contemporaneously with this notice.

Signed this 26 day of October, 2018

Plaintiff, D. George Sweigert
Pro se plaintiff acting as private attorney general

1

NOTICE OF PLAINTIFF'S MOTION FOR GAG ORDER AGAINST THE DEFENDANT

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

TO:

PRO SE DIVISION
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

#200
PRO SE