USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-29-18

RECEIVED
SDNY DOCKET UNIT
2018 OCT 29 PM 3:51

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT<br>Plaintiff,<br>vs.<br>JASON GOODMAN<br>Defendant | **Case No.: 1:18-cv-08653-UA**<br><br>**JURY TRIAL DEMANDED**<br><br>**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]** |

**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents pursuant to New York Civil Practice Laws and Rules **(CPLR) § 4511(d).** The patience of the Court is requested as the Plaintiff has alleged that there is an on-going, open-ended, and continuous racketeering enterprise that requires constant monitoring and reporting of evidence.

**PUBLIC ARTIFACT ONE:**

**LINKEDIN page for JOE NAPOLI**

**Internet URL: https://www.linkedin.com/in/joenapoli/**

**PUBLIC ARTIFACT TWO:**

**YouTube production on the channel "Jason Goodman", entitled: "A Lil' DARPA Will Do Ya - Crowdstrike and Other Crooked Political Ops"**

**Internet URL: https://www.youtube.com/watch?v=GZcJcRK0wes**

**PUBLIC ARTIFACT THREE:**

**The Smear: How Shady Political Operatives and Fake News Control What You See, What You Think, and How You Vote Hardcover – June 27, 2017**

**Internet URL:**

**https://www.amazon.com/Smear-Shady-Political-Operatives-Control/dp/0062468162/ref=sr_1_1?ie=UTF8&qid=1540486112&sr=8-1&keywords=sheryl+atkinson+the+smear&dpID=51-hse3GeaL&preST=_SY344_BO1,204,203,200_QL70_&dpSrc=srch**

**PUBLIC ARTIFACT FOUR:**

**YouTube search terms: "JOE NAPOLI JASON GOODMAN"**

**PUBLIC ARTIFACT FIVE:**

**YouTube video production on channel "Jason Goodman", entitled: "Joe Versus the Deep State"**

**Internet URL: https://www.youtube.com/watch?v=_sN302aCc40**

**PUBLIC ARTIFACT SIX:**

**Twitter account of JOE NAPOLI**

**Internet URL: https://twitter.com/joenapoli7**

**ATTESTATION**

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet or printed books. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of October 25, 2018

D. GEORGE SWEIGERT

**PUBLIC ARTIFACT ONE:**

**Internet URL: https://www.linkedin.com/in/joenapoli/**

Joe Napoli • 3rd

Founder / Executive Search

Orange County, California Area

Connect

Joseph M. Napoli Executive Search, dba LaunchPath

Miami University

See contact info

500+ connections

Retained executive search firm that, through character and leadership, secures talent and transcends our brand by understanding the power and importance of personalization. There is nothing generic about what we do. We are unique in our approach of personalizing each position and each hiring manager, while remaining behind the scenes. It is our belief that topgrading is a necessity, no exceptions. Our clients deserve it. Developing unparalleled, successful business relationships wi...

Right now, the official U.S. time is:
10:07:07 a.m.
Thursday, October 25, 2018
Pacific Time (DST)
Click arrows to change time zone
Problems? Questions?

**PUBLIC ARTIFACT TWO:**

**YouTube production on the channel "Jason Goodman", entitled: "A Lil' DARPA Will Do Ya - Crowdstrike and Other Crooked Political Ops"**

**Internet URL: https://www.youtube.com/watch?v=GZcJcRK0wes**

**12/02/2017**

Chrome File Edit View History Bookmarks People Window Help
Sat Dec 2 1:55 PM
Unsecured Business Loans - Get $5K - $600K! Fast & Easy
CROWDSTRIKE
Manuel Chavez · 3rd
Director Of Operations at CrowdStrike, I guess it's official now
CrowdStrike • Le Cordon Bleu College of Culinary Arts-Scottsdale
Phoenix, Arizona Area • 199
See jobs
People Also Viewed
CROWDSOURCE THE TRUTH
54:43 / 1:45:50

A Lil' DARPA Will Do Ya - Crowdstrike and Other Crooked Political Ops

Jason Goodman

Subscribe 68K

13,032 views

Add to Share More

4

PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]

Right now, the official U.S. time is:

10:09:11 a.m.

Thursday, October 25, 2018
Pacific Time (DST)

Click arrows to change time zone

Problems? Questions?

**VIDEO TRANSCRIPT**

51:50 GOODMAN: It is the same kind of thing guys as using Crowd Strike to discredit .. umm .you know . CrowdSource The Truth or .. or getting someone like Manual Chavez to put out videos where he is threatening my life, or he is showing my home or .. you know .. cyber harassing me for months and months. They are trying to .. you know .. lure me into taking some kind of legal action against him like suing him .. which I could. But, he is a loser and he has got no assets and suing him would be a waste of time, suing people to try and get money is not what I am interested in doing.

54:08 GOODMAN: What do they do? They Crowd Strike you. And they use guys like this .. and .. and they use guys like Chavez [Manual Chaves, III] and they use guys like Robert David Steele and we see it happening. I am not revealing anything that isn't obvious. Manual Chavez has it, right there in his own LINKEDIN, he tells you that he is working for Crowd Strike [fade in graphic].

54:29 NAPOLI: Yeah, and by the way Jason I was able to confirm from a reliable, a very reliable source, that .. um .. this Chavez guy is .. uh.. quote Cypto Currency Expert.

54:46 GOODMAN: I think when he put up this you know Crowd Strike thing on his LINKEDIN and he said something like, 'oh, I guess its official now' he is doing it as a joke.

54:38 GOODMAN: When I say he is an idiot [Chavez] I am talking about the fact that .. look at what he is engaged in .. he is lying. And what is going to happen, is when that is proven, and when his criminal activities like harassment and all that, I allege that these are crimes and I am going to try and get evidence to prove that somebody got text messages off my computer .. that was stolen. And he received stolen property .. and put it up on a broadcast.

56:36 GOODMAN: There are people out there that are convinced that the lies that these idiots like Manual Chavez are putting out there are true. You go out and say so and so is a pedophile there a certain number of people that are just going to believe that, in the absence of evidence. My challenge to them is to present evidence or shut up and go away.

57:04 GOODMAN: We verified from a reliable third party that in fact Manuel Chavez does work for Crowd Strike – something that he has scoffed at in the past. And what that means. He is a shady political operative. [fade to book graphic, see below]



YouTube
Search
Sign in
Sharyl Attkisson
The
Smear
How Shady Political
Operatives and Fake News
CONTROL
What You See,
What You Think, and
57:18 / 1:45:50
A Lil' DARPA Will Do Ya - Crowdstrike and Other Crooked Political Ops
Jason Goodman
Subscribe
13,032 views
Add to
Share
More

7

PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]

**PUBLIC ARTIFACT THREE:**

**The Smear: How Shady Political Operatives and Fake News Control What You See, What You Think, and How You Vote Hardcover – June 27, 2017**

**Internet URL:**

**https://www.amazon.com/Smear-Shady-Political-Operatives-Control/dp/0062468162/ref=sr_1_1?ie=UTF8&qid=1540486112&sr=8-1&keywords=sheryl+atkinson+the+smear&dpID=51-hse3GeaL&preST=_SY344_BO1,204,203,200_QL70_&dpSrc=srch**

File Edit View Favorites Tools Help

prime bookbox — The love of reading, delivered — Learn more

The Smear and millions of other books are available for instant access view Kindle eBook | view Audible audiobook

**The Smear: How Shady Political Operatives and Fake News Control What You See, What You Think, and How You Vote** Hardcover – June 27, 2017

by Sharyl Attkisson (Author)

803 customer reviews

See all 7 formats and editions

| Audiobook | Kindle | Hardcover | Paperback | Audio CD |
|---|---|---|---|---|
| $0.00 | $11.99 | $18.35 | $11.59 | $24.65 |

***New York Times* Bestseller**

Ever wonder how politics turned into a take-no-prisoners blood sport? The *New York Times* bestselling author of *Stonewalled* pulls back the curtain on the shady world of opposition research and reveals the dirty tricks those in power use to influence your opinions.

Behind most major political stories in the modern era, there is an agenda: an effort by opposition researchers, spin doctors, and outside interests to destroy an idea or a person. The tactic they use is the

Read more

**Prime Book Box for Kids**
Story time just got better with Prime Book Box, a subscription that delivers hand-picked children's books every 1, 2, or 3 months. Learn more

Buy New $18.35
List Price $27.99
Save $9.64 (34%)

FREE Shipping on orders over $25—or get FREE Two-Day Shipping with Amazon Prime

Only 1 left in stock - order soon.
Sold by ABA TRADING LLC and Fulfilled by Amazon. Gift-wrap available.

Add to Cart

Want it Monday, Oct. 29? Choose One-Day Shipping at checkout. Details

Buy Used $11.16

Add to List

Frequently bought together

Right now, the official U.S. time is:

10:10:10 a.m.

Thursday, October 25, 2018
Pacific Time (DST)

**From the Back Cover**

Fake News.

Russian hackers.

Pizzagate.

Don't believe everything you read.

Now hard-hitting investigative journalist Sharyl Attkisson, the *New York Times* bestselling author of *Stonewalled*, takes you behind the scenes of the modern smear machine, exploring how operatives from corporations and both sides of the political aisle have manipulated a complicit mainstream media to make disinformation, rumor, and dirty tricks defining traits of our democracy. Pulling back the curtain on the shady world of opposition research, she reveals how those in power create well-funded, organized attack campaigns to take down their enemies and influence your opinions, offering a detailed examination of the think tanks, super PACs, LLCs, and nonprofits that have become the hidden backers of some of the biggest smears in American politics.

And she doesn't just tell stories—she names names, sharing her deeply researched account of how smears take shape and who their perpetrators are—from Clinton confidant Sidney Blumenthal to liberal political operative David Brock, who, along with his expansive *Media Matters for America* empire, has been rewriting the rules of the smear game for decades while raking in millions of dollars in generous compensation. In addition, Attkisson reveals outrageous transactional journalism and exposes scandalous emails behind the smear industrial complex, showing how Campaign 2016 became the exclamation point on the thirty-year evolution of the smear machine. Dissecting the most divisive, partisan election in American history, she explores how both sides used every smear tactic as a political weapon, culminating in Donald Trump's hard-fought victory, even as his detractors have continued their smears against him into the Oval Office.

**PUBLIC ARTIFACT FOUR:**

**Jason Goodman videos featuring JOE NAPOLI**

Joe Napoli Mandalay Bay Shooting Survivor

Jason Goodman

Streamed 1 year ago • 39,214 views

Joe Napoli and his wife were attending the concert at Mandalay Bay Hotel in Las Vegas when automatic weapon fire broke out.

Walking in the Footsteps of Joe Napoli Live in Las Vegas

Jason Goodman

Streamed 11 months ago • 33,022 views

Joe Napoli returns to Las Vegas for the first time since his experience at the Route 91 Harvest Festival on October 1. Become a ...

Examining LVMPD October 1, 2017 911 Emergency Calls with Special Guests Joe Napoli...

Jason Goodman

Streamed 3 months ago • 10,624 views

Joe Napoli returns to join me and a new guest, Mr. Burgandy as we explore evidence within the recently released 9-1-1 ...

October 1, 2017 Las Vegas Shooting – Evidence, Theories and Eyewitness Accounts

Jason Goodman

Streamed 7 months ago • 23,645 views

Paladin is the codename for a confidential Crowdsourcer who has worked as a private investigator for over 30 years. Tonight he ...

32nd Floor of Mandalay Bay with Joe Napoli

Jason Goodman
11 months ago • 97,927 views
Our live stream was accidentally cut but this clip was luckily recored. 32nd Floor of Mandalay Bay is on total lockdown. Become a ...




Exploring the Hidden Truth of the Las Vegas Shooting with Jim Breslo and Joe Napoli

Jason Goodman
5 months ago • 8,652 views
Originally posted April 3, 2018 Jim Breslo is the host of the Hidden Truth podcast. He recently conducted an extensive interview ...



Port of Charleston Update with Joe Napoli

Jason Goodman
Streamed 1 year ago • 10,405 views
Become a sponsor of Crowdsource the Truth and support the effort http://paypal.me/crowdsourcethetruth ...




"Las Vegas Survivors" - Out of Context Interviews in "13 Witnesses in 38 Minutes" Video

Return2Logic
6 months ago • 2,103 views
In this video, we will be paying close attention to the whole statements given by 5 of the 13 witnesses presented in the recent ...

**PUBLIC ARTIFACT FIVE:**

**YouTube video production on channel "Jason Goodman", entitled: Joe Versus the Deep State**

**Internet URL: https://www.youtube.com/watch?v=_sN302aCc40**

**12/08/2017**

18:33 / 1:02:14

Joe Versus the Deep State

Jason Goodman
Subscribe

12,163 views

Streamed live on Dec 8, 2017
Joe Napoli continues his exploration of the clandestine activities of DARPA. Do they have our best interests in mind or are they burning billions in oversight-free black budget to benefit the Deep State?

Right now, the official U.S. time is:
10:12:12 a.m.
Thursday, October 25, 2018
Pacific Time (DST)

12

PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]

**PUBLIC ARTIFACT SIX:**

**Twitter account of JOE NAPOLI**

**Internet URL: https://twitter.com/joenapoli7**

Tweets 3,380
Following 1,863
Followers 2,977
Likes 5,807
Tweets
Tweets & replies
Media
Joe Napoli
@joenapoli7
Jesus 1st! Dad, Husband, Executive Recruiter & Miami 'Phins Fan. Company's most appreciable asset = people. Responsible 4 what I say, not 4 what u understand..
United States
View broadcasts
Pinned Tweet
Joe Napoli @joenapoli7 · Jul 30
The children of 1st Law Enforcement Battilion Marines @MCIWPendletonCA need school supplies: lfusmccommittee.org/donations.shtml Any amount helps! @Thomas1774Paine @CraigRSawyer @katiet121 @ScottAnthonyUSA @jerome_corsi @CharlesOrtel @kelli_fustos @Lisafox0877 @KathyMicale @fcwic1 @hiscity
4 13 18
Show this thread

Right now, the official U.S. time is:
10:19:19 a.m.
Thursday, October 25, 2018
Pacific Time (DST)
Click arrows to change time zone
Problems? Questions?

13

PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]

**Joe Napoli** @joenapoli7 · May 16

Replying to @QuaeriteV

& that's why I video'd it + others of his. Months of his stalking will soon b over. I know that law enforcement these days don't take lightly, @ all, 2 those who cyber/gang stalk people. &, from what I understand, **Sweigert**/Acton doing these videos faceless doesn't matter.

3 ♡ 3

**Joe Napoli** @joenapoli7 · May 16

If u've had enough of David **Sweigert**'s aka Dave Acton's threats like I have, file a criminal report w/Siskiyou County Sheriff: co.siskiyou.ca.us/content/sherif... I also included video I tweeted yesterday. I asked u 2 stop many x's Dave, u wouldn't listen. Ur days of cyber stalking r over.

3 5 ♡ 18

**Joe Napoli** @joenapoli7 · May 15

@SiskiyouSheriff Pls watch this video. My name is mentioned by a resident of yours in @MountShastaCA then he says "murder, murder 4 fire, contract murder 4 hire." His name is David **Sweigert** aka Dave Acton. This is domestic terrorism pure & simple. I've notified DA Kirk Andrus.

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**

RECEIVED SDNY DOCKET UNIT 2018 OCT 29 PM 3:50

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(FOLEY SQUARE)**

D. GEORGE SWEIGERT

Plaintiff,

vs.

JASON GOODMAN

Defendant

**Case No.: 1:18-cv-08653-UA**

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class postage paid U.S. Mail to:

**Jason Goodman**
**252 7th Avenue #6S**
**New York, NY 10001**

**PRO SE DIVISION -- 200**
**Clerk of the Court**
**U.S. District Court for the SDNY**
**(FOLEY SQUARE)**
**500 Pearl Street**
**New York, New York 10007-1312**

Respectfully dated this day 25 October, 2018,

[signature] /

D. GEORGE SWEIGERT










U.S. POSTAGE PAID
FCM LG ENV
ORANGEVALE, CA
95662
OCT 25, 18
AMOUNT
$5.71
R2303S103726-20

1000

10007

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

PRO SE DIVISION
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

#200 PRO SE






