D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>Defendant | Case No.: 1:18-cv-08653-UA<br><br>JURY TRIAL DEMANDED<br><br>PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN] |

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents pursuant to New York Civil Practice Laws and Rules **(CPLR) § 4511(d)**. The patience of the Court is requested as the Plaintiff has alleged that there is an on-going, open-ended, and continuous racketeering enterprise that requires constant monitoring and reporting of evidence.

**PUBLIC ARTIFACT ONE:**

YouTube search terms **"JASON GOODMAN LARRY NICHOLS"**

**PUBLIC ARTIFACT TWO:**

Youtube video production on the channel "publiusforum", entitled, "Larry Nichols admits to killing people to protect the Clintons".

Internet URL:  https://www.youtube.com/watch?v=KWL_NBJN5cA

1

PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]

**PUBLIC ARTIFACT THREE:**

Internet URL:

https://freedomoutpost.com/former-hillary-associate-claims-personal-hit-man-admits-killing-money/

**PUBLIC ARTIFACT FOUR:**

Youtube video production on the channel "CrowdSource The Truth", entitled,

"FBI Leadership Shatters – Larry Klayman Stands Ready to Take Over as Special Counsel"

Internet URL:

Internet URL:  https://www.youtube.com/watch?v=hTRGSTFPTNI

**PUBLIC ARTIFACT FIVE:**

Internet URL:

https://thepetesantillishow.podbean.com/e/video-larry-klayman-special-prosecutor-calls-for-hillary-clinton-investigation-pete-santilli-episode-1134/

**ATTESTATION**

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet or printed books. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of October 23, 2018

_____
D. GEORGE SWEIGERT

2

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

**PUBLIC ARTIFACT ONE:**

**YouTube search terms "JASON GOODMAN LARRY NICHOLS"**



Larry Nichols Live From Arkansas #LockHerUp
Jason Goodman
4 months ago · 17,800 views
Nobody knows the Clinton's crooked ways better than Larry Nichols. Larry returns to the show with renewed enthusiasm and ...



Larry Nichols Discusses Brett Kavanaugh Confirmation Hearings Underway in Washington ...
Jason Goodman
Streamed 1 month ago · 8,891 views
Larry Nichols returns feeling strong and sounding well as he sounds off on Kavanaugh and the ongoing resistance to all things ...



Larry Nichols on the OIG DOJ Report, Hillary's Email Server, Anthony Bourdain and Arkancide
Jason Goodman
Streamed 4 months ago · 16,143 views
Larry Nichols returns to discuss the most pressing matters of today tumultuous times. Become a Sponsor of Crowdsource the Truth ...



Larry Nichols Explains Clinton's "Kill Them While They're Young" Strategy As Kavanaugh Gets ...
Jason Goodman
Streamed 1 month ago · 14,691 views
Larry returns to explain the classic Clinton strategy of "kill 'em while they're young" Become a Sponsor of Crowdsource the Truth ...

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

**YouTube search terms "JASON GOODMAN LARRY NICHOLS"**



Vince Foster to Russiagate – Transference and Misdirection In Clinton Coverups with Larry Nicho...
Jason Goodman
Streamed 2 months ago • 10,098 views
Larry joins me to discuss the tried and true Clinton practices of blaming your adversaries for you own transgressions while ...



What Bin Laden Knew About 9/11 Kept Him Alive Through 3 Presidencies – Special Guest Larry ...
Jason Goodman
Streamed 6 days ago • 6,783 views
Last night during our Patreon exclusive MOORE/PAINE, Michael Moore of True Pundit revealed that he is in possession of ...
NEW



Is the Deep State in Panic Mode? Larry Nichols Analyzes the Trump Putin Summit & Mainstream...
Jason Goodman
Streamed 3 months ago • 29,797 views
Long time D.C. insider Larry Nichols joins me to analyze the "dirty tricks" aspect of the mainstream media's reaction to yesterday's ...



Justice or Smear? Breaking Down the Kavanaugh Controversy with Special Guest Larry Nichols
Jason Goodman
Streamed 3 weeks ago • 9,528 views
Larry Nichols joins me once again to talk about the tactics being used to challenge the nomination of Brett Kavanaugh.

4

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

**PUBLIC ARTIFACT TWO:**

Youtube video production on the channel "publiusforum", entitled, "Larry Nichols admits to killing people to protect the Clintons".

<u>Internet URL: https://www.youtube.com/watch?v=KWL_NBJN5cA</u>





Published on Oct 24, 2013
This segment from the Rick Santilli show is from Sept. 24, 2013. In it ex Clinton associate Larry Nichols claims that he murdered people to protect the Clintons (at their order).



5

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

**VIDEO TRANSCRIPT**

05:36  NICHOLS:    You are no different than I am.

05:37  SANTILLI:   Do you think … did you think ..

05:39  NICHOLS:    When Ronald Reagan sent me to Nicaragua, when Ronald Reagan sent me to El Salvador, I did it for God and country. Just like you would have done if they called you.

07:33  NICHOLS:    Whenever I got an F2 call that meant go in and kill. State police are not trained to kill in that day. This is the late 70s, early 80s. There were no SWAT teams, alright. There weren't. When I got an F2 call, that meant go in and kill a guy. I didn't give a sh_t.

08:31  NICHOLS:    When it came from Clinton I didn't give a damn. Just go kill somebody. And that's all.

10:00  NICHOLS:    I am a Green Beret. I am trained to go into countries where the whole country chases people. I mean, I am skilled. You know that, in staying alive. And we have got one rule. Kill them first.

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

**PUBLIC ARTIFACT THREE:**

**Internet URL:**

https://freedomoutpost.com/former-hillary-associate-claims-personal-hit-man-admits-killing-money/





7

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

Like many Americans I have been glued to the **Pete Santilli** show today in an attempt to keep up to date with any updates on the truckers. That show is streaming live at www.ridefortheconstitution.org as I write this.

There are bombshells being dropped on that show that go far beyond a trucker's strike.

The story the listeners are getting is that **Larry Klayman** was prepared to go on Neil Cavuto's show tonight and show pictures of National Guard troops that have been assembled to squash the uprising, should it get out of hand. But it is also being reported that Fox News pulled the interview. Why?

Was the Fox interview pulled because **Klayman** wanted to talk about some other issues as well, including a gentleman named **Larry Nichols,** who was a longtime associate of Bill and Hillary Clinton? The accusation is that Fox News does not want to share this story and only wants reports of the alleged National Guard troops in D.C.  [emphasis added]

> Larry Nichols                    Guerilla Media Network reported on September, 24 2013:
>
> *Clinton Insider Admits To Murder For Hire Claiming He Did It For The Money*
>
> *Larry Nichols, former 19 year accomplice to the Clintons, can now add hit-man to his list of dirty deeds. Nichols dropped a bombshell on The Pete Santilli Show when he very calmly admitted that he had murdered people, on command, for Bill and Hillary Clinton. Mr. Nichols has been a voice crying out in the wilderness since he brought to light the sexual brutality of Bill Clinton during his reign as Governor in Arkansas. That information would eventually play a key role to Clinton's impeachment in the 90's. Larry says he makes no apologies.*
>
> *They sent me overseas to kill people for them and told me it was for the good of the Country. So when they asked me to do it for them in the States it felt no different. The real truth is, I did it for the money and I didn't give a shit about the women I beat and the men I murdered. The Clintons are bad people and I did bad things for them. I had to live with that all of these years and now I just don't care anymore who knows it.*
>
> *Larry maintains the Clintons were into so many illegal activities at the time, they had to have a team of mercenaries made up of friends and state-troopers to cover it all up and keep them protected from the public finding out. According to Larry Nichols, both Bill and Hillary were wild and out of control and both were relentless in their pursuit for money and power. From running drugs, to the rape and beating of women and young girls, both of the Clintons are guilty of the unspeakable crimes.*
>
> *When Pete asked Larry about Gennifer Flowers making headlines last week claiming Bill had told her Hillary had eaten more pussy than he had Larry said that's old news, and indeed it is ... Larry had made that same statement on the Pete Santilli show early last spring. Larry is adamant that Hillary Clinton is a "Dyke" and always has been.*
>
> *One thing I know for sure She did have enough sex with men to have a kid, but it wasn't Bill Clinton's Kid she had ... Chelsea is actually the daughter of Web Hubble.*
>
> *Nichols and many other insiders claim Clinton began having sex with Hubble to gain employment at The Rose Law Firm which she believed would eventually advance Bill Clinton's chances of becoming Governor of Arkansas.*

8

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

Guerilla Media Network reported on September, 24 2013:

***Clinton Insider Admits To Murder For Hire Claiming He Did It For The Money***

*Larry Nichols, former 10 year accomplice to the Clintons, can now add hit-man to his list of dirty deeds. Nichols dropped a bombshell on The Pete Santilli Show when he very calmly admitted that he had murdered people, on command, for Bill and Hillary Clinton. Mr. Nichols has been a voice crying out in the wilderness since he brought to light the sexual brutality of Bill Clinton during his reign as Governor in Arkansas. That information would eventually play a key role to Clinton's impeachment in the 90's. Larry says he makes no apologies.*

*They sent me overseas to kill people for them and told me it was for the good of the Country. So when they asked me to do it for them in the States it felt no different. The real truth is, I did it for the money and I didn't give a shit about the women I beat and the men I murdered. The Clintons are bad people and I did bad things for them. I had to live with that all of these years and now I just don't care anymore who knows it.*

*Larry maintains the Clintons were into so many illegal activities at the time, they had to have a team of mercenaries made up of friends and state-troopers to cover it all up and keep them protected from the public finding out. According to Larry Nichols, both Bill and Hillary were wild and out of control and both were relentless in their pursuit for money and power. From running drugs, to the rape and beating of women and young girls, both of the Clintons are guilty of the unspeakable crimes.*

*When Pete asked Larry about Gennifer Flowers making headlines last week claiming Bill had told her Hillary had eaten more pussy than he had Larry said that's old news, and indeed it is ... Larry had made that same statement on the Pete Santilli show early last spring. Larry is adamant that Hillary Clinton is a "Dyke" and always has been.*

*One thing I know for sure She did have enough sex with men to have a kid, but it wasn't Bill Clinton's Kid she had ... Chelsea is actually the daughter of Web Hubble.*

*Nichols and many other insiders claim Clinton began having sex with Hubble to gain employment at The Rose Law Firm which she believed would eventually advance Bill Clinton's chances of becoming Governor of Arkansas.*

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

**PUBLIC ARTIFACT FOUR:**

Youtube video production on the channel "CrowdSource The Truth 2", entitled, "FBI Leadership Shatters – Larry Klayman Stands Ready to Take Over as Special Counsel" 04/20/2018

<u>**Internet URL: https://www.youtube.com/watch?v=hTRGSTFPTNI**</u>



FBI Leadership Shatters – Larry Klayman Stands Ready to Take Over as Special Counsel

Crowdsource the Truth 2

Subscribe 8.4K

7,468 views





10

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

**VIDEO TRANSCRIPT**

07:50 KLAYMAN: There's a lot more out there. This whistleblower Wooten who came forward. BLM [Bureau of land management] whistleblower. Who tells you about kill lists for the Bundys [Cliven Bundy, Bunkerville, Nevada] and some of the protestors. Targets with Xs on their heads – as if they are going to be shot – hanging on the walls at the BLM. **Remarks calling the Bundys sub-human and retards.**

08:33 KLAYMAN: If I am appointed special counsel to do a little bit more promotion here. I will have the full powers of the Justice Department, I will be able to impanel grand juries. I will be able to take this to a conclusion and use the U.S. Marshals Service once we get convictions to arrest these people and throw them in prison. And that's why, **I would in effect, be the Attorney General by appointment.** Sessions? Forget it. Rosenstein? He's corrupt.

09:23 KLAYMAN: President Trump needs to take matters into his own hands. **He needs to appoint me special counsel.** [emphasis added]

11

**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

1  **PUBLIC ARTIFACT FIVE:**

Internet URL:
https://thepetesantillishow.podbean.com/e/video-larry-klayman-special-prosecutor-calls-for-hillary-clinton-investigation-pete-santilli-episode-1134/





Mr. Klayman is on the show tonight to explain to us why he is petitioning President Trump for an appointment to be special counsel to investigate possible crimes committed by Hillary Clinton and her associates.



**PLAINTIFF'S FIFTEENTH REQUEST FOR JUDICIAL NOTICE [15-RJN]**

1  D. GEORGE SWEIGERT, C/O
   P.O. BOX 152
2  MESA, AZ 85211

RECEIVED
SDNY DOCKET UNIT
2018 OCT 29  PM 4:02

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 1:18-cv-08653-UA

**CERTIFICATE OF SERVICE**

### CERTIFICATE OF SERVICE

The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class postage paid U.S. Mail to:

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

PRO SE DIVISION
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

Respectfully dated this day 23 October, 2018,

*[signature]*

D. GEORGE SWEIGERT

### CERTIFICATE OF SERVICE






7018 1830 0001 2852 3830

First Class Mail
First Class Mail

PRO SE DIVISION
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

Pro Se # 200



D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

2018 OCT 29 PM 4:
RECEIVED