IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

JURISDICTION

| | |
|---|---|
| D. GEORGE SWEIGERT,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>JASON GOODMAN,<br><br>Defendant/Counterclaimant | Case No.: 1:18-cv-08653-UA<br><br>DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE FOR DEFENDANT'S CONDUCT OF PROVIDING FALSE ADDRESS AND PERSISTENT EFFORTS TO AVOID SERVICE |

**DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE FOR DEFENDANT'S CONDUCT OF PROVIDING FALSE ADDRESS AND PERSISTENT EFFORTS TO AVOID SERVICE**

Comes now Defendant/Countercliamant Jason Goodman, Pro Se, with this supplemental motion for ruling to show cause for defendant's conduct of providing false address and persistent efforts to avoid service. Defendant/Countercliamant Jason Goodman states as follows in support of his motion:

Defendant/Countercliamant Jason Goodman is placed in a position where he cannot comply with rule 5(b). Defendant/Countercliamant Jason Goodman respectfully requests that the court summon Plaintiff/Counter Defendant Sweigert in on an order to show cause as to why he has persistently resisted service through multiple address changes, false claims with regard to the documents contained in electric service and providing a false address as confirmed by the U.S. Postal Service. See Exhibit A and Exhibit B. In the alternative Defendant/Countercliamant Jason Goodman prays this court will consider dismissing the complaint against the defendant.

Respectfully submitted

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

**EXHIBIT A**



DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE FOR DEFENDANT'S CONDUCT OF PROVIDING FALSE ADDRESS AND PERSISTENT EFFORTS TO AVOID SERVICE - 2

**EXHIBIT B**



DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE FOR DEFENDANT'S CONDUCT OF PROVIDING FALSE ADDRESS AND PERSISTENT EFFORTS TO AVOID SERVICE - 3

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

JURISDICTION

| | |
|---|---|
| D. GEORGE SWEIGERT,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON GOODMAN,<br><br>    Defendant | Case No.: 1:18-cv-08653-UA<br><br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I certify that on the 7th day of November 2018, I served true and accurate copies of the foregoing document on the following persons, either by deposit in the U.S. Mail, addressed as follows and with the correct first-class postage affixed thereto, or be deposit in the designated courthouse mailbox, or by hand-delivery, as indicated below:

Name: Pro Se Section of the U.S. District Court Southern District of New York

Served by:

[X]     Hand-delivery

[ ]     Deposit in the designated courthouse mailbox

[ ]     By deposit in the U.S. Mail addressed as follows:

Name: D. George Sweigert (aka David George Sweigert, aka Dave Acton)

Served by:

[ ]     Hand-delivery

[ ]     Deposit in the designated courthouse mailbox

[X]     By deposit in the U.S. Mail addressed as follows:

CERTIFICATE OF SERVICE - 1

1 | D. George Sweigert, C/O
2 | P.O. Box 152
3 | Mesa, AZ 85211
4 |
5 | Respectfully submitted
6 |
7 |
8 | Jason Goodman, Pro Se
9 | 252 7th Avenue Apt 6s
   | New York, NY 10001
   | truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2