1  D. GEORGE SWEIGERT, C/O
   P.O. BOX 152
2  MESA, AZ 85211

3

                    IN THE UNITED STATES DISTRICT COURT
4                  FOR THE SOUTHERN DISTRICT OF NEW YORK
                              (FOLEY SQUARE)
5

6  D. GEORGE SWEIGERT                    Case No.: 1:18-cv-08653-UA

7          Plaintiff,

8  vs.

9  JASON GOODMAN
                                         NOTICE OF PLAINTIFF'S AMENDED MOTION
10         Defendant                     FOR GAG ORDER AGAINST THE DEFENDANT
                                         PURSUANT TO NY CPLR § 6301
11

12

13           **NOTICE OF PLAINTIFF'S AMENDED MOTION FOR GAG ORDER
                AGAINST THE DEFENDANT PURSUANT TO NY CPLR § 6301**

14   ATTENTION TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES (**LOCAL RULE**

15  **7.1**): NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney

16  general in a public interest lawsuit, to respectfully **AMEND** the **MOTION**, as shown below:

17

18  | 10/29/2018 | 50 | NOTICE OF PLAINTIFF'S MOTION FOR GAG ORDER AGAINST THE DEFENDANT. Document filed by D George Sweigert.(sc) (Entered: 10/30/2018) |

19   This **AMENDED MOTION** seeks this Court to use its inherent judicial power and provide **INJUNCTIVE**

20  **RELIEF** and cause to be issued a **GAG ORDER** to silence the trial by social media underway on the Defendant's

21  social media empire pursuant to N.Y. Civil Practice Law and Rules (C.P.L.R.) **§ 6301**

22

23   The supporting rationale for this proposed action is contained in the accompanying pleading

24  **MEMORANDUM OF POINTS AND AUTHORITIES TO SUPPORT PLAINTIFF'S AMENDED MOTION**

25  **FOR GAG ORDER PURSUANT TO NY CPLR § 6301** which is filed contemporaneously with this notice.

26                                          1

27           NOTICE OF PLAINTIFF'S AMENDED MOTION FOR GAG ORDER
                AGAINST THE DEFENDANT PURSUANT TO NY CPLR § 6301
28

The Plaintiff hereby attests to the foregoing as being truthful and accurate pursuant to Local Rule 7.1.

Signed this 4 day of November, 2018

Plaintiff, D. George Sweigert
Pro se plaintiff acting as private attorney general

2

**NOTICE OF PLAINTIFF'S AMENDED MOTION FOR GAG ORDER
AGAINST THE DEFENDANT PURSUANT TO NY CPLR § 6301**

**PRIORITY MAIL**

PRESS FIRMLY TO SEAL

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Legal Flat Rate Envelope
EP14L February 2014

FROM:

[USM-SDNY stamp]

TO:
PRO SE DIVISION
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

VISIT US AT USPS.COM

EXPECTED DELIVER
SHIP TO:
NEW YORK,
USPS
9505