IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

JURISDICTION

| | |
|---|---|
| D. GEORGE SWEIGERT, | Case No.: 1:18-cv-08653-UA |
| Plaintiff/Counter Defendant, | |
| vs. | MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF/COUNTER DEFENDANT'S MOTION FOR GAG ORDER |
| JASON GOODMAN, | |
| Defendant/Counterclaimant | |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF/COUNTER DEFENDANT'S MOTION FOR GAG ORDER**

Comes now Defendant/Counterclaimant Jason Goodman, Pro Se, with a motion for the enlargement of time to respond to Plaintiff/Counter Defendant's motion for gag order: Defendant/Counterclaimant received Plaintiff's motion on October 31, 2018 and the Defendant/Counterclaimant's response is due on November 15, 2018. Prior to the expiration of time to respond to the Motion for Gag Order, Plaintiff/Counter Defendant filed yet another motion in the form of an Amended Motion for Gag Order. Due to the death of a close personal friend, Plaintiff/Counter Defendant will be traveling out of state to attend the funeral. This coupled with the excessive, continuous filing of frivolous motions by the Plaintiff/Counter Defendant cause and Defendant/Counterclaimant to respectfully request an additional 14 days to file his response up to and including November 29, 2018.

Respectfully submitted



Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF/COUNTER DEFENDANT'S
MOTION FOR GAG ORDER - 1

RECEIVED
SDNY DOCKET UNIT
2018 NOV 14 AM 10: 54

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

JURISDICTION

| | |
|---|---|
| D. GEORGE SWEIGERT, | Case No.: 1:18-cv-08653-UA |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| JASON GOODMAN, | |
| Defendant | |

## CERTIFICATE OF SERVICE

I certify that on the 9th day of November 2018, I served true and accurate copies of the foregoing document on the following persons, either by deposit in the U.S. Mail, addressed as follows and with the correct first-class postage affixed thereto, or be deposit in the designated courthouse mailbox, or by hand-delivery, as indicated below:


Name: Pro Se Section of the U.S. District Court Southern District of New York

Served by:

[ ]   Hand-delivery

[ ]   Deposit in the designated courthouse mailbox

[X]   By deposit in the U.S. Mail addressed as follows:

U.S. District Court Southern District of New York

Pro Se Intake Unit

500 Pearl Street,

New York, NY 10007-1312


Name: D. George Sweigert (aka David George Sweigert, aka Dave Acton)

Served by:

CERTIFICATE OF SERVICE - 1

1  [ ]  Deposit in the designated courthouse mailbox

2  [X]  By deposit in the U.S. Mail addressed as follows:

3

4  D. George Sweigert, C/O

5  P.O. Box 152

6  Mesa, AZ 85211

7

8  Respectfully submitted

9

10

11

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2

Jason Goodman
252 7th Avenue Apt 6s
New York NY 10001

RECEIVED
SDNY DOCKET
2018 NOV 14  AM

Pro Se Intake Unit
U.S. District Court Southern District of New York
500 Pearl St
New York NY 10007-1312