1  D. GEORGE SWEIGERT, C/O
   P.O. BOX 152
2  MESA, AZ 85211

3
4          **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE SOUTHERN DISTRICT OF NEW YORK**
5                    **(FOLEY SQUARE)**

6  D. GEORGE SWEIGERT                    | **Case No.:  1:18-cv-08653-UA**

7          Plaintiff,

8  vs.                                   | **JUDGE VALERIE E. CAPRONI**

9  JASON GOODMAN                         | **MAGISTRATE JUDGE STEWART D. AARON**

10         Defendant                     | **PLAINTIFF'S SIXTEENTH**
                                         | **REQUEST FOR JUDICIAL NOTICE [16-RJN]**
11

12                   **PLAINTIFF'S SIXTEENTH**
               **REQUEST FOR JUDICIAL NOTICE [16-RJN]**
13

14         NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private

15  attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records

16  and documents pursuant to New York Civil Practice Laws and Rules **(CPLR) § 4511(d).**

17
    **PUBLIC ARTIFACT ONE:**
18
    **New York Times article: "***Cooperating Witness in Mueller Inquiry Predicts His Own
19  Indictment for Lying",* Nov. 12, 2018 by Sharon LaFraniere

20  **Internet URL:  https://www.nytimes.com/2018/11/12/us/politics/jerome-corsi-predicts-indictment.html**

21

22  **PUBLIC ARTIFACT TWO:**

23  **Video production posted on YouTube by Jason Goodman entitled**: "Dr. Corsi and Kevin Shipp Discuss
    Polygraph Testing Seth Rich Witness Luke Anon", July 30, 2018
24
    **Internet URL:  https://www.youtube.com/watch?v=hmx7tGuF0Ig**
25

26

27                                  1

28            PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]

1   **PUBLIC ARTIFACT THREE:**

2   Twitter account of Kevin Shipp: "**https://twitter.com/Kevin_Shipp**"

3                    **Internet URL:  https://twitter.com/Kevin_Shipp**

4   **PUBLIC ARTIFACT FOUR:**

5   Terms of Use published by PATREON.COM

6

7                    **Internet URL:  https://www.patreon.com/legal**

8   **PUBLIC ARTIFACT FIVE:**

9   Newspaper article, "**DFW fundraiser 'Operation Classified' aims to raise legal funds for Gen. Mike Flynn**",
10  November 9, 2018 by Kaley Johnson

11  **Internet URL:  https://www.star-telegram.com/news/politics-government/national-**
    **politics/article221440535.html**

12  **PUBLIC ARTIFACT SIX:**

13

14  Facebook.Com photo posted on account JohnBWellsCTM on October 25, 2018.

15                    **Internet URL:**
    **https://www.facebook.com/JohnBWellsCTM/photos/a.371891099550227/2278621202210531/?type=3&theater**
16

17  **PUBLIC ARTIFACT SEVEN:**

18     **Newspaper article, Tampa Tribune, "Prosecutors: Army reservist inflated role with military" by Howard**
19                              **Altman, July 21, 2011**

20     **Internet URL:  https://www.tbo.com/news/prosecutors-army-reservist-inflated-role-with-military-245210**

21  **PUBLIC ARTIFACT EIGHT:**

22

23  Amazon book entitled, "Shell Games: A Whistleblowing Report" by Scott Bennett

24  Internet URL:

25  **https://www.amazon.com/Shell-Game-Whistleblowing-Scott-Bennett/dp/1312002603/ref=sr_1_1/131-0066338-**
    **2619418?ie=UTF8&qid=1542112503&sr=8-1&keywords=scott+bennett**

26

27                                    2

28              PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet or printed books.  These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this **13** day of November 2018

_____
D. GEORGE SWEIGERT

3

# ARTIFACTS

# And

# EXHIBITS

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet or printed books.  These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this *13* day of November 2018

D. GEORGE SWEIGERT

4

**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

1

**PUBLIC ARTIFACT ONE:**

2

3  **New York Times article:** "*Cooperating Witness in Mueller Inquiry Predicts His Own Indictment for Lying*", Nov. 12, 2018 by Sharon LaFraniere

4  **Internet URL:  https://www.nytimes.com/2018/11/12/us/politics/jerome-corsi-predicts-indictment.html**

5

6

7  The New York Times

8

9  ### *Cooperating Witness in Mueller Inquiry Predicts His Own Indictment for Lying*

10

11

12



13

14

15

16

17

18

19

20  Jerome Corsi, a friend of the Trump adviser Roger J. Stone Jr., in October 2008 in Kenya. Mr. Corsi predicted his own indictment on Monday in a YouTube live stream that included a plea to listeners for money to cover his legal fees. Associated Press

21

22  By **Sharon LaFraniere**

23  Nov. 12, 2018

24



25

26

27  6

28  **PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

1

2

3    Jerome Corsi, a friend of the Trump adviser Roger J. Stone Jr., in October 2008 in Kenya. Mr.

Corsi predicted his own indictment on Monday in a YouTube live stream that included a plea to listeners for money

4    to cover his legal fees.  CreditCreditAssociated Press

5    **By Sharon LaFraniere**

6
●

Nov. 12, 2018

7         ○

8    WASHINGTON — Jerome Corsi, a conspiracy theorist and friend of the longtime Trump

9    adviser Roger J. Stone Jr., said on Monday that his two-month-long cooperation with the
     special counsel's office has broken down and he expects to be charged with lying to

10   investigators or a federal grand jury.

11   Mr. Corsi, who said he has been cooperating since August with prosecutors working for
     the special counsel, Robert S. Mueller III, predicted his own indictment in a <u>YouTube live</u>

12   <u>stream</u> that included a plea to listeners for money to cover his legal fees.

13   He offered no independent corroboration, and he has a long history of lobbing public

14   grenades, including insisting that President Barack Obama was raised a Muslim and forged
     his birth certificate. Mr. Corsi's lawyer, David Gray, had no comment, nor did a

15   spokesman for Mr. Mueller, who is investigating Russia's interference in the 2016

16   presidential election and whether any Trump associates were involved.

17   Mr. Corsi, 72, figures in the inquiry because he and Mr. Stone were apparently in touch
     with each other about WikiLeaks during the final months of the campaign. As part of a

18   wide-ranging effort to undermine the election, Russian intelligence operatives had hacked

19   Democratic emails, including those of Hillary Clinton's campaign chairman, John D.
     Podesta, and gave them to WikiLeaks to distribute.

20

21

22

23

24

25

26

27                                        7

28        **PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

1

**PUBLIC ARTIFACT TWO:**

2

3

**Video production posted on YouTube by Jason Goodman entitled**: "Dr. Corsi and Kevin Shipp Discuss Polygraph Testing Seth Rich Witness Luke Anon", July 30, 2018

4

**Internet URL:  https://www.youtube.com/watch?v=hmx7tGuF0Ig**

5

6

7

8

9

10

11

12



13

14

15

16

17

Dr. Corsi and Kevin Shipp Discuss Polygraph Testing Seth Rich Witness Luke Anon

18



Jason Goodman

19

6,420 views

20

21

Streamed live on Jul 30, 2018
Last week, Dr. Corsi called me and asked that I reach out to Jack Burkman, proposing to polygraph the DOJ informant / Seth Rich witness known as Luke anon. I suggested we involve Kevin Shipp in the discussion.

22

23

24



25

26

27

8

28

**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

1

2   **Video information:**

3

4   Streamed live on Jul 30, 2018

5   Last week, **Dr. Corsi** called me and asked that I reach out to Jack Burkman, proposing to
    polygraph the DOJ informant / Seth Rich witness known as Luke anon. I suggested we involve

6   **Kevin Shipp** in the discussion.  [emphasis added]

7   Become a Sponsor of Crowdsource the Truth and

8   enjoy exclusive content Only ON Patreon
    monthly sponsorship on Patreon

9   https://www.patreon.com/crowdsourceth...

10  One time sponsorship via PayPal

11  http://paypal.me/crowdsourcethetruth

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                             9

28      **PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

1

**PUBLIC ARTIFACT THREE:**

2

**Twitter account of Kevin Shipp: "https://twitter.com/Kevin_Shipp"**

3

**Internet URL:  https://twitter.com/Kevin_Shipp**

4

5

6

7

8

9

10

11

12

13



14

15

16



Sweigert may be facing a defamation suit and a suit against him for filing a false federal suit. The FBI is aware of him.

17

2:40 PM - 12 Nov 2018

18

47 Retweets  120 Likes

19

20

21

Who is David Sweigert?  Apparently, he is posting defamatory social media posts about me, John B. Wells and Jason Goodman.  Go ahead all you citizen investigative journalists and find out who he is and what he is doing.

22

23

24

1:09 PM - 12 Nov 2018

25

199 Retweets  347 Likes

26

39        199      ♥ 347

27

10

**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

28

1

**PUBLIC ARTIFACT FOUR:**

2

3

Video production published on the Jason Goodman YouTube channel entitled: "Patriot's Roundtable at Operation Classified Scott Bennett, Robyn Gritz, Sidney Powell & Kevin Shipp", Nov. 11, 2018

4

Internet URL:  https://www.youtube.com/watch?v=1YrK2C2RYOk

5

Nov. 11, 2018

6

7

8

9

10

11

12



13

14

15

Patriot's Roundtable at Operation Classified Scott Bennett, Robyn
Gritz, Sidney Powell & Kevin Shipp

16

 Jason Goodman

17

18

20,214 views

Add to      Share      More                                    1 033    24

19

20

Streamed live on Nov 11, 2018

A group of America's bravest patriots join me to discuss the overwhelming corruption we now face. This interview was recorded live at John B.
Wells Operation Classified in Dallas Texas on November 10, 2018

21

22



23

24

25

26

27

11

**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

28

Streamed live on Nov 11, 2018

A group of America's bravest patriots join me to discuss the overwhelming corruption we now face. This interview was recorded live at **John B. Wells Operation Classified** in Dallas Texas on November 10, 2018 [emphasis added]

Special thanks to **John B. Wells** and **Operation Classified** Please visit https://www.caravantomidnight.com/

Please donate to the Michael Flynn Defense Fund – https://mikeflynndefensefund.org/

Purchase Scott Bennett's book – http://armypsyop.wixsite.com/shellgame

Purchase Sidney Powell's book – https://squareup.com/market/sidney-po...

Purchase Kevin Shipp's book – https://www.fortheloveoffreedom.net/

**Visit Robyn Gritz' Go Fund Me – https://www.gofundme.com/fighting-fbi...**

Become a Sponsor of Crowdsource the Truth and enjoy exclusive content Only ON Patreon http://www.patreon.com/crowdsourcethe...

[emphasis added]

**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

1

## PUBLIC ARTIFACT FIVE

2

Newspaper article, "DFW fundraiser 'Operation Classified' aims to raise legal funds for Gen. Mike Flynn",
November 9, 2018 by Kaley Johnson

3

4

Internet URL:  https://www.star-telegram.com/news/politics-government/national-
politics/article221440535.html

5

6

# DFW fundraiser 'Operation Classified' aims to raise legal funds for Gen. Mike Flynn

7

8

9

10



BY KALEY JOHNSON
kjohnson@star-telegram.com

11

November 09, 2018 05:22 PM

12

GRAPEVINE — A DFW gala aims to raise money for former national security adviser General
Michael Flynn ahead of his prison sentence in December.

13

14

The gala, organized by talk show host John B Wells, is called Operation Classified and will
take place Friday through Sunday at the Hilton in Grapevine, according to the event's news
release.

15

16

"The event ... is billed as the largest-ever event supporting General Michael Flynn, features a
who's who of political leaders supporting a man they collectively call a great American patriot
and hero," the release says.

17

18

Flynn, President Donald Trump's former national security adviser, was charged as part of
Robert Mueller's investigation into Russian meddling in the 2016 presidential election and

19

20

21



22

23

24

25

26

27

13

28

PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]

1  DFW fundraiser 'Operation Classified' aims to raise legal funds for Gen. Mike Flynn

2

3  By Kaley Johnson
   kjohnson@star-telegram.com
4  November 09, 2018 05:22 PM
                    GRAPEVINE
5

6  A DFW gala aims to raise money for former national security adviser General Michael Flynn
   ahead of his prison sentence in December.
7

8  The gala, organized by talk show host **John B Wells, is called Operation Classified** and will
   take place Friday through Sunday at the Hilton in Grapevine, according to the event's news
9  release.

10 "The event ... is billed as the largest-ever event supporting General Michael Flynn, features a
   who's who of political leaders supporting a man they collectively call a great American patriot
11 and hero," the release says.

12
   Flynn, President Donald Trump's former national security adviser, was charged as part of Robert
13 Mueller's investigation into Russian meddling in the 2016 presidential election and possible
   coordination with the Trump campaign.
14

15 On Dec. 1, 2017, Flynn pleaded guilty to lying to the F.B.I. about conversations with the Russian
   ambassador in a plea deal with Mueller.
16

17 He is to set to be sentenced on Dec. 18.

18 Wells, the former host of late-night talk show "Coast to Coast,' said he wanted to raise money to
   help Flynn. He said Flynn was forced to sell his family home and lost all his money in legal
19 defense fees during and after the Mueller investigation.

20 "This is a just cause. The way (Flynn) was treated and vilified and all this nonsense going on in
   the Mueller investigation spurred us into action," Wells said. "He's a fine man. He hasn't played
21 the victim, he didn't ask us to do this."

22
   Wells said on Friday, 500 to 600 people from across the country were at the event. He expects
23 that number to double or triple on Saturday and Sunday.

24 "If you are accused of a federal crime, you don't have to be guilty of anything, you can be totally
   innocent. But it will cost you every dollar you have or every dollar you're gonna have just to
25 defend yourself from those charges," Wells said.

26
                                    14
27
            **PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**
28

According to the event's website, attendees "will come away with a comprehensive understanding of the Deep State and they will concurrently be directly supporting General Michael Flynn."

Speakers at the event include:

William Federer, Writer and historian
Demetra Antimisiaris, PharmD Associate Professor
Ty Bollinger, cancer researcher and writer

Stewart Rhodes, Founder of the Oathkeepers

"It is a lineup heretofore unseen, designed to connect all of the dots that form the prison cell architecture that we call the Deep State," John B Wells said in the release. "If you want to know, you've gotta show."

Under the plea agreement, Flynn is under a gag order so his brother, Joseph Flynn, will be speaking at the gala in his place, event organizers said.

Wells issued a statement about the event in the release. He said he and his wife, Brendi Wells, organized the event and it is designed to raise awareness and finances for Flynn.

"I would argue that Lieutenant General Michael Flynn represents all American Patriots, certainly those on the right. The power behind the DNC, the "progressives" (in reality, socialists) is that they support each other in a manner that more independently minded conservative Americans do not," he said. "General Flynn is a victim of political expedience, political skullduggery and lawfare. He defended his son, like any father would and the left crewed up and destroyed the man's reputation, his families' reputations and his finances."

Interviews conducted by special counsel investigators included questions about the business dealings of Flynn and his son, who served as his father's chief of staff and top aide. Flynn's sister, Barbara Flynn Redgate, and brother, Joseph Flynn, started a legal defense fund for Flynn in September 2017. Operation Classified is working with Flynn's family to help raise funds.

*Kaley Johnson: 817-390-7028, @KaleyJohnson6*

*Read more here: https://www.star-telegram.com/news/politics-government/national-politics/article221440535.html#storylink=cpy*

**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

**PUBLIC ARTIFACT SIX:**

Facebook.Com photo posted on account JohnBWellsCTM on October 25, 2018.

**Internet URL:**

**https://www.facebook.com/JohnBWellsCTM/photos/a.371891099550227/2278621202210531/?type=3&theater**



**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

1

**PUBLIC ARTIFACT SEVEN:**

2

**Newspaper article, Tampa Tribune, "Prosecutors: Army reservist inflated role with military" by Howard**
3
**Altman, July 21, 2011**

4

**Internet URL:  https://www.tbo.com/news/prosecutors-army-reservist-inflated-role-with-military-245210**

5

6

NEWS ROUNDUP

7

# Prosecutors: Army reservist inflated role
8
# with military

9

**By Howard Altman | Times Staff Writer** 😊
10
Published: July 21, 2011
Updated: March 20, 2013 at 02:55 PM

11

As a newly minted officer in the U.S. Army reserves, Scott Allan Bennett received rave reviews from his superiors at the 11th
Psychological Operations Battalion during his first evaluation as a 2nd Lieutenant. Bennett, a personnel officer, was lauded,
among other things, for devising a system to ensure evaluations were done on time. He was recommended for promotion. "His
12
future with the Army is unlimited," wrote one superior officer. Then came the lies, prosecutors say.
Even before his evaluation was done, Bennett wrote an email to his civilian employer, military contractor Booz Allen Hamilton,
13
seeking a position at MacDill Air Force Base. In the email, Bennett inflated his role with the Army. In the email, introduced this
morning at Bennett's federal trial on charges that he lied his way onto housing at MacDill Air Force Base, Bennett told Booz
14
Allen Hamilton officials that he was a "psychological operations officer" with counterterrorism experience and an "Islam analyst"
who had worked with U.S. Special Operations Command and the State Department. He wrote that he had a secondary military
15
specialty as a personnel officer. But that wasn't true, Lt. Col. Joel Droba, an Army reservist and commander of Bennett's
battalion, testified. Bennett was not a psychological operations officer, had not undergone the training, and served in a support
16
role as a personnel officer. And Bennett never had any orders from Special Operations Command during his tenure with the
battalion. Army Lt. Col Frank Harrar, aide de camp to Special Operations Command chief Adm. Eric Olson, later testified that
17
Socom had no record of contracts with Bennett. In January, 2010, Booz Allen Hamilton approved a contract for Bennett to work
as a counter-threat finance analyst at the Joint Intelligence Operations Center at U.S. Central Command. Later that month,
investigators say that after arriving at MacDill on a flight with Special Operations Command commander Adm. Eric Olson,
18
Bennett told base housing officials that though he didn't have all the documentation he needed to move onto the base, he was an

19

20


21

22

23

24

25

26

27
17

28
PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]

News Roundup
Prosecutors: Army reservist inflated role with military
By Howard Altman | Times Staff Writer ⊕
Published: July 21, 2011
Updated: March 20, 2013 at 02:55 PM

As a newly minted officer in the U.S. Army reserves, **Scott Allan Bennett** received rave reviews from his superiors at the 11th Psychological Operations Battalion during his first evaluation as a 2nd Lieutenant. Bennett, a personnel officer, was lauded, among other things, for devising a system to ensure evaluations were done on time. He was recommended for promotion. "His future with the Army is unlimited," wrote one superior officer. Then came the lies, prosecutors say.

Even before his evaluation was done, Bennett wrote an email to his civilian employer, military contractor **Booz Allen Hamilton,** seeking a position at **MacDill Air Force Base.** In the email, Bennett inflated his role with the Army. In the email, introduced this morning at Bennett's federal trial on charges that he lied his way onto housing at MacDill Air Force Base, Bennett told Booz Allen Hamilton officials that he was a "psychological operations officer" with counterterrorism experience and an "Islam analyst" who had worked with U.S. Special Operations Command and the State Department. He wrote that he had a secondary military specialty as a personnel officer. But that wasn't true, Lt. Col. Joel Droba, an Army reservist and commander of Bennett's battalion, testified. Bennett was not a psychological operations officer, had not undergone the training, and served in a support role as a personnel officer. And Bennett never had any orders from Special Operations Command during his tenure with the battalion. Army Lt. Col Frank Harrar, aide de camp to Special Operations Command chief Adm. Eric Olson, later testified that Socom had no record of contracts with Bennett. In January, 2010, Booz Allen Hamilton approved a contract for Bennett to work as a counter-threat finance analyst at the Joint Intelligence Operations Center at U.S. Central Command. Later that month, investigators say that after arriving at MacDill on a flight with Special Operations Command commander Adm. Eric Olson, Bennett told base housing officials that though he didn't have all the documentation he needed to move onto the base, **he was an aide to the admiral, was on a secret mission and needed housing immediately.** Housing officials allowed him to move in despite not having provided copies of his orders or a military pay stub. Then at about 2 a.m. on April 23, he showed up at the Dale Mabry gate and was stopped for a routine security inspection. An inspection of his car found two knives and an empty gun holster. Bennett denied having more weapons when asked by a guard. Bennett, according to investigators, appeared confused during the encounter, and Tampa police were called in. Police found a concealed weapon on Bennett

**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

and upon inspection of the car found a loaded handgun, three more knives, a box of throwing stars, a large machete, a collapsible baton, a sling shot with BBs and mace. Bennett also had a stun gun and had concealed weapons permits from Utah and Virginia. After being released by police, Bennett returned to the gate, **where he was arrested and read his rights.** Bennett refused a request by Air Force police to inspect his base housing, and investigators obtained a search warrant through a military court. Once inside Bennett's housing, investigators found **seven loaded firearms, 9,389 rounds of ammunition,** numerous knives, an **electric stun gun and a collapsible baton in addition to other weapons and unnamed prohibited material.** Under MacDill regulations, Bennett was supposed to report any weapons and ammunition. According to investigators, he failed to do so. Bennett was fired by Booz Allen Hamilton shortly after the incident at the gate. The **DUI charges against Bennett** were dropped by state prosecutors after Bennett, 40, was charged with one count of making a **false statement** on a matter within the jurisdiction of the executive branch of the government, one count of **wearing his uniform without authorization** and one count of violating a defense property security agreement by storing weapons and ammunition in his apartment without permission of the base. Bennett has pleaded not guilty. The prosecution is scheduled to rest its case early tomorrow and it may go to the jury Thursday afternoon. Defense attorneys would not say whether Bennett will take the stand. Shortly after the incident at the Dale Mabry gate, Droba wrote a second annual review of Bennett, who is still in the reserves, but has been stripped of his access to MacDill and his top secret security clearance. While he was still performing his military duties in an exemplary fashion, Bennett failed the honor and integrity portions of the review. "Did Lt. Bennett discredit the Army?" a prosecutor asked Drobna this morning. "In my opinion," he replied, "yes." [emphasis added]

**haltman@tampatrib.com (813) 259-7629**

PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]

**PUBLIC ARTIFACT EIGHT:**

**Amazon book entitled, "Shell Games: A Whistleblowing Report" by Scott Bennett**

**Internet URL:**

**https://www.amazon.com/Shell-Game-Whistleblowing-Scott-Bennett/dp/1312002603/ref=sr_1_1/131-0066338-2619418?ie=UTF8&qid=1542112503&sr=8-1&keywords=scott+bennett**



ABOUT THE AUTHOR

Scott Bennett is an American Patriot, a U.S. Army Special Operations Officer, and a global psychological warfare-counterterrorism analyst, formerly with defense contractor Booz Allen Hamilton.

He has worked at the highest levels of government and counterterrorism, including: U.S. Special Operations Command, U.S. Central Command, the State Department Coordinator for Counterterrorism, and other agencies. He served in the G.W. Bush Administration from 2003 to 2008, and was a Social Science Research Fellow at the Heritage Foundation.

His writings and lectures seek to enhance global awareness and understanding of modern psychological warfare, the international military-intelligence community, and global surveillance operations being artificially generated under the specter of "National Security."

He has written extensively on the intelligence community's surveillance activities addressed by Edward Snowden's National Security Agency-Central Intelligence Agency materials; and since 2010 has filed numerous military-government whistle-blowing reports with Congressional Committees, including: the Intelligence, the Armed Services, the Government Oversight and Reform, the Homeland Security, the Judiciary, the Foreign Affairs, the Banking, and the Terrorism Committees. He has communicated with over a hundred Federal Representatives, Senators, senior military officers and Pentagon officials, and journalists about the scandalous abuses of power and deception being employed against the American people by its own military-intelligence community; and filed legal action against Booz Allen Hamilton and the Department of Defense for their involvement in secret Swiss Bank Terrorist Finance Operations, which he uncovered with the help of Union Bank of Switzerland whistleblower, Brad Birkenfeld.

"Ye shall know the truth, and the truth shall set you free."
--John 8.32



"SHELL GAME"
The Betrayal and Cover-Up by the U.S. Government of the Union Bank of Switzerland-Terrorist Threat Finance Connection to Edward Snowden's leaks about Booz Allen Hamilton and U.S. Central Command.

Booz | Allen | Hamilton
strategy and technology consultants

UBS

A WHISTLEBLOWING REPORT
By 2LT Scott Bennett
11th Psychological Operations Battalion
U.S. Army Civil Affairs-
Psychological Operations Command

20

**PLAINTIFF'S SIXTEENTH REQUEST FOR JUDICIAL NOTICE [16-RJN]**

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

D. GEORGE SWEIGERT                          Case No.:  1:18-cv-08653-UA

        Plaintiff,

vs.

JASON GOODMAN

        Defendant                          CERTIFICATE OF SERVICE

### CERTIFICATE OF SERVICE

    The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class

postage paid U.S. Mail to:

        Jason Goodman
        252 7th Avenue #6S
        New York, NY 10001

        PRO SE DIVISION  --  200
        Clerk of the Court
        U.S. District Court for the SDNY
        (FOLEY SQUARE)
        500 Pearl Street
        New York, New York 10007-1312

        Respectfully dated this day 13 November, 2018,

        D. GEORGE SWEIGERT

### CERTIFICATE OF SERVICE



PRIORITY
MAIL ★

LING ENVELOPE

EORGE SWEIGERT, C/O
BOX 152
A, AZ 85211



PRO SE DIVISION, ROOM #200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

#200
O-SE
ESK