D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# (FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>    Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>    Defendant | Case No.: 1:18-cv-08653-VEC<br><br>Judge Valerie E. Caproni<br>Magistrate Judge Stewart D. Aaron<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AGAINST THE DEFENDANT PURSUANT TO NY CPLR § 6301** |

### NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AGAINST THE DEFENDANT PURSUANT TO NY CPLR § 6301

ATTENTION TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES (**LOCAL RULE 7.1**): NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully **MOTION** this Court for a preliminary injunction.

This **MOTION** seeks this Court to use its inherent judicial power and provide **INJUNCTIVE RELIEF** and cause to be issued a **PRELIMINARY INJUNCTIVE ORDER** to cause the take-down of illegal merchandise pursuant to N.Y. Civil Practice Law and Rules (C.P.L.R.) **§ 6301**

The supporting rationale for this proposed action is contained in the accompanying pleading **MEMORANDUM OF POINTS AND AUTHORITIES TO SUPPORT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION PER NY CPLR § 6301** which is filed contemporaneously with this notice.

1

NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
AGAINST THE DEFENDANT PURSUANT TO NY CPLR § 6301

The Plaintiff hereby attests to the foregoing as being truthful and accurate pursuant to Local Rule 7.1.

Signed this 15 day of November, 2018

Plaintiff, D. George Sweigert
Pro se plaintiff acting as private attorney general

2

**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
AGAINST THE DEFENDANT PURSUANT TO NY CPLR § 6301**

1  D. GEORGE SWEIGERT, C/O
   P.O. BOX 152
2  MESA, AZ 85211

3

4

5
                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE SOUTHERN DISTRICT OF NEW YORK
                              (FOLEY SQUARE)
7

8  D. GEORGE SWEIGERT                    Case No.: 1:18-cv-08653-VEC

9          Plaintiff,

10 vs.

11 JASON GOODMAN

12         Defendant                     CERTIFICATE OF SERVICE

13

14                          CERTIFICATE OF SERVICE

15

16 The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class

17 postage paid U.S. Mail to:

18
                          Jason Goodman
19                        252 7th Avenue #6S
                          New York, NY 10001
20
                          PRO SE DIVISION -- 200
21                        Clerk of the Court
                          U.S. District Court for the SDNY
22                        (FOLEY SQUARE)
                          500 Pearl Street
23                        New York, New York 10007-1312

24                        Respectfully dated this day 15 November, 2018,

25                        _____

26
                                    D. GEORGE SWEIGERT
27

28
                            CERTIFICATE OF SERVICE

**PRIORITY MAIL**
**POSTAGE REQUIRED**

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

FROM:

TO:

PRO SE DIVISION, ROOM #200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

USMP SDNY
UNITED STATES
2018 NOV 20

VISIT US AT USPS.COM®

**PRIORITY MAIL ★**

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211



U.S. POSTAGE
$7.00
PM 2-Day
95621 0006
Date of sale
11/15/18
SSK
06   2S
11488361

0549811151719 42

**PRIORITY MAIL 2-Day®**

EXPECTED DELIVERY DAY: 11/17/18

SHIP TO:

0006

NEW YORK, NY 10007

USPS TRACKING NUMBER