D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(FOLEY SQUARE)**

| | |
|---|---|
| D. GEORGE SWEIGERT | **Case No.: 1:18-cv-08653-VEC** |
| Plaintiff, | |
| vs. | Judge Valerie E. Caproni |
| | Magistrate Judge Stewart D. Aaron |
| JASON GOODMAN | |
| Defendant | **PLAINTIFF'S REPLY IN OPPOSITION TO DEFENDANT GOODMAN'S "SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE" [DOC. 59, 11/07/2018]** |

<u>**PLAINTIFF'S REPLY IN OPPOSITION TO DEFENDANT GOODMAN'S "SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE" [DOC. 59, 11/07/2018]**</u>

PURUSUANT TO LOCAL **RULE 7.1**, NOW COMES THE PRO SE plaintiff, a layman non-attorney acting in the capacity of private attorney general in a public interest lawsuit, to respectfully **REPLY IN OPPOSITION** to the Defendant's papers called "DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE FOR DEFENDANT'S CONDUCT" [Doc. No. 59, 11/07/18] (herein "SHOW CAUSE" papers) pursuant to N.Y. Civil Practice Laws and Rules **(CPLR) § 2214.**

**DECLARATION / ATTESTATION PURSUANT TO LOCAL RULE 7.1**

I hereby attest that the information stated herein is true and correct to the best of my ability under penalties of perjury. Signed this **16** day of November, 2018



D. George Sweigert, pro se plaintiff

U.S.DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-20-18

PLAINTIFF'S REPLY IN OPPOSITION TO DEFENDANT GOODMAN'S "SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE" [DOC. 59, 11/07/2018]

# Contents

I.   PRELIMINARY STATEMENT ................................................................. 4

II.  PROCEDURAL HISTORY ................................................................... 4

III. LAW AND ARGUMENT ..................................................................... 5

IV.  SUMMARY / RELIEF REQUESTED ......................................................... 7

**PLAINTIFF'S REPLY IN OPPOSITION TO DEFENDANT GOODMAN'S "SUPPLEMENT TO MOTION
FOR RULING TO SHOW CAUSE" [DOC. 59, 11/07/2018]**

# TABLE OF AUTHORITIES

## Cases

*MBIA Inc. Corp. v. Greystone & Co., Inc.* 74 A.D.3d 499,500 (1st Dep't 2010)(citations omitted) ..............................5

*Stillwell v. Giant Supply Corp.*, 47 Misc. 2d 568, 569-70, 262 N.Y.S.2d 833, 835 (Sup. Ct. Nassau County 1965)....6

*Valdes v. Marbrose Realty Inc.*, 289 A.D. 2d 28, 29 (1st Dep't 2001)..............................................................5

## Rules

(FRCP) Rule 15(d) ...........................................................................................................................4

CPLR § 3025(a) .............................................................................................................................5

CPLR § 3025(b) ......................................................................................................................4, 5, 6

FRCP Rule 15(d) ...........................................................................................................................5

L.R. 7.1 ........................................................................................................................................5

Local Rule 7.1 ...............................................................................................................................5

## Treatises

Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1504 (3d. ed. 2004)................................6

**PLAINTIFF'S REPLY IN OPPOSITION TO DEFENDANT GOODMAN'S "SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE" [DOC. 59, 11/07/2018]**

## I.  PRELIMINARY STATEMENT

1.      In a sort of "rearranging the deck chairs on the SS Titanic" desperation move, the Defendant (Counterclamant) once again has filed an unverified motion in open defiance of Local Rule 7.1.  This time the Defendant has styled his papers as "DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENT TO MOTION FOR RULING TO SHOW CAUSE FOR DEFENDANT'S CONDUCT" [Doc. No. 59, 11/07/18] (herein "SHOW CAUSE" paper").  Again, an unnecessary burden has been placed on the Plaintiff (Counterclaim defendant) to address the jumble of irrelevancies presented in the SHOW CAUSE papers.  Defendant Goodman would have spent his time more productively correcting by amendment the fatal flaws in his ANSWER (Doc. No. 35, 10/10/2018) and COUNTER-CLAIM (Doc. No. 44, 10/22/2018) rather than obsessing about the U.S. Postal Service and mailing of letters.

2.      As a preliminary matter Defendant Goodman has NOT sought leave of this Court to file a supplemental pleading to his original motion (Doc. No. 49, 10/26/2018).  In fact, Defendant Goodman does not even reference the original motion in his latest SHOW CAUSE papers.  Failing to request leave of the court to file such a supplement stands Fed. R. Civ. Proc. (FRCP) Rule 15(d) on its head.  Such behavior (failure to seek the court's permission) is also in open defiance of CPLR § 3025(b).

## II.  PROCEDURAL HISTORY

3.      On 10/10/2018 Defendant Goodman filed an unverified ANSWER (Doc. No. 35).  By letter dated 10/15/2018 (Doc. No. 43) the Plaintiff (Sweigert) informed the Clerk of the Court and Defendant that pursuant to CPLR § 3022 the Plaintiff had the right to consider the Defendant's unverified ANSWER as a legal nullity.  Further, the Plaintiff stated in his letter that he DID NOT consent to electronic service of pleadings (Doc. No. 43).  Since that time (a month later as of this writing) the Defendant has failed to act to correct the fatal flaws of his ANSWER (Doc. No. 35).

4.      Shortly thereafter, Plaintiff filed a Motion to Strike the Defendant's ANSWER (Doc. No. 41, 10/19/2018).  An Amended Motion to Strike the Defendant's ANSWER was also filed (Doc. 11/01/2018).  Both of

4

the Plaintiff's motions provided the Defendant with ample legal argument and supporting rationale which could have enabled the Defendant to correct the fatal flaws of the ANSWER (Doc. No. 35).

5.    Failing to act to correct the fatal flaws of the ANSWER, the Defendant filed his first set of SHOW CAUSE papers (Doc. No. 49, 10/26/2018) [1st **SHOW CAUSE papers**].  Now, the Defendant has sought to supplement that original SHOW CAUSE papers with a second set of "supplements" (Doc. 59, 11/07/2018) [2nd **SHOW CAUSE papers**].  The Plaintiff filed a REPLY to the first set of SHOW CAUSE papers (Doc. No. 62, 11/08/2018).  The Plaintiff's REPLY confirmed to Local Rule 7.1 and included a verification as to the authenticity of photographs that demonstrate the Plaintiff is indeed receiving mail at the Post Office Box listed in the Court's docket (attached as **EXHIBIT ONE [Exh.1]**).

### III.    LAW AND ARGUMENT

6.    It is well settled that motions for leave to amend pleadings shall be freely given. CPLR § 3025(a); *Valdes v. Marbrose Realty Inc.,* 289 A.D. 2d 28, 29 (1st Dep't 2001).  However, if the proposed amendment is palpably insufficient or devoid of merit, the court should not grant leave to amend. *MBIA Inc. Corp. v. Greystone & Co., Inc.* 74 A.D.3d 499,500 (1st Dep't 2010)(citations omitted).

7.    Here the Defendant (Counterclaimant) is attempting to "supplement" the original unverified 1st SHOW CAUSE papers with the unverified 2nd SHOW CAUSE papers.  Both are considered legal nullities as they have no verification as to authenticity as required by Local Rule 7.1.  Therefore, whatever "exhibits" are attached to these unverified papers can

8.    Even if the Court were to treat the instant operative motion of the Defendant (2nd SHOW CAUSE papers) as a motion for leave of court, the papers are still fatally insufficient as there is no L.R. 7.1 verification.  Again, there is a failure by the Defendant to comply with FRCP Rule 15(d) and CPLR § 3025(b).

9.    FRCP Rule 15(d) provides that a party may "serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented."  An application for leave to file a supplemental pleading should be freely granted when doing so will promote the economic and speedy disposition of the entire controversy between the parties, will not cause

undue delay or trial inconvenience, and will not prejudice the rights of any of the other parties to the action. Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1504 (3d. ed. 2004).

10.    The relief sought by Defendant Goodman in the 1st and 2nd SHOW CAUSE papers is to inconvenience the Plaintiff to appear at some kind of unspecified hearing, "Jason Goodman requests that the court summon Plaintiff/Counter Defendant Sweigert in order to show cause as to why he has persistently resisted service through multiple address changes, false claims with regards to the documents contained in electronic service and providing a false address as confirmed by the U.S. Postal Service" (lines 17-20, page 1 [lns.17-20,pg.1] (Doc. 59, 11/07/18) aka 2nd SHOW CAUSE papers. **[Exh.1]**

11.    The true motive of Defendant Goodman appears to continue his attempts at embarrassment of the Plaintiff with Goodman's continued use of conclusory, unfounded, meritless, frivolous and vexatious insinuations about the Plaintiff contained in the Defendant's 2nd SHOW CAUSE papers. Plaintiff has already demonstrated in his REPLY to the 1st SHOW CAUSE papers (Doc. No. 63, 11/09/2018) (with verified exhibits) that he **IS** receiving articles from the Defendant at the Mesa, Arizona Post Office Box. Further, Plaintiff demonstrated that it was Defendant Goodman who first REFUSED electronic service of the operative South Carolina Amended Complaint (Doc. No. 35, 6/29/2018) via Goodman's message to the Plaintiff of 6/30/2018 (contained in exhibits of Doc. No. 63) (see **EXHIBIT TWO [Exh.2]**). Therefore, Plaintiff is well within his rights to refuse to participant in the electronic service of pleadings from the Defendant. This is the bulk of the Defendant's complaints and requested relief.

12.    If the Court recognizes the Defendant's 2nd SHOW CAUSE papers the Court is condoning and allowing the injection of conclusory, unfounded, meritless, frivolous and vexatious insinuations against the Plaintiff which is extremely prejudicial. CPLR § 3025(b) allows supplemental pleadings (by leave of the court) when they are NOT prejudicial to the opposing party. "The branch of the motion for leave to amend would ordinarily be granted as a matter of course unless plaintiffs could show that they would be prejudiced in some way by the granting of the motion". *Stillwell v. Giant Supply Corp.*, 47 Misc. 2d 568, 569-70, 262 N.Y.S.2d 833, 835 (Sup. Ct. Nassau County 1965).

## IV.    SUMMARY / RELIEF REQUESTED

13.    As has been demonstrated above, and by attached exhibits and affidavits, the SHOW CAUSE papers of the Defendant are fatally flawed.  Approving the Defendant's request for relief will only serve to burden this Court with an unnecessary hearing that burdens the Plaintiff.  The attached exhibits clearly show that the Plaintiff is receiving mail from the Defendant and that the Defendant has refused the electronic service of court pleadings.  There is little more a 'show cause" hearing could accomplish other than to inconvenience the Plaintiff.  Once again, the Defendant ha failed to follow the procedural realities of L.R. 7.1 and has submitted unverified pleadings (SHOW CAUSE papers) that can be construed as legal nullities by the Plaintiff and this Court.

14.    The Plaintiff PRAYS that this Court will deny all relief requested in these SHOW CAUSE papers and any other relief that this Court deems appropriate to sanction the Defendant for his continued abuse of the rules of the S.D.N.Y.

## DECLARATION / ATTESTATION PURSUANT TO LOCAL RULE 7.1

I hereby attest that the foregoing is accurate and true under the penalties of perjury.  Further, I hereby attest that the attached exhibits are accurate and true copies of source documents located on the Internet.

Signed this 16 day of November, 2018

Plaintiff, D. George Swigert
Pro se plaintiff acting as private attorney general

7

# EXHIBITS

### DECLARATION / ATTESTATION PURSUANT TO LOCAL RULE 7.1

I hereby attest that the attached exhibits are accurate and true copies of source documents located on the Internet. There has been no alteration of the source content.

Signed this ____ day of October, 2018

*16*

*NOV*

*D.S.*

_____

Plaintiff, D. George Sweigert
Pro se plaintiff acting as private attorney general

# EXHIBITS

### DECLARATION / ATTESTATION PURSUANT TO LOCAL RULE 7.1

I hereby attest that the information stated herein is true and correct to the best of my ability under penalties of perjury.   Contained herein are unaltered screen captures of Internet images.


Signed this _16_ day of November, 2018

D. George Sweigert, pro se plaintiff

**EXHIBIT ONE**

**ENVELOPE MAILED BY DEFENDANT TO PLAINTIFF**





J Goodman
252 7th Ave #6S
NYC 10001

David Sweigert
PO BOX 152
Mesa AZ 85211

# EXHIBIT TWO

## ATTEMPT TO ELECTRONICALLY SERVE

## DEFENDANT ON JUNE 30, 2018 AND HIS REPLY


**Re: Continued litigation hold duty for electronic records in RICO civil suit**

Jason Goodman<truth@crowdsourcethetruth.org>
6/30/2018 8:39 PM
To Spoliation Notice  Copy Dave Acton,  Jason
Goodman,  Kevin.L.Maehler@uscg.mil,  feedback,  George
Webb,  dutyofficer@ncric.ca.gov,  msp.superintendent@maryland.gov,  OFL@usdoj.gov,
Colin Sullivan,  generalcounsel@fmc.gov,  lawenforcement@paypal.com


**Dave this is improper service and everyone on this message knows,** no actual lawyer sends anonymous emails. Discontinue your harassment immediately and seek mental health treatment before you do more damage than you already have.

**[emphasis added]**


On Jun 30, 2018, at 2:23 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

Dear Sir:

Attached are legal documents for your court case.

You have been electronically served.

Thank you.

On June 30, 2018 at 4:16 PM Jason Goodman <truth@crowdsourcethetruth.org> wrote:


**Hire a process server Dave.** While you are doing that, you should know I will do my very best to see you prosecuted for harassment, cyber bullying and whatever else the law will allow. You are a menace to the public, a danger to yourself and others, a disgrace to the military (if in fact

you ever served, where is that DD214?) and very likely criminally insane. Your email below constitutes continued harassment. You have been instructed not to contact me or publicly speak about me. **You have submitted false statements to the Federal Court.**

On Jun 30, 2018, at 8:39 AM, Dave Acton
<j108whd@gmail.com<mailto:j108whd@gmail.com>> wrote:

Dear Sir:

This is your electronic service of the Amended Complaint with Exhibits.

Thank you for your cooperation.

**[emphasis added]**

**EXHIBIT THREE**


YouTube video production on the "Jason Goodman" channel

https://www.youtube.com/watch?v=E3auCQb4o0A

October 26, 2018   [10/26/2018]



1.04:52  GOODMAN:        I have been busy with my own things.  Talking about lawsuits I
have been answering lawsuits from Dave Sweigert – **we are going to be
doing some more talking about that**.  I was just down at the .. uh.. 500
Pearl Street [laugh] at the Federal Court building submitting a document
[Doc. No. 49, 10/26/2018].  **It appears Dave Sweigert may – not sure –
but there's evidence that indicates that he may be .. uh .. submitting
fraudulent documents.  Mail fraud.  [emphasis added][Exh.3]**

**EXHIBIT FOUR**

**DEFENDANT GOODMAN ADMITS HE HAS 400 VIDEOS IN HIS POSSESSION**

**Re: Continued litigation hold duty for electronic records in RICO civil suit**

Jason Goodman<truth@crowdsourcethetruth.org>
6/30/2018 1:15 AM
To Spoliation Notice, j108whd@gmail.com Copy feedback, George Webb, Colin
Sullivan, dutyofficer@ncric.ca.gov, msp.superintendent@maryland.gov, OFL@usdoj.gov,
msp.hq@maryland.gov, Jason
Goodman, generalcounsel@fmc.gov, Kevin.L.Maehler@uscg.mil

As a matter of interest to the military, law enforcement and government officials copied on this
message, the anonymous sender is David George Sweigert. This individual has been
spearheading a persistent harassment campaign against me for the past 12 months. I believe he is
motived to do this because of my journalist endeavors to reveal criminal activity that I believe he
and his associates are involved in. **He is actively attempting to engage in two baseless,
frivolous civil suits against me and has made multiple false statements in court submitted
documents to do so.**

**He has made over 400 harassing, seemingly psychotic videos antagonizing and defaming
me, naming me by name and falsely accusing me of a wide range of crimes in publicly
posted videos with thousands of on line views.** He is actively attempting to ruin my public
reputation with lies and defund my business by harassing my associates and patrons.

In addition to suffering from what appears to be obvious mental illness, he is a sexual deviant,
publicly admitting to wife swapping with his own brother George Webb Sweigert, also copied on
this message.

David Sweigert lacks the confidence in his "information" to send a legitimate email from either
his own address or a lawyer and opts instead, to use this anonymous "Spoliation Notice"
account.

The bizarre irony here is that David Sweigert is actively and persistently engaged in spoliation of

evidence including his harassing videos. **I have preserved not only all video, email and other electronic activity I have engaged in for the past year, I have also preserved his harassing emails, videos and other communications. Just this past month, when he brought his frivolous civil suit in a poor attempt to frame me for a bomb hoax staged by his brother and their associates, I posted hundreds of his harassing videos to YouTube as evidence of his activities. Within hours, David Sweigert aggressively acted to interface with YouTube and have the videos removed.**

I have done nothing of the sort. His most recent email, to which this is a response, is only more evidence of his persistent, ongoing harasment.

In my personal opinion he is a dangerous, mentally unstable menace and should be prosecuted for these actions. He has deliberately hidden any home or business address complicating the process of obtaining a restraining order against him.

I would welcome contact from any of the government, military or law enforcement officials copied on this email so **I can share my evidence and hopefully gain your assistance in bringing the Sweigert bothers to justice.** The Sweigert brothers are a danger to the public and possibly themselves and are engaged in what appears to be a range of criminal activities.

Thank you for your attention, I sincerely apologize that Mr Sweigert insists on wasting all of our time in this manner.

Jason Goodman
323-744-7594


On Jun 29, 2018, at 5:15 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

To: Mr. Jason Goodman.

You are under a continued duty to preserve all electronic evidence in your possession for all your electronic mail accounts.

Some of your newly identified e-mail accounts are listed in the TO: and CC: message blocks.

The same practical effects of this obligation apply to Mr. George Webb as well.

Warm regards,

Evidence Preservation Team

# EXHIBIT FIVE

## YOUTUBE SEARCH TERMS "SWEIGERT TIME PHONE HACK"



### Hack to the Future − Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn Michaels
Crowdsource the Truth 2 • 10K views • Streamed 7 months ago

George H. Sweigert (1920−1999) is widely credited as the first inventor to hold a patent for the invention of the cordless telephone.



### Hack to the Future − Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn Michaels
Jason Goodman • 1.4K views • 6 months ago

Originally posted April 7, 2018 George H. Sweigert (1920−1999) is widely credited as the first inventor to hold a patent for the ...



### The Time Phone Hack Mass Ritual - Deception
MrCati • 3.4K views • 6 months ago

This report will show and discuss how the coded elements contained within the three words, (Time Phone Hack), which are words ...



### Time Phone Hack -WHO CREATED IT? and What is it's PURPOSE? EXCLUSIVE VIDEO of it's CREATOR
YouTubeStory2 Chinada3 • 1.4K views • 6 months ago

TimePhoneHack a Game played Online... for kids Ages 14yrs to 19yrs old Welcome in to the Mind of Quinn 'DingBot' Michaels ...



### Time Phone hack? Quinn Michaels starts a Crowdstalking campain. Legal Evidence
Danger Zone • 1.1K views • Streamed 6 months ago

Multistreaming with https://restream.io/ Multistreaming with https://restrea Music and getting in the mix with Puzzle and such. m.io/ ...



### Protect the "Time Phone" - Time Phone Firewall 🔥 #TimePhoneFirewall

Titus Frost 1984 • 1.4K views • Streamed 6 months ago

The 'Time Phone' a phone that connects us in the "conspiracy", to the future. This is how 'WE' have been able to predict future ..



### Time Phone Hack? Quinn Michaels New Gang stalking Campaign

Defango • 4.7K views • 6 months ago

ime pHone Hack Quinn Michaels gets his follower to actively harrass defango. GANGSTALKING 101 for his patreon group tuned ...



### Time Phone Hack-Quinn Michaels New Gang Stalking Campaign-GETS ATTACKED BY DEFANGO's Gang Stalk Army

YouTubeStory2 Chinada3 • 845 views • 6 months ago

DEFANGO asks his viewers to "Crowd Strike" Quinns Videos -because our "DingBot" Quinn asked his viewers to Crowd Strike ...



### Exploring The Strange Life Span of Deep State Lifelog with Quinn Michaels

Jason Goodman • 2.1K views • 6 months ago

Originally posted April 14, 2018 Quinn continues to reveal details of the Sweigert Time Phone and how Elvis was an early ...

# EXHIBIT SIX

## YOUTUBE VIDEO PRODUCTION

Internet URL: https://www.youtube.com/watch?v=r7IUIqVpOpg

April 7, 2018 [04/07/2018]

And

Internet URL: https://www.youtube.com/watch?v=p5dl2PZpk5o

May 6, 2018 [05/06/2018]



**Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn Michaels**

10,494 views

👍 392   👎 182   ➡ SHARE   ⤓ SAVE   ...

 **Crowdsource the Truth 2**
Streamed live on Apr 7, 2018

SUBSCRIBE 8.5K

George H. Sweigert (1920–1999) is widely credited as the first inventor to hold a patent for the invention of the cordless telephone. Why has Quinn Michaels dubbed this the "time phone" and how does it connect to William Randolf Hearst and Warren Buffett?

Become a Sponsor of Crowdsource the Truth

# VIDEO DESCRIPTION

George H. Sweigert (1920–1999) is widely credited as the first inventor to hold a patent for the invention of the cordless telephone. Why has Quinn Michaels dubbed this the "time phone" and how does it connect to William Randolf Hearst and Warren Buffett?

# VIDEO TRANSCRIPT

00:27  GOODMAN:` Welcome to Saturday April 7th everybody.  So this is going to become a regular segment with my good buddy Quinn Michaels.  Hello Quinn. [Quinn replies: Hello everybody].

00:52  GOODMAN:  Quinn of course is an Artificial Intelligence expert.  He is an amazingly creative thinker.  He has expertise in philosophy.  He is studying to be a Buddhist Monk.  And he has come out with some of the most amazing research that I have seen.

[CUT-AWAY SHOWING CRAZY DAVE COFFEE CUP – BELOW]



**Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn Michaels**



Crowdsource the Truth 2

▶ Subscribe  8.5K

10,495 views

07:07  GOODMAN:`  George Harry Sweigert was a radio operator in World War Two.  Of
course, his other son David Sweigert – who has relentlessly pursued you
and I – uh, I may have mistakenly said the he was flying cocaine as a CIA
contractor during the Iran-Contra scandal.  It seems more likely that he
was just operating the radios for the CIA contractors that were flying
cocaine. [Goodman smiles]



07:53  QUINN:       We found another George Sweigert that right around the Patty Hearst
incident was removed from the bench in Sacramento and replaced with
someone else – supposedly a secret society member.

[CUT-AWAY TO SHOW WIKIPEDIA ENTRY OF GEORGE HARRY SWEIGERT]



## Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn Michaels

 Crowdsource the Truth 2

 Subscribe 8.5K

10,495 views

22:09  GOODMAN:    I contacted them [FBI] to report what seems to be criminal activity – to me – I am not a law enforcement officer or a lawyer. But, I did have an extensive conversation about the activities of the Sweigerts and some of their apparent associates. So, I am looking forward to a return call from the FBI. And, Mr. David Sweigert keeps generating a lot of false evidence.



1:03:57 / 1:06:06

## Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn Michaels

 Crowdsource the Truth 2

▶ Subscribe  8.5K

10,495 views

## DECLARATION OF D. GEORGE SWEIGERT

1.  I hereby make the following statement under the penalties of perjury.

2.  I have never attempted to commit fraud upon the Honorable Court of the SDNY.

3.  I am aware that in the months of May and June of 2018 Jason Goodman and Quin
    Michaels (Korey Atkin) made a series of videos for social media broadcast known as
    the "SWEIGERT TIME PPHONE HACK".

4.  These videos indicated to me that Quinn Michaels was actively attempting to
    ascertain my physical address for the purpose of orchestrating physical harm
    against me.  I took note that Jason Goodman had interviews a self-professed hit man
    (named Larry Nichols) on his CrowdSource The Truth podcast.

Signed under the penalties of perjury

This **16** day of Number, 2018

Plaintiff, D. George Sweigert

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

2018 NOV 20 AM 11: 10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 1:18-cv-08653-UA |
| Plaintiff, | |
| vs. | |
| JASON GOODMAN | |
| Defendant | CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class

postage paid U.S. Mail to:

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

PRO SE DIVISION -- 200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

Respectfully dated this day 16 November, 2018,

D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE



US POSTAGE
mPOS

06250009
FROM

11/1

**P**

PRIORITY MAIL 2-DAY™

USPS TRACKING #

9405 5118 9956 0731 2103 58

TO:

UG 1P3
SDNY

PRO SE DIVISION, ROOM #200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVI

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

★ MAIL ★

PRIORITY ★ MAIL ★

★ PRIORITY ★ MAIL ★

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

This product is for use with Priority Mail.®
Misuse may be a violation of federal law.
This label is not for resale.
VISIT US AT USPS.COM® Jan 2015
Label 106A

This envelope is made from post-consumer waste. Please recycle again.