D. G. SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211
Spoliation-notice@mailbox.org

JANUARY 11, 2019

Jason Goodman
252 7th Ave, #6s
New York, NY 10001

323/744-7594

SUBJECT:   Cyberstalking and harassment by Jason Goodman, DOB April 4, 19██

Ref:   (a)   Sweigert v. Goodman, USDC for the SDNY, 1:18-cv-08653-VEC
       (b)   Arizona Revised Statute § 13-2923

Dear Sir:

1.   As you are well aware, you are involved in civil litigation (ref: (a)) with the undersigned. As part of this litigation the above address (Post Office Box 152) has been provided to the federal court and yourself. This postal address was provided to you as the official address for all court related communications.

2.   On January 9, 2019 a video production was placed on your YouTube channel ("Jason Goodman") that depicts you in front of the Mesa, Arizona post office (Internet URL: https://www.youtube.com/watch?v=pmnscVplJNQ ) The following text appears in the video description:

> **Question for Legal Experts – Has D. George Sweigert Committed Mail Fraud?**
> Streamed live on Jan 9, 2019
> D. George Sweigert has brought a civil suit against Jason Goodman based on fraudulent claims. Sweigert has changed his address three times since initiating the suit. His current address, listed in public filings with the court, is a PO Box in Mesa AZ. Only problem is, when I called them in November, the Post Office said D. George Sweigert is not the owner of that P.O. Box. What is going on in Arizona?



3. The following statements are made be you in the video content.

00:14 GOODMAN   I am in beautiful Mesa. Arizona conducting a little investigation. You see, I am actually at the post office. And I wanna find out is this post office has the zip code 85211.

01:10 GOODMAN   I wonder if they could answer that question for me inside the post office. Maybe there is a postal inspector. Or the postal police. I wonder if it is a federal offense to misrepresent your address and send legal documents from – or compel someone else to send them to – a post office box that is not your post office box.

4. In Arizona such activities as described in your video constitute a violation of ref: (b); e.g. to conduct such "investigations" to locate the physical address of a litigant for the purposes of placing them peril or jeopardy.

5. The "Jason Goodman" channel is riddled with videos directed at the undersigned that have no legitimate newsworthy value. The general public is not interested in your personal affairs and your conduct is not constitutionally protected speech.

6.  The reverse is true. This video production was designed to create unnecessary alarm, distress and emotional injury. Further, you have implied criminal activity by the undersigned.

7.  In a follow-up video posted on January 9, 2019 you again repeat the insinuation of mail fraud and communication with the postal inspection service (URL: https://www.youtube.com/watch?v=Mu15QkEgHMA ). The following text appears in the video description:



8.  The following comments are made by you:

30:46  GOODMAN    Going to and speaking to the Postal Inspector at the Mesa, Arizona post office. About conspiracy to commit mail fraud.

9.	As you are well aware, you appear in the second video with Michael J. Barden (DOB: March 19) who has pled guilty to aggravated assault with a deadly weapon and is awaiting sentencing.  Mr. Barden has uploaded to his YouTube channel (URL: https://www.youtube.com/user/barbender ) dozens of videos of dangerous driving, approaching strangers to evangelize them about "gang stalking", discussing his psychological evaluation (three (3) hours of videos), etc.

10.	A few months ago, a complaint was filed against you with the State Bar of Arizona to document your on-line "legal sessions" with Mr. Barden.  In one of the dozen or so "legal sessions", you advised Mr. Barden not to accept the plea arrangement worked out for him by an Arizona attorney (Marc J. Victor).

11.	Based on reason and belief, it is assumed that you are grooming Mr. Barden to conduct more violent acts – only this time directed at the undersigned.  In the videos in which you both appear, Mr. Barden seems to have clearly developed an unhealthy emotional attachment to you as he has gone so far as to place stickers on his personal automobile that spell out "CROWDSOURCE THE TRUTH".  Your behavior in these videos, and your unusually close emotional relationship with Mr, Barden, is truly frightening.  Mr. Barden has shared many frightening paranoid delusions on his YouTube channel and yours.

12.	As a courtesy to you I have forwarded a copy of this letter to the appropriate prosecutorial authorities with the recommendation for your prosecution.  Also, I have included a copy of this letter to pertinent parties at YouTube, LLC.

Respectfully,

D. George Sweigert

Copies provided:

**Postal Inspection Service**
**111 West Monroe Street, Suite 900**
**Phoenix, AZ 85003-1788**

**Michelle Vaitkus, esq.**
**Maricopa County Attorney**
**Floor 8**
**301 W Jefferson St**
**Phoenix, Arizona, 85003-2191**

**Marc J. Victor, esq.**
**Attorneys for Freedom**
**3185 South Price Road**
**Chandler, AZ 85248**

**Corporate Counsel**
**YOUTUBE, LLC**
**901 Cherry Ave**
**San Bruno, CA 94066**

**Corporate Counsel**
**YOUTUBE, LLC**
**251 Little Falls Drive**
**Wilmington, DE 19808**

D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

January 11, 2019

Jason Goodman, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6S
New York, NY 10001-7334

PRO SE DIVISION, ROOM #200
U.S. District Court for the SDNY
500 Pearl Street
New York, New York 10007-1312

SUBJECT:   CLARIFICATION OF MAILING ISSUES

REF: (a)   SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

Dear Sir:

1.   I understand you have concerns about my mailing address in the ref: (a) lawsuit.

2.   I hope the attached letter will clarify these issues for you.

Respectfully,

D. G. Sweigert

I hereby certify that a true and accurate copy of this letter (with attachments) has been placed in the U.S. Postal Service with First Class postage affixed on 1/11/19.

D.G. Sweigert

1

Sweigert v. Goodman, USDC for the SDNY

D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

January 11, 2019

Jason Goodman, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6S
New York, NY 10001-7334

PRO SE DIVISION, ROOM #200
U.S. District Court for the SDNY
500 Pearl Street
New York, New York 10007-1312

SUBJECT:   CLARIFICATION OF MAILING ISSUES

REF: (a)   SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

Dear Sir:

1. I understand you have concerns about my mailing address in the ref: (a) lawsuit.

2. I hope the attached letter will clarify these issues for you.

Respectfully,

*D. G. Sweigert*

I hereby certify that a true and accurate copy of this letter (with attachments) has been placed in the U.S. Postal Service with First Class postage affixed on 1/11/19.

*D.G. Sweigert*

1



3. The following statements are made be you in the video content.

00:14  GOODMAN   I am in beautiful Mesa. Arizona conducting a little investigation. You see, I am actually at the post office. And I wanna find out is this post office has the zip code 85211.

01:10  GOODMAN   I wonder if they could answer that question for me inside the post office. Maybe there is a postal inspector. Or the postal police. I wonder if it is a federal offense to misrepresent your address and send legal documents from – or compel someone else to send them to – a post office box that is not your post office box.

4. In Arizona such activities as described in your video constitute a violation of ref: (b); e.g. to conduct such "investigations" to locate the physical address of a litigant for the purposes of placing them peril or jeopardy.

5. The "Jason Goodman" channel is riddled with videos directed at the undersigned that have no legitimate newsworthy value. The general public is not interested in your personal affairs and your conduct is not constitutionally protected speech.

6.      The reverse is true. This video production was designed to create unnecessary alarm, distress and emotional injury. Further, you have implied criminal activity by the undersigned.

7.      In a follow-up video posted on January 9, 2019 you again repeat the insinuation of mail fraud and communication with the postal inspection service (URL: https://www.youtube.com/watch?v=Mu15QkEgHMA ). The following text appears in the video description:



8.      The following comments are made by you:

30:46  GOODMAN    Going to and speaking to the Postal Inspector at the Mesa, Arizona post office. About conspiracy to commit mail fraud.

9.  As you are well aware, you appear in the second video with Michael J. Barden (DOB: March ▇ 19▇▇) who has pled guilty to aggravated assault with a deadly weapon and is awaiting sentencing. Mr. Barden has uploaded to his YouTube channel (URL: https://www.youtube.com/user/barbender ) dozens of videos of dangerous driving, approaching strangers to evangelize them about "gang stalking", discussing his psychological evaluation (three (3) hours of videos), etc.

10. A few months ago, a complaint was filed against you with the State Bar of Arizona to document your on-line "legal sessions" with Mr. Barden. In one of the dozen or so "legal sessions", you advised Mr. Barden not to accept the plea arrangement worked out for him by an Arizona attorney (Marc J. Victor).

11. Based on reason and belief, it is assumed that you are grooming Mr. Barden to conduct more violent acts – only this time directed at the undersigned. In the videos in which you both appear, Mr. Barden seems to have clearly developed an unhealthy emotional attachment to you as he has gone so far as to place stickers on his personal automobile that spell out "CROWDSOURCE THE TRUTH". Your behavior in these videos, and your unusually close emotional relationship with Mr, Barden, is truly frightening. Mr. Barden has shared many frightening paranoid delusions on his YouTube channel and yours.

12. As a courtesy to you I have forwarded a copy of this letter to the appropriate prosecutorial authorities with the recommendation for your prosecution. Also, I have included a copy of this letter to pertinent parties at YouTube, LLC.

Respectfully,

D. George Sweigert

Copies provided:

Postal Inspection Service
111 West Monroe Street, Suite 900
Phoenix, AZ 85003-1788

Michelle Vaitkus, esq.
Maricopa County Attorney
Floor 8
301 W Jefferson St
Phoenix, Arizona, 85003-2191

Marc J. Victor, esq.
Attorneys for Freedom
3185 South Price Road
Chandler, AZ 85248

Corporate Counsel
YOUTUBE, LLC
901 Cherry Ave
San Bruno, CA 94066

Corporate Counsel
YOUTUBE, LLC
251 Little Falls Drive
Wilmington, DE 19808

Case 1:18-cv-08653-VEC Document 74 Filed 01/15/19 Page 12 of 12

PRESS FIRMLY TO SEAL

**PRIORITY MAIL 2-Day®**

EXPECTED DELIVERY DAY: 01/14/19

U.S. POSTAGE
PM 2-Day $8.45
95621 0006
Date of sale 01/11/19
06 2S SSK
11488361
054990111161411

3.50 oz
0006
C014

#200
PRO SE

SHIP TO:
USPS TRACKING NUMBER
500 PEARL ST
NEW YORK NY 10007-1316

9505 5067 0811 9011 0393 38

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

PRESS FIRMLY TO SEAL

FROM:
D. G. SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211



TO:
PRO SE DIVISION, ROOM #200
U.S. District Court for the SDNY
500 Pearl Street
New York, New York 10007-1312

S.D. OF N.Y.
2019 JAN 15 AM 11:14

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

PRIORITY MAIL
POSTAGE REQUIRED