D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

June 9, 2019

Jason Goodman, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6-S
New York, NY 10001-7334

truth@crowdsourcethetruth.org

PRO SE DIVISION, ROOM #200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

SUBJECT:   SWEIGERT V. GOODMAN,
           CIVIL CASE #: 1:18-CV-08653-VEC
           JUDGE VALERIE E. CAPRONI

REF: (a)     Oversight concerning copies of pertinent letters

Dear Sir:

    1.      Due to an oversight the attached two letters were not copied to you.

Signed this _____ day of June, 2019

D. George Sweigert, pro se plaintiff

1

*D. G. Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*

**March 11, 2019**

**U.S. Ambassador Kelly Craft**
**[Nominated Ambassador to United Nations]**
**Embassy of the United States**
**P.O. Box 5000**
**Ogdensburg, NY  13669**

**Senate Committee on Foreign Relations**
**U.S. Senate**
**423 Dirksen Senate Office Building**
**Washington, DC  20510-6225**

**Marillyn Hewson**
**President and CEO**
**Lockheed Martin Corporation**
**Executive Offices**
**6801 Rockledge Drive**
**Bethesda, Maryland 20817**

**SUBJECT:** **FAILURE OF AMBASSADOR KELLY CRAFT TO ACT WITH REGARD**
**TO CANADIAN HOMOPHOBIC HATE SPEECH AND THREATS THAT**
**PLACES U.S. DEFENSE CONTRACTORS AT RISK**

Ladies and Gentlemen:

As you may be aware, Ms. Marillyn Hewson has allegedly been identified as a member
of a snuff film network that employs pedophiles working within Lockheed Martin
Corporation (LMC) and the US Marshals Service (USMS).  This identification has been
made by a Canadian resident (U.K. citizen) that appears on a dozen social media podcasts
bi-weekly.

This Canadian alt right hate speech monger, known as David Charles Hawkins, has teamed up with an individual known as Jason David Goodman of New York City to distribute these allegations in a pervasive manner.   For background, Mr. Goodman's media podcasts led to the closure of the Port of Charleston, South Carolina on June 14th, 2017 for a "dirty bomb hoax".  It is generally understood that the Coast Guard washed its hands of any meaningful investigation of the Port closure (reported by the New York Times and CNN) the day after the incident.

It was Mr. Goodman that coordinated and supervised the submission of dirty bomb hoax warnings to the 7th District U.S. Coast Guard headquarters by inciting his live audience of 2,000 people to send tweets warning of an impending nuclear radiation catastrophe. Other calls to action (CTAs) have been issued against high-profile government officials, federal judges and defense contractor senior leadership (as in this the case with Ms. Hewson)..

It would be a mistake to underestimate the potential for harm by Mr. Goodman and Mr. Hawkins.  The two continually advance a social media campaign that chips away at the reputation of companies like Lockheed (see SERCO, Boeing, etc.).  This is especially troubling in the area of corporate security as this activity represents a blended attack.  The "dirty bomb hoax" incident has reportedly cost the Maersk Shipping Lines nearly 4.1 million dollars in lost revenue and reputational damage.

It is a shame that the Ambassador to Canada has not done more to make reasonable inquiries into the government of Canada concerning issues related to dangerous all right homophobic hate speech mixed with apparent CTA threats.

Thousands of gullible and naïve individuals believe in these allegations.  This matter is serious enough to warrant a written explanation from the Canadian government.


Warm regards,

D. G. Sweigert

Attachments


Copies provided:

Senator Mitch McConnell
771 Corporate Drive
Suite 108
Lexington, KY 40503


Commandant
U.S. Coast Headquarters
2100 2nd Street S.W.
CGHQ 6100
Washington, DC 20593


Maryanne Lavan
SVP, General Counsel and Secretary
Lockheed Martin Corporation
Executive Offices
6801 Rockledge Drive
Bethesda, Maryland 20817


Georgia Papadopoulos
Canadian American Business Council
1900 K Street, NW, Suite 100
Washington, DC 20006


William Barr, esq.
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001


Honourable Ralph Goodale
Minister of Public Safety
269 Laurier Avenue West
Ottawa, ONT      K1A 0P8
CANADA


Honourable David Eby, Q.C.
Minister of Justice and Attorney General
Room 232, Parliament Buildings
P.O. Box 9044, Stn Prov. Govt.
Victoria, B.C.          V8W 9E2
CANADA


Honourable Karina Gould M.P.
Minister of Democratic Institutions
House of Commons
Ottawa, ONT       K1A 0A6
CANADA

**ATTACHMENT**

 jason goodman



Can An Unethical Hewson Hack Explain Jonbenet
Bit Spread Stand Down or Pentagon Penetrator?



Jason Goodman

▶ Subscribe   80K                                         1,161 views

+ Add to      ➤ Share    ••• More                         👍 99   👎 31

URL:   https://www.youtube.com/watch?v=miqSQe5IWXE

Streamed live 5 hours ago
Why did Lockheed's dedicated security, specialized in protecting their executives and their
families stand down after the murder of Jonbenet? Could they have been hacked?



▶ **YouTube**    jason goodman



**Marillyn Hewson**
Chief Executive Officer of Lockheed Martin

chairman, president and chief executive
he ...

  ‹ Alabama
on

Marillyn Adams Hewson is the chairman, president and chief executive officer of Lockheed Martin. In 2015, Hewson was named the 20th most powerful woman in the world by Forbes. Wikipedia

**CROWDSOURCE THE TRUTH**

nowerful woman in the world    Born: 1954 (age 65 years). Junction City, KS

More images

▶ Subscribe

## Can An Unethical Hewson Hack Explain Jonbenet Bit Spread Stand Down or Pentagon Penetrator?

 Jason Goodman

▶ Subscribe  80K

1,161 views

👍 99  👎 31

+ Add to    ➤ Share    ••• More



As the following screen-shot exhibits indicate, the <u>subject</u> is fond of distributing (in a widely pervasive manner) video podcasts that follow a basic and repetitive storyline that LGBTQ elites are murdering children to distribute pedophile snuff films.  Summary:

- A super class of "LGBTQ elites" have infiltrated several programs of the U.S. Department of Justice (DOJ) for the purposes of extortion and murder-for-hire of young children to sexually satisfy pedophiles.
- This super-class of elites was established by Kristine Marcy, a lesbian, traitor and alcoholic that created DOJ PRIDE (an LGBTQ organization).
- As both SERCO, INC. and the US DOJ PRIDE have corporate/government LGTBQ programs, these institutions have implicated themselves (SERCO and DOJ PRIDE) in several dozen child murders utilizing CONAIR (Joint Prisoner Alien Transport System) deployments of "SERCO SWAT teams" that "cancel the carbon-footprint of high-value targets" (murder).
- That LGBTQ elites controlled the snuff-film and on-line gambling corporation known as Starmet, Vancouver, B.C., to distribute pedophile snuff films, via the Starnet communications network, to LGBTQ elites.
- That LGBTQ elites operate "betting dead pools" to estimate the time of death of children that are filmed in real-time for the benefit of pedophile consumers of such child-snuff films (videos).

These recurring themes orbit around "LGBTQ elites" that are using government resources to covertly abduct and murder children for the entertainment of pedophiles, or as part of an extortion ring.  The central controlling authority of these abductions and murders is the "LGBTQ elite" that has been pre-positioned across various U.S. government agencies, according to Hawkins' *investigative reports.*

This type of rhetoric appears designed to inflame hatred and bigotry against LGBTQ members of the U.S. government.  Such rhetoric also endangers Canadians in the LGBTQ community as well.  It is highly promoted on PATREON.COM.

**Examples of offensive anti-LGBTQ hate speech**

*LGBTQ Elites*

<u>Dec 15, 2018 at 5:18pm</u>

Hawkins Malipod™—Serco's AI Con Air Sherman Patents—Maxar's Radio-Silenced Footprint—McVicar's Bridge of Pride™

Hawkins is using his Malipod™ (ref.) virtual patent-profiling machine to identify Serco and DOJ insiders—including Nicholas Soames (former UK MOD 1994-1997), Isham, McVicar and LGBT+ deviants— as  ad hoc custodians  of patents listed below who help to neutralize carbon footprints at HVT or mass-casualty events and silence crime scene investigators, whistleblowers or witnesses.

Hawkins believes that Serco and DOJ Pride's LGBT+ deviants have used patented Con Air expert systems to track and remove evidence of mens rea from crime sites but have always left an actus rea footprint indicating wrongful deaths from the use of one or more of the 4 millionth patent applications processed by Serco as USPTO's outsourcer for Pre-Grant Publication (PGPubs) Classification Services!

<u>https://www.patreon.com/posts/hawkins-malipod-23351441</u>

*References to SERCO and DOJ PRIDE LGBTQ initiatives*

<u>Dec 11, 2018 at 12:12am</u>

Hawkins Malipod™—Serco's Deviant Con Air Carbon-Footprint Patents—CIA Maxar's Yellow Vest Boot—McVicar Bridge of Pride™

"**David Hawkins has trademarked Malipod™** *as a virtual patent-profiling machine to reverse engineer crime scene investigations into high value targets (HVT) and/or mass-casualty events where wrongful deaths are associated with the negligent, reckless, wilful or fraudulent use of patented devices by their custodians.* **Mali derives** *from Anglo-French and Medieval Latin dies mali "evil or unlucky days" and PIE root *mel- "false, bad, wrong".* **Pod describes** *"Con Air SWAT teams" which are allegedly deployed by Serco and DOJ Pride insiders and leave 'deviant' crime-site footprints consistent with the use of Sex, Fear, Greed and Power to extort witnesses and victim families and sabotage the investigations.*

"**DOJ Pride is the recognized employee resource organization for Lesbian, Gay, Bisexual, Transgender, and Queer (LGBTQ) employees and their allies in all U.S. Department of Justice Offices, Boards, and Divisions; the ATF, BOP, DEA, FBI, USMS, OJP, and USAO; and contractors in any of these components.**"

"**Serco – Empowering and celebrating diversity across our business** *.. Kevin Craven, CEO of our UK & Europe Division, has become Executive Sponsor for our LGBT+ agenda .. We launched a network for LGBT+ employees and allies, called In@Serco, to promote LGBT+ interests within Serco globally. .. Developing a 'Transitioning at Work' policy to support employees taking steps to live in the gender they identify as; and, Holding LGBT+ events, including a Pride event at HMP Dovegate in August 2017.*"

https://www.patreon.com/posts/hawkins-malipod-23254782

*Kristine Marcy is a Lesbian and organizer of DOJ PRIDE*

Streamed live on Dec 12, 2018
David Hawkins continues his reverse engineered crime scene investigation of the unsolved murder of Jonbenet Ramsey.

Become a Sponsor of Crowdsource the Truth and enjoy exclusive content **Only ON Patreon**



RCSI with David Hawkins – Did A SERCO "Down Low Strangler Club" Play A Role in Jonbenet's Murder?

 Crowdsource the Truth 2

▶ Subscribe  10K                                      702 views



https://www.youtube.com/watch?v=HCIVg5EdMDM

*LGTBQ Elites*

---

### Sherman Patents – Clinton's Con Air Tainted Blood – McVicar Bridge of Pride&#x2122;

David "Sherlock" Hawkins is investigating Nicholas (Nick) Soames and Tracey McVicar as possible de-facto custodians of a Serco—formerly RCA GB 1929 and presently the USPTO's agent for Pre-Grant Publication Classification Services—online patent thicket allegedly used by Serco shareholders, the SAFE-BioPharma Association, the Clinton Foundation and members of DOJ Pride to...

• **Establish controlling LGBT elites in** the DOJ (FBI, BOP, USMS, OJP etc) and its inter-agency partners at the Center for Medicare Services [HHS], HUD, and the Department of Labor.

https://steemit.com/steempress/@abeldangerlive/hawkinssercosbiopharmashe rmanpatentsclintonsconairtaintedbloodmcvicarbridgeofpridex2122-mkkiyjgx7c

AND:

HAWKINS – SERCO'S BIOPHARMA SHERMAN PATENTS – CLINTON'S CON AIR TAINTED BLOOD – MCVICAR BRIDGE OF PRIDE™

November 17, 2018

https://www.abeldanger.org/hawkins-sercos-biopharma-sherman-patents-clintons-con-air-tainted-blood-mcvicar-bridge-of-pride/

David "Sherlock" Hawkins is investigating Nicholas (Nick) Soames and Tracey McVicar as possible de-facto custodians of a Serco—formerly RCA GB 1929 and presently the USPTO's agent for Pre-Grant Publication Classification Services—online patent thicket allegedly used by Serco shareholders, the SAFE-BioPharma Association, the Clinton Foundation and members of DOJ Pride to ....

• Establish controlling LGBT elites in the DOJ (FBI, BOP, USMS, OJP etc) and its inter-agency partners at the Center for Medicare Services [HHS], HUD, and the Department of Labor.

*Bigoted and racist remarks*

Published on Apr 25, 2018
DAVID HAWKINS is an investigator with a vast background looking into 911 and various corporations involved in threatening our freedoms, secret societies and the technology they use.
We discuss:
https://www.abeldanger.org/kelly-257-...

## An interview with DAVID HAWKINS FROM ABEL DANGER

**At 1:07:02  Hawkins states, "If you are the owner of a company and you are a black, one-legged lesbian you are almost bound to get a loan."**



An interview with DAVID HAWKINS FROM ABEL DANGER

 Project Camelot ☑
✓ Subscribed 🔔 227K                                    50,510 views

https://www.youtube.com/watch?v=zNiEHfoi8m0&t=4033s

*LGBT murders*

---

Nov 29, 2018 at 6:03pm

Hawkins Malipod™—Serco's Expert Con Air Tracking Patents—CIA Isham's Macauley Stab Site—CAI McVicar's Bridge of Pride™

Hawkins has identified Nicholas Soames, a grandson of Winston Churchill and former Minister of State for the Armed Forces from 1994 to 1997 in the government of John Major, as the primary custodian of patents covering Con Air AI/expert systems and Entrust PKI devices who, allegedly, ordered Serco and the UK MOD to adopt the version of Entrust PKI developed by a CAI investee, the B.C.-based MacDonald, Dettwiler and Associates Ltd., for the secondary custodian Tracey McVicar, founder of the Vancouver branch of the NYC-headquartered CAI Private Equity Group, whose special investors were alleged clients for **Starnet's online LGBT, child pornography and pig-farm murder-for-hire services from 1996 to 2002.**

https://www.patreon.com/posts/23006847

---

Nov 29, 2018 at 6:03pm

Hawkins Malipod™—Serco's Expert Con Air Tracking Patents—CIA Isham's Macauley Stab Site—CAI McVicar's Bridge of Pride™

Hawkins has also stated that if he is given all or any of the $10 million reward offered by the family for his help in solving the Sherman murders, he will share the reward equally with **Jason Goodman, founder of Crowd Source the Truth,** as the only investigative journalist with the technical ability to work with Hawkins on the real-time 'discovery' of evidence needed to identify the principals of network who use patented devices or systems to spot fix times of death or body counts at HVT or mass-casualty events.

https://www.patreon.com/posts/23006847

*LGBT centric murders*

HAWKINS – SOAMES'S KEY TO SHERMAN SAFE – SERCO'S TAGS AND PSYCHO STRAPS – MCVICAR'S PIG FARM BRIDGE OF PRIDE™

November 7, 2018

David "Sherlock" Hawkins is investigating Nicholas (Nick) Soames and Tracey McVicar as possible de-facto custodians of the various public key infrastructure patents which would allow members of the SAFE-BioPharma Association to hire homicidally-ideated (Psycho) killers through Serco and DOJ Pride operatives of the Federal Bridge Certification Authority and use electronic tags and straps described in Jerome Lemelson's "*Prisoner* [Con Air] *tracking and warning system and corresponding methods 2000-04-25 US6054928A Grant*" to monitor the physical conditions of "Psycho" prisoners and/or parolees or their victims including "*his/her heart rate, pulse, blood pressure, respiration, temperature, and chemical properties of selected body fluids such as sweat and/or breath*" at crime scenes associated with …

The "Psycho" murders of up to 60 prostitutes at Psycho 'raves' at the Pickton Family pig farm in B.C. from 1996 to 2002 and the apparently-associated trade **in hard-core LGBT and child pornography and dead-pool gaming** on Entrust networks allegedly developed by B.C.-based MacDonald, Dettwiler and Associates Ltd., for Starnet Communications' HQ at 425 Carrall Street, Vancouver; and,

https://www.abeldanger.org/hawkins-soamess-key-to-sherman-safe-sercos-tags-and-psycho-straps-mcvicars-pig-farm-bridge-of-pride/

• The "Psycho" murders of up to 60 prostitutes at Psycho 'raves' at the Pickton Family pig farm in B.C. from 1996 to 2002 and the apparently-associated trade in hard-core LGBT and child pornography and dead-pool gaming on Entrust networks allegedly developed by B.C.-based MacDonald, Dettwiler and Associates Ltd., for Starnet Communications' HQ at 425 Carrall Street, Vancouver; and,

**Posted on November 23, 2018 by Cosmic Convergence**

CALIFORNIA FIRESTORMS: Disaster Capitalism At Its Worst

**Hawkins is recommending that families who lost loved ones in HVT or mass-casualty events associated with the negligent, reckless, wilful or fraudulent use of patents in the de-facto custody of agents of Soames, McVicar, Serco or the CAI Private Equity Group, including their shareholders, investment bankers or clients, should follow civil procedures with claims for damages for wrongful deaths similar to those used by the Brown and Goldman families where were awarded compensatory and punitive damages totalling $33.5 million after O.J. Simpson was acquitted in a verdict announced on October 3, 1995 of the murder of his ex-wife, Nicole Brown Simpson, and her friend, Ron Goldman, but where Simpson as sole defendant in the civil case was found responsible for both deaths.**

**Hawkins has also stated** that if he is given all or any of the $10 million reward offered by the family for his help in solving the Sherman murders, **he will share the reward equally with Jason Goodman, founder of Crowd Source the Truth,** as the only investigative journalist with the technical ability to work with Hawkins on the real-time 'discovery' of evidence needed to identify the principals of network who use patented devices or systems to spot fix times of death or body counts at HVT or mass-casualty events.

http://cosmicconvergence.org/?p=28593

---

Nov 16, 2018 at 6:07pm

Hawkins – Serco's BioPharma Sherman Patents – Clinton's Con Air Tainted Blood – McVicar Bridge of Pride™
David "Sherlock" Hawkins is investigating Nicholas (Nick) Soames and Tracey McVicar as possible de-facto custodians of a Serco—formerly RCA GB 1929 and presently the USPTO's agent for Pre-Grant Publication Classification Services—online patent thicket allegedly used by Serco shareholders, the SAFE-BioPharma Association, the Clinton Foundation and members of DOJ Pride to ….

**Establish controlling LGBT elites** in the DOJ (FBI, BOP, USMS, OJP etc) and its inter-agency partners at the Center for Medicare Services [HHS], HUD, and the Department of Labor.

https://www.patreon.com/posts/22753310

D. G. SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211
Spoliation-notice@mailbox.org

**February 2, 2019**

Registered Agent
Lockheed-Martin Corporation, c/o
CSC – Lawyers Incorporating Service Company
7 St. Paul Street
Suite 1660
Baltimore, MD 21202

Maryanne Lavan
SVP, General Counsel and Secretary
Lockheed Martin Corporation
Executive Offices
6801 Rockledge Drive
Bethesda, Maryland 20817

**SUBJ:**      **TRADEMARK INFRINGEMENT AND SOLICITATION OF CLASS**
**ACTION PLAINTIFFS IN MASS TORT SHAREHOLDER LAWSUIT**
**AGAINST SERCO, INC. & MOTOROLA SOLUTIONS, INC.**

**Ladies and Gentlemen:**

1.      At the outset, Lockheed Martin is hereby alerted and notified of the gross and reckless infringement of the following trademark:  **C6ISR**

2.      This trademark has been relied upon by individuals described below to implicate Lockheed Martin Corporation in a bizarre murder for hire scheme by allegedly cooperating with the Electronic Visualization Lab (**EVL**) of the University of Illinois to project snuff murder films on large screens for the entertainment of certain elites in the EVL "bat cave".

3.      The two include a (1) foreign national that is acting in concert with a (2) U.S. citizen to threaten the shareholders of SERCO, INC. with a mass tort lawsuit.  This team is actively soliciting class-action plaintiffs for a mass tort action against SERCO, Inc. based on the failure of public safety radios on 9/11/2001 manufactured by Motorola which led to the death of 343 fire fighters.



**Did C6ISR Patented AI Switch the EVL BAT CAVE in
Chicago to Live Fire On 9/11 with David Hawkins**
Could patents related to Interactive training systems for AWACS weapons directors enable the EVL
CAVE to switch from simulated scenarios to live fire scenarios on the fly? Was such technoogy employed
on September 11? David Hawkins joins me to explore these possibilities.

Internet URL:  https://www.youtube.com/watch?v=s3Cq2NU85Bs

4.      One of the key individuals in this scheme supervised actions that caused the closure of
the Port of Charleston, South Carolina on June 14th, 2017.  The financial losses to the MAERSK
SHIPPING line (to include reputational damage) have been estimated at $4,100K.  It is believed
a similar fate awaits SERCO, Inc. and Motorola Solutions, Inc. with a shutdown of the Federal
Bridge Certification Authority and interconnectivity to the U.S. Patent and Trademark Office
(USPTO) – a consistent topic of discussion for these two individuals.

5.      The two individuals involved are Jason D. Goodman and his social media research
sidekick David Charles Hawkins of Cloverdale, British Columbia.  Hawkins has been railing
against SERCO and Motorola in podcasts for over five (5) years.  Now, he has joined forces with
Goodman.

6.    In a content contained in a YouTube and PATREON.COM video broadcast, both Hawkins and Goodman state the following:

45:26    HAWKINS:    So my point is, please if you are a relative of any firefighter in New York that died, or you have an interest in such, support, or join .. you know .. Jason Goodman and myself and we will explore the possibility that those firefighters that died as a result of the negligent, reckless, willful or fraudulent use of patented devices. And then, sue the hell out of the custodian (Goodman laughs) which is SERCO and its shareholders.

45:54:    GOODMAN:    And of course, we're gonna do that, we're gonna do that anyway David. But, we certainly will be able to sustain it and hope that people who enjoy the show and want that justice to be served will sponsor the channel.



Does Federal Bridge Link Princess Di's D'Alma Tunnel to the 47th floor on 9/11? with David Hawkins

Jason Goodman

3,335 views

**Streamed live on Jan 25, 2019**
**David explores the technological signatures of two of the most controversial crimes in history**

Internet URL:   https://www.youtube.com/watch?v=CQR-979bhCU

7.     In video content spread in a pervasive manner on this date, Mr. Hawkins has now accused Motorola and the University of Illinois of facilitating the use of fiber optics to distribute snuff films.  These bizarre theories may seem harmless to corporate officials; however, these identical methods were used to cause the closure of the Port of Charleston.



Internet URL: https://www.youtube.com/watch?v=YMMZ3vHdhuU

8.     Both Hawkins and Goodman consistently allege that the Federal Bridge Certification Authority (F.B.C.A.) is used to coordinate the distribution of these snuff films.  Both contend that the F.B.C.A. linkage to the State of Illinois demonstrates that both Motorola and Boeing Corporation have worked to establish a fiber optic real-time snuff film distribution network.

9.      One needs to merely look at the PATREON.COM page of Mr. David "Sherlock"
Hawkins to see what plans this pair has for SERCO.

With Patreon funding, Hawkins and Goodman can help communities injured by such events
to develop lawsuits in the "Court of Public Opinion" to recover damages from Serco investors
who met on the 47th floor of WTC#1 on 9/11 and apparently rewarded Con Air SWAT teams
with carbon credits for spot fixing body counts and destruction in what Dr. Thomas Barnett,
former Senior Strategic Researcher and Professor in the Warfare Analysis & Research
Department, Center for Naval Warfare Studies, U.S. Naval War College, Newport, Rhode
Island, described as the *"first live-broadcast, mass snuff film in human history."*

*Here is what Jason Goodman*
[https://www.youtube.com/channel/UC8Cl9QaRtuW9CNjP7pP4BBQ](https://www.youtube.com/channel/UC8Cl9QaRtuW9CNjP7pP4BBQ) *said about David's
efforts "David Hawkins' brilliantly uncanny approach to crime scene investigation utilizes
deductive reasoning and focuses on unique technological signatures. By identifying patents
that describe in detail the technical distinctions of any particular phenomenon, David is able
to draw conclusion and solve mysteries like no other."*

Internet URL:  https://www.patreon.com/reverseCSIstoryboards

10.      For a more complete understanding of the dangers faced by any institution presently in
the sites of Hawkins/Goodman, the corporate risk committee may wish to view the most recent
filings in a slander, defamation and libel lawsuit brought against Mr. Goodman.  See the U.S.
District Court for the Eastern District of Virginia - (Richmond), #: 3:17-cv-00601-MHL, District
Judge M. Hannah Lauck.

11.      Relevant parties should be cautioned that Mr. Goodman is a close associate of Larry
Klayman, esq. who represents other Goodman associates – such as Jerome Corsi and Laura
Loomer.  These ingredients could hypothetically spell out a multi-million-dollar reputational
damage campaign planned against SERCO/Motorola/Lockheed, possible similar to the Port of
Charleston debacle.  Prudence should be Lockheed's guide and an appropriate investigation
should be undertaken.  Motorola and SERCO may wish to also consider these issues.

Kind regards,

D. G. Sweigert

Copies provided:

**J. B. Pritzker, Governor**
**State of Illinois, c/o**
**Illinois State Capitol Building**
**207 State House**
**Springfield, IL 62706**

**JASON GOODMAN, CEO**
**Multimedia Systems Designs, Inc.**
**252 7th Avenue, APT #6S**
**New York, NY 10001**

**Jack Conte, CEO**
**PATREON, INC.**
**Suite 500**
**600 Townsend Street**
**San Francisco, CA 94103**

**Thomas Dahdouh, Director**
**Kerry O'Brien, Assistant Director**
**U.S. Federal Trade Commission**
**Suite 570**
**901 Market Street**
**San Francisco, CA 94103**

**Hon. Wilbur Ross, Junior**
**Office of the Secretary**
**U.S. Department of Commerce**
**1401 Constitution Ave., N.W.**
**Washington, D.C. 20230**

**James E. Daniel, III**
**Senior Vice President, General Counsel**
**SERCO, INC.**
**1818 Library Street, Suite 1000**
**Reston, VA 20190**

**General Counsel**
**Uniformed Firefighters Association**
**204 East 23rd Street**
**New York, NY 10010**

**Mark S. Hacker**
**Executive Vice President, General Counsel**
**Motorola Solutions, Inc.**
**500 W. Monroe**
**Chicago, IL 60661-3618**

U.S. POSTA
PAID 2-DAY
CITRUS HEI
95621
JUN 11 19
AMOUNT

$7.35
R2304807077
10007

2019 JUN 13   PM 2 43
S.D. OF N.Y.

PRESS FIRMLY TO SEAL

D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

PRO SE DIVISION, ROOM #200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

# 200



**PRIORITY®**
**★ MAIL ★**

☷ DATE OF DELIVERY SPECIFIED *

⌇ USPS TRACKING™ INCLUDED *

$ INSURANCE INCLUDED *

🚛 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EXPECTED DELIVERY DAY:  06/12/19

USPS TRACKING NUMBER

VISIT US AT USPS.COM®



UNITED STAT

This envelope is made from post-consumer waste. Please recycle - again.