D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

June 24, 2019

Jason Goodman, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6-S
New York, NY 10001-7334

truth@crowdsourcethetruth.org

PRO SE DIVISION, ROOM #200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

SUBJECT:   SWEIGERT V. GOODMAN,
           CIVIL CASE #: 1:18-CV-08653-VEC
           JUDGE VALERIE E. CAPRONI

REF: (a)   Oversight concerning copies of pertinent letters

Dear Sir:

1.     Due to an oversight the attached two letters were not copied to you.

Signed this 24 day of June, 2019

_____
D. George Sweigert, pro se plaintiff

1

D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

June 18, 2019

EDWARD BUTOWSKY
2200 Bradbury Court
Plano, TX 75093

and

Clerk of the Court
U.S. District Court
for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

SUBJECT:   RICH v. BUTOWSKY et al
CASE #: 1:18-cv-00681-RJL
Judge Richard J. Leon

REF: (a)   Whereabouts of a potential witness: Manual A. Chavez, III

To the Clerk:

1.      The undersigned is a non-party that has observed the behavior of a potential witness.  In video content posted by ref: (a) it appears he is willing to voluntarily accept service of a subpoena from the plaintiff's counsel.

2.      On June 17, 2019 ref: (a) published the video entitled, *Defango Get's subpoena'd in the Aaron Rich Lawsuit - #sethrich Files,* via Internet URL https://www.youtube.com/watch?v=yLnzqcsjPX8 (pictured below) which displays the e-mail message content of plaintiff's counsel.

1

*RICH v. BUTOWSKY et al, CASE #: 1:18-cv-00681-RJL, Judge Richard J. Leon*



Defango Get's subpoena'd in the Aaron Rich
Lawsuit - #sethrich Files



Defango TV
✓ Subscribed  🔔 20K

1,105 views

3.      At time-mark 28:35 ref: (a) proclaims, "Hey, Jason Goodman.  Yo, Jason Goodman, mumble Jason Goodman.  Jason.  Are you watching Jason Goodman?."  Ref: (a) then proposes that Mr. Goodman wait for ref: (a)'s e-mail messages to be turned over to plaintiff's counsel before using such evidence in either one of two lawsuits (shown below).

- ROBERT DAVID STEELE vs. JASON GOODMAN, U.S.D.C. for the Eastern Dist. Of Virginia (Richmond), 17-CV-00601-MHL.
- SWEIGERT vs. GOODMAN, U.S.D.C. for the Southern District of New York, 1:18-CV-08653-VEC [the undersigned is the plaintiff in that case]

2

*RICH v. BUTOWSKY et al, CASE #: 1:18-cv-00681-RJL, Judge Richard J. Leon*

4.     This dramatic request by ref: (a) appears related to the alleged coordination and participation of ref: (a) with Jason Goodman and his then business partner George Webb Sweigert [undersigned's brother] to interview former detective Rod Wheeler (the subject of ECF Doc. No. 62 [6/12/19]).

5.     In the video publication of June 5, 2017, entitled *"Crowdsource the Truth Interviews Rod Wheeler"*, Internet URL: https://www.youtube.com/watch?v=yDI0AFOHuNI&t=1609s , the three discuss the Rich family at length.  Pictured below, left to right, George Webb Sweigert (currently a resident of Annapolis, Maryland), Jason David Goodman, (resident of New York, New York) and Rod Wheeler (resident of Upper Marlboro, Maryland).



### Crowdsource the Truth Interviews Rod Wheeler

Jason Goodman

✓ Subscribed   🔔 81K

43,614 views

➕ Add to   ↪ Share   ••• More      👍 1,668   👎 53

3

*RICH v. BUTOWSKY et al, CASE #: 1:18-cv-00681-RJL, Judge Richard J. Leon*

6.    It is relevant to note that ref: (a), aka YouTube channel name MERLIN DEFANGO, and DEFANGO TV and LARP WARS, uses the name DEFANGO as an alias.

7.    Ref: (a) distributed a video on August 6, 2017, entitled *"Fake News | Rod Wheeler and Seth Rich Case | Anti Radio Underground"* at Internet URL: https://www.youtube.com/watch?v=_zDIkag3hmw .



Fake News | Rod Wheeler and Seth Rich Case |
Anti Radio Underground

Defango TV

✓ Subscribed   🔔  20K

1,100 views

Signed this ___24___ day of June, 2019

D. G. Sweigert, non-party

4

*RICH v. BUTOWSKY et al, CASE #: 1:18-cv-00681-RJL, Judge Richard J. Leon*

D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

June 16, 2019

EDWARD BUTOWSKY
2200 Bradbury Court
Plano, TX 75093

and

Clerk of the Court
U.S. District Court
for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

SUBJECT:   RICH v. BUTOWSKY et al
CASE #: 1:18-cv-00681-RJL
Judge Richard J. Leon


REF: (a)       Whereabouts of a potential witness: Manual A. Chavez, III


To the Clerk:

1.      The undersigned is a non-party that has observed the behavior of a potential witness to escape service of subpoena process in this litigation.  This behavior is documented in a series of YouTube social media videos produced and distributed by ref: (a).


2.      On June 14, 2019 ref: (a) published the video entitled, *Daywave Florida defango*, via Internet URL https://www.youtube.com/watch?v=qOpPqp8KBuU .  In this video the witness request from counsel is displayed to the audience (see below).


1

*RICH v. BUTOWSKY et al, CASE #: 1:18-cv-00681-RJL, Judge Richard J. Leon*



Daywave Florida defango

345 views

👍 33    👎 4    ↗ SHARE    ≡+ SAVE    ...



As you know, we represent Aaron Rich in a suit against Ed Butowsky, Matt Couch, and America First Media, alleging defamation based on statements Mr. Butowsky and Mr. Couch made about Mr. Rich and his family. To be clear, you are not a party in this lawsuit. We have reached out to you only because we believe you have relevant information to our case and we hope to obtain that information in a manner that imposes as little burden on you as possible.

2

*RICH v. BUTOWSKY et al, CASE #: 1:18-cv-00681-RJL, Judge Richard J. Leon*

3.      Ref: (a) reads the e-mail message request to his world-wide audience then remarks [time-mark 15:12]. "Sorry, Your going to need to serve me first. Which you have not.". (see below).



4.      It is relevant to note that ref: (a), aka YouTube channel name MERLIN DEFANGO, and DEFANGO TV and LARP WARS, and uses the name DEFANGO as an alias. His whereabouts presently are in Pensacola, Florida; but, his base of operations appears to be Carson City, Nevada.

5.      Ref: (a) discusses the filing of a Virginia police report (purportedly filed by the wife of the ex-attorney of ref: (a)) with a Carson City Police Officer in the video production published May 18, 2019, entitled *Visited by cops – Virginia Police call – Defango TV* via Internet URL: https://www.youtube.com/watch?v=YwWG3ZOuOsg&t=60s (see below).

3



Visited by cops - Virginia Police call - Defango TV



6.      The former attorney of ref: (a) in question – Steven Biss – apparently represented ref: (a) at one time in a matter that was never filed in the state courts of Arizona.  Ref: (a) is also a potential witness in the lawsuit known as ROBERT DAVID STEELE vs. JASON GOODMAN, U.S.D.C. for the Eastern Dist. Of Virginia (Richmond), 17-CV-00601-MHL.

7.      There are Internet web-sites that purport to display the present address for ref: (a) in Carson City, Nevada.

4

*RICH v. BUTOWSKY et al, CASE #: 1:18-cv-00681-RJL, Judge Richard J. Leon*

by consumers, for consumers...

 **Ripoff REPORT**

Don't let them get away with it!® Let the truth be known!™



Con

■ Revie

■ Total Visits since 1997: **9,008,617,292**    ■ Estimated Money Consumers Saved since 1997: **$15,765,080,261**    ■ Reports filed: **2,585,32:**

| | Programs & **Services** | Help & **FAQs** | Consumer **Resources** | Verified Business **Directory** | Legal **Directory** | Consumers Say **Thank You** | In The **Media** |
|---|---|---|---|---|---|---|---|

**Report:** #1476284

# Complaint Review: Merlin Defango - *Carson City*

**Don't let them Get away with it!**




**Make sure they make the Ripoff Report!**

■ **Submitted:** Sat, March 30, 2019   ■ **Updated:** Sun, March 31, 2019
■ **Reported By:** James — **Wisconsin** United States

■ Merlin Defango
  17█ Nevada St
  Carson City,
  United States
■ **Phone:** 480-868 1█
  ... .

Internet URL:

https://www.ripoffreport.com/report/merlin-defango/carson-city-tv-manuel-chavez-1476284

8.      In a video distributed on June 3, 2017, entitled *Jason Goodman and CO spoofed the SethRich [soc] files on accident*, via Internet URL:

https://www.youtube.com/watch?v=adJ2FxWJZCE . In this video DEFANGO (ref: (a))

describes his understanding of purportedly stolen files from the Democratic National Committee

(DNC) that were in the possession of Jason Goodman (defendant in the Virginia lawsuit).

Apparently, Mr. Goodman had transmitted the allegedly stolen information (protected personally

identifiable information) of DNC donors (names, addresses and amounts) to DEFANGO for file

forensics (see below).

5

*RICH v. BUTOWSKY et al, CASE #: 1:18-cv-00681-RJL, Judge Richard J. Leon*



Jason Goodman and CO spoofed the SethFiles files on accident
ahaha

Defango TV

✓ Subscribed     20K

1,498 views

Add to     Share     More

👍 79   👎 4

Signed this __24__ day of June, 2019



D. George Sweigert, non-party

6

*RICH v. BUTOWSKY et al, CASE #: 1:18-cv-00681-RJL, Judge Richard J. Leon*



D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

TO:

PRO SE DIVISION, ROOM #200
Clerk of the Court
U.S. District Court for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York 10007-1312

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP



Retail

**UNITED STATES
POSTAL SERVICE.**

US POSTAGE PAID

**$7.35**

Origin: 95662
06/24/19
0556740662-3

PRIORITY MAIL 2-Day ®

0 Lb 3.30 Oz

**1006**

EXPECTED DELIVERY DAY:   06/26/19

C014

SHIP
TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER

9505 5158 1613 9175 3448 02

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

This envelope is made from post-consumer waste. Please recycle - again.