UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

### PRAECIPE FOR THE CLERK

NOW COMES THE PRO SE PLAINTIFF pursuant to the All Writs Act, 28 U.S.C. § 1651(a) to advise this Court that the undersigned shall file a Petition for Writ of Mandamus with the U.S. Court of Appeals for the Second Circuit in the upcoming weeks.

The proposed Petition will address the Court's undue delay in adjudicating this instant lawsuit. This praecipe provides adequate notice to the Clerk of this upcoming action.

Approximately six (6) months has elapsed since the undersigned filed ECF Doc. No. 76 [1/23/2019] in response to the Court's ORDER, ECF Doc. No. 65 [11/16/2018] (replies due by 1/30/2019).

The undersigned submits that the legal basis for this action is supported by: *Balintulo v. Daimler*, 727 F.3d 174, 186 (2 Cir. 2013) and *In re Rman catholic Diocese of Albany, N.Y., Inc.*, 745 F.3d 30, 35 (2d Cir. 2014).

Signed this 11 day of July, 2019.



D. G. Sweigert

7·11·19

# CERTIFICATE OF SERVICE

The undersigned hereby attests that an accurate and true copy of the attached pleading has been sent via U.S. Postal Service mail with First Class postage affixed on this __11__ day of July, 2019.

| PRO SE DIVISION, ROOM #200 Clerk of the Court U.S. District Court for the SDNY (FOLEY SQUARE) 500 Pearl Street New York, New York 10007-1312 | Jason Goodman, CEO Multimedia Systems Designs, Inc. 252 7th Avenue, APT #6-S New York, NY 10001-7334 | Hon. Valerie E. Caproni United States District Judge Courtroom 443 Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 |
|---|---|---|

_____D.Sgt_____/

D.G. SWEIGERT

P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

7.11.19

# PRIORITY MAIL

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EXPECTED DELIVERY DAY: 07/15/19

USPS TRACKING NUMBER

UNITED STATES POSTAL SERVICE

PM 2-Day
CITRUS HEIGHTS, CA 95621
JUL 12 19
AMOUNT
$7.35
R2305M148656-11

1006
10007

D.G. SWEIGERT
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

TO:

PRO SE DIVISION,
ROOM #200
Clerk of the Court
U.S. District Court
for the SDNY
(FOLEY SQUARE)
500 Pearl Street
New York, New York
10007-1312