UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

July 23, 2019

Jason Goodman, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6S
New York, NY 10001-7334

CLERK
PRO SE DIVISION, ROOM #200
U.S. District Court for the SDNY
500 Pearl Street
New York, New York 10007-1312

SUBJECT:  PROPOSED DISQUALIFICATION OF PRESIDING JUDGE –
PART TWO

REF: (a)  ROBERT S. MUELLER, III (former special counsel)

(b)  SWEIGERT V. GOODMAN,
CIVIL CASE #: 1:18-CV-08653-VEC
JUDGE VALERIE E. CAPRONI

Good Morning:

1.   This letter is an attempt to ascertain the intentions of the defendant (Goodman) concerning a motion proposed by the plaintiff (undersigned). The purpose of the proposed motion is to examine the supporting rationale for the proposed disqualification of the current presiding judge.

1

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

2. You may want to consult with legal counsel while you are deliberating about your decision to accept a potential waiver of conflict of interest of the presiding judge. Such a waiver would require both parties to agree to accept the apparent conflict of interest and personal bias that has been purportedly demonstrated by the presiding judge. Unless there is a clear indication of a tangible approach to mitigate the appearance of this conflict of interest the appearance of impropriety and personal bias will cast a shadow over the integrity of the Court (see below).

---

**Canon 2: A Judge Should Avoid Impropriety and the Appearance of Impropriety in all Activities**

*Respect for Law*. A judge should respect and comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary.

**Canon 3: A Judge Should Perform the Duties of the Office Fairly, Impartially and Diligently**

The duties of judicial office take precedence over all other activities. The judge should perform those duties with respect for others, and should not engage in behavior that is harassing, abusive, prejudiced, or biased. The judge should adhere to the following standards:

(A) *Adjudicative Responsibilities*.

(1) A judge should be faithful to, and maintain professional competence in, the law and should not be swayed by partisan interests, public clamor, or fear of criticism.

(2) A judge should hear and decide matters assigned, unless disqualified, and should maintain order and decorum in all judicial proceedings.

(3) A judge should be patient, dignified, respectful, and courteous to litigants, jurors, witnesses, lawyers, and others with whom the judge deals in an official capacity. A judge should require similar conduct by those subject to the judge's control, including lawyers to the extent consistent with their role in the adversary process.

(4) A judge should accord to every person who has a legal interest in a proceeding, and that person's lawyer, the full right to be heard according to law.

Internet URL: https://www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges

---

Case 1:18-cv-08653-VEC   Document 81   Filed 07/25/19   Page 3 of 8

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

3. As you are well aware, Larry Klayman, esq. has filed "criminal charges" against ref: (a).

> Freedom Watch Founder Larry Klayman Announces Criminal Indictment Of Special Counsel Robert Mueller By Citizens Grand Jury
>
> NEWS PROVIDED BY
> **Freedom Watch**
> Jun 27, 2019, 09:00 ET
>
> WASHINGTON, June 27, 2019 /PRNewswire/ -- Today, Larry Klayman, a former federal prosecutor and the founder of Freedom Watch (www.freedomwatchusa.org) announced the criminal indictment of **Special Counsel Robert Mueller** by a citizens grand jury for the alleged crimes of witness tampering, obstruction of justice, attempting to suborn perjury and other illegalities. A copy of the indictment, jury instructions, verdict form and related documents can be found on Freedom Watch's website along with a video of the grand jury proceedings. Filming the proceedings **as well as offering testimony** about Mueller's alleged illegal grand jury leaks was **Jason Goodman, CEO of Crowdsource the truth.** The video of the proceedings can also be found at the links below:
> In a landmark case styled United States v. Williams, 504 U.S. 36 (1992), Justice Antonin Scalia ruled that the grand jury does not belong to any of the three branches of government, but rather to the American people. Indeed, several states have citizens grand juries.
> Klayman had this to say as the prosecutor who procured this indictment:
> "On June 12, 2019, a citizens grand jury comprised of eight jurors heard testimony and considered other evidence principally from Dr. Jerome Corsi, who had been a target of Special Counsel Mueller's so-called Russian collusion investigation and voted out a true bill of indictment based on Mueller's primarily having threatened Corsi with indictment if he did not agree to lie under oath implicating President Donald Trump in criminal activity. In addition, the citizens grand jury indictment addresses alleged illegal and unconstitutional surveillance and criminal grand jury leaks concerning Corsi."
> "This criminal indictment of Mueller is both historic and the first of its kind, particularly since it is clear that the Department of Justice, in the end, protects its own. See Solomon, "Feds Gone Wild: DOJ's Stunning Inability to Prosecute its Own Bad Actors," The Hill (June 13, 2019).   [emphasis added]
>
>
> Internet URL:   https://www.prnewswire.com/news-releases/freedom-watch-founder-larry-klayman-announces-criminal-indictment-of-special-counsel-robert-mueller-by-citizens-grand-jury-300875547.html

Case 1:18-cv-08653-VEC   Document 81   Filed 07/25/19   Page 4 of 8

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

4.   As you are well aware, Mr. Klayman filed a civil lawsuit against ref: (a) on behalf of his client Jerome Corsi.  You have covered these court proceedings on your CSTT social media podcast show.  A small sample appears below.



Dr. Corsi's Day in Court – The Only Man in America Taking on Robert Mueller
Jason Goodman
Streamed 6 months ago • 39,700 views
Larry Klayman challenges Robert Mueller's special counsel on behalf of Dr. Jerome Corsi in the opening hearing with Judge ...



Corsi v Mueller Legal Analysis with Special Guest Larry Klayman
Jason Goodman
Streamed 6 months ago • 69,815 views
Larry Klayman joins me to discuss yesterday's hearing with judge Richard Leon, the first in Corsi v Mueller. Support Dr. Corsi's ...



Streamed live on Jan 3, 2019
Larry Klayman challenges Robert Mueller's special counsel on behalf of Dr. Jerome Corsi in the opening hearing with Judge Leon.

4

Case 1:18-cv-08653-VEC Document 81 Filed 07/25/19 Page 5 of 8

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI**



Corsi v Mueller Legal Analysis with Special Guest Larry Klayman
Jason Goodman
Subscribed  82K
69,824 views

L to R; Jason Goodman and Larry Klayman

Streamed live on Jan 4, 2019
Larry Klayman joins me to discuss yesterday's hearing with judge Richard Leon, the first in Corsi v Mueller.

Support Dr. Corsi's legal defense fund – http://corsination.com/
Visit Larry's website – http://www.larryklayman.com/
Support Freedom Watch – https://www.freedomwatchusa.org/

5.  To the casual observer it appears the three of you are inextricably intertwined in matters involving Mr. Corsi and lawsuits directed at ref: (a). The multiple personal appearances on the Crowdsource the Truth (CSTT) podcast social media show by Mr. Klayman and Mr. Corsi almost appears countless. This would indicate that you are very familiar with the legal strategies and approaches to this litigation (Corsi vs. ref: (a)) demonstrated by the plaintiff and his attorney. One can assume that the public relations campaign that you could construct would be helpful to the pursuit of this litigation. Thus, it could be assumed that you play a key role on the Corsi litigation team.

Case 1:18-cv-08653-VEC   Document 81   Filed 07/25/19   Page 6 of 8

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

Case 1:18-cv-02885-ESH   Document 15   Filed 01/21/19   Page 1 of 23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEROME CORSI, an individual
Denville, New Jersey[1]

       Plaintiffs,

v.

ROBERT MUELLER, an individual,
Individually and in his official capacity as Special Counsel
950 Pennsylvania Ave NW
Washington, D.C. 20530

And

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, D.C. 20530

And

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Ave NW
Washington, D.C. 20530

And

NATIONAL SECURITY AGENCY
9800 Savage Rd. Suite 6272
Ft. George G. Meade MD 20755-6000

**AMENDED COMPLAINT**
**Civil Action No. 18-cv-02885 (ESH)**

Case 1:18-cv-08653-VEC   Document 81   Filed 07/25/19   Page 7 of 8

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

> of the Defendants, which includes in excess of $800, 000, 000.00 million USD in punitive damages against Defendant Bezos's (5% of his net worth) alone.
>
> (d) Such other relief as this Court may deem just and proper.
>
> **DEMAND FOR JURY TRIAL**
>
> **Plaintiffs demand a trial by jury on all counts as to all issues so triable.**
>
> Dated: January 22, 2019          Respectfully submitted,
>
> /s/ Larry Klayman
> Larry Klayman, Esq.
> KLAYMAN LAW GROUP, P.A.
> D.C. Bar No. 334581
> 2020 Pennsylvania Ave. NW, Suite 800
> Washington, DC 20006
> Tel: (561)-558-5536
> Email: leklayman@gmail.com

6. For the above reasons, it may be prudent for you to discuss these matters with appropriate legal counsel before deciding as to whether or not you support a waiver of the purported conflict-of-interest presumably held by the presiding judge in the form of personal bias towards her former boss, ref: (a).

I hereby attest, that to the best of my ability, the foregoing information is provided under an oath as to accuracy.

Signed this  23  day of July, 2019.

*D. Smt*                                    /

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975

7.23.19

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975

TO:

Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312



**PRIORITY MAIL 2-DAY®**

U.S. POSTAGE
$7.35
PM 2-DAY
95662 0006
Date of sale
07/22/19
06  2S
11488448

0006

C014

EXPECTED DELIVERY DAY: 07/24/19

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER

9505 5067 1231 9203 0903 73

LABEL MAY BE REQUIRED.



EP14F July 2013

VISIT US AT USPS.COM®

This envelope is made from post-consumer waste. Please recycle - again.