UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

U.S. District Court for the Southern District of New York
(FOLEY SQUARE)

D George Sweigert

Plaintiff

v.                                             CIVIL CASE #: 1:18-CV-08653-VEC

Jason Goodman                                  JUDGE VALERIE E. CAPRONI

Defendant

CHANGE OF ADDRESS AND CERTIFICATE OF SERVICE

THE COURT SHALL TAKE NOTICE THAT THE PLAINTIFF HAS CHANGED HIS
ADDRESS TO GENERAL DELIVERY, ROUGH AND READY, CA 95975.

I hereby attest that a true copy of this pleading has been sent to the following addressees on
the 23rd day of July, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-25-19

Jason Goodman, CEO
Multi-media Design Systems, Inc.
252 7th Avenue, Apart. #6S
New York, NY 10001

Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

D. Sgt

D. GEORGE SWEIGERT

7.23.19

UNITED STATES

FROM:

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975

PRESS FIRMLY TO SEAL

TO:

Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

USMS
SDNY

P3

VISIT US AT USPS.COM®

EP14F July 2013

P

PRIORITY MAIL 2-DAY®

U.S. POSTAGE
$7.35
PM 2-DAY
95662 0006
Date of sale
07/22/19 KSK
06   2S SSS
11488448

0006

EXPECTED DELIVERY DAY: 07/24/19

C014

SHIP
TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER

9505 5067 1231 9203 0903 73

LABEL MAY BE REQUIRED.



This envelope is made from post-consumer waste. Please recycle - again.