Case 1:18-cv-08653-VEC   Document 84   Filed 07/29/19   Page 1 of 16

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

July 24, 2019

Jason Goodman, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6S
New York, NY 10001-7334

CLERK
PRO SE DIVISION, ROOM #200
U.S. District Court for the SDNY
500 Pearl Street
New York, New York 10007-1312

SUBJECT:   PROPOSED DISQUALIFICATION OF PRESIDING JUDGE –
           PART THREE

REF: (a)   ROBERT S. MUELLER, III (former special counsel)

     (b)   SWEIGERT V. GOODMAN,
           CIVIL CASE #: 1:18-CV-08653-VEC
           JUDGE VALERIE E. CAPRONI

Good Morning:

1.     This letter is an attempt to ascertain the intentions of the defendant (Goodman) concerning a motion proposed by the plaintiff (undersigned). The purpose of the proposed motion is to examine the supporting rationale for the proposed disqualification of the current presiding judge.

Case 1:18-cv-08653-VEC Document 84 Filed 07/29/19 Page 2 of 16

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

2. Your attention is directed to the video content that you have distributed in a widely pervasive manner on your social media channels entitled, *Robert David Steel*, June 13, 2017 (one day before the dirty bomb hoax at the Port of Charleston, South Carolina).



L to R: Robert David Steel and George Webb Sweigert



L to R: Jason Goodman, George Webb Sweigert, Robert David Steele and Trish Negron

**Streamed live on Jun 13, 2017**
**We have officially withdrawn our endorsement of Robert David Steele and his organization due to his disingenuous behavior and numerous complaints from the Crowdsource community.**

Internet URL: https://www.youtube.com/watch?v=hMJoAO5OZY8

2

Case 1:18-cv-08653-VEC   Document 84   Filed 07/29/19   Page 3 of 16

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

3. The relevant commentary of the video content appears below.

| | |
|---|---|
| 00;48 | GOODMAN. People were asking us about Mueller, and I mistakenly thought they were talking about Seth Rich's neighbor, who had just come forward with his testimony about having seen Seth on the night that he was shot. But, of course everyone was talking about Robert Mueller the special investigator who's a, or a, prosecutor. What is he? |
| 01:08 | NEGRON AND STEELE: Special Counsel. |
| 01:10 | GOODMAN. Special something. He's a special weird thing and I was just rolling around in my brain thinking boy that's a coincidence that those two guys have the same last name. Is there any connection between this Seth Rich neighbor and the gentleman who was the F.B.I. Director just one week before 9/11 and said nothing about the …. |
| 01:31 | STEELE. I, I have no direct knowledge that, but let me be on the record and say that I consider Robert Mueller to be a traitor. |
| 01:37 | GOODMAN: I agree! I agree. |
| 01:38 | STEELE: Mueller covered up, we now know with absolute certainty that Dick Cheney ran 9/11 and Mueller has spent a lifetime covering that up. |
| 01:49 | GOODMAN: Listen to that folks! I agree! Okay. So everybody who said we are not talking about 9/11 this is relevant, this is what we are talking about. I agree. |

Case 1:18-cv-08653-VEC   Document 84   Filed 07/29/19   Page 4 of 16

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

4.      Your statement that you believe that ref: (a) is a *"traitor"* that *"covered up 9/11"* is problematic with the background of the presiding judge. There are at least two issues at play:

> (1) there will be a need to receive appropriate evidence from the Court indicating that an approach has been adopted by the presiding judge to set-aside her loyalty and any personal feelings for ref: (a) (see traitor comment) to mitigate any personal bias, and;
>
> (2) a mitigation strategy will be required to reduce conflict-of-interest based on your assertions the presiding judge was most likely a co-conspirator with ref (a) to *"cover up 9/11"* (as you propose, believe and publicly state).

5.      As the chief legal officer for the F.B.I. (2003 – 2011) the presiding judge would have been privy to many facts, developments and results of investigations concerning the 9/11 tragedy. Please refer to ECF Doc. No. 80, letter dated 7/19/19, concerning the tenure as F.B.I. General Counsel from 2003 to 2011 by the presiding judge.

6.      As you have stated on several podcasts, you believe the damage at the Pentagon, Arlington, Virginia on 9/11/01 was caused by a rocket launched from a ground-based truck and not from an aircraft. Such statements as these, place the presiding judge in a difficult position to demonstrate that her honor will provide a fair and balanced review of the facts in this case, in light of *"crack pot"* conspiracy theories published on CrowdSource The Truth (CSTT).

7.      To elaborate. The lead CSTT researcher for 9/11 "conspiracy theories" is David Charles Hawkins of White Rock, British Columbia. In fact, you recently traveled to Canada to create video content with Mr. Hawkins (a purported *"forensic economist"*).

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
**SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI**



### David Hawkins' Discovery CSI ★ Special ★ LIVE at Piggy Palace Good Times Society In British ...

Jason Goodman
Streamed 1 week ago • 7,918 views
I join David in Vancouver for a very special trip to the infamous Pickton Pig Farm to see what remains there. visit David's Website ...



### David Hawkins' Discovery CSI – Live from Vancouver B.C.

Crowdsource the Truth 2
Streamed 1 week ago • 653 views
David joins me live in Vancouver for a new twist on our show's format. watch David Hawkins' Discovery CSI Fridays on Patreon ...



David Hawkins' Discovery CSI ★ Special ★ LIVE at Piggy Palace Good Times Society In British Columbia

Jason Goodman
✓ Subscribed  82K
+ Add to   ➤ Share   ••• More
7,993 views
👍 445  👎 30

L to R: Jason Goodman and David Charles Hawkins

---

Streamed live on Jul 16, 2019
I join David in Vancouver for a very special trip to the infamous Pickton Pig Farm to see what remains there.

visit David's Website – https://reversecsiscripts.com/

---

**Internet URL: https://www.youtube.com/watch?v=dmqsDwCvj8E&t=3s**

Case 1:18-cv-08653-VEC Document 84 Filed 07/29/19 Page 6 of 16

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

8. Your attention is called to ECF Doc. No. 77, letter dated 6/9/19. Beginning on page 8 of ECF Doc. No. 77 are excerpts of commentary made by Mr. Hawkins over the previous decade, to include the CSTT platform. An excerpt appears below.

- A super class of "LGBTQ elites" have infiltrated several programs of the U.S. Department of Justice (DOJ) for the purposes of extortion and murder-for-hire of young children to sexually satisfy pedophiles.
- This super-class of elites was established by Kristine Marcy, a lesbian, traitor and alcoholic that created DOJ PRIDE (an LGBTQ organization).
- As both SERCO, INC. and the US DOJ PRIDE have corporate/government LGTBQ programs, these institutions have implicated themselves (SERCO and DOJ PRIDE) in several dozen child murders utilizing CONAIR (Joint Prisoner Alien Transport System) deployments of "SERCO SWAT teams" that "cancel the carbon-footprint of high-value targets" (murder).
- That LGBTQ elites controlled the snuff-film and on-line gambling corporation known as Starnet, Vancouver, B.C., to distribute pedophile snuff films, via the Starnet communications network, to LGBTQ elites.
- That LGBTQ elites operate "betting dead pools" to estimate the time of death of children that are filmed in real-time for the benefit of pedophile consumers of such child-snuff films (videos).

9. As the presiding judge occupied a very high position in the F.B.I., and as she may be a member of, or sympathizer with, the DOJ PRIDE program, it appears that both you and Mr. Hawkins have implicated the presiding judge in this "*snuff film murder for hire network*". If the presiding judge had friends or colleagues in DOJ PRIDE, her honor may find it difficult to create a mitigation strategy to reduce the appearance of a conflict-of-interest with her possible involvement in the DOJ PRIDE program and your insinuations of criminal activity (see below).

6

Case 1:18-cv-08653-VEC Document 84 Filed 07/29/19 Page 7 of 16

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI**

> Dec 15, 2018 at 5:18pm
>
> Hawkins Malipod™—Serco's AI Con Air Sherman Patents—Maxar's Radio-Silenced Footprint—McVicar's Bridge of Pride™
>
> Hawkins is using his Malipod™ (ref.) virtual patent-profiling machine to identify Serco and DOJ insiders—including Nicholas Soames (former UK MOD 1994-1997), Isham, McVicar and LGBT+ deviants— as ad hoc custodians of patents listed below who help to neutralize carbon footprints at HVT or mass-casualty events and silence crime scene investigators, whistleblowers or witnesses.
>
> Hawkins believes that Serco and DOJ Pride's 'LGBT+ deviants' have used patented Con Air expert systems to track and remove evidence of mens rea from crime sites but have always left an actus rea footprint indicating wrongful deaths from the use of one or more of the 4 millionth patent applications processed by Serco as USPTO's outsourcer for Pre-Grant Publication (PGPubs) Classification Services!
>
> https://www.patreon.com/posts/hawkins-malipod-23351441

[Page 9 of 23, ECF Doc. No. 77]

10.     The insinuations of you, Mr. Hawkins and other CSTT guests creates an issue as to whether the presiding judge was aware of these "*LGBTQ elites*", or perhaps was a member of DOJ PRIDE. In the case of the later, the presiding judge would be hearing a lawsuit that presumably would include evidence of the very "*snuff film murders*" that her honor may have arranged while working with DOJ PRIDE members or colleagues (as you suggest). This creates a thorny conflict-of-interest issue (possible murder suspect hearing a case about the very murder she may have arranged).

7

Case 1:18-cv-08653-VEC Document 84 Filed 07/29/19 Page 8 of 16

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

11. Another thorny issue is whether the presiding judge attempted to cover up the operations of an F.B.I. informant Oakey Marshall Richards. Mr. Richards has been identified as the source of information that led to the closure of the Port of Charleston, South Carolina, on June 14th, 2017.

12. You distributed in a high pervasive manner, social video content entitled, "*Hudson Exposed – Ray Looker's Firsthand Account of the Sinister Deception of Okey Marshall*," dated May 31, 2018.



Hudson Exposed – Ray Looker's Firsthand Account of the Sinister Deception of Okey Marsha
Jason Goodman
Subscribed  82K
7,141 views
225  28

Published on May 31, 2018
About 1 year ago, George Webb Sweigert introduced me to an individual allegedly named "Richard Stone". According to the two, Stone was a Vietnam veteran with experience as a "contractor to U.S. intelligence services". **Stone would call George or me daily with information**, insights and updates. George would consistently reiterate that Stone was one of his best sources of intelligence, and would refer to him in his own YouTube broadcasts as **"Deep Uranium"**

In time, I convinced Stone to come on Crowdsource the Truth as I was not comfortable receiving his information and paraphrasing or sharing it as my own. I prefer to have guests provide their accounts firsthand and let the Crowdsource community decide for themselves.

To protect his identity, "Stone" became **"Rock" and Mr. Hudson** was born.

Case 1:18-cv-08653-VEC Document 84 Filed 07/29/19 Page 9 of 16

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

> Many viewers enjoyed Mr. Hudson's baritone delivery of conservative political views and his irreverent comments on the Clintons, Obama and others who would defy the constitution for their own political gain.
>
> Months ago, inexplicable behavior, coupled with an abrupt departure terminated regular Hudson Report broadcasts. **George's brother Dave "Acton" Sweigert recently (and mysteriously) revealed Mr. Deep Uranium Hudson to be not Richard Stone, but in fact, Okey Marshall Richards.** This lead us to **Ray Looker, a Messianic Rabbi** and former West Virginia Militia supporter. According to Looker, Richards worked for the FBI in the 1990's as a provocateur. Looker says Richards framed him for crimes he did not commit, in part for money and the self aggrandizing satisfaction of living out fantasies as a "Secret Government Agent" and in part to help the FBI secure an additional $1,000,000,000 per year in funding to fight radical domestic terrorism.
>
> Download the searchable court transcript – https://drive.google.com/file/d/1DaMP...
> [emphasis added]

**Internet URL: https://www.youtube.com/watch?v=jWcGuBX8ncc**

13. As you are well aware, the former CSTT talent Susan Holmes, aka "QUEEN TUT" was featured in video content distributed by Steve Outtrim (depicted below), entitled, "*CryptoBeast #16 - Queen Tut Spills The Beans*", Nov. 29, 2018.



9

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
**SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI**

> Published on Nov 29, 2018
> Queen Tut was an insider at Crowdsource the Truth. She reveals the tangled web of people connected to a proven FBI informant, manipulating narratives on YouTube as a sophisticated form of psychological operations.

### Internet URL: https://www.youtube.com/watch?v=N1GO1nJUVUM

14. Below is a transcript of the above cited video, which is a conversation between Steve Outtrim (New Zealand) and co-defendant Susan Holmes, "QUEEN TUT".

- 40:11 OUTTRIM: Well, we do know for a fact that this guy was an FBI informant named in multiple court cases.

- 40:19 HOLMES. Yes, that is a fact. That is an absolute fact. I found all these articles, I have all these articles. Where he is named. I saved them.

- 40:29 OUTTRIM. Well. Then. He is collaborating with George Webb and Jason Goodman. He is feeding them this information about a dirty bomb that can be made out of uranium. That turns out to be false.

- 41:04 HOLMES. Ah, yeah. There .. uh.. ah .. it is fair to assume that the information he was getting was getting is from "DEEP URANIUM", FBI informant. Yeah. Absolutely.

15. As you are well aware, the blog site "*Tracking the Leopard Meroz*" published an article about Oakey Marshall Richards, Jr. on May 28, 2018 (see below).

10

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
**SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI**

# The Unusual Telephone Calls of FBI Informant Okey Marshall Richards, Jr.

"The resurrection of Brickton Missionary Baptist Church began one spring day a few weeks ago with an unusual telephone call." (Amy B. McCraw, Times-News Correspondent, June 6, 2015, "Man's Dream Becomes Reality", blueridgenow.com)

So begins this 2015 story out of Fletcher, North Carolina. Reporter Amy McCraw continues, "Marshall Richards, who came to the area from Ohio, called local resident Clarence Livingston and told him he wanted to restore the little, white church founded by Livingston's father, the late Colon Livingston. Richards said the idea of restoring and reviving the church came to him in a dream he first had in 1968 when he was a 14-year old boy living in West Virginia."

"He said he continued to have the same dream over the years until he mentioned it while staying with a friend in Fletcher in February. The friend recognized the church Richards described and took him to Brickton Missionary Baptist Church. 'It looked exactly as the one in the dream,' Richards said.



Internet URL: https://trackingmeroz.wordpress.com/tag/fbi-informant-marshall-richards/

11

Case 1:18-cv-08653-VEC Document 84 Filed 07/29/19 Page 12 of 16

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

16. The *"Tracking the Leopard Meroz"* blog post included a copy of the newspaper article entitles *"Militia leader: 'I've been had'"*, published August 8, 1997, Pittsburg Post-Gazette.

# Militia leader: 'I've been had'

## Says trusted aide was FBI informant who conned him

**By David Sharp**
The Associated Press

WHEELING, W.Va. — Mountaineer Militia leader Floyd "Ray" Looker said yesterday that an FBI informant was a con man who duped him into activities that led to charges of conspiracy to make bombs.

Looker told jurors that the militia never intended to engage in any illegal activities and would never have done so if he had not been misled by the informant, Okey Marshall Richards Jr.

"I've been had by a professional con man who was being tutored by the FBI," Looker said. The informant was "one slick dude," he added.

Looker, 56, of Stonewood, is on trial in U.S. District Court in Wheeling on charges that he conspired with an unemployed mechanical engineer and a member of the high-IQ group Mensa to manufacture bombs. It is the first of four trials for the militia general. He faces other charges including providing resources for an attack on the FBI Criminal Justice Information Division in Clarksburg.

Looker was the last witness before the defense rested its case.

Closing arguments were scheduled for this morning.

Looker, a Vietnam veteran and self-proclaimed minister, testified that he was interested in obtaining explosives for defensive purposes in the event the United States is invaded and occupied by a foreign force.

He said he never believed that any of those said to be his co-conspirators would have followed through with plans to make bombs, and he said he never would have considered it if he knew it was a violation of federal law.

Looker placed the blame on Richards, his trusted security and intelligence officer, for failing to get copies of federal rules and regulations pertaining to the issue after Looker was given a license application from the Bureau of Alcohol, Tobacco and Firearms.

"Had Mr. Richards provided the regulations, we would have known whatever we're talking about was foolishness because it would not be approved" by the ATF, Looker testified.

He said Richards arranged all the meetings and steered the conversations. He described his role in discussions about explosives as minimal and said he had little knowledge about bombs.

"I'm the ignorant guy sitting on the side, listening to two people discussing something I knew nothing about," he said.

Earlier, the defense continued its attack on the informant's character and motive. Two former wives and several former business partners testified that Richards was a habitual liar who could not be trusted.

Richards made more than 400 tape recordings that led to the arrest of Looker and others before being relocated out of state.

The defense contends that Richards decided to help the FBI to pay off his debts and because he wanted to live the fantasy life of lies he had spread about being a secret government operative.

The 16-month investigation began two months after the Oklahoma City bombing, when the militia is said to have discussed three targets, including the FBI's fingerprint complex, 90 miles south of Pittsburgh.

John "Bob" Woofter, owner of the 400-acre farm where the militia held monthly training sessions in Lewis County, said outside the courtroom that he felt that Looker had been wrongly accused.

"Ray is a good, honest, religious man. What's going on here is a travesty," said Woofter, an Army veteran and militia sympathizer. "If Ray ever had a fault, he was too trusting."

Looker and six others were arrested Oct. 11 after he allegedly sold for $50,000 copies of blueprints of the FBI's fingerprint complex to an undercover agent posing as the middleman for a terrorist group.

— Pittsburgh Post Gazette, August 8, 1997 AP article by David Sharp

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

17.  Your attention is kindly directed to your video productions, entitled "*Susan "Queen Tut" Lutzke/Holmes Reveals David Sweigert – Robert David Steele Lawsuit*", April 30, 2019 (see below).



Susan "Queen Tut" Lutzke/Holmes Reveals David Sweigert – Robert David Steele Lawsuit ...
Jason Goodman
Streamed 2 months ago • 7,161 views
Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent liar. She recently called me, revealing a long suspected ...
CC



Susan "Queen Tut" Lutzke Reveals David Sweigert – Robert David Steele Lawsuit ...
Crowdsource the Truth 2
Streamed 2 months ago • 975 views
Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent liar. She recently called me, revealing a long suspected ...

Streamed live on Apr 30, 2019
**Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent liar.** She recently called me, revealing **a long suspected conspiracy between her, D. George "Acton" Sweigert and Robert David Steele. While nothing she says can be believed at this point,** how else would **David Sweigert know the true identity of Oakey Marshall Richards** were this particular admission not true?

The sinister plans of these malicious social engineers are being revealed before our eyes as the fraudulent and vexatious lawsuit brought by Steele continues to crumble. [emphasis added]

**Internet URL:    https://www.youtube.com/watch?v=WwyRPFhW-HE and**

**https://www.youtube.com/watch?v=L0nIWKBxQnU**

Case 1:18-cv-08653-VEC Document 84 Filed 07/29/19 Page 14 of 16

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

18.     In sum, Oakey Marshall Richards, Jr. was a paid F.B.I. informant in criminal cases that were prosecuted in the State of West Virginia in the 1990s. Ray Looker, who you have interviewed (and subsequently published the interview in a widely pervasive manner) was one of the suspects convicted in the West Virginia militia prosecutions. You became aware of Oakey Marshal Richards, Jr. when he provided you and George Webb (Sweigert) "intelligence assessments" on an almost daily basis. During the period leading up to the Port of Charleston dirty bomb hoax of June 14, 2017, you knew this person as "Deep Uranium".

19.     Later, in approximately August 2017, you inaugurated a "Crowdsource the Truth" (CSTT) weekly feature show with "Deep Uranium", renamed to "Rock Hudson". This person then completed about 30 (thirty) shows on the CSTT platform. According to the testimony of Susan Holmes ("QUEEN TUT") you were aware of the identity of Oakey Marshall Richards, Jr. during the period of August 2017 to March 2018 while he was creating content for your CSTT video podcast shows. Restated: you were aware that the co-host producing 30 (thirty) CSTT video podcasts was the source of information that led to the closure of the Port of Charleston.

20.     In view of the foregoing, it appears the most prudent course of action is for the presiding judge to recuse herself from this lawsuit.

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this __25__/ day of July, 2019.

_____D. S_____/

D. G. SWEIGERT

7·25·19

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

SDNY PRO SE OFFICE

2019 JUL 30 AM 5:59

S.D. OF N.Y.

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

U.S. District Court for the Southern District of New York
(FOLEY SQUARE)

D George Sweigert

**Plaintiff**

v.

Jason Goodman

**Defendant**

CIVIL CASE #: 1:18-CV-08653-VEC

JUDGE VALERIE E. CAPRONI

### CERTIFICATE OF SERVICE

I hereby attest that a true copy of this letter has been sent to the following addressees on the 25th day of July, 2019

> Jason Goodman, CEO
> Multi-media Design Systems, Inc.
> 252 7th Avenue, Apart. #6S
> New York, NY 10001
>
> Clerk of the Court, Room 200
> U.S. District Court
> 500 Pearl Street
> New York, New York 10007-1312

_____
D. GEORGE SWEIGERT

7.25.19

**PRIORITY MAIL**
**POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

FROM:
D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org

TO:
Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

VISIT US AT USPS.COM

**PRIORITY MAIL 2-DAY®**

U.S. POSTAGE
$7.35
PM 2-DAY
95621 0006
Date of sale
07/25/19
06  2S
11488361

0006
C014

EXPECTED DELIVERY DAY: 07/27/19

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER

9505 5067 0811 9206 1221 80

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013

This envelope is made from post-consumer waste. Please recycle - again.