UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

D. G. SWEIGERT, C/O<br>
GENERAL DELIVERY<br>
ROUGH AND READY, CA 95975<br>
<u>Spoliation-notice@mailbox.org</u>

July 29, 2019

Jason Goodman, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6S
New York, NY 10001-7334

CLERK
PRO SE DIVISION, ROOM #200
U.S. District Court for the SDNY
500 Pearl Street
New York, New York 10007-1312


SUBJECT:    PROPOSED DISQUALIFICATION OF PRESIDING JUDGE –
            PART FIVE


REF:   (a)   MANUEL CHAVEZ, III (DOB 03/2X/19XX), AZ DL DO1566834
             PRESENTLY LIVING IN CARSON CITY, NEVADA

       (b)   SWEIGERT V. GOODMAN,
             CIVIL CASE #: 1:18-CV-08653-VEC
             JUDGE VALERIE E. CAPRONI


Good Morning:


1.    This letter is an attempt to ascertain the intentions of the defendant (Goodman) concerning a motion proposed by the plaintiff (undersigned). The purpose of the proposed motion is to examine the supporting rationale for the proposed disqualification of the current presiding judge.

1

Case 1:18-cv-08653-VEC Document 85 Filed 07/31/19 Page 2 of 10

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

2.  As a preliminary matter, you may be pleased to learn that the apparent witness to murder-for-hire activities has been located. Kindly direct your attention to COUNT FIVE: MURDER FOR HIRE ACTIVITIES ON THE DARKNET, page 29, ECF Doc. No. 5 [06/29/18] (see below).

> **COUNT FIVE: MURDER FOR HIRE ACTIVITIES ON THE DARKNET**
>
> In a video production of a discussion group posted on the YouTube channel "Defango", entitled "After Hours | Danger Zone Quinn Exposed + goodman Darknet woes", 12/10/2017 (@.7K+ views) a discussion member ("Billy Bob") claims that Quinn Michaels (Korey Atkin) lived in his garage for three (3) weeks.
>
> An exchange takes place between "Defango" and "Billy Bob" (landlord to Quinn Michaels).
>
> 7:00 DEFANGO. "Is this the same Quinn Michaels that has been going on CrowdSource The Truth?
>
> 07:03 BILLY BOB. Yeah, man. And while he was here (Quinn Michaels) he was actually talking to Jason Goodman. That Jason Goodman guy, that you always talk about on your show.
>
> 07:11 DEFANGO. Yeah
>
> 07:12 BILLY BOB. And they were, like, talking about putting bounties on you and all kinds of stuff, man. They really don't like you. I don't know why. Looks like you guys are both, you know, "CrowdSourcing the truth". I don't get why you guys are fighting, man. You know. It's kinda weird.
>
> 07:28 DEFANGO. Yeah. Did you said [sic]. You said putting ... you said they were trying to put out .. what on me?
>
> 07:32 BILLY BOB. They were trying to like put out hits on the dark web .. and they were trying to put hits on you ... try to offer bounties. There's like bounty rewards right now for information on you..."
>
> ( https://www.youtube.com/watch?v=w9qfq_IjYss&t=446s )
>
> AMENDED COMPLAINT PURSUANT TO FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT * * JURY TRIAL DEMANDED * * - 29

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

3. To refresh your memory in this matter, your attention is kindly directed to the YouTube social media entitled, *"jason goodman paid to have defango killed*?", 07/26/19 (see below). The main points are made by ref: (a) who uses the YouTube aliases DEFANGO, DEFANGO TV, LARP WARS and MERLIN DEFANGO (see below).



L to R: Unknown [MAGA Coalition] and Manual Chavez, III [DEFANGO]

Published on Jul 26, 2019
"they paid somebody online through the darknet to quote-unquote take me out" clip courtesy of maga coalition https://www.youtube.com/channel/UCqah...

Internet URL: https://www.youtube.com/watch?v=hKkqaCnTWtE

4. A transcript of the discussion in this video appears below.

3

Case 1:18-cv-08653-VEC Document 85 Filed 07/31/19 Page 4 of 10

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

| | |
|---|---|
| 00:03 | VOICE [MAGA] Are they accusing Jason Goodman, who barely knows how to use his microphone, they're accusing him of hacking? |
| 00:06 | CHAVEZ [DEFANGO] Paying somebody to hack somebody. |
| 00:08 | VOICE [MAGA] OK, so that would be a criminal conspiracy. |
| 00:11 | CHAVEZ [DEFANGO] And then we also have the point with me where he paid some guy like .. they .. they got Bitcoin. And then they paid somebody on-line through the Dark-Net to "take me out". And we found the information about that on-line. So, like, there is a whole lot .... |
| 00:32 | VOICE [MAGA] So, wait. Someone paid someone to take you out. |
| 00:37 | CHAVEZ [DEFANGO] Yeah, like they literally were looking on-line and made an initial payment to somebody to "take me out". And I actually had one of their people come up to me like, you know, and tell me about this. But the only reason I never actually went to litigation on the thing is because this person didn't want to sign an affidavit. Even though we had video evidence that was already provided for ... you know .. the alleged whatever they were trying to do. Having somebody "off" me. |

5. It appears the witness that was previously identified as "BILLY BOB" in the transcript appearing on page 29 of ECF Doc. No. 5 has been located. He has been tentatively identified as "TYLER HEINZ" a U.S. Navy Veteran was an interest in Bitcoin crypto currency. (See below).

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI



**Tyler H.** · 3rd  Self-Employed
hello
Greater Los Angeles Area · 500+ connections · **Contact info**

### Experience



**bitcoin**
Self-Employed
Jan 2016 – Present · 3 yrs 7 mos
Greater Los Angeles Area

 BTC



**Machine Technician**
Old Castle Precast Inc
Apr 2015 – Jan 2017 · 1 yr 10 mos
Fontana

Sierra Building Products is a division of the Oldcastle Architectural Products Group (APG). APG is North America's leading manufacturer and supplier of concrete masonry, dry mix, and hardscape products. With over $2B in sales, APG operates across 40 states and 5 Canadian provinces through a network of over 165 operating locations and more than 5,000 employees.... See more



**Gas systems turbine mechanic**
US Navy
Jan 2007 – Jun 2012 · 5 yrs 6 mos

operate, repair and perform organizational and intermediate maintenance on mechanical components of gas turbine engines, main propulsion machinery including gears, shafts and controllable pitch propellers; and assigned auxiliary equipment and propulsion control systems.

**Internet URL: https://www.linkedin.com/in/tyler-h-8a4869b8/**

5

Case 1:18-cv-08653-VEC Document 85 Filed 07/31/19 Page 6 of 10

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

6. Concerning the issue of possible *"foot-dragging"* by the presiding judge (PJ) in this lawsuit; please see ECF Doc. No. 65 [SHOW CAUSE ORDER], which required all responses to be delivered by 01/30/2019 (see below).

**SO ORDERED. (Replies due by 1/30/2019.) (Signed by Judge Valerie E. Caproni on 11/16/2018) (rjm) (Entered: 11/19/2018)**

> 65 ORDER TO SHOW CAUSE. IT IS HEREBY ORDERED that all pending motions and deadlines are STAYED pending the resolution of this Order to Show Cause. Furthermore, until further order from this Court, neither party is permitted to file any further motions or pleadings except in response to this Order to Show Cause. Any submission filed in violation of this Order may be denied or stricken on that basis alone without further notice to either party, and the filing party may be subject to sanction. IT IS FURTHER ORDERED that Plaintiff show cause, no later than December 28, 2018, why his amended complaint should not be dismissed and why his motion for leave to file a second amended complaint (Dkt. 39) should not denied as futile. Specifically, Plaintiff's response to this Order must: Show cause why his claims asserting violations of criminal law should not be dismissed for lack of standing, and as further specified and set forth in this Order to Show Cause. IT IS FURTHER ORDERED that Defendant may (but need not) file a brief in support of this Order that responds to any arguments made in Plaintiff's response to this Order by January 15, 2019. If Defendant files an opposition, then Plaintiff may file a reply no later than January 30, 2019. IT IS FURTHER ORDERED that both parties must strictly adhere to page limits when submitting their responses to this Order. Both Plaintiff's response and Defendant's opposition (if any) are to be no longer than 25 pages, double-spaced, 12-point font, with one-inch margins. Plaintiff's reply, if any, shall be no longer than 10 pages with the same specifications. Any filing submitted in violation of those requirements may be stricken in its entirety or in part. The Clerk of the Court is respectfully directed to mail a copy of this Order to both parties and to note the mailings on the docket. SO ORDERED. (Replies due by 1/30/2019.) (Signed by Judge Valerie E. Caproni on 11/16/2018) (rjm) (Entered: 11/19/2018)

7. As of this writing **six (6) months** have elapsed without a decision from the PJ.

8. This *"foot-dragging"* matter was addressed during the Senate confirmation hearings of the PJ (see below).

```
much about it beyond that.
    Senator Grassley. Well, do you know of any strategy within
the Department to drag these cases out as long as possible just
so they either die or they give up and go away?
    Ms. Caproni. Absolutely not. I am not aware of any such
thing, and that was certainly not the FBI's position when I was
general counsel.
    Senator Grassley. I think you answered my question because
you did say in your speech at George Washington, you did speak
```

[Senate Hearing 113-515, Part 3]
[From the U.S. Government Publishing Office]
S. Hrg. 113-515, Part 3

**Internet URL:** **https://www.govinfo.gov/content/pkg/CHRG-113shrg24005/html/CHRG-113shrg24005.htm**

6

Case 1:18-cv-08653-VEC Document 85 Filed 07/31/19 Page 7 of 10

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

9.  In view of the foregoing, it appears the most prudent course of action is for the presiding judge to recuse herself from this lawsuit. This would support judicial efficiency and eliminate the need to file a Petition for a Writ of Mandamus before the U.S. Court of Appeals for the Second Circuit.

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 28/ day of July, 2019.

*D. Swt*

D. G. SWEIGERT

7.28.19

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

## INDEX OF CONFLICT OF INTEREST ISSUES

| | |
|---|---|
| Robert S. Mueller, III former boss and colleague | Mueller appointed the PJ to the position of General Counsel for the F.B.I. between 2003 and 2011. |
| David Charles Hawkins ("forensic economist" for Jason Goodman) accusations concerning child snuff films by LGBTQ elites D.O.J. PRIDE (PJ may have been a member of D.O.J. PRIDE) | Allegations that D.O.J. PRIDE arranged for child murders as content for snuff films. High ranking D.O.J. personnel purportedly involved. |
| Cover-up of the involvement of the New York F.B.I. field office | COUNT SEVEN of ECF Doc. No. 5 addresses allegations about state actors within the F.B.I. N.Y.C. field office assisting Jason Goodman, to include former Special Agent Robyn Gritz and "Thomas Paine", aka Michael Moore of West Chester, PA. |
| Involvement of Larry Klayman, esq. and his client "Dr." Jerome Corsi in litigation aimed at Robert Mueller concerning mis-use of F.B.I. resources | Basic theme promulgated by Jason Goodman is that Mueller is a "traitor" that participated in the cover-up of the 9/11 investigation; to include the damage at the Pentagon caused by a ground-based missile fired from a truck (see former Special Agent Robyn Gritz investigation). |
| Oakey Marshall Richards (aka "Deep Uranium" and "Rock Hudson") F.B.I. contract informant. | Possible cover-up by the PJ of the involvement of a paid F.B.I. informant in the closure of the Port of Charleston, S.C. on June 14, 2017. |

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

U.S. District Court for the Southern District of New York
(FOLEY SQUARE)

D George Sweigert

**Plaintiff**

v.                                   CIVIL CASE #: 1:18-CV-08653-VEC

                                     JUDGE VALERIE E. CAPRONI

Jason Goodman

**Defendant**

## CERTIFICATE OF SERVICE

**I hereby attest that a true copy of this letter has been sent to the following addressees on the 29th day of July, 2019**

Jason Goodman, CEO
Multi-media Design Systems, Inc.
252 7th Avenue, Apart. #6S
New York, NY 10001

Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

_____/
D. GEORGE SWEIGERT






FROM:
D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
*Spoliation-notice@mailbox.org*

TO:
Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL®

EXPECTED DELIVERY DAY: 07/31/19

USPS TRACKING NUMBER

9505 5159 2256 9210 3446 25

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

- Date of delivery specified*
- USPS TRACKING™ included to many majc international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014