# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### (FOLEY SQUARE)

| | |
|---|---|
| SWEIGERT<br><br>V.<br><br>GOODMAN | CIVIL CASE #:<br><br>1:18-CV-08653-VEC<br><br>JUDGE VALERIE E. CAPRONI |

## PLAINITIFF'S VERIFIED

## SECOND AMENDED COMPLAINT (2AC)

### STATEMENT AND VERIFICATION

This pleading is true to the knowledge of the undersigned, except as to matters alleged on

information and belief, and that as to matters that the undersigned believe are true.  **See N.Y.**

**C.P.L.R. 3020.**



Signed under penalty of perjury,

**D. George Sweigert,**
**c/o General Delivery**
**Rough and Ready, CA 95975**
**Spoliation-notice@mailbox.org**

6.9.19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-10-19

1

## BACKGROUND

The Plaintiff/undersigned hereby accepts the version of facts and case history as expressed in

ORDER AND OPINION, ECF Doc. No. 27, ORDER TO SHOW CAUSE, ECF Doc. No. 65,

MEMORANDUM AND ORDER, ECF Doc. No. 87 as if fully restated herein.

**This complaint has been edited for judicial efficiency and all previous federal claims have
been deleted.**

## INTRODUCTION

1.      New York City resident Defendant (Def) **Jason Goodman** operates over twelve (12)

social media outlets on various Internet platforms (aka "properties", such as channels and

accounts on such platforms as YouTube, PATREON, Twitter, Facebook, Dlive, SubscribeStar,

etc.) under a brand known as **"CrowdSource The Truth"** (CSTT).  CSTT is a consumer-

oriented brand that solicits monies from the public at large via PayPal, PATREON,

SubscribeStar (third party credit card processors) and general donations.

2.      Goodman is being sued for the malicious use of the CSTT properties for the purposes of

infliction of damages to the undersigned Plaintiff to include undersigned's claim for mental

anguish, loss of reputation, damage to trade, profession and business, ridicule in the community,

unauthorized use of portrait and image and medical injuries to the undersigned's musculoskeletal

system.

3.      As the Court will learn Goodman, via CSTT properties, has purposefully and maliciously

engaged in **defamation per se, libel and slander** against the undersigned using continuous non-

stop weekly broadcasts on his CSTT branded social media outlets that feature perverse images of

the undersigned, allegations of criminal conduct, etc.  The lion's share of the Def's egregious

misconduct, documented herein, occurred **AFTER** the issuance of an ORDER TO SHOW

CAUSE on 11/16/2018 (ECF Doc. No. 65) and while a similar lawsuit for defamation, slander

and libel proceeded to the discovery stage in the Eastern District of Virginia (*Robert David*

*Steele v. Jason Goodman*, 3:17-cv-00601, Hon. M. H. Lauck).

## STANDING

4.      The Plaintiff relies on the following statues for standing: N.Y. General Business Law

(GBL) states at §§ 349 – 350 and N.Y. Civil Rights Law §§ 50-51.  Common law Invasion of

Privacy, Defamation, Defamation Per Se (trade libel).   As both parties are citizens of different

states and the amount in controversy exceeds $75,000.01 diversity exists.

## PARTIES

5.      **Public figure Defendant Jason Goodman** maintains his principal place of business in

New York City and is named as an individual defendant (**def**) for his part in the creation and

publication of false defamatory, slanderous and libelous statements targeted to the destroy the

undersigned's career, profession and trade.  These publications and podcasts by Goodman have

been widely disseminated to hundreds of thousands of social media viewers worldwide.

6.      While acting as a producer, director and host for **CrowdSource The Truth** (CSTT)

Goodman uttered and published false statements in a malicious manner via twelve (12) social

media properties with the end-goal to expose the undersigned to hatred, contempt, aversion and

to induce an evil and unsavory opinion of him in the minds of a substantial number in the

community.

7.      Goodman lists himself as C.E.O. of a New York state corporation known as: Multimedia

System Design, Inc. in applications submitted to the U.S. Patent and Trademark Office (USPTO)

(see registration no. 5544901, 8/21/2018 for "CrowdSource The Truth").  USPTO lists the

trademark owner as: **Multimedia System Design, Inc** (MDSI) CORPORATION NEW YORK

6s 252 7th Avenue New York NEW YORK 10001 (same address listed in court ECF docket).

MDSI has a New York Department of State registration 1830828 issued 6/21/1994.

8.      As a leading *alt-right* media star and <u>all-purpose public figure</u>, Def operates the following

media footprint to distribute his malicious defamation, slander and libel:

- YouTube.com channel entitled "Jason Goodman".
  <u>https://www.youtube.com/channel/UC8Cl9QaRtuW9CNjP7pP4BBQ</u>
- YouTube.com channel entitled "Crowdsource the Truth 2".
  <u>https://www.youtube.com/channel/UC6e48gru_N9w-tyqMCrI9Qw</u>
- YouTube.com channel entitled "21c3D" [21st Centrury 3D]
  <u>https://www.youtube.com/user/21c3D</u>
- Twitter.com channel entitled "csthetruth"
  <u>https://twitter.com/csthetruth</u>
- Patreon.com channel entitled "crowdsourcethetruth"
  <u>https://www.patreon.com/crowdsourcethetruth</u>
- Facebook.com channel entitled "Crowdsource The Truth".  [Public Group]
  <u>https://www.facebook.com/groups/crowdsourcethetruth/</u>
- Facebook.com channel entitled "Crowdsource-The-Truth
  <u>https://www.facebook.com/Crowdsource-The-Truth-1331354320209243/</u>
- Instamgram.com channel entitled "crowdsourcethetruth"
  <u>https://www.instagram.com/crowdsourcethetruth/</u>
- Redbubble.com channel entitled "crowdsource-the-truth"
  <u>https://www.redbubble.com/shop/crowdsource+the+truth</u>
- Subscribestar.com channel entitled "crowdsourcethetruth"
  <u>https://www.subscribestar.com/crowdsourcethetruth</u>
- Twitch.tv channel entitled "crowdsourcethetruth"
  <u>https://www.twitch.tv/videos/170314609</u>

9.      CSTT claims to be a fact-checking news service ("Truth Engine"); but, operates in a

fraudulent and deceptive manner to deceive the public at large.  Consumers are exposed to CSTT

false narratives, disguised as "investigation" and "research" reporting, to aid Goodman in

gaining the trust of the naïve social media follower that may be impressed by fake bona fides of

CSTT experts that confuse the consumer with legal and technical jargon.  See the CSTT

Patreon.Com home page; quoted in relevant part:

---

**Crowdsource The Truth is an Open Source Fact Checking "Truth Engine" and political social media movement.**

**We gather and disseminate raw intelligence and present it to our constantly expanding network of human brains for vetting, analysis and assessment.**

Crowdsource the Truth focuses on examining current events, public policy, history, truth in media and other topics of interest.  **Members work together to collect and analyze data from around the web and around the world. Together, we will do our best to determine what is fact and what is fiction. Everyone is invited to participate but of course no one is required to.**

[emphasis added]

---



PATREON |

Create on Patreon    Log in    Sign up

Crowdsource The Truth is an Open Source Fact Checking "Truth Engine" and political social media movement.

We gather and disseminate raw intelligence and present it to our constantly expanding network of human brains for vetting, analysis and assessment.

Crowdsource The Truth focuses on examining current events, public policy, history, truth in media and other topics of interest.  Members work together to collect and analyze data from around the web and around the world. Together, we will do our best to determine what is fact and what is fiction. Everyone is invited to participate but of course no one is required to.

If you see something you disagree with, challenge it with stronger evidence and logic or simply tune it out. This group is an Autocratic Democracy, to borrow some Orwellian doublespeak from those I wish to examine. I run it, but of course if the group dislikes my decisions the project will fail. All decisions will be subjected to group consensus. If anyone doesn't like the direction, please suggest a change or feel free to bow out.

10.      The Def's proficiency at sowing deceptive falsehoods, mixed with a few grains of truth,

into CSTT *news* podcasts accomplishes Goodman's malicious objectives of disempowerment,

disruption, degrading and de-personage of a target (like the undersigned).  The Plaintiff has

become a Goodman/CSTT on-line digital punching bag to increase Def's personal profits while

Def recklessly deflects blame, ownership and responsibility of his acts onto the Plaintiff (see

Def's allegations that the undersigned planned the Port of Charleston dirty bomb hoax closure –

which was supervised by the Def on June 14, 2017 via CSTT podcasts).  For more information

on the dirty bomb hoax port closure see *Report: The Port of Charleston Dirty Bomb Hoax and

Social Media Liability* , Amazon Paperback – April 14, 2018.

11.      The Def's CSTT enterprise purportedly collects between $10K and $15K monthly from

over 1,111 dubious paying "patrons" (via the Patreon.Com wire transfer network) transmitted

over the wires via the global payment system.  Donations and contributions to the Def via CSTT

are to ostensibly fund CSTT sham *investigation reports on podcasts* – which can be categorically

characterized as false news, distortions of reality, deceptive and often resembling hoaxes such as

screaming "fire" in a crowded theater (dirty bomb hoax).

12.      **Plaintiff (undersigned) D. George Sweigert** is a private person that maintains

information technology (I.T.) credentials recognized by the U.S. Department of Defense (see

"Certified Ethical Hacker".  Plaintiff has also published an educational text-book to train

students in the technical aspects of ethical hacking, and/or penetration testing.  Plaintiff's brother

is a former room-mate and business partner of the Def (George Webb Sweigert).

**Publication of the Plaintiff**

**"Ethical Hacker's Field Operations Guide"**



Ethical Hacker's Field Operations Guide: Learning the Art of Penetration Testing

by Dave Sweigert  |  Oct 9, 2015

**Paperback**

Out of Print--Limited Availability.

[description]

This is a technical work that addresses issues related to penetration testing (or pen-testing). Pen-testing describes a methodology used by ethical hackers to exploit vulnerabilities in cooperative computer enterprises that have been identified for vulnerability testing. Also known as "white hat hacking", the processes described herein are used by security professionals.

About the Author

Comprehensive presentation of the ethical hacker fundamentals. Colleges use this text as a summer boot camp to prepare students for a full semester ethical hacking course. Mr. Sweigert is a qualified federally recognized instructor who has eliminated the need for a half dozen technical books to prepare for the ethical hacker certification. Topics: network sniffing, surveillance, laws, risk determination, etc.

- **Paperback:** 164 pages
- **Publisher:** CreateSpace Independent Publishing Platform; 1 edition (October 9, 2015)
- **Language:** English
- **ISBN-10:** 1517763096



Can Simulation Hacking IT Guru Sweigert Explain
BAE's Bit Spread 9/11? With David Hawkins



Crowdsource the Truth 2

▶ Subscribe  11K

494 views

**Above:  Jason Goodman disparages undersigned's book in podcast**

13.      The undersigned arguably is not a public figure as claimed by Goodman, who believes

the mere publication of a study manual confers "public figure" status on the undersigned.  For

eight (8) years prior to the Port of Charleston event (June 14, 2017) the undersigned had only

used a stage name ("Dave Acton") to create educational videos on a YouTube channel that

catered to disaster preparedness and medical first-aid as he is a licensed Emergency Medical

Technician in California.

14.      The undersigned became a tangential unwitting participant in the acrimonious feud

between Def and his former room-mate and sidekick George Webb Sweigert (undersigned's

brother).  Plaintiff was dragged (some say drug) into this controversy and is only defending

himself against the Def who drew first blood.

8

15.     It is instructive descriptions of the Plaintiff's credentials as articulated in *FTC v.*

*Wyndham* (U.S.D.C. for the District of New Jersey, 2:13-CV-01887-ES-JAD [see below]).  The

*Wyndham* court ordered that 20 annual cardholder data assessments considering the integrity of

the computer networking environment of the hotel chain be completed.  On page 6 of 18 of said

ORDER [see below] the court mandated such assessments would be completed against the

comprehensive Payment Card Industry Data Security Standard (PCI DSS) Risk Assessment

Guidelines.  Further such assessments had to be performed by qualified experts.  At para. II.3,

pg. 7 of 18, the court stated:

> **"[C]ertify that the Assessment was conducted by a qualified,**
> **objective, independent third-party professional, who uses procedures and standards**
> **generally accepted in the profession, adheres to professional and business ethics,**
> **performs all duties objectively, and is free of any conflicts of interest that might**
> **compromise the assessor's independent judgment in performing Assessments.**
> **Professionals qualified to prepare Assessments shall be: a person qualified as a**
> **Certified Information Systems Security Professional (CISSP) or as a Certified**
> **Information Systems Auditor (CISA).".**

16.     The undersigned is certified as both a CISSP and a CISA.  Therefore, the undersigned is

qualified to speak to issues of risk assessments, vulnerabilities, malware, computer hacking and

other topics of interest to this Court.  Caveat: both the CISSP and the CISA are recognized

credentials as part of the U.S. Department of Defense cyber defense program (DoD 8570.01-

Manual).  Attacks by Goodman in the area of hacking, chain of custody, vulnerabilities, etc. are a

direct attack on the Plaintiff's trade, technical competence, business and professional skill.

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

*CLOSED*

| | |
|---|---|
| Federal Trade Commission, | CIVIL ACTION NO. |
| Plaintiff, | 2:13-CV-01887-ES-JAD |
| v. | **STIPULATED ORDER FOR** |
| Wyndham Worldwide Corporation, *et al.*, | **INJUNCTION** |
| Defendants. | |

Plaintiff, the Federal Trade Commission ("Commission"), filed its Complaint for

Injunctive and Other Equitable Relief, subsequently amended as First Amended Complaint for

Injunctive and Other Equitable Relief ("Complaint"), for a permanent injunction, and other

3.    certify that the Assessment was conducted by a qualified, objective,

independent third-party professional, who uses procedures and standards

generally accepted in the profession, adheres to professional and business

ethics, performs all duties objectively, and is free from any conflicts of

interest that might compromise the assessor's independent judgment in

performing Assessments.  Professionals qualified to prepare Assessments

shall be: a person qualified as a Certified Information Systems Security

Professional (CISSP) or as a Certified Information Systems Auditor

(CISA); a person holding Global Information Assurance Certification

(GIAC) from the SysAdmin, Audit, Network, Security (SANS) Institute; a

Qualified Security Assessor under PCI DSS (QSA); or, at the election of

Hotels and Resorts, a similarly qualified person or organization approved

by the Associate Director for Enforcement, Bureau of Consumer

Protection, Federal Trade Commission.

## UNDISPUTED FACTS

17.    The birth of the controversary began one day before the alleged dirty bomb hoax at the

Port of Charleston, South Carolina.  On 6/13/17 George Webb (Sweigert) uttered a half dozen

untrue, false, defaming and slanderous lies about the undersigned on camera with Goodman, who

then seized upon these falsehoods to this day.



Live From the Capitol Building
8,050 views

**L to R: Jason Goodman in podcast with George Webb (Sweigert)**
**Webb accuses the undersigned of working for the CIA in the IRAN-CONTRA scandal**

18.    The undersigned holds the designation "**Certified Ethical Hacker**" (**CEH**) which is an

I.T. credential (analogous to CISSP and CISA) recognized by the U.S. Department of Defense

cyber defense program (DoD 8570.01-Manual Information Assurance Workforce Improvement

Program).  The DoD requires certifications of this nature to allow computer network defenders

(CND) to meet technical standards (CEH approved in 2010) to protect, monitor, analyze, detect,

and respond to unauthorized activity within DoD information systems and computer networks.

19.     The undersigned is also a former member of the American Bar Association (ABA) Information Security Committee (ISC) and was a technical contributor to the "PKI [Public Key Infrastructure] Assessment Guidelines" (PAG).  As the Court will learn, the undersigned is ridiculed, mocked, and singled out for retribution and targeting by Goodman for such activities as his participation in ABA ISC PAG (generally "federal PKI bridge").  [See Publication: PAG v 1.0, May 10, 2003, ABA ISC].  Goodman have distributed several social media video productions accusing the undersigned of using his knowledge of PKI to arrange for the death of New York fire fighters, U.S. military personnel, and other innocents using his "hacking" skills to breach network security and commit criminal activity while destroying "evidence".

20.     The general narrative for these malicious attacks on the undersigned can be catalogued as in the variety of "the Federal Bridge" or "the Federal PKI Bridge", or "the Federal Certification Authority Bridge".  The Federal Bridge is a root certificate authority (digital certifications aka International Telecommunications Union (ITU) standard 509.v3) that enables cross-domain electronic commerce between the federal and state governments and large federal contractors. The Federal Bridge is held up by Goodman as a "murder for hire" network that enables the kidnapping, torture and murder of children in snuff films.  In 2000 the undersigned was an employee of Entrust Technologies, Ltd – a prime implementor of the "federal bridge".

21.     **Beginning in January 2019** Def Goodman increased his smear and shaming campaign directed at the undersigned.  This campaign included at least two (2) one hour weekly social podcasts (twice a week) that targeted the undersigned's technical expertise in the area of secure network communications and general I.T. security.  Both his technical credentials and his text-book were relentlessly attacked by Goodman.  Goodman has a long history of such attacks (see April-May 2018 video content).

22.     This Goodman/CSTT targeting included the naming of **previous employers** in video content (Entrust Technologies, Ltd., Booz*Allen & Hamilton and EuroSignCard [Luxembourg]) that purportedly caused the deaths of innocents, leveraged technology to aid in the kidnapping of children, were relied upon for "dead-pool" betting (a purported sport of the super-rich to estimate causalities prior to actual mass causalities incidents (M.C.I.)).

**23.**     With two active federal lawsuits in play, and while this Court was considering the ORDER TO SHOW CAUSE (ECF Doc. No. 65), Goodman initiated a new "smear and shame" campaign (with defamatory *per se* accusations, libel and slander (inherently defamatory)) formed around the "federal bridge". The Def's false allegations were made as part of a sophisticated and coordinated international campaign that included customized artwork featuring the unauthorized likeness of the undersigned.

## GENERAL ALLEGATIONS

24.     Def Goodman purposefully in a grossly irresponsible manner designed his smear and shame campaign to wreck the undersigned's professional, trade and business reputation to create the maximum intentional infliction of emotional distress (I.I.E.D.) resulting in long term damage to the undersigned's musculoskeletal system. This has caused the undersigned joint pain, sleep disruptions, chronic headaches. These symptoms are a direct and proximate cause of the Def Goodman's extreme, atrocious and outrageous conduct between January 2019 to the present.

**25.**     Def Goodman exercising no due regard knew that a reasonable listener is likely to have understood the statements as conveying probably facts about the undersigned. Def Goodman used third parties with fake bona fides to express so-called technical opinions that the undersigned was incompetent, reckless, negligent in his trade, business and profession which violates the unfair trade practices laws of New York. Def Goodman understood that these fake

technical opinions were based on false facts as Goodman had knowledge of the falsity or probable falsity of these underlying "facts".

26.     Additionally, Goodman has accused the Plaintiff of mental disorders, Post Traumatic Stress Disorder (P.T.S.D.) and other loathsome diseases.  Def has fashioned and honed specific video content design to trigger or activate the purported mental conditions developed by Goodman and assigned to Plaintiff.

27.     To add insult to injury on more than two dozen occasions Goodman has used the portrait, picture, likeness and photograph of the Plaintiff for commercial purposes in advertising and trade without the undersigned's permission.  There is no newsworthiness to the use of these images.



**Example of image accusing undersigned of involvement in the IRAN-CONTRA affair.**

28.     In the image above, Goodman attempts to mentally trigger Plaintiff with imagery of an aircraft crash.  The undersigned had survived a forced landing in a U.S. Army helicopter in the capitol of Nicaragua as part of peacekeeper duties with the Organization of American States

(OAS) in 1981.  Plaintiff is an honorable discharged veteran of the U.S. Air Force and was

assigned to the 1978 Communications Group, U.S.A.F., Howard AFB, Republic of Panama from

1980 to 1982 (departing January 1982).  Plaintiff was held by Sandinista security forces along

with fellow crew-members until released after U.S. State Department intervention by Secretary

of State Edmund Muskie.  At the time Muskie publicly stated that leftist guerrillas in El Salvador

were receiving Cuban arms through Nicaragua.  The OAS mission had nothing to do with such

activities; but, was focused on a border dispute between El Salvador and Honduras.  Plaintiff was

a passenger on the helicopter that was being ferried to Honduras to support that mission as a

ground radio equipment repairman to maintain air-to-ground radios.

## SPECFIC ALLEGATIONS

### I:      VIOLATIONS OF NEW YORK GENERAL BUSINESS LAW §§349-350 (CONSUMER PROTECTION ACT)

**29.**      Plaintiff repeats, replead and incorporate by reference each and every allegation of

paragraphs 1 through 28 of this Complaint as though set forth in full herein.

**30.**      As set forth above, Def Goodman's representations, or practices, were (and continue to

be) deceptive and likely to mislead consumers acting reasonably.  These actions by Goodman

violate **N.Y. GENERAL BUSINESS LAW §§ 349-350**.

**31.**      New York's "**mini-FTC Act**" (see **U.S. Federal Trade Commission**) provides a <u>private</u>

<u>right of action</u>, which is designed to advance federal fair-trade principles.  Such "mini-FTC"

laws are  commonly known as state consumer protection (CPA) acts.  While the federal **FTC**

**Act** does not have a private right of action for violation of its rules, **New York** has implemented

an such a private right of action which makes violations of the federal **FTC Act** and regulations

a violation of the **N.Y.** state CPA act.  Note: Section 5(a) of the FTC Act provides that "**unfair**

**or deceptive acts or practices** in or affecting commerce . . . are . . . declared unlawful." 15 U.S.C. Sec. 45(a)(1).

32.     When state legislatures adopted CPAs, they recognized the potential for tension between the federal FTC Act and state law.  The FTC responded by urging states to adopt "mini-FTC acts".  See *Jack E. Karns*, State Regulation of Deceptive Trade Practices Under "Little FTC Acts": Should Federal Standards Control? 94 Dick. L. Rev. 373, 374 (1990).

33.     "Deceptive" practices are defined in the Commission's <u>Policy Statement on Deception</u> as involving a material representation, omission or practice that is likely to mislead a consumer acting reasonably in the circumstances.  An act or practice is "unfair" if it "causes or is likely to cause **substantial injury** to consumers which is **not reasonably avoidable** by consumers themselves and **not outweighed by countervailing benefits** to consumers or to competition." 15 U.S.C. Sec. 45(n).  This is the same type of deceptive conduct that led to the closure of the Port of Charleston, S.C. by Goodman and Webb on June 14, 2017.

34.     Goodman relies on the deceptive use of fake experts to act as interviewee ("guests") proxies during podcasts to spread falsehoods, lies, deception, slander and libel.  Goodman believes that the use of such proxies will shield him as he is only providing them a platform from which to widely disseminate such unprotected speech.  Nonetheless, Goodman promotes the fake bona fides of such proxy interviewees.  These activities damaged the undersigned's business, trade and profession.

35.     One such proxy podcast "guest" is **David Charles Hawkins** (a non-U.S. citizen [U.K. national] living in White Rock (South Surrey), British Columbia, CANADA).  With Goodman's help, Hawkins solicits his expertise as an **"forensic economist"** that can assist next-of-kin of **9/11 WTC families** in recovering monies from those companies (like Northrop Grumman,

16

Boeing Aerospace, General Dynamics, etc.) that have misused patented technology to create **"wrongful deaths from the negligent, reckless, wilful or fraudulent use** " such patents (as explained during hour long lectures on the CSTT platforms).   An example of Hawkins background statement appears below.

36.      On 2/27/2019 on CSTT properties the video entitled: *Does Sweigert's Social Engineering Spin the Bit Spread Spy in the Padlocked Bag with David Hawkins*, (herein the 2/27/2019 video) Mr. Hawkins states, [34:37] "Let me give these people a warning.  My ambition as a <u>forensic economist</u>, perhaps the first <u>forensic economist</u> to pursue this rather interesting rife on the second law of thermodynamics….". [emphasis added]  (See Internet URL: <u>https://www.youtube.com/watch?v=yx_6sj33FDs&t=2165s</u> ).  [although one channel is mentioned here, the video production is disseminated throughout the CSTT footprint].



**[video description]**
**Streamed live on Feb 27, 2019**
**Is Sweigert's current social engineering intended to distract from previous hacks?**

37.      Quoting in relevant part, "David Hawkins has become recognized as a world authority on the application of deductive logic, thermodynamics and applied mathematics to simulate anisotropic effects caused by natural disasters, accidents and/or organized crime groups and help

injured communities claim damages for <u>wrongful deaths associated with the negligent or reckless</u> <u>use of patented devices</u> by Global Custodians." [emphasis added]

By 2019, David Hawkins has become recognized as a world authority on the application of deductive logic, thermodynamics and applied mathematics to simulate anisotropic effects caused by natural disasters, accidents and/or organized crime groups and help injured communities claim damages for wrongful deaths associated with negligent or reckless use of patented devices by the Global Custodians.

## Academic Record

- First Class Honours Degree in Mechanical Engineering, Cambridge University
- Diploma in Industrial Management, Cambridge University.
- Foundation Scholarship, Queens' College, Cambridge University, for outstanding academic performance in Applied Mathematics and Thermodynamics (Science of Waste and Chaos)

**Biography published by David Hawkins**

38.      Hawkins has clearly stated what – he himself – believes is the purpose of a "forensic economist". **"Forensic economics is about people who want to bring the ground truth of the crime scene – or fraud scene – into court ...".** See video on the Jason Goodman YouTube channel, entitled *"Can Simulation Hacking IT Guru Sweigert Explain BAE's Bit Spread 9/11? With David Hawkins."* ", release 3/1/2019, at tie-mark 12:47. Internet URL: https://www.youtube.com/watch?v=7J2IhyrT4PQ&t=12s   See below, the undersigned is pictured in a yoga legs-crossed position and shown in the Islamic garb of a Hamas terrorist. [Although one channel is mentioned here, the video production is disseminated throughout the CSTT footprint].



[video description]

**Streamed live on Mar 1, 2019**
**David continues to explore the capabilities of a S.H.I.T. guru and the possibility that ethical hacking could compromise BAE Bit spreading technology.**

39.     Goodman/Hawkins proceed to blame the undersigned for using his "hacking skills" to help facilitate "staged" **M.C.I.s** causing the murder of hundreds.  To provide the Court relevant background of the consumer-oriented deception, Hawkins and Goodman have openly solicited the recruitment of litigants to sue defense contractors for the misuse of patented technology on September 11, 2001 that caused the deaths of **343 F.D.N.Y. fire fighters**.  Essentially, Goodman and Hawkins were holding out deceptive false hope to the next-of-kin of 9/11 survivors, based on Hawkins credentials as a "Cambridge educated forensic economist".  In this context, the undersigned is blamed for his part in orchestrating the **M.C.I.**  This illustrates the deceptive conduct, which was consumer oriented, and which had public implications.  See below.



Does Federal Bridge Link Princess Di's D'Alma
Tunnel to the 47th floor on 9/11? with David …
Jason Goodman
Streamed 7 months ago • 4,307 views
David explores the technological signatures of two of the most controversial
crimes in history …



Does Federal Bridge Link Princess Di's D'Alma Tunnel to the 47th
floor on 9/11? with David Hawkins

Jason Goodman
Subscribed   83K

4,313 views

**[video description]**

**Streamed live on Jan 25, 2019**
**David explores the technological signatures of two of the most controversial crimes in history**

**Transcript of the above cited podcast video.**

45:26    HAWKINS:      **So my point is, please if you are a relative of any firefighter in New York that died, or you have an interest in such, support, or join .. you know .. Jason Goodman and myself and we will explore the possibility that those firefighters that died as a result of the negligent, reckless, willful or fraudulent use of patented devices. And then, sue the hell out of the custodian (Goodman laughs) which is SERCO and its shareholders.**

45:54:    GOODMAN:      **And of course, we're gonna do that, we're gonna do that anyway David. But, we certainly will be able to sustain it and hope that people who enjoy the show and want that justice to be served will sponsor the channel.**



**L to R: Jason Goodman with David Hawkins in Vancouver, British Columbia**

**40.**    David Charles Hawkins is the co-founder of another conspiracy theorist brand known as "**ABEL DANGER**" (circa 2008) and has been passing himself off as a "forensic economist" for over a decade.  The use of the fake bona fide and quasi-judicial sounding "forensic economist" is only one example of the fraud perpetrated on the public at large by Goodman/Hawkins through trickery and misdirection – with the end goal to solicit monies and funds from consumers and to blame the undersigned for horrific events.

41.    The web-site known as "http://ReverseCSIScripts.com" (operated by Hawkins), displays the following history of Mr. Hawkins:

- Abel Danger—From 2006 to 2018, Hawkins and Marine Corps veteran Field McConnell sponsored a <u>web-based service for Cloud Centric CSI</u> to help citizens reverse engineer <u>the signature of patented weapons or weaponized patents</u> at crime sites and solve murder mysteries of centuries past.

- Hawkins launched the 'Citizens Association of Forensic Economists' in British Columbia in 2003 as a coffee-shop based asset tracking network to monitor impact of government programs on public debt, personal assets and individual rights; to expose 'off-book' debt, combat crime and fraud and optimize the use of assets in water, energy, transport, shelter, defence, food, forestry and fisheries industries.

42.    The constant display of Hawkins academic background and his use of the quasi-judicial term "forensic economist" creates understandable confusion in the mind of the public at large. The use of legal and technical jargon to build false hope of money settlement, while simultaneously blaming the undersigned, is especially reprehensible.  This creates the impression that there is legal standing or legal research backing up the conclusions of Hawkins – there is none.  Promises of litigation for 9/11 victims is deceptive and fraudulent

43.    By relying on monikers such as "Cambridge educated forensic economist", Hawkins deceives the public that he has attained a professional designation that is related to the presentation of evidence within a framework of rules relied upon by the courts.  The use of this fake title is leveraged to sway consumers to believe Hawkins and his conclusions.

44.    Hawkins has clearly stated what – he himself – believes is the purpose of a "forensic economist".  **"Forensic economics is about people who want to bring the ground truth of the crime scene – or fraud scene – into court and argue from the fact based."**  See Jason

Goodman channel on YouTube with posted video "*Can Simulation Hacking IT Guru Sweigert Explain BAE's Bit Spread 9/11? With David Hawkins*", **12:47** time mark, released March 1, 2019 at Internet URL: https://www.youtube.com/watch?v=7J2IhyrT4PQ&t=12s

45.     In previous employment, the undersigned was an associate and consultant to the Center for Forensic Economic Studies (CFES), Eighth Floor, 1608 Walnut St., Philadelphia, PA 19103 in 2003 (https://cfes.com/).  This CFES engagement was directed at building up an electronic evidence and Electronic Stored Information (ESI) [see Fed. R. Civ. Proc. Rule 34] practice for CFES.

46.     In his role at CFES, the undersigned worked elbow-to-elbow with real bona fide forensic economists – a title which David Hawkins claims for himself.  The following text from the CFES web-site is instructive on this point:

> **THE CENTER FOR FORENSIC ECONOMIC STUDIES** is a leading provider of expert economic analysis and testimony. Our economists and statisticians consult on matters arising i litigation, with a focus on the analysis of economic loss and expert witness testimony on damages.
>
> We assist with discovery, uncover key data, critique opposing claims and produce clear, credible reports and expert testimony. Attorneys and their clients have relied on our expertise i thousands of cases in jurisdictions across the country.
>
> Contact the Center for Forensic Economic Studies to discuss how we can assist you in the preparation and presentation of your damages case.
>
> (https://cfes.com/)

47.     Hawkins is simply a fraud who has pinned the title of "Cambridge educated forensic economist" to his junk science research for the purposes of deceiving members of the public with his deceptive video podcast content to (1) help Goodman collect funds and (2) shift blame onto

the undersigned to subject him to ridicule and social loathing.  The misconduct of Hawkins is ratified, affirmed and approved of by the Def.  The purpose of this fraudulent and deceptive tactic (forensic economist label) is to fortify the sham hoax junk science-based allegations pushed by Hawkins/Goodman.  The public at large would assume that Hawkins has reviewed facts and research and that his conclusions about the undersigned have been developed in a scholarly manner.

48.     The foregoing illustrates the methods used by Goodman via CSTT properties to target individuals for reputation destruction via slander, defamation and libel based on presumed "evidence".

49.     **N.Y. General Business Law (GBL) states at § 349**, declares deceptive acts or practices in the conduct of any business, trade or commerce or in the furnishing of any service in New York state <u>unlawful</u>." [emphasis added].  "Whether a representation or an omission, the deceptive practice must be 'likely to mislead a reasonable consumer acting reasonably under the circumstances." *Stutman v. Chemical Bank*, 95 N.Y.2d 24, 29 (2000).  Courts consider whether an act is deceptive objectively. *Boule v. Hutton*, 328 F.3d 84, 94 (2d Cir. 2003).  Notably, the deceptive practice does not have to rise to "the level of common-law fraud to be actionable under section 349." *Id.*, citing *Gaidon v. Guardian Life Ins. Co.*, 94 N.Y.2d 330, 343 (1999).  In fact, "[a]lthough General Business Law § 349 claims have been aptly characterized as similar to fraud claims, they are critically different." *Gaidon*, 94 N.Y.2d at 343.  For example, while reliance is an element of a fraud claim, it is not an element of a GBL § 349 claim. *Stutman*, 95 N.Y.2d at 29; *Small v. Lorillard Tobacco Co.*, 94 N.Y.2d 43, 55-56 (1999).

50.     Goodman has misled the public at large that CrowdSource The Truth (CSTT) is some type of "truth engine" that provides a "WEsearcher" crowdsourcing vetting activity.  This is a

fraud.  Former CSTT researcher and whistleblower Quinn Michaels (aka Korey Atkin) has

released video content on social media (May 2019) that pinpoints techniques used by Goodman

for "opinion verification" and "confirmation bias".

**51.**    The Court may recall that Quinn Michaels led the campaign in May 2018 to find the

undersigned in Mt. Shasta, California "to stop the sacrifice".  According to this former CSTT

sidekick and proxy expert Michaels (Atkin), Goodman steers "research" interviews towards his

intended smear target (as in the case of the undersigned) and "crowdsources" nothing.  This

provides the shroud and façade of "research"; but is merely a shame and hoax.

**52.**    For over 18 months, Def Goodman has engaged (and continues to engage) in deceptive

business practices as part of his ruthless quest to harass, threaten, defame and embarrass the

Plaintiff, serving two purposes: (1) obtain monies from consumers and the public, (2) destroy the

public reputation of the undersigned.

*GBL § 349 Injury and Standing*

**53.**    Defendant Goodman intentionally used the CSTT enterprise (see **MDSI, and 21st**

**CENTURY 3D [21stC3D]**.) to disrupt every aspect of the Plaintiff's life.  Goodman has directed

CSTT followers, role players, proxies to find private information about the Plaintiff that could be

used to harass the Plaintiff.

**54.**    For over 18 months, Goodman has falsely claimed that the Plaintiff belonged in jail,

committed crimes, and was a ring-leader for a "well organized and well-funded" harassment

campaign with Robert David Steele, etc.  These claims have been disproved in the related

litigation in Virginia (*Robert David Steele v. Goodman*).

55.    That hasn't stopped Goodman.  Below is pictured a Twitter tweet promoting the false

conspiracy allegation and promoting a video about CSTT former proxy sidekick and research

Susan Holmes of Boulder, Colorado.



Susan "Queen Tut" Lutzke/Holmes Reveals David
Sweigert – Robert David Steele Lawsuit                ...
Jason Goodman
Streamed 2 months ago • 7,161 views
Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent
liar. She recently called me, revealing a long suspected ...
CC



Susan "Queen Tut" Lutzke Reveals David
Sweigert – Robert David Steele Lawsuit                ...
Crowdsource the Truth 2
Streamed 2 months ago • 975 views
Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent
liar. She recently called me, revealing a long suspected ...

**[video description]**
**Streamed live on Apr 30, 2019**

**Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent liar. She
recently called me, revealing a long suspected conspiracy between her, D. George "Acton"
Sweigert and Robert David Steele. While nothing she says can be believed at this point,
how else would David Sweigert know the true identity of Oakey Marshall Richards were
this particular admission not true?**

**The sinister plans of these malicious social engineers are being revealed before our eyes as
the fraudulent and vexatious lawsuit brought by Steele continues to crumble.**



**Twitter tweet sent by Def Goodman**



**CrowdsourcetheTruth** @csthetruth · 5h

explosive development in the #fakelawsuit as Queen Tut reveals elements of a conspiracy between herself, David Sweigert & Plaintiff Robert David Steele youtu.be/WwyRPFhW-HE

become a sponsor of CSTT

patreon.com/crowdsourcethe...
subscribestar.com/crowdsourcethe...

27

56.     Defendant Goodman's campaigns, and incitement, has not stopped, and only continues to generate continued substantial income for Goodman through his business entities (**MDSI, 21c3D,** etc.).  Def's  Goodman's actions described above have taken place in the State of New York.

57.     Below Goodman showcases the junk science of Hawkins known as "Reverse Crime Scene Investigation Storyboarding".



58.     As shown above, Hawkins confirms that he considers himself some kind of Sherlock Holmes (see political candidate web-page "Last book read: "A Sherlock Holmes Companion"), as his introduction on the Patreon.Com page reads:

> A.I. Mentor **David "Sherlock" Hawkins**—inventor of the <u>Deductive Computing Machine</u> and the <u>Object-Oriented Fractal Paintbrush</u>—seeks your support for his development of Reverse CSI Storyboards, video <u>playlists</u> and Zulu-timed <u>virtual reality (VR) theater</u> to form a Virtual Production Crew  with **Jason Goodman** and help students and injured communities ground truth the custodians of any patented devices which may have been used to <u>scrub or filter crime-scene or wrongful-death data through VPN tunnels</u>.     [emphasis added]

59.     Another example of the broadcast of junk science "Reverse CSI Storyboards" occurred on April 18, 2019, "[t]he storyboards indicate that CAI investors hired **social engineer/ethical hacker David "Scrubberman" Sweigert** and Maxar Technologies director Joanne Isham, formerly responsible to Clinton's disgraced CIA Director John Deutsch for clandestine technical activities with the UK MOD over the federal bridge certification authority, to equip BBC scriptwriters and the EVL AI Teachers community with split-tunnel networks  to prevent the U.S. Secret Service from investigating dead-pool gaming and an attempt by Serco/CAI agents to complete on 9/11 what Bernardine Dohrn and Bill Ayers started in the 1970s."  The foregoing indicates that the undersigned has impeded and/or obstructed the U.S. Secret Service in some manner.

Apr 18 at 4:17pm
### AI Serco's WTC, Deepwater Notre Dame Patents—EVL Teachers Dead Pool—CAI Sweigert's Con Air Scrubbing Tunnels: With David Hawkins Discovery CSI



The storyboards indicate that CAI investors hired social engineer/ethical hacker David "Scrubberman" Sweigert and Maxar Technologies director Joanne Isham, formerly responsible to Clinton's disgraced CIA Director John Deutsch for clandestine technical activities with the UK MOD over the federal bridge certification authority, to equip BBC scriptwriters and the EVL AI Teachers community with split-tunnel networks  to prevent the U.S. Secret Service from investigating dead-pool gaming and an attempt by Serco/CAI agents to complete on 9/11 what Bernardine Dohrn and Bill Ayers started in the 1970s.

60.     The slanderous Patreon entry continues, "The storyboards suggest that Serco/CAI agents are using BBC scripts and **Sweigert's** split-tunnelling skills to **break the chains of custody of evidence** needed by the <u>Secret Service to investigate cases of missing and exploited children</u> (JonBenet Ramsey, Madeleine McCann!) and dismantle a patent-for-rent murder-for-hire network run by EVL Teachers..."   This is a direct attack on the profession, trade and business of the undersigned. [emphasis added]

61.     Again, an April 16, 2019 posting states, "[t]he storyboards suggest that Serco's EVL Teachers used Clinton-sponsored dead-pool tunnels under the federal bridge certification authority to stop the <u>US Secret Service from identifying the Sweigert brothers as the source of the dirty-bomb hoax</u> which shut down parts of the Port of Charleston in 2017."

<u>Apr 16 at 4:45pm</u>
**Serco's AI Con Air Rothschild Patents—Sweigert's EVL Teachers Dead Pool Tunnels—CAI Spot Fixed Spire And Towers: With David Hawkins Discovery CSI**



The story boards indicate that Serco agent Sweigert and Maxar Technologies director Joanne Isham, formerly responsible to Clinton's disgraced CIA Director John Deutsch for clandestine technical activities with the UK MOD over the federal bridge certification authority, equipped BBC scriptwriters and the EVL AI Teachers community with split-tunnel networks  to prevent the Secret Service from investigating CAI special investors such as David Johnston, former Governor General of Canada and the only non-American citizen to chair the Harvard Board of Overseers, and the late General Alexander Haig former SACEUR and former director of MGM Mirage, who allegedly conspired with Bernardine Dohrn and Bill Ayers to complete on 9/11 what they started in the 1970s.

The storyboards indicate that Serco and CAI investors used Maxar and Sweigert to split tunnels for B.C.'s Piggy Palace Good Times Society and Starnet Communications and conceal Con Air pig-farm snuff film, child porn, blackmail, money laundering and dead-pool operations to help the BBC's EVL Teachers' friends including Obamas, Clintons, Dohrn & Ayers to spin Bin Laden propaganda through 9/11.

The storyboards suggest that Serco/CAI agents are using BBC scripts and Sweigert's split-tunnelling skills to break the chains of custody of evidence needed by the Secret Service to investigate cases of missing and exploited children (JonBenet Ramsey, Madeleine McCann!) and dismantle a patent-for-rent murder-for-hire network run by EVL Teachers who appear to have staged pig-farm raves between '96 and '01 where victims were shot with patented biological bullets before a spot-fixed dead-pool tortured death.

62.    Defendant Goodman receives substantial income and other pecuniary benefits from encouraging CSTT followers, role players, and proxies to stalk, defame, threaten, incite and harass Plaintiff in his personal and professional life.  Defendant Goodman's actions plainly violate the **consumer protection laws** of the State of New York.

63.    Defendant Goodman and his agents, employees, CSTT role players, and proxies have disrupted every aspect of Plaintiff's life, causing extreme mental anguish and unfathomable emotional distress.  Further, Goodman's conduct (and that of his agents) has interrupted the Plaintiff's professional life and decimated the Plaintiff's professional reputation.

64.    The identification of this pattern and practice has been evolving and now evidence paints is very clear picture of Def Goodman and his use of the latest stooge, straight-man Mr. Hawkins. David Charles Hawkins is simply the latest "*researcher*" side-kick who stands in an and acts the

part of a conspiracy theorist straight man to Def Goodman's pre-arranged social media attack

commentary.

65.     Former CSTT researcher and whistleblower "KENNEDY" (Maureen Shay Mensing,[aka

Maureen S. Utley] Madison, Wisconsin) describes Goodman's true motives.



[video description]

**Published on May 30, 2019**
**My response to Jason Goodman of Crowdsource the Truth using me as leverage against**
**Quinn Michaels in a live chat.**


02:19        What's wrong with Jason Goodman.  Is that he.  When Quinn Michaels asked him
             to stop infighting and trashing other YouTubers **-- Dave Acton in particular** –
             and focus on the research and the story he brought to the table, Jason said he
             would not do that and ended a Patreon stream.

04:44        What's wrong with Jason Goodman is that he became fixated on fighting with
             other YouTubers and using Quinn Michaels research and material to back it up to
             the point of stretching the logic.  And, steering conversations continuously and
             **most notably to talk about Dave Acton.**



**Pictured above is " "KENNEDY" (Maureen Shay Mensing,[aka Maureen S. Utley] Madison, Wisconsin).**

66.    Quinn Michaels (aka Korey Atkin) has also revealed Goodman's motives.



13:30    But, it went real bad real quick in the background.  I mean it went real bad real fast after that livestream when I didn't want to fight with **Dave Acton** and all the other YouTubers.

67.     Plaintiff seeks a declaration from this Court that the foregoing indicates violations of the New York General Business Law (GBL).

## II:     DEFAMATION AND DEFAMATION PER SE

**68.**     Plaintiff repeats, replead and incorporate by reference each and every allegation of paragraphs 1 through 65 of this Complaint as though set forth in full herein.  All of the Defendant Goodman's actions described above has taken place in the State of New York.

69.     Goodman's slanderous, libelous and defamatory *per se* allegations (inherently harmful) were directed specifically at the undersigned's business, trade, profession and were not framed as hyperbole.  The epithets of Goodman and his sidekick Hawkins were stated as accusations of criminal and unethical activity relating to the professional integrity of the undersigned.  Goodman disseminated the "technical opinions" of a phony "forensic economist" (David Hawkins).

70.     Goodman's slanderous statements (uttered and published) have (1) charged the undersigned with serious crimes, (2) that injured the undersigned's profession, business and trade, and (3) statements that imputed mental disorders upon the undersigned (loathsome disease).

**71.**     In addition to the foregoing outlined above, Goodman has (and continues) to make multiple material misrepresentations, or omissions, of fact, to the general public and specifically to the Plaintiff.  Goodman has distributed to third parties via e-mail statements that the Plaintiff has been diagnosed with Post-Traumatic Stress Syndrome (**PTSD**), that Plaintiff was involved in

money laundering operations in Latin America while Plaintiff honorably served in the U.S. Air

Force, that Plaintiff has been determined to be a danger to the public, etc.  Goodman's use of

CSTT social media properties was malicious and designed to inflict emotional damage and

general ridicule of the undersigned.

---

From: "Jason Goodman (Crowdsource the Truth)" <jason@21stcentury3d.com>
To: Spoliation Notice <spoliation-notice@mailbox.org>
Date: August 26, 2018 at 12:04 AM
Subject: Re: NOTICE OF INTENT TO ADD BITCHUTE AS DEFENDANT TO USDC SC
LAWSUIT


Incidentally, I cannot wait to interview you in prison or a mental hospital.  Which do you think
you might prefer?  You are about to lose Dave, you nay not see it, but it is becoming clearer
every day.  Your desperation is obvious and the more you press on this, the worse the outcome
for you is going to be.  You are a shameful coward, a disgrace to your family, the Air Force
and this country and you will rue the day you challenged me.

**A typical e-mail message from Def Goodman**

Re: Warning and Caution Notice

Jason Goodman<truth@crowdsourcethetruth.org>
3/30/2018 4:36 PM
To  Spoliation
Notice   Copy  corina.davis@redbubble.com,   colin@patreon.com,   lawenforcement@paypal.com,   George Webb

Mr. David George Sweigert,

Mental illness is a serious matter, you need to seek help. You are hurting yourself by
generating a growing collection of evidence that indicates very strongly that you are engaged
in an organized criminal harassment campaign against me personally as well as other serious
potentially criminal offenses. Every person you have CC'd on this message fully realizes that
no actual lawyer would send anonymous messages from the "Evidence Collection" department
and the messages themselves represent harassment as I have instructed you to terminate
communications with me.

I have submitted my evidence against you to the NY FBI field office and anticipate they will
contact you soon. If you'd like to challenge me in civil court, I invite you to file your
complaint. It will merely save me the filing fees when I counter sue you for the well
documented slander and defamation campaign you have been waging which includes per se
libel among other civil torts and potential criminal actions on your part.

You are making matters far worse for yourself every day. My friendly advice is that you cease
and desist and discontinue your harassment and / or any mention of me or my company
moving forward.

Jason Goodman

**Above is a typical e-mail message from the Defendant**

From: Jason Goodman <truth@crowdsourcethetruth.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Date: November 30, 2017 at 11:17 PM

Subject: You are a coward and seemingly insane

David,

You claim to be a brave military veteran, yet like a childish coward, you make dopey videos poking fun at me and send intentionally defamatory (per se libel) emails to third parties without revealing who you are. It is a sad, pathetic situation. Stop harassing me and find something more productive to do. I can see now why your own (also possibly insane) brother would betray you and have sex with your wife. Do you think about his penis entering her? Did he give her his seed? Did she orgasm with George? Perhaps he was able to satisfy her sexually in ways you were unable. What a wonderful time the two of them must have had. The intimacy they shared and the total lack of respect either of them had / have for you is truly staggering. It's one of the worst things I could imagine. You should go somewhere and roll up into a ball and cry about it. Not even your own family members can tolerate you. I spoke with another one of your brothers recently who told me how crazy you are and how that has resulted in him not speaking to you for years. You really should be confined to a mental institution for your own safety and that of others. How you ever convinced a woman to marry you remains a mystery.

Maybe you should just fuck off.

Have a nice day.

**A typical e-mail message speaking to malice requirement.**

From: Jason Goodman <jason@21stcentury3d.com>
To: Spoliation Notice <spoliation-notice@mailbox.org>
Cc: legal@support.youtube.com, TMTMEP@uspto.gov, TMCONSISTENCY@uspto.gov,
TMDesignCodeComments@uspto.gov, FeesHelp@uspto.gov, TMdatabasecorrect@uspto.gov,
TrademarkAssistanceCenter@uspto.gov, ETAS@uspto.gov, TMIDSUGGEST@uspto.gov,
TMPostPubQuery@uspto.gov, usptoinfo@uspto.gov, TMFeedback@uspto.gov

Date: May 15, 2018 at 8:24 PM

Subject: Re: TRADEMARK OPPOSITION -- 87752970

Dave,

If you refuse to seek the mental health treatment you require, I will at least insist that you
retain a legitimate lawyer who will send legitimate letters with a name, phone number and
contact information. I would be happy to meet you in court and show my evidence that your
year long, ongoing harassment campaign is the root of all your claims.  Every recipient of this
message knows full well that no legitimate legal entity sends anonymous emails.  I have very
strong evidence indicating that you, your brother George Webb Sweigert, Robert David Steele
and others have conspired for many months to steal money from me, publicly defame me with
false accusations of crimes and systematically cyber harassment.  This message is further
evidence of this effort.  You are instructed to discontinue all contact with and communications
about me.  Please send me your address or the address of your attorney so I may serve you
with a formal cease and desist and a temporary restraining order.


        Jason

**Typical e-mail message sent by Def Goodman**

72.     In the video production entitled, "*Are EVL Teachers Hiring CAI Scrubs To Hide Signals From High Value Target & Death Pool Crime Scenes?*", April 19, 2019, at time mark 39:39, Hawkins states, "[t]he close combination of the British Patent Office and the American Patent Office takes us right to 9/11, and a number of patented devices were used in the 9/11 attack and not just in the 9/11 attack , but to <u>actually prevent and obscure the crime scene</u> <u>investigation that would have led</u> – or would have lead us – I think we are in the process of that now Jason to find the perpetrators  -- and I pin that on N.M. Rothschild, uh, SERCO, and the CAI Private Equity Group, for <u>which I believe this guy Sweigert is scrubbing busily away</u> in that third tunnel.  Over to you."  [Def laughs]



73.     In the below video podcast, distributed in a widely pervasive manner, the undersigned was accused of "*spoliating evidence*" in the possession of the U.S. Secret Service (USSS).  In

this video both Hawkins and Goodman agree that "Sweigert deserves discomfort on a large

scale".



Did SERCO Agents Scrub EVL Teachers Tunnel on Bridge to Secret
Service CSI? with David Hawkins



Jason Goodman
Subscribe  81K

74 watching now

**[video description]**
**Started streaming 10 minutes ago**
**Are devious Social Engineers using principles outlined in Split Tunneling patents to send**
**bits of data in packets known only to authorized parties on a network? Could such an**
**approach be used to break the chain of custody of key evidence and frustrate investigators**
**while scrubbing truth from a crime scene? David Hawkins joins me to explore the roles of**
**self styled "ethical hackers" and their affinity for Weathermen and the systematic**
**assassination fo the truth.**

**visit David's website – https://reversecsiscripts.com/**
**follow David on Twitter – https://twitter.com/CsiHawkins**

74.       In the 2/27/2019 CSTT video content Def states, [39:40] "This is how you [Hawkins] and

I am earning a living right now, and if Mr. Sweigert doesn't approve of that, well he is certainly

welcomed to present factual evidence; but, what he is doing is making up nonsense and underline conspiring with others around the Internet to break the law, to engage in civil torts, and generally just be a trouble-maker." (See Internet URL: https://www.youtube.com/watch?v=yx_6sj33FDs&t=2165s ). [Although one channel is mentioned here, the video production is disseminated throughout the CSTT footprint].

75.     Further, in the same 2/27/2019 video, Mr. Hawkins states "[41:00] Where I believe StarNet Communications was using this "bit-spreading" technology to transfer snuff films … [then undersigned's book "Ethical hacker's Field Operations Guide" is displayed in video] [41:45] I am starting to think the kit they took away reeked of some amateurish network sniffer [Goodman laughs] who may have found an opportunity to hack into the police network – the Vancouver Police network or the RCMP – and allow the people who were going out to the "Pig Farm" to the Friday night raves, i.e. seventeen [17] hundred to two [2] thousand people coming from all over North America including your country.  [43:46] I suggest that you [**Sweigert**] hacked into it, and **you're so incompetent you** [Sweigert] left a backdoor that other people, organized crime networks, actually got in and were able to move killers from the United States – possible by CON AIR – out to the "Pig Farm" to stage cannibal feasts and serial killing and on-line betting on the length [of time] it would take for people to die." (See Internet URL: https://www.youtube.com/watch?v=yx_6sj33FDs&t=2165s ). [Although one channel is mentioned here, the video production is disseminated throughout the CSTT footprint].



Does Sweigert's Social Engineering Spin the Bit
Spread Spy in the Padlocked Bag with David
Hawkins

 Jason Goodman

✓ Subscribed   🔔 83K

3,048 views

**[video description]**
**Streamed live on Feb 27, 2019**
**Is Sweigert's current social engineering intended to distract from previous hacks?**

76.     To amplify the smear techniques used above, the Court's attention is directed to the video

production entitled, "*Was Sweigert the EVL BAT CAVE Custodian or Key Holder for BAE Bit-*

*Spread Pentagon Bomb, 2/13/2019*, Internet URL:

https://www.youtube.com/watch?list=PLBlSynguD0vavfCdMPho3-

a83kqgIq4L1&v=3_HUTQvwsg4, [Although one channel is mentioned here, the video

production is disseminated throughout the CSTT footprint].



**Pictured above L to R: Plaintiff, George Webb (Sweigert) and David Hawkins**

77.      The Def states, "[time mark 14:00] And of course we know that he [undersigned]

**worked for Entrust and is an expert in Public Key Infrastructure**, which – that is what the

federal bridge is all about.  It is a public private key infrastructure."

78.      The Def continues, "[15:22]  Let's presume for a moment David [Hawkins] that Mr.

Sweigert is an ethical hacker - he has told us that.  [NOTE: this claim is denied by the

undersigned as he has never "told" the speakers about this credential].  I didn't know that, he

[undersigned] wrote a book about ethical hacking.  And, furthermore, what if he [undersigned] is

put there as an ethical hacker to do something ethical and then unbeknownst to him, once he has

unlocked the door, someone else who might be unethical takes advantage of that and comes right

in there.  He could tell us.  I don't know who hacked the federal bridge and who manipulated the

Boeing uninterruptable auto-pilot and who may have taken these aircraft off of their en-route

airways, **but, he certainly hacked it.**  "

79.    Hawkins replied, "[16:11]  You are absolutely right.  The man [undersigned] appears to be **arrogant and stupid.**  [Goodman laughs].   But, very clever in his particular box of expertise.  That is to say, he has written a book about ethical hacker [sic], I read it and I barely understand it.  [17:10]  He [undersigned] has to answer I believe now our questions." [book is shown in video].

80.    Hawkins continues, "[18:30]  **So, I think it is well within the bounds of possibility that after Dave Sweigert left the key in the door,** [photograph of undersigned displayed in janitor uniform at the Pentagon] **or allowed some people to get in, a snuff film, or snuff film team**, or a snuff team went into the Pentagon upgrade project at the U.S. Navy Command Center and put a couple of bullets from a Glock [handgun] into the back of the head of Captain Gerald DeConto. [Goodman: "wow"]."

81.    Not only have the pair accused the undersigned of aiding and abetting murder (via snuff teams and not the 9/11 jetliner crash into the Pentagon), the Def and Hawkins are attempting to tie the federal PKI bridge to the possibility that a hacker could penetrate the cockpit of a Boeing aircraft and therefore cause the plane to crash.  This hacking penetration of the cockpit flight control via the **federal PKI bridge** is thus impugned onto the undersigned.

82.    It is instructive to note the following post on the web-site "PentagonMemorial.Org"; quoted in relevant part:

**CAPT Gerald F. DeConto, USN**
As director of the current operations and plans branch of the Navy Command Center, CAPT Gerald F. DeConto, 44, was organizing the Navy's response to the World Trade Center attack when he died in the crash at the Pentagon.
( https://pentagonmemorial.org/explore/biographies/capt-gerald-f-deconto-usn  )

83.    It is alleged that the foregoing cited CSTT video production represents a pre-rehearsed and scripted interview to include agreed upon key points, such as the allegation that the undersigned aided and abetted the murder Capt. Gerald DeConto at the Pentagon on 9/11 via "snuff teams".  It is alleged that the direct accusation (rising above mere insinuation) by Hawkins implicates the undersigned in the murder of Capt. DeConto (via snuff team).  Hawkins has been using the name and legacy of Capt. DeConto since at least 2010 in his sham investigations and fake news research reports.  The Court's attention is directed to the web-site "911disclosure-blogspot.com" quoted in relevant part:

> **Sunday, March 14, 2010**
> **Strong-Power TOPOFF from JFK to 9/11**
> Claim Maurice Strong restructured Power Corp. of Canada to murder top officials ('TOPOFF'), including
> JFK in 1963 and US Naval Command Center duty officer on 9/11.
>
> To: Members of **Hawks CAFE** http://groups.yahoo.com/group/hawkscafe/
> From: Captain Field McConnell and **David Hawkins, Forensic Economists at Hawks'
> CAFE http://www.hawkscafe.com/**
>
> We claim that globalist and then president Maurice Strong restructured Power
> Corporation of Canada in 1963 to support the destruction of the sovereign state using
> hired assassins to murder top officials ('TOPOFF'), including U.S. president John F.
> Kennedy in 1963 and the Pentagon's **US Naval Command Center duty officer, Captain
> Gerald DeConto, on 9/11.**
> Our research into Strong-Power's alleged private-equity assassination teams, indicates
> that extorted, corrupted or deceived members are paid in cash (Tongsun Park, Maurice
> Strong, Brian Mulroney) or negotiable instruments of value, such as heroin (Cotroni-
> Bonanno-Rizutto crime families), **snuff films** (Vivendi, Radio Canada, Current TV) or
> carbon credits (Chicago Climate Exchange, Generation Investment).
>
> **NOTE: Hawkins is co-founder of Hawks CAFÉ" in Vancouver, British Columbia.**



Did SERCO Agents Scrub EVL Teachers Tunnel
on Bridge to Secret Service CSI? with David
Hawkins

 Jason Goodman

✓ Subscribed   🔔 83K

5,507 views

[video description]
**Streamed live on Apr 10, 2019**
**Are devious Social Engineers using principles outlined in Split Tunneling patents to send
bits of data in packets known only to authorized parties on a network? Could such an
approach be used to break the chain of custody of key evidence and frustrate investigators
while scrubbing truth from a crime scene? David Hawkins joins me to explore the roles of
self styled "ethical hackers" and their affinity for Weathermen and the systematic
assassination of the truth.**

[selected comments]

31:40          **HAWKINS.**: Sweigert worked at BAH [Booz*Allen & Hamilton] on classified
networks.  He describes himself as an ethical hacker and social engineer.  He has all the skill sets
to take for example a Booz*Allen & Hamilton TOPOFF exercise on 911, which is a continuity
of government exercise. . . a switch from a continuity of government exercise to live fire aided,
abetted and perpetrated wittingly or unwittingly by **David Sweigert.**  [undersigned then accused
of being a part of "decentralized distributed harassment campaign"].

46



[video description]

**Streamed live on Feb 15, 2019**
**David Sweigert is a prolific public figure. He makes daily video broadcasts commenting on the current political climate and various aspects of social media and technology. He is an author of "ethical" hacking manuals and claims to be an expert ethical hacker himself. His ethics and his competence are in question however. Is it possible that a legitimate "ethical" hack, could be an umbrella operation for a more sinister hacker to sneak in right behind Sweigert? Would he even know if this had occurred. David Hawkins joins me again to explore the likelihood of this possibility.**

**Hawkins (upper left) discusses the technical competence of the Plaintiff (center) (dressed as janitor by CSTT artist)**

47

**Other videos distributed on CSTT properties featuring the undersigned (below).**

 Did Sweigert Hack the EVL BAT CAVE & Switch
Pentagon Attack Simulation to Live Fire? David …
Crowdsource the Truth 2
Streamed 1 month ago • 931 views
There has been no more aggressive opponent to Reverse CSI research
than David George Sweigert. He's literally written the … 

 Does Sweigert's EVL BAT CAVE Ethical Hack
Hide DeConto's Wrongful Pentagon Death? with …
Crowdsource the Truth 2
Streamed 1 month ago • 539 views
David Sweigert is a prolific public figure. He makes daily video broadcasts
commenting on the current political climate and various … 

 Did SERCO's Patented EVL Bat CAVE Entrust
Pentagon Attack Simulation to Sweigert?
Crowdsource the Truth 2
Streamed 1 month ago • 684 views
With his extensive credentials and experience Sweigert is uniquely suited to
overseeing sophisticated simulations that could be … 

 Was Sweigert the EVL BAT CAVE Custodian or Key Holder for BAE Bit-Spread
Pentagon Bomb
Jason Goodman
23 hours ago • 4,119 views
David continues to explore the possibilities of 9/11 simulations in the University of Chicago's
EVL BAT CAVE. Sweigert seeds mail.

# Does Sweigert's Social Engineering Spin the Bit Spread Spy …
https://www.youtube.com/watch?v=Hx3Ljld-vTo ▾

 Feb 27, 2019 · Does **Sweigert's** Social Engineering Spin the Bit
Spread Spy in the Padlocked Bag with David Hawkins
Author: Crowdsource the Tr…
Views: 522

**Other examples of misappropriation of an image appear above**



Google        sweigert ethical hacker

All     News     Images     Maps     Videos     More                    Settings     Tools

About 2,900 results (0.38 seconds)

## Ethical Hacking Security Tests | Trusted by Leading Enterprises
[Ad] www.praetorian.com/Penetration/Testing ▾
We are the security experts solving today's biggest cybersecurity problems.

**See Customer Success**
We Are Fixated On Customer Success.
See What Our Clients Have To Say!

**Secure Your Enterprise**
Services To Improve Your Security.
Level Up Your Security Game Today.

### Videos







Is Ethical Hacker
Sweigert a
Weatherman and
Cornfield Cruiser ...

Does Sweigert's
EVL BAT CAVE
Ethical Hack Hide
DeConto's ...

Can Simulation
Hacking IT Guru
Sweigert Explain
BAE's Bit Spread
9 ...

Jason Goodman
YouTube - Apr 3, 2019

Jason Goodman
YouTube - Feb 15, 2019

Crowdsource the Truth 2
YouTube - Mar 1, 2019

**A simple Google search "Sweigert ethical hacker" reveals CSTT videos**

84.    The pair simply will not stop disseminating video content that violates the laws of the

liberty interests of the hey synthetic

85.    undersigned.  For example, in the video, entitled, *"Did SERCO Use a Virtual Reality*

*Death Pool Sports Book to Spot Fix Paddock's Las Vegas Shooting*?", 5/31/2019, the pair state:

15:41        HAWKINS:  And checking for vulnerabilities in people's networks and
             presumably if he is truly ethical advising the ethical client 'look you got a back
             door here, you had better close it'.  Now there's no guarantee, and I am not an
             expert at this, if Sweigert is as smart as he seems to think he is.  What happens if
             he is not a very good ethical hacker.

22:55        HAWKINS.  So, Mr. Sweigert, swatting around as an ethical hacker he would be
             an expert at arranging for the revocation of certificates of the Blue Team
             defenders of American interests, or the public, in Washington or New York.  So,
             now, to what extent does that make him culpable – uh, I am not interested in
             crime, at this stage – in guilt or innocence.  What I am interested in – and I
             believe is the remedy to bring this show to a grinding halt **– is in bring an action
             for wrongful death as a result of the negligent, reckless, willful, or fraudulent
             use of patented devices by people who may be over-whelmed.**  If they are
             negligent, then so be it, we are not accusing them of a crime.  [emphasis added]

             Caveat: Mr. Hawkins often uses the catch "negligent, reckless, willful and
             fraudulent" (**NRWF**).

37:44        HAWKINS.    If you zoom in on your collage, you very carefully, we discussed
             that, position the foot of Mr. Sweigert, with his wizard hat, right?  **And the foot
             of Mr. Sweigert is placed on various components of the federal bridge
             certification authority** including and in particular the State of Illinois – a little
             difficult to see.  The Department of Justice and Veterans' Affairs.

38:22        HAWKINS:  A lot of the military however would have come out perhaps
             damaged with P.T.S.D., or scarred, or they can't find a job.  But they have been
             taught in the military how to kill.

38:33        **GOODMAN:  Don't we know somebody with P.T.S.D.?**



Did SERCO Use A Virtual Reality Death Pool
Sports Book To Spot Fix Paddock's Las Vega...
Crowdsource the Truth 2
Streamed 3 months ago • 689 views
David joins me once again, this time to suggest that British outsourcer
SERCO and its chairman Roy Gardner could have offered a ...



Did SERCO Use A Virtual Reality Death Pool Sports Book To Spot
Fix Paddock's Las Vegas Shooting?



689 views

**CSTT artwork depicting undersigned (David Hawkins in upper right)**

86.     The net effect of this smear and shame campaign was to expose the undersigned to

hatred, contempt and/or aversion, and to induce an evil or unsavory opinion of him in the minds

of a substantial number of the community.

87.     None of the aforementioned video atrocities can be construed as "research",

"investigative journalism", etc.  This content simply relies on the use of proxy guests and

interviewees that pose as experts (relying on fake bona fides).  As such there is no protection for

such video content, messaging, tweets, etc.



**David Hawkins CSI Storyb...**
@CsiHawkins

Follow

Here the link to today's show.
patreon.com/posts/is-ethic... Join us to
explore the theory that David Sweigert
allowed Weathermen & EVL Teachers to
tunnel into the Aegis combat weapons facility
known as the Cornfield Cruiser to hijack
various Boeing aircraft on 9/11. Enjoy!



Is Ethical Hacker Sweigert a Weatherman and Cornfield Cruiser Abuser? with

**III:      VIOLATIONS OF CIVIL RIGHTS LAW § 50 and 51**

88.      Plaintiff repeats, replead and incorporate by reference each and every allegation of

paragraphs 1 through 87 of this Complaint as though set forth in full herein.

89.      All of the Defendant Goodman's actions described above has taken place in the State of

New York.

90.      Def Goodman has abridged the undersigned's right of privacy by the unauthorized use of

Plaintiff's name, portrait or picture for commercial purposes pursuant to New York Civil Rights

Law § 50.


**Civil Rights Law § 50.  Right of Privacy**


*"A person, firm or corporation that uses for advertising purposes, or for the purposes of trade, the name, portrait or picture of any living person without having first obtained the written consent of such person, or if a minor of his or her parent or guardian, is guilty of a misdemeanor. "*

91.      Def Goodman has used the likeness of the undersigned to sell coffee cups, tote bags, T-

shirts, etc. on the merchandising site "RedBubble.Com".  There is no news-worthiness, editorial

rationale or any other journalistic endeavor that would justify this type of use.

92.      The same is true for the complete lack of any reasonable relationship between the

undersigned and CSST Goodman/Hawkins podcasts about "ABEL DANGER" narratives about

hacking into back-doors and causing the death of fire fighters and airline passengers.  None of

the stories and podcasts distributed by Goodman on CSTT have any supporting rationale to relate

the undersigned to the conspiracy theory du jour on CSTT.

93.     *New York Civil Rights Law § 51.  Action for Injunction and for Damages* provides for a

private right of action against such abuses of portraits, photographs and images on non-related

parties to news events.  Section 51 provides a claim for an injunction and damages in favor of "

[a]ny person whose name, portrait, picture or voice is used within this state for advertising

purposes or for the purposes of trade without . . . written consent . . . .".  The undersigned has

never given written consent to Jason Goodman and/or his companies and businesses (21st

Century 3D, MDSI, Inc., etc.).

94.     Although Sections 50 and 51 have different enforcement schemes they both protect

against "nonconsensual commercial appropriations of the name, portrait or picture of a living

person." *Finger v. Omni Publ'ns. Int'l, Ltd.,* 77 N.Y.2d 138, 141 (1990).

95.     Pursuant to Section 51 the undersigned claims and alleges that Def Goodman, himself or

via his companies and businesses, (1) used Plaintiff's name, portrait, picture and voice (2) for

advertising and trade purposes, (3) without written consent.  Examples are shown below.



**Plaintiff depicted on CSTT RedBubble coffee cup**

(https://www.redbubble.com/people/csthetruth/works/29102359-deep-state-

dunces?p=mug)



**CSTT tote bag with Plaintiff's likeness (far left) advertised on RedBubble.com**



Roger Stone in Mueller's Crosshairs What is Weissman's Role? with Special Guest Larry Nichols

Jason Goodman
Subscribe  79K

238 watching now





Does Sweigert's EVL BAT CAVE Ethical Hack Hide DeConto's Wrongful Pentagon Death?  …

Jason Goodman
Streamed 6 months ago  •  2,949 views
David Sweigert is a prolific public figure. He makes daily video broadcasts commenting on the current political climate and various …



Did Sweigert Hack the EVL BAT CAVE & Switch Pentagon Attack Simulation to Live Fire? David Hawkins

 Crowdsource the Truth 2

▶ Subscribe  11K

981 views



Was Sweigert the EVL BAT CAVE Custodian or Key Holder for BAE Bit-Spread Pentagon Bomb

 Crowdsource the Truth 2

▶ Subscribe  11K

676 views

96.    A so-called YouTube playlist is a listing of related video content.  Such a playlist can

group like video content in a category.  The playlist for "Jason Goodman and David Hawkins"

that displays unprotected video content is staggering.







97.    Each notation cited above (highlighting video content) represent an individual video podcast that has been widely distributed across the CSTT properties.  Each video, in of itself, includes the photograph and name of the Plaintiff.  This is an unprotected and unauthorized use of same.  Examples are shown below.



98.     Goodman (via the CSTT enterprise) has used Plaintiff's name, photograph, picture, portrait and/or likeness, without his written consent, within the state of New York, for the purposes of advertising or trade.

99.     Goodman's (via the CSTT enterprise) use of the Plaintiff's name, photograph, picture, portrait and/or likeness, was a use in, or as part of, an advertisement or solicitation for patronage.

100.    As set forth more fully above, Goodman's entire CSTT business is based around the Goodman/CSTT harassment and smear campaigns against the Plaintiff, and creating content around the use of Plaintiff's name, photograph, picture, portrait and/or likeness, to solicit patronage by CSTT followers and PATREON "patrons".

101.    Goodman's most lucrative use (via the CSTT enterprise) of the Plaintiff's name, photograph, picture, portrait and/or likeness, appears to be through Goodman's podcast, on PATREAON.COM, wherein Def Goodman solicits fees from PATREON "patrons", to access their podcasts, which are principally based on using Plaintiff's name, photographs, pictures, portraits and/or likenesses, as punching bags, and the basis of CSTT shows, and the content therein.  It is believed that Goodman's CSTT broadcasts generate $10,000 - $15,000 a month based on this model.

102.    In addition, Goodman specifically used the Plaintiff's name, photographs, pictures, portraits, and/or likeness in advertising and selling items on REDBUBBLE.COM such as coffee cups, T-Shirts, tote bags, etc.  Goodman profits off the perverted use of Plaintiff's name, photographs, picture, portraits, and/or likenesses.

103.    As demonstrated above, Goodman (via the CSTT enterprise) used the Plaintiff's name, photograph, picture, portrait and/or likeness, in numerous ways, to advertise, solicit, and promote the CSTT business to tens of thousands of listeners, viewers, fans and consumers in a variety of

formats, and popular social media platforms, including, but not limited to: PATREON,

Facebook, YouTube, Twitter, Periscope, merchandise such as tote bags, coffee cups, T-shirts on

RedBubble.Com, etc.

104.    Goodman (via the CSTT enterprise) published and republished the Plaintiff's name,

photograph, picture, portrait and/or likeness, in multiple formats, including in CSTT's own

promotions, websites, advertisements and social media platforms.

105.    Goodman's use (via the CSTT enterprise) of the Plaintiff's name, photograph, picture,

portrait and/or likeness, -- on countless occasions and in numerous formats – is clearly a

recognizable likeness of the Plaintiff and is readily identifiable by someone familiar with the

Plaintiff.

106.    As demonstrated by the foregoing, there is a direct and substantial connection between

the appearance of Plaintiff's name, photograph, picture, portrait and/or likeness, and the main

purpose and subject of Goodman's (CSTT's) advertisement and the commercial exploitation of

the Plaintiff.

107.    Defendant's actions against the Plaintiff has grossly invaded his privacy and violated the

Civil Rights statutes in egregious and unconscionable ways, which included publishing

Plaintiff's recreational community in Mount Shasta, California and inciting fans to invade the

Plaintiff's privacy with horrifying threats and appalling harassment campaigns – all for the

commercial gain of the Defendant.

108.    Plaintiff's entire life has been disrupted by the actions of both Defendants, and as a result

the Plaintiff has consequently suffered severe mental anguish, emotional distress, and extreme

humiliation and embarrassment from the reprehensible actions of the Defendant.



Did SERCO's Patented EVL Bat CAVE Entrust Pentagon Attack Simulation to Sweigert?

Crowdsource the Truth 2

687 views

[video description]
**Streamed live on Feb 6, 2019**
**With his extensive credentials and experience Sweigert is uniquely suited to overseeing sophisticated simulations that could be viewed in the EVL CAVE.**



Did Sweigert Break Entrust & Amec Chains Linking EVL Teachers to Pentagon & WTC 7 with David Hawkins

Jason Goodman

3,123 views

[video description]
**Streamed live on Mar 29, 2019**
**Does breaking the chain of custody nullify evidence from a legal standpoint? Does David Sweigert know this and actively seek to do so? Could ethical hacking break the chain of custody of critical evidence in some of the most sinister crimes of all time? David joins me to explore these and other questions.**

109.    Defendant's conduct has, an is, appalling, wanton, unconscionable, and in deliberate disregard of Plaintiff's rights, safety, welfare, and therefore, the imposition of exemplary and punitive damages is warranted, and should be assessed against Defendant to punish Defendant for such disgusting acts.

110.    Defendant by engaging in the aforementioned acts and/or in authorizing in authorizing and/or ratifying such acts, engaged in willful, malicious, intentional, oppressive and despicable conduct, and acted with willful and conscious disregard of the rights, safety and welfare of the Plaintiff, thereby justifying the award of punitive and exemplary damages.

## IV.  NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

111.    Plaintiff repeats, replead and incorporate by reference each and every allegation of paragraphs 1 through 99 of this Complaint as though set forth in full herein.

112.    All of the Defendant Goodman's actions described above has taken place in the State of New York.

113.    The Defendant's publication, world-wide distribution and wide dissemination of the Plaintiff's image, name, career history and certifications has caused the undersigned sever emotional distress.  The Defendant owed the Plaintiff a statutory duty of complying with New York state law, see N.Y. General Business Law and Civil Rights Law (previously mentions). Defendant failed to comply with these laws (after several attempts by Plaintiff to obtain compliance).

114.    The reckless conduct of the Defendant significantly harmed and injured the undersigned's career and future business opportunities causing distress and emotional angst to

the undersigned. These are not accidental inclusions of the undersigned's name and likeness in trade productions that have no newsworthy value.

115.    The Defendant's conduct was intentional and was (1) extreme and outrageous conduct, (2) intended to cause severe emotional distress, (3) such distress was a direct and proximate cause of Defendant's actions, and (4) sever emotional distress was the result. *Bender v. City of New York,* 78 F.3d 787, 790 (2d Cir. 1996).

116.    The publication of the Plaintiff's image and name in context with criminal acts, ethical breaches were conduct so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency, and to be regarded as atrocious, and utterly intolerable in a civilized society. See Martin v. Citibank, N.A., 762 F.2d 212, 220 (2d Cir. 1985).

117.    To illustrate the egregious conduct of Def Goodman the Court should be made aware of a series of videos produced and distributed by the Defendant that tangentially linked the undersigned's deceased father and his invention of the cordless phone to the murder of Jon-Benet Ramsey.



Red Line Death in Zulu Time Did Ramsey Use George Sweigert Patent to Call Police with David Hawkins
Crowdsource the Truth 2
7 months ago • 644 views
David continues his deep dive into the patent office. Did George Henry Sweigert"s patented tech play a role in the Jon Bennet Ramsey murder or subsequent call to Boulder, CO police'…



Red Line Death in Zulu Time Did Ramsey Use George Sweigert Patent to Call Police with David Hawkins

 Crowdsource the Truth 2

▶ Subscribe   11K

644 views



Red Line Death in Zulu Time Did Ramsey Use George Sweigert Patent to Call Police with David Hawkins

 Crowdsource the Truth 2

▶ Subscribe   11K

644 views

118.    Perhaps the video production of the undersigned's father is the most disgusting and reprehensible of all the non-news and non-public interest productions ever distributed by Goodman.  In the video production cited above, the mere fact that the father of Jon-Benet Ramsey (a child murdered in Boulder, Colorado on 12/25/1996) supposedly used a cordless telephone to call the police was the link between the murder and the undersigned's father.

119.    The "Red Line Death" videos (shown above) perfectly illustrate the legalese and technical jargon used by "Cambridge educated forensic economist" David Hawkins to hold the patent holder responsible for the use of the technology.  This is a smear against a World War II veteran, inventor and father of five.

## Death of JonBenét Ramsey

From Wikipedia, the free encyclopedia

*"JonBenét" redirects here. For the American noise rock outfit from Houston, Texas, see The Jonbenét.*

**JonBenét Patricia Ramsey** (/ˌdʒɒnbəˈneɪ ˈræmziˈ/; August 6, 1990 -- December 25, 1996) was an American child beauty queen who was killed at the age of 6 in her family's home in Boulder, Colorado. A lengthy handwritten ransom note was found in the house. Her father John found the girl's body in the basement of their house about eight hours after she had been reported missing. She sustained a broken skull from a blow to the head and had been strangled; a garrote was found tied around her neck. The autopsy report stated that the official cause of death was "asphyxia by strangulation associated with craniocerebral trauma."[1][2] Her death was ruled a homicide.[3] The case generated nationwide public and media interest, in part because her mother Patsy Ramsey (herself a former beauty queen) had entered JonBenét into a series of child beauty pageants. The crime is still unsolved and remains an open investigation with the Boulder Police Department.

The police initially suspected that the ransom note had been written by JonBenét's mother, and that the note and appearance of the child's body had been staged by her parents in order to cover up the crime. However, in 1998, the District Attorney said that due to a new DNA analysis, none of the immediate family members were under suspicion for the crime.[4] Also in 1998, the police and the DA both said that JonBenét's brother Burke, who was nine years old at the time of her death, was not a suspect.[5][6] The Ramseys gave several televised interviews but resisted police questioning except on their own terms. In October 2013, unsealed court documents



**JonBenét Ramsey**

| | |
|---|---|
| **Born** | JonBenét Patricia Ramsey<br>August 6, 1990<br>Atlanta, Georgia, U.S. |
| **Died** | December 25, 1996 (aged 6)<br>Boulder, Colorado, U.S. |
| **Cause of death** | Asphyxia by strangulation<br>Craniocerebral trauma |

# George Sweigert

From Wikipedia, the free encyclopedia

George H. Sweigert (1920–1999) is credited as the first inventor to patent the cordless telephone.[1]

Born in Akron, Ohio, Sweigert served five years in the US Army as a radio operator in World War II in Guadalcanal, Bougainville, Fiji and New Georgia assigned to the 145th Headquarters Company under the 37th Infantry Division (United States). Following the war, Sweigert attended Bowling Green State University near Toledo, Ohio.

Sweigert credited his military experience for invention of the cordless telephone, citing experimentation with various antennas, signal frequencies, and types of radios.[citation needed]



**George Harry Sweigert**

"A shirt pocket phone to call anyone in the

| Contents [hide] |
| --- |
| 1 Radio telephone |
| 2 Role models |
| 3 Wireless networking |
| 4 Later years |
| 5 Trivia |
| 6 See also |

**George H. Sweigert** (1920–1999) is credited as the first inventor to patent the cordless telephone.[1]

Born in Akron, Ohio, Sweigert served five years in the US Army as a radio operator in World War II in Guadalcanal, Bougainville, Fiji and New Georgia assigned to the 145th Headquarters Company under the 37th Infantry Division (United States). Following the war, Sweigert attended Bowling Green State University near Toledo, Ohio.

Sweigert credited his military experience for invention of the cordless telephone, citing experimentation with various antennas, signal frequencies, and types of radios

…

With the patent application submitted on May 2, 1966 to the US Patent and Trademark Office, Sweigert submitted a working model of the phone in addition to the required description.[2] A *Cleveland Plain Dealer* article, published shortly after the patent was filed, documented the first public demonstration of the cordless phone with a picture of the device and the inventor.[citation needed]

The *Plain Dealer* reported that Sweigert used a part from his washing machine for the invention - the solenoid used to lift the phone's receiver when a current was sensed in the induction coil. Sweigert, who suffered severe back pain from a war injury, saw the device primarily helping handicapped and elderly people.

The US Patent and Trademark Office issued U.S. Patent 3,449,750 on June 10, 1969. The *New York Times* reported the patent in the June 14th, 1969 edition. (page 52, column 6) In the article, Sweigert gives the first description of how the "remote phone" might be used as a remote office or around the home, foreshadowing the way cell phones are used today.

Sweigert held two amateur radio licenses: W8ZIS (Ohio) and N9LC (Indiana). He held the amateur radio extra class license, the highest class license. He also held a First Class Radiotelephone license issued by the Federal Communications Commission.

120.    There simply is NO newsworthiness or public-interest in the inventor of a telephone device that received a patent thirty (30) years before a murder in Boulder, Colo.  There is no rationale justification for the distribution of such video content, unless the goal and objective to embarrass, tarnish, stress and cause emotional angst over the memory of a loved one.  This type of conduct by Goodman is inexcusable and crosses all bounds of human decency.

121.    In an effort to top the disgusting video described above, Goodman has admitted to telephoning Emergency Medical Systems (E.M.S.) in the Mount Shasta, California area to "alert them" that the undersigned was involved in a criminal enterprise under investigation by the F.B.I.".  Again, this speaks to wanton infliction of emotional embarrassment, distress, and angst. Goodman also proclaimed that he telephoned the Chief of Police for Mount Shasta, California and had similar discussions.  Goodman's intent was to damage the Plaintiff's standing in the E.M.S. community and to injure the Plaintiff's reputation.

122.    To amplify Def's malice and animus towards Plaintiff.  In the video production of May 4, 2018, Def stated "if he wasn't the worm that he is – the waist of oxygen – the disgusting human being – whose own father knew that the proper place for him [undersigned] was to sleep on newspaper with dog shit."  These excerpts are from a video podcast featuring Joe Napoli of San Diego, California.  See "The Trolls of Mount Shasta". (https://www.youtube.com/watch?v=qyg9YejHy0k).



The Trolls of Mount Shasta

Crowdsource the Truth 2



▶ Subscribe 11K

10,524 views

➕ Add to    ➤ Share    ••• More

👍 267   👎 122

**[video content]**
**Streamed live on May 4, 2018**
**Dave Acton has officially gone too far. He is a public menace and he should be prosecuted.**
**Become a Sponsor of Crowdsource the Truth**

## DAMAGES

123.    The Plaintiff has personally suffered damages in his person and his business as a direct and proximate result of the CSTT role players and Goodman for which an appropriate private civil remedy is unavailable.

124.    Further, Goodman willfully and knowingly committed deceptive acts and unlawful practices in violation of General Business law 349, entitling the Plaintiff to treble damages.

125.    Damages include undersigned's claim for mental anguish, loss of reputation, humiliation, mental anguish and damage to trade, profession and business, ridicule in the community.

126.    These horrible Goodman social media productions, that include the perverted images of

the Plaintiff, are presented as "news broadcasts" based upon "sources, research and evidence".

At best, Goodman's false allegations rely on junk science, fabricated sham research, malformed

historical references, etc. which is presented (via CSTT resources) to an astounding audience

reach, with insinuations that "deep state" targets (Plaintiff and others) are involved in a criminal

network directed at taking Goodman off the air for his work in "exposing government

corruption".

127.    Goodman is fond of proclaiming that he is working with the F.B.I. to bring his critics to

justice as they are "worms" that do not deserve "to waste oxygen" (CSTT "un-personing" tactic).

In sum, a sham and warped charade narrative is continually updated for the consumers within the

public at large.  The end goal is to collect more easy money via fund-raising while

simultaneously (1) destroying innocent potential critics and (2) amplifying the alarmist "deep

state" "fear porn" narrative du jour.

128.    Goodman commits acts of defamation *per se*, trade libel and slander of innocent third

parties – like the Plaintiff -- aimed at maintaining the continuity of collecting fund-raising

proceeds for CSTT via PATREON and other credit card processors.  This is a continuing, open-

ended and repetitive pattern showing no signs of ceasing.

129.    The plaintiff claims that due to the actions of the Defendant that (1) he has personally

suffered actual and threatened injuries to his profession and business, (2) that these injuries can

be traced to the activities of the defendant's misconduct and (3) that his injuries are likely to be

addressed by a favorable outcome of this present case at bar.

130.    In various forms the Defendant has alluded to the Plaintiff's alleged nefarious activities as a so-called "CIA contractor smuggling drugs" in Latin America while the Plaintiff performed duties as an active duty member of the U.S. Air Force (honorably discharged).

131.    Hundreds of thousands of social media views have been attributed to video productions that broadcast claims by CSTT affiliates about the Plaintiff; to include alleged activities of the Plaintiff.

- Activities related to drug smuggling in Nicaragua as part of the Iran-Contra scandal.
- Activates to protect pedophiles as part of the "RED NET" network.
- Activities related to the planning and coordination of the Port's "dirty bomb incident"
- Etc.

132.    As a formality the plaintiff DENIES all the above assertions, allegations and insinuations made by these individuals.

133.    The Plaintiff has a property right interest in his reputation, publicity concerning his work products, maintaining his ability to publish technical reports, etc.  The Plaintiff's compensable injury necessarily is the harm caused by the Defendant.

## **RELIEF REQUESTED**

134.    The plaintiff seeks all equitable and punitive damages to be made whole and all other relief as this Court deems appropriate.  Such relief as is necessary to end the smear and shame campaign directed towards the Plaintiff by the Defendant.

135.    Prohibition against using social media.  This Court should consider limiting, curtailing, reducing and ceasing the use of the interstate wires of the Internet by the wrong-doers described above.  This would include the de-establishment of all YouTube video accounts operated by the wrong-doers.

## JURY TRIAL DEMANDED

136.    The undersigned demands a jury trial.

137.

## ATTESTATION

138.    The undersigned hereby attests that all exhibits are accurate and true reproductions of their source appearance (from Internet web-sites, e-mail messages, etc.).  The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

139.

## STATEMENT AND VERIFICATION

This pleading is true to the knowledge of the undersigned, except as to matters alleged on information and belief, and that as to matters that the undersigned believe are true.  **See NY C.P.L.R. 3020.**

Signed under penalty of perjury,

**D. George Sweigert,**
**c/o General Delivery**
**Rough and Ready, CA 95975**
**Spoliation-notice@mailbox.org**

72

6 . 9 . 19

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
SWEIGERT V. GOODMAN, CIVIL CASE #: 1:18-CV-08653-VEC - JUDGE VALERIE E. CAPRONI

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

U.S. District Court for the Southern District of New York
(FOLEY SQUARE)

D George Sweigert

**Plaintiff**

v.                                                    CIVIL CASE #: 1:18-CV-08653-VEC

Jason Goodman                                JUDGE VALERIE E. CAPRONI

**Defendant**

CERTIFICATE OF SERVICE

I hereby attest that a true copy of this letter has been sent to the following addressees on the 6th day of September, 2019.

Jason Goodman, CEO
Multi-media Design Systems, Inc.
252 7th Avenue, Apart. #6S
New York, NY 10001

Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

D. GEORGE SWEIGERT

6 . 9 . 19

PRESS FIRMLY TO SE

FROM:

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

# 200



Pro Se

To schedule free
Package Pickup,
scan the QR code.



EP14F Oct 2018

U.S. POSTAGE
$7.35
PM 2-DAY
95662 0006
Date of sale
09/05/19
06  2S
11488448

**PRIORITY MAIL 2-DAY®**

0006

C014

EXPECTED DELIVERY DAY: 09/09/19

SHIP
TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER

9505 5067 1231 9248 1040 59

▪ Limited international insurance.
▪ Pick up available.*
▪ Order supplies online.*
▪ When used internationally, a customs
  declaration label may be required.

* Domestic only