Sweigert v. Goodman, USDC for the SDNY

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

**September 15, 2019**

**Jason Goodman, CEO**
**Multimedia Systems Designs, Inc.**
**252 7th Avenue, APT #6S**
**New York, NY 10001**

**Copy provided:**

**PRO SE DIVISION, ROOM 200**
**U.S. District Court**
**Southern District of New York (Foley Square)**
**500 Pearl Street**
**New York, N.Y. 10007-1312**



**SUBJECT:   Proposed temporary restraining order (TRO) or "gag" order**
            **CASE #: 1:18-cv-08653-VEC, Judge Valerie E. Caproni**

Dear Sir,

1.      I hope that you will agree that recent disturbing events on social media, that have encroached this court, require an appropriate temporary restraining order ("gag" order) against the parties listed below to protect the judicial integrity of these proceedings.

- **Marcus Conte of Brooklyn, New York**

- **Denise Matteau of Corpus Christi, Texas**

2.      At least on the surface, these two individuals appear to be operating in an orchestrated fashion for your possible benefit.  I believe you will agree that you do not want to be associated with such antics and should be given a clear opportunity to disavow any association.  This suggested TRO will help achieve that positive outcome.

1

Sweigert v. Goodman, USDC for the SDNY

3.      As you are aware, Mr. Conte has sent an e-mail (with copy via postal mail) to yourself, the presiding judge and me.  This action has been memorialized in a video production by Mr. Conte, entitled "*Dave Acton Sweigert Charged With Cyber Bullying, Harassment, Perjury: SDNY Judge Valerie E. Caproni*" (see below).  The clear insinuation of this YouTube headline (seen by 1,177 viewers as of this date) is that some quasi-official or judicial element has received charges against the undersigned.



**Dave Acton Sweigert Charged With Cyber Bullying, Harassment, Perjury: SDNY Judge Valerie E. Caproni**
3 days ago · 1,170 views
LETTER TO JUDGE https://drive.google.com/open?
id=1GNH5Wkf7rivxFBaZpiao1dc...



Dave Acton Sweigert Charged With Cyber Bullying, Harassment, Perjury: SDNY Judge Valerie E. Caproni



Marcus Conte
✓ Subscribed  🔔 6.95K

+ Add to    ➤ Share   ••• More

1,177 views

👍 98  👎 13

Published on Sep 12, 2019
LETTER TO JUDGE https://drive.google.com/open?id=1GNH...

Marcus Conte Reporting...

2

**CASE #: 1:18-cv-08653-VEC, Judge Valerie E. Caproni**

Sweigert v. Goodman, USDC for the SDNY

3.      As you are aware, you have made a series of video productions with Mr. Conte and appear to be very familiar with each other on a personal level (see below).



4.      Meanwhile, a woman named Denise Matteau of Corpus Christi, Texas is publishing slanderous, libelous and defaming allegations that the undersigned has tried to obstruct a purported social media interview podcast between herself and Mr. Conte.



3

**CASE #: 1:18-cv-08653-VEC, Judge Valerie E. Caproni**

Sweigert v. Goodman, USDC for the SDNY



5.      Interestingly, this woman has published a video of her review of the Second Amended Complaint.  In her other videos shall has accused the undersigned of a criminal association with someone named Thomas Schoenberger.  As you are aware, you cited Mr. Schoenberger in the federal litigation (that is now in the discovery stage) in which you are a defendant (Richmond, Virginia; Steele vs. Goodman, 3:17-cv-00601-MHL).

22. Additionally, Chavez provided communications between Plaintiff, Chavez, Thomas Shoenberger and Tanya Cornwell the wife of counsel for Plaintiff, Steven Biss. (EXHIBIT E) This email provides evidence that counsel for Plaintiff Biss is using his wife as a "cutout" or conduit through which he can indirectly communicate with the co-conspirators and still provide the plausible claim that "I haven't spoken with (fill in the name)".  This email provides substantial evidence of the conspiracy alleged by Defendant.  A transcript of a publicly broadcast multiparty phone conversation between Simpsons, Chavez, Intervenor Applicant and others has been submitted as evidence previously in this matter (ECF No. 78 EXHIBIT A).

23. Chavez provided an email between Plaintiff and Chavez in which Plaintiff admits he is in direct contact with alleged co-conspirator Tyroan Simpson, (EXHIBIT F) and seeks approval from Biss' wife Tanya for communicating with Simpson against Biss' instructions.  It would seem Biss had advised Steele not to communicate with Simpson in

4

CASE #: 1:18-cv-08653-VEC, Judge Valerie E. Caproni

Sweigert v. Goodman, USDC for the SDNY

      6.     I trust you will support such a motion for a TRO to limit the distribution of such content.


Warm regards,

D. G. Sweigert

5

**CASE #: 1:18-cv-08653-VEC, Judge Valerie E. Caproni**

This envelope is made from post-consumer waste. Please recycle - again

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIOR... MAIL 2-DAY ®

0006

EXPECTED DELIVERY DAY: 09/18/19

3  06  15/19
2S  SSK
11488361

C014

SHIP
TO:

500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER



9505 5067 0811 9258 1385 80

FROM:

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org

PRO SE DIVISION, ROOM 200
U.S. District Court
Southern District of New York (Fole
500 Pearl Street
New York, N.Y. 10007-1312

■ Date of delivery specified*

■ USPS TRACKING™ included to many major
international destinations.

■ Limited international insurance.

■ Pick up available.*

■ Order supplies online.*

■ When used internationally, a customs
declaration label may be required.

* Domestic only

To schedule free
Package Pickup,
scan the QR code.

EP14F Oct 2018

USPS.COM/PICKUP