UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

        -against-

Jason Goodman,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2019

1:18-cv-08653 (VEC) (SDA)

ORDER SCHEDULING
<u>INITIAL PRETRIAL CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available at http://nysd.uscourts.gov/judge/Aaron.

      An Initial Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure will be held on Thursday, October 24, 2019 at 11:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known. Defendant's time to respond to the Second Amended Complaint (ECF No. 88) is stayed until following the Initial Pretrial Conference.

      **Proposed Case Management Plan.** At least one week prior to the scheduled conference, the parties shall confer and complete the Proposed Case Management Plan for *Pro Se* Cases,

available at http://nysd.uscourts.gov/judge/Aaron. The parties shall file the Proposed Case Management Plan no later than one week prior to the scheduled conference.

**Communications By *Pro Se* Parties.** As set forth in Judge Aaron's Individual Practices, a *pro se* party must mail all communications with the Court to the *Pro Se* Intake Unit located at 500 Pearl Street, Room 200, New York, NY 10007. A *pro se* party may not call Chambers or send any document or filing directly to Chambers. Submissions requiring immediate attention should be hand-delivered to the *Pro Se* Intake Unit.

**Resources For *Pro Se* Parties.** The *Pro Se* Office is located in the United States Courthouse, 500 Pearl Street, Room 230, New York, New York (telephone 212-805-0175) and can assist *pro se* litigants in connection with court procedures.  The Court also notes that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers.  The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed.  The parties are encouraged to make an appointment with the Clinic by calling (212) 659-6190.

**Electronic Case Filing.** Any non-incarcerated *pro se* party who wishes to participate in ECF must file a Motion for Permission for Electronic Case Filing, available in the *Pro Se* Intake Unit or at: www.nysd.uscourts.gov/file/forms/motion-for-permission-for-electronic-case-filing-for-pro-se-cases. Any non-incarcerated *pro se* party who wishes to receive documents by email instead of by regular mail may consent to electronic service by filing a *Pro Se* (Non-Prisoner) Consent &

Registration Form to Receive Documents Electronically, available in the *Pro Se* Intake Unit or at: www.nysd.uscourts.gov/file/forms/consent-to-electronic-service-for-pro-se-cases.

**Consent To Proceed Before Magistrate Judge.** The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form, available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge, and shall file such form with the assigned District Judge.

**Additional Filings.** The Court has reviewed Plaintiff's letter, dated September 15, 2019 regarding a "proposed temporary restraining order." (Letter, ECF No. 90.) The letter is addressed to Defendant and does not seek any relief from this Court. Moreover, the contemplated restraining order involves two individuals who are not parties to this action. Plaintiff shall limit his filings to case-related topics and shall refrain from filing communications that are not addressed to the Court and that seek no judicial relief. Plaintiff is reminded "not to waste judicial resources with the filing of frivolous claims or motions." (Mem. & Order, dated Aug. 20, 2019, ECF No. 87, at 13.)

The Clerk of the Court is directed to mail this Order to the *pro se* parties at the addresses indicated on the docket.

**SO ORDERED.**

DATED:   New York, New York
         September 23, 2019

_____
STEWART D. AARON
United States Magistrate Judge