Sweigert v. Goodman, USDC for the SDNY



**D. G. SWEIGERT, C/O**
**GENERAL DELIVERY**
**ROUGH AND READY, CA 95975**
*Spoliation-notice@mailbox.org*

**September 24, 2019**

## LETTER MOTION FOR RECONSIDERATION OF MAGISTRATE'S SCHEDULING ORDER, ECF No. 91

Ref:  (a)  CASE #: 1:18-cv-08653-VEC, Judge Caproni / Magistrate Aaron

(b)  Magistrate's SCHEDULING ORDER, 10/24/2019, ECF no. 91, for Initial Pre-Trial Conference (IPTC)

### TELEPHONIC APPEARANCE

1.  The Magistrate Judge issued ref: (b) as part of the ref: (a) lawsuit to schedule an Initial Pre-Trial Conference (**IPTC**). Among other things, the undersigned plaintiff hereby requests that he be allowed to appear telephonically for the scheduled hearing to take place on **October 24, 2019** at 11 a.m. in Courtroom 11C.

2.  As no evidentiary or deposition activity is planned, this 10/24/2019 hearing appears appropriate for such a telephonic appearance.

### MITIGATION OF THE APPEARANCE OF MANIFEST INJUSTICE

3.  The Court is presently in peril for not having reasonably foreseen or anticipated the problems created by the present approach of conducting an **IPTC** prior to docketing of an answer to the complaint, or any counter-claims, by the defendant.

1

CASE #: 1:18-cv-08653-VEC / SDA

RECEIVED SEP 27 2019 PRO SE OFFICE

4. A defendant needs to timely answer an operative complaint (in this case the Second Amended Complaint (2AC) ECF no. 88) and bring forth any counter-claims as it will impact the subsequent course of the action. The premature scheduling of the ref: (b) **IPTC** apparently does not provide for this eventuality.

5. It appears to be a customary practice for most courts to issue a case management order only after the complaint and **answer** are filed. Fed. R. Civ. P. 16(b) generally requires the court to create such a scheduling order to address claims and discovery. However, if the defendant adds significant counter-claims **after** the ref: (b) 10/24/2019 **IPTC**, it places the plaintiff at a significant procedural disadvantage. This may lead to *"manifest injustice"* as described in Fed. R. Civ. Proc. Rule 16(e).

6. Pursuant to Fed. R. Civ. Proc. Rule 16(b)(2) and (3), district courts enter scheduling orders to establish deadlines for, among other things, "to file motions" and "to complete discovery". The scheduling order "shall control the subsequent course of the action unless modified by subsequent order". Fed. R. Civ. Proc. 16(e). Scheduling orders "are the heart of case management," *Koplve v. Ford Motor Co.*, 795 F.2d 15, 18 (3rd Cir. 1986).

7. In contrast, ref: (b) creates an open-ended deadline for the defendant to file his answer to the complaint. At a minimum, defendant will receive an additional three (3) weeks to file his answer, with several more additional weeks of delay highly likely.

8. The plaintiff was only allowed 21 days (not allowing for the customary three (3) days of service) to prepare and file the 2AC (ECF no. 87). The plaintiff had to allow for mailing of the 2AC, which took another three (3) days. In sum, the plaintiff had only 16-17 days to prepare and file the 2AC.

## RELIEF REQUESTED

9.    In order to avoid the appearance of manifest injustice, the undersigned requests that the ref: (b) scheduling order be delayed or modified to provide for the docketing of the defendant's answer and any counter-claims, prior to the initial pre-trial conference.

Sincerely,

D.G. Sweigert

9.24.19

**Copy provided:**

**Jason Goodman, CEO**
**Multimedia Systems Designs, Inc.**
**252 7th Avenue, APT #6S**
**New York, NY 10001**

**PRO SE DIVISION, ROOM 200**
**U.S. District Court**
**Southern District of New York (Foley Square)**
**500 Pearl Street**
**New York, N.Y. 10007-1312**

3

# PRIORITY MAIL 2-DAY®



U.S. POSTAGE
$7.35
PM 2-DAY
95662 0006
Date of sale
09/24/19
06 2S
11488448 SSK
037990924173353

EXPECTED DELIVERY DAY: 09/26/19

C014

0006

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER



9505 5067 1231 9267 1101 09

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only



EP14F Oct 2018

PRESS FIRMLY TO SEAL

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org





RECEIVED
SEP 9 2018
PRO SE OFFICE



USMS
SDNY p3

PRO SE DIVISION, ROOM 200
U.S. District Court
Southern District of New York (Foley Squar
500 Pearl Street
New York, N.Y. 10007-1312

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRE