UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

    -against-

Jason Goodman,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2019

1:18-cv-08653 (VEC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Plaintiff's Letter Motion for Reconsideration (ECF No. 92) is GRANTED IN PART and DENIED IN PART. The conference on October 24, 2019 shall proceed as a Telephone Conference at 11:00 a.m. Eastern Time. The parties are relieved of their obligation prior to the Telephone Conference of filing a Proposed Case Management Plan. The purpose of the Telephone Conference is to address the orderly disposition of this case, including certain of the claims pled in the Second Amended Complaint and the court filings that are permitted going forward.

    A copy of this Order, along with the dial-in information for the Telephone Conference, will be mailed to the *pro se* parties by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               September 30, 2019

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge