Sweigert v. Goodman, USDC for the SDNY



**D. G. SWEIGERT, C/O**
**GENERAL DELIVERY**
**ROUGH AND READY, CA 95975**
*Spoliation-notice@mailbox.org*

October 15, 2019

# VERIFIED LETTER MOTION SEEKING POSTPONEMENT OF INITIAL PRE-TRIAL CONFERENCE (10/24/2019) DUE TO EXCUSABLE ERROR BY THE CLERK

**Ref:** (a)  CASE #: 1:18-cv-08653-VEC, Judge Caproni / Magistrate Aaron

(b)  Magistrate's SCHEDULING ORDER setting 10/24/2019 for Initial Pre-Trial Conference (IPTC). See ECF no. 91.

*MAILING ERROR*

1. On July 25, 2019 the Clerk docketed ECF Doc. No. 82 which advised the Court of the undersigned's change of address.

| 07/25/2019 | 82 | PRO SE MEMORANDUM dated 7/23/19 re: CHANGE OF ADDRESS for D George Sweigert. New Address: c/o General Delivery, Rough & Ready, California, 95975. AND CERTIFICATE OF SERVICE upon Jason Goodman, CEO, Multi-media Design Systems, Inc., 252 7th Ave., Apt. 6S, New York, NY 10001. (sc) (Entered: 07/25/2019) |
|---|---|---|

2. Apparently, the Clerk did not make the necessary change of address and has mailed documents to the old address; to include: **ECF Doc. 87 and 91** which have been returned to the Court by the Postal Service for issues related to the undersigned's address.

| 10/07/2019 | Received returned mail re: 87 Order, Set Deadlines. Mail was addressed to D George Sweigert, c/o P.O. Box 152, Mesa, AZ 85211 and was returned for the following reason(s): Return To Sender Undeliverable as Addressed Unable to Forward. (vn) (Entered: 10/10/2019) |
|---|---|
| 10/15/2019 | Received returned mail re: 91 Order for Initial Pretrial Conference,. Mail was addressed to D George Sweigert c/o P.O. Box 152 Mesa, AZ 85211 and was returned for the following reason(s): Return to Sender Not Deliverable as Addressed Unable to Forward. (vba) (Entered: 10/15/2019) |

### SUGGESTED DATES

3.  Unfortunately, this error has delayed the transmission of the telephonic call information that the undersigned must rely to facilitate the call. Therefore, the undersigned **REQUESTS** a postponement of the **IPTC** to one of the following dates:

- DECEMBER 5, 2019 at 11:00 A.M.
- DECEMBER 12, 2019 at 110:00 A.M.

4.  The undersigned discovered this issue upon a routine review of the Court docket and **HAS NOT** had an opportunity to confer with the Defendant Jason Goodman about the above cited dates. However, a **.PDF Adobe** copy of this letter motion shall be concurrently sent via electronic mail message to the e-mail addresses used by the Defendant.

### RELIEF REQUESTED

5.  The undersigned **PRAYS** that the Court will excuse this error.

### VERIFICATION

6.  The undersigned affirms under the penalties of perjury that the foregoing is a truthful and accurate statement of the facts and is not provided for the purposes of causing unnecessary delay.

Respectfully submitted,

D.G. Sweigert

Copy provided:

Jason Goodman, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6S
New York, NY 10001


[Copy via Priority Mail and e-mail message of .PDF Adobe file]

PRO SE DIVISION, ROOM 200
U.S. District Court
Southern District of New York (Foley Square)
500 Pearl Street
New York, N.Y. 10007-1312

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE
**Retail**

US POSTAGE PAID
$7.35
Origin: 95662
10/15/19
0556740662-04

PRIORITY MAIL 2-DAY®

0 Lb 2.10 Oz
1006

EXPECTED DELIVERY DAY: 10/17/19

Room 200
C014

USPS TRACKING NUMBER



9505 5158 1613 9288 3727 09

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

- Order supplies online.*
- When used internationally, a customs declaration label may be required.

*Domestic only



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2



To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PRESS FIRMLY TO SEAL

FROM:

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
*Spoliation-notice@mailbox.org*



TO:

PRO SE DIVISION, ROOM 200
U.S. District Court
Southern District of New York (Foley Square)
500 Pearl Street
New York, N.Y. 10007-1312