```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

    -against-

Jason Goodman,

                Defendant.

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby ORDERED as follows:

1. No later than October 31, 2019, Plaintiff shall file a letter with the Court indicating whether Plaintiff intends to pursue his claim under New York General Business Law § 349 and/or the relief set forth in ¶ 135 of the Second Amended Complaint ("SAC").

2. No later than November 14, 2019, Defendant shall file his Answer or otherwise respond to the SAC.

3. No later than November 21, 2019, the parties shall file any interrogatories for the Court's review. The parties are reminded that, in accordance with Local Rule 33.3, "interrogatories will be restricted to those seeking names of witnesses with knowledge of information relevant to the subject matter of the action, the computation of each category of damage alleged, and the existence, custodian, location and general description of relevant documents[.]" Upon approval, the Court shall set a deadline for the parties to respond to the interrogatories.

4. No later than December 5, 2019, the parties shall file copies of their document requests for the Court's review. Upon approval, the Court shall set a deadline for the parties to respond to the document requests.

5. Depositions in this action shall be taken by written questions in accordance with Federal Rule of Civil Procedure 31. No later than February 15, 2020, each party shall email a list of no more than fifty deposition questions (in a Word document) to Chambers. Upon approval, the Court shall set a deadline for the parties to respond and submit follow-up questions.

6. The parties shall email courtesy copies of the filings set forth above to Chambers at Aaron_NYSDChambers@nysd.uscourts.gov.

7. Extensions of these deadlines will be granted for good cause shown.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* parties. In addition, a copy of this Order will be emailed to the parties by Chambers.

**SO ORDERED.**

DATED:   New York, New York
         October 24, 2019

_____
STEWART D. AARON
United States Magistrate Judge