USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

-against-

Jason Goodman,

                Defendant.

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      The Court received in its Chambers email box an unauthorized email from Defendant seeking reconsideration of the Court's Order issued earlier today (ECF No. 100). The parties are admonished that they may not send emails to the Court other than emails transmitting courtesy copies of filings that are being properly made through the Pro Se Office (see ECF No. 97). If Defendant seeks reconsideration of the Court's Order, he shall file a motion through the Pro Se Office seeking such relief.

      The Clerk of Court is directed to mail a copy of this Order to the *pro se* parties. In addition, a copy of this Order will be emailed to the parties by Chambers.

SO ORDERED.

DATED:    New York, New York
              November 13, 2019

_____
STEWART D. AARON
United States Magistrate Judge