IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 1:18-cv-08653-VEC-SDA |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION TO DISMISS** |
| JASON GOODMAN, | |
| Defendant | |

## NOTICE OF MOTION TO DISMISS

## PURSUANT TO FED. R. CIV. P. 12(B)(6)

Please take notice that, upon the accompanying (i) memorandum of law in support of motion to dismiss pursuant to fed. R. Civ. P. 12(b)(6); and (ii) the declaration of Jason Goodman and the exhibits annexed thereto, all submitted herewith, Defendant Jason Goodman Pro Se, moves this court for an order pursuant to rule 12(b)(6) of the federal rules of civil procedure, dismissing the complaint with prejudice.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-18-19

Signed this 18th day of November 2019

Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

NOTICE OF MOTION TO DISMISS - 1