Steve Outtrim
1370 Trancas St 102
Napa CA 94558

November 07, 2019

PRO SE DIVISION, ROOM 200
U.S. District Court
Southern District of New York (Foley Square)
500 Pearl Street
New York, N.Y. 10007-1312

**LETTER MOTION TO MAGISTRATE JUDGE STEWART D. AARON**
**CASE #: 1:18-cv-08653-VEC-SDA, SWEIGERT v. GOODMAN**

**SUBJECT: Request to file Motion to Intervene per F.R.C.P. Rule 24**

**MAY IT PLEASE THE COURT:**

A. My name is Steve Outtrim and I am a *pro se* non-party to this lawsuit that seeks the leave of the court to proceed with a formal motion to intervene with a complaint of intervention. This is a request to become an intervenor-plaintiff in this lawsuit, by the Court's leave.

B. My claims of injuries against the Defendant are nearly identical to those contained in the present Second Amended Complaint (ECF DOC. 88) with one exception. I intend to add violation of U.S. Copyright law as an additional claim. Defendant continues to publish unauthorized copies of protected information without permission on his social media channels, to include YouTube.Com and specifically video RNY9Wc4dZWM and Copyright notifications KELBQB5URT4NHXMFSUKH4WGLHY and 6H7ZJCFRSU7KNGUCYAR4BHG7UA.

C. I certify under the penalties of perjury that this request is not intended to prolong these proceedings and is true and sound.

Sincerely,

Steve Outtrim

Steve Outtrim
1370 Trancas St 102
Napa CA 94558
steveo@ekoliving.com

U.S. District Court for the Southern District of New York
(FOLEY SQUARE)

**D George Sweigert**
<u>Plaintiff</u>

CIVIL CASE #: 1:18-CV-08653-VEC

v.

JUDGE VALERIE E. CAPRONI

**Jason Goodman**
<u>Defendant</u>

## CERTIFICATE OF SERVICE

I hereby attest that a true copy of this letter has been sent to the following addresses on the 8th day of November, 2019.

Clerk of the Court, Room 200

US District Court

500 Pearl Street

New York, New York 10007-1312

Jason Goodman

252 7th Avenue #6s

New York, NY 10001 USA

Sincerely,

Steve Outtrim

Worldwide Worldwide Worldwide Worldwide Worldwide Worldwide Worldwide Worldwide Worldwide

International
Par Avion **Air**

Postage Included
WORLDWIDE

NOV 2019
POST OFFICE
RECEIVED

CLERK OF THE COURT
US DISTRICT COURT
500 PEARL ST
NEW YORK NY 10007
USA

1000781315