Steve Outtrim
1370 Trancas St 102
Napa CA 94558

November 07, 2019

PRO SE DIVISION, ROOM 200
U.S. District Court
Southern District of New York (Foley Square)
500 Pearl Street
New York, N.Y. 10007-1312

**LETTER MOTION TO MAGISTRATE JUDGE STEWART D. AARON**
**CASE #: 1:18-cv-08653-VEC-SDA, SWEIGERT v. GOODMAN**

**SUBJECT: Request to file Motion to Intervene per F.R.C.P. Rule 24**

**MAY IT PLEASE THE COURT:**

A. My name is Steve Outtrim and I am a *pro se* non-party to this lawsuit that seeks the leave of the court to proceed with a formal motion to intervene with a complaint of intervention. This is a request to become an intervenor-plaintiff in this lawsuit, by the Court's leave.

B. My claims of injuries against the Defendant are nearly identical to those contained in the present Second Amended Complaint (ECF DOC. 88) with one exception. I intend to add violation of U.S. Copyright law as an additional claim. Defendant continues to publish unauthorized copies of protected information without permission on his social media channels, to include YouTube.Com and specifically video RNY9Wc4dZWM and Copyright notifications KELBQB5URT4NHXMFSUKH4WGLHY and 6H7ZJCFRSU7KNGUCYAR4BHG7UA.

C. I certify under the penalties of perjury that this request is not intended to prolong these proceedings and is true and sound.

Sincerely,

Steve Outtrim

Steve Outtrim
1370 Trancas St 102
Napa CA 94558
steveo@ekoliving.com

U.S. District Court for the Southern District of New York
(FOLEY SQUARE)

D George Sweigert
**Plaintiff**

v.

Jason Goodman
**Defendant**

CIVIL CASE #: 1:18-CV-08653-VEC

JUDGE VALERIE E. CAPRONI

## CERTIFICATE OF SERVICE

I hereby attest that a true copy of this letter has been sent to the following addresses on the 8th day of November, 2019.

Clerk of the Court, Room 200

US District Court

500 Pearl Street

New York, New York 10007-1312

Jason Goodman

252 7th Avenue #6s

New York, NY 10001 USA

Sincerely,

Steve Outtrim

*Worldwide Worldwide Worldwide Worldwide Worldwide Worldwide Worldwide Worldwide Worldwide*

**International**
**Par Avion Air**

Postage Included
WORLDWIDE
110

RECEIVED
NOV 2019
PRO SE OFFICE

CLERK OF THE COURT
US DISTRICT COURT
500 PEARL ST
NEW YORK NY 10007
USA

IC00781315

ENDORSEMENT: An individual, like Mr. Outtrim, who seeks to intervene as a party plaintiff may file a motion to intervene, pursuant to Rule 24 of the Federal Rules of Civil Procedure. Mr. Outtrim, however, should be aware of the legal standards that the Court will apply which likely could result in a denial of his motion.

Rule 24 allows a party to intervene either as a matter of right or by permission of the court. Intervention as a matter of right is allowed if a statute confers an unconditional right to intervene or if the party seeking intervention has an interest in the lawsuit. *See* Fed. R. Civ. P. 24(a). Based upon Mr. Outtrim's letter, he would not be entitled to intervention as of right. Permissive intervention is allowed under Rule 24 if a statute confers a conditional right to intervene or if the applicant has a common question of law or fact. *See* Fed. R. Civ. P. 24(b). Again, based upon Mr. Outtrim's letter, it appears that he may seek to assert a common question of law or fact with this case.

Nonetheless, a court has broad discretion to deny a motion to intervene. For example, a motion to intervene could be denied where (1) it was not timely made; (2) the proposed intervenor-plaintiff's claims do not bear a sufficiently close relationship to the issues posed by the main case and/or (3) intervention would unduly delay the adjudication of the rights of the original parties.

If, notwithstanding the foregoing, Mr. Outtrim chooses to file a motion to intervene (rather than filing a separate lawsuit), he shall comply with the provisions of Rule 24(c). That is, he must state the grounds for intervention and submit a pleading that sets out the claim for which intervention is sought. *See* Fed. R. Civ. P. 24(c). The Clerk of Court is directed to mail a copy of this Order to the *pro se* parties. In addition, a copy of this Order will be mailed to Mr. Outtrim by Chambers.

SO ORDERED.

Dated: November 21, 2019