USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

-against-

Jason Goodman,

                Defendant.

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on October 24, 2019, the Court entered an Order providing in part that, no later than November 21, 2019, the parties should file any interrogatories for the Court's review and approval, and reminding the parties that, in accordance with Local Civil Rule 33.3, "interrogatories will be restricted to those seeking names of witnesses with knowledge of information relevant to the subject matter of the action, the computation of each category of damage alleged, and the existence, custodian, location and general description of relevant documents" (ECF No. 97, ¶ 3); and

WHEREAS, on November 18, 2019, Plaintiff filed a First Set of Interrogatories (ECF No. 104) and, on November 20, 2019, Plaintiff filed a Corrected and Amended First Set of Interrogatories (ECF No. 108), which include interrogatories that are outside the scope of the Court's Order and Local Civil Rule 33.3.

NOW, THEREFORE, it is hereby Ordered that Defendant shall within thirty (30) days of the date of this Order answer the following interrogatories under oath and file his responses with the Court:

1. Defendant shall identify the names of witnesses with knowledge of information relevant to the subject matter of this action; and

2. Defendant shall set forth the existence, custodian, location and general description of relevant documents, including electronically stored information, and/or physical evidence. The term "documents" includes writings, drawings, graphs, charts, photographs, sound recordings, images and other data or data compilations that are stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form. *See* Fed. R. Civ. P. 34(a)(1)(A).

It is further ORDERED that Defendant shall not respond to any of the other interrogatories propounded by Plaintiff.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* parties. In addition, a copy of this Order will be emailed to the parties by Chambers.

**SO ORDERED.**

DATED:      New York, New York
                November 23, 2019

                                                                                                                                  _____
                                                                                                                               STEWART D. AARON
                                                                                                                                United States Magistrate Judge