**U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)**

| | |
|---|---|
| D George Sweigert, <u>Plaintiff</u><br><br>v.<br><br>Jason Goodman, <u>Defendant</u> | CIVIL CASE #: 1:18-CV-08653-VEC<br><br>JUDGE VALERIE E. CAPRONI<br><br>MAGISTRATE STEWART D. AARON |

<u>NOTICE OF MOTION IN OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS PURSUANT
TO RULE 12(b)(6) (ECF Doc. No. 105 and 106)</u>

This NOTICE OF MOTION is submitted pursuant to **Local Rule 7.1 (a)(1) and 7 (b)** and is in OPPOSITION to the Defendant's pleading papers **(Doc. No. 105 and 106)** which seek to dismiss this action pursuant to Fed. R. Civ. Proc. Rule 12(b)(6).

This MOTION seeks AFFIRMATIVE RELIEF via the Court's DENIAL of the Defendant's Motion to Dismiss (docs. 105 & 106).

I hereby certify that the attached pleadings are truthful and accurate (to the best of my knowledge) and are not submitted for the purposes of oppression of the Defendant.

Signed this 22 day of November, 2019.

*D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org*

11.22.19