U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| D George Sweigert, <u>Plaintiff</u><br><br>v.<br><br>Jason Goodman, <u>Defendant</u> | CIVIL CASE #: 1:18-CV-08653-VEC<br><br>JUDGE VALERIE E. CAPRONI<br><br>MAGISTRATE STEWART D. AARON |

<u>PLAINTIFF'S LETTER MOTION TO CORRECT
EXCUSABLE FILING ERROR OF RESPONSE
TO DEFENDANT'S RULE 12(b)(6) MOTION (ECF DOC. 105 & 106)</u>

MAY IT PLEASE THE COURT:

Earlier this day I caused to be placed in the U.S. Postal Mail a pleading entitled:

**PLAINTIFF'S REPLY TO DEFENDANT'S MOTION TO DISMISS**

Said pleading does not conform to **Local Rule 7.1 (a)(1) and 7 (b).** To correct this error a proper pleading is now transmitted to the Clerk of Court entitled:

NOTICE OF MOTION IN OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS PURSUANT
TO RULE 12(b)(6) (ECF Doc. No. 105 and 106)

These pleadings are submitted in OPPOSITION to the Defendant's pleading papers **(Doc. No. 105 and 106)** which seek to dismiss this action pursuant to Fed. R. Civ. Proc. Rule 12(b)(6).

[RECEIVED NOV 27 2019 PRO SE OFFICE stamp]

This MOTION seeks AFFIRMATIVE RELIEF via a Court's ORDER to disregard the erroneous pleading that does not conform to the local rules.

I hereby certify that the attached pleadings are truthful and accurate (to the best of my knowledge) and are not submitted for the purposes of oppression of the Defendant.

Signed this 22 day of November, 2019.

**D. G. SWEIGERT, C/O**
**GENERAL DELIVERY**
**ROUGH AND READY, CA 95975**
*Spoliation-notice@mailbox.org*

11-22-19