UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

-against-

Jason Goodman,

                Defendant.

1:18-cv-08653 (VEC) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2019

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court previously had directed the *pro se* parties to send courtesy copies of their court filings to the Court's Chambers email box. (*See, e.g.*, ECF No. 97). That direction is hereby rescinded. The parties shall not hereafter email any documents or other communications to the Court. All filings and other communications with the Court shall be made only through the Pro Se Office. Any purported deficiencies in the parties' ECF filings shall be addressed directly with the Pro Se Office.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* parties.

**SO ORDERED.**

DATED:    New York, New York
             December 6, 2019

_____
STEWART D. AARON
United States Magistrate Judge