

RECEIVED DEC - 5 2019 PRO SE OFFICE

**U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)**

| D George Sweigert, <u>Plaintiff</u><br><br>v.<br><br>Jason Goodman, <u>Defendant</u> | CIVIL CASE #: 1:18-CV-08653-VEC<br><br>JUDGE VALERIE E. CAPRONI<br><br>MAGISTRATE STEWART D. AARON |
|---|---|

### PLAINTIFF'S LETTER MOTION FOR AN EXTENSION OF DEADLINE TO RESPOND TO DEFENDANT'S "COUNTER CLAIM VERIFIED COMPLAINT"

MAY IT PLEASE THE COURT:

Defendant has stated his intention to file a document known as:

### COUNTER CLAIM VERIFIED COMPLAINT

D.S.
12/1/19

The undersigned Plaintiff is a licensed Emergency Medical Technician and will be actively engaged in a bi-annual re-certification process during the next two weeks. Further, the Plaintiff has made travel plans based on religious observances in the coming weeks.

THEREFORE, Plaintiff seeks **AFFIRMATIVE RELIEF** in the form of a 21 (twenty-one) day extension of the tolling time period to respond to the Defendant's (undocketed) pleading.

I hereby certify that the attached pleadings are truthful and accurate (to the best of my knowledge) and are not submitted for the purposes of oppression of the Defendant.

Signed this __1__ day of December, 2019.

*D.S.*

**D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975**
*Spoliation-notice@mailbox.org*

12-1-19

| U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE) | |
|---|---|
| D George Sweigert, <u>Plaintiff</u><br><br>v.<br><br>Jason Goodman, <u>Defendant</u> | CIVIL CASE #: 1:18-CV-08653-VEC<br><br>JUDGE VALERIE E. CAPRONI<br><br>MAGISTRATE STEWART D. AARON |

**RECEIVED DEC -5 2019 PRO SE OFFICE**

### PLAINTIFF'S LETTER MOTION FOR AN EXTENSION OF DEADLINE TO FILE AMENDED MOTION IN OPPOSITION

**MAY IT PLEASE THE COURT:**

Plaintiff has filed the following document:

| 11/27/2019 | 114 | NOTICE OF MOTION(Response)IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURS. TO RULE 12(b)(6) (ECF DOC. NOS. 105 & 106), re: <u>106</u> MOTION to Dismiss. Document filed by D George Sweigert. (sc) (Entered: 11/29/2019) |
|---|---|---|

The above document was sent via U.S. Priority Mail **PRIOR** to the issuance of the following

ORDER:

| 11/23/2019 | 111 | ORDER: Plaintiff shall respond to Defendant's Motion to Dismiss (ECF No. 106) no later than 12/31/2019. Defendant shall file any reply by 1/17/2020. The Court shall not consider matters outside the pleadings and thus the Court declines to treat the motion as one for summary judgment. See Fed. R. Civ. P. 12(d). The Clerk of Court is directed to mail a copy of this Order to the pro se parties. In addition, a copy of this Order will be emailed to the parties by Chambers. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 11/23/2019) Copies Sent By Chambers. (Aaron, Stewart) Transmission to Docket Assistant Clerk for processing. (Entered: 11/23/2019) |
|---|---|---|

The undersigned Plaintiff wishes to **AMEND his MOTION IN OPPOSITION** pursuant to Fed. Rules. Civ. Proc. (F.R.C.P.) **Rule 15(a)(1)(A)** to carve out issues related to the possible **Rule 56** hearing for Summary Judgment (as explained in ECF Doc. No. 111). Prior to the ORDER (ECF Doc. no. 111) Plaintiff was unsure if he needed to respond to those Rule 56 issues raised by the Defendant that fell outside the four-corners of the Second Amended Complaint ([**SAC**], ECF Doc. No. 88).

**Rule 15(a)(1)(A)** would provide the Plaintiff 21 (twenty-one) days to amend the pleading (ECF. Doc. No. 114) served on 11/27/2019. However, the Plaintiff seeks **LEAVE OF THE COURT** to extend this filing deadline to the original **12/31/2019** as expressed in the ORDER (ECF. Doc. No. 111).

**Supporting rationale and good cause**: the undersigned Plaintiff is a licensed Emergency Medical Technician and will be actively engaged in a bi-annual re-certification process during the next two weeks and the Plaintiff has made travel plans based on religious observances in the coming weeks.

THEREFORE, Plaintiff seeks **AFFIRMATIVE RELIEF** in the form of an extension of the tolling time period to respond to the Defendant's MOTION TO DISMISS (ECF Doc. No. 105 & 106) until **12/31/2019** via a **Rule 15(a)(1)(A) amendment.**

I hereby certify that the attached pleadings are truthful and accurate (to the best of my knowledge) and are not submitted for the purposes of oppression of the Defendant. Signed this ___1___ day of December, 2019.

*D. S*

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

*12 · 1 · 19*

# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**

USMS SDNY

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs label may be required.

EXPECTED DELIVERY DAY: 12/05/19

USPS TRACKING® NUMBER



USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

RECEIVED
DEC - 5 2019
PRO SE OFFICE

PRESS FIRMLY TO SEAL

FROM:
D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org

Pro Se 200

TO:
Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312





CPU

R2303S100821