

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org
www.SDNY.org

December 7, 2019

TO:    Rubj J. Krajick, Clerk of the Court

And

Edward Friedland, District Executive, c/o

Daniel Patrick Moynihan
U.S Courthouse
500 Pearl Street
New York, New York 10007

REF:  CASE #: 1:18-cv-08653-VEC-SDA

Dear Clerk Krajick, Dr. Friedland:

    I am a *pro se* litigate in the above cited case.

    At issue is unauthorized docketing activity which may represent docket tampering.

    Your attention is called to the missing "scan" of the U.S. Priority Mail envelope that has accompanied every pleading of the plaintiff in this case. This "scan" is missing from ECF Doc. No. 118, as our two important pleadings submitted under deadline. See:

| 12/06/2019 | 118 | LETTER from D. George Sweigert, dated 11/29/19 re: PLAINTIFF'S LETTER MOTION FOR LEAVE OF COURT TO FILE MOTION TO NAME MARCUS CONTE AS CO-DEFENDANT. Document filed by D George Sweigert.(sc) (Entered: 12/06/2019) |
|---|---|---|
| 12/06/2019 | 119 | ORDER: The Court previously had directed the pro se parties to send courtesy copies of their court filings to the Court's Chambers email box. (See, e.g., ECF No. 97). That direction is hereby rescinded. The parties shall not hereafter email any documents or other communications to the Court. All filings and other communications with the Court shall be made only through the Pro Se Office. Any purported deficiencies in the parties' ECF filings shall be addressed directly with the Pro Se Office. |

|  |  | The Clerk of Court is directed to mail a copy of this Order to the pro se parties. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 12/6/2019) (kl) Transmission to Docket Assistant Clerk for processing. (Entered: 12/06/2019) |

Please notice all other pleadings of the plaintiff include a scanned U.S. Priority Mail envelope – except ECF Doc. no. 118). Enclosed within the U.S. Priority Mail envelope (with delivery confirmation) were two pleadings required for a court-issued deadline. These pleadings are missing.

One of the pleadings included an exhibit that went missing in the possession of the Clerk's office on or around September 12, 2019 (as explained in EXHIBIT THREE of the EXHIBITS missing from ECF Doc. No. 118).

As ECF Doc. no. 73 indicates, this type of docket tampering has happened before. See:

| 12/27/2018 | 73 | LETTER from D. George Sweigert, dated 12/19/18 re: CORRECTION & CERTIFICATE OF SERVICE. Document filed by D George Sweigert.(sc) (Entered: 12/27/2018) |

Warm regards,

*D. Sweigert*   12.7.19
D. George Sweigert

Copy provided:

Hon. John D. Bates, Director ,
US Courts Administrative Office
1 Columbus Circle, Northeast, (NE)
Washington, D.C. 20002

Hon. Associate Justice SCQTUS,
Ruth Bader Ginsburg
Supreme Court of the United States
1 First Street, NE
Washington, D.C. 20543

Edward Frisolono, Dist. Exec.