USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/16/2019__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

D George Sweigert,

                              Plaintiff,

              -against-

Jason Goodman,

                              Defendant.

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, the Court entered an Order on October 24, 2019, in which the Court stated that, "[n]o later than December 5, 2019, the parties shall file copies of their document requests for the Court's review," and that "[u]pon approval, the Court shall set a deadline for the parties to respond to the document requests" (10/24/19 Order, ECF No. 97, ¶ 4); and

WHEREAS, the Court's October 24 Order also stated that "[n]o later than February 15, 2020, each party shall email a list of no more than fifty deposition questions (in a Word document) to Chambers," and that "[u]pon approval, the Court shall set a deadline for the parties to respond and submit follow-up questions" (*id*. ¶ 5); and

WHEREAS, the parties each timely submitted document requests for the Court's review (Pl. First Req., ECF No. 121; Def. First Req., ECF No. 117); and

WHEREAS, the Court has reviewed the document requests submitted by both parties and finds them to be largely outside the scope of permissible discovery pursuant to Rule 26(b) of the Federal Rules of Civil Procedure; and

WHEREAS, the Court finds that the orderly resolution of this case will be served by staying document and deposition discovery until after the Court's recommended disposition of the

pending motion to dismiss since such disposition likely will narrow and/or focus the issues on which discovery is to be sought (*see* Not. of Mot., ECF No. 106).

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. Neither party shall respond to the other party's document requests until further Order of this Court.

2. The February 15, 2020 deadline set forth in paragraph 5 of my October 25, 2019 Order for submission of written deposition questions is adjourned until further Order of this Court.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* parties.

**SO ORDERED.**

DATED:    New York, New York
              December 16, 2019

_____
STEWART D. AARON
United States Magistrate Judge