**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| D George Sweigert, <u>Plaintiff</u><br>v.<br>Jason Goodman, <u>Defendant</u> | CIVIL CASE #: 1:18-CV-08653-VEC<br><br>JUDGE VALERIE E. CAPRONI |
|---|---|

<u>**PLAINTIFF'S LETTER MOTION FOR LEAVE OF COURT TO ADD KERRY WOLF**</u>
<u>**AS A DEFENDANT**</u>

**MAY IT PLEASE THE COURT:**

1.    KERRY WOLF, a 40 something female, is a prolific video content creator that has close relationships with several key "co-conspirators" described by Defendant (Def.) Goodman in his "Virginia lawsuit conspiracy". Kerry Wolf, known in social media circles as "ALL SEEING EWE", has recently aligned herself with putative defendant **Marcus Conte** to produce and distribute deplorable video content that focuses a smear campaign on only three parties: undersigned ("Dave Sweigert"), Thomas Schoenberger (non-party accused by Def. Goodman as the leader of the defamation conspiracy directed at him) and Dan Cromer (non-party never mentioned in Court pleadings until now). This is a tortious continuation of the joint Conte/Goodman smear campaign against the undersigned.

2.    As shown in **Exhibit One**, only three (3) men (Sweigert-Schoenberger-Cromer) are the subject of videos distributed on a YouTube channel known as "DOPEY DAVE". The videos create storylines of murder, double homicides, arson, terrorism, gang rape, etc. The videos accuse each person (individually and collectively) of murder, extortion, blackmail, etc. For example, video titles include: "Dave Sweigert, Thomas Schoenberger & Daniel Comer Caught Running An Extortion Ring", "Crazy Dave Sweigert Tries One Last Time To Stalk Someone", etc. **[Exh. One].**

3.    As shown in **Exhibit Two,** the undersigned is accused as follows, "[h]e (undersigned) tries one last time to serve a fake lawsuit" and "Crazy Dave Sweigert Refused to stop violating people". The video is presented in a "combat footage" style that shows a dog attacking the undersigned and someone beating the victim (identified as the undersigned in the video) as he lays on the ground with the dog tearing at his clothes. **As Exhibit Two** shows (third frame) the video proclaims, "[e]ven as the dog ripped his flesh Sweigert screams, "I'm gonna sue" "I'm gonna sue". Thus, the content is directly related to this present lawsuit and the potential adding of putative defendant Marcus Conte.

4.    The dozens of "DOPEY DAVE" videos follow the same familiar pattern of social media messaging pushed by both Def. Goodman and putative Def. Conte: that Sweigert – Schoenberger

– Cromer are working together, are partners, are part of a criminal-level extortion and blackmail ring, they cyber-stalk innocents, are members of a gang, etc. There are unmistakable qualities of the videos that place Kerry Wolf as the content creator, to include the allegations that the undersigned and Schoenberger are Satanists, see **Exhibit Three.**

5.      Prior to June 2017 the undersigned was an anonymous video content creator of videos primarily related to survival skills and emergency medical technician (EMT) training videos (Plaintiff has been a licensed Emergency Medical Technician in California for eight years).  In June 2017 (immediately prior to the Port of Charleston, S.C. "dirty bomb hoax" of 6/14/2017) the social media celebrity known as "NATHAN STOLPMAN", aka "LIFT THE VEIL", drew attention to the Plaintiff and stated his contention that George Webb Sweigert, known as "GEORGE WEBB" on social media, was directly connected to the undersigned (which was not public knowledge at the time).  Both Stolpman and Webb have been accused by the Def. Goodman (in court documents and in a dozen video podcasts) of being a part of the civil conspiracy to defame him.

6.      **Exhibit Four** is video content of a joint Def. Goodman on the Nathan Stolpman video podcast discussing investigations that Goodman had launched against the undersigned with the Federal Bureau of Investigation, New York Field Office (FBI/NYFO).  See video entitled, "Jason Goodman Calls Lift the Veil".  **[Exh. 4]**  The video content **(Exh.4)** was broadcast on the *Lift the Veil* and *Jason Goodman* channels (simulcast) on April 8, 2018 – the same time as Def. Goodman threatened to initiate an FBI/NYFO investigation against the Plaintiff.  In this video Mr. Stolpman accuses the undersigned of leading a cyber harassment campaign aginst him, which Goodman uses as confirmation that the undersigned is a criminal.

7.      Shortly after the undersigned's real name was broadcast by Nathan Stolpman (June 2017), the Plaintiff was approached by Mr. Stolpman's "administrative assistant" Kerry Wolf to assist in the drafting of a letter to the Sheriff's Office (SO) of San Luis Obispo (SLO), California, where Stolpman lived with his father.  Kerry Wolf openly admitted that she was the administrative assistant for Mr. Stolpman, **(Exhibit Five)** and forwarded a letter to the SLO Sheriff's Office to amplify and corroborate a letter sent to the SLO/SO by the Plaintiff about Mr. Stolpman's activities **(Exhibit Six).**  Plaintiff/Wolf allegations to the SLO/SO were that it was Mr. Stolpman that was operating a cyber-stalking, defamation, libel and smear campaign almost identical to the allegations proffered by Goodman in his "Virginia lawsuit conspiracy".  Attached to the **Exhibit Six** letter was the attachment of Kerry Wolf's document filed in a Temporary Restraining Order (TRO) hearing in a matter of Mr. Stoplman attempting to obtain a TRO against Kerry Wolf (aka All Seeing Ewe).

8.      These communications construct a clear and unmistakably pattern and practice of slander, defamation, libel and fraud that is identical to the current misconduct exhibited in the "DOPEY DAVE" videos attacking Sweigert – Schoenberger – Cromer and in the social media messaging

pushed by both putative defendant Conte and **Def.** Goodman.  To refresh the Court's memory; **Nathan Stolpman and Thomas Schoenberger** have been alleged to be members of the "Virginia lawsuit conspiracy" that is directing a defamation campaign against Def. Goodman.

9.      Kerry Wolf acted as **Dan Cromer's** sidekick, chat room moderator and video production assistant on Cromer's social media podcasts known as "TEENAGE FBI LIVE" and "VAPOR BAT RECORDS" in the **June to October 2019** time window.  During this time period the Plaintiff had a telephone call with Ms. Wolf in which she requested financial assistance or to be hired by the Plaintiff as a video production assistant to make video productions on his behalf. The Plaintiff declined the offer.  During this phone conversation Ms. Wolf admitted to a relationship (of unknown origin) with Thomas Schoenberger who she had received money from. During this phone conversation she expressed her disgust of Mr. Schoenberger as he cut off payments.

10.     The unifying linkage of the "DOPEY DAVE" smear campaign videos that attack Sweigert – Schoenberger – Cromer is Kerry Wolf.  Kerry Wolf (aka All Seeing Ewe) has now joined forces with Marcus Conte as his *alter ego* to carry on the attacks against the perceived enemies of Conte and Goodman.  The defamation, slander and libel pattern of practice and video content messaging by putative defendant Conte is identical to the messaging video content in the "DOPEY DAVE" series; as described in ECF Doc. Nos 132 and 133.

11.     **SUMMARY**.  Kerry Wolf exchanged several e-mails with the undersigned about Mr. Stolpman in the summer of 2017 outline her attempts at smearing Mr. Stolpman.  Presently, Kerry Wolf has requested monies from the Plaintiff and has left, disassociated herself, and/or quit her participation on the Dan Cromer video productions.  Kerry Wolf is connected to all three men – Sweigert – Schoenberger – Cromer, the same three that putative defendant Marcus Conte has attempted to "shoe horn" and force into the Virginia lawsuit conspiracy pushed by Def. Goodman.

12.     **AFFIRMATIVE RELIEF REQUESTED.**  Plaintiff hereby requests the LEAVE OF THIS COURT to file documents of the exact same nature of ECF Doc. Nos 132 and 133 to ADD KERRY WOLF as a defendant in this lawsuit.

I hereby certify that the attached pleadings are truthful and accurate (to the best of my knowledge) and are not submitted for the purposes of oppression of the Defendant.  Signed this 30th day of December 2019.

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

## U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
### (FOLEY SQUARE)

D George Sweigert

CIVIL CASE #: 1:18-CV-08653-VEC

<u>Plaintiff</u>

JUDGE VALERIE E. CAPRONI

v.

MAGISTRATE STEWART D. AARON

Jason Goodman

<u>Defendant</u>

### CERTIFICATE OF SERVICE

I HEREBY ATTEST that a true copy of the attached pleadings have been sent to the

following addressees on the 30th day of December 2019.

Jason Goodman, CEO
Multi-media Design Systems, Inc.
252 7th Avenue, Apart. #6S
New York, NY 10001

Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

D. GEORGE SWEIGERT

12.30.19

**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| D George Sweigert, Plaintiff<br>v.<br>Jason Goodman, Defendant | CIVIL CASE #: 1:18-CV-08653-VEC<br><br>JUDGE VALERIE E. CAPRONI |
| --- | --- |

# EXHIBITS

### TO ACCOMPANY

### PLAINTIFF'S LETTER MOTION FOR LEAVE OF COURT TO ADD KERRY WOLF AS A DEFENDANT

I hereby certify that the attached pleadings are truthful and accurate (to the best of my knowledge) and are not submitted for the purposes of oppression of the Defendant. Signed this 30th day of December 2019.

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

12.30.19

# EXHIBIT ONE



12/17/19 Dopey Dave - Prison Life for Dave Sweigert, Thomas
Schoenberger & Daniel Cromer (Parody)

Monkey Savant • 39 views • 1 week ago

(Parody) Subscribe to Dopey Dave at: https://www.youtube.com/channel/UCiPinY7zv-YL0h_hrLoEkwg
This channel is not ...



Dave Sweigert, Thomas Schoenberger & Daniel Cromer Caught
Running An Extortion Ring

Dopey Dave • 178 views • 2 weeks ago

I-LUV-SDNY Hey everybody it's Dave! D. George Sweigert who is Dave Acton Dave Sweigert; Thomas
Schoenberger, Daniel ...



12/25/19 Dopey Dave - Dave Sweigert and Thomas Schoenberger
Compete for Daniel Cromer's Ass

Monkey Savant • 13 views • 3 days ago

This channel is not monetized. It doesn't collect donations or an income, nor does it advertise or sell
products for revenue.

New



RV FIRE: Daniel Cromer, Thomas Schoenberger & Dave Sweigert Go
Up in 'Flames'

Dopey Dave • 170 views • 1 week ago

I-LUV-SDNY Hey everybody it's Dave! D. George Sweigert who is Dave Acton Dave Sweigert; Thomas
Schoenberger, Daniel ...



Dave Acton & Thomas Schoenberger met in a mental institution

Dopey Dave • 190 views • 2 weeks ago

I-LUV-SDNY Hey everybody it's Dave! D. George Sweigert who is Dave Acton Dave Sweigert; Thomas
Schoenberger, Dan ...



Crazy Dave Sweigert Tries One Last Time To Stalk Someone

Dopey Dave • 169 views • 1 week ago

I-LUV-SDNY Hey everybody it's Dave! D. George Sweigert who is Dave Acton Dave Sweigert; Thomas
Schoenberger, Daniel ...

# EXHIBIT TWO



Crazy Dave Sweigert Tries One Last Time To Stalk Someone

191 views • Dec 22, 2019

🖒 21   👎 10   ↗ SHARE   ≡+ SAVE   •••



Crazy Dave Sweigert Tries One Last Time To Stalk Someone

191 views • Dec 22, 2019

🖒 21   👎 10   ↗ SHARE   ≡+ SAVE   •••



Crazy Dave Sweigert Tries One Last Time To Stalk Someone

191 views • Dec 22, 2019

👍 21    👎 10    ↗ SHARE    ⊞ SAVE    ...

 **Dopey Dave**
103 subscribers

SUBSCRIBED    🔔

# EXHIBIT THREE



**The Internet is Safe Again**

64 views • 14 hours ago



**Dave Sweigert and Thomas Schoenberger Compete for...**

199 views • 4 days ago



**Crazy Dave Sweigert Goes Down With The Ship**

169 views • 6 days ago



**Crazy Dave Sweigert Tries One Last Time To Stalk...**

169 views • 1 week ago



**RV FIRE: Daniel Cromer, Thomas Schoenberger &...**

170 views • 1 week ago



**'The Sentencing' of Dave Sweigert, Thomas...**

121 views • 1 week ago



**Prison Life with Dave Sweigert, Thomas...**

140 views • 1 week ago



**Dave Sweigert, Thomas Schoenberger & Daniel...**

178 views • 2 weeks ago





**Dave Acton Suffers From Paranoid Schizophrenia**

188 views • 2 weeks ago



**Dave Acton & Thomas Schoenberger met in a...**

180 views • 2 weeks ago



**FULL SEASON ONE !!! - D. George Sweigert, Dave Acto...**

159 views • 3 weeks ago



**Dave Acton & Thomas Schoenberger Are Satanists**

207 views • 3 weeks ago

# EXHIBIT FOUR



Jason Goodman Calls Lift the Veil

Lift the Veil • 21K views • 1 year ago

T-shirts: http://truthclothing.io Follow me on Twitch: http://twitch.tv/lifttheveil411 Follow me on Steemit: ...



Jason Goodman Calls Lift the Veil

22,003 views • Apr 6, 2018

👍 433    👎 129    ↪ SHARE    ⯳ SAVE    ...

   **Lift the Veil**
92.2K subscribers

SUBSCRIBED   🔔



 **Jason Goodman**
89.2K subscribers

SUBSCRIBED 🔔

‹   VIDEOS     PLAYLISTS     COMMUNITY     CHANNELS     ABOUT   🔍   ›

 **Impromptu Interview with Lift The Veil LTV**
Jason Goodman • 2.9K views • 1 year ago
*Originally posted April 6, 2018 Nathan called, I called back, we had a chat. Despite being aware the call was recorded, he came into the live chat when this was originally broadcast with the CA ...



**Impromptu Interview with Lift The Veil LTV**

2,864 views • May 6, 2018

👍 47    👎 38    ↗ SHARE    ⊞ SAVE    •••

 **Jason Goodman**
89.2K subscribers

SUBSCRIBED 🔔

# EXHIBIT FIVE

---------- Forwarded message ---------
From: **Kerry Wolf** <kerry.wolf@yahoo.com>
Date: Fri, Jul 28, 2017 at 8:53 AM
Subject: Re: I HATE EMAIL!
To: Law Student <emt1basic@gmail.com>


Here's what I am about to print out. Is there anything you think should be changed, take out, or added?

_____

To: Dan Don, esq.
Office of the District Attorney
County of San Luis Obispo
County Government Center, 4th Floor
1055 Monterey Street
San Luis Obispo, CA 93408

CC: Chief of Detectives
Detectives Division
San Luis Obispo Sheriff's Department
1585 Kansas Avenue
San Luis Obispo, CA 93408

Attachments: CH-120 (5 pages)

RE: David Sweigert – CONFIDENTIAL!

To Whom It May Concern;

Please consider this letter a confidential submission. For my own safety, I must ask that you do not share its contents or disclose its source to Nathan Stolpman.


I am writing to you in support of David Sweigert. I do not know Mr. Sweigert personally but he has made his communication with you public and I felt compelled to speak up on his behalf. I am attaching my court documents from a recent civil harassment case that Mr. Stolpman brought against me earlier this month. He is falsely claiming that I am a Satanist, that I am demon-possessed and that I work for elite pedophiles in order to instigate "gang stalking" and "cyberbullying" against him. His TRO request was denied and so he served me with the date for the hearing to show cause. Judge Crandall dismissed the case.

I have met Mr. Stolpman in person. He was a guest in my home once and as his former assistant, I spent countless hours talking with him on the phone and through email, phone text and internet chat. In my experience, he is a paranoid conman with aspirations of fame and wealth. He uses his YouTube channels to pick fights with public figures and private individuals alike. He has a subscriber base of over 28,000 and he encourages them to attack the people he claims are "out to get him". He presents himself as the victim in each of these fights despite his own invention of them. One of his common tactics in these fights is to release his target's personal information and ask his audience to visit, call, email, etc. He did that to me. He is currently offering a reward of $100.00 to anyone who can produce a photograph of Mr. Sweigert and announced Mr. Sweigert's plan to attend a convention taking place this upcoming weekend. Mr. Sweigert prefers not to show his face in his own YouTube videos and so he has cancelled his plans to attend.

Mr. Stolpman claims to be mentally ill and uses that alleged disability as a means to excuse his actions. He says he has not been officially diagnosed with a specific disorder and talks openly about using methamphetamine to treat his symptoms. He is currently claiming he is bipolar but has also said in the past that he is schizophrenic and suffers from ADHD and PTSD. Mr. Stolpman's original channel has been restricted from live-streaming after receiving numerous complaints from the online community. Because of that, he created a second channel, "Lift the Veil Too". When that second channel was flagged for the same bad behavior, he created a third channel, "Lift the Veil Live". Now that third channel has been flagged but he persists in picking fights and using his large social media platform to defame people. He collects donations from his audience to fund his work while living rent-free with his elderly widower father. Mr. Stolpman has said his actions are justified and shows no understanding for their impact on those who he abuses.

Please consider everything that I have shared with you when deciding how to proceed. Mr. Stolpman is a menace and his actions are extremely harmful. Since losing the civil case against me, he has stopped talking about me on his show. I am afraid that if he discovers I've involved myself this way with Mr. Sweigert's case against him that he will resume his harassment of me. Despite that, I felt I needed to let you know that I agree with all Mr. Sweigert has to say on the matter and hope that he will be instrumental in getting Mr. Stolpman off YouTube.

Thank you for your time.

Sincerely,

Kerry Wolf
411 N Nevada Street
Oceanside, CA 92054
(504)405-1644
kerry.wolf@yahoo.com

From: **YouTube** <noreply@youtube.com>
Date: Sun, Jul 23, 2017 at 7:48 AM
Subject: Allseeing Ewe sent you a message
To: Law Student <emt1basic@gmail.com>



 Allseeing Ewe has sent you a message

You can reply to this message by visiting your messages.

Manny says you are Dave so I'll just go ahead and answer your question about the court case and hope you see it. Yes it was in SLO superior court. To be clear, Nathan tried to get a TRO against ME- not the other way around. That request was denied at the time but he went ahead and served me for the hearing to show cause which happened on the 20th. I live 300 miles away and don't have a car so I couldn't get there. Another YouTube guy (who lives in SLO and has met Nathan), Doboy787 took my response and declaration to the courthouse to file for me a couple days before that hearing. I included 8 pages of text screencaps and links to Nathan's videos (talking about me, you, and everyone else he claims is out to get him) and apparently the judge saw it in time. Judge Charles Crandall didn't even listen to Nathan. Just dismissed it outright. This is very good news for everyone. Nathan portrays himself as a victim and threatens people with legal action a LOT. Now, since he's actually tried to follow through and failed, it's going to be harder for him to pull this shit on anyone else. If I understood you correctly, it sounded like you want to put a civil harassment order on him. Now would be a good time to do that since he's back on your ass again and the judge has already seen your name in my response. If you have more questions and can't use Discord, you can email me at kerry.wolf@yahoo.com

Help center · Email options · Report spam · Unsubscribe

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

 **Allseeing Ewe** has sent you a message

You can reply to this message by visiting your messages.

Manny says you are Dave so I'll just go ahead and answer your question about the court case and hope you see it. Yes it was in SLO superior court. To be clear, Nathan tried to get a TRO against ME- not the other way around. That request was denied at the time but he went ahead and served me for the hearing to show cause which happened on the 20th. I live 300 miles away and don't have a car so I couldn't get there. Another YouTube guy (who lives in SLO and has met Nathan), Doboy787 took my response and declaration to the courthouse to file for me a couple days before that hearing. I included 8 pages of text screencaps and links to Nathan's videos (talking about me, you, and everyone else he claims is out to get him) and apparently the judge saw it in time. Judge Charles Crandall didn't even listen to Nathan. Just dismissed it outright. This is very good news for everyone. Nathan portrays himself as a victim and threatens people with legal action a LOT. Now, since he's actually tried to follow through and failed, it's going to be harder for him to pull this shit on anyone else. If I understood you correctly, it sounded like you want to put a civil harassment order on him. Now would be a good time to do that since he's back on your ass again and the judge has already seen your name in my response. If you have more questions and can't use Discord, you can email me at kerry.wolf@yahoo.com

# EXHIBIT SIX

Chief of Detectives
Detectives Division
San Luis Obispo Sheriff's Department
1585 Kansas Avenue
San Luis Obispo, CA  93405                                    July 24, 2017


SUBJECT: NATHAN AMES STOLPMAN, AGE 38

REF: (1):  SLO Superior Court, Dept. #9, Case # 17CV0349, 7/20/2017


Dear Sir/Madam:

**Background**

I have been publically accused on Twitter of "gangstalking and harassment" by the subject (Stolpman) who operates a YouTube hoax news site known as "LIFT THE VEIL".  This letter explains the present situation.

As you may know our courts are presently overburdened with unfounded, meritless, vexatious and frivolous (UMLV) lawsuits and complaints, such as those proffered by the subject last week when he attempted to obtain a harassment temporary restraining order (TRO) against another one of his victims; see ref. (a).  The Honorable Judge Charles S. Crandell has dismissed the subject's ref. (a) TLO request.

To assist your office in understanding the subject's mindset I have attached an exhibit from that TLO request (see attachment below).

**Subject's stalking of the undersigned in violation of Penal Code 646.9**

The subject openly admits in a YouTube channel video, that he intended to intercept me while I was in Mt. Shasta where I work with wounded warriors and their spiritual practices to help emotional recovery (see screenshot attached below).

In the video, the subject blatantly challenged me to meet him while the video displays the Mt. Shasta city neighborhood in the background.  This indicates that the subject drove over eight (8) hours to allegedly ambush me with his barrage of verbal harassment accompanied by clandestine video recording.

The subject has seized upon my achievements in assisting the Governor's Office of Emergency Services (OES) with my published papers on modernizing emergency management with cyber security response and recovery practices.  I have been very active in promoting resilient cyber security infrastructure and to that end I am a designated California Emergency Management Specialist as conferred by OES.

**Warnings to the subject**

The subject has acknowledged, and subsequently ignored, at least three (3) written warnings to cease and desist with his cyber stalking practices.  He continues to this day.

The subject continues to broadcast messaging intended to instill hatred, ridicule and scorn among his subscribers.  He is fond of issuing calls to action concerning his perceived enemies list – of which I am apparently on (to my grievous misfortune).  This includes relying on the technique of "CrowdStalking" to injure, harass and place individuals like me in fear.


Warm regards,

/s/

Dave Sweigert


ATTACHMENT:


Copies provided:


Dan Don, esq.
Office of the District Attorney
County of San Luis Obispo
County Government Center -- 4th Floor
1055 Monterey Street
San Luis Obispo, CA 93408

ATTACHMENT 10 – JUSTIFICATION/EXCUSE Case number 17CV0349
PAGE 1

Nathan's CH-100 was excluded from the paperwork I was served so I am not able to see his complaint. A lawyer that I was referred to by the SLO Bar, Jennifer Fehlman looked it up and told me that he's claiming I have made him suicidal. His demeanor on his YouTube show every day since filing contradicts that claim.

I am unable to attend this hearing because I lack reasonable transportation to your jurisdiction without financial hardship. I live 300 miles away from him and do not own a car. I have never been to his town. I have never threatened to harm Nathan. Nathan has released my full name and address and asked his 28k+ YouTube, Twitter and Discord subscribers to visit my home and to spy on my online activity and report back to him. Nathan has been a guest in my house and until he released my private info, he was the only non-family individual who knew my address. That information was never public before he released it. I am in the process of relocating to another state for my safety. Please do not rule against me in this matter as I am actually the party who is being harassed and only wish to move on. He is presenting our private messages on his show out of context to make it seem like I have threatened him. I never intended to be a public figure and I use a pseudonym to create satire videos on my own YouTube channel, Allseeing Ewe. Nathan made me a public figure by "doxxing" me. As a result of him falsely telling his big audience I'm stalking him, I have had my social media accounts flagged, my email signed up for a dating website and my cell phone number enrolled in several telemarketing call lists.

I am Nathan's former assistant and so I know him on a personal level. Our relationship was never romantic and only lasted for about 5 weeks before he picked a fight with me and I quit in April 2017. For several months since then, he has been publicly accusing me of being a Satanist and of working for pedophiles, and of stalking and harassing him. I have made several public attempts to resolve our conflict but he refuses to stop lying about me and asking his audience to harass me.

Nathan uses his large platform to pick public fights with many people and frame himself as the victim. Some of the more notable YouTube personalities he's gone after include David Seaman, Dave and George Sweigert, and Britanny Pettibone. He has claimed to have 3 other stalkers before me. He claims to have several undiagnosed mental disorders in order to excuse his behavior. He also says that he lives in a separate reality and does not believe he is a human being. His YouTube channel, Lift the Veil was disallowed from streaming and posting because of abusive treatment of other people, both public figures and private individuals. He had to create a second channel, Lift the Veil Live, because of that but continued to harass, bully and accuse people so it was also restricted. He is now on his third channel, Lift the Veil Too, and shows no indication of understanding that his actions are unacceptable. I am listing links to his videos below that show clear examples of his abusive behavior. I am including all the links in a pastebin.com account so that they do not have to be typed out manually
( https://pastebin.com/63sSw47Q )

**All Seeing Ewe AMA | Live from Knowhere | Illuminati Sheep Ball**
**Streamed live on Jul 6, 2017**
https://youtu.be/TRj0UhGnJVI
Fellow YouTube creator, Defango hosts an Ask Me Anything (AMA) session with me to try to publicly resolve this conflict. Nathan calls in via Skype and refuses to work things out. Call lasts 1:25:00-2:04:13

2:02:44  Nathan: "It's funny to me to post your name in videos."
Kerry: "That's totally different. Making a funny fish slap video and saying 'this is Kerry's house, go there."
Nathan: It's funny to me.
Defango: "You think that's funny? Because I don't think that's funny and I don't think anybody that I take and show that clip to is going to think it's funny."
Kerry: "I don't think the judge will think it's funny either."

**Subscribe to new channel - Lift the Veil Live - for live shows! Quinn Michaels interview today!**
**Published on Jul 15, 2017**
https://youtu.be/83wCakrXnK4
0:09 "We're going to a third channel for live shows. The second channel got hit with a guideline strike. The video I made about Kerry, she hit it for personal information."
ATTACHMENT 10 – JUSTIFICATION/EXCUSE Case number 17CV0349
PAGE 2

**For real this time.**
**Published on Jul 1, 2017**
https://youtu.be/sZlxgwaSX2w
Following months of false accusations made on his show against a long list of public figures and private individuals accusing us all of being Satanists and protecting or working for pedophiles, Nathan apologizes to everyone but me. He singles me out as the one person of this large group who is responsible for everything that he thinks has been done to him.
0:54 "I want to warn everyone that there is one person, a woman scorned you need to be cautious of and who I am filing a notice against, who has been preying on my natural tendency toward paranoia with sock puppet accounts telling me that a lot of you were attacking me who surely weren't."

**altNews: UK Parliament False Flag on Skull & Bones day? | 3.22.2017**
**Streamed live on Mar 22, 2017**
https://youtu.be/kfdulEMEia4?t=32m43s
Nathan calls Judith Lynn to confront her about his claim that she is stalking him.
33:06 "We're going to call Judith. Judith who threatens me in my effing email."
33:24 "Oh and she threatened me. Yes! Thank you. Whenever you threaten me, it gives me strength."

**WHAT IT IS | 3.21.2017**
**Streamed live on Mar 21, 2017**
https://youtu.be/f5I1jm1onvc?t=38m57s
Nathan describing his mental illness:
38:57 "I don't think I'm human. That's something. I think I am not a human being because I don't understand human beings."

**Lift the Veil with Patricia Steere on Flat Earth & Other Hot Potatoes**
**Published on May 28, 2016**
https://youtu.be/DGaPGp0K4Sg?t=15m30s
Nathan discussing his mental illness and amphetamine use with a fellow YouTube creator
15:30 "I do seem to have a mental illness. Well, a couple of them, actually. I basically am schizophrenic but I only exhibit symptoms of that (it seems like) when I don't have medication."
"I am not diagnosed that way but I clearly have... schizotypal personality traits. I also have some very severe ADD."

20:00 "...to answer your other question, [I have] delusions basically or misinterpretations of reality the way regular folks or the commonly accepted version of it that most people are living in. I live in a different version where different things are happening."

24:11 "I am not diagnosed schizophrenic. It's just I haven't told my doctor everything."

ATTACHMENT



## Dave Acton / Sweigert: Let's Meet!


Lift the Veil Too

Subscribe    1.9K

➕ Add to        ➡ Share        ••• More

Published on Jul 15, 2017

Category        News & Politics
License         Standard YouTube License



P S 0 0 0 0 1 0 0 0 0 1 4

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**UNITED STATES**
**POSTAL SERVICE ®**

# PRIORITY
# MAIL

**PRO SE 200**

RECEIVED

JAN - 6 2020

PRO SE OFFICE

* Date of delivery specified*
* USPS TRACKING™ included to many major international destinations.
* Limited international insurance.
* Pick up available.*
* Order supplies online.*
* When used internationally, a customs declaration label may be required.

* Domestic only

USPS.COM/PICKUP

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org

**FROM:**

U.S. POSTAGE PAID
PM 2-DAY
CITRUS HEIGHTS, CA
95621
DEC 30, 19
AMOUNT

**$7.35**
R2307N153378-27

1006          10007

EXPECTED DELIVERY DAY: 01/03/20

**USPS TRACKING ® NUMBER**

9505 5159 2259 9364 4224 12

**TO:**

Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

To schedule free Package Pickup,
scan the QR code.