Marcus Conte
199 Gelston Avenue, D1
Brooklyn, NY 11209
shorthappylife@gmail.com

Thursday, January 2, 2020

PRO SE DIVISION, ROOM 200 U.S. (Sent via USPS & email)
District Court Southern District of New York (Foley Square)
500 Pearl Street
New York, N.Y. 10007-1312
Aaron_NYSDChambers@nysd.uscourts.gov   CaproniNYSDChambers@nysd.uscourts.gov

       LETTER MOTION TO MAGISTRATE JUDGE STEWART D. AARON
       CASE #: 1:18-cv-08653-VEC-SDA, SWEIGERT v. GOODMAN

       SUBJECT:  Request to file Motion to Intervene per F.R.C.P. Rule 24

MAY IT PLEASE THE COURT:

A. My name is Marcus Conte, a YouTube reporter and pro se non-party to this lawsuit that
seeks the leave of the court to proceed with a formal motion to intervene with a complaint of
intervention. This is a request to become an intervenor-plaintiff against the plaintiff in this
lawsuit, by the Court's leave.

B. My claims of injuries against the Plaintiff and his business partner Thomas Schoenberger of
California (felony stalker) are nearly identical to those contained in the present Second
Amended Complaint (ECF DOC. 88). Plaintiff Sweigert and Schoenberger are 2 notorious
YouTube 'stalkers.' Harassment, Slander, Libel & defamation is proven in their own words via
the following 126 unique evidence videos targeted at me specifically by name. Both parties
develop and publish on YouTube trauma based video content to torment others & myself.

Plaintiff D. George Sweigert (103 unique defamation videos)
https://drive.google.com/drive/folders/1Qerp9-LGCrsqHKiIvi4TMTKF28cuwQF9

Thomas Schoenberger (26 unique defamation videos)
https://drive.google.com/open?id=1YfsQULmA-ebCDe31--FJsk64LpEwZG22

Here are a few of the frivolous and defamatory statements made about me. "I am a: pedophile,
stalker, Satanist, white supremacist, predicate felon, gang leader, hoax bomber, conspirator to
commit fraud on a federal court, obstructer of justice, fake psychic, fake teeth, fake hair, fake
glasses, malicious prosecutor, slanderer, harasser, libeler, defamer, FBI snitch, CIA cutout,
deep state stooge."

C. I certify under the penalties of perjury that this request is not intended to prolong these
proceedings and is true and sound.

Sincerely,
Marcus Conte





Marcus Conte
199 Gelston Ave,
Apt D1
Brooklyn, NY 11209

RECEIVED
JAN -8 2020
PRO SE OFFICE

SDNY

Pro Se Division, Room 200 U.S.
District Court SDNY (Foley Square)
500 Pearl Street
New York, N.Y. 10007-1312