RECEIVED
SDNY PRO SE OFFICE

2020 AUG 18  AM 10: 59

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| D George Sweigert, <u>Plaintiff</u> | CIVIL CASE #: 1:18-CV-08653-VEC |
| --- | --- |
| v. | JUDGE VALERIE E. CAPRONI |
| Jason Goodman, <u>Defendant</u> | MAGISTRATE STEWART D. AARON |

## NOTICE OF MOTION PURSUANT TO FRCP RULE 59(e) TO ALTER OR AMEND THE COURT'S ORDER OF 8/3/2020 (DOC. 140)

This NOTICE OF MOTION is submitted pursuant to **Local Rule 6.1, 7.1 (a)(1) and 7 (b) and Fed. R. Civ. Proc. Rule 59(e)** and addressees the Court's ORDER of 08/03/2020 (Dkt. 140). This motion is timely filed within 14 days of the ORDER (Dkt. 140).

I hereby certify that the attached pleadings are truthful and accurate (to the best of my knowledge) and are not submitted for the purposes of oppression of the Defendant.

Signed this **8** day of August 2020.

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

8/8/20