UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                              Plaintiff,

       -against-

Jason Goodman,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020
```

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that any opposition to Plaintiff's motion to amend (ECF No. 144) shall be filed no later than September 30, 2020. Any reply shall be filed no later than October 7, 2020.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* parties.

**SO ORDERED.**

DATED:    New York, New York
                 September 2, 2020

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge