

RECEIVED SEP 15 2020 PRO SE OFFICE

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

## NOTICE OF POTENTIAL ERROR ON THE DOCKET

**NOTICE TO THE CLERK:** This NOTICE attempts to clarify any harmless errors that may exist on the Court's docket.

- **Dkt. 144** was superseded by an AMENDED pleading that is **Dkt 149** (so marked on cover sheet). Caveat: **Dkt. 149** is currently locked and available for viewing.

- **Dkt. 148** was superseded by an AMENDED pleading that is **Dkt. 151.**

- Accompanying this NOTICE is a new pleading entitled "**PLAINITIFF'S AMENDED VERIFIED ANSWER IN RESPONSE TO DEFENDANT'S COUNTERCLAIM (DKT. 145)**" it is an AMENDED pleading which supersedes **Dkt. 147** (so marked on cover sheet).

A certificate of service is included on the last page of this document. So sworn under oath.

Signed this ___ day of September, 2020.

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

D.G.S—
9.11.20

1

## CERTIFICATE OF SERVICE

I HEREBY ATTEST that a true copy of the attached pleadings and the <u>PLAINITIFF'S AMENDED VERIFIED ANSWER IN RESPONSE TO DEFENDANT'S COUNTERCLAIM (DKT. 145)</u>" has been sent to the following addressees on the ___ day of September via prepaid First Class U.S. Mail. So sworn under oath.

>Jason Goodman, CEO
>Multimedia Systems Design, Inc.
>252 7th Avenue, Apart. #6S
>New York, NY 10001
>
>Clerk of the Court
>U.S. District Court
>500 Pearl Street
>New York, New York 10007-1312

*D.G.Smt*

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

9.11.20

2