USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D. GEORGE SWEIGERT,

               Plaintiff,

-against-

JASON GOODMAN,

               Defendant.

18-CV-8653 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      On September 9, 2020, Plaintiff Sweigert filed a notice of related litigation, informing the Court that case *The National Academy of Television Arts and Sciences, Inc., et al. v. Multimedia Systems Design, Inc.*, 20-CV-7269, may possibly be related to *Sweigert v. Goodman*, 18-CV-8653. *The National Academy of Television Arts and Sciences, Inc., et al. v. Multimedia Systems Design, Inc.*, 20-CV-7269, has previously been assigned to the undersigned, making the question of whether the two cases are related under the local rules of this Court irrelevant.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and Defendant, noting mailing on the docket.

**SO ORDERED.**

Date: September 16, 2020
New York, New York

                                         **VALERIE CAPRONI**
                                         **United States District Judge**