IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN,

    Defendant

Case No.: 1:18-cv-08653-VEC-SDA

DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S VERIFIED SUPPLIMENTAL COMPLAINT

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S VERIFIED SUPPLIMENTAL COMPLAINT

Defendant Jason Goodman Pro Se respectfully responds in opposition to Plaintiff's verified supplemental complaint. Plaintiff's persistence in filing this motion demonstrates his contumacious disregard for this court's authority. Plaintiff continues to introduce false claims that are unsubstantiated by evidence in his ongoing effort to increase these proceedings and harass the Defendant. The court has already denied Plaintiff's request to amend his pleadings and denied a reconsideration of that order requesting the same. Granting Plaintiff's motion would unnecessarily delay and protract discovery and a logical conclusion to the case. Pursuant to Fed. R. Civ. P Rule 7(a) a supplement cannot serve as a pleading. Defendant prays the court will use its substantial authority to curtail Plaintiff's brazen abuse of the civil justice system.

Signed this 30th day of September 2020

Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S VERIFIED SUPPLIMENTAL COMPLAINT - 1