RECEIVED
SDNY PRO SE OFFICE
2020 NOV -4 PM 3: 05

November 2, 2020

Honorable Stewart D. Aaron, magistrate
U.S. District Court
U.S. Courthouse
40 Foley Square
New York, NY 10007

SUBJ: **CIVIL CASE #: 1:18-CV-08653-VEC**

Judge Aaron:

1.      The Defendant's most recent tardy pleading (filed 10/30/2020, Docket no. 161) contains statements that justify two additional causes of action in this lawsuit and the referral of the Defendant to the U.S. Attorney for possible investigation of his perjurious statements. In the interest of judicial economy please find attached three (3) exhibits which justify this request.

2.      **Perjury**. In the Defendant's pleading (Dkt. 161) he has sworn under the penalties of perjury pursuant to New York C.P.L.R. **3020**. See cover page signature of 10/29/2020 (Dkt. 161). The pleading states (in relevant part):

- "Defendant has never met or spoken of Plaintiff prior to Plaintiff making himself known to Defendant via the publication of a threatening video on or around June 15, 20017. **Pg. 2. (Dkt. 161).**

3.      As indicated in **Exhibit One**, the Defendant spoke with his side-kick George Webb about his brother (the undersigned) for approximately five (5) minutes on a June 13th, 2017 podcast (two days before the Defendant claims he "*first heard about*" the undersigned). At time-mark **17:21** the Defendant states, "your brother who maybe isn't playing with a full deck of cards." This was the Defendant's first public expression of personal animus directed at the undersigned for a perceived mental disability.

4.      As indicated in **Exhibit Two**, while "on the air" in a "live" environment the Defendant publicly searched the Internet for references to "David Sweigert", as seen in a video podcast posted June 14, 2017 (one day prior to the time when the Defendant "*first heard*" of the undersigned. Again, approximately five (5) minutes of discussion is devoted to the undersigned. In fact, at time mark **23:02** the Defendant points to David Sweigert on screen. The Defendant seeks confirmation from the audience about the person pictured (Defendant pointing).

5.      Interestingly, the video cited in **Exhibit Two** was responsible for the closure of the Port of Charleston, South Carolina in what is known as the "dirty bomb hoax". Defendant clearly had knowledge as to the identity of the undersigned, George Webb's brother on 06/14/2017.

*1 SWEIGERT vs. GOODMAN 1:18-CV-08653-VEC*

6. **New York State Civil Rights Law §79-n**. It is clear from the video cited in **Exhibit One** that the Defendant singled out the undersigned as someone with a mental disability ("*full deck of cards*"). Ever since that first publication (06/13/2017), the Defendant has continued his public smearing campaign to damage the Plaintiff's property interest in a good reputation, career, character, and professional history.

7. **Exhibit Three** contains a small sampling of nearly a dozen e-mail messages sent to Plaintiff by the Defendant. The Defendant focuses on the perceived mental disability of the undersigned. For example:
- **Mental illness is a terrible thing.**
- **Mental illness is a serious matter, you need to seek help**
- **and very likely criminally insane**

8. Dozens of video podcasts distributed by the Defendant about the undersigned since 06/13/2017 push the idea that the undersigned has a mental disability. In fact, as pointed out in the pictorial campaign of the crashed helicopter in Nicaragua with the undersigned's likeness, the Defendant has attempted to exploit a perceived mental condition. As stated in **Exhibit 3:**
- **It's awesome that I now know how to push your buttons**

9. The Defendant's latest pleading (Dkt. 161) is filled with innumerable mental health slurs. The Defendant's pleading only crystalizes the Defendant's personal animus for the Plaintiff based on a perceived mental disability in violation of **New York State Civil Rights Law §79-n** (statute of limitations five (5) years). The *pro se* Plaintiff should be permitted to bring a supplemental complaint containing allegations of the Defendant's prohibited conduct in this area.

10. **Malicious Prosecution.** The Defendant admits in his pleading papers (Dkt. 161) that he sought intervention by the 10th precinct of the New York Police Department (N.Y.P.D.) against the undersigned for an apparent blog post. Besides the common law tort of malicious prosecution, such conduct represents a prohibited act of summoning a police officer without reason to suspect a violation of penal law (see **New York State Civil Rights Law §79-n).**

11. This is the second time the Defendant has admitted to contacting the N.Y.P.D. to file dubious charges against the Plaintiff. As there is no potential penal code charge presented in the pleading papers (Dkt. 161), the reader must assume that the Defendant had no supporting rationale to report the undersigned – except to continue expressing his persona animus towards the Plaintiff for his perceived mental disability. This conduct is prohibited under **§79-n.**

12. **Summary.** The Plaintiff seeks relief in the form of the Court's approval to file a supplemental complaint that presents the formal allegations of violations of **New York State Civil Rights Law §79-n** and a cause of action for **malicious prosecution.**

Signed this **2** day of November, 2020.

***D. G. SWEIGERT, C/O***
***GENERAL DELIVERY***
***ROUGH AND READY, CA 95975***
***Spoliation-notice@mailbox.org***

*D.G.S~J*

## CERTIFICATE OF SERVICE

A true copy of this letter motion has been sent via First Class mail to:

        **Jason Goodman, CEO**
        **Multi-media System Design, Inc.**
        **252 7th Avenue, Apart. #6S**
        **New York, NY 10001**

        **PRO SE INTAKE,   Room 200**
        **U.S. District Court**
        **500 Pearl Street**
        **New York, New York 10007-1312**

Signed this **2** day of November 2020.

        *D. G. SWEIGERT, C/O*
        *GENERAL DELIVERY*
        *ROUGH AND READY, CA 95975*
        *Spoliation-notice@mailbox.org*



# EXHIBITS

The attached exhibits represent true and accurate copies of screen shots taken of video podcasts and e-mail messages initiated by the Defendant.

Signed this **2** day of November 2020.

> **D. G. SWEIGERT, C/O**
> **GENERAL DELIVERY**
> **ROUGH AND READY, CA 95975**
> **_Spoliation-notice@mailbox.org_**

*D.Swgt* (signature)

# EXHIBIT ONE

**Live From the Capitol Building**
**8,864 views**
**•Streamed live on June 13, 2017**

https://www.youtube.com/watch?v=0yF5a6Wmecw



*1  SWEIGERT V. GOODMAN*



# EXHIBT TWO

**Clear and Present Danger (Calm Before the Storm?) #maerskmemphis**
**90,501 views**
**•Streamed live on June 14, 2017**

https://www.youtube.com/watch?v=ekr5cw2WAbU&t=1681s



Clear and Present Danger (Calm Before the Storm?) #maerskmemphis
90,501 views • Streamed live on Jun 14, 2017     792   241   SHARE   SAVE   ...     ALYSSA MASTROM
Up next                    AL

*1   SWEIGERT V. GOODMAN*





Clear and Present Danger (Calm Before the Storm?) #maerskmemphis

90,501 views • Streamed live on Jun 14, 2017     👍 792   👎 241   ➤ SHAR



Clear and Present Danger (Calm Before the Storm?) #maerskmemphis

90,501 views • Streamed live on Jun 14, 2017    👍 792   👎 241   ➤ SHAR



Clear and Present Danger (Calm Before the Storm?) #maerskmemphis
90,501 views • Streamed live on Jun 14, 2017



# EXHIBIT THREE

E-mail message 11/29/2017

Hi Dave,

Thanks for all this evidence you are generating with regard to your ongoing per se libel. **It's awesome that I now know how to push your buttons. Mental illness is a terrible thing.** You really should be confined for your own safety and that of others. I'm sure the court will enjoy the videos in which you make death threats against me.

[emphasis added]

Jason Goodman <truth@crowdsourcethetruth.org>   11/29/2017 7:27 PM
To Spoliation Notice

Reply   Reply all   Forward   Delete   ≡

Hi Dave,

Thanks for all this evidence you are generating with regard to your ongoing per se libel. It's awesome that I now know how to push your buttons. Mental illness is a terrible thing. You really should be confined for your own safety and that of others. I'm sure the court will enjoy the videos in which you make death threats against me.

On Nov 29, 2017, at 1:16 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

*1  SWEIGERT V. GOODMAN*

E-mail message of 3/30/2018

Mr. David George Sweigert,

**Mental illness is a serious matter, you need to seek help.** You are hurting yourself by generating a growing collection of evidence that indicates very strongly that you are engaged in an organized criminal harassment campaign against me personally as well as other serious potentially criminal offenses. Every person you have CC'd on this message fully realizes that no actual lawyer would send anonymous messages from the "Evidence Collection" department and the messages themselves represent harassment as I have instructed you to terminate communications with me.

I have submitted my evidence against you to the **NY FBI field office** and anticipate they will contact you soon. **If you'd like to challenge me in civil court, I invite you to file your complaint. It will merely save me the filing fees when I counter sue** you for the well documented slander and defamation campaign you have been waging which includes per se libel among other civil torts and potential criminal actions on your part.

You are making matters far worse for yourself every day. My friendly advice is that you cease and desist and discontinue your harassment and / or any mention of me or my company moving forward.

Jason Goodman


[emphasis added]

Jason Goodman <truth@crowdsourcethetruth.org>　　　　　　　　　　　　　　　　3/30/2018 4:36 PM
To Spoliation Notice   Copy corina.davis@redbubble.com  and 3 others

Reply    Reply all    Forward    Delete    ≡

Mr. David George Sweigert,

Mental illness is a serious matter, you need to seek help.  You are hurting yourself by generating a growing collection of evidence that indicates very strongly that you are engaged in an organized criminal harassment campaign against me personally as well as other serious potentially criminal offenses.  Every person you have CC'd on this message fully realizes that no actual lawyer would send anonymous messages from the "Evidence Collection" department and the messages themselves represent harassment as I have instructed you to terminate communications with me.

I have submitted my evidence against you to the NY FBI field office and anticipate they will contact you soon.  If you'd like to challenge me in civil court, I invite you to file your complaint.  It will merely save me the filing fees when I counter sue you for the well documented slander and defamation campaign you have been waging which includes per se libel among other civil torts and potential criminal actions on your part.

You are making matters far worse for yourself every day.  My friendly advice is that you cease and desist and discontinue your harassment and / or any mention of me or my company moving forward.

Jason Goodman

[emphasis added]

E-mail message of 6/30/2018

Hire a process server Dave. While you are doing that, you should know I will do my very best to see you prosecuted for harassment, cyber bullying and whatever else the law will allow. You are a menace to the public, a danger to yourself and others, a disgrace to the military (if in fact you ever served, where is that DD214?) **and very likely criminally insane.** Your email below constitutes continued harassment. You have been instructed not to contact me or publicly speak about me. You have submitted false statements to the Federal Court.

[emphasis added]

Jason Goodman <truth@crowdsourcethetruth.org>  6/30/2018 4:16 PM
To Dave Acton  Copy Spoliation Notice and 10 others

Reply   Reply all   Forward   Delete

Hire a process server Dave. While you are doing that, you should know I will do my very best to see you prosecuted for harassment, cyber bullying and whatever else the law will allow. You are a menace to the public, a danger to yourself and others, a disgrace to the military (if in fact you ever served, where is that DD214?) and very likely criminally insane. Your email below constitutes continued harassment. You have been instructed not to contact me or publicly speak about me. You have submitted false statements to the Federal Court.

*4  SWEIGERT V. GOODMAN*

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020. All rights reserved.

**RECEIVED**
**SDNY PRO SE OFFICE**
**2020 NOV -4 PM 2:58**

FROM:

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org

PRo SE # 200

TO:

PRO SE OFFICE, #200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

10007

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL®**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**



To schedule free Package Pickup, scan the QR code.

EP14F May 2020
PS00001000014