```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

D George Sweigert,

                Plaintiff,

-against-

Jason Goodman,

                Defendant.

1:18-cv-08653 (VEC) (SDA)

<u>ORDER</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on September 10, 2019, Plaintiff filed his Second Amended Complaint, consisting of 133 substantive paragraphs (*see* SAC, ECF No. 88, ¶¶ 1-133); and

WHEREAS, on March 2, 2020, I recommended that the First Claim of the SAC (*see* SAC ¶¶ 29-67, 124) be dismissed and that the Fourth Claim of the SAC (*see id.* ¶¶ 111-20) be dismissed (*see* R&R, ECF No. 138); and

WHEREAS, on August 3, 2020, District Judge Caproni adopted my recommendations to dismiss the First and Fourth Claims of the SAC (*see* 8/3/20 Order); and

WHEREAS, on August 24, 2020, Plaintiff filed a motion for leave to file a "First Supplemental Complaint" and, on September 9, 2020, filed an amended motion for the same relief (*see* Pl.'s 8/24/20 Mot., ECF No. 144; Pl.'s 9/9/20 Am. Mot., ECF No. 149); and

WHEREAS, on October 8, 2020, I ordered that the SAC was deemed supplemented only by paragraphs 1, 39 through 45 and 47 through 50 of Plaintiff's Verified Supplemental Complaint that was filed at ECF No. 150 (10/8/20 Order, ECF No. 160); and

WHEREAS, Defendant Goodman, who has appeared in this action *pro se*, has not responded to the Second Amended Complaint, as supplemented; and

WHEREAS, the Court has "an obligation to make reasonable allowances to protect *pro se* litigants from inadvertent forfeiture of important rights because of their lack of legal training," *see Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 475 (2d Cir. 2006) (citation omitted).

NOW, THEREFORE, it is hereby ORDERED that, no later than January 29, 2021, Defendant Goodman shall file an answer to paragraphs 1 through 28, 69 through 110, 123, and 125 through 133 of Plaintiff's Second Amended Complaint that was filed at ECF No. 88, as well as paragraphs 1, 39 through 45 and 47 through 50 of Plaintiff's Verified Supplemental Complaint that was filed at ECF No. 150.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* parties.

**SO ORDERED.**

DATED:   New York, New York
         December 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge