CIVIL CASE #: 1:18-CV-08653-VEC

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org

December 28, 2020

MAGISTRATE STEWART D. AARON
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

**Subject:** Request for clarification on the status of Docket entries **65, 68, 69, 71**

MAY IT PLEASE THE COURT,

**a.** On 12/28/2020 **Docket no. 181** was issued, the magistrate's Report and Recommendation (**R&R**) (which provides 14 days to respond in opposition). At the outset, the Plaintiff requests an additional 10 (ten) days to reply in opposition (extension to **1/21/21**).

**b.** The *pro se non-attorney* Plaintiff requires additional time to research the legalities that orbit Docket entries **65, 68, 69 and 71**. As the Court is aware, the ORDER of 11/16/2018 (**Dkt. 65**) stayed all pending motions (**Dkt. 68/69 and 71**).

**c.** Two motions were filed by the Plaintiff for Preliminary Injunctive Relief (**P.I.R.**) (see Dkt. 68/69 and 71) two years ago. These motions relied on the same operative law addressed in Dkt. 181, **NYCRL §§ 50, 51**. These motions have not been acted upon.

**d.** Statements are presented in the R&R (**Dkt. 181**) that indicate the Plaintiff did not attempt to seek **P.I.R.** earlier in this litigation. The reverse appears to be true. The "stayed" motions in limbo for **P.I.R. (68/69 and 71)** were filled two years ago and are presently in the de facto limbo state of "stayed".

**e.** The SHOW CAUSE ORDER (**Dkt. 65**) does not appear to have been completely and fully resolved. Thus, it appears that Docket entries **65, 68, 69 and 71** are still in play and waiting for resolution. In that case, the Plaintiff would move to re-visit and revive the "stayed" motions.

**f.** THEREFORE, the Plaintiff seeks clarity on how the Court wishes to proceed in this matter.

Signed this __28__ th day of December 2020.

*/s/ D. Sweigert/*

CIVIL CASE #: 1:18-CV-08653-VEC          *1*

CIVIL CASE #: 1:18-CV-08653-VEC

*D. G. SWEIGERT, C/O*
*GENERAL DELIVERY*
*ROUGH AND READY, CA 95975*
*Spoliation-notice@mailbox.org*

U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

D George Sweigert

**Plaintiff**

v.

Jason Goodman

**Defendant**

CIVIL CASE #: 1:18-CV-08653-VEC

JUDGE VALERIE E. CAPRONI

MAGISTRATE STEWART D. AARON

CERTIFICATE OF SERVICE

I HEREBY ATTEST that a true copy of the attached pleadings has been sent to the following addressees on the 28th day of December 2020.

Jason Goodman, CEO
Multimedia Systems Design, Inc.
252 7th Avenue, Apart. #6S
New York, NY 10001

Clerk of the Court, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

D. GEORGE SWEIGERT

CIVIL CASE #: 1:18-CV-08653-VEC        2

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

USPS TRACKING® NUMBER

9505 5067 1486 0363 3882 16

U.S. POSTAGE
$7.75
PM 2-Day
95603 0006
Date of sale
12/28/20
06  2SSK
9494012851325
114885441

PRIORITY FLAT POSTAGE

PRESS FIRMLY TO SEAL



UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

FROM:

D. G. SWEIGERT, C/O
GENERAL DELIVERY
ROUGH AND READY, CA 95975
Spoliation-notice@mailbox.org

#200 PRO SE
USM
SDNY

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

TO:

PRO SE OFFICE, Room 200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2



This envelope is made from post-consumer waste. Please recycle - again.

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.