**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

D George Sweigert,

                            Plaintiff,

       -against-

Jason Goodman,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

1:18-cv-08653 (VEC) (SDA)

<u>ORDER</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      I am in receipt of Plaintiff's letter requesting clarification of the status of his motions filed at ECF Nos. 68, 69 and 71. (Pl.'s 12/28/20 Ltr., ECF No. 182.) These November 2018 motions, where Plaintiff sought to cause Defendant to take down "illegal merchandise" and "illegal video productions," were denied and terminated by District Judge Caproni's Order, dated August 27, 2019. (*See* 8/27/19 Order, ECF No. 87, at 14.)

      Plaintiff's request in his letter for an extension of time to file objections to my Report and Recommendation, dated December 28, 2020 (R&R, ECF No. 181), which concerned Plaintiff's motion to enjoin Defendant from using video podcast "wrappers," and not video podcasts or merchandise, is DENIED WITHOUT PREJUDICE. As set forth in the R&R, "[a]ny requests for an extension of time for filing objections must be addressed to Judge Caproni." (R&R at 9.)

      The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* parties.

**SO ORDERED.**

Dated: New York, New York
December 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2