```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

      Plaintiff,

  -against-

Jason Goodman,

      Defendant.

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that Defendant shall respond to Plaintiffs motion to compel (ECF No. 188) no later than Monday, February 8, 2021.

Defendant is warned that failure to comply with Court Orders may result in the imposition of sanctions including a recommendation to the District Judge that a default judgment be entered against him.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* parties.

**SO ORDERED.**

Dated:  New York, New York
    January 29, 2021

_____
STEWART D. AARON
United States Magistrate Judge