U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

### PLAINTIFF'S SECOND NOTICE OF CHANGE OF ADDRESS

The Clerk of the Court should note and update the Plaintiff's CHANGE OF ADDRESS as follows:  Signed this 16th day of February 2021.

      D. GEORGE SWEIGERT
      GENERAL DELIVERY
      NEVADA CITY, CA 95959

*D. GEORGE SWEIGERT, c/o*
*PRO SE NON-ATTORNEY*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*
*SPOLIATION-NOTICE@MAILBOX.ORG*

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

D George Sweigert

**Plaintiff**

v.

Jason Goodman

**Defendant**

CIVIL CASE #: 1:18-CV-08653-VEC

JUDGE VALERIE E. CAPRONI

MAGISTRATE STEWART D. AARON

CERTIFICATE OF SERVICE

I HEREBY ATTEST that a true copy of the attached pleadings has been sent to the following electronic e-mail addresses on the 16th day of February 2021.

    Jason Goodman, CEO
    Multimedia System Design, Inc.
    252 7th Avenue, Apart. #6S
    New York, NY 10001
    EMAIL:   truth@crowdsourcethetruth.org

    Clerk of the Court, Room 200
    U.S. District Court
    500 Pearl Street
    New York, New York 10007-1312
    EMAIL:  temporary_pro_se_filing@nysd.uscourts.gov

_____/

D. GEORGE SWEIGERT