*D. GEORGE SWEIGERT, c/o*
*TRANSIENT HOLD*
*GENERAL DELIVERY*
*U.S. POST OFFICE*
*200 COYOTE STREET*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

| U.S. District Court for the Southern District of New York | |
|---|---|
| D George Sweigert | CIVIL CASE #: 1:18-CV-08653-VEC |
| Plaintiff | JUDGE VALERIE E. CAPRONI |
| v. | |
| Jason Goodman | |
| Defendant | |

## CHANGE OF ADDRESS AND CERTIFICATE OF SERVICE

MAY IT PLEASE THE COURT,

KINDLY TAKE NOTICE THAT THE PRO SE NON-ATTORNEY PLAINTIFF HAS CHANGED HIS ADDRESS TO:

> **D. GEORGE SWEIGERT, c/o**
> **TRANSIENT HOLD**
> **GENERAL DELIVERY**
> **U.S. POST OFFICE**
> **200 COYOTE STREET**
> **NEVADA CITY, CA 95959-9998**

RECEIVED SDNY PRO SE OFFICE 2021 FEB 17 AM 10: 17

I hereby attest that a true copy of this pleading has been sent to the following addressees on the **8** day of February, 2021.

        Jason Goodman, CEO
        Multimedia System Design, Inc.
        252 7th Avenue, Apart. #6S
        New York, NY 10001

        Clerk of the Court, Room 200
        U.S. District Court
        500 Pearl Street
        New York, New York 10007-1312

                                        D. GEORGE SWEIGERT

                                        2 . 8 . 21



# UNITED STATES POSTAL SERVICE®

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**



To schedule free Package Pickup,
scan the QR code.

PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP



RECEIVED
SDNY PRO SE OFFICE
FEB 17 AM 10:11

D. GEORGE SWEIGERT, c/o
TRANSIENT HOLD
GENERAL DELIVERY
U.S. POST OFFICE
200 COYOTE STREET
NEVADA CITY, CA 95959-9998
SPOLIATION-NOTICE@MAILBOX.ORG

**TO:**

PRO SE #200

PRO SE OFFICE, #200
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

10007-1312