IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>    Plaintiff,<br><br>vs.<br><br>JASON GOODMAN,<br><br>    Defendant | Case No.: 1:18-cv-08653-VEC-SDA<br><br>**DEFENDANT'S INTEROGATORIES** |

## DEFENDANT'S INTEROGATORIES

1. Please identify and cite verbatim every statement made BY GOODMAN that Plaintiff claims was defamatory toward Plaintiff, with citation to a specific video, web link and time stamp.

2. What is the legal basis on which Plaintiff claims entitlement to damages?

3. Please identify any and all contracts, opportunities, customers, or other business relationships that Plaintiff claims to have lost as a result of the alleged defamation.

4. Please identify (by case name, number, and court) each and every lawsuit or arbitration that Plaintiff has been a party to since June 2015.

5. Please identify all cell phones (by cell phone number) that you use to communicate with any person from June 2017 up to the present day.

6. What is Plaintiff's address of residence or legal mailing address as registered with and recognized by the United States Postal Service?

DEFENDANT'S INTEROGATORIES - 1

7. Identify the names and addresses of witnesses with knowledge of Plaintiff's use of PO Box 152 Mesa, AZ including documents from the United States Postal Service regarding Plaintiff's registration for and use of same.

8. Identify the names and addresses of witnesses with knowledge of Plaintiff's use of General Delivery Rough and Ready CA as a mailing address and documents from the United States Postal Service regarding Plaintiff's registration for and use of same.

9. Identify the names and addresses of witnesses with knowledge of and any documents related to the registration and creation of the website SDNY.info and its contents.

10. Identify the names and addresses of witnesses with knowledge of Plaintiff's first encounter with, or discovery of the identity of Defendant including the nature of their knowledge, how and why this information came to Plaintiff.

11. What is Plaintiff's most recent date of employment as an Emergency Medical Technician?

12. Do you dispute the authenticity of the multiparty call stored at https://www.bitchute.com/video/Ez5xgxUk8daU/ if so, on what basis?

DEFENDANT'S INTEROGATORIES - 2

I hereby attest that the pleadings herein are accurate and true under penalties of perjury.

Signed this 7th day of February 2021

Respectfully submitted,

                                                           Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S INTEROGATORIES - 3