U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| SWEIGERT  V.  GOODMAN | CIVIL CASE #:  1:18-CV-08653-VEC  JUDGE VALERIE E. CAPRONI |
|---|---|

### PLAINTIFF'S FIRST NOTICE OF ADDRESS CORRECTION

**The Clerk of the Court** should note and update the Plaintiff's ADDRESS CORRECTION.

**ECF Doc. 203** is in error.  The prior (2/08/2021) address change docketed today as **Dkt. 203** (signed 2/08/2021, mailed 2/08/2021, received at S.D.N.Y. on 2/10/2021 via tracking number) has been overcome by events.  The address as articulated in **Dkt. 203** is not precisely correct and should be changed as follows (as previously reported in **Dkts.199, 200, 201**):

>D. GEORGE SWEIGERT
>GENERAL DELIVERY
>NEVADA CITY, CA 95959

Signed this 17th day of February 2021.

*D. GEORGE SWEIGERT, c/o*
*PRO SE NON-ATTORNEY*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*
*SPOLIATION-NOTICE@MAILBOX.ORG*

1

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(FOLEY SQUARE)**

D George Sweigert

**Plaintiff**

v.

Jason Goodman

**Defendant**

CIVIL CASE #: 1:18-CV-08653-VEC

JUDGE VALERIE E. CAPRONI

MAGISTRATE STEWART D. AARON

### CERTIFICATE OF SERVICE

I HEREBY ATTEST that a true copy of the attached pleadings has been sent to the following electronic mail addresses on the 17th day of February 2021.

> Jason Goodman, CEO
> Multimedia System Design, Inc.
> 252 7th Avenue, Apart. #6S
> New York, NY 10001
> EMAIL:   truth@crowdsourcethetruth.org
>
> Clerk of the Court, Room 200
> U.S. District Court
> 500 Pearl Street
> New York, New York 10007-1312
> EMAIL:  temporary_pro_se_filing@nysd.uscourts.gov

_____/
D. GEORGE SWEIGERT