*Jason Goodman*
*252 7th Avenue #6s*
*New York, NY 10001*

**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(FOLEY SQUARE)**

D George Sweigert

**Plaintiff**

v.

Jason Goodman

**Defendant**

CIVIL CASE #: 1:18-CV-08653-VEC

JUDGE VALERIE E. CAPRONI

MAGISTRATE STEWART D. AARON

CERTIFICATE OF SERVICE

I HEREBY ATTEST that true copies of the pleadings filed with the Pro Se office on February 7, 2021 and docketed later have been sent to the following address on the 20th day of February 2021.

> D. GEORGE SWEIGERT
> GENERAL DELIVERY
> NEVADA CITY, CA 95959

_____
Jason Goodman