UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

-against-

Jason Goodman,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Before the Court is a Letter from Plaintiff dated February 18, 2021 requesting permission to file a motion, pursuant to Federal Rule of Civil Procedure 15, for leave to file another supplemental complaint. (Pl.'s 2/18/21 Letter, ECF No. 210.) For the reasons set forth below, Plaintiff's request is denied in part and denied without prejudice in part.

Plaintiff already has been granted leave to partially supplement the Second Amended Complaint ("SAC") to plead occurrences or events that happened after the date that the SAC was filed as part of his claims of defamation and under the New York Civil Rights Law. (10/08/20 Order, ECF No. 160, at 4.) Accordingly, to the extent that Plaintiff seeks to add additional allegations from before the date of the Supplemental Complaint filed on September 9, 2020, that request is denied. To the extent that Plaintiff seeks to add additional allegations from after that date, his request is denied without prejudice. In order to avoid repeated requests to add additional allegations, Plaintiff may seek leave to amend his pleading to conform to the evidence following the completion of discovery. In the interim, in responding to Defendant's discovery requests (as set forth in the Court's February 18, 2021 Order) Plaintiff shall identify every statement made by Defendant that Plaintiff claims was defamatory toward Plaintiff.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.[1]

**SO ORDERED.**

DATED:   New York, New York
         February 22, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] The Court notes that the *pro se* Plaintiff consented to receive electronic service. (*See* ECF No. 199.)