D. GEORGE SWEIGERT<br>
GENERAL DELIVERY<br>
NEVADA CITY, CA 95959

March 2, 2021

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

SUBJ:       18-cv-08653-VEC-SDA

**PLAINTIFF'S REQUEST FOR SUBPEONA CONSIDERATION**

**Your Honor,**

1.      As you know the Discovery Conference is planned for March 11, 2021.  As a courtesy to the Court, the undersigned has sent via electronic message (e-mail) to the Defendant a copy of your ORDER.  The Plaintiff makes an offer of proof that the Defendant received an e-mail message with your ORDER as an attachment (as Mr. Goodman is presently in Florida).

2.      The Plaintiff would kindly request that the Court consider the possibility of a court-issued subpoena (see Fed. R. Civ. Proc. Rule 45) directed at BIT CHUTE (see attached).

3.      Thank you for your consideration.

Respectfully,

*[signature]*

D. George Sweigert

(attachments)

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*
Spoliation-notice@mailbox.org

**February 27, 2021**

**Copyright Enforcement**
**BIT CHUTE**
**Box 813 Andover House**
**George Yard, Andover**
**Hampshire, England, SP10 1PB**

## SUBJ:  STATUS UPDATE

### REF:   (1) S.D.N.Y. case no: 1:18-cv-08653-VEC-SDA

Ladies and Gentlemen:

At the outset, the undersigned appreciates the cooperation shown by BIT CHUTE in addressing previous letters of concern.  Your response to the request in those previous letters (2/25 & 2/26) is deeply appreciated.

*Background*

As you may be aware, the ownership of the "CRAZY_DAVE" account is presently a question under adjudication before federal court at the Southern District of New York (S.D.N.Y. – see attached letter to magistrate judge Stewart Aaron).  It is believed that Mr. Jason Goodman, of the CrowdSource The Truth social media footprint, is the true account holder for the "CRAZY_DAVE" account.

The S.D.N.Y. is the jurisdiction where Mr. Jason Goodman lives.  It is believed that Mr. Jason Goodman is the true owner of the "CRAZY_DAVE" account (see attached letter to magistrate). It is a misdemeanor under New York State law to misappropriate the likeness, name, or voice of an individual for broadcast without their express permission in any other arena than news reporting.  See New York State Civil Rights Law (NYCRL) §§ 50 – 51.

The near entirety of the video content on the "CRAZY_DAVE" account is owned by the undersigned.  As expressed in previous letters this video content is owned by the undersigned who has not assigned his right of release to the copying and public broadcast of this content.

*Offending video content*

Five videos posted on 12/12/2020 and 12/13/2020 contain the following phrase in the description box:

> *this video is being republished to preserve as evidence in a federal civil trial, any attempt to remove this video could be construed as destruction of evidence*

These videos are:

- #SDNYORG MOOT COURT FOR GEORGE WEBB WHILE JASON DOES THE TRICK OR TREAT DANCE
  HTTPS://WWW.BITCHUTE.COM/VIDEO/MVTI9XRSNXCE/
- #SDNYORG BREAKING NEW FAKE NEWS POLICY TROUBLE FOR GEORGE WEBB AND JASON CROWDSOURCE
  HTTPS://WWW.BITCHUTE.COM/VIDEO/JQGFUC5EU9TX/
- #SDNYORG DEFANGO SEEKS REFORM THRU TRACKING THE LEOPARD MEROZ
  HTTPS://WWW.BITCHUTE.COM/VIDEO/8HPXACJ6G8FF/
- #SDNYORG GEORGE WEBB VS CNN LOLSUIT FILED IN DETROIT TO IMPRESS TREE HOUSE GANG
  HTTPS://WWW.BITCHUTE.COM/VIDEO/AIZOKAV9XVU3/
- #SDNYORG DEFANGO PERKS UP OVER DOJ GOOGLE LAWSUIT CONNECTIONS OOOOPPPSS
  HTTPS://WWW.BITCHUTE.COM/VIDEO/9YNOYFFBWKVS/

The holder of this "CRAZY_DAVE" account has placed BIT CHUTE in the role of custodian of evidence with the use of the legal jargon "…*preserve as evidence in a federal civil trial* ….". As one can see in the Court's ORDER (attached with this e-mail message) of 12/7/2020 (Docket No. 173) the magistrate is seeking NO evidence in the realm of such video content.

If the "CRAZY_DAVE" account is indeed operated by Mr. Jason Goodman he has placed himself, and possibly BIT CHUTE, in legal jeopardy as to his numerous misrepresentations to the Court about the social media accounts that he has used to publish derogatory video content in a harassing fashion that violates NYCRL §§ 50 – 51.

Strong consideration should be given by BIT CHUTE to the phrase "…*any attempt to remove this video could be construed as destruction of evidence*...". That phrase appears to be in violation of the terms and services of BIT CHUTE, unless BIT CHUTE wants to act as an evidence repository service for a federal lawsuit. That would appear to be a service beyond the scope of the BIT CHUTE social media platform as a "Social Networking Service"; see https://en.wikipedia.org/wiki/Social_networking_service

The defendant in the S.D.N.Y. lawsuit with the undersigned is Jason Goodman. Mr. Goodman has already offered transcripts to the Court (S.D.N.Y.) of the five (5) videos podcasts in question. The Court heard the evidence, noted the transcripts, and terminated Mr. Goodman's motion that cited those transcripts. This information is provided to BIT CHUTE to help your firm understand the "back story" of this situation.

In sum, these five (5) videos are the sole property of the undersigned and have already been submitted by Mr. Goodman as "evidence" in the S.D.N.Y. lawsuit. The phrase "…*any attempt to remove this video could be construed as destruction of evidence*..." is completely moot in the context of copyright ownership. The magistrate noted the video content and denied the accompanying motion. It may be prudent to consider immediately "blocking" the aforementioned videos without hesitation based on the copyright violations they represent.

The ownership of the "CRAZY_DAVE" channel is slowly becoming a larger issue in the eyes of the S.D.N.Y. YOUTUBE, LLC has already terminated two (2) accounts created by Mr. Goodman to "attack" the undersigned and another individual. YOUTUBE, LLC has also terminated the account of "CROWDSOURCE THE TRUTH 2" for similar reasons. FACEBOOK has terminated the individual account of Mr. Goodman for the "distribution of harmful materials". VIMEO and BANNED.VIDEO have also prevented uploading of video contact and frozen these accounts associated with Mr. Goodman's "CrowdSource The Truth" social media footprint.

It may interest you to know that Mr. Goodman was recently banned from a meeting of the conservative group "CPAC" at their national convention. Please see time-mark 9:29 in the video described below:

> https://www.youtube.com/watch?v=X5UkZ5MW4OY

BIT CHUTE may wish to consider the termination of the "CRAZY_DAVE" site as a matter of good taste and to defer any potential future legal liability or evidence entanglements with a federal lawsuit. As you know the BIT CHUTE policy statement (attached to this e-mail message) asserts (quoted in relevant part):

> *Harassment*
>
> *Defined as any harassment that is determined to be unlawful within the domiciles of either the originator or the target. This includes disclosure of sensitive personal information without permission of the individual, including but not limited to addresses, social security numbers, passport numbers, phone numbers or bank account numbers.*

The information in this letter is true, accurate and attested to under penalties of perjury.

Respectfully,

*D. Sgt* (signature)

D. George Sweigert

# CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the second day (2nd) of March, two thousand and twenty-one (2021).

| | |
|---|---|
| **Clerk of the Court, Room 200** <br> **U.S. District Court 500 Pearl Street** <br> **New York, New York 10007-1312** <br> **EMAIL:** <br> **temporary_pro_se_filing@nysd.uscourts.gov** | **Jason Goodman, CEO** <br> **Multimedia System Design, Inc.** <br> **252 7th Avenue, Apart. #6S** <br> **New York, NY 10001** <br> **truth@crowdsourcethetruth.org** |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*