**D. GEORGE SWEIGERT**
**GENERAL DELIVERY**
**NEVADA CITY, CA 95959**

**March 5, 2021**

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

SUBJ:       18-cv-08653-VEC-SDA

**PLAINTIFF'S DEMAND FOR ELECTRONIC MESSAGES HELD BY THE DEFENDANT THAT DISCUSS THE PLAINTIFF**

**Your Honor,**

1.      In an effort to de-scope the burden of discovery to improve judicial efficiency, the undersigned would suggest that the witnesses named by the Defendant could quickly conclude the investigation of the defamation *per se* remarks of the Defendant that the Plaintiff participated in a criminal enterprise involving alleged QAnon "Internet influencers" Thomas Schoenberg, Manuel Chavez, III, Robert David Steele, George Webb Sweigert and Corean Elizabeth Stoughton. All five (5) can verify that the Plaintiff is not a "business associate" of any of the five (5), as reported by the Defendant and Marcus Conte, third-party defendant (see **Attachment A** "*and his association with a felony level cyber stalker (See attached rap sheet – Schoenberger)*".

2.      The Defendant has alleged over several years that the Plaintiff is working with, or an associate of, his brother George Webb Sweigert (third-party defendant). Defendant's witness Corean Elizabeth Stoughton was the "girlfriend" of George Webb Sweigert and can verify there was no contact between the undersigned and "George Webb" (save one or two short family phone calls) in a span of fourteen (14) months (2018-2019).

3.      Ms. Stoughton had contact with the Defendant who presumably forwarded a private cellular phone image to the Defendant to relay on to Mr. Conte, no stranger to this Court, to publicize on BIT CHUTE (see **Attachment B**). BIT CHUTE hosts the Defendant's "CROWDSOURCE THE TRUTH" video podcasts and the covert proxy channel created by the Defendant, allegedly used to engage in wholesale bulk copyright infringement, known as the "CRAZY_DAVE" channel.

**4.** A new round of publicity related to the origins of "QAnon" is expected to be forthcoming as a result of an H.B.O. Network six (6) hour documentary scheduled for a March 21, 2021 air date. Again, it is believed that Robert David Steele (third-party defendant), Mr. Chavez (third-party defendant) and Mr. Schoenberger will most likely be featured in the H.B.O. special, as they were featured in the VICE NEWS documentary "*In Search of QAnon*". This underscores the injury and harm of the Defendant's defamation *per se* statements alleging a criminal conspiracy between the Plaintiff as these "Internet provocateurs" (VICE NEWS).

**5.** The Defendant communicated extensively with Mr. Chavez, a witness that can verify that the Plaintiff has had no relationship with the so-called "Shadowbox Strategies, LLC", a Delaware corporation, that Mr. Goodman apparently reported to the F.B.I. in April 2018 (although not by name). Shadowbox Strategies is a Dallas-based, Texas, public relations firm, that included associates identified by the Defendant as third-party defendants (also identified in the VICE NEWS "QAnon" documentary) to include Mr. Chavez and Mr. Schoenberger.

**6.** The significance of these events is that they create doubt around the Defendant's statements regarding the Plaintiff's alleged criminal activities (defamation *per se*) involving these five characters. This point should underscore the need to collect all of the Defendant's electronic mail (e-mail) messages in which the Defendant engages in discussions about the Plaintiff, this is especially true for Mr. Chavez and Ms. Stoughton who communicated with Mr. Schoenberger.

**7.** Thank you for your consideration.


Respectfully,

*[signature]*

D. George Sweigert

(attachments)

*ATTACHMENT "A"*

Marcus Conte <shorthappylife@gmail.com>

9/16/2019 9:37 PM

To Spoliation Notice   Copy Truth Convoy, txjcic@dps.texas.gov, tip@dps.texas.gov, tcic@dps.texas.gov, yolandab@cctexas.com, sharon.foster@dfps.state.tx.us, jose.flores@dfps.state.tx.us, Jason Goodman

To whom it May concern,

Mr. Dave Acton Sweigert has been formally notified to discontinue communications with me. But he continues to do so.

My inclusion in this communication as someone "publishing false, misleading, defamatory and slanderous information" about Mr Acton is preposterous. A short list of Sweigarts many well documented online violations including repeated online harassment, cyber stalking in video form ( https://youtu.be/cWTikLjJXX4 ), filing frivolous lawsuits (see attached judgment) and his association with a felony level cyber stalker (See attached rap sheet - Schoenberger) should be evidence enough to keep this individual at arms length. He has been report to the Federal judge presiding over one of his bogus 'lawsuits.'

Sincerely,
Marcus Conte

>>>>>>>>>>>>>>>>>>>>>>
Hon. Valerie E. Caproni [Via Email and USPS First Class Mail]
United States District Judge

Thurgood Marshall United States Courthouse

Courtroom: 443
40 Foley Square
New York, NY 10007

Chambers Phone: (212) 805-6350 - Deputy Phone: (212) 805-6355

CaproniNYSDChambers@nysd.uscourts.gov

"**Dave Acton Sweigert Charged With Cyber Bullying, Harassment & Perjury Before SDNY Judge Valerie E. Caproni 1:18-CV-08653-VEC**" https://youtu.be/cWTikLjJXX4

4

*ATTACHMENT "B"*

**D. GEORGE SWEIGERT**
**GENERAL DELIVERY**
**NEVADA CITY, CA 95959**
Spoliation-notice@mailbox.org

**March 4, 2021**

**Copyright Enforcement**
**BIT CHUTE**
**Box 813 Andover House**
**George Yard, Andover**
**Hampshire, England, SP10 1PB**

### SUBJ:  INITIAL DEMAND NOTICE FOR MARCUS CONTE

**REF:**   (1) S.D.N.Y. case no: 1:18-cv-08653-VEC-SDA

Ladies and Gentlemen:

At the outset, the undersigned thanks BIT CHUTE for honoring previous take down notices sent to your staff regarding the federal litigation in the Southern District of New York (S.D.N.Y.).  As you know, your firm was made aware of the problems with the "CRAZY_DAVE" channel over 2.5 years ago.

This letter is another formal copyright violation takedown demand directed at the videos included in the below list of titles and Uniform Resource Listings (URLs):

- *LARPERS GET CHOKED OUT IN FEDERAL COURT; SWEIGERT V. GOODMAN, SDNY CASE 1:18-CV-08653 [EXCERPT]*
  HTTPS://WWW.BITCHUTE.COM/VIDEO/AAZVMGENVVSF/

- *EXPOSING ONLINE DEATH CULT LEADERS - DAVE ACTON SWEIGERT, THOMAS SCHOENBERGER AND DANIEL CROMER*
  HTTPS://WWW.BITCHUTE.COM/VIDEO/84H6HDTB5CWJ/

- *DOPEY DAVE ACTON SWEIGERT (D. GEORGE SWEIGERT) THE FAILED ACTOR WHO SUES PEOPLE*
  HTTPS://WWW.BITCHUTE.COM/VIDEO/2L3OAZ1SIOID/\

  *DAVE ACTON SWEIGERT CHARGED WITH CYBER BULLYING, HARASSMENT & PERJURY BEFORE JUDGE VALERIE E CAPRONI*
  HTTPS://WWW.BITCHUTE.COM/VIDEO/ASFOPGB8OW9B/

- *LARP NEWS: GRIFTERS THOMAS SCHOENBERGER, STEVE OUTTRIM, DEAN FOUGERE, DAVE SWEIGERT, DAN CROMER*
  HTTPS://WWW.BITCHUTE.COM/VIDEO/ERD14RPTPJF0/

Unfortunately, BIT CHUTE has once again placed the corporation in a federal evidence entanglement.  The content provider for the **Marcus Conte** (see above video URLs) channel is a third-party defendant in the subject S.D.N.Y. lawsuit.  **Mr. Conte** has filed several documents with the court alleging criminal allegations with so-called evidence he has coalesced during his sponsored Federal Bureau of Investigation (F.B.I.) inquiries.

As you know, Mr. **Jason Goodman** has also sponsored an F.B.I. inquiry into events that orbit notorious Internet provocateurs presumably associated with the origins of the QAnon conspiracy theory (see VICE NEWS documentary).  Many claim that "QAnon" radicalized the persons in the stampede on the U.S. Capitol on 1/06/2021 (VICE NEWS).

This letter serves as a formal request to remove the forgoing mentioned videos as they all contain a still photograph of the undersigned used for extended periods of time in the content.  This still photograph (undersigned seen in a green Air Force tank top) is not a publicly releasable photograph.  This photograph contains the likeness of the undersigned.  This photograph was never released into any social media outlets or platforms.

This photograph came into the custody of someone known as "Deep NSA", aka Coreen Elizabeth Stoughton, Hanover, (Fort Meade) Maryland.  Ms. Stoughton has been identified by Mr. Goodman as a witness in the pending litigation.  Ms. Stoughton is the alleged source to Donnie O'Sullivan who has recently contributed to articles on the Cable News Network (C.N.N.) about "George Webb" Sweigert (see attached e-mail message).

Ms. Stoughton allegedly obtained that photograph (green tank top) from personal computational devices and/or cellular phones in the possession of George Webb Sweigert (a third-party defendant in this litigation).  This photograph was taken by the undersigned and sent as a cellular text message attachment to only one cellular communications device.  As shown in the attached e-mail message exhibit, An informal complaint has been lodged for possibly wiretapping with the Maryland State Police against Ms. Stoughton (the former girl friend of George Webb Sweigert).

As the copyright owner of that photograph the undersigned suggests your staff observe that said photograph appears for extend periods of time in all of the above listed video titles (with accompanying URLs).  These videos should be removed as a violation of the undersigned's copyright privilege.

The information in this letter is true, accurate and attested to under penalties of perjury.

Respectfully,

D. Sgt

D. George Sweigert

**Notice of Intent to Sue**
**Email from Spoliation Notice: Notice of Intent to Sue**
From:**Spoliation Notice**<spoliation-notice@mailbox.org>

7/2/2020 12:43 AM

**To** coreanXXXXXXXXXXXX@gmail.com, Spoliation Notice, icoreanXXXXXX@icloud.com, j108XXXXX@gmail.com  **Copy** mdwatch@mcac.maryland.gov, mdwatch@leo.gov, msp.media@maryland.gov, msp.superintendent@maryland.gov, georg.webb@gmail.com

Corean Elizabeth Stoughton
Hanover, Maryand

Dear Madam,

Thank you for your cellular phone text messages that threaten litigation against me for some ambiguous and vague reason.

Since you have now threatened litigation you are required to safely archive and store all electronic communications exchanged between yourself and the following individuals for the previous two years:

o  Jason Goodman
o  Thomas Schoenberger
o  George Webb Sweigert

The requirement for the safe storage of electronic communication artifacts (text messages, e-mail messages, blog post, twitter messages, etc.) is now your duty to preserve.

Apparently, you have reviewed the e-mail messages of George Webb Sweigert in his e-mail accounts without his knowledge.  If you have copies of any and all such e-mail content, that should be preserved as well.

Note:  Under Maryland law, interception of communications is only authorized if consent of all parties to the interception is obtained.  Schmerling v. Injured Workers' Ins. Fund, 368 Md. 434, 448 (Md. 2002). Section 10-402 of the Maryland Wiretapping and Electronic Surveillance Act, Md.Cts. & Jud.Proc.Code Ann, 10-401 et. seq., provides that except as otherwise specifically provided in § 10-402 it is unlawful for any person to willfully intercept, endeavor to intercept, or procure any other person to intercept or endeavor to intercept, any wire, oral, or electronic communication.

As a courtesy to you, I have included a few law enforcement agencies that may have an interest in your relationship with the foregoing mentioned individuals or the possible unauthorized e-mail intercept of George Webb Sweigert's e-mail messages.

Warm regards,

Evidence Collection Team
D. George Sweigert

**CERTIFICATE OF SERVICE**

The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the fifth (5th) of March, two thousand and twenty-one (2021).

| | |
|---|---|
| **Clerk of the Court, Room 200** <br> **U.S. District Court 500 Pearl Street** <br> **New York, New York 10007-1312** <br> **EMAIL:** <br> **temporary_pro_se_filing@nysd.uscourts.gov** | **Jason Goodman, CEO** <br> **Multimedia System Design, Inc.** <br> **252 7th Avenue, Apart. #6S** <br> **New York, NY 10001** <br> **truth@crowdsourcethetruth.org** |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*