U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| SWEIGERT  V.  GOODMAN | CIVIL CASE #:  1:18-CV-08653-VEC  JUDGE VALERIE E. CAPRONI |
|---|---|

## PLAINTIFF'S FIRST RESPONSE TO ORDER ECF No.s 218

Plaintiff now responds to the commandment "*Plaintiff shall respond under oath to the following interrogatories: a. Identify every statement made by Defendant that Plaintiff claims was defamatory toward Plaintiff and, for each such statement, provide a citation to a specific source.*" (See ECF No. 208 for language). **This is the first response to ECF no. 218.** Plaintiff reserves the right to submit follow-up pleadings on this matter until the deadline of April 30, 2021.

That response is contained herein and are certified under the penalties of perjury as truthful. All representations included herein are fair and accurate reproductions of the original sources.

A Certificate of Service appears on the LAST page of this pleading.

Signed this twelfth day of March, 2021

Respectfully,

*D. Geo. Sweigert*

D. Geo. Sweigert

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

1

*Statement no. 1 (comments to law enforcement by Defendant on CrowdSource The Truth 2, now a deleted channel)*



*Statement no. 2 (podcast comments on CrowdSource*
*The Truth 2, now a deleted channel)*







*Statement no. 3 (Defendant speaking to Nathan Stolpman, third-part defendant, (Austin, Texas on the podcast entitled Lift the Veil)*

| | |
|---|---|
| 19:11 | **Dave Sweigert, I believe, has mental health issues.** |
| 22:40 | Dave Sweigert tells you a little bit of the story that's factual, he makes up a lot of the other stuff. |
| 23:41 | But, he (Plaintiff) gets real upset when I say **he was a CIA contractor flying cocaine.** |
| 1:01:15 | **That man (Plaintiff) should be in jail.**  He is a danger to the people around him.  He appears to be psychotic. |
| 1:01:27 | He (Plaintiff) somehow knew that Quinn Michaels was in Vaughn, New Mexico.  How did he know that Nathan?  Unless he is communicating with someone who is following Quinn. |
| 1:02:02 | **I want the people we are talking about to meet justice**.  And whether that's going to jail, or strict financial penalties. |
| 1:12:24 | **That's criminal prosecution.  I intend to get them prosecuted criminally.** |



https://soundcloud.com/altnews/462018-jason-goodman-calls-lift-the-veil

And (next page)



And

Time-marks off by 60 seconds in video below (simulcasted)



https://www.youtube.com/watch?v=Ph3eLrmREeY

*Statement no. 4*
*(Defendant to audience)*

14:56.   We then have George's possibly **mentally ill brother, David Sweigert.**

15:20.   **Mr. Sweigert has been a very malicious actor** throughout this whole entire thing.

16:07   **David Sweigert is telling them lies involving crimes against minors.**

16:41   You better stop that Dave, **because all that stuff has gone to the F.B.I.**

18:39   **I am working out a way to bring criminal prosecution against these people.**



April 7, 2018

https://www.bitchute.com/video/ufF7P728sViQ/

And





https://twitter.com/csthetruth/status/981969536437010432

---

*Statement no. 5*
*(Defendant to audience)*

1  04:30  GOODMAN. I am very troubled by these lawsuits. People may know that another lawsuit has
2  been brought against me by ..uh… an individual who I believe is doing this for malicious purposes. Uh,
3  [laughter] that is the brother of George Webb Sweigert … David Sweigert has brought a lawsuit against
4  me.

9  1:04.21 ELIZABETH BECK. George Sweigert? Is that George Webb?
10  1:04:32 GOODMAN. David George Sweigert, George Webb's brother. Curiously. Of course, George
11  Webb was the individual who .. uh .. informed me of .. the depleted uranium on the Maersk Memphis that
12  led to that whole incident. Now David wants to try and charge me with a civil RICO case, he says he was
13  damaged by this. That there are threat vectors coming from social media. He claims I am not a journalist.
14  He claims that I have created a cartel. [Displaying complaint to audience]. And that I have done all minds
15  of things .. uh .. dirty bomb hoax.

16  1:13:50 GOODMAN. I also think there should be a mechanism in place where individuals who purposely
17  and frivolously bring these suits and a court examines them and determines them to be frivolous and a
18  waste of time these guys should face criminal penalties for misuse of the legal system.
19  1:14:33 GOODMAN. I am not interested in bringing lawsuits against these guys I just want them to go
20  away, be stuck in prison, lock the door, throw away the key and let them sit there and think about how they
21  have been abusing the legal system.





**And**



https://www.sgtreport.com/2018/06/lawfare-litigation-as-a-weapon-of-mass-destruction-with-special-guests-jared-and-elizabeth-beck/

*Statement no. 6 (incomplete pending subpoena to PATREON or Defendant discovery disclosure)*





*Statement no. 6*
*(Defendant to audience)*

**Question for Legal Experts – Has D. George Sweigert Committed Mail Fraud?**



Above: Defendant's video from the Mesa, Arizona Post Office displaying Plaintiff's likeness/photograph (cite: https://www.youtube.com/watch?v=pmnscVplJNQ )



11

*Statement no. 7*
*(Defendant to audience)*

| | | |
|---|---|---|
| 3<br>4<br>5 | 01:45 GOODMAN: | Dave has become super interested in talking about this and I find it strange because it really does seem to coincide with me contacting the F.B.I. About his aggressive cyber harassment. **You see, I think David is engaged in a crime.** I think using the Internet to tell lies about people – to accuse people of crimes – and he has told lies. **I have got the evidence of it.** |
| 11<br>12<br>13 | 03:58 GOODMAN: | This information about depleted uranium on the Maersk Memphis that came to me from George Webb, George Sweigert. **David Sweigert's brother.** Clearly those two are affiliated in that they're brothers. |
| 14 | 04:30 GOODMAN: | **I believe they planned that incident at the Port of Charleston.** |
| 15<br>16 | 04:37 GOODMAN: | I believe they are in league with Robert David Steele. [see USDC for the ED Virginia (Richmond) CASE #: 3:17-cv-00601-MHL, District Judge M. Hannah Lauck, Robert David Steele v. Jason Goodman] |
| 21<br>22<br>23 | 07:02 GOODMAN: | He [Sweigert] said he was captured by the Sandinistas. From those two statements, I am extrapolating that his interactions with the CIA and the Sandinistas could indicate involvement in a criminal operation of Iran-Contra. Now, that led to discussions, once we met Harmon and Carolyn, where I inquired if Harmon felt that .. uh. If Dave might have known anything about these "bearer bonds" etc. [reference to bank bonds] |
| 24<br>25 | 08:08 GOODMAN: | Now I don't want to speak about Dave's own brother having sex with his wife, which is disgusting. I want to speak about how Dave is disgusting. |

Case 1:18-cv-08653-VEC-SDA   Document 71   Filed 11/26/18   Page 13 of 48

| | | |
|---|---|---|
| 1<br>2 | 08:40 GOODMAN: | And that's what has to happen to Dave now. I am not going to punch Dave in the nose. I am not going to do violence against Dave. I am going to use the law. **Dave needs to be prosecuted. I think he is a menace. Dave is a public menace.** |
| 3<br>4 | 09:45 GOODMAN: | And now, this disgusting troll. This wretch of a man. This horrible potato adled [?] moron – David Sweigert   [cut to graphic, see below] |



| | | |
|---|---|---|
| 10:32 GOODMAN: | Here is what we are going to do Joe. **We are going to start to assemble the evidence that we have. Evidence that is going to link Dave and George and Robert David Steele and Manual Chavez and is it Eric O'Conner** [?], Pete Seagate [?] that helped George with his legal case in Zanesville. | |
| 14:11 GOODMAN: | But the point is Dave, you behavior is unacceptable and I do believe it has risen to **the level of criminality.** Making false statements to the authorities, and sending reports to senators, and all the things that you are doing. And publishing a book, filled with these false statements. | |
| 19:32 GOODMAN: | What Dave is doing right now is hoaxing. That law **18 U.S.C. § 1001 that is making a false statement.** This is what they used to charge General Michael Flynn. This is what they used to charge our friend Scott Bennet [see USSOCOM, Tampa, Florida]. And I am going to make it my business to find a prosecutor to **charge Dave Sweigert and his accomplices with that crime.** Because I do believe that **Dave is engaged in a crime.** |

10

**MEMORANDUM OF POINTS AND AUTHORITIES
TO SUPPORT PLAINTIFF'S SECOND MOTION FOR PRELIMINARY INJUNCTION**

| | |
|---|---|
| 28:46 GOODMAN: | The game is over for these losers. **I really do hope that Dave brings this to some federal body that has the jurisdiction over criminal prosecution in this matter. Because I will see to it that that man is put in jail.** ["And however we can help we will help you" Harmon Wilfred] Thank you Harmon. HE is a cyber terrorist. HE is the one writing threat assessments from threat vectors coming from social media. And he is demonstrating that by creating those threats himself. |
| 32:03 GOODMAN: | What's going to happen now is … if there is any law enforcement getting involved in this they are going to come down with both feet on top of **Dave and crush him and** all of his co-conspirators. And if that man had any integrity and any courage, if he wasn't the worm that he is – the waist of oxygen, **the disgusting human being.** Who's own father knew that the proper place for him was to sleep on a newspaper with dog shit [Harmon smiles]. [emphasis added] |

13





https://www.reddit.com/r/4chen/comments/8h36t4/the_trolls_of_mount_shasta_soon_live/

### CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the twelfth of March, two thousand and twenty-one (2021).**

| **Clerk of the Court, Room 200** <br> **U.S. District Court 500 Pearl Street** <br> **New York, New York 10007-1312** <br> **EMAIL:** <br> **temporary_pro_se_filing@nysd.uscourts.gov** | **Jason Goodman, CEO** <br> **Multimedia System Design, Inc.** <br> **252 7th Avenue, Apart. #6S** <br> **New York, NY 10001** <br> **truth@crowdsourcethetruth.org** |
|---|---|

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

15