D. GEORGE SWEIGERT
GENERAL DELIVERY
NEVADA CITY, CA 95959

**1:18-CV-08653-VEC-SDA**

March 15, 2021

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

**SUBJ: DEFENDANT HAS MADE PRIOR STATEMENTS INCONSISTENT WITH HIS RESPONSES TO INTERROGATORIES (DKT. 204) SWORN UNDER OATH**

**Your Honor,**

**1.** As a courtesy to this Court, the Plaintiff kindly directs your attention to **ECF no. 204**, which consists of the Defendant's response to interrogatories provided under oath. Quoted in relevant part:

> 2. No later than January 15, 2021, Defendant shall produce to Plaintiff the following documents for the period from June 14, 2015 to the present:
> b. All documents and communications between Defendant and any law enforcement agency regarding Plaintiff.

**2.** Under oath the Defendant replied:

> b. To the best of Defendant's recollection, no documents exist that are responsive to this request all contact between Defendant and law enforcement has been via telephone or in person.

**3.** In a widely disseminated public podcast video the Defendant has stated:

> I would caution anyone who is considering getting involved with **David Sweigert – that I see evidence that he has committed felonies.** And therefore, conspiring with him could expose you to serious legal issues if law enforcement chooses to **act on the evidence that I am actively providing of these felonies**. Time mark 33:33   https://www.youtube.com/watch?v=yx_6sj33FDs

**4.** The wording of request **(2)(b)** includes the terms "documents and **communications** … and **any** law enforcement agency..". The word "communications" may need clarification, as "communications" could include the Defendant's contact with the Prince George's County Police Department, Maryland in August 2018 (as described in **ECF no. 26-1**, portions reproduced in **ECF no. 225**).

1

*Statement no. 1 (comments to law enforcement by Defendant on CrowdSource The Truth 2, now a deleted channel)*

01:33: GOODMAN. George Sweigert is a guy who I used to work very closely with who I suspect has motives that are different than what he publicly presents. [P/O: "uh huh"]. George Sweigert's brother [Plaintiff] has been ..uh.. very aggressively harassing me and I believe is coordinating a group of individuals to harass me and I have evidence to support that belief.

Prince George's County Police Department Official Statement Regarding the Death of Jenny Marie Moore

5.  In fact, with regards to "evidence", the Defendant stated that "all that stuff is going to the F.B.I." (see below, republished in **ECF no. 225**).  Later, the Defendant admits that his "evidence" has **GONE** to the F.B.I.

| 16:16 GOODMAN: | You better stop that Dave, because all that stuff is going to the FBI. And you see it is interesting. How aggressive you guys have become since I announced my conversations with the FBI. I am serious about this gentlemen. I am not interested in suing a bunch of broke losers. |
| --- | --- |
| 16:40 GOODMAN: | I have been involved in lawsuits. I have never lost a lawsuit. And I don't intend to now. |
| 16:58 GOODMAN: | Sort of a distributed harassment campaign .. a decentralized harassment campaign. |
| 17:44 GOODMAN: | George [Webb] is playing his role in the distributed harassment |

Case 1:18-cv-08653-VEC-SDA   Document 46   Filed 10/22/18   Page 3 of 15

6.  "All that stuff has **GONE** to the F.B.I." is an often-repeated phrase by the Defendant (see below, reproduced in **ECF no. 225**).  This indicates delivery of some type of evidence.  Such a public statement appears inconsistent with the Defendant's sworn statement (**ECF no. 204**).

---

*Statement no. 4*
*(Defendant to audience)*

| | |
|---|---|
| 14:56. | We then have George's possibly **mentally ill brother, David Sweigert.** |
| 15:20. | **Mr. Sweigert has been a very malicious actor** throughout this whole entire thing. |
| 16:07 | **David Sweigert is telling them lies involving crimes against minors.** |
| 16:41 | You better stop that Dave, **because all that stuff has gone to the F.B.I.** |
| 18:39 | **I am working out a way to bring criminal prosecution against these people.** |



7. Additionally, in several other video podcasts the Defendant has declared that he was going to provide "evidence" of "felonies" to the "postal authorities" and had notified the Roswell Police Department in New Mexico concerning the Plaintiff. The Defendant may wish to revise his answers.

8. The Court may wish to elaborate on the word "communications" to encompass the totality of the Defendant's contact with law enforcement agencies. The term "communications" may not elicit the evidence that is relevant to the adjudication of the claims as articulated in the Second Amended Complaint (**SAC, ECF no. 88**).

Respectfully,

*D. Swgt*

D. Geo. Sweigert
Pro se non-attorney

## CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the fifteenth (15th) day of March, two thousand and twenty-one (2021).**

| **Clerk of the Court, Room 200** <br> **U.S. District Court 500 Pearl Street** <br> **New York, New York 10007-1312** <br> **temporary_pro_se_filing@nysd.uscourts.gov** | **Jason Goodman, CEO** <br> **Multimedia System Design, Inc.** <br> **252 7th Avenue, Apart. #6S** <br> **New York, NY 10001** <br> **truth@crowdsourcethetruth.org** |
|---|---|

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*