U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

# PLAINTIFF'S FOURTH RESPONSE TO ORDER ECF No. 218

Plaintiff now responds to the commandment "*Plaintiff shall respond under oath to the following interrogatories: a. Identify every statement made by Defendant that Plaintiff claims was defamatory toward Plaintiff and, for each such statement, provide a citation to a specific source*." (See ECF No. 208 for language). **This is the FOURTH response to ECF no. 218.**

Plaintiff reserves the right to submit follow-up pleadings on this matter until the deadline of April 30, 2021.

That response is contained herein and are certified under the penalties of perjury as truthful. All representations included herein are fair and accurate reproductions of the original sources.

A Certificate of Service appears on the LAST page of this pleading.

Signed this thirtieth day of March (3/30), 2021.

Respectfully,

*D. Sgt*

D. Geo. Sweigert

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*
*SPOLIATION-NOTICE@MAILBOX.ORG*

1

*Statement no.34*
*(Defendant speaks to*
*David Hawkins, audience)*

**Comments made by Defendant:**

Below is an accurate rendition of the audio portion of this video production:

01:17: POLICE OFFICER. I am sorry what is your name again?

01:19: GOODMAN. My name is Jason Goodman.

01;20: P/O. How are you related to the deceasdant?

01:22: GOODMAN. Well, I am not related directly. But, there's a guy by the name of George Sweigert [listed as wrong-doer in Amended Complaint, **AC Dkt. 5, 06/29/2018**] who was her close associate who was in the same hotel where she was found [Jenny Marie Moore listed as wrong-doer under name "TASK FORCE" in AC].

01:33: GOODMAN. George Sweigert is a guy who I used to work very closely with who I suspect has motives that are different than what he publicly presents. [P/O: "uh huh"]. George Sweigert's brother [Plaintiff] has been ..uh.. very aggressively harassing me and I believe is coordinating a group of individuals to harass me and I have evidence to support that belief.

02:01: GOODMAN. And the latest thing George Sweigert's brother [Plaintiff] has been doing is he has brought federal civil suit against me and the allegations in that suit .. now .. include accusations that I am somehow related to what "they" are characterizing as the murder of Jenny Moore.

03:03: GOODMAN. And then a month later turn up dead and that very day the brother of the guy , who I would presume is a person of interest if this is a homicide investigation , the brother of that guy

...

03:16: P/O. Uh.. umm .. it's not a homicide investigation.

2



(August 29th, 2018)

See page 3 and 4 of the Seventh Request for Judicial Notice (ECF no. 26-1)

*Statement no.35*
*(Defendant speaks to*
*David Hawkins, audience)*

**Comments made by Defendant:**

13:22   This is a key (federal bridge picture shown below) to so many of **the massive, horrendous crimes in terms of mass casualty events, and high value targets.**

17:20   (DAVID HAWKINS speaks) I believe David Sweigert is a vet, is that correct?

17:24   As far as I know, he's told us he has been in the Air Force and was captured by the Sandinistas. And his revelation of that fact led me to ask him what he was doing in Nicaragua. **My only understanding of any U.S. military involvement with Sandinistas and Contras in Nicaragua** was the drug smuggling related to Iran Contra.

17:55   **Was he telling us he was working for a CIA drug smuggling operation?**



https://www.youtube.com/watch?v=CQR-979bhCU

www.youtube.com › watch

Does Federal Bridge Link Princess Di's D'Alma Tunnel to the ...



Does Federal Bridge Link Princess Di's D'Alma Tunnel to the 47th floor on 9/11? with David Hawkins ...

Jan 25, 2019 · Uploaded by Jason Goodman

lbry.tv › does-federal-bridge-link-princess-di-s-d:0

Does Federal Bridge Link Princess Di's D'Alma Tunnel to the 47th ...

David explores the technological signatures of two of the most controversial crimes in history http://www.patreon.com/crowdsourcethetruth ...

www.patreon.com › posts › does-fed... · Translate this page

Does Federal Bridge Link Princess Di's D'Alma Tunnel to the 47th ...

Does Federal Bridge Link Princess Di's D'Alma Tunnel to the 47th floor on 9/11? with David Hawkins. 4 mentions « J'aime ». En devenant contributeur, vous ...

www.patreon.com › posts › part-2-d... · Translate this page

Part 2: Does Federal Bridge Link Princess Di's D'Alma Tunnel to the ...

See page 20 and 28 of the Second Amended Complaint (ECF no. 88)

*Statement no.36*
*(Defendant speaks to David Hawkins)*

**Comments made by Defendant:**

09:15  What we're seeing .. what Robert Mueller is putting on display for everyone to see ... is a standard procedure of lawfare.

10:17  (LARRY NICHOLS speaks) Their weaponizing the legal system. You know. It's the end if we don't stop it.

17:44  Its interesting. What they did was created a fake lawsuit. And introduced all this fake information. And then named people as witnesses.

17:58  This lawsuit that has come from **David Sweigert** and a separate lawsuit that has come from **Robert David Steele**. But it is interesting to note that this group is following almost the exact same playbook as Robert Mueller. Which causes me to wonder, are they somehow connected?

21:36  So people are asking me if **David Sweigert is George Webb's brother**. He is. He is George Webb's brother.

23:00  **George's brother David** has, and **Robert David Steele**, have made an unbelievably aggressive effort to try to change history. (displays photo, seen below) To try to make people think than something other than what actually happened is what happened. And in doing that he is bringing about these civil lawsuits.





*Statement no.37*
*(Defendant speaks to David Hawkins, audience)*

**Comments made by the Defendant:**

00:01 David (to HAWKINS) we have created a very interesting graphic for today's show. And I am sure a lot of people might be wandering why someone with **Mr. Sweigert's credentials** might be standing outside an evil bat cave like a movie theatre usher (see picture below). What's going on in today's image David?

04:52 Does **David Sweigert** know anything about these simulations? He does list it on his resume.

08:50 (HAWKINS speaks) We need to find out where David Sweigert was on 911. And you told me that he was in the Air Force, is that correct?

08:58 Well I know he is an Air Force veteran; I don't know when he served. For a time he was rambling on about being captured by the Sandinistas and when I said, my only knowledge of the U.S. military being involved with the Sandinistas was during Iran-Contra. **And I asked him if he was a cocaine dealer for the C.I.A. like Barry Seale** (sp ?).

34:52 (HAWKINS speaks) I think the public interest is **served by looking very closely at Mr. Sweigert to see if he is breaking the law.**

57:47 We did not know that **David Sweigert** was an expert at simulations. A consultant to Booz * Allen, Hamilton.

58:20 (HAWKINS speaks) Of course the other thing we know he is an expert at radios. Washington went blind, deaf and dumb on 911. **He (Plaintiff) knows that the fire fighters' radios were either consciously or accidently sabotaged.**

58:48 (HAWKINS speaks) If, for example, **David Sweigert knew about how to sabotage the Motorola encryption devices such that those fire fighters** didn't get the order to evacuate, then I would say **we should actually fold him in with** the ad hoc or de facto custodians of the patented devices **that were responsible for the death of 343 fire fighters**.



Jason Goodman
119K subscribers



SUBSCRIBED

With his extensive credentials and experience Sweigert is uniquely suited to overseeing sophisticated simulations that could be viewed in the EVL CAVE.

7





See page 48 of the Second Amended Complaint (ECF no. 88)

*Statement no.38*
*(Defendant speaks to David Hawkins, audience)*

**Comments made by the Defendant:**

36:06 (Hawkins speaks) The remaining fire fighters and their families should accept that as a given. Because I believe the radios, the Motorola radios, and I will come to that in a minute, were jammed so that when tower number one .. uh .. sorry Two came down first.

36:23 (Hawkins speaks) I presume, but I am no expert, that there should have been an evacuation order, for all of the fire fighters in tower number one, that it appears the radios, the Motorola Solutions, were jammed and they didn't get the order to dialed up the body count in what is known as a dead pool operated by SERCO shareholders.

39:39. (Hawkins speaks) "[t]he close combination of the British Patent Office and the American Patent Office takes us right to 9/11, and a number of patented devices were used in the 9/11 attack and not just in the 9/11 attack , but to actually prevent and obscure the crime scene investigation that would have led – or would have lead us – I think we are in the process of that now Jason to find the perpetrators -- and I pin that on N.M. Rothschild, uh, SERCO, and the CAI Private Equity Group, for which I believe this guy Sweigert is scrubbing busily away in that third tunnel. Over to you."





https://www.youtube.com/watch?v=_PIefLyHiE8

9





See page 39 of the Second Amended Complaint (ECF no. 88)

*Statement no.39*
*(Defendant speaks to David Hawkins, audience)*

**Comments made by the Defendant:**

00:24  But David, today we are going to be talking about SERCO agents and scrubbing of evidence.

29:10  (Hawkins speaks) What I believe is a dead pool betting ring of elite teachers. And a dead pool betting ring would allow them actually to bet on the time of death and the body count at mass casualty or wrongful death events.

31:30  (Hawkins speaks) What we should know about Sweigert is there are bits of his career that have crept out. He worked with Booz * Allen & Hamilton and .. um .. on classified networks. He describes himself as an **ethical hacker and social engineer.**

31:56  (Hawkins speaks) Basically he has all of the skills sets, let's say to take a Booz * Allen & Hamilton TOPOFF exercise on 9/11, which is a continuity of government exercise. Where top officials are brought before a camera. To communicate in a manner that doesn't panic the public. But, equally, if you have the backdoor into the script which they read out, you could actually have them disguising or describing the switch from a simulated continuity of govenrment exercise to live fire, aided and abetted or perpertrated wittingly or unwittingly willingly or unwillingly by **David Sweigert.**

32:30  Yes (Goodman)

32:31  (Hawkins speaks) Because he has all the technologies available to take an exercise and switch from a simulation to live fire.

38:55  (Hawkins speaks) **We obviously have a conspiracy with these kinds of crimes.** We have **David Sweigert** wittingly or unwittingly .- I think he is so dumb he may not even know he is scrubbing the data -- but the effect he had, he is limiting the ability of the **Secret Service to investigate these crimes.**

40:16  (Hawkins speaks) The danger for Sweigert is, he needs to understand, that if you are removing or seen to be removing evidence of a crime scene we the people, and I am including the people of the world, the free people of the world, are entitled to an **aggressive inference of guilt.**

41:23  (Hawkins speaks) There is no statute of limitations on murder. So, Mr. Sweigert I suggest you take your head out of where the sun doesn't shine.

45:05  **It is a decentralized distributed harrassment campaign.** (Goodman)

---

[video description]
Are devious Social Engineers using principles outlined in Split Tunneling patents to send bits of data in packets known only to authorized parties on a network? Could such an approach be used to break the chain of custody of key evidence and frustrate investigators while scrubbing truth from a crime scene? David Hawkins joins me to explore the roles of self styled "ethical hackers" and their affinity for Weathermen and the systematic assassination fo the truth.





See page 40 of the Second Amended Complaint (ECF no. 88)

The undersigned hereby attests that the foregoing exhibits are true reproductions of the original source documents.

Signed this thirtieth day of March (3/30), 2021.

                                        Respectfully,

                                        *[signature: D. Swt]*

                                        D. Geo. Sweigert

CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the thirtieth day of March (3/30), two thousand and twenty-one (2021).**

| **Clerk of the Court, Room 200** <br> **U.S. District Court 500 Pearl Street** <br> **New York, New York 10007-1312** <br> **temporary_pro_se_filing@nysd.uscourts.gov** | **Jason Goodman, CEO** <br> **Multimedia System Design, Inc.** <br> **252 7th Avenue, Apart. #6S** <br> **New York, NY 10001** <br> **truth@crowdsourcethetruth.org** |
|---|---|

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*