D. GEORGE SWEIGERT
GENERAL DELIVERY
NEVADA CITY, CA 95959

April 12, 2021

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

**SUBJ: PLAINTIFF'S OFFER OF CHANGE OF VENUE**
        **1:18-cv-08653-VEC-SDA**

**Your Honor,**

**1.**     As you may be aware the Defendant has filed motion papers known as ECF number 239, dated 4/11/2021.  In said papers the Defendant seeks to stay discovery pursuant to Section 76(a) of the New York Civil Rights law and "CVP 3211(11)(g)(3)".

**2.**     Since approximately February 13, 2021 (as indicated in the attached South Carolina police report) the Defendant no longer resides in the State of New York.  Presently, the Defendant is engaged social media video podcasts that document his "road trip" to Hollywood, California (his former residence).  The Defendant has not created any video content in the State of New York since approximately 2/13/2021 (see Port of Charleston, South Carolina police report – attached).

**3.**     It is believed that the Defendant has resided in the State of California for a consecutive thirty (30) day period, creating an issue as to the Defendant's true residence.

**4.**     If it please the Court, the Plaintiff voluntarily can submit a motion for CHANGE OF VENUE of this action from the Southern District of New York to the federal court serving Oakland, California.

5.     Such a change of venue would be more convenient for possible witnesses to include Manuel Chavez, III (Carson City, Nevada) and Thomas Schoenberger (Provo, Utah).

Signed this twelfth day of April (4/12), 2021.

Respectfully,

*D. Sgt*

D. Geo. Sweigert

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the twelfth (4/12) day of April, two thousand and twenty-one (2021).

| | |
|---|---|
| **Clerk of the Court, Room 200**<br>**U.S. District Court 500 Pearl Street**<br>**New York, New York 10007-1312**<br>**temporary_pro_se_filing@nysd.uscourts.gov** | **Jason Goodman, CEO**<br>**Multimedia System Design, Inc.**<br>**252 7th Avenue, Apart. #6S**<br>**New York, NY 10001**<br>**truth@crowdsourcethetruth.org** |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

| AGENCY I.D. SC0101300 | INCIDENT REPORT South Carolina State Port Authority PD APPROVED (Sgt. Michael D. Reid) | CASE NUMBER 21-064 | NCIC INQ. ENTD. |
|---|---|---|---|

### EVENT

| INCIDENT TYPE | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE VICTIM |
|---|---|---|---|---|---|
| 1. 90Z - Suspicious Person | ■ YES □ NO | □ YES ■ NO | 45(Dock/Wharf/Freight/ Modal Terminal) | | □ Individual ■ Business □ Financial Ins □ Government □ Relig. Orgn. □ Soc./Public □ Other □ Unknown □ Police Off. |
| 2. | □ YES □ NO | □ YES □ NO | | | |
| 3. | □ YES □ NO | □ YES □ NO | | | |

| INCIDENT LOCATION | ZIP CODE | WEAPON TYPE |
|---|---|---|
| 400 Long Point Road, Mount Pleasant, SC | 29464- | |

| INCIDENT DATE | 24 HR. CLOCK | TO DATE | 24 HR. CLOCK | DISP. DATE | DISP. TIME | TIME ARRIVED | DEPART. TIME | LOCATION NO. |
|---|---|---|---|---|---|---|---|---|
| 02/13/2021 | 11:12 | 02/13/2021 | 11:25 | 02/13/2021 | 11:00 | 11:08 | 11:25 | P-41 |

| COMPLAINANT'S NAME | RELATIONSHIP | RESIDENT | RACE | SEX | AGE | ETH. | HOME PHONE | EMPLOYER PHONE |
|---|---|---|---|---|---|---|---|---|
| | #1 #2 #3 | ⓙ S O U | | | | | | (843) 577-8176 |
| ADDRESS: 400 Long Point Road | CITY: Mount Pleasant | | | | | STATE: SC | ZIP: 29464- | LOCATION NO. |

### VICTIM NO. 1

| VICTIM'S NAME: South Carolina Ports Authority | RELATIONSHIP #1 #2 #3 | RESIDENT J S O U | RACE | SEX | AGE | ETH. | HOME PHONE (843) 577-8135 | EMPLOYER PHONE |
|---|---|---|---|---|---|---|---|---|

| HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. |
|---|---|---|---|---|

| ADDRESS: 200 Ports Authority Drive | CITY: Mount Pleasant | STATE: SC | ZIP: 29464- | LOCATION NO.: P-41 |
|---|---|---|---|---|

VISIBLE INJURY (VICT. 1) □ YES ■ NO   EXPLAIN -   COMPLAINT OF NON-VISIBLE INJURIES: □ YES ■ NO
VICTIM (NO. 1): NONE □   USING: ALCOHOL □   DRUGS □   TYPE:
TWO-MAN VEH. □   ONE-MAN VEH. □   DETECTIVE/SPL.ASMT. □   OTHER □   ALONE □   ASSISTED □   * J -- This Jurisdiction   S -- State   O -- Out of State   U -- Unknown

### SUBJECT NO. 1

| □ SUSPECT □ RUNAWAY □ WANTED □ WARRANT □ ARREST □ JAIL □ SUMMONS | NAME: Goodman, Jason D | RACE | SEX | AGE | ETH. | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|

| FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. |
|---|
| ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. |

| SUBJECT (NO. 1) USING: ALCOHOL □   COMPUTER EQUIP. □   ARRESTED NEAR OFFENSE SCENE □ YES ■ NO | DATE/TIME OF OFFENSE 02/13/2021 11:12 | DATE/TIME OF ARREST |
|---|---|---|
| DRUGS □   NONE □   TOTAL # ARRESTED 0 | | |

### NARRATIVE

While patrolling the Wando Welch Terminal at approximately 1100 hours, I was notified via radio by Access Control Officer ▓▓▓▓ there was an individual holding an umbrella filming outside the gate directly in front of the Wando Welch sign. I notified the South Carolina Ports Authority (SCPA) Port Police Headquarters I was responding at that time. I activated my body camera, which I had just removed from the camera dock, while responding, and arrived on scene at approximately 1108 hours. I observed a ▓▓▓▓ in color ▓▓▓▓ holding both a black and white umbrella with the words 21st Century 3D on it, and a selfie stick with what appeared to be a smart phone attached to it. The ▓▓▓▓, later identified at Jason Goodman, was wearing glasses and a black in color zip up jacket. Upon making contact with Mr. Goodman, he stated he was a YouTuber and was making a broadcast. He further stated it was about an incident purported to have occurred on the Maersk Memphis on 14 June 2017. Mr. Goodman further stated someone had reported to him the possibility of radiological material on the Maersk Memphis at the aforementioned date. Mr. Goodman was informed

| JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY | JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY |
|---|---|

### PROPERTY EST.

| TYPE (GROUP) | | | | | TOTAL VALUE |
|---|---|---|---|---|---|
| STOLEN | | | | | |
| DAMAGED | | | | | |
| BURNED | | | | | |
| RECOVERED | | | | | |
| SEIZED | | | | | |
| COUNTERFEIT | | | | | |

### ADMINISTRATIVE

| SUBJECT IDENTIFIED ■ YES □ NO | SUBJECT LOCATED ■ YES □ NO | ■ ACTIVE □ ADM. CLOSED □ UNFOUNDED | □ ARRESTED UNDER 18 □ ARRESTED 18 AND OVER | □ EX-CLEAR UNDER 18 □ EX-CLEAR 18 AND OVER |
|---|---|---|---|---|

REASON FOR EXCEPTIONAL CLEARANCE:  1. □ OFFENDER DEATH   2. □ NO PROSECUTION   3. □ EXTRADITION DENIED   4. □ VICTIM DECLINES COOPERATION   5. □ JUVENILE - NO CUSTODY

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| 9942 - Officer Benjamin F. Watrous | 02/13/2021 | 9942 | 9368 - Sgt. Michael D. Reid | 02/13/2021 | |
| | | | FOLLOW-UP INVESTIGATION   OFFICER □ YES  NO ■ | | |

*Received 2/13/2021 TKS*

# SUPPLEMENTAL INCIDENT REPORT
## South Carolina State Port Authority PD

**AGENCY I.D.:** SC0101300
**CASE NUMBER:** 21-064
**PAGE** 2 **of** 3 **PAGES**

☐ ORIGINAL REPORT
☑ SUPPLEMENTAL REPORT
☐ ADDITIONAL VICTIMS
☐ ADDITIONAL STOLEN PROPERTY
☐ MODIFIES ORIGINAL
☐ CASE STATUS CHANGE
☐ ADDITIONAL OFFENDERS
☐ ADDITIONAL RECOVERED PROPERTY

**Victim/Subject ID (Resident: JSOU):** [blank entries]

**Victim/Subject ID (Resident: JSOU):** [blank entries]

## NARRATIVE

it was against U.S. Coast Guard policies to film or photograph on the terminal, and was asked for his drivers license. Additionally, he was informed the location where he was filming was private property. He willingly surrendered a New York drivers license, which when ran through NCIC came back clear, and volunteered to leave the property. When asked what YouTube channel he was filming for, Mr. Goodman stated it was for Crowdsource the Truth. Further investigation also revealed he is a contributor for the YouTube channel 21st Century 3D or 21c3D. Mr. Goodman did ask me if I had any knowledge of the aforementioned incident. I advised him to contact the South Carolina Ports Authority Public Affairs for further information. Mr. Goodman stated he had attempted to contact them, but had not hear back. Upon reviewing CCTV video footage at SCPA Port Police Headquarters,

## ADMINISTRATIVE

**SUBJECT IDENTIFIED:** ☑ YES  ☐ NO
**SUBJECT LOCATED:** ☑ YES  ☐ NO
☑ ACTIVE  ☐ ADM. CLOSED  ☐ UNFOUNDED
☐ ARRESTED UNDER 18  ☐ ARRESTED 18 AND OVER
☐ EX-CLEAR UNDER 18  ☐ EX-CLEAR 18 AND OVER

**REASON FOR EXCEPTIONAL CLEARANCE:** 1. ☐ OFFENDER DEATH  2. ☐ NO PROSECUTION  3. ☐ EXTRADITION DENIED  4. ☐ VICTIM DECLINES COOPERATION  5. ☐ JUVENILE - NO CUSTODY

**REPORTING OFFICER(S):** 9942 - Officer Benjamin F. Watrous
**DATE:** 02/13/2021
**UNIT NUMBER:** 9942
**APPROVING OFFICER:** 9368 - Sgt. Michael D. Reid
**DATE:** 02/13/2021
**FOLLOW-UP INVESTIGATION OFFICER:** ☐ YES  ☑ NO

| AGENCY I.D. | SUPPLEMENTARY INCIDENT REPORT | CASE NUMBER | NCIC |
| --- | --- | --- | --- |
| SC0101300 | South Carolina State Port Authority PD | 21-064 | INQ. ENTD. |

☐ ORIGINAL REPORT  ☐ SUPPLEMENTAL REPORT  ☐ ADDITIONAL VICTIMS  ☐ ADDITIONAL STOLEN PROPERTY   PAGE __3__ of __3__ PAGES
☐ MODIFIES ORIGINAL  ☐ CASE STATUS CHANGE  ☐ ADDITIONAL OFFENDERS  ☐ ADDITIONAL RECOVERED PROPERTY

**NARRATIVE**

it was revealed Mr. Goodman had arrived on location at 1035 hours and departed at 1114 hours. It should be noted that for reasons unknown, my body camera ceased to function during the call. The body camera shut off on its own and would not turn back on. I cleared the scene at 1125 hours.

**ADMINISTRATIVE**

SUBJECT IDENTIFIED: ■ YES ☐ NO   SUBJECT LOCATED: ■ YES ☐ NO   ■ ACTIVE  ☐ ADM. CLOSED  ☐ UNFOUNDED   ☐ ARRESTED UNDER 18  ☐ ARRESTED 18 AND OVER   ☐ EX-CLEAR UNDER 18  ☐ EX-CLEAR 18 AND OVER

REASON FOR EXCEPTIONAL CLEARANCE: 1. ☐ OFFENDER DEATH   2. ☐ NO PROSECUTION   3. ☐ EXTRADITION DENIED   4. ☐ VICTIM DECLINES COOPERATION   5. ☐ JUVENILE - NO CUSTODY

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
| --- | --- | --- | --- | --- | --- |
| 9942 - Officer Benjamin F. Watrous | 02/13/2021 | 9942 | 9368 - Sgt. Michael D. Reid | 02/13/2021 | |
| | | | FOLLOW-UP INVESTIGATION OFFICER ☐ YES  NO ■ | | |

# SC PORTS AUTHORITY
## 200 Ports Authority Drive Mt. Pleasant, SC 29464

| Call Taker | CFS Report |
|---|---|
| 02 tking-10399 | CFS # - 01590-2021 |

## Base Information

**Call When** 02/13/2021 11:06:32  **Create When** 02/13/2021 11:12:45  **Close When** 02/13/2021 11:32:14  **Disposition** Report Taken

**Priority** Low  **Call Disciplines** L,  **Assigned Disciplines** L,  **Assigned Disciplines NP** L,

**EMS Code**  **Fire Code**  **Law Code**  **Primary Unit** 253

### Location of Occurrence

**Address** 400 Long Point Road, MT PLEASANT  **Zip**  **County**

**Landmark** Wando Welch Terminal  **ESN**  **Map Grid**

| EMS/Rescue | Fire | | Law |
|---|---|---|---|
| Area | District | EMS Tract | Fire Tract |
| Grid | Law Tract | Report Tract | Work Area |

**Cross Street High**  **Cross Street Low**

**From-To Directions**

### Location of Caller

**Address** 400 Long Point Road, MT PLEASANT  **Landmark** Wando Welch Terminal

**Caller Name**  ▮  **Caller Phone** ▮  **How Received** Phone

### OCA Numbers

| Department | OCA Number | Unit | Note | Department | OCA Number | Unit | Note |
|---|---|---|---|---|---|---|---|
| SC State Ports Authority Police Department | 21-064 | | | | | | |

### Dispositions

| Disposition | Assigned When | User | InActive | While Closed |
|---|---|---|---|---|
| Report Taken | 02/13/2021 12:26:30 | spark | ☐ | ☐ |
| Clear | 02/13/2021 11:32:14 | tking | ☐ | ☐ |

### Call Types

| Call Type | Assigned When | User | Assigned While Closed | InActive |
|---|---|---|---|---|
| Suspicious Person | 02/13/2021 11:28:33 | tking | ☐ | ☐ |
| Unauthorized Subject Allowed on SCSPA | 02/13/2021 11:12:45 | tking | ☐ | ☐ |

### Unit Times

| Unit | Department | Unit Type | When | Status | Notes | User |
|---|---|---|---|---|---|
| 253 | SC State Ports Authority Police Department | Police | 02/13/2021 11:12:45 | 10-23 ON SCENE | tking |
| 253 | SC State Ports Authority Police Department | Police | 02/13/2021 11:32:14 | CLEAR | tking |
| 253 | SC State Ports Authority Police Department | Police | 02/13/2021 12:26:22 | DISPATCHED | spark |
| 253 | SC State Ports Authority Police Department | Police | 02/13/2021 12:26:31 | CLEAR | spark |

| Call Taker | CFS Report |
|---|---|
| 02  tking-10399 | CFS # - 01590-2021 |

## Incident Locations

| Address: | Wando Welch Terminal \| 400 Long Point Road, MT PLEASANT | | User: | tking | |
|---|---|---|---|---|---|
| When: | 02/13/2021 11:12:45 | Latitude: | Longitude: | Source: None_Unknown | InActive: ☐ |

## Vehicle|Person Information

| Name | Goodman, Jason D | Eye | Hair | Hgt | Wgt | Race | Sex | Discipline E,F,L,R,O, |
|---|---|---|---|---|---|---|---|---|
| DOB | | OLN NY | | | OID | | Unit | |
| Location | | | Description | | | | | Phone |
| Tag SC | | Tag Year | Tag Type | Type CONTACT | | User tking | | When 02/13/2021 11:31:26 |
| Make/Model/Year/Color/VIN/Desc | | / / / / / | | | | | | Searched ☐  Consented ☐ |

## Caller Phones

| Caller Phone | When | User | Caller Phone | When | User |
|---|---|---|---|---|---|
| | 02/13/2021 11:12:45 | tking | | | |

## Caller Names

| Caller Name | When | User | Caller Name | When | User |
|---|---|---|---|---|---|
| ACO | 02/13/2021 11:12:45 | tking | | | |

## Notes

**tking 02/13/2021 11:14:01  E,F,L,R,O,**

Per ACO [redacted] there is a [redacted] subject wearing dark clothing with a black and white umbrella in front of the Wando Welch Terminal main gate near the entrance sign that is recording trucks coming into the terminal at 1100 hours.

**tking 02/13/2021 11:16:42  E,F,L,R,O,**

Per Officer Watrous, request NCIC query on New York drivers license number [redacted] Jason D Goodman, date of birth [redacted] at 1108 hours.

**tking 02/13/2021 11:17:31  E,F,L,R,O,**

Per Officer Watrous, individual advises he is a youtuber recording footage for an incident that took place in 2017, recording footage for a youtube channel at 1108 hours.

**tking 02/13/2021 11:19:13  E,F,L,R,O,**

Per NCIC, in reference to New York drivers license [redacted] returning to Jason D Goodman out of [redacted] date of birth [redacted] valid class D, nothing outstanding per NCIC at time of run at 1110 hours.

**tking 02/13/2021 11:20:03  E,F,L,R,O,**

Per Officer Watrous, body camera had a shortage and stopped recording at 1112 hours.

Per Officer Watrous, Mr. Goodman departed Port Property at 1114 hours.

**tking 02/13/2021 11:22:14  E,F,L,R,O,**

Per Officer Watrous, Mr. Goodman may have recorded 5-10 minutes of video footage, will be able to confirm once review footage in Headquarters at 1114 hours.

**tking 02/13/2021 11:25:16  E,F,L,R,O,**

Per Officer Watrous, request Ocularis Footage to be pulled in dispatch and burned.