U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| SWEIGERT | CIVIL CASE #: |
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

## PLAINTIFF'S FIFTH RESPONSE TO ORDER ECF No. 218

Plaintiff now responds to the commandment "*Plaintiff shall respond under oath to the following interrogatories: a. Identify every statement made by Defendant that Plaintiff claims was defamatory toward Plaintiff and, for each such statement, provide a citation to a specific source.*"  (See ECF No. 208 for language).  **This is the FIFTH response to ECF no. 218.**

Plaintiff reserves the right to submit follow-up pleadings on this matter until the deadline of April 30, 2021.

That response is contained herein and are certified under the penalties of perjury as truthful.  All representations included herein are fair and accurate reproductions of the original sources.

A Certificate of Service appears on the LAST page of this pleading.

Signed this twelfth (4/12) day of April, 2021.

Respectfully,

*D. Sgt*

D. Geo. Sweigert

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*
*SPOLIATION-NOTICE@MAILBOX.ORG*

1

*Statement no.40*
*(Defendant speaks to*
*Quinn Michaels and audience)*

**Comments made by the Defendant:**

07:30   Well, we know things that the George Sweigert I know personally has told me. That George Sweigert, George Harry Sweigert was a radio operator in World War Two. And of course, his other son, **David Sweigert,** who has relentlessly pursued you and I, .. uh .. …I may have mistakenly **said that he was flying cocaine as a C.I.A. contractor during the Iran-Contra scandal**. It seems more likely **that he was just operating the radios for the C.I.A. contractors that were flying cocaine.** [Note big grin of Defendant].

38:33   **David Sweigert was in Mount Shasta** where you were living at the time. Is that just a coincidence?

38:55   I have been discussing with the **N.Y.P.D. and the F.B.I**. what the legal definition of stalking and criminal harassment might be. I am very interested in finding that out. And of course, we did learn Quinn, that **Mr. David Sweigert** had firsthand knowledge of your location in **Vaughn, New Mexico** on the exact day that you suffered a spontaneous collapsed lung. How would he have known that? Did you share that information with anyone?

44:55   **Dave Sweigert and Manuel Chavez, III affiliates.**

47:40   **We have seen these people that we are talking about regularly steal our intellectual property** put it out on a monetized platform, which is STEEMIT, so they are earning money, they're working collectively, this seems like racketeering. **Harassing me,** they are spreading lies about you and I, **accusing us of crimes.**



2



https://www.youtube.com/watch?v=p5dl2PZpk5o

https://biqle.com › watch
### Hack to the Future – Exploring the Sweigert, Hearst, Buffett ...
Mar 5, 2021 — Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn Michaels — Watch online.

https://www.facebook.com › posts
### TeamTyler - Posts | Facebook
Present Quinn Michaels: The Russian Connection By Kennedy |... ... Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn ...
★★★★★ Rating: 5 · 16 votes

https://ronmamita.wordpress.com › 2018/04/08 › the-ul...
### The Ultimate Conspiracy Chatbot! | Ronmamita's Blog
Apr 8, 2018 — Quinn Michaels requested this be shared, he is developing a ... Title: Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with ... Why has Quinn Michaels dubbed this the "time phone" and how does it ...

https://twitter.com › hashtag › sweigert
### #sweigert hashtag on Twitter
Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with ... #QuinnMichaels continues to reveal details of the #Sweigert Time Phone and ...

https://twitter.com › hashtag › cstt
### #cstt hashtag on Twitter
Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with #CSTT ... cc @georgwebb #CSTT Jason Goodman and Quinn Michaels: Mr. & Mrs.

*Statement no.41*
*(Defendant speaks to*
*David Hawkins and audience)*

**Comments made by the Defendant:**

15:22 Let's presume for a moment David [Hawkins] **that Mr. Sweigert is an ethical hacker** - he has told us that. I didn't know that, he **wrote a book about ethical hacking.** And, furthermore, what if he is put there as an ethical hacker to do something ethical and then unbeknownst to him, once he has unlocked the door, someone else who might be unethical takes advantage of that and comes right in there. He could tell us. **I don't know who hacked the federal bridge** and who manipulated the **Boeing uninterruptable auto-pilot** and who may have taken these aircraft off of their en-route airways, **but, he certainly hacked it.**"

18:30 [HAWKINS] So, I think it is well within the bounds of possibility that after Dave Sweigert left the key in the door, [photograph of undersigned displayed in janitor uniform at the Pentagon] **or allowed some people to get in, a snuff film, or snuff film team**, or a snuff team went into the Pentagon upgrade project at the U.S. Navy Command Center and put a couple of bullets from a Glock into the back of the head of Captain Gerald DeConto. [Goodman: "wow"]."

35:30 I think it is their intention [Plaintiff and George Webb] to get Robert Mueller interested in this event that **I believe they staged, at the Port of Charleston** [photos shown of both brothers].





See page 42 of Second Amended Complaint (ECF no. 88)

*Statement no.42*
*(Defendant speaks to*
*Brian Vukadinovich and audience)*

**Comments made by Defendant:**

48:48 The more I talk about the fact that STEEMIT.COM seems to be a PONZI scheme, and a money laundering scheme, or at least these individuals have described in a live streams and phone calls, DISCORD chat messages, they are describing mechanisms through which they are exploiting that block-chain driven crypto currency social media network to help finance their .. uh .. I think .. **illegal activities.**

49:28 Their false lawsuits and their version of lawfare. They're also trying now to rope in Dr. Corsi into this ridiculous hoax, that it would **seem that a bunch of their affiliates perpetrated in the Port of Charleston.**

49:47 I am trying to point out an **elaborate scheme that's being utilized** to try and take social media and make it a weapon.





https://www.youtube.com/watch?v=J0PyLWONpQY&list=ULj6fAGCKTSUI&index=844

The Counterlawfare Report with Brian Vukadinovich - Jury Nullification

4,254 views • Streamed live on Dec 3, 2018



Jason Goodman ✓
119K subscribers

The Counterlawfare Report with Brian Vukadinovich - YouTube
The Counterlawfare Report with Brian Vukadinovich - Jury Nullification · The Counterlawfare Report with Brian Vukadinovich - Prior Restraint · The Counterlawfare ...

https://www.youtube.com › watch

The Counterlawfare Report with Brian Vukadinovich - Jury Nullification
Brian explains the concept of Jury Nullification and how people can implement it to head off governmental injustice. Purchase Brian's Book "Motion For Justi...

https://www.youtube.com › watch

The Counterlawfare Report with Brian Vukadinovich – Jury ...
Brian continues the exploration of this taboo verdict that every American needs ... The Counterlawfare Report with Brian Vukadinovich – Jury Nullification Part 2.

*Statement no.43*
*(Defendant speaks to*
*Brian Vukadinovich and audience)*

**Comments made by Defendant:**

04:58   I believe this legal action and the extra judicial actions that **Mr. Sweigert** has been taking or actually evidence that these individuals are aligned.

12:22   **D. George Sweigert** has written an entire book in which he **claims I represent a threat vector, coming from social media.**

12:50   I never considered myself a targeted individual until **D. George Sweigert** targeting me through actions like this. Which the Arizona State Bar agrees with us, that was frivolous and without merit.





8

https://www.youtube.com › watch

### The Counterlawfare Report with Brian Vukadinovich – Jury ...

Brian continues the exploration of this taboo verdict that every American needs .... The Counterlawfare Report with Brian Vukadinovich – Jury Nullification Part 2.

https://www.youtube.com › watch

### The Counterlawfare Report with Brian Vukadinovich - Jury Nullification

Brian explains the concept of **Jury Nullification** and how people can implement it to head off governmental injustice. Purchase **Brian's** Book "Motion For Justi...



**STATE BAR OF ARIZONA**

Assistant's Direct Line: 602-340-7253

November 27, 2018

**PERSONAL AND CONFIDENTIAL**

Jason Goodman
252 7th Ave. #6s
New York, NY 10001

**Re: File No:** 18-3258
**Complainant:** D. George Sweigert

Dear Mr. Goodman:

The State Bar recently received a bar charge against you from Mr. Sweigert. Mr. Sweigert alleges that you engaged in the unauthorized practice of law in Arizona by publishing certain YouTube videos of yourself, Brian Vukadin, and Michael Barden in which you discuss Mr. Barden's pending criminal case.

After our review of the charge, we have determined that no further investigation is warranted at this time. We therefore consider this file closed. However, please be mindful of Arizona Supreme Court Rule 31(a)(2) which defines the practice of law in Arizona as including "expressing legal opinions."

The closing letter to Mr. Sweigert contained the following:

**https://trackingmeroz.files.wordpress.com/2019/03/rds-78-exhibit-5.pdf**

9

The undersigned hereby attests that the foregoing exhibits are true reproductions of the original source documents.

Signed this twelfth (4/12) day of April 2021.

Respectfully,

D. Geo. Sweigert

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the twelfth (4/12) day of April, two thousand and twenty-one (2021).

| **Clerk of the Court, Room 200**<br>**U.S. District Court 500 Pearl Street**<br>**New York, New York 10007-1312**<br>**temporary_pro_se_filing@nysd.uscourts.gov** | **Jason Goodman, CEO**<br>**Multimedia System Design, Inc.**<br>**252 7th Avenue, Apart. #6S**<br>**New York, NY 10001**<br>**truth@crowdsourcethetruth.org** |
|---|---|

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*