**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

## PLAINTIFF'S FIFTH NOTICE OF MOTION (WITH MEMORANDUM OF LAW IN SUPPORT OF MOTION) FOR JUDICIAL NOTICE OF DOCUMENTS AND FACTS

Pursuant to Federal Rule of Evidence 201, and in connection with Plaintiffs' Motion for

Preliminary Injunctive Relief and discovery, Plaintiff respectfully requests that the Court take

judicial notice of the following federal lawsuits that involve the Defendant as a party:

> Civil Action #: 3:07-cv-00049-RRE-KKK, U.S.D.C. for District of North Dakota
> (Eastern); FIELD MCCONNELL and DAVID HAWKINS v. HILLARY RODHAM
> CLINTON and 97 other defendants.

- ORGINAL COMPLAINT, ECF doc. 1

A Certificate of Service appears on the LAST page of this pleading.

Signed this fifteenth day of April (4/15), 2021.

Respectfully,

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

D. Geo. Sweigert

1

## MEMORANDUM OF LAW

### I.      THE COURT MAY TAKE JUDICIAL NOTICE OF FACTS THAT ARE NOT SUBJECT TO REASONABLE DISPUTE WHERE THEIR ACCURACY CAN BE DETERMINED BY RELIABLE SOURCES

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, courts may take judicial notice of facts that are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Where a Court is supplied with the necessary information, taking judicial notice is mandatory. See Fed. R. Evid. 201(d).

### II.      COURT RECORDS ARE SUBJECT TO JUDICIAL NOTICE

Pleadings and court filings are just the kind of documents that are not subject to reasonable dispute and are capable of accurate and ready determination under Rule 201(b)(2) of the Federal Rules of Evidence. Accordingly, it is proper for courts to take judicial notice of the existence of such documents. See *Roe v. Johnson,* 334 F. Supp. 2d 415, 419-20 (S.D.N.Y. 2004) (recognizing that a court, pursuant to Rule 201(b), may take notice of the public record, including complaints and court opinions); see also *A.I. Trade Finance, Inc. v. Centro Internationale Handelsbank AG,* 926 F. Supp. 378, 387 (S.D.N.Y. 1996) (in taking judicial notice of a judgment in Vienna, Austria, the court pointed out that "[t]he Second Circuit has noted that Rule 201 permits a court to take judicial notice of a foreign judgment").

### III.      CONCLUSION

For the reasons set forth above, the Plaintiff respectfully requests that the Court grant, in its entirety, the Plaintiff's Motion for Judicial Notice of Documents and Facts.

Signed this fifteenth day of April (4/15), 2021.

Respectfully,

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

D. Geo. Sweigert

## CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the fifteenth day of April (4/15) two thousand and twenty-one (2021).**

| Clerk of the Court, Room 200 | Jason Goodman, CEO |
|---|---|
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

# ATTACHMENT A FOLLOWS

*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
☐ NE ☐ NW ☑ SE ☐ SW  DIVISION
(Check the correct Division.  See, Local Rule of Court 83.1)

FILED
MAY - 1 2007
CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

FIELD McCONNELL
DAVID HAWKINS
and
98 Fellow PLAINTIFFS

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

(Enter full name of each Plaintiff, above)

vs.

Civil Case No. 3:07-CV-49
(To be assigned by Clerk of Court)

GLOBAL GUARDIANS
LISTED IN 'PREAMBLE'

§ JURY TRIAL DEMANDED ☑ Yes ☐ No
(Check one)

(Enter full name of each Defendant, above)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

Wrongful deaths, 18 USC 1959

Use of interstate commerce facilities in the commission of murder for hire, 18 USC 1958

1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

FIELD McCONNELL    GLYNDON CLAY MN

DAVID HAWKINS    Surrey, B.C., CANADA

And

98 Fellow PLAINTIFFS

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

'GLOBAL GUARDIANS' LISTED

IN "DRAFT 45 Preamble" ATTACHED

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

CLAIM FOR PUNITIVE AND TREBLE DAMAGES
for wrongful deaths on 9/11/2001

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

N/A

3

**VI. RELIEF.** State what you want the Court to do for you.

Freeze assets of named corporations

AWARD TREBLE DAMAGES FOR

LOSSES INCURRED DUE 9/11 "GLOBAL

GUARDIAN 9/11"

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint. Use an additional page, if necessary.

Signed this 1ST day of May , 2007.

Field McConnell
Signature of Plaintiff

FIELD McCONNELL
Printed Name of Plaintiff

9223 50th Ave S
Mailing Address

GLYNDON MN 56547
City, State, Zip Code

218-329-2993
Telephone Number of Plaintiff

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

4

**DRAFT 45 PREAMBLE FOR A CONSTITUTIONAL REMEDY
TO PRIVATE-EQUITY RACKETEERING AND TWO-PARTY CORRUPTION**

**IN**

# GLOBAL GUARDIAN 9/11

**Claim for Punitive and Treble Damages for Wrongful Deaths on 9/11/2001 resulting
from movement of sex, sabotage and murder-for-hire assets by the racketeering use
of interstate or foreign commerce networks, financed by Private Equity, Arbitrage,
Insurance and Hedge Fund Frauds between October 1970 and September 2001.**

**Prove that the defendants are related to Canadian International Development
Agency and CAI-Carlyle Private Equity Groups which are allegedly engaged in the
extortion of leaders of the Queen's Privy Council of Canada, the U.S. Departments
of Justice and State and the UN Environment Programme and traders in Carbon
Emission Credits under the Kyoto Protocol, collectively 'GLOBAL GUARDIANS'.**

**Ask courts to stop private-equity use of interstate or foreign commerce to move
private assets on public networks or public assets, including assets of pension funds,
insurance companies and banks, on private networks and prevent defendants from
absconding with assets, hiring assassins and extorting federal and state politicians.**

**Lieutenant Colonel Field McConnell, North Dakota ANG, retired, USNA 1971, and
99 fellow plaintiffs** with the Citizens Association of Forensic Economists at Hawks
CAFE, acting pro se individually and collectively, bring a class action claim for punitive
and treble damages in respect to the wrongful deaths and insurance frauds associated with
the attacks of 9/11/2001, including the destruction of four Boeing passenger aircraft,
Buildings# 1, 2 and 7 of the World Trade Center complex (WTC), and the US Naval
Command Center in Wedge 1 of the Pentagon; **Plaintiffs** will prove that the defendants
are related through private equity, organized crime and labor groups which responded to
the racketeering influenced and corrupt organization (RICO) statute of October 1970 by
developing sex, sabotage and murder-for-hire services using virtual private networks
(VPNs) to launder money and conceive, coordinate and conceal crimes, terrorist acts and
frauds; **Plaintiffs** will prove that in the 1970s, the defendants began to corrupt the
Quebec and Arkansas prison systems by extorting and/or bribing prisoners and their
guards to plan and commit murders a.k.a. ('Arkancide') and establish alibis for the
custodians (guardians) of the murder-for-hire networks; **Plaintiffs** will prove that the
defendants recruited special weapons and tactics ('SWAT') teams from prisoners moving
through the Justice and Correction systems in Canada and America or internationally and
rewarding successful assassin(s) with a proportion of the proceeds of (re)insurance
policies taken out on victims' property or lives; **Plaintiffs** will prove that the defendants
reward assassins with 'off-book' funds, including money confiscated by the Canadian
Privy Council or the U.S. Department of Justice from international drug cartels or

Page 1 of 9

'stolen' by non-government organizations such as the UN Oil-for-Food Program or the UN Environmental Programme; **Plaintiffs** will prove that the defendants' alleged RICO Enterprise has and is engaged in arson, sabotage, espionage, strikes, bribery, loan sharking, spoliation of evidence and extortion of various leaders of universities, governments and industries, including airlines, banks, labor unions, law enforcement agencies, intelligence services, and media; **Plaintiffs** will prove that the defendants built virtual private networks to conceal the RICO Enterprise from Anglophones (English speakers) by using French, Arabic or other languages and/or by extorting custody of an entire AT&T secure telephony system, Nortel's Voice over Internet Protocol (VoIP), and Boeing's Iridium and Thuraya satellite communications systems; **Plaintiffs** will prove that the defendants have developed dual-use military and civilian weapons to support global murder-for-hire services, including plasma from tainted blood, incendiary cluster bombs, decoy-and-drone war game maneuvers, anthrax spores, missile gyroscopes, public key encryption and electronic intelligence (ELINT) and electronic warfare (EW) systems; **Plaintiffs** will prove that the defendants travel or use, or induce their victims to travel or use, facilities in foreign commerce and world trade, including virtual private networks, with intent to murder for pecuniary compensation; **Plaintiffs** will prove defendants collateralize unlawful debt through the use of fraudulent catastrophe (cat) bond insurance or reinsurance products or services in which agents, saboteurs or assassins are hired to trigger an insured event or force a debt-for-equity swaps by tricking borrowers into spurious violations of their loan covenants; **Plaintiffs** will prove that the defendants, without the knowledge or consent of the public, collateralize unlawful or predatory debt by attaching electronic liens to individual social security or social insurance numbers and/or registries of land or property titles; **Plaintiffs** will prove that the defendants use unlawful debt to extort the leaders of legitimate public or private enterprises into churning, insider trading, outsider trading, pump-and-dump and other securities frauds; **Plaintiffs** will prove that no later than 1993, the defendants had weapons, opportunity and motive to set up virtual private networks to support false-flag 'al-Qaeda - Jihadist', 'Ba'ath Party - Jacobin' or 'Unabomber - Anarchist' attacks on American assets, including the WTC (1993), the Murrah Building in Oklahoma City (1995), the T-43A jet (a modified Boeing 737-200 used by U.S. Air Force) carrying U.S. Commerce Secretary Ron Brown (1996), the Boeing 747-131 of Flight TWA 800 (1996), US Embassies in East Africa (1998), the USS Cole in Aden Harbor (2000), and four Boeing passenger aircraft, the WTC and the US Naval Command Center (2001); **Plaintiffs** seek compensatory damages per the racketeering influenced and corrupt organization (RICO) statute for the wrongful deaths and property losses caused by the defendants during the conception, coordination, and concealment of the attacks 9/11/2001; **Plaintiffs** demand that the defendants forfeit all ill-gotten gains and interest in any business gained through the alleged pattern of "racketeering activity"; **Plaintiffs** seek a trial by jury; **Plaintiffs** ask courts with jurisdiction to issue a pre-trial restraining order or injunction to prevent the defendants from transferring potentially forfeitable property through domestic or international private equity trading in emissions credits and offsets and other forms of securities or derivatives exchanges; **Plaintiffs** ask courts with jurisdiction to issue a pre-trial restraining order and freeze the assets of pension funds, insurance companies and banks held in the custody of the defendants; **Plaintiffs** demand the unconditional discharge of all unlawful, collateralized debt obligations, allegedly

DRAFT 45 PREAMBLE FOR "GLOBAL GUARDIAN 9/11" at April 30, 2007

owed by Citizens of the United States of America in their Republic and Constitution, and others similarly situated, to the defendants in their self-appointed role as the "Global Guardians" or private-equity trustees of public assets in the global commons.

Plaintiffs,

Vs

MOHAMMAD AL-ZAIBAK **(TEAM CANADA-CHINA 2001, CAI PRIVATE EQUITY GROUP, MACDONALD DETTWILER AND ASSOCIATES),**

JAMES BAKER **(CARLYLE-CANADA PRIVATE EQUITY GROUP),**

THOMAS BARNETT **(U.S. NAVAL WAR COLLEGE, 'NEWRULESETS' WAR GAME IN NORTH TOWER, CANTOR FITZGERALD, DEATH OF CARLTON BARTELS AT CO2E.COM ON 9/11, 'SNUFF VIDEO' COMMENT),**

LAURENT BEAUDOIN **(CARLYLE-CANADA PRIVATE EQUITY GROUP, BOMBARDIER NATO FLYING TRAINING IN CANADA),**

GEORGE HERBERT WALKER BUSH **(CARLYLE PRIVATE EQUITYGROUP, CENTRAL INTELLIGENCE AGENCY, UNITED NATIONS "NEW WORLD ORDER" SPEECH TO CONGRESS ON 9/11/1990, GLOBAL CROSSING),**

FRANK CARLUCCI **(CARLYLE-CANADA PRIVATE EQUITYGROUP, NORTEL),**

JEAN CHRETIEN **(TEAM CANADA-CHINA 2001, GLOBAL GUARDIAN WAR GAME 9/11, QUEEN'S PRIVY COUNCIL OF CANADA),**

WILLIAM JEFFERSON CLINTON **(NATO PARTNERSHIP FOR PEACE, FRENCH AMERICAN FOUNDATION, ARKANSAS CORRECTION SYSTEM),**

HILLARY RODHAM CLINTON **(ROSE LAW FIRM, CHICAGO MERCANTILE EXCHANGE, LAFARGE, WALMART, AXA, FRENCH AMERICAN FOUNDATION, FEDERAL BUREAU OF INVESTIGATION),**

ARTHUR COIA **(LA COSA NOSTRA, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA AND ESPECIALLY LIUNA LOCAL 2097),**

PHILIPPE COLLARD **(FONDS RÉGIONAL DE SOLIDARITÉ DE L'ILE DE MONTRÉAL, SOLIDARITY FUND QFL, ENGENUITY TECHNOLOGIES, VIRTUAL PROTOTYPES, AIR NAVIGATION DATA (OTTAWA), NAV CANADA, CALIFORNIA SPACE INSTITUTE (SAN DIEGO), NASA, US AIR FORCE, US NAVY, UNIVERSITY OF CALIFORNIA IN LOS ANGELES (UCLA) BIOPHYSICS DIVISION, FRENCH ATOMIC ENERGY AGENCY),**

DRAFT 45 PREAMBLE FOR "GLOBAL GUARDIAN 9/11" at April 30, 2007

PAUL DESMARAIS SENIOR (CARLYLE-CANADA PRIVATE EQUITY GROUP, CANADA STEAMSHIP LINES, CANADA-CHINA BUSINESS COUNCIL, AXA, PARIBAS, UN OIL-FOR-FOOD, QUEEN'S PRIVY COUNCIL OF CANADA),

LEO DIRUBBO (LA COSA NOSTRA, AMEC, MAZZOCCHI WRECKING, PETER SCALAMANDRE & SONS (FREEPORT), BIG APPLE WRECKING, BREEZE NATIONAL),

JOHN DEUTCH (MITIMCO PRIVATE EQUITY GROUP, CENTRAL INTELLIGENCE AGENCY, RAYTHEON, CITIGROUP, SCHLUMBERGER, FRENCH AMERICAN FOUNDATION, M.I.T. CENTER FOR COORDINATION SCIENCE OR M.I.T. CENTER FOR COLLECTIVE INTELLIGENCE),

GORDON ENGLAND (COMBAT SYSTEMS GENERAL DYNAMICS, PENTAGON U.S. NAVAL COMMAND CENTER FOR GLOBAL GUARDIAN WAR GAME ON 9/11, SUICIDE OF COLIN MCMILLAN, NOMINATED SUCCESSOR AS U.S. SECRETARY OF THE NAVY)

DANIEL FRIEDMANN (MACDONALD, DETWILLER AND ASSOCIATES, DECOY-AND-DRONE WAR GAME MANEUVERS, FINAL APPROACH PROCEDURES, INSTRUMENT APPROACH PROCEDURES, SABRE FLIGHT RESERVATIONS, GROUND MOTION TARGET INDICATOR, MINDBOX LOAN MANAGEMENT SOFTWARE, SECURE VIRTUAL PRIVATE NETWORKS, COMMAND, CONTROL, COMMUNICATIONS, COMPUTERS, INTELLIGENCE, SURVEILLANCE AND RECONNAISSANCE SYSTEMS),

ALFONSO GAGLIANO (LA COSA NOSTRA, CANADIAN MINISTRY OF PUBLIC WORKS AND GOVERNMENT SERVICES, QUEEN'S PRIVY COUNCIL OF CANADA)

ALBERT "AL" GORE (INTERAGENCY WORKING GROUP FOR ENVIRONMENTAL JUSTICE, AT&T VIRTUAL PRIVATE NETWORKS, GENERATION INVESTMENTS CARBON OFFSET TRADER),

JOHN KERRY (BILDERBERG 2001, MADAME NGUYEN THI BINH, PROVISIONAL REVOLUTIONARY GOVERNMENT OF VIETNAM (PRG), VIETCONG, VIETNAMESE COMMUNISTS, FRANCOPHONIE, [VIETNAM VETERANS AGAINST THE WAR + PEOPLES COALITION FOR PEACE AND JUSTICE + COMMUNIST PARTY, USA, HAD HEADQUARTERS AT 156 FIFTH AVENUE IN NEW YORK CITY], BLACK PANTHERS)

KRISTINE MARCY (MCCONNELL INTERNATIONAL, U.S. DETENTION AND DEPORTATION PROGRAM, IMMIGRATION AND NATURALIZATION SERVICE; U.S. MARSHALS SERVICE; U.S. DEPARTMENT OF JUSTICE; OFFICES OF CONSTRUCTION MANAGEMENT AND BUDGET AT THE

DRAFT 45 PREAMBLE FOR "GLOBAL GUARDIAN 9/11" at April 30, 2007

DEPARTMENT OF THE INTERIOR; OFFICE OF CIVIL RIGHTS, DEPARTMENT OF EDUCATION; OFFICE OF PERSONNEL MANAGEMENT, U.S. INVESTIGATION SERVICES, CARLYLE PRIVATE EQUITY GROUP, GEORGETOWN UNIVERSITY),

PAUL MARTIN, (LANSDOWNE TECHNOLOGIES, CANADA STEAMSHIP LINES, HONEYWELL, UNMOVIC, MARTEC (QUEBEC), QUEEN'S PRIVY COUNCIL OF CANADA),

BRUCE MCCONNELL (MCCONNELL INTERNATIONAL, INTERNATIONAL Y2K COOPERATION CENTER FOR UNITED NATIONS AND WORLD BANK, GIVING 170 NATIONAL GOVERNMENTS AND PRIVATE EQUITY NETWORKS ACCESS TO WHITE HOUSE ENCRYPTION, TOMOYE)

FRANK MCKENNA (CARLYLE-CANADA PRIVATE EQUITY GROUP, AMEC, CANADIAN SECURITY INTELLIGENCE REVIEW COMMITTEE, COMMUNICATIONS SECURITY ESTABLISHMENT, GENERAL MOTORS ACCEPTANCE CORPORATION, CANWEST GLOBAL COMMUNICATIONS, QUEEN'S PRIVY COUNCIL OF CANADA),

BRIAN MULRONEY (EUROPEAN AERONAUTIC DEFENCE & SPACE, OGILVY RENAULT, QUEEN'S PRIVY COUNCIL OF CANADA),

MARCEL OSPEL (UBS, UNITED NATIONS ENVIRONMENT PROGRAMME (UNEP), WALL STREET HEDGE FUND FRAUDS, NAZI ARCHIVES DESTRUCTION, BIN LADEN FAMILY, SWISSAIR, MINNESOTA STATE BOARD OF INVESTMENT PRIVATE EQUITY GROUP, IRAQ INTELLIGENCE SERVICES, FEDERAL RESERVE BANK OF NEW YORK, AMEC, ONE NORTH WACKER DRIVE CHICAGO, COUNTRYWIDE, MINDBOX, CHICAGO BOARD OF TRADE, SECURITIES AND EXCHANGE BOARD OF INDIA, BANK OF AMERICA, AMERICA-CANADA TRUST FUND AMCA)

JEANE PALFREY (PAMELA MARTIN AND ASSOCIATES, WASHINGTON, D.C. ESCORT AND PROSTITUTION SERVICE, AT&T, PENTAGON "SHOCK-AND-AWE" THEORIST)

PIERRE PETTIGREW (TEAM CANADA-CHINA 2001, POLITICAL COMMITTEE NATO, FRANCOPHONIE QUEBEC, QUEEN'S PRIVY COUNCIL OF CANADA),

JOHN M. SHALIKASHVILI (NATO PARTNERSHIP FOR PEACE PROGRAM, CHINESE PEOPLE'S LIBERATION ARMY, US JOINT CHIEFS OF STAFF, BOEING COMPANY),

DRAFT 45 PREAMBLE FOR "GLOBAL GUARDIAN 9/11" at April 30, 2007

MAURICE STRONG **(CANADIAN INTERNATIONAL DEVELOPMENT AGENCY PRIVATE EQUITY GROUP, CANADIAN COMMERICAL CORPORATION, CORDEX PETROLEUM, EXPORT DEVELOPMENT CANADA, CASCADE AEROSPACE, LANSDOWNE TECHNOLOGIES, CHICAGO CLIMATE EXCHANGE, UNITED NATIONS ENVIRONMENT PROGRAMME (UNEP), QUEEN'S PRIVY COUNCIL OF CANADA, UN-FUNDED COMMISSION ON GLOBAL GOVERNANCE, UNITED NATIONS UNIVERSITY FOR PEACE IN COSTA RICA),**

FRED DALTON THOMPSON **(REGISTERED FOREIGN AGENT REPRESENTING OVERSEAS BUSINESS ENTITIES, COUNCIL ON FOREIGN RELATIONS, UNITED STATES-CHINA ECONOMIC AND SECURITY REVIEW COMMISSION, COMMITTEE ON GOVERNMENTAL AFFAIRS INVESTIGATIONS INTO ALLEGATIONS CHINA ATTEMPTED TO INFLUENCE AMERICAN POLITICS PRIOR TO 1996 ELECTIONS, U.S. SENATE INVESTIGATIONS INTO CLINTON-GORE AND GOP CAMPAIGN FUND-RAISING ACTIVITIES WHERE WITNESSES DECLINED TO TESTIFY, AMERICAN ENTERPRISE INSTITUTE, SENATE WATERGATE COMMITTEE, WESTINGHOUSE, GENERAL ELECTRIC, TENNESSEE SAVINGS AND LOAN LEAGUE, U.S. SAVINGS AND LOAN CRISIS)**

RANDALL L. TOBIAS **(AT&T VIRTUAL PRIVATE NETWORK, U.S. DEPARTMENT OF STATE, U.S. FOREIGN ASSISTANCE, US AGENCY FOR INTERNATIONAL DEVELOPMENT, PRESIDENT'S EMERGENCY FUND FOR AIDS RELIEF)**

**AND THEIR CO-DEFENDANTS, COLLECTIVELY THE 'ENTERPRISE':**

RALPH M. BARFORD **(CAI PRIVATE EQUITY GROUP, HOLLINGER, INC )**, MAURICE BARIL **(GLOBAL GUARDIAN WAR GAME 9/11)**, WARREN BATTS **(CHICAGO CLIMATE EXCHANGE)**, CLAUDE BEBEAR **(AXA)**, LARRY I. BELL **(CAI PRIVATE EQUITY GROUP)**, JALYNN H. BENNETT **(CAI PRIVATE EQUITY GROUP, NORTEL)**, ROY F. BENNETT **(CAI PRIVATE EQUITY GROUP)**, PETER J. G. BENTLEY **(CARLYLE-CANADA PRIVATE EQUITY GROUP)**, SAMUEL "SANDY" BERGER **(NATIONAL SECURITY COUNCIL)**, JOHN BIGGS **(BOEING, JPMORGAN, TIAA-CREF PRIVATE EQUITY GROUP)**, DAVID BLOOD **(GOLDMAN SACHS PRIVATE EQUITY GROUP, AMEC, GENERATION INVESTMENTS)** RICHARD S. BRADDOCK **(CAI PRIVATE EQUITY GROUP -CITIGROUP)**, CAROLE BROOKINS **(CHICAGO CLIMATE EXCHANGE)**, JOHN E. BRYSON **(BOEING)** JOHN CAMPBELL **(IRIDIUM, MILITARY ADVISOR TO DIRECTOR OF CENTRAL INTELLIGENCE, DOD AND REGIONAL COMBATANT COMMANDERS FOR 9/11 GLOBAL GUARDIAN WAR GAMES)**, PAUL G. S. CANTOR **(CAI PRIVATE EQUITY GROUP)**, SUSAN M. CISCHKE **(CHICAGO CLIMATE EXCHANGE)** RICHARD CLARKE **(NATIONAL SECURITY COUNCIL)**, MICKI J. DAILY **(LIUNA)**, WILLIAM M. DALEY **(US DEPT OF COMMERCE, BOEING)**,

DRAFT 45 PREAMBLE FOR "GLOBAL GUARDIAN 9/11" at April 30, 2007

THOMAS P. D'AQUINO **(CAI PRIVATE EQUITY GROUP)**, HENRI DE CASTRIES **(AXA)**, RUDI DEKKERS **(CIA, BRITANNIA AVIATION, LYNCHBURG VIRGINIA REGIONAL AIRPORT, HUFFMAN AVIATION)**, KEVIN DELANEY **(FAA)**, ANDRE DESMARAIS **(CANADA-CHINA BUSINESS COUNCIL, BOMBARDIER, PARGESA PRIVATE EQUITY GROUP)**, PAUL DESMARAIS JUNIOR **(POWER CORPORATION OF CANADA)**, DARLEEN DRUYUN **(NATO, BOEING)**, STUART E. EIZENSTAT **(CHICAGO CLIMATE EXCHANGE)**, L. YVES FORTIER **(CAI PRIVATE EQUITY GROUP, ALCAN, UN COMMISSION ON GLOBAL GOVERNANCE)**, RICK FINDLEY **(NORAD)**, S.A. FRY **(U.S. JOINT CHIEFS OF STAFF)**, RAYMOND GARNEAU **(CAI PRIVATE EQUITY GROUP)**, JANE GARVEY **(FAA)**, KEN GEORGETTI **(BC FEDERATION OF LABOR, BRITISH COLUMBIA INVESTMENT MANAGEMENT CORPORATION)**, JOE GIROIR **(BEI INDUSTRIES, ROSE LAW FIRM)**, JOHN J. GIUDICE **(BUTTONWOOD INTERNATIONAL)**, RUDOLPH GIULIANI **(NYC MAYOR'S OFFICE OF EMERGENCY MANAGEMENT)**, JAMIE GORELICK **(U.S. DEPARTMENT OF JUSTICE, 9/11 COMMISION, SCHLUMBERGER)**, PAUL EDWARD GRAY **(BOEING, MITIMCO PRIVATE EQUITY GROUP)**, MAURICE "HANK" GREENBERG **(CFR, BLACKSTONE PRIVATE EQUITY GROUP)**, ALEXANDER M. HAIG JR **(CAI PRIVATE EQUITY GROUP)**, GRAHAM O. HARRISON **(CAI PRIVATE EQUITY GROUP)**, TERESA HEINZ **(UNITED NATIONS CONFERENCE ON ENVIRONMENT AND DEVELOPMENT - RIO EARTH SUMMIT, HEINZ FOUNDATION)**, WEBSTER HUBBELL **(ROSE LAW FIRM)**, PETER JANSON **(AMEC, AGRA)**, C. KENT JESPERSEN **(CAI PRIVATE EQUITY GROUP)**, DAVID L. JOHNSTON **(CAI PRIVATE EQUITY GROUP)**, BERNARD KERIK **(NYC MAYOR'S OFFICE OF EMERGENCY MANAGEMENT)**, STÉPHANE LESSARD **(TEAM CANADA-CHINA 2001, CANADIAN SPACE AGENCY)**, FRANÇOIS BUJON DE L'ESTANG **(FRENCH EMBASSY, NET-CENTRIC WARFARE, THALES)**, PIERRE LORTIE **(CAI PRIVATE EQUITY GROUP, BOMBARDIER, MONTREAL STOCK EXCHANGE)**, DONALD S. MACDONALD **(CAI PRIVATE EQUITY GROUP, PUBLIC-PRIVATE PARTNERSHIPS, PRIVY COUNCIL, MINISTER OF DEFENCE)**, RONALD N. MANNIX **(CAI PRIVATE EQUITY GROUP)**, JOHN H. MCARTHUR **(CAI PRIVATE EQUITY GROUP, WORLD BANK)**, W. DARCY MCKEOUGH **(CAI PRIVATE EQUITY GROUP)**, W. JAMES MCNERNEY JR. **(BOEING, GENERAL ELECTRIC)**, JOSEPH J. MELONE **(AXA, CAI PRIVATE EQUITY GROUP)**, J. EDWARD NEWALL **(CAI PRIVATE EQUITY GROUP)**, LAURENCE G. PATHY **(CAI PRIVATE EQUITY GROUP)**, SUSAN POLLAK **(CANADIAN SECURITY INTELLIGENCE REVIEW COMMITTEE)**, GUY SAINT-PIERRE **(CAI PRIVATE EQUITY GROUP, RBC GLOBAL SERVICES)**, JANET RENO **(USDOJ)**, TOM RIDGE **(IRIDIUM)** ROZANNE L. RIDGWAY **(BOEING)**, DAVID ROCKEFELLER **(JP MORGAN CHASE PRIVATE EQUITY GROUP, UN OIL-FOR-FOOD PROGRAM)**, LES ROSENTHAL **(CHICAGO CLIMATE EXCHANGE)**, ERIC SAUVE **(TOMOYE PRIVATE EQUITY GROUP)**, GEORGE SOROS **(WASTE MANAGEMENT INC)**, RICHARD SHEIRER **(NYC MAYOR'S OFFICE OF EMERGENCY MANAGEMENT, FDNY, NYPD)**, GEORGE TENET **(CENTRAL INTELLIGENCE AGENCY)**, NICOLE TURMEL

DRAFT 45 PREAMBLE FOR "GLOBAL GUARDIAN 9/11" at April 30, 2007

**(PUBLIC SERVICE ALLIANCE OF CANADA, NAV CANADA),** LYNTON R. WILSON **(NORTEL),** ADAM H. ZIMMERMAN **(CAI PRIVATE EQUITY GROUP),** AND 22 UNIDENTIFIED CO-INVESTORS IN THE CAI PRIVATE EQUITY GROUP OF MONTREAL AND NEW YORK.

Defendants

**ASSOCIATES OF THE 'ENTERPRISE' NOTED AS ALLEGED CO-CONSPIRATORS NOT NAMED AS DEFENDANTS,**

BARZAN AL-TIKRITI (DECEASED), KOFE ANNAN **(UN GLOBAL COMPACT, UNEP),** MOHAMMED ATTA **(DECEASED - VIRTUAL PROTOTYPES, ENGENUITY TECHNOLOGIES, ENSCO),** RICHARD BEN-VENISTE **(9/11 COMMISSION),** YESLAM BIN LADEN **(CARLYLE PRIVATE EQUITY GROUP, PARGESA),** LORD CONRAD BLACK **(HOLLINGER, BILDERBERG PRIVATE EQUITY GROUP,** HANS BLIX **(UNMOVIC),** BRUCE H. BRAINE **(CHICAGO CLIMATE EXCHANGE),** RON BROWN (DECEASED), JACQUES CHIRAC **(IRAQ'S OSIRIK NUCLEAR REACTOR),** NOAM CHOMSKY **(MITIMCO PRIVATE EQUITY GROUP, MIT CENTER FOR COLLECTIVE INTELLIGENCE, INDUSTRIAL WORKERS OF THE WORLD**), MAX CLELAND **(9/11 COMMISSION),** ARTHUR ETTORE COIA (DECEASED LIUNA), LINDA Z. COOK **(SHELL, BOEING),** KENNETH M. DUBERSTEIN **(BOEING),** FRED FIELDING **(9/11 COMMISSION),** VINCENT FOSTER (DECEASED), STEPHEN E. GARDELL **(NEW YORK CITY DETECTIVES' ENDOWMENT ASSOCIATION),** BOUTROS BOUTROS GHALI **(UNITED NATIONS, FRANCOPHONIE),** SLADE GORTON **(9/11 COMMISSION),** MITCHEL GUTTENBERG **(UBS HEDEGE FUND FRAUDS),** JAMES ANDREWS GRANT **(SIRC),** JIMMY HOFFA JUNIOR **(TEAMSTERS),** SADDAM HUSSEIN (DECEASED), THEODORE "TED" KACZYNSKI **(UNABOMBER),** THOMAS KEAN **(9/11 COMMISSION),** JOHN LEHMAN **(9/11 COMMISSION),** THOMAS W. MALONE, DAVID MARCUS **(9/11 COMMISSION),** JOSEPH MASSIN0 **(BONANNO CRIME FAMILY, LA COSA NOSTRA, FIRST LIBERTY INVESTMENT GROUP INC),** MIKE MCCORMICK **(FAA),** JOHN F. MCDONNELL, KHALID SHEIKH MOHAMMED **(CENTRAL INTELLIGENCE AGENCY),** JOSEPH NOVIELLO **(CANTOR FITZGERALD),** LEON PANETTA **(AT&T SECURE TELEPHONY),** TONGSUN PARK **(LIPPO GROUP),** PETE PETERSON **(CFR),** JOHN PRATER **(ALPA),** VITO RIZUTTO **(RIZUTTO CRIME FAMILY),** JAY ROCKEFELLER **(US SENATE INTELLIGENCE COMMITTEE**), STEVEN ROCKEFELLER, TIM ROEMER **(9/11 COMMISSION),** RICHARD L. SANDOR, IRA SOCOWITZ, JAMES R THOMPSON **(9/11 COMMISSION, HOLLINGER),** THE RIGHT HONOURABLE PIERRE ELLIOT TRUDEAU (DECEASED, **FRONT DE LIBERATION DU QUÉBEC**), BRUCE USHER, WALTER B.WRISTON **(CAI),** RAMZI YOUSEF **(AL-QAEDA, IRAQ INTELLIGENCE SERVICES),** MIKE S. ZAFIROVSKI **(BOEING),** PHILIP ZELIKOW **(9/11 COMMISSION)**

DRAFT 45 PREAMBLE FOR "GLOBAL GUARDIAN 9/11" at April 30, 2007