D. GEORGE SWEIGERT
GENERAL DELIVERY
NEVADA CITY, CA 95959

April 16, 2021

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

**SUBJ: Defendant's failure to meet discovery deadline of April 12, 2021**
    **1:18-cv-08653-VEC-SDA**

**Your Honor,**

**1.**    The Defendant has filed motion papers known as **ECF number 239**, dated 4/11/2021 a day prior to a discovery due date (4/12/2021). In said papers the Defendant seeks to stay discovery pursuant to Section 76(a) of the New York Civil Rights law and "CVP 3211(11)(g)(3)", aka New York's Anti-SLAPP law.

**2.**    By MEMO ENDORSEMENT, it was adjudged that discovery deadlines for this lawsuit were still in effect ("The discovery deadlines in this action remain in effect" [**Dkt. 246**]).

**3.**    Plaintiff alleged that the Defendant has committed the tort of defamation *per se* in the Second Amended Complaint (**SAC (Dkt. 88)**) and the First Supplemental Complaint ((**FSC, Dkt. 150**)). By his RESPONSE on **Jan. 29, 2021** (**Dkt. 189**) the Defendant answered the **SAC** and **FSC** (see **ORDER Dkt. 180**).

**4.**    **On Nov. 10, 2020** the Governor of New York signed an updated version of New York Civil Rights Law Section **76 (a)(1)(a),** aka New York's Anti-SLAPP law.

**5.**    Discovery commenced for both parties on or about **Feb. 23, 2021** by ORDER (**Dkt. 218**). A discovery conference was held with both parties and the magistrate judge on **March 11, 2021.** By ORDER of Mar. 11, 2021 (**Dkt. 224**) Defendant was compelled to produce discovery by **April 12, 2021**. The **day prior** to the Defendant's discovery deadline, he filed the current Anti-SLAPP motion (**Dkt. 239**).

**6.**    The Defendant has used his Anti-SLAPP motion (**Dkt. 239**) as *de facto* justification NOT to complete discovery or meet discovery deadlines. Therefore, Plaintiff seeks the Court's characterization of Defendant's Anti-SLAPP motion as dilatory in nature.

Respectfully,

*D. Geo. Sweigert*

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the sixteenth (4/16) day of April, two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 temporary_pro_se_filing@nysd.uscourts.gov | Jason Goodman, CEO truth@crowdsourcethetruth.org |
|---|---|

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*