*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

**April 19th, 2021**

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

**SUBJ:  REQUEST TO EXTEND DISCOVERY FORTY-FIVE (45) DAYS,
          1:18-cv-08653-VEC-SDA**

**Your Honor,**

1.      As you are well aware, the Defendant has filed ECF document no. 239 (**Dkt. 239**) to halt the discovery process in this present lawsuit (see docketing on April 12th, 2021).  The following day (4/13/2021) after docketing no. 239, Defendant announced in a video podcast to thousands on the **CROWDSOURCE THE TRUTH 3** channel that the **JASON GOODMAN** YouTube channel was removed (via account termination) by YouTube.COM for "community violations".  Blame of this account termination was laid at the Plaintiff's feet.  This action removed **2,333** videos, produced by the Defendant, from the Internet.

2.      Best evidence indicates that this supposed "account termination" is a false self-inflicted wound perpetrated by the Defendant to interfere with the discovery process, as many of the **2,333** videos contained defamatory and slanderous commentary about the Plaintiff, who still had three (3) weeks of eligible discovery as of 4/13/2021.  In response to **Dkt. 218** Plaintiff filed interrogatory discovery responses **Dkts, 225, 230, 231, 232 and 241.**

3.      It now appears the Defendant filed **Dkt. 239** and orchestrated the fake, false, fraudulent, or misleading public "account termination" by placing the JASON GOODMAN account in "hidden status" and placing the videos on "private" status.  An account termination does not result in the display of "private" video status for public users.

4.      To illustrate, video URL links cited in an e-mail message of 4/04/2021 (see below), when clicked, display the following message.

1



These are some of the video podcasts posted by Jason Goodman of CrowdSource The Truth on YouTube and PATREON.COM (see attached).

https://www.youtube.com/watch?v=jRjqrHWYZdQ

https://www.youtube.com/watch?v=zrMMbdkPgq4

https://www.youtube.com/watch?v=NpHlDN1PipM

Here is the video promoting Judy Mikovits:

https://www.youtube.com/watch?v=9dLAVckBnrI&t=486s

5. Under normal circumstances, the error message displayed for such videos linked to an account termination display the following message:



6. Simply stated, these "private" videos are not available for the Plaintiff's viewing to comply with the Court's ordered discovery (**Dkt. 218**). The videos exist, just in the private domain and access of the Defendant.

7. Therefore, while these issues are sorted out, to include the Defendant's Anti-SLAPP motion (**Dkt. 239**), the Plaintiff requests a forty-five (45) day extension of the current discovery deadline to June 14, 2021.

Respectfully,

D. George Sweigert

## CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the nineteenth day of April (4/19), two thousand and twenty-one (2021).**

| **Clerk of the Court, Room 200** | **Jason Goodman, CEO** |
|---|---|
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

3