IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 1:18-cv-08653-VEC-SDA |
| Plaintiff, | |
| vs. | **DEFENDANT'S OBJECTION TO MAGISTRATE'S RULING** |
| JASON GOODMAN, | |
| Defendant | |

Defendant Jason Goodman Pro Se respectfully objects to Magistrate Aaron's ruling in the memo endorsement (ECF No. 246) specifically because it provides contradictory direction.  By stating "The Court will decide the motion at ECF No. 239 in due course." Judge Aaron makes it known that the anti-SLAPP is being considered.  Therefore, keeping the discovery schedule would contradict the automatic stay.  Defendant respectfully moves the court to set aside Judge Aaron's order as erroneous or contrary to law and further to dismiss this matter and declare Plaintiff a vexatious litigant for the reasons set forth in the anti–SLAPP motion.

I hereby attest that the pleadings herein are accurate and true under penalties of perjury.

Respectfully submitted

April 19, 2021

_____
Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

MOTION SEEKING LEAVE TO AMEND ANSWER TO INCLUDE A SPECIAL MOTION TO DISMISS PURSUANT TO NEWLY ENHANCED NYCVR § 76-A AND THE FIRST AMENDMENT - 1