*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

**April 19th, 2021**

**PRO SE INTAKE**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

**SUBJ:  NOTICE OF HARMLESS ERROR**
          **1:18-cv-08653-VEC-SDA**

**PRO SE INTAKE:**

1.      This letter brings to your attention the mislabeling of a Court docket.  The docket entry described below is not accurate.

| 04/18/2021 | 250 | LETTER addressed to Magistrate Judge Stewart D. Aaron from D. George Sweigert, dated 4/19/21 re: REQUEST TO EXTEND DISCOVERY FORTY-FIVE(45)DAYS. Document filed by D George Sweigert.(sc) (Entered: 04/19/2021) |
|---|---|---|

2.      Please click on this artifact to observe the following:

Case 1:18-cv-08653-VEC-SDA   Document 250   Filed 04/18/21   Page 1 of 12



**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | **1:18-CV-08653-VEC** |
| GOODMAN | **JUDGE VALERIE E. CAPRONI** |

**PLAINTIFF'S NOTICE OF ANTI-SLAPP MOTION**

**TO COMPEL FULL AND ACCURATE ANSWERS FROM DEFENDANT**

**TO SUPPORT PLAINTIFF'S OPPOSITION TO ECF DOCUMENT NO. 239**

1

3.      The docket entry (**250**) described as "LETTER addressed to Magistrate Judge Stewart D. Aaron from D. George Sweigert, dated 4/19/21 re: REQUEST TO EXTEND DISCOVERY FORTY-FIVE (45) DAYS" does not appear on the docket.

4.      This seems to be a case of crossed wires.  The present **ECF no. 250** is a proper description for a letter that does not appear.  While the MOTION TO COMPEL is filed at **ECF no. 250** with the wrong description.  A case of a court document with an incorrect docket entry that properly describes a missing document.

Respectfully,

D. George Sweigert

## CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the nineteenth day of April (4/19), two thousand and twenty-one (2021).**

| Clerk of the Court, Room 200 | Jason Goodman, CEO |
|---|---|
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*