# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand twenty-one,

_____

D. George Sweigert,
        Plaintiff-Counter-Defendant - Appellant,

v.

George Webb Sweigert, Robert David Steele, Steven S. Biss, Patricia Negron, Susan Holmes, AKA Susan Lutzke, Manuel Chavez, III, Marion Rapp, Nathan Stopman, Tyroan Simpson, AKA Frank Bacon, Marcus Conte, Adam Sharp, Steve Outtrim,
        Third-Party-Defendants,

Multisystem Design, Inc. (MSDI), a New York Chartered Corporation,
        Defendant,

Jason Goodman,
        Defendant-Counter-Claimant-Third-Party-Plaintiff - Appellee.

_____

**ORDER**
Docket Number: 21-78

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 20 2021

    A notice of appeal was filed on January 13, 2021. The filing fee of $505.00 was due to be paid to the district court by January 27, 2021. The case is deemed in default.

    Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

    IT IS HEREBY ORDERED that the appeal is dismissed effective March 17, 2021 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit



For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

MANDATE ISSUED ON 04/20/2021