IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>　　　Plaintiff,<br><br>vs.<br><br>JASON GOODMAN,<br><br>　　　Defendant | Case No.: 1:18-cv-08653-VEC-SDA<br><br>**MOTION SEEKING PRELIMINARY INJUNCTION AND STAY OF PROCEEDINGS** |

　　　Defendant Jason Goodman Pro Se respectfully requests the court grant him injunctive relief from the Plaintiff.  Defendant seeks a stay of all proceedings pending the resolution of NATAS v MSD.  Defendant alleges based on information and belief that Plaintiff deliberately agitated that lawsuit and intends to continue this practice.  Plaintiff has engaged in a NON-STOP ongoing harassment campaign against Defendant for the past three years which includes this instant lawsuit and his participation in others.  In what can only be described as an egregious breach of conduct, on or about April 12, 2021 Plaintiff contacted the offices of Chester Yokoyama, DDS, Defendant's personal dentist, seeking medical information about Defendant **(EXHIBIT A)**.  Plaintiff has no legitimate reason to contact Defendant's dentist.  Plaintiff has caused Bitchute.com to remove video evidence of the Plaintiff's own admission of a family history of serious mental illness.  Plaintiff's collective actions cause Defendant to fear for his personal safety.  Allowing discovery to move forward will not only fail to provide useful information with regard to this lawsuit, but will only serve to provide the Plaintiff with countless new harassment vectors with which he may further disrupt Defendant.  Defendant prays the court

MOTION SEEKING - 1

will grant the requested injunctive relief and further compel the Plaintiff to show cause as to why he would contact Defendant's Dentist and what he intended to do with any information learned from such a communication.  This is only the most recent demonstration of the lengths to which Plaintiff will go to in his ongoing effort to harass and intimidate Defendant.  Defendant respectfully moves this court to stay all proceedings in Sweigert v. Goodman until NATAS v MSD has been resolved and the identity and true motive of the individual who initially contacted Adam Sharp is known.  Defendant also respectfully request that the court enjoin Plaintiff from making any public or private commentary or inquiry, social media posts, email communications, blog posts, video posts or any other form of communication about Defendant to any third party pending the resolution of NATAS v MSD.

Respectfully submitted

April 27, 2021

_____
Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

MOTION SEEKING - 2

**(EXHIBIT A)**

**From:** info@dentalhealing.com
**Subject:** FW: Jason Goodman, DOB April 7, 1974, formerly of New York City
**Date:** April 12, 2021 at 12:37 PM
**To:** Jason@21stcentury3d.com



-----Original Message-----
From: Spoliation Notice <spoliation-notice@mailbox.org>
Sent: Sunday, April 11, 2021 3:54 PM
To: info@dentalhealing.com; Spoliation Notice <spoliation-notice@mailbox.org>; dentalboard@dca.ca.gov
Cc: iso@ic.fbi.gov; NICS@ic.fbi.gov
Subject: Jason Goodman, DOB April 7, 1974, formerly of New York City

To:
Dental Healing
Chester Yokoyama, DDS
1127 Wilshire Blvd.
Suite 908
Los Angeles, CA 90017

Dear Sir,

Are you presently treating the following patient?

  Jason Goodman, DOB April 7, 1974, formerly of New York City

Best,

D. Geo. Sweigert

*Jason Goodman*
*252 7th Avenue #6s*
*New York, NY 10001*

**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(FOLEY SQUARE)**

D George Sweigert

**Plaintiff**

v.

Jason Goodman

**Defendant**

CIVIL CASE #: 1:18-CV-08653-VEC

JUDGE VALERIE E. CAPRONI

MAGISTRATE STEWART D. AARON

## CERTIFICATE OF SERVICE

I HEREBY ATTEST that true copies of the pleadings filed with the Pro Se office on April 27, 2021 and docketed later have also been sent to the following address.

        D. GEORGE SWEIGERT
        GENERAL DELIVERY
        NEVADA CITY, CA 95959

_____
Jason Goodman