D. GEORGE SWEIGERT
GENERAL DELIVERY
NEVADA CITY, CA 95959

April 28th, 2021

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

**SUBJ: POSSIBLE SETTLEMENT NEGOTIATIONS**
**1:18-cv-08653-VEC-SDA**

**Ref:   (a)   SETTLEMENT CONFERENCE PROCEDURES FOR MAGISTRATE JUDGE STEWART D. AARON, as of December 4, 2017**

**Your Honor,**

1.   As seen in the attached e-mail message the Defendant has solicited the undersigned for some sort of "settlement conference".

2.   Pursuant to the spirit and intent of ref: (a), the Plaintiff advised the Defendant that he should file a request for a settlement conference directly with your honor ("the parties may voluntarily request the Court to hold a settlement conference in an attempt to resolve or narrow the dispute.").

Respectfully,

*D. Swt*

D. George Sweigert

**CERTIFICATE OF SERVICE**

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the twenty seventh day of April (4/27), two thousand and twenty-one (2021).**

| **Clerk of the Court, Room 200** | **Jason Goodman, CEO** |
|---|---|
| **temporary_pro_se_filing@nysd.uscourts.gov** | **truth@crowdsourcethetruth.org** |

1

On Apr 27, 2021, at 9:21 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

Sir,

The discovery conference is a week away.

The undersigned is not prepared for such a settlement conference at this time.

Additionally, the undersigned does not participate in recorded podcasts.

You may wish to voluntarily request the Court to hold a settlement conference.

Best,

D. Geo. Sweigert

---

On 04/28/2021 12:47 AM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

I propose we schedule a settlement conference before the next hearing with the judge to address this and other concerns.  When are you available to confer?

>> On Apr 25, 2021, at 9:38 PM, Spoliation Notice <spoliation-notice@mailbox.org>  wrote:

Dear Sir,

As you can see by the attached court documents there is NO stay of discovery in this present lawsuit.

The undersigned shall expect to receive all discovery (that was due April 12, 2021) at the undersigned's address in Nevada City, California by close of business Wednesday, April 28th, 2021.

You are now back in New York City and complying with this Court issued discovery demand should not be that difficult.

If discovery is not received by this deadline the undersigned believes that things will become more unpleasant for you as a copy of this e-mail message will be filed with the Court.

D. Geo. Sweigert

<Russian-agent-ORDER.pdf>

<mag-order-show_temp.pdf>