D. GEORGE SWEIGERT<br>
GENERAL DELIVERY<br>
NEVADA CITY, CA 95959

April 28th, 2021

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

**SUBJ: DISCOVERY DEADLINES AND POSSIBLE SETTLEMENT NEGOTIATIONS**
           **1:18-cv-08653-VEC-SDA**

**Your Honor,**

1.      As seen in the attached e-mail message the Defendant has been advised that the suggestion of a settlement conference does not halt discovery obligations or change discovery deadlines.

Respectfully,

*/s/ D. Swt/*

D. George Sweigert

## CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the twenty eigth day of April (4/28), two thousand and twenty-one (2021).**

| **Clerk of the Court, Room 200**<br>**temporary_pro_se_filing@nysd.uscourts.gov** | **Jason Goodman, CEO**<br>**truth@crowdsourcethetruth.org** |
|---|---|

1

**Attachments to e-mail message**

e. The parties should not anticipate extensions of the deadlines for fact discovery and expert discovery set forth in the foregoing Paragraphs. Relatedly, the parties should not make a unilateral decision to stay or halt discovery (on the basis of settlement negotiations or otherwise) in anticipation of an extension. If something unforeseen arises, a party may seek a limited extension of the foregoing deadlines by letter-motion filed on ECF. Any such motion must be filed before the relevant deadline and must explain why, despite the parties' due diligence, discovery could not be completed by the relevant deadline.

This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Further, the use of any alternative dispute resolution mechanism does not stay or modify any date in this Order. Indeed, unless the Court orders otherwise, parties engaged in settlement negotiations must proceed on parallel tracks, pursuing settlement and conducting discovery simultaneously. Parties should not assume that they will receive an extension of an existing deadline if settlement negotiations fail.

---------- Original Message ----------

From: Spoliation Notice <spoliation-notice@mailbox.org>

To: Jason Goodman <truth@crowdsourcethetruth.org>, Spoliation Notice <spoliation-notice@mailbox.org>

Date: 04/28/2021 10:28 PM

Subject: Re: Discovery Deadline

Sir,

**For the record the SDNY has promulgated the policy that a settlement conference does not stay discovery (see attached).**

**You are in grave error if you honestly believe that your demands for a settlement conference somehow bring a halt to discovery.**

**I suggest you take your concerns to the Magistrate Judge.**

**Best,**

**D. Geo. Sweigert**