D. GEORGE SWEIGERT
GENERAL DELIVERY
NEVADA CITY, CA 95959

May 1, 2021

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

**SUBJ: Issues concerning non-availability of the JASON GOODMAN YouTube channel**
          **1:18-cv-08653-VEC-SDA**

**Your Honor,**

**1.**     During a discovery conference in related litigation before District Judge Valerie E. Caproni, on 4/30/2021 the Defendant advised Judge Caproni that his JASON GOODMAN YouTube channel was no longer on-line because of behavior directly related to the undersigned.

**2.**     Opposing counsel in the related litigation questioned why the JASON GOODMAN YouTube channel is not available on-line for the acquisition of discoverable defamatory statements.  The Defendant, speaking directly to Judge Caproni, advised that the "account" disabling was a direct result of "David Sweigert" for supposed privacy and/or copyright strikes.

**3.**     The undersigned completed a rigorous review of the situation and was able to locate one privacy complaint (or "strike") filed by the undersigned against the JASON GOODMAN YouTube channel on August 9, 2020.  This "privacy strike" was denied, which made the complaint moot, resulting in absolutely no detrimental impact to the JASON GOODMAN channel.

**4.**     The JASON GOODMAN YouTube channel remains in "private" status, a visibility control directly in the hands of the Defendant and no one else.  As Judge Caproni has already mistakenly reported that BOTH the Defendant and the undersigned "have missed deadlines", the Plaintiff has zero tolerance for any more flippant assertions made to Judge Caproni or this Court.

Respectfully,

*D. Sgt*

D. Geo. Sweigert

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

## CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the first day of May (5/1) two thousand and twenty-one (2021).**

| **Clerk of the Court, Room 200** <br> **temporary_pro_se_filing@nysd.uscourts.gov** | **Jason Goodman, CEO** <br> **truth@crowdsourcethetruth.org** |
|---|---|

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*