**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2021**

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

**PLAINTIFF'S NOTICE OF MOTION TO AMEND EITHER (1) FIRST SUPPLEMENTAL COMPLAINT (DKT. 150) OR (2) SECOND AMENDED COMPLAINT (DKT. 88) TO DEFINITIZE PUNITVE DAMAGES CLAIM**

PLAINTIFF HEREBY submits this NOTICE OF MOTION, with an accompanying MEMORANDUM OF LAW, which is responsive to Defendant's letter, **ECF doc. No. 269.**

This is a verified pleading to which the Plaintiff asserts under the penalties of perjury that the information contained herein is true and correct to the best of the knowledge and ability of the undersigned. Signed this sixth day of May (**5/6**) two thousand and twenty-one (2021).

A certificate of service is included on the last page of this document.

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

Plaintiff's Motion to Amend is DENIED AS MOOT. Since Plaintiff's operative pleading already includes a request for punitive damages (*see* ECF No. 88 at 71 (Relief Requested)), there is no need for any amendment. Plaintiff shall timely comply with my 5/4/21 Order (ECF No. 270). The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant. SO ORDERED.
Dated: May 7, 2021

1