IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 1:18-cv-08653-VEC-SDA |
| Plaintiff, | |
| vs. | **DEFENDANT'S RESPONSE TO INTEROGATORIES** |
| JASON GOODMAN, | |
| Defendant | |

**DEFENDANT'S RESPONSE TO INTEROGATORIES**

I hereby attest that the pleadings herein are accurate and true under penalties of perjury. Further, I hereby attest that the attached exhibits are accurate and true copies of source documents as described.

Respectfully submitted

May 15, 2021

Jason Goodman, Defendant, Pro Se

252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S RESPONSE TO INTEROGATORIES - 1

**Request**

1.  a)      Identify the names and addresses of witnesses with knowledge regarding the
statements that Defendant purportedly made about Plaintiff, as alleged in the Second
Amended Complaint (SAC, ECF No. 88, ¶¶ 68-87) and Supplemental Complaint (Supp.
Compl., ECF No. 150, ¶¶ 39-45), and describe the nature of their knowledge.

**Response**

1)  a)      David Hawkins White Rock BC, Canada was party to the conversation with
Defendant that is the focus of the allegations in the Second Amended Complaint (SAC,
ECF No. 88, ¶¶ 68-87).  Hawkins is aware of this legal action and has direct knowledge
of his own statements.  Regarding the statements alleged in the Supp. Compl., ECF No.
150, ¶¶ 39-45 it is a difficult question for Defendant to answer properly.  Most of the
twenty-two recipients of the email are unknown to the Defendant because it was sent in
response to an email initiated by the Plaintiff including false and inflammatory
allegations against the Defendant published to that group. Plaintiff selected the recipients
and in cases where email addresses do not reflect the recipients actual name, the identity
of the recipient is unknown to Defendant. One of the recipients is Dr. Anthony Fauci,
who is known to the Defendant, but his address and the nature of his knowledge about the
alleged statements is unknown to Defendant.  FBI special agent Britney Custer is also
known to Defendant.  This is the agent Defendant spoke with for over 2 hours about
Plaintiff and Plaintiff's associates stalking and harassing of Defendant.  Special Agent
Custer's address and the nature of her knowledge of the allegations and this legal action
are unknown to Defendant.  Collin Sullivan, is the chief legal counsel for Patreon located
at 600 Townsend St #500, San Francisco CA.  He has received numerous emails from the

DEFENDANT'S RESPONSE TO INTEROGATORIES - 2

Plaintiff and is aware of this ongoing legal action.  Sullivan's specific knowledge of these allegations is unknown to Defendant.  Defendant is aware of Corean Elizabeth Stoughton but has never met her and cannot confirm her identity, location, or scope of her knowledge of this action. Stoughton is aware of this legal action and has first-hand knowledge of her own actions related to allegations pertaining to her.  George Webb Sweigert is Plaintiff's brother and former associate of the Defendant.  Defendant does not know Webb's address or location.  Webb is aware of this legal action and has first-hand knowledge of his own actions regarding allegations pertaining to him.

**Request**

1) b.    Identify the names and addresses of witnesses with knowledge regarding Defendant's use of Plaintiff's name and picture for purposes of advertising or trade, as alleged in the Second Amended Complaint (SAC ¶¶ 88-110) and Supplemental Complaint (¶¶ 47-50) and describe the nature of their knowledge.

**Response**

1) b.  The allegations in the Second Amended Complaint (SAC ¶¶ 88-110) and Supplemental Complaint (¶¶ 47-50), refer to Hawkins again and he has first-hand knowledge of his own actions regarding the allegations.  The allegations also name Larry Nichols.  Nichols died September 27, 2020 https://www.rollerfuneralhomes.com/memorialpage.asp?id=56702&locid=14.  To the best of Defendant's recollection he is not aware of any other witnesses with specific knowledge pertaining to these allegations.

**Request**

1)  c.   For the period from June 14, 2015 to the present, identify each Uniform Resource

Locator (URL) Internet address used by Defendant to post Plaintiff's name and/or

picture.

**Response**

1)  c.     Defendant had a channel on YouTube called Jason Goodman that is no longer

available.  https://www.youtube.com/channel/UC8Cl9QaRtuW9CNjP7pP4BBQ.

Defendant had a channel on YouTube called Crowdsource the Truth 2 that is no longer

available https://www.youtube.com/watch?v=ltDsVwsD6V4.

Defendant has a channel on YouTube called Crowdsource the Truth 3

(https://www.youtube.com/channel/UC8UYR0Ex3oXPw1GZ8O--vYw)

Defendant has a channel on YouTube called Crowdsource the Truth 4EVER,

(https://www.youtube.com/channel/UCxBOfAHh_wc9mfZUkgUY6KQ)

Defendant has a channel on YouTube called Sunday with Charles

(https://www.youtube.com/channel/UCHAfFKucq9GNLp0_5G18rIg)

Defendant has a channel on YouTube called David Hawkins' Reverse CSI

(https://www.youtube.com/channel/UCT2iskH0Fkxe3WTLMZsyTZw).

Defendant has a channel on Pateon.com (https://www.patreon.com/crowdsourcethetruth)

Defendant has a channel on SubscribeStar.com.

(https://www.subscribestar.com/crowdsourcethetruth)

Defendant had a Facebook Page called Crowdsource the Truth, however the page

has been removed by Facebook and Defendant cannot recollect the specific URL of that

defunct page.

DEFENDANT'S RESPONSE TO INTEROGATORIES - 4

Defendant has a Facebook page titled Crowdsource the Truth 2

(https://www.facebook.com/Crowdsource-the-Truth-2-102167168636604)

Defendant has a channel on Twitch.com

(https://www.twitch.tv/crowdsourcethetruth)

Defendant has a channel on VK.com (https://vk.com/public150548350)

Defendant has a channel on D.live (https://dlive.tv/CrowdsizetheTruth)

Defendant has a channel on Rumble.com (https://rumble.com/user/csthetruth)

Defendant has a channel on Odysee.com

(https://odysee.com/@Crowdsourcethetruth:d)

Defendant has a channel on LBRY.tv (https://lbry.tv/@Crowdsourcethetruth:d)

Defendant has a channel on Bitchute.com called Crowdsource the Truth

(https://www.bitchute.com/channel/m3l8rAMF26gt/)

Defendant has a channel on Bitchute called Crazy_Dave

(https://www.bitchute.com/channel/z2Uf9iOV7Qym/).  This channel is used as an evidence

repository to store videos made by the Plaintiff and deleted by the Plaintiff.  As described in

these pleadings previously, in the videos Plaintiff makes public declarations against his own

interest, detailing his own family's history of mental illness, his vengeful, malicious plans to

destroy his nephew's medical career, expose details about the childhood sexual abuse of his

brother and other reprehensible things, incriminating himself and rendering himself defamation

proof with regard to public statements from third parties including Defendant.  Defendant

reminds the court that Plaintiff took the extrajudicial step of compelling Bitchute to remove the

evidence from Defendant's channel so it cannot be accessed.  Defendant retains a copy of the

video in his personal files and has produced it to Plaintiff along with other relevant videos.

DEFENDANT'S RESPONSE TO INTEROGATORIES - 5

Defendant has a page on gab.ai (https://gab.com/crowdsourcethetruth)

Defendant has a page on parler.com (https://parler.com/#/user/csthetruth)

Defendant has a page on minds.com

(https://www.minds.com/crowdsourcethetruth/)

Defendant has a page on Redbubble.com

(https://www.redbubble.com/people/csthetruth/shop)

During the time frame in question the Defendant also had a channel on Periscope, a video sharing platform operated by Twitter.  Twitter terminated Defendant's Periscope channel in the beginning of 2021 reporting the service would cease in March of 2021.  Periscope remains active but Twitter has terminated Defendant's account. (https://www.periscope.tv/csthetruth)

It is difficult for Defendant to recall all the social media platforms that have come and gone in the described period.  There may have been other channels operated by Defendant, but many have either ceased operating, have had a substantial change in functionality or offering, or have been abandoned by Defendant due to low viewership or other reasons.  For instance, Defendant has a channel on www.brandnewtube.com that has not been utilized by Defendant for months or more simply due to low viewership the poor user interface of the website.  In reviewing that channel for this response, it is apparent the business model of the platform has changed.  All of Defendants videos have been removed, and although the channel still exists it is empty, and Defendant is now prompted to purchase a paid membership in order to maintain video content on the site (https://brandnewtube.com/@crowdsourcethetruth).  As further example, during the timeframe in question Defendant operated a channel on www.Steemit.com but that has also been abandoned by Defendant and in reviewing it for this response, Defendant is unable to log in or retrieve the password or search for previously posted content.  It is unclear

DEFENDANT'S RESPONSE TO INTEROGATORIES - 6

to Defendant if any of Defendant's content remains on the site.  To the best of Defendant's knowledge, these URLs are the only that contain or did at one time contain content relevant to Plaintiff's claims.  If any additional social media platforms or specific URLs are identified, Defendant will make his best effort to access those platforms and provide access to whatever content may be deemed relevant.

**Request**

1) d.       For the period from June 14, 2015 to the present, identify each social media account, including platform and username, used by Defendant to post Plaintiff's name and/or picture.

**Response**

1)  d.   YouTube username Jason Goodman

YouTube username Crowdsource the Truth 2

YouTube username Crowdsource the Truth 3

YouTube username Crowdsource the Truth 4EVER

YouTube username Sunday with Charles

YouTube username David Hawkins' Discovery CSI

Patreon Username Crowdsource the Truth

SubscribeStar Crowdsource the Truth

Facebook username Crowdsource the Truth

Facebook username Crowdsource the Truth 2

Twitch.com username crowdsourcethetruth

VK.com username Crowdsource the Truth

D.live username crowdsourcethetruth

DEFENDANT'S RESPONSE TO INTEROGATORIES - 7

Rumble.com username csthetruth

Odysee.com username crowdsourcethetruth

LBRY.tv username crowdsourcethetruth

Bitchute.com username Crowdsource the Truth

Bitchute username Crazy_Dave

Periscope username @csthetruth

Gab username csthetruth

Parler username csthetruth

Minds uswername crowdsourcethetruth

**Request**

1) e. For the period from June 14, 2015 to the present, identify each email account used by Defendant to communicate information to others regarding Plaintiff

**Response**

1) e.   Defendant's primary email address for matters pertaining to Crowdsource the Truth is truth@crowdsourcethetruth.org.  Defendant can also receive email on truth@crowdsourcethetruth.com and responds to that address as well but does not typically initiate communications from that address.  Defendant also uses the email address jason@21stcentury3d.com and due to the functioning of some software programs, occasionally Defendant will inadvertently communicate Crowdsource the Truth related business via that address.  For a brief period of time, Defendant also had an encrypted email address jasongoodman72@protonmail.com.  This email address was created at the urging of Plaintiff's brother Webb and Webb's associated Oakey Marshall Richards.  Richards repeatedly comes up in Plaintiff's pleadings regarding

DEFENDANT'S RESPONSE TO INTEROGATORIES - 8

the incident in the Port of Charleston.  At some time in 2017 or 2018 to the best of

Defendant's recollection, Defendant terminated the use of

jasongoodman72@protonmail.com.  Proton mail offers encrypted email that purports

to offer the user an extreme level of privacy and security.  The tradeoff however is

less convenience for the user.  At some point after halting communications with

Richards and Webb, Defendant forgot the password and could no longer access to

jasongoodman72@protonmail.com.  When a user forgets their Proton Mail password,

they can no longer access the account unless they initiate a password reset process

which deletes all existing messages in the account.  Defendant cannot recall if any

communications related to Plaintiff took place over Protonmail, but all proton mail

communications are no longer accessible to Defendant.  To the best of Defendant's

recollection, these are the only email addresses used to conduct Crowdsource the

Truth business which would include any communications related to Plaintiff.

**Request**

1) f. Provide the location and a general description of documents or electronically stored

information—including writings, drawings, graphs, charts, photographs, sound

recordings, images and other data or data compilations—in the possession, custody or

control of Defendant regarding Plaintiff.

**Response**

1) f.   In addition to the locations and websites identified by Plaintiff in his various

pleadings, documents and electronically stored information—including writings,

drawings, graphs, charts, photographs, sound recordings, images and other data or

data compilations—in the possession, custody or control of Defendant regarding

Plaintiff are stored on the personal Macbook Pro laptop computer owned by
Defendant and one backup hard drive owned by Defendant.

**Request**

2. No later than January 15, 2021, Defendant shall produce to Plaintiff the following
documents for the period from June 14, 2015 to the present:

    a. All documents and communications between Defendant and Patreon.com (or its
representatives) regarding Plaintiff.

    b. All documents and communications between Defendant and any law enforcement
agency regarding Plaintiff.

    c. All emails sent or received by Defendant regarding Plaintiff.

    d. All documents regarding any social media posts by Defendant that refer to
Plaintiff and/or display his picture.

    e. All documents regarding Plaintiff's purported participation in what Plaintiff refers
to as the "Port of Charleston, S.C. dirty bomb hoax of June 14, 2017."

**Response**

2.

    a. Defendant searched all communications with Patreon.com and its representatives
including additional specific searches for communications with Jack Conte and
Colin Sullivan (which may have yielded duplicates) and produced all
communications regarding Plaintiff in a printed bates numbered document sent
via USPS to General Delivery Nevada City CA, 95959 on May 15, 2021

DEFENDANT'S RESPONSE TO INTEROGATORIES - 10

b.  To the best of Defendant's recollection, no documents exist that are responsive to this request all contact between Defendant and law enforcement has been via telephone or in person.

c.  Defendant searched all emails for the term Sweigert and the results in a printed bates numbered document sent via USPS to General Delivery Nevada City CA, 95959 on May 15, 2021

d.  The Defendant has included a USB memory stick containing 46.8GB of video data. Defendant has made his best effort to assemble all posts about Plaintiff, however Defendant objects to the broad language of the question as written. It is virtually impossible for Defendant to recall all social media posts from four years ago. Defendant will fully cooperate and make further best efforts to provide access to any other social media or another posts should Plaintiff become aware of such posts. Defendant can make a duplicate USB memory stick with the 46.8GB of video data available to chambers if it should please the court.

e.  Defendant has already included as evidence the book written by Plaintiff containing his own fictional account of events pertaining to the Port of Charleston event. (https://www.amazon.com/Report-Charleston-Dirty-Social-Liability/dp/1717056792/ref=sr_1_1?dchild=1&keywords=dave+sweigert&qid=1612627862&sr=8-1) Numerous additional documents exist or have existed but are not currently in Defendant's possession including a large number of videos and social media posts created by the Plaintiff that have since been deleted or otherwise rendered inaccessible to Defendant by deliberate actions of the Plaintiff or indirectly through the actions of third parties.

DEFENDANT'S RESPONSE TO INTEROGATORIES - 11

I hereby attest that the pleadings herein are accurate and true under penalties of perjury.

Signed this 15th day of May 2021

Respectfully submitted,

_____

Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S RESPONSE TO INTEROGATORIES - 12

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 1:18-cv-08653-VEC-SDA |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| JASON GOODMAN, | |
| Defendant | |

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of May 2021, I served true and accurate copies of the foregoing document to the following persons, either by deposit in the U.S. Mail, addressed as follows and with the correct first-class postage affixed thereto, or by deposit in the designated courthouse mailbox, or by hand-delivery as indicated below

**Name:** Pro Se Section of the U.S. District Court Southern District of New York

Served by

[X]    Temporary e-mail filing

[ ]    Deposit in the designated courthouse mailbox

[ ]    By deposit in the U.S. Mail addressed as follows:

Name:D. George Sweigert (aka David George Sweiger, aka Dave Acton)

[ ]    Hand-delivery

CERTIFICATE OF SERVICE - 1

[  ]       Deposit in the designated courthouse mailbox

[X]       By deposit in the U.S. Mail addressed as follows:


D. George Sweigert

General Delivery

Nevada City, CA 95959



    I hereby attest that the pleadings herein are accurate and true under penalties of perjury.

Further, I hereby attest that the attached exhibits are accurate and true copies of source

documents as described.

Signed this 15th day of May 2021



                                                    _____
                                                                Jason Goodman, Defendant, Pro Se
                                                                252 7th Avenue Apt 6s
                                                                New York, NY 10001
                                                                (323) 744-7594
                                                        truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2



**Use Priority Mail Express packaging or stickers.** Securely affix label to mail piece. Do not tape over barcode. Service guarantees begin with the acceptance processing of this item when brought to a USPS retail location, or when the item returns to the Post Office after being collected during delivery/collection or from a Priority Mail Express Collection box. This Online Record must be presented to Postal personnel if applying for a service related refund. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS™**   *Click-N-Ship® Label Record*   *DO NOT MAIL*

| PO ZIP Code 10001 | ☐ 1-Day ☒ 2-Day | **3:00 PM** | ☐ Flat Rate | |
| Weight lbs 4   ozs 7 | ☐ Address to PO Box | | Postage $74.85 | |
| No Delivery ☐ Saturday ☒ Sunday/ Holiday | Contents Value | | COD Fee | Ins. Fee $0.00 |
| | | | Total Postage & Fees $74.85 | |

**9481 7036 9930 0039 9520 76**

**Signature Service:**
Ship Date:                      05/15/2021          **SIGNATURE**
Scheduled Delivery Date:  05/17/2021          **REQUIRED**

---

**LABEL INFORMATION**

| FROM: | TO: |
|---|---|
| JASON GOODMAN<br>21ST CENTURY 3D<br>252 7TH AVE<br>NEW YORK NY 10001-7326 | DAVID GEORGE SWEIGERT<br>GENERAL DELIVERY<br>NEVADA CITY CA 95959-9999 |

Label Feb 2014          FOR PICKUP OR TRACKING GO TO USPS.COM          usps.com

**USPS Employee:** For service failure refunds, follow standard refund procedures.