**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

### PLAINTIFF'S SWORN DECLARATION IN SUPPORT OF MOTION FOR CONTINUANCE TO STAY PROCEEDINGS SIXTY (60) DAYS PURSUANT TO F.R.C.P. RULE 56(d)

Plaintiff hereby submits **this SWORN DECLARATION to support the Plaintiff's MOTION FOR A CONTINUANCE . . . PURSUANT TO F.R.C.P. 56(d) – ECF NO. 281.**

That motion seeks a stay of the briefing of the **Defendant's Rule 56 motion** until **September 1, 2021**. **ECF doc. No. 267 is cited as if fully restated herein**. Assertations made by the Plaintiff herein are certified under the penalties of perjury as truthful. A Certificate of Service appears on the LAST page of this pleading.

Signed this third day of June (6/3) of two thousand and twenty-one (2021).

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

## DECLARATION OF PLAINTIFF D. GEORGE SWEIGERT

NOW COMES THE PLAINTIFF to offer this sworn declaration in support of Plaintiff's motion for a sixty (60) day continuance pursuant to Federal Rules of Civil Procedure (F.R.C.P.) Rule 56.2.

1.      The undersigned has received a USB "jump drive" that contained 137 video files in the .MP4 format was received via postal authorities delivered to GENERAL DELIVERY, NEVADA CITY, CALIFORNIA on May 17th, 2021.  No other file media types were observed on the USB "jump drive", only video media files.

2.      Reviewing these files has indicted that the USB "jump drive" contains approximately 43.5 gigabytes of information.  This review took place on a TOSHIBA laptop with a Celeron Intel processor 900 using the Windows VISTA Home Basic (32 bit SP 1) operating system.  As part of the video file inspection process the undersigned "clicked" on each video file to engage a video player.

3.      The undersigned observed that the file size does not necessarily translate to the length of the video program.  For instance, a video file of 1,580,683 KB may be one hour and ten minutes long (1:10.00) and a video file of 668,091 KB may also be one hour and ten minutes (1:10.00) long as well.

4.      The USB file directory displays video files as a "QuickTime Video File".  The file names appear to be confusing and it is difficult for the undersigned to understand the indexing scheme of these files.  A typical file is labeled "2019-02-10-20-18-38 Live 1,845,431 KB (kilobyte). When accessed, a video player displays the file media.

5.      Thirty-three (33) of the video files appear to be interviews between the Defendant and David Charles Hawkins, White Rock, British Columbia, which range in run time from one (1) hour to one (1) hour and ten (10) minutes (1:00.00 – 1:10.00).  The undersigned estimates that it will take approximately forty (40) hours just to watch the content of these 33 videos.  This estimated duration represents merely watching the content and does not account for stopping the video player to make notes.

6.      Twelve (12) of the video files appear to be interviews with Mr. Hawkins by the Defendant which range in run time from forty-eight (48) minutes to fifty-five (55) minutes.  The undersigned estimates that it will take approximately thirteen (13) hours to watch this content.  This estimated duration represents merely watching the content and does not account for stopping video player to make notes.

7.      Seventy-seven (77) videos appear to be screen captures of someone directing the browser to a YouTube channel entitled "Prepper Kitty Intel".  The screen capture operator selects a video to be played and allows the video to display from the said YouTube channel.  This group of videos have a duration in length (run time) of approximately four (4) minutes to six (6) minutes.

**8.**      After selection, or clicking, on **ALL** the video files contained on the USB drive no videos were observed that contained content with **Michael Barden (targeted individual), Brian Vukadinovich (counter lawfare experts), Jared and Elizabeth Beck (attorneys), Oakey Marshal Ricjards, aka "MR. HUDSON", George Webb Sweigert (co-host), Kevin Marsden (Poland), Harmon Wilfred (New Zealand) or Quinn Michaels (co-host).**

9.      The undersigned recalls that the Defendant made approximately twenty (20) videos with **Quinn Michaels, aka Korey Atkins**, that discussed the undersigned. (See **Exhibit ONE**)  These video files were not included in the USB "jump drive" (missing).

10.    The undersigned recalls that the Defendant made at least five (5) videos with **George Webb** discussing the undersigned.  This includes the Port of Charleston "dirty bomb hoax" video of June 14th, 2017.  Another such video featured **George Webb** and the Defendant communicating **Quinn Michaels** in Mt. Shasta, California (July 2017).  These video files were not included in the USB "jump drive" (missing).

11.    The undersigned recalls that the Defendant made about five (5) videos discussing the undersigned with **Oakey Marshall Richards**, aka "MR. HUDSON".   These video files were not included in the USB "jump drive" (missing).  (See **Exhibit TWO**)

12.    The undersigned recalls that the Defendant made about five (5) videos discussing the undersigned with **Michael Barden**.  These video files were not included in the USB "jump drive" (missing).

13.    The undersigned recalls that the Defendant made about five (5) videos with **Brian Vukadinovich** discussing the undersigned.  These video files were not included in the USB "jump drive" (missing).

14.    The undersigned recalls that the Defendant made at least three (3) videos with **Jared and/or Elizabeth Beck** discussing the undersigned.  These video files were not included in the USB "jump drive" (missing).

15.    The undersigned recalls that the Defendant made at least four (4) videos with **Harmon Wilfred** that discussed the undersigned.  There is one such a video included in the USB "jump drive".  The other video files were not included in the USB "jump drive" (missing).

16.    On June 2, 2021, the undersigned exchanged seven (7) e-mail messages with **George Webb Sweigert** to have same sign a sworn statement or deposition.  In all seven (7) replies to

Mr. Webb-Sweigert provided evasive and non-sensical replies.  This creates an impression for the undersigned that obtaining a statement will be difficult for the undersigned.

17.     The undersigned believes that Mr. Webb-Sweigert is presently staying with his son, Dr. **Joshua Kinglsey Sweigert**, an internist at the U.C.L.A. radiology institution in West Los Angeles, near Santa Monica, California.  Attempts are being made to contact Dr. J. K. Sweigert to locate Mr. Webb-Sweigert.

18.     The undersigned is in the process of hiring a Maryland licensed private investigator to determine the address for **Corean Elizabeth Stoughton in Hanover, Maryland** for service of a Rule 45 subpoena for her deposition.  The undersigned is presently in discussions with a Maryland based law firm to negotiate a limited engagement for the purpose of questioning **Ms. Stoughton** in the format of a deposition.  The undersigned is validating an address for Ms. Stoughton in Jacksonville, Florida where her son is allegedly a junior high school substitute teacher.  It is believed that Ms. Stoughton may attempt to stay with her son in Florida to evade process.  These conditions have complicated the process to serve **Ms. Stoughton**.

**19.**     The undersigned presently has exchanged e-mail messages with the legal representatives of Twitter.Com to obtain copies of tweets posted by the Defendant with regards to the undersigned.  Twitter is requesting a Rule 45 subpoena and the undersigned is working along these lines to obtain the proper subpoena.  The proposed Rule 45 subpoena will also seek information on the **@georgWebb** Twitter account that has allegedly been hijacked by **Ms. Stoughton** in addition to the Defendant's tweets.

**20.**     The undersigned will need additional time to clarify exactly what Ms. Stoughton implied when she sent an e-mail message to the Defendant objecting to his use of the phrase "dead beat dad" and attributing such a phrase to her.  (See **Exhibit THREE**).

21.     As the Court will recall, the Defendant placed his JASON GOODMAN YouTube

channel on an offline hidden status creating the non-availability of 2,333 videos April 12, 2021.

The undersigned has exchanged e-mail messages with the legal counsel of YouTube, LLC to

obtain copies of video content that has not been turned over by the Defendant as part of his

discovery obligations (see aforementioned names of co-hosts).  Again, this will require a Rule 45

subpoena.

22.     The Plaintiff is having difficulty understanding the universe of "associates" to whom the

undersigned has supposedly worked with or collaborated with.  For example, in Statement #1

(**Dkt. 278**) the issue of "Sweigert and his associates", to include the founder of the QAnon

conspiracy theory Manuel Chavez, III, will remain in dispute as the undersigned does not know

the names of these so-called associates.  This issue requires more definitazation by the Defendant

as to the exact names of associates for whom the undersigned worked or collaborated with.  This

is required so that the undersigned can collect the necessary affidavits from such parties.

23.     The same is true with regards to Statement #3 (**Dkt. 278**) as well.  No information has

been presented by the Defendant as to what "stuff" was handed over to the Federal Bureau of

Investigation (F.B.I.).  It would be extremely helpful if the Defendant could provide a date and

time of when he contacted the F.B.I.  This information should include the location of the F.B.I.

field office and the telephone number he called.    Statement #3 alleges the inclusion of "George

Webb" in the information given to the F.B.I.

24.     The undersigned believes that it is critical to the determination of whether or not the

Defendant expressed a mere opinion (as asserted by the Defendant in **ECF doc. 279**) or was in

fact engaged in an investigation with the F.B.I.  To this end, the Plaintiff is left without any

indication as to the nature or extent of the so-called investigation, which the Defendant purportedly initiated.  F.B.I. thresholds for investigations should be considered here.

25.     The undersigned has reviewed the ATTORNEY GENERAL'S GUIDELINES ON GENERAL CRIMES, RACKETEERING ENTERPRISE AND DOMESTIC SECURITY/TERRORISM INVESTIGATIONS and has observed that "on some occasions the FBI may receive information or an allegation not warranting a full investigation -- because there is not yet a "reasonable indication" of criminal activities, or the FBI may initiate an "inquiry" involving some measured review, contact, or observation activities in response to the allegation or information indicating the possibility of criminal activity".

26.     The undersigned remains perplexed as to what exactly the Defendant was a "reasonable indication" of criminal activities.  The Defendant should certainly be able to state an articulable suspicion of the activity complained of, which would be of immense assistance to the undersigned in determining how to respond to **ECF doc. No. 279.**  Stating that "all that stuff has gone to the F.B.I." indicates the Defendant transmitted artifacts to the F.B.I.

27.     The undersigned continues to wonder what exactly were these artifacts?  The Defendant should be able to state the artifacts that he transmitted to the F.B.I.  Without such a statement, the coercive threat that someone "had better stop it" or else "stuff will go to the F.B.I." presents a problematic issue for this Court in determining the level of protected petitioning activity of the Defendant.  Without more details, such statements appear to be coercive in nature and directed at the Plaintiff, which have nothing to do with any type of "inquiry" or interest by the F.B.I.

28.     The undersigned believes that the Defendant's communications may have been little more than a crank phone call to the so-called F.B.I.  Believing that something may be illegal is not the same as "turning all that stuff over to the F.B.I." which does not create an inference of

opinion.  Rather, it creates the impression that perhaps the F.B.I. requested artifacts from the

Defendant.  There is no way to determine if such a statement is a mere opinion or protected

activity without further definitazation.  (See **Exhibit Seven**)  *"I have submitted my evidence*

*against you to the NY FBI field office and anticipate they will contact you soon.  If you'd like to*

*challenge me in civil court, I invite you to file your complaint.* "and "*You are hurting yourself by*

*generating a growing collection of evidence that indicates very strongly that you are engaged in*

*an <u>organized criminal harassment campaign</u> against me personally as well as other serious*

*potentially criminal offenses*."  Defendant 3/30/2018  [emphasis added]

29.     The same is true for <u>Statement #5</u> (**Dkt.** 278).  Defendant has not supplied the name or

position of supposed post office officials he had spoken with.  It will be nearly impossible for the

undersigned to corroborate the Defendant's account that he spoke to someone at the post office.

The undersigned needs to have a better understanding of the personnel that were contacted, as in

postal inspector, postmaster, location of office, etc.

30.     The same is true for <u>Statement #6</u> (**Dkt. 278**) regarding the phrase "threatening" a federal

judge.  The undersigned is attempting to acquire printed copies, or paper-based copies, of the

indictments issued by Larry Klayman, esq. and Jason Goodman as part of the CrowdSource The

Truth "Citizens' Grand Jury".  The undersigned has not been able to locate the actual documents

that served as an "indictment" that was produced (as shown in video content) by

Klayman/Goodman (Defendant).  (See **Exhibit FOUR**)

31.     Defendant has not elaborated on whether he is still in possession of the so-called "burner"

cellular phone that his associate **Oakey Marshall Richards** (aka MR. HUDSON) told him to

acquire.  It would be most helpful to have the telephone number of such a "burner" phone.  If the

Defendant has discarded the "burner" phone, it would be helpful if same was clearly stated.  (See **Exhibit TWO**)

32.      The undersigned requires additional time to address the Defendant's conflagration of the undersigned with "associates" to include Robert David Steele of Fairfax, Virginia (**ECF doc. 279**).  As shown in **Exhibit FIVE** the Defendant was put on notice in late 2017 that the undersigned had no relationship with Robert David Steele or his attorney (Steve S. Biss). Further discovery is needed to identify how the Defendant has created this conflagration of "associates" following the dozen of so e-mail messages that assert the same point of view as **Exhibit FIVE**.  Without further definitazation of this matter, the undersigned will not be able to provide an adequate defense to **ECF doc. no. 279**.

33.      The Plaintiff believes that this Court will be unable to determine the nature of the Defendant's speech with regards to public advocacy vs. settling personal scores or grievances. The undersigned believes that evidence of using "public advocacy" speech in settling personal scores by the Defendant is germane to this lawsuit.  The volume of artifacts to demonstrate such "personal grievances" will require time to scan the Internet for specific examples.  The undersigned believe it is possible to obtain such evidence and provides **Exhibit SIX** of the character, tone and quality of such artifacts.  See **Exhibit SIX**.

34.      The Plaintiff believes that a demonstration of "personal score settling" will invalidate lofty arguments of "free speech", "Investigative journalism", "public advocacy", etc.  This will be, in the Plaintiff's opinion, a core issue to the anti-SLAPP assertions.  This speaks directly to identifying the Defendant's speech which are directed to the Plaintiff and not the public.  The Court, in the view of the undersigned, will need to adjudicate speech related to public advocacy, petition, or public-interest news vs. settling old scores.

35.     Signed this third day of June (6/3) of two thousand and twenty-one (2021) under

penalties of perjury.

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
*SPOLIATION-NOTICE@MAILBOX.ORG*

All of the following EXHIBITS are true and accurate copies of the original source documents, so
sworn under oath.

*D. GEORGE SWEIGERT*

# EXHIBITS

# START

# EXHIBIT ONE



**Above: Quinn Michaels and Defendant discuss the Plaintiff's alleged attack**

# EXHIBIT TWO



**Hudson Live**
Jason Goodman • 11K views • 2 years ago
As tensions mount, Mr. Hudson appears live for the first time. Download the live chat comments as a PDF - https://drive.google.com/file/d/0B6-xZMRm0ehvd1RqWmRZSlR3U1k/view?usp=sharing Video

**Hudson Report - Criminal Congress**
Jason Goodman • 8.7K views • 2 years ago
Mr. Hudson continues to name names in the time and manner of his choosing as he enumerates a stunning historical list of Congressional crimes and misdeeds. Become a sponsor of Crowdsource the

**The Hudson Report - MISSION CONGRESS**
Jason Goodman • 4.6K views • 2 years ago
Mr. Hudson and I finalize the plan to delivery the Crowdsource message to members of Congress. Hudson Groups provide insight into Joe Napoli's revelations in the Beranton Whisenant death investiga...

**The Hudson Report - North Korean H-Bomb**
Jason Goodman • 5.6K views • 2 years ago
Mr. Hudson is up late analyzing incoming intel re: North Korean nuclear weapons capabilities and implication. Become a sponsor of Crowdsource the Truth and support the effort http://paypal.me/cro...



**Hudson Exposed - Ray Looker's Firsthand Account of the Sinister Deception of Okey Marshall Richards**
Jason Goodman • 7.1K views • 1 year ago
About 1 year ago, George Webb Sweigert introduced me to an individual allegedly named "Richard Stone". According to the two, Stone was a Vietnam veteran with experience as a "contractor to U.S. in...

**Catching up with Mr. Hudson Late Night Call From D.C.**
Jason Goodman • 10K views • 2 years ago
After a long day, Mr. Hudson shares a variety of insights. Bruce the Patriot death threat tweet (according to NPC) - https://twitter.com/BruceThePatriot/status/903291470521581568 Become a sponsor...

**Mr. Hudson Responds to "Smear" Comments**
Jason Goodman • 8K views • 2 years ago
Mr. Hudson's North Korea report was met with numerous negative comments. Was this an organic response or was it a deliberate smear? Grass roots or astro turf? Become a sponsor of Crowdsource

**The King and I, and Mr. Hudson**
Jason Goodman • 10K views • 2 years ago
A candid conversation with King James and Mr. Hudson about the state of U.S. - North Korean relations.



**The Hudson Report August 23, 2017**
Jason Goodman • 6.8K views • 2 years ago
Mr. Hudson and I discuss unfortunate Twitter fallout, EM warfare against the U.S. Navy, Chinagate, spies
selling State Secrets, FBI whistleblower Michael McMahon, the often discussed and little und...



**The Hudson Report Dirty Bomb Breaking News**
Jason Goodman • 7K views • 2 years ago
Reuters and Florida Maquis report on an Indonesia terror plot to use a dirty bomb and potential
connections to recent U.S. Navy incidents. Become a sponsor of Crowdsource the Truth and support



**Hudson Returns**
Jason Goodman • 12K views • 2 years ago
Mr. Hudson returns to answer his critics (and mine) as well as providing his insights into ongoing
international and domestic matters including #Qanon. Videos Mr. Hudson recommends re: Naval



**Hudson Report PHX**
Jason Goodman • 6.1K views • 2 years ago
Updates from Mr. Hudson as I make my way to Phoenix, AZ to attend the Trump rally where POTUS is
widely expected to pardon controversial Sheriff Joe Arpaio, or will he? Upon arriving in Phoenix, M...



**Hudson Report - Is Imran Awan's Lawyer Lying?**
Jason Goodman • 10K views • 2 years ago
Mr. Hudson weighs in on a threatening lawyer letter sent to Andre Taggart, the possibility that
Christopher Gowen has lied in court, the incredibly stupid nature of Robert David Steele's fake lawsu...



**The Hudson Report August 26, 2017 U.S. Diplomats Under Attack in Cuba**
Jason Goodman • 5.1K views • 2 years ago
U.S. Diplomats in Cuba are reporting unusual symptoms as official explanation claim they are the
victims of "sonic" weapons attacks. Mr. Hudson offers intelligence that provides an alternate exp...



**Hudson Report Awan Bros IT Scandal Hearing**
Jason Goodman • 10K views • 2 years ago
Mr. Hudson returns after being off grid for several days on a recon mission. He weighs in on the Las
Vegas massacre, Tom Fitton's Awan hearing and other topics. Become a sponsor of Crowdsource th...



**The Hudson Report, USS John McCain Directed Energy Weapon Attack?**
Jason Goodman • 35K views • 2 years ago
The Hudson Intelligence Group does not believe it to be within the realm of coincidence that two US
Naval vessels could be rammed by merchant marine ships. Is a new form of sophisticated electroni...

 **The Hudson Report BREAKING NEWS - Awans Selling State Secrets**
Jason Goodman · 9.7K views · 2 years ago
I've just received a call from Mr. Hudson with astonishing breaking news. This is historic. Become a sponsor of Crowdsource the Truth and support the effort http://paypal.me/crowdsourcethetruth ...

 **Hudson Report - Benjamin Paddock & Battlefield Las Vegas**
Jason Goodman · 24K views · 2 years ago
Become a sponsor of Crowdsource the Truth and support the effort http://paypal.me/crowdsourcethetruth https://www.patreon.com/crowdsourcethetruth Public Bitcoin

 **Checking in with Hudson on the Way to D.C.**
Jason Goodman · 6.4K views · 2 years ago
With possibly significant new developments in the Seth Rich murder case revealed last night by George Webb, I felt it important to check in with Mr. Hudson on my way to Washington. Mr. Hudson expr...

 **Hudson Report August 25, 2017**
Jason Goodman · 8.5K views · 2 years ago
Mr. Hudson reports on disappearing cargo ships, the Awan brothers spy ring, possible treason in congress and what the Crowdsource community can do about it now.

 **Hudson Report August 24, 2017**
Jason Goodman · 6.1K views · 2 years ago
Mr. Hudson and I discuss the fallout of yesterday's conversation and what lies ahead in the days to come. It's been a rough road but we press on. Michael McMahon FBI whistle blower interview - ht...

 **The Hudson Report**
Jason Goodman

Hudson Report Awan Bros IT Scandal Hearing · 33:28
Hudson Report - Naming Names: John McCain · 38:36
VIEW FULL PLAYLIST (14 VIDEOS)

 **The Hudson Report Message to Congress on Clear and Present Danger**
Jason Goodman · 8.8K views · 2 years ago
Last minute advice from Mr. Hudson on my way to Washington D.C. to deliver the report on the Awan Brothers spy ring. Become a sponsor of Crowdsource the Truth and support the effort http://paypal...

 **Hudson Report Las Vegas Shooting**
Jason Goodman · 11K views · 2 years ago
Mr. Hudson goes into detail about the ongoing investigation into the Mandalay Bay shooting. Become a sponsor of Crowdsource the truth and support the effort http://paypal.me/crowdsourcethetruth ...



### Hudson Revealed
Jason Goodman • 20K views • 2 years ago

With over 40 years of military, intelligence and clandestine experience, confidential Crowdsource operative codename: HUDSON steps forward after months in the shadows. While operating in the bac...



### The Hudson Report
Jason Goodman • 11K views • 2 years ago

Mr. Hudson returns with more information and insight. Refer to today's Hudson Report PDF document. https://drive.google.com/file/d/0B6-xZMRm0ehvUXY2WFZmbzZTWXc/view?usp=sharing Become a



### Hudson Report - Naming Names: John McCain
Jason Goodman • 15K views • 2 years ago

The names are known, they've been listed already. The extent of the deeds may not be as well known to many. Hudson begins to name names as only he can. Become a sponsor of Crowdsource the Truth ...



### The Hudson Report - Multiple Shooters in Las Vegas?
Jason Goodman • 17K views • 2 years ago

Mr. Hudson provides his analysis that indicates multiple shooters, multiple rates of fire and multiple caliber weapons. Become a sponsor of Crowdsource the Truth and support the effort http://pay...

# EXHIBIT THREE

---------- Original Message ----------
From: Corean Elizabeth <icorean@icloud.com>
To: spoliation-notice@mailbox.org
Date: 05/03/2021 3:38 PM
Subject:


Making sure you get this as part of Discovery.

Even though I am under no obligation, I freely offer this to correct the record.



From: **Corean Elizabeth** ›
To: **Jason Goodman** ›
Today at 9:13 AM

I am going to correct the record.  This is a serious allegation and forces me to have to contact you back.  I DID NOT SAY THOSE WORDS.  During the time I knew Dave, I know he sent his ex-wife money in the form of a check, multiple times, to help her care for their son.  As his son is an adult, he was under no obligation to do that, but did so bc that's what he wanted to do.  In most people's opinion that would be the opposite of a "dead beat Dad".   What I likely said, was that Dave felt some guilt that he wasn't there to raise his son.  This is a true statement.  If you inferred from that, Dave is a "dead beat Dad", that's your problem.  I know I never said those words.  Your other problem, is that you blasted that on Twitter, and multiple times.  No matter, I'm not responsible for your actions.

Don't allege serious false allegations against me, and I won't have a reason to contact you.

## **EXHIBIT FOUR**



Hillary Clinton Faces Justice in Citizens Grand Juries with
Special Guest Larry Klayman
12K views • Streamed 2 years ago

 Jason Goodman

If the Department of Justice is corrupt how are the citizens of the U.S. supposed to see
justice? Larry Klayman of ...



Freedom Watch Citizens Grand Jury – Mueller Indictment Part 2 Dr. Jerome Corsi's Witness
Testimony
11,940 views • Streamed live on Jun 27, 2019

👍 632    👎 37    ➦ SHARE    ⊟ SAVE    ⋯

**Above: CrowdSource The Truth Citizens' Grand Jury indicting Robert S. Mueller, III**

**Defendant is seen in grey suit with pink shirt (far right)**

# EXHIBIT FIVE

---------- Original Message ----------
From: "Steven S. Biss" <stevenbiss@earthlink.net>
To: spoliation-notice@mailbox.org, Jason Goodman <truth@crowdsourcethetruth.org>
Cc: Robert Steele <robert.david.steele.vivas@gmail.com>, Johan Conrod
<rjconrod@kaufcan.com>, "Terry C. Frank" <tcfrank@kaufcan.com>
Date: 12/02/2017 5:22 PM
Subject: Evidence Preservation Notice


TO WHOM IT MAY CONCERN:

I represent Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), in
connection with an action pending in the United States District Court for the Eastern District
of Virginia, Richmond Division, styled Robert David Steele and Earth Intelligence Network v.
Jason Goodman, Patricia A. Negron and "Queen Tut", Case 3:17-cv-601-MHL (the "Virginia
Litigation").

On December 1, 2017, Mr. Steele received the attached email via a general business email
box, contact@unrig.net.

The email appears to have been sent by someone or something called "mailto:"spoliation-
notice@mailbox.org".

Please be advised that my clients are not affiliated or associated in any way with the sender of
the email or with any organization putatively called "mailbox.org". My clients had no input in
the preparation of the email. My clients do not agree, adopt or endorse in any way the
statements in the email. My clients did not request that any email be transmitted to "Ladies
and Gentleman" at any "offices" for any reason. Indeed, my clients had no knowledge of the
email until it was received at contact@unrig.net.

Specifically, my clients did not and do not request any "Evidence Preservation" on any records
"held by your organization" for any reason. I also point out that discovery has not begun in the
Virginia Litigation as there has been no Rule 26f conference.

The email states that the "target of this evidence preservation" is Jason Goodman, CHELSEA
MERCANTILE BUILDING, 252 7th Avenue, No. 6S, New York, NY 10001. The email
further states as follows: "Of primary concern is any documentation in your possession that
would indicate that Mr. Goodman is authorized to conduct business operations in this
apartment. This would include copies of certificates of occupancy, business licenses, etc. Mr.
Goodman collects electronic wire transfers to support a YouTube conspiracy and hoax show
known as "Crowd Source The Truth". Mr. Goodman is presently a defendant in a federal
lawsuit in the courts of Virginia for activities related to this show. Allegations range from

slander, defamation to cyber-stalking. Below is a link to the most recent production of his show that purports to question the law enforcement investigation of the Federal Bureau of Investigation (FBI) and Las Vegas Metro Police Department (copied as a courtesy). https://www.youtube.com/watch?v=2FQUWgsZYa4https://www.youtube.com/watch?v=2FQ UWgsZYa4 During the summer of 2017 Mr. Goodman apparently hosted an individual in this apartment at No. 6S known as George Webb Sweigert as a room-mate, business associate, friend, or other unknown relationship. During broadcasts of Mr. Goodman with Mr. Sweigert an incident was created known as the "dirty bomb hoax" that led to the emergency closure and shut-down of the Port of Charleston, S.C. which prompted the FBI to conduct an investigation of "GEORGE WEBB", as reported in the New York Times and CNN (June 2017). The foregoing underscores the litigation needs for evidence related to this apartment, especially for the previous six months. This also demonstrates the importance of evidence preservation. Therefore, we ask that you safely preserve, archive and protect any and all materials and evidence related to Mr. Goodman and this apartment."

I am in receipt of an email from Jason Goodman dated December 1, 2017 in which Mr. Goodman states, "The anonymous individual sending these messages under the name 'Spoliation Notice' is believed to be David George Sweigart a mentally disturbed person who resides in Mt Shasta CA and has been harassing me over the internet for the past six months. Please disregard the message and / or assist me in prosecuting this individual for cyber harassment."

Rudimentary internet research indicates that "David George Sweigart", aka "Dave Acton", is the brother of "George Webb". https://www.youtube.com/watch?v=AjGAo20bW8s. "George Webb" is an individual who is or was associated with Jason Goodman. Mr. Webb, aka "George Webb Sweigart", is a witness in the Virginia Litigation. See https://www.youtube.com/watch?v=CS0GZaR6b6U&feature=youtu.be.

My clients are not involved in any way in any dispute between Mr. Goodman and David George Sweigart. However, I join in Mr. Goodman's request that you disregard the "Evidence Preservation Notice", as it has absolutely nothing to do with the Virginia Litigation.

Call or email me if you have any questions at all about the Virginia Litigation or my email. I am copying my colleagues Johan Conrod and Terry Frank at Kaufman & Canoles in Richmond,, Virginia, who represent Defendant, Patricia A. Negron, in the Virginia Litigation. Feel free to reach out to either Johan or Terry to discuss the matter.

If you verify or determine the identity of the sender of the fake email, please provide it to me so I can advise the District Court here in Virginia.


Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Mobile: (804) 501-8272
Facsimile: (202) 318-4098

Email: stevenbiss@earthlink.net
Email: ssbiss@yahoo.com
LinkedIn: www.linkedin.com/in/steven-s-biss-6517037
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, I inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.

# EXHIBIT SIX

---------- Original Message ----------
From: Jason Goodman <truth@crowdsourcethetruth.org>
To: Spoliation Notice <spoliation-notice@mailbox.org>
Date: 11/30/2017 11:17 PM
Subject: You are a coward and seemingly insane


David,

You claim to be a brave military veteran, yet like a childish coward, you make dopey videos
poking fun at me and send intentionally defamatory (per se libel) emails to third parties
without revealing who you are.  It is a sad, pathetic situation.  Stop harassing me and find
something more productive to do.  I can see now why your own (also possibly insane)
brother would betray you and have sex with your wife.  Do you think about his penis
entering her?  Did he give her his seed?  Did she orgasm with George?  Perhaps he was able
to satisfy her sexually in ways you were unable.  What a wonderful time the two of them
must have had.  The intimacy they shared and the total lack of respect either of them had /
have for you is truly staggering.  It's one of the worst things I could imagine.  You should go
somewhere and roll up into a ball and cry about it.  Not even your own family members can
tolerate you. I spoke with another one of your brothers recently who told me how crazy you
are and how that has resulted in him not speaking to you for years.  You really should be
confined to a mental institution for your own safety and that of others.  How you ever
convinced a woman to marry you remains a mystery.

Maybe you should just fuck off.

Have a nice day.

Jason

# EXHIBIT SEVEN

---------- Original Message ----------
From: Jason Goodman <truth@crowdsourcethetruth.org>
To: Spoliation Notice <spoliation-notice@mailbox.org>
Cc: "corina.davis@redbubble.com" <corina.davis@redbubble.com>,
"colin@patreon.com" <colin@patreon.com>, "lawenforcement@paypal.com"
<lawenforcement@paypal.com>, George Webb <georg.webb@gmail.com>
Date: 03/30/2018 4:36 PM
Subject: Re: Warning and Caution Notice


Mr. David George Sweigert,

Mental illness is a serious matter, you need to seek help.  You are hurting yourself by
generating a growing collection of evidence that indicates very strongly that you are
engaged in an organized criminal harassment campaign against me personally as well
as other serious potentially criminal offenses.  Every person you have CC'd on this
message fully realizes that no actual lawyer would send anonymous messages from the
"Evidence Collection" department and the messages themselves represent harassment
as I have instructed you to terminate communications with me.

I have submitted my evidence against you to the NY FBI field office and anticipate
they will contact you soon.  If you'd like to challenge me in civil court, I invite you to
file your complaint.  It will merely save me the filing fees when I counter sue you for
the well documented slander and defamation campaign you have been waging which
includes per se libel among other civil torts and potential criminal actions on your part.

You are making matters far worse for yourself every day.  My friendly advice is that
you cease and desist and discontinue your harassment and / or any mention of me or
my company moving forward.

Jason Goodman


> On Mar 30, 2018, at 10:24 AM, Spoliation Notice <spoliation-notice@mailbox.org>
wrote:
>

> THIRD NOTICE AND WARNING
>
> Dear Sir,
>
> Attached are screen shots of yet another YouTube video on the channel "Crowd Source The Truth" that attacks an individual with slander.
>
> As you are well aware, the content you have published regarding our client (Mr. Sweigert) is in error, false, and misleading.  This is the third such video in as many weeks.
>
> This is your third warning to cease and desist from the publication of false, deceptive and grossly inaccurate information.
>
> As you are well aware, a wire fraud racketeering lawsuit will name your electronic payment partners as co-defendants, thus they have been copied in this communication.
>
> Your co-defendant, George Webb, is also copied.
>
> Evidence Collection Team
>
>
>
>> On March 21, 2018 at 12:23 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>>
>>
>> Mr. Goodman,
>>
>> We suggest you simply acknowledge this e-mail.
>>
>> We do not wish things to become unpleasant.
>>
>> Evidence Collection Team
>>
>>
>>
>>> On March 21, 2018 at 6:36 AM Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>>>

>>>

>>> Dear Sir,

>>>

>>> Kindly acknowledge your receipt of this notice.

>>>

>>> Evidence Preservation Team

>>>

>>>

>>>

>>>> On March 19, 2018 at 3:14 AM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>>

>>>>

>>>> Dear Sir,

>>>>

>>>> You recently broadcast a YouTube video implicating our client (Mr. Sweigert) in a conspiracy against you (see attached).

>>>>

>>>> This is an error, an incorrect statement, and a falsehood.  Your assertion that our client is involved with the people you mentioned is wrong, inaccurate, a misrepresentation and false.  There is no such participation in any activities that you described.

>>>>

>>>> Demand is hereby made that you cease and desist from involving our client in this form of deception.

>>>>

>>>> Evidence Preservation Team

>>>>

>>>>

>>>>> On December 3, 2017 at 10:11 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>>>

>>>>>

>>>>> Copy for your files

>>>>>

>>>>>

>>>>> ---------- Original Message ----------

>>>>> From: Jason Goodman <truth@crowdsourcethetruth.org>

>>>>> To: Spoliation Notice <spoliation-notice@mailbox.org>

>>>>> Date: November 30, 2017 at 11:17 PM

>>>>> Subject: You are a coward and seemingly insane

>>>>> David,

>>>>>

>>>>> You claim to be a brave military veteran, yet like a childish coward, you make dopey videos poking fun at me and send intentionally defamatory (per se libel) emails to third parties without revealing who you are.  It is a sad, pathetic situation.  Stop harassing me and find something more productive to do.  I can see now why your own (also possibly insane) brother would betray you and have sex with your wife.  Do you think about his penis entering her?  Did he give her his seed?  Did she orgasm with George?  Perhaps he was able to satisfy her sexually in ways you were unable.  What a wonderful time the two of them must have had.  The intimacy they shared and the total lack of respect either of them had / have for you is truly staggering.  It's one of the worst things I could imagine.  You should go somewhere and roll up into a ball and cry about it.  Not even your own family members can tolerate you. I spoke with another one of your brothers recently who told me how crazy you are and how that has resulted in him not speaking to you for years.  You really should be confined to a mental institution for your own safety and that of others.  How you ever convinced a woman to marry you remains a mystery.

>>>>>

>>>>> Maybe you should just fuck off.

>>>>>

>>>>> Have a nice day.

>>>>>

>>>>> Jason

> <Untidave--swetled.jpg><Untisssqqqaaawetled.jpg>

# EXHIBITS

# END

## CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the third day of June (6/3), two thousand and twenty-one (2021).**

| Clerk of the Court, Room 200 temporary_pro_se_filing@nysd.uscourts.gov | Jason Goodman, CEO truth@crowdsourcethetruth.org |
|---|---|

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*