UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

-against-

Jason Goodman,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021
```

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Plaintiff is reminded that he has until July 1, 2021 to file his opposition to Defendant's motion for summary judgment. (*See* 5/4/2021 Order, ECF No. 270.) The Court will not accept piecemeal filings in opposition. Instead, Plaintiff must file a single consolidated opposition by the July 1 deadline, clearly labeled as such, including any arguments raised in the documents filed at ECF Nos. 281, 282 and 284.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

DATED:    New York, New York
                June 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge