Jason Goodman
252 7th Avenue #6s
New York, NY 10001

June 14, 2021

District Judge Valerie E. Caproni
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

SUBJ:    Letter from Plaintiff D. George Sweigert containing spurious
accusations intended to delay these proceedings
1:18-cv-08653-VEC-SDA

Your Honor,

I have just downloaded Plaintiff's letter dated June 14, 2021 from the docket.  This letter asserts incorrectly that I was obligated to supply Plaintiff with a Word version of my Rule 56.1 statement submitted to the court on June 1, 2021 (ECF No. 280) pursuant to Magistrate Judge Aaron's order of May 4, 2021 (ECF No. 270) as well as oral orders issued during the preceding Discovery conference.

During a discovery status conference with Magistrate Judge Aaron on March 11, 2021 Defendant was ordered to provide Plaintiff with paper documents only, and to mail those to the General Delivery address at the Nevada City CA post office, pursuant to earlier false allegations by Plaintiff that Defendant had sent malware in previous electronic communications.  There was no basis in fact for that claim, it was and is false.  Plaintiff has not explained what has changed since the time he made the false allegation that now causes him to want electronic production and no order has been issued by the court instructing Defendant to do so.

Defendant was following the direct oral orders Judge Aaron per the conference on March 11, but moreover, when appearing before Judge Aaron it is Defendant's understanding that matters shall be conducted in accordance judge Aaron's Individual Practices for Civil Cases. These practices are applicable to cases before Judge Aaron if the matter is within the scope of the District Judge's order of reference or if the parties consent to have the case before Judge Aaron for all purposes pursuant to 28 U.S.C. § 636(c).

https://www.nysd.uscourts.gov/sites/default/files/practice_documents/SDA%20Aaron%20Individual%20Practices%20Revised%20July%206%202020.pdf

1

Under Judge Aaron's Individual Practices, there is no requirement to provide a Word version of my 56.1 Statement. This causes Defendant to believe Plaintiff's current demand is nothing more than the latest effort by him to further delay and prolong this matter in his ongoing effort to harass Defendant Goodman and by extension this court.

Lastly, as an IT expert and Certified Ethical Hacker, Sweigert must be aware that Microsoft Word and even the free, online equivalent Google Docs, can both open and edit PDF documents as if they were Microsoft Word documents making a distinction between the two formats potentially obsolete or at least irrelevant in this instance.  In fact, this response letter was created by editing the Plaintiff's PDF letter as downloaded from the docket. **(EXHIBIT A)** This latest claim of undue added burden due to allegedly re-typing the document is yet another frivolous, false, spurious claim with no purpose other than delay and further harassment of the court and Mr. Goodman.

  If it should please the court, Defendant can provide the original Microsoft Word Document, but concerns remain that this will lead to further allegations from Plaintiff.  Today's letter again begs the question as to why Plaintiff suddenly feels there is no risk of malware, whereas before he dedicated an entire motion to bringing this false accusation to the court's attention and substantially increasing printing and mailing costs for Defendant.

CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the fourteenth day of June (6/14), two thousand and twenty-one (2021).

| | |
|---|---|
| Clerk of the Court, Room 200<br>temporary_pro_se_filing@nysd.uscourts.gov | D. George Sweigert<br>General Delivery<br>Nevada City, CA 95959 |

Respectfully submitted,
Jason Goodman
Pro Se Defendant
252 7th Avenue #6s
New York, NY 10001
323-744-7594

**(EXHIBIT A)**

Jason Goodman
252 7th Avenue #6s
New York, NY 10001

June 14, 2021

District Judge Valerie E. Caproni
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

SUBJ:   Letter from Plaintiff D. George Sweigert containing spurious
accusations intended to delay these proceedings
1:18-cv-08653-VEC-SDA

Your Honor,

I have just downloaded Plaintiff's letter dated June 14, 2021 from the docket.  This letter asserts incorrectly that I was obligated to supply Plaintiff with a Word version of my Rule 56.1 statement submitted to the court on June 1, 2021 (ECF No. 280) pursuant to Magistrate Judge Aaron's order of May 4, 2021 (ECF No. 270) as well as oral orders issued during the preceding Discovery conference.

During a discovery status conference with Magistrate Judge Aaron on March 11, 2021 Defendant was ordered to provide Plaintiff with paper documents only, and to mail those to the General Delivery address at the Nevada City CA post office, pursuant to earlier false allegations by Plaintiff that Defendant had sent malware in previous electronic communications.  There was no basis in fact for that claim, it was and is false.  Plaintiff has not explained what has changed since the time he made the false allegation that now causes him to want electronic production and no order has been issued by the court instructing Defendant to do so.

Defendant was following the direct oral orders Judge Aaron per the conference on March 11, but moreover, when appearing before Judge Aaron it is Defendant's understanding that matters shall be conducted in accordance judge Aaron's Individual Practices for Civil Cases. These practices are applicable to cases before Judge Aaron if the matter is within the scope of the District Judge's order of reference or if the parties consent to have the case before Judge Aaron for all purposes pursuant to 28 U.S.C. § 636(c).

https://www.nysd.uscourts.gov/sites/default/files/practice_documents/SDA%20Aaron%20Individual%20Practices%20Revised%20July%206%202020.pdf

1

Deleted: Case 1:18-cv-08653-VEC-SDA   Document 289   Filed 06/13/21   Page 1 of 2¶

Deleted: D. GEORGE SWEIGERT ¶
GENERAL DELIVERY ¶
NEVADA CITY, CA 95959

Formatted: Superscript

Deleted: No Microsoft Word document transported to undersigned per Individual Practice for Civil Cases (IPCC), November 7, 2019

Under Judge Aaron's Individual Practices, there is no requirement to provide a Word version of my 56.1 Statement. This causes Defendant to believe Plaintiff's current demand is nothing more than the latest effort by him to further delay and prolong this matter in his ongoing effort to harass Defendant Goodman and by extention this court.

Lastly, as an IT expert and Certified Ethical Hacker, Sweigert must be aware that Microsoft Word and even the free, online equivalent Google Docs, can both open and edit PDF documents as if they were Microsoft Word documents making a distinction between the two formats potentially obsolete or at least irrelevant in this instance.  In fact, this response letter was created by editing the Plaintiff's PDF letter as downloaded from the docket. **(EXHIBIT A)** This latest claim of undue added burden due to allegedly re-typing the document is yet another frivolous, false, spurious claim with no purpose other than delay and further harassment of the court and Mr. Goodman.

If it should please the court, Defendant can provide the original Microsoft Word Document, but concerns remain that this will lead to further allegations from Plaintiff.  Today's letter again begs the question as to why Plaintiff suddenly feels there is no risk of malware, whereas before he dedicated an entire motion to bringing this false accusation to the court's attention and substantially increasing printing and mailing costs for Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the fourteenth day of June (6/14), two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 | D. George Sweigert |
| --- | --- |
| temporary_pro_se_filing@nysd.uscourts.gov | General Delivery |
| | Nevada City, CA 95959 |

Respectfully submitted,
Jason Goodman
Pro Se Defendant
252 7th Avenue #6s
New York, NY 10001
323-744-7594

2

**Page 2: [1] Deleted          Jason Goodman     6/14/21 2:06:00 PM**