**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

### EXHIBITS TO SUPPORT

### <u>PLAINTIFF SWEIGERT'S APPLICATION FOR A SHOW CAUSE EVIDENTIARY HEARING IN SUPPORT OF RULE 56(h)</u>

MAY IT PLEASE THE COURT, these are **<u>EXHIBITS</u>** to support **<u>APPLICATION FOR A</u>**

**<u>SHOW CAUSE EVIDENTIARY HEARING</u>** is responsive to **ECF 279/280.**

The undersigned hereby attests under penalties of perjury that this pleading is not submitted for the purposes of causing unnecessary delay and is believed to be accurate to the best of the Plaintiff's knowledge and that the attached exhibits are true and accurate reproductions of the original source documents on this eleventh day of July (7/11), two thousand and twenty-one (2021).  A certificate of service is provided on the last page.

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

# **EXHIBITS START**

# EXHIBIT SC-1

# SHOW CAUSE (SC-1) ONE



From: **Jason Goodman** jason@21stcentury3d.com
Subject: Re: Judge's ORDER
Date: December 8, 2020 at 2:10 AM
To: colin@patreon.com
Cc: legal@patreon.com, disable@patreon.com

Colin,

I am sincerely sorry you are being subjected to this. I am writing to advise you that on November 10, 2020 Andrew Cuomo signed into law a new, much more powerful anti-SLAPP statute that I will be using to respond to Mr. Sweigert. This new statute has the power to stay all discovery in the matter and hopefully will get it dismissed entirely.

Jason

Defendant did not supply electronic copy of this exhibit.

From: **Jason Goodman** jason@21stcentury3d.com
Subject: Re: Judge's ORDER
Date: December 8, 2020 at 2:10 AM
To: colin@patreon.com
Cc: legal@patreon.com, disable@patreon.com

being subjected to this. I am writing to advise you that on November 10, erful anti-SLAPP statute that I will be using to respond to Mr. Sweigert. Th ter and hopefully will get it dismissed entirely.

https://www.arnoldporter.com/en/perspectives/publications/2020/11/new-yorks-new-anti-slapp-law

law a new, much more powerful anti-SLAPP statute that I will be using to respond to Mr. Sweigert. This new statute has stay all discovery in the matter and hopefully will get it dismissed entirely.

Jason


https://www.arnoldporter.com/en/perspectives/publications/2020/11/new-yorks-new-anti-slapp-law#:~:text=New%20York's%20new%20anti%2DSLAPP,the%20constitutional%20right%20of%20free

On Dec 7, 2020, at 7:34 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

To: Patreon Legal Department

---

**Arnold & Porter**

People    Services    **News & Perspectives**    Offices          About    Careers    Al

| News | Podcasts | Publications and Presentations | Blogs | Upcoming Events | Featured Topics | Media Mentions |

November 17, 2020

# New York's New and Improved Anti-SLAPP Law Effective Immediately

*Advisory*

By Theresa M. House,  Kyle A. Schneider

On Dec 7, 2020, at 7:34 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

To: Patreon Legal Department

Attached is the discovery ORDER of the magistrate judge in the lawsuit involving your subscriber:

JASON GOODMAN
CROWDSOURCE THE TRUTH



November 17, 2020

## New York's New and Improved Anti-SLAPP Law Effective Immediately

*Advisory*

By Theresa M. House Kyle A. Schneider

On November 10, 2020, Governor Andrew Cuomo signed into law an update to New York's anti-SLAPP law that dramatically expands protections afforded to defendants in lawsuits brought based on the exercise of free speech rights, and which significantly increases the risks to potential plaintiffs bringing defamation and other speech-based claims in New York.

### What Is an Anti-SLAPP Law?

The term "SLAPP" is an acronym for "Strategic Lawsuit Against Public Participation," and the goal of an anti-SLAPP law is to deter these types of lawsuits—lawsuits that are filed not to vindicate a fair and reasonable legal claim, but to punish or harass a defendant for participating in public life. Defendants facing so-called "SLAPP suits" can include not only journalists and traditional media/entertainment organizations, but also individuals and companies in other industries that speak on issues of interest to the public—on social media, in marketing, or any other form of participation in the marketplace of ideas. The "strategy" of a SLAPP suit is to saddle the defendant with such

burdensome litigation costs that it chills, ceases, or retracts its speech. Anti-SLAPP laws seek to deter SLAPP suits by expanding the legal protections available to defendants targeted by such suits, and by imposing costs on the plaintiffs that bring them.

## What Has New York Done?

Although New York already had an anti-SLAPP law on the books, adopted nearly 30 years ago, the old version of the law applied only narrowly to lawsuits brought by plaintiffs who had sought public permits, zoning changes, or other similar entitlements from a government body, against defendants who had reported on, ruled on, or challenged the plaintiff's petition to the government body. It generally did not apply to speech by journalists in traditional media outlets or speech by anyone on social media concerning the issues of the day.

New York's new anti-SLAPP law will now extend, far more broadly, to lawsuits based upon "any communication in a public place open to the public or a public forum in connection with an issue of public interest" or based upon "any other lawful conduct in furtherance of the exercise of the constitutional right of free speech in connection with an issue of public interest . . . ." Because the statute also states that "public interest" should be "construed broadly, and shall mean any subject other than a purely private matter," the new anti-SLAPP law should be expected to sweep up political and social discussions, as well as entertainment productions.

## What Protections Does New York's New Anti-SLAPP Law Contain?

In total, 30 states and the District of Columbia possess some form of anti-SLAPP legislation, but not all anti-SLAPP laws are created equal. With the amendments to New York's Civil Rights Law §§ 70-a, 76-a signed into law by Governor Cuomo, New York joins about 18 other states that have adopted robust anti-SLAPP protections that apply to speech about public issues. A speech-protective anti-SLAPP regime will allow a targeted defendant to escape a bad-faith SLAPP suit quickly and without incurring high legal costs or invasive discovery. As amended, New York's anti-SLAPP law does exactly this.

# **EXHIBIT SC-2**

From: Spoliation Notice <spoliation-notice@mailbox.org>

To: Jason Goodman <truth@crowdsourcethetruth.org>, Spoliation Notice <spoliation-notice@mailbox.org>, "colin@patreon.com" <colin@patreon.com>, "legal@patreon.com" <legal@patreon.com>, "disable@patreon.com" <disable@patreon.com>, "georg.webb@gmail.com" <georg.webb@gmail.com>, "jason@21stcentury3d.com" <jason@21stcentury3d.com>, "jasongoodman72@protonmail.com" <jasongoodman72@protonmail.com>

Date: 12/08/2020 1:34 AM

Subject: Judge's ORDER


To: Patreon Legal Department


Attached is the discovery ORDER of the magistrate judge in the lawsuit involving your subscriber:

   JASON GOODMAN

   CROWDSOURCE THE TRUTH

Please see para. 2 (a) of the attached.  It may be advisable to seek outside legal counsel.


It may also be advisable for Patreon to reconsider its relationship with the following subscribers:

   GEORGE WEBB

   JASON GOODMAN

Regards,


D. G. Sweigert

> On 11/29/2017 7:27 PM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

>

>

>

> Hi Dave,

>

>

> Thanks for all this evidence you are generating with regard to your ongoing per se libel. It's awesome that I now know how to push your buttons. Mental illness is a terrible thing. You really should be confined for your own safety and that of others. I'm sure the court will enjoy the videos in which you make death threats against me.

>

>  On Nov 29, 2017, at 1:16 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

>

> > To:

> > Colin Sullivan

> > Bar no. 285203

> > General Counsel

> > Patreon, Inc.

> >

> > Dear Sir,

> >

> > This notice requests that you begin the process of a litigation hold on all electronic evidence stored, processed or transmitted by your organization for the following account:

> >

> > crowdsourcethetruth

> >

> > The operator of this account is a defendant in a federal lawsuit:

>>

>> Jason Goodman

>>

>> This request is an evidence preservation request to prevent spoliation of electronic evidence that will be sought in federal litigation (please consult Federal Rules of Civil Procedure for guidance).

>>

>> Mr. Goodman is a defendant to allegations that concern public doxing, copyright violations, harassment and hate speech. All which appear to violate the community standards policy of Patreon.

>>

>> Recently, Mr. Goodman has allegedly published a series of videos on your platform that attack the privacy, physical characteristics, and intelligence of private citizens in the State of California that Mr. Goodman perceives may be friends of the plaintiff in this federal lawsuit.

>>

>> Therefore, as your company holds this evidence, and as it will be required to be admitted into the court record, a strong request is hereby made that you preserve this evidence (account application, invoices, payments, video content, records of messages, transactions with Mr. Goodman, etc.).

>>

>> As many of these actions allegedly violate California privacy laws, there is an increased duty to preserve these records as follow-up complaints shall be lodged with the California Attorney General with a copy of this notification.

>>

>> If your organization allows this behavior to persist, serious consideration will be given to adding Patreon as a co-defendant in this federal litigation -- as your company will only be aiding in the distribution of the offense material.

>>

>> This is a very serious matter as law enforcement has become involved.

>>

>> Thank you.

>>

>> Evidence Collection Team

**EXHIBIT SC-3**

1        To quote Mr. Goodman from the YouTube video "Sunday with Charles - (Special Wednesday Hammer

2    Drop Edition) Bonnie and Clyde, 12/6/2017 (21K+ views):

3        2:32:00  GOODMAN.  And you know, as I have said, we have gotten over the past several months a lot of

4    news from Mr. Hudson and the various members of the Hudson Group – **that I am in touch with.**  While he is not

5    broadcasting with us.  And, uh.  [emphasis added]

6        Using such fraudulent video content to solicit funds from the public is an honest services fraud.  18 U.S.

# **EXHIBIT SC-4**

12    **COUNT THREE: FRAUDULENT "HUDSON INTELLIGENCE GROUP"**

13    In a YouTube video, entitled "Hudson Revealed", 8/14/2017, (on the Jason Goodman channel), (20K+

14 views) the following description is provided:

15    Published on Aug 14, 2017
      With over 40 years of military, intelligence and clandestine experience, confidential Crowdsource operative
16    codename: HUDSON steps forward after months in the shadows.

17    While operating in the background, Mr. Hudson has provided guidance and information assisting George
      and Jason daily for the past several months.
18
      Pressure mounts as the real possibility of a coup d'etat in America grows each day.
19

20    *CONTINUED INTEREST IN THE PORT TO SUPPORT MONEY COLLECTIONS*

21    During the interview between Goodman and Rock Hudson (Marshal Richards), Hudson proclaims:

22    39:18.   HUDSON. [Source of dirty bomb hoax tip]  In regards to George Webb, I have a tremendous

23 respect for Webb.

24    39:33.   HUDSON. George is just an amazing … what a mind.

25    39:39:   GOODMAN. Yeah.

26

27

28
   COMPLAINT PURSUANT TO FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
   ACT - 17

1    40:20:   HUDSON.  We have documents from the United Nations – UNODC.  [United Nations Office on
2  Drugs and Crime]  And so here is what we know – not, not from us.  But, from what we have been able to find out
3  using their own documentation.  I am sure that they are not going to like the idea that we have them.  [Laughter]
4    40:40:   HUDSON.  They need to keep things more secure.  Is all I can say.  [Goodman laughs]
5    40:47:   HUDSON.  We know for a fact that 425 million cargo containers are transported each year – in
6  the world --  [Goodman – uh huh] that represents over 90% of the world's total trade.  [Goodman – Amazing]
7    41:18:   HUDSON.  Charleston, South Carolina is a port hub.  [Goodman – right].  These hubs, depending
8  on the security protocols that they are using that, that day for that ship.  They can process 1,500 to 50,000 containers
9  per day.
10    41:48:   HUDSON.  Based on the United Nations own meta-data in order for a port hub to process 50,000
11  containers in a 24 hour period is 2,083 containers per hour.  [Goodman – seems like a lot].  [Laughter]  Well, let's
12  break it down further – 35 containers per minute.  [Goodman – wow].
13    42:33:   HUDSON.  Because they are making such an effort to determine if a container is safe or not safe.
14  They ought to be ashamed of themselves.

## <u>EXHIBIT SC-5</u>


**Hudson Exposed** - Ray Looker's Firsthand Account of the Sinister Deception of Okey Marshall Richards
Jason Goodman • 7.1K views • 1 year ago
About 1 year ago, George Webb Sweigert introduced me to an individual allegedly named "Richard Stone". According to the two, Stone was a Vietnam veteran with experience as a "contractor to U.S. in...


Catching up with **Mr. Hudson Late** Night Call From D.C.
Jason Goodman • 10K views • 2 years ago
After a long day, Mr. Hudson shares a variety of insights. Bruce the Patriot death threat tweet (according to NPC) - https://twitter.com/BruceThePatriot/status/903291470521581568 Become a sponsor...


**Mr. Hudson** Responds to "Smear" Comments
Jason Goodman • 8K views • 2 years ago
Mr. Hudson's North Korea report was met with numerous negative comments. Was this an organic response or was it a deliberate smear? Grass roots or astro turf? Become a sponsor of Crowdsource


The King and I, and **Mr. Hudson**
Jason Goodman • 10K views • 2 years ago
A candid conversation with King James and Mr. Hudson about the state of U.S. - North Korean relations.


**The Hudson** Report August 23, 2017
Jason Goodman • 6.8K views • 2 years ago
Mr. Hudson and I discuss unfortunate Twitter fallout, EM warfare against the U.S. Navy, Chinagate, spies selling State Secrets, FBI whistleblower Michael McMahon, the often discussed and little und...


**The Hudson Report** Dirty Bomb Breaking News
Jason Goodman • 7K views • 2 years ago
Reuters and Florida Maquis report on an Indonesia terror plot to use a dirty bomb and potential connections to recent U.S. Navy incidents. Become a sponsor of Crowdsource the Truth and support


**Hudson Returns**
Jason Goodman • 12K views • 2 years ago
Mr. Hudson returns to answer his critics (and mine) as well as providing his insights into ongoing international and domestic matters including #Qanon. Videos Mr. Hudson recommends re: Naval


**Hudson Report PHX**
Jason Goodman • 6.1K views • 2 years ago
Updates from Mr. Hudson as I make my way to Phoenix, AZ to attend the Trump rally where POTUS is widely expected to pardon controversial Sheriff Joe Arpaio, or will he? Upon arriving in Phoenix, M...



**Hudson Report - Is Imran Awan's Lawyer Lying?**

Jason Goodman • 10K views • 2 years ago

Mr. Hudson weighs in on a threatening lawyer letter sent to Andre Taggart, the possibility that
Christopher Gowen has lied in court, the incredibly stupid nature of Robert David Steele's fake lawsu...



**The Hudson Report August 26, 2017 U.S. Diplomats Under Attack in Cuba**

Jason Goodman • 5.1K views • 2 years ago

U.S. Diplomats in Cuba are reporting unusual symptoms as official explanation claim they are the
victims of "sonic" weapons attacks. Mr. Hudson offers intelligence that provides an alternate exp...



**Hudson Report - Awan Bros IT Scandal Hearing**

Jason Goodman • 10K views • 2 years ago

Mr. Hudson returns after being off grid for several days on a recon mission. He weighs in on the Las
Vegas massacre, Tom Fitton's Awan hearing and other topics. Become a sponsor of Crowdsource th...



**The Hudson Report - USS John McCain Directed Energy Weapon Attack?**

Jason Goodman • 35K views • 2 years ago

The Hudson Intelligence Group does not believe it to be within the realm of coincidence that two US
Naval vessels could be rammed by merchant marine ships. Is a new form of sophisticated electroni...



**The Hudson Report BREAKING NEWS - Awans Selling State Secrets**

Jason Goodman • 9.7K views • 2 years ago

I've just received a call from Mr. Hudson with astonishing breaking news. This is historic. Become a
sponsor of Crowdsource the Truth and support the effort http://paypal.me/crowdsourcethetruth ...



**Hudson Report - Benjamin Paddock & Battlefield Las Vegas**

Jason Goodman • 24K views • 2 years ago

Become a sponsor of Crowdsource the Truth and support the effort
http://paypal.me/crowdsourcethetruth https://www.patreon.com/crowdsourcethetruth Public Bitcoin



**Checking in with Hudson on the Way to D.C.**

Jason Goodman • 6.4K views • 2 years ago

With possibly significant new developments in the Seth Rich murder case revealed last night by George
Webb, I felt it important to check in with Mr. Hudson on my way to Washington. Mr. Hudson expr...



**Hudson Report August 25, 2017**

Jason Goodman • 6.5K views • 2 years ago

Mr. Hudson reports on disappearing cargo ships, the Awan brothers spy ring, possible treason in
congress and what the Crowdsource community can do about it now.

 **Hudson Report** August 24, 2017

Jason Goodman • 6.1K views • 2 years ago

Mr. Hudson and I discuss the fallout of yesterday's conversation and what lies ahead in the days to come. It's been a rough road but we press on. Michael McMahon FBI whistle blower interview - ht...

 **The Hudson Report**

Jason Goodman

Hudson Report Awan Bros IT Scandal Hearing • 33:28
Hudson Report - Naming Names: John McCain • 38:36

VIEW FULL PLAYLIST (14 VIDEOS)

 **The Hudson Report** Message to Congress on **Clear and Present**
**Danger**

Jason Goodman • 8.8K views • 2 years ago

Last minute advice from Mr. Hudson on my way to Washington D.C. to deliver the report on the Awan Brothers spy ring. Become a sponsor of Crowdsource the Truth and support the effort http://paypal...

 **Hudson Report** Las Vegas Shooting

Jason Goodman • 7K views • 2 years ago

Mr. Hudson goes into detail about the ongoing investigation into the Mandalay Bay shooting. Become a sponsor of Crowdsource the Truth and support the effort http://paypal.me/crowdsourcethetruth ...

 Hudson Revealed

Jason Goodman • 20K views • 2 years ago

With over 40 years of military, intelligence and clandestine experience, confidential Crowdsource operative codename: HUDSON steps forward after months in the shadows. While operating in the bac...

 **The Hudson Report**

Jason Goodman • 11K views • 2 years ago

Mr. Hudson returns with more information and insight. Refer to today's Hudson Report PDF document. https://drive.google.com/file/d/0B6-xZMRm0ehvUXY2WFZmbzZTWXc/view?usp=sharing Become a

 **Hudson Report** - Naming Names: John McCain

Jason Goodman • 15K views • 2 years ago

The names are known, they've been listed already. The extent of the deeds may not be as well known to many. Hudson begins to name names as only he can. Become a sponsor of Crowdsource the Truth ...

 **The Hudson Report** Multiple Shooters in Las Vegas?

Jason Goodman • 17K views • 2 years ago

Mr. Hudson provides his analysis that indicates multiple shooters, multiple rates of fire and multiple caliber weapons. Become a sponsor of Crowdsource the Truth and support the effort http://pay...

# **EXHIBIT SC-6**



George Webb Continues the Deep Dive Into Pakistanti ISI - NATO Rat Line

3,169 views • May 27, 2017

155    3    SHARE    SAVE

Jason Goodman
89.1K subscribers

SUBSCRIBED

George layers independent Pakistani special forces onto yesterday's East West Lahore to Mons rat
line breakdown.  Pakistani 111?

SHOW MORE

# EXHIBIT SC-7



Clear and Present Danger (Calm Before the Storm?) #maerskmemphis

57,833 views

752   153   SHARE





# <u>EXHIBIT SC-8</u>

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

**April 14, 2021**

Magistrate Judge Stewart D. Aaron
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

SUBJ:  Guidance issues requested for ECF no. 239, 1:18-cv-08653-VEC-SDA

**Your Honor,**

1.      Yesterday the Defendant informed his social media podcast viewers that Google, LLC
(YouTube.Com) had deleted the "Jason Goodman" YouTube channel with its so-called 119,000
(119K) subscribers.  The account termination was based on violations of "Community Standards",
according to the Defendant.   2,333 videos, dozens that contained evidence of Defendant's
defamation *per se*, are no longer available to be viewed.

2.      The Defendant has stated that the account may be restored and insinuated by implication
that the undersigned was responsible for the account take-down.  This account termination and
possible account restoral will directly impact the discovery abilities of the Plaintiff.

3.      Concurrently with the alleged account termination, the Defendant docketed **ECF no. 239**
(which can be described with the procedural shorthand of an "Anti-SLAPP" motion) under the
new provisions of the New York State Civil Rights Law Section 76(a).  The S.D.N.Y. has seen
several recent opinions in the applicability of Sec. 76(a) to federal courts.  *Palin v. N.Y. Times Co.*,
17-cv-4853

4.      Sec. 76(a) purports to create an "automatic stay" to all discovery activities, save for those
materials needed to support a response to a Sec. 76(a) Anti-SLAPP motion (as **ECF no. 239**).
Thus, if the Court determines that Sec. 76(a) applies to this instant lawsuit, then discovery has
halted.  In such a scenario the undersigned would request that the discovery period be tolled until
such time as it resumes.  The Plaintiff is entitled to three (3) weeks of remaining discovery, which
existed prior to the filing of **ECF no. 239**, these three (3) weeks should be set-aside.

1

5.      Meanwhile, a similar Anti-SLAPP motion awaits determination in related S.D.N.Y. litigation to which the Defendant is a party, *National Academy of Television Arts and Sciences, Inc., et. al. v. Multimedia System Design, Inc. d/b/a/ Crowdsource the Truth*. No determination has been made in that lawsuit with regards to the applicability of Sec. 76(a) to federal litigation. The undersigned requests that this Court withhold action in this lawsuit pending such a Sec. 76(a) determination, in the interests of judicial efficiency.  To complicate matters, if Sec. 76(a) applies this raises the bar concerning the Plaintiff's burden to demonstrate defamation *per se* allegations to the presumed "actual malice" standard.

6.      As the recent Requests for Judicial Notice and declarations of Mr. Thomas Schoenberger have illustrated, the Defendant entered a very close cooperative association with Mr. Manuel Chavez, III of Carson City, Nevada.  The record demonstrates that Mr. Chavez and the Defendant commenced exchanging over 100 e-mail messages in July 2019 while in voice communications. The net result of these e-mail message exchanges implies that the Defendant behavior meets the "actual malice" standard.

7.      The Plaintiff alleges that these e-mail messages tend to demonstrate that the Defendant proceeded with reckless disregard to the truth about the Plaintiff's non-participation in a conspiratorial affiliation with Mr. Chavez, Mr. Schoenberger or their presumed associates (the bulk of third-party defendants).  The evidence tends to indicate that the Defendant continued to promote the narrative that the Plaintiff was working these people in a "decentralized distributed defamation campaign" to which Mr. Chavez was purportedly the "technical brains".

8.      For over two years, it is now alleged, the Defendant knew the Plaintiff had no association with the people involved with Mr. Chavez or Mr. Schoenberger (and many others) and yet the Defendant continued to state publicly that he had evidence of felony crimes involving the Plaintiff's participation in such a conspiracy related to these third-party defendants.

9.      Therefore, Mr. Chavez is an instrumental figure in this lawsuit and needs to be deposed by the Plaintiff.  As the Defendant is presently in Las Vegas, Nevada, the Defendant could easily drive to Carson City, Nevada to attend such a deposition.  It is believed that such a deposition is needed to demonstrate the "actual malice" of the Defendant in continuing to promote the idea that the Plaintiff "worked with" Mr. Chavez and/or Mr. Schoenberger.

10.     In view of the foregoing, the Court should consider the issuance of a subpoena to compel the deposition of Mr. Chavez in Carson City, Nevada or in Las Vegas, Nevada.  As you know, Sec. 76(a) allows for evidence to be collected to support the "actual malice" threshold when responding to an Anti-SLAPP motion.

11.     In summary, the Plaintiff requests guidance from the Court on the applicability of Sec. 76(a) to this lawsuit, the impact of **ECF no. 239** on discovery timetables (assumed to be frozen presently), and the issuance of a subpoena for Mr. Chavez.

Respectfully,

D. George Sweigert

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the fourteenth day (14th) of April, two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 | Jason Goodman, CEO |
|---|---|
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

**EXHIBITS END**

## CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been transmitted via electronic mail message to the following parties on the eleventh day of July 2021 (07/11/2021).**

| Clerk of the Court, Room 200 temporary_pro_se_filing@nysd.uscourts.gov | Jason Goodman, CEO truth@crowdsourcethetruth.org |
|---|---|

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*