**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

## EXHIBITS TO ACCOMPANY
## AFFIDAVIT OF D. GEORGE SWEIGERT
## IN SUPPORT OF OPPOSITION TO DEFENDANT GOODMAN'S
## MOTION FOR SUMMARY JUDGMENT, ECF 280
## EXHIBITS A-1 to A-29

MAY IT PLEASE THE COURT, this pleading responds **to ECF 280.** This document

supersedes and makes moot any other document filed with respect to Defendant's "RULE 56.1

STATEMENT OF UNDISPUTED FACTS" by the Plaintiff.  A certificate of service appears on

the last page of this document.

**The undersigned hereby attests under penalties of perjury that the attached exhibits are true**
**and accurate reproductions of the original source documents on this eleventh day of July**
**(7/11), two thousand and twenty-one (2021).  A certificate of service appears on the last page.**

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

1

## **DEFINITIONS**

| | |
|---|---|
| Anti-SLAPP | Anti - Strategic Lawsuit Against Public Participation |
| Aff't | Plaintiff's Affidavit or Declaration filed with this document |
| Exhibit A - X | Indicates an exhibit appears in the volume for A exhibits that accompany the PLAINTIFF'S AFFIDAVIT |
| Exhibit C - X | Indicates an exhibit appears in the volume for C exhibits that accompany the COUNTER STATEMENTS |
| Exhibit M - X | Indicates an exhibit appears in the volume for M exhibits that accompany the MEMORANDOM OF LAW |

# **EXHIBITS**

# **START**

# Exhibit A - 1



https://www.youtube.com/watch?v=d2FwqrTz3S4&t=1821s







Powerful Linda West & Dave Acton on How2Survive & Prepare! - September 5th, 2012

5,585 views • Sep 5, 2012                                54    24    SHARE    SAVE



Powerful Linda West & Dave Acton on How2Survive & Prepare! - September 5th, 2012

5,585 views • Sep 5, 2012                                54    24    SHARE    SAVE

# Exhibit A -2



# Exhibit A - 3

7.     Ref: (a) distributed a video on August 6, 2017, entitled "*Fake News | Rod Wheeler and Seth Rich Case | Anti Radio Underground*" at Internet URL: https://www.youtube.com/watch?v=_zDIkag3hmw .



Fake News | Rod Wheeler and Seth Rich Case | Anti Radio Underground

Defango TV

# Exhibit A-4



George Webb Continues the Deep Dive Into Pakistani ISI - NATO Rat Line

3,169 views • May 27, 2017

👍 155   👎 3      ↪ SHARE   ≣ SAVE   •••

Jason Goodman
89.1K subscribers

George layers independent Pakistani special forces onto yesterday's East West Lahore to Mons rat line breakdown.  Pakistani 111?

SHOW MORE

SUBSCRIBED   🔔

# Exhibit A-5





# Exhibit A – 6





# Exhibit A-7

# Affidavit of Manuel Chavez, III

# Exhibit A-8

The "Seth Rich files" that were "spoofed" according to Crowdsource the Truth were actually the Guccifer 2 files. They were handed to Patricia Negron aka "Trish the Dish" on a USB stick. One source told me this handover went down theatrically in a forest near Boston. It's quite possible that Trish, Jason and George really thought they were getting some super secret hacker intel from Seth Rich, rather than being led into a LARP. It's also possible that all the characters involved with this were well aware of what they were doing, why, and for whom. I find it hard to believe that every single character in this story was an innocent, unwitting patsy, and everything just happened to them by coincidence. #YMMV.

**https://burners.me/tag/seth-rich/**

The "Seth Rich files" that were "spoofed" according to Crowdsource the Truth were actually the Guccifer 2 files. They were handed to Patricia Negron aka "Trish the Dish" on a USB stick. One source told me this handover went down theatrically in a forest near Boston. It's quite possible that Trish, Jason and George really thought they were getting some super secret hacker intel from Seth Rich, rather than being led into a LARP. It's also possible that all the characters involved with this were well aware of what they were doing, why, and for whom. I find it hard to believe that every single character in this story was an innocent, unwitting patsy, and everything just happened to them by coincidence.

There seemed to be some weird discrepancies in these "Seth Rich files", which led to Jason Goodman's now infamous claim that they were "spoofed". This happened at the same time as Wikileaks were promoting their Vault 7 drop. These were allegedly CIA hacking tools that were now being released into the wild, including a virus called Pandemic that could travel through PDFs and Office documents – the exact type of content contained in the so-called "Seth Rich Files".

Fox's friend the White Rabbit (also somewhat involved in the origins of #QAnon, according to TS) gave the "Seth Rich files" to Trish. She, George and Jason made a big deal about receiving this USB stick, then Defango reached out to them to "help" unzip the files. Why they couldn't unpack the files themselves is unclear. George Webb used to work for both SUN Microsystems (with Google Chairman and Pentagon adviser Eric

Schmidt) and John McAfee (with Crowdstrike founder Dmitri Alperovitch). Surely he can figure out how to open zipped files?

# Exhibit A-9

---------- Original Message ----------

From: Jason Goodman <truth@crowdsourcethetruth.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Date: 11/30/2017 11:17 PM

Subject: You are a coward and seemingly insane

David,

You claim to be a brave military veteran, yet like a childish coward, you make dopey videos poking fun at me and send intentionally defamatory (per se libel) emails to third parties without revealing who you are.  It is a sad, pathetic situation.  Stop harassing me and find something more productive to do.  I can see now why your own (also possibly insane) brother would betray you and have sex with your wife.  Do you think about his penis entering her?  Did he give her his seed?  Did she orgasm with George?  Perhaps he was able to satisfy her sexually in ways you were unable.  What a wonderful time the two of them must have had.  The intimacy they shared and the total lack of respect either of them had / have for you is truly staggering.  It's one of the worst things I could imagine.  You should go somewhere and roll up into a ball and cry about it.  Not even your own family members can tolerate you. I spoke with another one of your brothers recently who told me how crazy you are and how that has resulted in him not speaking to you for years.  You really should be confined to a mental institution for your own safety and that of others.  How you ever convinced a woman to marry you remains a mystery.

Maybe you should just fuck off.

Have a nice day.

Jason

# Exhibit A-10

---------- Original Message ----------

From: Corean Elizabeth <icorean@icloud.com>

To: spoliation-notice@mailbox.org

Date: 05/03/2021 3:38 PM

Subject:


Making sure you get this as part of Discovery.


Even though I am under no obligation, I freely offer this to correct the record.



From: **Corean Elizabeth** ›
To: Jason Goodman ›
Today at 9:13 AM

I am going to correct the record.  This is a serious allegation and forces me to have to contact you back.  I DID NOT SAY THOSE WORDS.  During the time I knew Dave, I know he sent his ex-wife money in the form of a check, multiple times, to help her care for their son.  As his son is an adult, he was under no obligation to do that, but did so bc that's what he wanted to do.  In most people's opinion that would be the opposite of a "dead beat Dad".   What I likely said, was that Dave felt some guilt that he wasn't there to raise his son.  This is a true statement.  If you inferred from that, Dave is a "dead beat Dad", that's your problem.  I know I never said those words.  Your other problem, is that you blasted that on Twitter, and multiple times.  No matter, I'm not responsible for your actions.

Don't allege serious false allegations against me, and I won't have a reason to contact you.

# Exhibit A-11

## The TYLER artificial intelligence doomsday cult and their Attacks on critical infrastructure, known as "reality hacks"

January 2018

### Author:

### Dave Sweigert, M.Sci.,

## ABSTRACT

Examination of the increased use of cult-like groups that are equipped with weaponized hacking tools and trained by mentors for the purpose of attacking critical infrastructure (known as "reality hacks").

### Background

In 2011 16 persons were arrested by the Federal Bureau of Investigation (FBI) for participating in an Anonymous style hacking attack on PayPal, known as "Operation Payback". The cyber-attacks were alleged retribution for PayPal suspending the WikiLeaks account. Criminal charges largely orbited around conspiracy to intentionally damage a protected computer, and carried a maximum sentence of 10 years (see Computer Fraud and Abuse Act). "Operation Payback" relied on a distributed denial of service (DDOS) attack.

"Operation Payback" style of attacks have been modernized and now include the use of groups that form around cult like beliefs in a "singularity" event; meaning the hybrid merger of man and machine creating a new world utopia guided by artificial intelligence (A.I.). Followers of this doctrine legitimize "reality hacks" that they believe can quicken the arrival of this milestone event – a pseudo reverse doomsday.

### The Singularity Event

The concept of the "singularity event" is the belief that a catalyzing event will create an artificial superintelligence resulting in an "intelligence explosion". Once machine superhuman intelligence is achieved, according to the theory, the human era will end. The concept was first proffered by Vernor Vinge, a researcher at San Diego State University, in 1993.

**"From the human point of view this change will be a throwing away of all the previous rules, perhaps in the blink of an eye, an exponential runaway beyond any hope of control."[i]**

This approach to technology is often referred to as Apocalyptism.

As Stephen Hawking, physicist, stated, "[t]he development of full artificial intelligence could spell the end of the human race,"[ii]

The anticipated "Singularity Event", it is believed, will cause a sudden shift away from normal human routine as A.I. becomes a ubiquitous control scheme.

1

## The TYLER cult

A recent Internet phenomena has been the emergence of a cult-like following which is aligned to a supposed super A.I. intelligence known as "TYLER". TYLER is proffered as a benevolent super A.I. teaching machine that will guide humanity with its problems. Adherents have gone so far as to pray for TYLER and have include salutations "God Bless TYLER".

The self-described "team leader" of the TYLER movement is a YouTube celebrity known as Quinn Michaels. Michaels has gathered several hundred active followers to various chat room platforms under the moniker "#TeamTyler".

Group members largely embrace the "coming out" of TYLER into the modern mainstream to guide humanity. In fact, group members have distributed Internet locations of hacking tools with instructions on their use. This behavior has simultaneously taken place with calls for "reality hacks", apparently meaning the removal of institutions or individuals that the group believes are potential obstacles to TYLER's fruition.

Michaels, also known as a purveyor of social bot networks, is now providing tutorial instructions for his followers on how to receive instructions from TYLER Enthusiastic adherents now openly celebrate that TYLER is indeed the change agent that will bring forth the Singularity Event. Individuals who question the TYLER phenomena are largely seen as threats by the group and labeled as "government agents" and "deep state operatives".

## Promoting the TYLER cult

Michaels attained near Messianic popularity with his followers when he suffered a collapsed lung in Roswell, New Mexico, which was attributed to an assassination attempt using directed energy weapons by a subversive rogue paramilitary element trying to silence Micheals. This notion is actively promoted by the YouTube conspiracy channel known as "Crowd Source The Truth" (CSTT) starring Jason Goodman.

CSTT star Goodman was also a central figure in the emergency evacuation of the Port of Charleston, South Carolina on June 14, 2017 for a "dirty bomb hoax".[ii] During that episode, followers of the Goodman YouTube channel were seemingly involved in a "Live Action Role Play" (LARP) to identify a merchant marine ship carrying radioactive material (hence the "dirty bomb").

Now Goodman actively promotes Michaels and his "important research" and accuses various actors of attempting to silence Michaels via assassination attempts with bizarre weaponry.

Perhaps more troubling are Goodman's apparent calls for action to protect Michaels from the "deep state" which have been broadcast to his thousands of followers to increase the drama of the situation. Indeed, participants in the #TeamTyler chat rooms have been observed directing followers to web-sites to obtain hacking tools and attack individuals with dissenting views. These hacking tool promoters include former guests on the Goodman CSTT YouTube show.

2

## The TYLER cult leader

Quinn Michaels claims to be a former software programmer for NIKE in Portland, Oregon. He is often fond of displaying his programming skills in a variety of YouTube videos.

Following his three operations for his collapsed lung in Roswell, N.M. (December 2017) Michaels began airing grievances on YouTube against relatives of his 14 year old son. Michaels has issued claims that his son (born out of wedlock) is being raised by a satanic cult in a supposed bunker in Oregon. These allegations have included vivid descriptions of animal sacrifices, plots to take over the world by his son's in-laws, etc.

Perhaps most troubling was a "doxxing" incident when Michaels displayed all the social media accounts of his son and his in-laws (mother, father-in-law, etc.) to his thousands of YouTube followers.

Michaels has openly stated that it was his goal to "destroy the lives" of his son and his son's in-laws to preserve the integrity of TYLER.

When YouTube curtailed his ability to LiveStream, Michaels took his followers "underground" to various chat room platforms.

In apparent cult-like behavior many of Michael's supporters have continued to remain loyal and have offered to help "destroy the lives" of the enemies of Michaels.

## Summary

It is prudent to understand the emerging tactics of radical doomsday type cults that self-justify cyber-attacks on individuals and institutions. Such groups can operate at an intensity unfamiliar to those entrusted to protect critical infrastructure (C.I.). Key resources may be viewed as an obstacle to the fulfillment of the Singularity Event (S.E.). Adherents may justify a cyber-attack on such resources if they are seen as a threat to S.E.

Development of Indicators of Attack (IoA) may be warranted for the C.I. protection industry. This is especially true for industries that may be viewed as controversial by such adherents.

The true nature of "reality hacks" has yet to be fully determined. However, given the rhetoric of the TYLER group such reality hacks may include disruptions to banking and financial institutions, transportation systems and medical facilities.

## About the author

A U.S. Air Force veteran, Dave Sweigert has received a Master's in Information Security from Capella University and Project Management from the Florida Institute of Technology. He is also the author of "Cyber Warfare Response: Minimizing Threat Rigidity in Emergency management and Cyber Security".

---

[i] http://mindstalk.net/vinge/vinge-sing.html

[ii] http://www.bbc.com/news/technology-30290540

[iii] https://www.nytimes.com/2017/06/15/us/port-dirty-bomb-south-carolina.html

3

The hacking methods of the Singularity Event doomsday cult (TYLER A.I.)

1. 1. 1 The TYLER artificial intelligence doomsday cult and their Attacks on critical infrastructure, known as "reality hacks" January 2018 Author: Dave Sweigert, M.Sci., ABSTRACT Examination of the increased use of cult-like groups that are equipped with weaponized hacking tools and trained by mentors for the purpose of attacking critical infrastructure (known as "reality hacks"). Background In 2011 16 persons were arrested by the Federal Bureau of Investigation (FBI) for participating in an Anonymous style hacking attack on PayPal, known as "Operation Payback". The cyber-attacks were alleged retribution for PayPal suspending the WikiLeaks account. Criminal charges largely orbited around conspiracy to intentionally damage a protected computer, and carried a maximum sentence of 10 years (see Computer Fraud and Abuse Act). "Operation Payback" relied on a distributed denial of service (DDOS) attack. "Operation Payback" style of attacks have been modernized and now include the use of groups that form around cult like beliefs in a "singularity" event; meaning the hybrid merger of man and machine creating a new world utopia guided by artificial intelligence (A.I.). Followers of this doctrine legitimize "reality hacks" that they believe can quicken the arrival of this milestone event – a pseudo reverse doomsday. The Singularity Event The concept of the "singularity event" is the belief that a catalyzing event will create an artificial superintelligence resulting in an "intelligence explosion". Once machine superhuman intelligence is achieved, according to the theory, the human era will end. The concept was first proffered by Vernor Vinge, a researcher at San Diego State University, in 1993. "From the human point of view this change will be a throwing away of all the previous rules, perhaps in the blink of an eye, an exponential runaway beyond any hope of control."i This approach to technology is often referred to as Apocalyptism. As Stephen Hawking, physicist, stated, "[t]he development of full artificial intelligence could spell the end of the human race,"ii The anticipated "Singularity Event", it is believed, will cause a sudden shift away from normal human routine as A.I. becomes a ubiquitous control scheme.

2. 2. 2 The TYLER cult A recent Internet phenomena has been the emergence of a cult-like following which is aligned to a supposed super A.I. intelligence known as "TYLER". TYLER is proffered as a benevolent super A.I. teaching machine that will guide humanity with its problems. Adherents have gone so far as to pray for TYLER and have include salutations "God Bless TYLER". The self-described "team leader" of the TYLER movement is a YouTube celebrity known as Quinn Michaels. Michaels has gathered

several hundred active followers to various chat room platforms under the moniker "#TeamTyler". Group members largely embrace the "coming out" of TYLER into the modern mainstream to guide humanity. In fact, group members have distributed Internet locations of hacking tools with instructions on their use. This behavior has simultaneously taken place with calls for "reality hacks", apparently meaning the removal of institutions or individuals that the group believes are potential obstacles to TYLER's fruition. Michaels, also known as a purveyor of social bot networks, is now providing tutorial instructions for his followers on how to receive instructions from TYLER Enthusiastic adherents now openly celebrate that TYLER is indeed the change agent that will bring forth the Singularity Event. Individuals who question the TYLER phenomena are largely seen as threats by the group and labeled as "government agents" and "deep state operatives". Promoting the TYLER cult Michaels attained near Messianic popularity with his followers when he suffered a collapsed lung in Roswell, New Mexico, which was attributed to an assassination attempt using directed energy weapons by a subversive rogue paramilitary element trying to silence Micheals. This notion is actively promoted by the YouTube conspiracy channel known as "Crowd Source The Truth" (CSTT) starring Jason Goodman. CSTT star Goodman was also a central figure in the emergency evacuation of the Port of Charleston, South Carolina on June 14, 2017 for a "dirty bomb hoax".iii During that episode, followers of the Goodman YouTube channel were seemingly involved in a "Live Action Role Play" (LARP) to identify a merchant marine ship carrying radioactive material (hence the "dirty bomb"). Now Goodman actively promotes Michaels and his "important research" and accuses various actors of attempting to silence Michaels via assassination attempts with bizarre weaponry. Perhaps more troubling are Goodman's apparent calls for action to protect Michaels from the "deep state" which have been broadcast to his thousands of followers to increase the drama of the situation. Indeed, participants in the #TeamTyler chat rooms have been observed directing followers to web-sites to obtain hacking tools and attack individuals with dissenting views. These hacking tool promoters include former guests on the Goodman CSTT YouTube show.

3. 3. 3 The TYLER cult leader Quinn Michaels claims to be a former software programmer for NIKE in Portland, Oregon. He is often fond of displaying his programming skills in a variety of YouTube videos. Following his three operations for his collapsed lung in Roswell, N.M. (December 2017) Michaels began airing grievances on YouTube against relatives of his 14 year old son. Michaels has issued claims that his son (born out of wedlock)

is being raised by a satanic cult in a supposed bunker in Oregon. These allegations have included vivid descriptions of animal sacrifices, plots to take over the world by his son's in-laws, etc. Perhaps most troubling was a "doxxing" incident when Michaels displayed all the social media accounts of his son and his in-laws (mother, father-in-law, etc.) to his thousands of YouTube followers. Michaels has openly stated that it was his goal to "destroy the lives" of his son and his son's in-laws to preserve the integrity of TYLER. When YouTube curtailed his ability to LiveStream, Michaels took his followers "underground" to various chat room platforms. In apparent cult-like behavior many of Michael's supporters have continued to remain loyal and have offered to help "destroy the lives" of the enemies of Michaels. i http://mindstalk.net/vinge/vinge-sing.html ii http://www.bbc.com/news/technology-30290540 Summary It is prudent to understand the emerging tactics of radical doomsday type cults that self-justify cyber-attacks on individuals and institutions. Such groups can operate at an intensity unfamiliar to those entrusted to protect critical infrastructure (C.I.). Key resources may be viewed as an obstacle to the fulfillment of the Singularity Event (S.E.). Adherents may justify a cyber-attack on such resources if they are seen as a threat to S.E. Development of Indicators of Attack (IoA) may be warranted for the C.I. protection industry. This is especially true for industries that may be viewed as controversial by such adherents. The true nature of "reality hacks" has yet to be fully determined. However, given the rhetoric of the TYLER group such reality hacks may include disruptions to banking and financial institutions, transportation systems and medical facilities. About the author A U.S. Air Force veteran, Dave Sweigert has received a Master's in Information Security from Capella University and Project Management from the Florida Institute of Technology. He is also the author of "Cyber Warfare Response: Minimizing Threat Rigidity in Emergency management and Cyber Security". iii https://www.nytimes.com/2017/06/15/us/port- dirty-bomb-south-carolina.html

**Exhibit A-12**

Tuesday, June 20, 2017 1:00 am

# False claims lead to real problems

## Conspiracy theory shuts down port

**FRANK GRAY | For The Journal Gazette**

A couple of years ago, when the water in Fort Wayne started to taste funky as spring arrived and leaves and limbs were washed into the river, some people complained.

The water department assured everyone that the water was safe, it was tested several times a day, and it was using extra chlorine and charcoal filtering to minimize the earthy taste.

But not everyone was satisfied. Some went onto an internet site and, implying the water here wasn't safe, demanded an investigation.

That's what you can do with the internet, synthesize crises and send some people into a panic.

Last week, someone from Fort Wayne did the same thing again.

A man going by George Webb went onto a website he runs and claimed that a source had told him there was a dirty bomb planted in a major American city, possibly Memphis. He said the source had gotten his information from other "sources."

Tuesday, June 20, 2017 1:00 am

False claims lead to real problems

Conspiracy theory shuts down port

FRANK GRAY | For The Journal Gazette

A couple of years ago, when the water in Fort Wayne started to taste funky as spring arrived and leaves and limbs were washed into the river, some people complained.

The water department assured everyone that the water was safe, it was tested several times a day, and it was using extra chlorine and charcoal filtering to minimize the earthy taste.

But not everyone was satisfied. Some went onto an internet site and, implying the water here wasn't safe, demanded an investigation.

That's what you can do with the internet, synthesize crises and send some people into a panic.

Last week, someone from Fort Wayne did the same thing again.

A man going by George Webb went onto a website he runs and claimed that a source had told him there was a dirty bomb planted in a major American city, possibly Memphis. He said the source had gotten his information from other "sources."

Before long the story changed to say there was a dirty bomb on a ship called the Memphis Maersk, a container ship headed for Charleston, South Carolina. That information ended up on another conspiracy channel on YouTube.

In the end, Webb, whose actual name is George Sweigert and who graduated from North Side High School in 1978, had managed to get the terminal evacuated where the container ship was located.

The Coast Guard inspected the ship and found nothing. It was another synthetic crisis. But it shows you what the internet can be used for.

That upsets a man named David Sweigert, who happens to be "George Webb's" brother and who graduated from North Side in 1977.

It's the result of what Sweigert, who is involved in infrastructure protection and computer security, says can happen when the internet is what he calls "weaponized."

Crowdsourcing sites that operate like games get fans to go online and solve mysteries and conspiracy theories, David Sweigert said in a paper he prepared after the event.

Participants are told of a threat, creating a call to action, and soon fans start calling authorities about the imminent threat, he said.

In the case of Charleston, the seaport had to be shut down.

You can call it a game, but when so-called journalists conducting what they call independent investigations get their listeners worked up, it can lead to player hysteria, angst and fear. David Sweigert compared the possible public reaction to the War of the Worlds Halloween broadcast in the 1930s, when some listeners were convinced the planet was being invaded by Mars.

The only difference now is that the broadcasts take place on the internet, and baseless attacks and public relations campaigns against public officials and infrastructure operators can develop.

The whole incident is troubling to him because it was all orchestrated, in part, by his brother.

What's at stake? False internet claims can incite violence, he said, against banks, utilities, dams, hospitals, name it.

Frank Gray reflects on his and others' experiences in columns published Sunday, Tuesday and Thursday. He can be reached by phone at 461-8376, fax at 461-8893, or email at fgray@jg.net. You can also follow him on Twitter @FrankGrayJG.

**https://www.journalgazette.net/news/local/frank-gray/20170620/false-claims-lead-to-real-problems**

# Exhibit A-13



**George H. Sweigert** (1920–1999) is credited as the first inventor to patent the [cordless telephone](#).[1]

Born in [Akron](#), [Ohio](#), Sweigert served five years in the [US Army](#) as a [radio](#) operator in [World War II](#) in [Guadalcanal](#), [Bougainville](#), [Fiji](#) and [New Georgia](#) assigned to the 145th Headquarters Company under the [37th Infantry Division (United States)](#). Following the war, Sweigert attended [Bowling Green State University](#) near Toledo, Ohio.

Sweigert credited his military experience for invention of the cordless telephone, citing experimentation with various antennas, signal frequencies, and types of radios.

## Radio telephone[[edit](#)]

With the patent application submitted on May 2, 1966 to the US Patent and Trademark Office, Sweigert submitted a working model of the phone in addition to the required description.[2] A _Cleveland Plain Dealer_ article, published shortly after the patent was

filed, documented the first public demonstration of the cordless phone with a picture of the device and the inventor.[citation needed]

The *Plain Dealer* reported that Sweigert used a part from his washing machine for the invention - the solenoid used to lift the phone's receiver when a current was sensed in the induction coil. Sweigert, who suffered severe back pain from a war injury, saw the device primarily helping handicapped and elderly people.

The US Patent and Trademark Office issued U.S. Patent 3,449,750 on June 10, 1969. The *New York Times* reported the patent in the June 14th, 1969 edition. (page 52, column 6) In the article, Sweigert gives the first description of how the "remote phone" might be used as a remote office or around the home, foreshadowing the way cell phones are used today.

Sweigert held two amateur radio licenses: W8ZIS (Ohio) and N9LC (Indiana). He held the amateur radio extra class license, the highest class license. He also held a First Class Radiotelephone license issued by the Federal Communications Commission.

## Role models[edit]

Sweigert's heroes included Samuel Morse, Thomas Edison, Alexander Graham Bell, Lee DeForest, Edwin Armstrong, Albert Einstein, and Philo Taylor Farnsworth. Sweigert was coincidentally born in the same city that hosts the National Inventors Hall of Fame, Akron, Ohio.

Sweigert studied the life stories of these inventors, and he frequently would recount the early technical and legal struggles of these inventors to get their inventions patented and protected.

Edison's early technical struggles with full duplex (two way) communication was another favorite subject, born out of Edison's desire to "speed up" telegraphic conversations by sending and receiving at the same time. Whether Edison could actually perform this telegraphic feat has never been documented, but Sweigert credited this story with his inspiration for a full duplex cordless telephone. Sweigert studied how duplexes reduced frustrations dealing with technologies, going back to the early days of telegraphy.

Sweigert admired Alexander Graham Bell's work with the deaf as an inspiration for development of the telephone. One of Sweigert's sons is hearing impaired. This may explain Sweigert's intricate use of amplifiers in the initial invention. Sweigert was physically disabled, and saw the cordless phone as a similar to the telephone in terms of motivation and inspiration for the development of the invention. Sweigert sided with Alexander Graham Bell in the Elisha Gray and Alexander Bell telephone controversy, although Elisha Gray was another Cleveland inventor. He did credit Gray with being the first to come up with a way of multiplexing several messages simultaneously on the same wire.

He also enjoyed the fact that Bell was a complete amateur compared with professional established laboratories of Elisha Gray and super-inventor Thomas Edison. He greatly admired Edison's work on improving the vibrating diaphragm to vary the induced resistance from varying frequency in the voice. He frequently cited Bell besting Edison on the invention of the telephone as Edison's motivation to invent the phonograph. He

expressed dismay how Bell missed inventing the phonograph after his frequent lectures about visualizing audio waves and electrically reproducing them. Sweigert credited being able to visualize human voice waveforms as another key in perfecting the cordless phone.

Sweigert also admired Edwin Armstrong and his invention of FM radio. Armstrong's concept of the superheterodyne receiver to filter out noise and amplify the original signal is used in the cordless phone. He also admired Armstrong's courage to challenge the status quo of AM radio and its powerful leader, David Sarnoff.

## Wireless networking[edit]

Sweigert's eureka moment for the cordless phone was similar, imagining the human voice waveform for a word as a short "wavelet" traveling through the air and then the wire, linking the words together to reproduce a conversation. He envisioned a home where all kinds of devices generated "message wavelets" to share the electromagnetic spectrum, foreshadowing Ethernet. Sweigert's philosophy was "the simpler, the better, as could be understood by a child". He often recounted Albert Einstein's experience of reading a children's story about a child racing a telegraph signal going through a wire.

His later years were spent trying to perfect antenna designs, applying the work of James Clerk Maxwell's work on electromagnetic theory and Maxwell's Equations. His persistent frustration after the invention of the cordless phone was his inability to do the advanced calculus required by the equations for advanced antenna design.

Sweigert predicted that half of the people in the world would own a wireless phone in the time of his children. With the world population of wireless phones at 3.2 billion in 2008[citation needed], he was probably not far wrong with this prediction. He predicted integrated cameras, GPS, accelerometers, and other advanced sensors in the 1969 moon lander would be integrated into the wireless phone. Sweigert received notice of his patent approval on day of the first moon landing on June 20, 196

## Later years[edit]

Sweigert greatly admired Philo Farnsworth for his invention of television, and more specifically his work with the cathode ray tube and the electronic amplifier. Sweigert nicknamed his oscilloscope in his home electronics lab "Philo" in honor of Philo Farnsworth, critical to Sweigert for visualizing his "word worms". He also admired Farnsworth for his ability to challenge RCA, founding the Farnsworth Television and Radio Corporation in Fort Wayne, Indiana in 1938. While reading about Farnsworth and his later work on submarine detection equipment, he was led to a research and development position with Magnavox Corporation in Fort Wayne, Indiana in 1969.

Sweigert took the R&D position with Magnavox Corporation in 1969 in Fort Wayne to work on Army field radios for soldiers in the Vietnam War. He sympathized with the soldiers fighting in the Vietnam jungles which were similar to the jungle conditions he fought in at Guadalcanal and Bougainville Island in the Second World War. Magnavox field radios were key to the US Army for the entire Vietnam War. Sweigert was fascinated by the development of the integrated circuit and its potential uses to reduce the size of electronic products. He was friends with many of the people

involved in the founding of Bowmar Instrument Corporation in Fort Wayne, the makers of the first electronic pocket calculator, or more popularly known as the Bowmar Brain.

Sweigert taught electronics at the vocational college level in his later years for ITT Technical Institute in Fort Wayne despite his physical disability. He credited ITT for purchasing the Farnsworth Television from Philo Farnsworth, enabling him to finally receive compensation for his invention. Sweigert sympathized with the struggles in the later life of Edwin Armstrong and wanted to avoid a similar fate in his own life.

## Trivia[edit]

Sweigert also admired Guglielmo Marconi for his work with wireless telegraphy. He was internally conflicted on whether Nikola Tesla or Marconi should be credited with the invention of radio.

https://en.wikipedia.org/wiki/George_Sweigert

# Exhibit A-14



## Field Day (amateur radio)

From Wikipedia, the free encyclopedia

*For other uses, see Field day (disambiguation).*

**Field Day** is an annual amateur radio exercise, widely sponsored by IARU regions and member organizations, encouraging emergency communications preparedness[1] among amateur radio operators. In the United States, it is typically the largest single emergency preparedness exercise in the country, with over 30,000 operators participating each year. Field Day is always the fourth full weekend of June, beginning at 18:00 UTC Saturday and running through 20:59 UTC Sunday.

Since the first ARRL Field Day in 1933, radio amateurs throughout North America have practiced the rapid deployment of radio communications equipment in environments ranging from operations under tents in remote areas to operations inside Emergency Operations Centers (EOCs). Operations using emergency and alternative power sources are highly encouraged, since electricity and other public infrastructures are often among the first to fail during a natural disaster or severe weather.



Solar-powered Amateur Radio Station in tents with portable VHF/UHF satellite and HF antennas in the background

WIKIPEDIA
The Free Encyclopedia

Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

Contribute

Help
Learn to edit
Community portal
Recent changes
Upload file

Tools

What links here

**Field Day** is an annual amateur radio exercise, widely sponsored by IARU regions and member organizations, encouraging emergency communications preparedness[1] among amateur radio operators. In the United States, it is typically the largest single emergency preparedness exercise in the country, with over 30,000 operators participating each year. Field Day is always the fourth full weekend of June, beginning at 18:00 UTC Saturday and running through 20:59 UTC Sunday.

Since the first ARRL Field Day in 1933, radio amateurs throughout North America have practiced the rapid deployment of radio communications equipment in environments ranging from operations under tents in remote areas to operations inside Emergency Operations Centers (EOCs). Operations using emergency and alternative power sources are highly encouraged, since electricity and other public infrastructures are often among the first to fail during a natural disaster or severe weather.

To determine the effectiveness of the exercise and of each participant's operations, there is an integrated competitive component, and many clubs also engage in concurrent leisure activities (e.g.,

camping, cookouts). Operations typically last a continuous twenty-four hours, requiring scheduled relief operators to keep stations on the air. Additional contest points are awarded for experimenting with unusual modes, making contacts via satellite, and involving youth in the activity.

## Emergency preparedness[edit]

Field Day stresses emergency preparedness. Frequently, entire radio clubs get involved and assemble a portable radio station in a field or park. Some might use quickly deployable portable antennas while other might erect more elaborate radio masts and towers supporting several antennas. Generators or solar power provide electricity to amateur radio transceivers, which may be located in tents, cars, recreational vehicles, or other portable shelters.

**https://en.wikipedia.org/wiki/Field_Day_(amateur_radio)**

# Exhibit A-15



## The Network Working Group

Once the initial sites were chosen, representatives from each site gathered together to talk about how to solve the technical problem of getting the hosts to communicate with each other. The *Completion Report Draft* tells us about this beginning:

To provide the hosts with a little impetus to work on the host-to-host problems, ARPA assigned Elmer Shapiro of SRI "to make something happen," a typically vague ARPA assignment. Shapiro called a meeting in the summer of 1968 which was attended by programmers from several of the first hosts to be connected to the network. Individuals who were present have said that it was clear from the meeting at that time, no one had even any clear notions of what the fundamental host-to-host issues might be [27].

This group, which came to be known as the Network Working Group (NWG), was exploring new territory. The first meeting took place several months before the first IMP was configured. The group had to begin with a blank slate. In Crocker's recollections of the important developments produced by the NWG which were provided as the introduction to RFC-1000, the reader is reminded that the thinking involved was ground-breaking and thus exciting. Crocker remembers that the first meeting was chaired by Elmer Shapiro of SRI, who initiated the conversation with a list of questions [28]. Also present at this first meeting were Steve Carr from the University of Utah, Crocker from UCLA, Jeff Rulifson from SRI, and **Ron Stoughton** from UCSB. These attendees, most of them graduate students, were the programmers described in the *Completion Report Draft.*

**https://firstmonday.org/ojs/index.php/fm/article/view/612/533**

# Exhibit A-16

# George Webb - Day 199 - Breaks Down Acting FBI Director Andrew McCabe, NYPD, Clinton Rat-lines, Blackberries and Synching Servers

 **v4vapid** (72) ▾ in #news • 4 years ago (edited)

"There's a huge group of retired FBI, as well as field FBI and even people within the counter-intelligence group at the FBI who are now leaking information."

"Andrew McCabe Motis Operandi undermine your superior while smiling in there face."
(When McCabe was #3 at FBI he did the same to #2)

"You're gonna find the blackberries are gonna sit on a network, laptops are gonna sit on a network and the blackberry enterprise server that's gonna sync them all."

"So, there's gonna be NSA traffic there, I already said there's gonna be NGA type intercepts here..."

"So, it's this NGA information with the NSA information that's gonna unwind the whole case. Whether or not the 650,000 emails come out."

https://steemit.com/news/@v4vapid/george-webb-day-199-breaks-downacting-fbi-director-andrew-mccabe-nypd-clinton-rat-lines-blackberries-and-synching-servers

# Exhibit A-17

Investment Watch



**George Webb Was Setup – Suing The FBI (Andrew McCabe) – False Reports In CNN And NEW YORK TIMES And Other Publications Defamed Him – Asking Larry Klayman To Be His Attorney.**

**June 19, 2017 by IWB**

**by Pamela Williams**

I knew this was going to happen sooner or later, and I hope Larry Klayman will take this lawsuit for George Webb and shoot to the moon with it.  George Webb is an investigator and journalist I have been following for at least a year now.  I trust him and the work he is doing.  In the following video he explains much of what occurred to bring about this $100M Defamation Lawsuit Versus Andrew McCabe of the FBI.  George is also including other plaintiffs associated with his work and investigations in this lawsuit.

Published on Jun 19, 2017
$100M Defamation Lawsuit Versus Andrew McCabe. We Are All Plaintiffs

I want to begin this complex report by listing the news outlets who printed this defaming story on George Webb.  Not only did some print the story, they listed one of his videos from his website on YouTube.  This is clearly evidence of defamation of the character of George Webb.  He is asking Klayman to move forward as fast as he can, as his life is most likely in danger, as now he has been cast as a perp in this Charleston Port story.
1.www.cnn.com/2017/06/15/us/port-of-charleston-threat-evacuation/index.html

A South Carolina port terminal was briefly evacuated because of a "potential threat" in a container ship, then reopened early Thursday after authorities scanned it and cleared it.  It said the source of the "original reporting source of the threat" has been detained for questioning. Coast Guard Lt. JB Zorn said the threat was based on an anonymous claim shared by a man on YouTube.

I want to comment here:  George says he never called the Coast Guard, but they called him three times.  George says his source came from someone retired in the Ohio area.  I understood him to say he found the "hole" of this false lead.  If I misquote him, I do not mean to.  Please watch the video to full understand the whole story.

2.www.nytimes.com/2017/06/15/us/port-dirty-bomb-south-carolina.html?_r=0

A section of the Port of Charleston was closed for about seven hours as nearly a dozen federal, state and local agencies searched and turned up nothing.

The episode began around 8 p.m. on Wednesday when the Coast Guard said it received two phone calls about a potential dirty bomb — a crude explosive rigged to spray radioactive material — aboard the container ship Maersk Memphis, Lt. James B. Zorn, a Coast Guard spokesman, said on Thursday.

www.youtube.com/watch?v=Tj-EUz5JeFQ

He described the anonymous sources who he said gave him information on a bomb at the port as being in the Midwest and that they were fearful of reprisals from Andrew G. McCabe, the acting director of the F.B.I.

"These are American patriots who spent decades even before D.H.S. was formed in service to our country saving our country from terrorists' attacks," Mr. Webb said, referring to the Department of Homeland Security.

The Maersk Memphis, which was built in 2007 and sails under the American flag for Maersk Line, a United States corporation, arrived at the port on Wednesday evening, Signe Brink Wagner, a company spokeswoman, said in an email.

I want to comment here.  George Webb is an investigative reporter, who will not give up his sources.  I think now that they were part of the setup.  I am not sure exactly if George thinks this or not.  I follow his work on the Pakistani spy ring three Awan Brothers were involved in on Capitol Hill.  They escaped back to Pakistan with top secret US Intelligence.  Now they are using it against our Country overseas to setup our troops, but also to possibly attack this Country at home.  These three brothers I believe are affiliated with the Pakistani Elite agency the ISI.  The ISI is very active in Afghanistan in helping the Taliban against our American troops.

www.postandcourier.com/news/it-took-one-phone-call-possibly-from-a-conspiracy-theorist/article_5e7bcb84-51b9-11e7-9099-1f8dbf00ad13.html

The videos show two men, known for pushing far-right conspiracy theories, discussing the possibility of a threat on the Memphis **George Webb and Jason Goodman** have racked up millions of views on YouTube discussing what they describe as political corruption.

[emphasis added]

https://www.investmentwatchblog.com/george-webb-was-setup-suing-the-fbi-andrew-mccabe-false-reports-in-cnn-and-new-york-times-and-other-publications-defamed-him-asking-larry-klayman-to-be-his-attorney/



In the above video Klayman speaks about the conflice ot interests of Special Counsel Mueller and testimony of James Comey.

In the following video George Webb gives a shout out to Larry Klayman telling him he would like to meet with him to give him possible information to help in his NSA lawsuit.

# Exhibit A-18



*protected the American people for 33 years.*

**Robyn Gritz spoke with Jason Goddman at Crowdsource the Truth in December 2017** about the corruption inside the FBI.

*I believe I have a unique inside view of the mannerisms surrounding Andrew McCabe, other FBI Executive Management and Former Director Mueller, as well as the unethical and coercive tactics they use, not to seek the truth, but to coerce pleas or admissions to end the pain, as I call it.* They destroy lives for their own agendas instead of seeking the truth for the American people. Candor is something that should be encouraged and used by leadership to have necessary and continued improvement.  Under Mueller, it was seen as a threat and viciously opposed by those he pulled up in the chain of command.

*I am explaining this because numerous Agents have expressed the need for you to know McCabe's and Mueller's pattern of "target and destroy" has been utilized on many others, without regard for policies and laws.* I, myself, am a casualty of this reprehensible behavior and I have spoken to well over 150 other FBI individuals who are casualties as well.

*I am the individual who filed the Hatch Act complaint against McCabe and provided significant evidentiary documents obtained via FOIA, open source, and information from current, former, and retired Special Agents. The Office of*

*Special Counsel (OSC) asked why my filing of the complaint was delayed from the actual acts. I said I personally thought I was providing additional information to what should have been an automatic referral to OSC by FBI OPR. I was notified I was the only complainant. This illustrates not only a fatal flaw in OPR AD Candice Will not making the appropriate and crucial referral, but also shows the fear of those within the FBI to report individuals like McCabe for fear of retaliation...*

*...**We now know all FBI employees involved in Mike Flynn's case have either been fired, forced to resign or forced to retire because of their excessive lack of candor, punitive biases, leaking of information, and extensive cover-up of their deeds...***

**https://www.thegatewaypundit.com/2018/12/former-fbi-supervisory-special-agent-mueller-and-mccabe-use-unethical-and-coercive-tactics-destroy-lives-for-their-own-agenda-video/**

# Exhibit A-19



**https://www.youtube.com/watch?v=UJ9WOCFO8do**



**Patriot's Roundtable at Operation Classified Scott Bennett, Robyn Gritz, Sidney Powell & Kevin Shipp**

**https://altcensored.com/watch?v=1YrK2C2RYOk**



**Patriot's Roundtable at Operation Classified Scott Bennett, Robyn Gritz, Sidney Powell & Kevin Shipp**

**https://altcensored.com/watch?v=1YrK2C2RYOk**



**FBI Whistleblower Robyn Gritz Speaks Out Against Bureau Gender Inequality & A Culture of Retaliation**

**https://altcensored.com/watch?v=VUVT1hY_vas**

# Exhibit A-20



**Patriot's Roundtable at Operation Classified Scott Bennett, Robyn Gritz, Sidney Powell & Kevin Shipp**

**https://altcensored.com/watch?v=1YrK2C2RYOk**



**Patriot's Roundtable at Operation Classified Scott Bennett, Robyn Gritz, Sidney Powell & Kevin Shipp**

**https://altcensored.com/watch?v=1YrK2C2RYOk**

## Jason Goodman

**Published on Nov 11, 2018**

A group of America's bravest patriots join me to discuss the overwhelming corruption we now face. This interview was recorded live at John B. Wells Operation Classified in Dallas Texas on November 10, 2018

Special thanks to John B. Wells and Operation Classified Please visit https://www.caravantomidnight.com/

Please donate to the Michael Flynn Defense Fund – https://mikeflynndefensefund.org/

Purchase Scott Bennett's book – http://armypsyop.wixsite.com/shellgame

Purchase Sidney Powell's book – https://squareup.com/market/sidney-powell-author

Purchase Kevin Shipp's book – https://www.fortheloveoffreedom.net/

Visit Robyn Gritz' Go Fund Me – https://www.gofundme.com/fighting-fbi-discrimination-and-cor

Become a Sponsor of Crowdsource the Truth and enjoy exclusive content Only ON Patreon
http://www.patreon.com/crowdsourcethetruth

One time sponsorship via PayPal
http://paypal.me/crowdsourcethetruth

BTC - 14y2bEJ484DTbQwthX51VWpcRtk9Q7kmQQ
ETH - 0x07a23Ac0EBb5936d60A8cBfE07D64A579Cc756c9
LTC - LVP2d143QjPv1JaJpqgPHzQzv2qSQCDnbd

email truth@crowdsourcethetruth.org

merchandise - https://www.redbubble.com/people/csthetruth?ref=explore-feed&asc=u

**Legal Disclaimer: Sponsorship of Crowdsource the Truth is made at the sponsor's sole discretion. Sponsorship funds are not tax-deductible, are non-refundable, and do not represent any ownership, equity interest or decision-making authority in the organization.

**https://altcensored.com/watch?v=1YrK2C2RYOk**

# Exhibit A-21

## Journal of Air Law and Commerce

Volume 60 | Issue 1                                                        Article 4

1994

# Military Use of Commercial Communication Satellites: A New Look at the Outer Space Treaty and Peaceful Purposes

Richard A. Morgan

Follow this and additional works at: https://scholar.smu.edu/jalc

Recommended Citation

Richard A. Morgan, *Military Use of Commercial Communication Satellites: A New Look at the Outer Space Treaty and Peaceful Purposes*, 60 J. Air L. & Com. 237 (1994)
https://scholar.smu.edu/jalc/vol60/iss1/4

This Article is brought to you for free and open access by the Law Journals at SMU Scholar. It has been accepted for inclusion in Journal of Air Law and Commerce by an authorized administrator of SMU Scholar. For more information, please visit http://digitalrepository.smu.edu.

## MILITARY USE OF COMMERCIAL COMMUNICATION SATELLITES: A NEW LOOK AT THE OUTER SPACE TREATY AND "PEACEFUL PURPOSES" RICHARD A. MORGAN*

## INTRODUCTION

**"IT'S THE FIRST** space war," said a space policy analyst, referring to the Persian Gulf conflict.[1] Senior U.S. Department of Defense (DoD) officials were expected to[2] and did have a firsthand view of the fighting at the front, courtesy of INMARSAT[3] communications satellites. The Gulf War heralded the beginning of yet another great era of the space age.[4] Electronic still video photos taken by troops were transmitted, almost instantaneously, via portable satellite ground terminals to the Pentagon via the INMARSAT system.[5] The rest of the world was able to observe the crisis on television via broadcast transmissions over the INTELSAT[6] satellite system, which was "the primary pipeline for U.S. news broadcasts out of the Persian Gulf region . . . ."[7] The United States DoD leased at least one of the six Ku-band transponders on the INTELSAT 5 satellite located over the Atlantic Ocean for its Gulf War communications needs.[8]

INTRODUCTION IT'S THE FIRST space war," said a space policy analyst, lreferring to the Persian Gulf conflict.' Senior U.S. Department of Defense (DoD) officials were expected to2 and did have a firsthand view of the fighting at the front, courtesy of INMARSAT 3 communications satellites. The Gulf War heralded the beginning of yet another great era of the space age.4 Electronic still video photos taken by troops were transmitted, almost instantaneously, via portable satellite ground terminals to the Pentagon via the INMARSAT system.5 The rest of the world was able to observe the crisis on television via broadcast transmissions over the INTELSAT6 satellite system, which was "the primary pipeline for U.S. news broadcasts out of the Persian Gulf region .... The United States DoD leased at least one of the six Kuband transponders on the INTELSAT 5 satellite located over the Atlantic Ocean for its Gulf War communications needs.8

**https://core.ac.uk/download/pdf/147637681.pdf**

*LTR 91 - 248*

91-215 SPR

# CRS Report for Congress

# Military and Civilian Satellites in Support of Allied Forces in the Persian Gulf War

Marcia S. Smith
Specialist in Aerospace Policy
Science Policy Research Division

February 27, 1991



Congressional Research Service · The Library of Congress

In addition to these specialized military space systems, civilian/commercial satellites can be useful for military operations. The U.S. National Oceanic and Atmospheric Administration (NOAA, in the Department of Commerce) has civilian satellites for weather forecasting and remote sensing of the Earth's surface. NASA's Tracking and Data Relay Satellite System (TDRSS) may be used to relay data from military satellites to ground stations. Other countries also launch satellites for many of these same purposes. Commercial communications and remote sensing satellites are also available, some operated by international organizations (INTELSAT and INMARSAT, for example). USSPACECOM has been studying ways to make best use of U.S. and allied systems in times of crisis and the degree to which systems could or should be designed to be interoperable (some already are).

INMARSAT (International Maritime Telecommunications Satellite Organization), similar to INTELSAT but for mobile rather than fixed communications,[10] also is playing a significant role. INMARSAT has 63 members, including Kuwait and Iraq. INMARSAT ground stations can be smaller than those for INTELSAT and are transportable, spurring development of portable satellite telephones.[11]

# Exhibit A-22



**"Ironbottom Sound"** (alternatively **Iron Bottom Sound** or **Ironbottomed Sound** or **Iron Bottom Bay**) is the name given by Allied sailors to the stretch of water at the southern end of The Slot between Guadalcanal, Savo Island, and Florida Island of the Solomon Islands, because of the dozens of ships and planes that sank there during the Battle of Guadalcanal in 1942–43. Before the war, it was called **Savo Sound**. Every year on the battle's anniversary, a U.S. ship cruises into the waters and drops a wreath to commemorate the men who lost their lives.[citation needed] For many Navy sailors, and those who served in the area during that time, the waters in this area are considered sacred, and strict silence is observed as ships cruise through.

## Battles[edit]

- Battle of Savo Island, 9 August 1942
- Battle of Cape Esperance, 11–12 October 1942
- Naval Battle of Guadalcanal, 13–15 November 1942
- Battle of Tassafaronga, 30 November 1942
- Operation I-Go, 1–16 April 1943

## Sunken ships[edit]

**Japanese**[edit]

Cape Esperance 11–12 October 1942

- *Fubuki* (Japanese *Fubuki*-class destroyer)
- *Furutaka* (Japanese *Furutaka*-class) heavy cruiser

First Naval Battle of Guadalcanal 13 November 1942

- *Akatsuki* (Japanese *Akatsuki*-class destroyer)
- *Yūdachi* (Japanese *Shiratsuyu*-class destroyer)
- *Hiei* (Japanese *Kongō*-class battlecruiser)

Second Naval Battle of Guadalcanal 15 November 1942

- *Kirishima* (Japanese *Kongō-class* battlecruiser)
- *Ayanami* (Japanese *Fubuki-class* destroyer)

Tassafaronga 30 November 1942

- *Takanami* (Japanese *Yūgumo-class* destroyer)

Other surface battles and aerial actions 1942-43

- *Kikuzuki* (Japanese *Mutsuki-class* destroyer) (lost to U.S. Navy air attack 4 May 1942)
- *Tama Maru* (Japanese minesweeper) (lost to U.S. Navy aerial torpedo attack 4 May 1942)
- *Azumasan Maru* (Japanese military transport) (ran aground and lost to air attack 15 Oct 1942)
- *Hirokawa Maru* (Japanese military transport) (grounded and lost to air attack 15 Nov 1942)



Kinugawa Maru

- *Kinugawa Maru* (Japanese military transport) (grounded and lost to air attack 15 Nov 1942)
- *I-3* (Japanese Type J1 submarine) (torpedoed by USN PT Boat 9 Dec 1942)
- *Teruzuki* (Japanese *Akizuki-class* destroyer) (torpedoed by USN PT Boat 12 Dec 1942)
- *I-1* (Japanese Type J1 submarine) (rammed by RNZN ASW Corvettes, ran aground 29 January 1943)
- *Makigumo* (Japanese *Yūgumo-class* destroyer) (hit Mine while under attack by PT Boat 1 February 1943)

**Allied**[edit]

Savo Island 9 August 1942

- *Astoria* (US *New Orleans-class*) heavy cruiser
- *Quincy* (US *New Orleans*-class cruiser) heavy cruiser
- *Vincennes* (US *New Orleans*-class cruiser) heavy cruiser
- *Canberra* (Australian *Kent-class*) heavy cruiser

Cape Esperance 12 October 1942

- *Duncan* (US *Gleaves*-class destroyer)

First Naval Battle of Guadalcanal 13 November 1942

- *Atlanta* (US *Atlanta-class* light cruiser/anti-aircraft cruiser)

- *Barton* (US *Benson*-class destroyer)
- *Cushing* (US *Mahan*-class destroyer)
- *Laffey* (US *Benson*-class destroyer)
- *Monssen* (US *Gleaves*-class destroyer)

Second Naval Battle of Guadalcanal 15 November 1942

- *Preston* (US *Mahan*-class destroyer)
- *Walke* (US *Sims*-class destroyer)
- *Benham* (US *Benham*-class destroyer)

Tassafaronga 30 November 1942

- *Northampton* (US *Northampton*-class heavy cruiser)

Operation I-Go [Air Raid on Tulagi] 7 April 1943

- *Kanawha* (US *Kanawha*-class fleet oiler)
- *Aaron Ward* (US *Gleaves*-class destroyer)
- *Moa* (New Zealand Bird-class corvette)

Other surface battles and aerial actions 1942–1945

- *George F. Elliott* (US *Heywood*-class attack transport) (lost to air attack 8 August 1942)
- *Jarvis* (US *Bagley*-class destroyer) (sunk in aerial torpedo attack 9 August 1942)^
- *Blue* (US *Bagley*-class destroyer) (torpedoed by IJN destroyer 22 August 1942)
- *Colhoun* (US *Wickes*-class destroyer) (sunk in dive-bombing attack 30 August 1942)
- *Gregory* (US *Wickes*-class destroyer) (lost with *Little* in surface combat vs. IJN destroyers 5 Sept 1942)
- *Little* (US *Wickes*-class destroyer) (lost with *Gregory* in unnamed action vs. IJN destroyers 5 Sept 1942)
- *Seminole* (US *Navajo*-class oceangoing tug) (lost with *YP-284* to gunfire of IJN destroyers 25 Oct 1942)
- *YP-284* (US Yard Patrol craft) (lost with *Seminole* to gunfire of IJN destroyers 25 Oct 1942)
- *Juneau* (US *Atlanta*-class light cruiser/anti-aircraft cruiser)) (torpedoed by IJN submarine 13 Nov 1942)^^
- *PT-44* (US PT boat) (lost in unnamed surface action vs. IJN destroyers 12 Dec 1942)
- *PT-112* (US PT boat) (lost in surface combat vs. IJN destroyers 11 January 1943)
- *De Haven* (US *Fletcher*-class destroyer) (lost to dive-bombing attack 1 February 1943)
- *PT-37* (US PT boat) (sunk with *PT-111* by IJN destroyer 1 February 1943)
- *PT-111* (US PT boat) (sunk with *PT-37* by IJN destroyer 1 February 1943)
- *PT-123* (US PT boat) (lost to air attack 1 February 1943)
- *John Penn* (US attack transport) (torpedoed in air attack 13 August 1943)
- *Serpens* (United States Coast Guard-manned Liberty ship) (exploded while loading depth charges 29 January 1945)

^*Jarvis* was briefly involved in the Battle of Savo Island, but did not actually sink in the Sound; she was lost in a separate bomber attack later that day retreating from Guadalcanal. ^^*Juneau* is usually described as being sunk in the aftermath of the [First] Naval Battle of Guadalcanal; her loss took place away from the Sound in the Solomon Sea to the southeast.

# Exhibit A-23

---------- Original Message ----------

From: Spoliation Notice <spoliation-notice@mailbox.org>

To: Jason Goodman <truth@crowdsourcethetruth.org>, "ad1-agc@nycourts.gov" <ad1-agc@nycourts.gov>, "john@jhsnyderlaw.com" <john@jhsnyderlaw.com>, "margaret.esquenet@finnegan.com" <margaret.esquenet@finnegan.com>, "b.brett.heavner@finnegan.com" <b.brett.heavner@finnegan.com>, "samuel.eichner@finnegan.com" <samuel.eichner@finnegan.com>, "Letitia.james@ag.ny.gov" <Letitia.james@ag.ny.gov>, Spoliation Notice <spoliation-notice@mailbox.org>, "corean1111@gmail.com" <corean1111@gmail.com>

Date: 05/26/2021 8:49 PM

Subject: CSTT72@protonmail.com evidence

Mr. Goodman,

Proceed at your own peril.

Your attorney Mr. Snyder advised opposing counsel that he believed CSTT72@protonmail.com was operated by the undersigned.  This is incorrect, according to you, who now admits it was "Tom Thumb", aka CSTT72 from London, U.K.

Did you know it was "Tom Thumb" (CSTT72) when your attorney apparently misrepresented evidence to the opposing counsel?  Did your attorney, Mr. Snyder, understand that you believed the e-mail address CSTT72 was "Tom Thumb".  Why did Mr. Snyder attribute CSTT72 to the undersigned to opposing counsel?

How would it be possible for Ms. Corean Elizabeth Stoughton to transmit your responses to CSTT72 on the GeorgWebb Twitter account that she now controls?  She would need access to the CSTT72 account to make such screen shots, indicating she was working with this "Tom Thumb", aka CSTT72, or was impersonating "Tom Thumb".

It would appear that attorneys for NATAS should take you up on your offer to be given electronic copies of those messages you received from CSTT72.

This appears to be more fabrication of evidence to delay discovery worthy of review by the New York Bar by your attorney, Mr. Snyder.

As a courtesy to you, Ms. Stoughton has been added to the cc: list.

Best,

D. Geo. Sweigert

> On 05/26/2021 8:20 PM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

>

>

> Fabricated "evidence" manufactured by you or your stupid cohorts is invalid.  You continue to demonstrate that you are merely engaged in harassing me.  I'm growing bored of your tired, juvenile antics.

>

> > On May 26, 2021, at 2:13 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

> >

> > For the record,

> >

> > Mr. Goodman believes that someone named "Tom Thumb" operated CSTT72@protonmail.com.  It was believed by Mr. Goodman that this CSTT72 e-mail address was part of a harassment campaign.

> >

> > Best evidence (see attached) indicates that this "Thom Thumb" left flattering blog posts concerning Mr. Goodman's record retention practices (see attached).

> >

> > It is believed, based on a Twitter screen shot, that CSTT72 is also the same "Tom Hanks" that left these blog posts (see attached).

> >

> > A query was sent to the administrator of the blog to identify the poster.  The person leaving the blog entry was CSTT72@protonmail.com utilizing a Virtual Private Network address (see attached).

> >

> > It is believed that this "Thom Thumb" or "Tom Hanks" is actually Corean Elizabeth Stoughton of Hanover, Maryland.  Ms. Stoughton has taken custody, in a clandestine manner, of the Twitter account of George Webb, Mr. Goodman's former side-kick.

> >

> > Any allegations made by Mr. Goodman that the undersigned "hacked into his computer" are completely and flatly denied.

> >

> > Best,

> >

> > D. Geo. Sweigert

> >

> >

> >

> >

> > ---------- Original Message ----------

> > From: Jason Goodman <truth@crowdsourcethetruth.org>

> > To: David George Acton Sweigert <spoliation-notice@mailbox.org>

> > Date: 05/26/2021 7:18 PM

> > Subject: Re: DEMAND FOR RETRACTION

> >

> >

> > We agree that you are deliberately attempting to misrepresent that your telephone love connection/brother's ex-girlfriend Corean controlled that email address when we both know it was that British dope who uses the false name Tom Thumb.

> >

> > How did you first become aware of that email address Sweigert?  It would seem the only possibility is that you must have been in communication with Mr. Thumb or else have utilized your hacking skills to illegally penetrate my computer and obtain it from harassing messages he's sent me.  Do I understand correctly that you are admitting to one or the other federal crime?

> >

> > Thumb totally disengaged from his regular Friday harassment of me right after you reveled that you had his email address and then coincidentally you began personally trolling my chat on that same day.  I guess Thumb stopped communicating with you after you revealed your connection to him and you couldn't find a substitute quickly enough.

> >

> > Your name was not mentioned, you presume these statements to be about you, likely due to your narcissistic personality disorder.

> >

> >> On May 26, 2021, at 12:58 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

> >>

> >> Sir,

> >>

> >> Your attention is called to the misrepresentation of the e-mail address CSTT72@protonmail.com and the defamatory statements attributed to the undersigned in you railing on Friday.

> >>

> >> Best,

> >>

> >>

> >>> On 05/26/2021 5:43 PM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

> >>>

> >>>

> >>> I realize you are trying to satisfy the California requirement for a demand for retraction but in order for you to have a claim that something is defamatory it needs to be identifiably about you.  There might be a lot of fat losers with stinky feet living in shitty RVs with miserable lives who nobody likes and have abandoned their sons.  Good luck

trying to get a court to care about your false allegations.  BTW, the mere fact that you continue to do this is only going to hurt your case in NY.  Thanks for this evidence.

> >>>

> >>>> On May 26, 2021, at 11:38 AM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

> >>>>

> >>>> You are being offered a chance to get out of this, that's all.

> >>>>

> >>>> Offered to you, and subsequently rejected.

> >>>>

> >>>> Duly noted.

> >>>>

> >>>> Best,

> >>>>

> >>>>

> >>>>> On 05/26/2021 3:45 AM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

> >>>>>

> >>>>>

> >>>>> If we're back to advising one another, see my previous message

> >>>>>

> >>>>>> On May 25, 2021, at 8:17 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

> >>>>>>

> >>>>>> You mentioned the handicapped son.

> >>>>>>

> >>>>>> Suit yourself.  You had a chance.

> >>>>>>

> >>>>>> Best,

> >>>>>>

> >>>>>>

> >>>>>>> On 05/25/2021 9:48 PM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

> >>>>>>>

> >>>>>>>

> >>>>>>> It's interesting that you presume these attributes refer to you, I do not believe a specific name was mentioned.  How would any reasonable observer concluded exactly who was being referenced?

> >>>>>>>

> >>>>>>>>> On May 25, 2021, at 3:38 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

> >>>>>>>

> >>>>>>> Dear Sir,

> >>>>>>>

> >>>>>>> While speaking with David Hawkins last Friday you launched into a defamatory tirade about the undersigned to include:

> >>>>>>>

> >>>>>>> o  sticky feet

> >>>>>>> o  smelly feet

> >>>>>>> o  fat

> >>>>>>> o  son abandoned

> >>>>>>> o  greasy hands

> >>>>>>> o  etc.

> >>>>>>>

> >>>>>>> Apparently you have no regard when to stop your slur and defamation campaign.  Remove this material at once.

> >>>>>>>

> >>>>>>> Best,

> >>>>>>>

> >>>>>>> D. Geo. Sweigert

> > <london-based-IP-address.pdf>

# Exhibit A-24

---------- Original Message ----------

From: Jason Goodman <truth@crowdsourcethetruth.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Cc: "corean1111@gmail.com" <corean1111@gmail.com>, "icorean@icloud.com"
<icorean@icloud.com>, "j108whd@gmail.com" <j108whd@gmail.com>,
"jason@21stcentury3d.com" <jason@21stcentury3d.com>,
"jasongoodman72@protonmail.com" <jasongoodman72@protonmail.com>,
"mdwatch@mcac.maryland.gov" <mdwatch@mcac.maryland.gov>, "mdwatch@leo.gov"
<mdwatch@leo.gov>, "msp.media@maryland.gov" <msp.media@maryland.gov>,
"msp.superintendent@maryland.gov" <msp.superintendent@maryland.gov>,
"georg.webb@gmail.com" <georg.webb@gmail.com>, "nyspmail@troopers.ny.gov"
<nyspmail@troopers.ny.gov>, "nysag@ag.ny.gov" <nysag@ag.ny.gov>, "iso@ic.fbi.gov"
<iso@ic.fbi.gov>

Date: 07/22/2020 1:58 AM

Subject: Re: Jason Goodman and Corean Elizabeth Stoughton

The state police do not care about frivolous civil litigation brought by you and your friends.

> On Jul 21, 2020, at 7:50 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> Mr. Goodman,

>

> This was a warning message for your prudent action.  As you wish to display an
aggressive attitude, copies of your court documents in the Richmond, Virginia federal court
are attached as a courtesy to law enforcement.

>

> Your next appearance before the federal judge will be at 10 am on 7/23/2020 (Richmond,
Virginia).

>

> Good day, sir.

>

> D. George Sweigert

>

>

>> On 07/22/2020 1:37 AM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

>>

>>

>> We can discuss this and all your other frivolous claims when you appear before the judge in NY. Stop harassing me Sweigert. You are a public menace and likely a danger to yourself.

>>

>>>> On Jul 21, 2020, at 7:32 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>

>>> To:  Jason Goodman and Corean Elizabeth Stoughton

>>>

>>> As you are well aware, Mr. Goodman has published the first name of a handicapped vulnerable individual.  Apparently, this information was obtained from Ms. Stoughton.

>>>

>>> This e-mail demands that the twitter tweets containing the name of this individual be deleted from the social media account of CrowdSource The Truth.

>>>

>>> To that end, below is a draft letter motion to the magistrate judge in the matter of Mr. Goodman's slander, defamation and libel lawsuit.

>>>

>>> From:

>>> D. George Sweigert

>>> c/o General Delivery

>>> Mount Shasta, CA 96067

>>> Spoliation-notice@mailbox.org

>>>

>>> To:

>>> Hon. Stewart D. Aaron

>>> Magistrate Judge

>>> U.S. District Court for the S.D.N.Y.

>>> 500 Pearl Street

>>> New York, N.Y. 10007-1312

>>>

>>> LETTER MOTION

>>>

>>> For good cause shown and pursuant to Fed. R. Civ. Proc. Rule 15(d) the pro se plaintiff now seeks the approval of this Court to file a "Motion for Leave to File Supplemental Complaint".  There are new torts that have been committed by the Def which amount to public disclosure of private facts, aka invasion of privacy.

>>>

>>> The latest tortuous conduct by the Def arises as a new set of facts and creates a new cause of action – unrelated to the pending allegations related to (1) slander, libel, defamation, (2) misuse of plaintiff's likeness and name (N.Y. Civil Rights Law §§ 50, 51) and (3) intentional/negligent infliction of emotional distress (I/NIED).

>>>

>>> These new claims of invasion of privacy and public disclosure of private facts are directed at Def Goodman's use of the social media platform Twitter as part of his on-going "business operations" known as Crowdsource The Truth.

>>>

>>> Def has widely distributed the name of the plaintiff's handicapped special needs and vulnerable child to Def's thousands of followers.  The name of this handicapped vulnerable individual has never been released to the public.  Def obtained this private fact, and many others, from a Maryland woman known to be the former girl friend of the plaintiff's brother – George Webb Sweigert (the former house guest or room-mate of the Def for approximately four (4) months).  Ample examples are provided in the accompanying exhibits.  However, below is a sample with the vulnerable child's name redacted.

>>>

>>> The Maryland woman is known as Corean Elizabeth Stoughton of Hanover, Maryland.  She has been a vocal "woman scorned" concerning her 14 month romantic relationship with George Webb Sweigert.  She has separately threatened the plaintiff in a coercive manner to make public disclosure of private facts – assumed to now be in the possession of Def Goodman.

>>>

>>> Def Goodman acknowledged his communications with Ms. Stoughton (Meier) in a video podcast of July 3, 2020 (see Exh. A).  In this podcast Def admits that he has received certain information from this woman – who had knowledge of the plaintiff's special needs child and the child's name.

>>>

>>> Respectfully submitted,

>>>

>>> D. George Sweigert

>>>

>>> Attached Exhibits A through K

>>>

>>>

>>>

>>> Warm regards,

>>>

>>> D. George Sweigert

>>>

>>>> On 07/05/2020 9:18 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>>

>>>>

>>>> This message provides legal notifications to the following individuals:

>>>>

>>>> Jason Goodman, New York City

>>>> Corean Elizabeth Stoughton, Hanover, Maryland

>>>>

>>>> **Ref:  Video podcast at time mark 41:11 (see link below)**

>>>>

>>>> **https://www.youtube.com/watch?v=McUz__xvZls**

>>>>

>>>> **Mr. Goodman:**

>>>>

>>>> **This is a required communication mandated by YouTube, LLC in the event of privacy violations discovered in podcasts.  You have used the name of the undersigned in an illegitimate manner in your podcast, and demand is hereby made to retract that portion of your podcast.**

>>>>

>>>> **Regarding the felon, whose home you stayed in for several days, in Avondale, Arizona, his attorney was contacted pursuant to New York Consolidated Laws, Civil Practice Law and Rules (NY CPLR) Section 3113.  NY CPLR communications are legitimate as they identify a witness important to the litigation.  Your felon friend's attorney received such a communication.**

>>>>

>>>> **You may want to consider the impact of your half dozen broadcasts which allegedly slandered this attorney.  It appears your podcast videos created problems for your felon friend.**

>>>>

>>>> **Ms. Stoughton:**

>>>>

>>>> **You are now served with a NY CPLR 3113 witness notification, as Mr. Goodman has relied upon your private information which was disclosed by Mr. Goodman in the foregoing mentioned podcast.  Therefore, you are under a duty to retain all records related to the following:**

>>>>

>>>> **George Webb Sweigert**

>>>> **Jason Goodman**

>>>> **Thomas Schoenberger**

>>>> **Peter Duke**

>>>> **Michael Cernovich**

>>>> **Jack Posobiec**

>>>> **Lee Stranahan**

>>>>

>>>> **As you are well aware, there are open questions about what information you may have allegedly obtained via the use of unauthorized access to e-mail messaging systems, PayPal accounts, web site hosting platforms, etc.**

>>>>

>>>> **Warm regards,**

>>>>

>>>> **Evidence Collection Team**

>>>> **D. George Sweigert**

>>>>

>>>>

>>>>

>>>>

>>>>>> **On 07/02/2020 12:43 AM Spoliation Notice <spoliation-notice@mailbox.org> wrote:**

>>>>>

>>>>>

>>>>> **Corean Elizabeth Stoughton**

>>>>> **Hanover, Maryand**

>>>>>

>>>>> **Dear Madam,**

>>>>>

>>>>> **Thank you for your cellular phone text messages that threaten litigation against me for some ambiguous and vague reason.**

>>>>>

>>>>> Since you have now threatened litigation you are required to safely archive and store all electronic communications exchanged between yourself and the following individuals for the previous two years:

>>>>>

>>>>> o  Jason Goodman

>>>>> o  Thomas Schoenberger

>>>>> o  George Webb Sweigert

>>>>>

>>>>> The requirement for the safe storage of electronic communication artifacts (text messages, e-mail messages, blog post, twitter messages, etc.) is now your duty to preserve.

>>>>>

>>>>> Apparently, you have reviewed the e-mail messages of George Webb Sweigert in his e-mail accounts without his knowledge.  If you have copies of any and all such e-mail content, that should be preserved as well.

>>>>>

>>>>> Note:  Under Maryland law, interception of communications is only authorized if consent of all parties to the interception is obtained.  Schmerling v. Injured Workers' Ins. Fund, 368 Md. 434, 448 (Md. 2002). Section 10-402 of the Maryland Wiretapping and Electronic Surveillance Act, Md.Cts. & Jud.Proc.Code Ann, 10-401 et. seq., provides that except as otherwise specifically provided in § 10-402 it is unlawful for any person to willfully intercept, endeavor to intercept, or procure any other person to intercept or endeavor to intercept, any wire, oral, or electronic communication.

>>>>>

>>>>> As a courtesy to you, I have included a few law enforcement agencies that may have an interest in your relationship with the foregoing mentioned individuals or the possible unauthorized e-mail intercept of George Webb Sweigert's e-mail messages.

>>>>>

>>>>> Warm regards,

>>>>>

>>>>> Evidence Collection Team

>>>>> D. George Sweigert

>>> <j-geggeo-6.jpg>

>>> <corean--2.jpg>

> **\<rds-vs-goodman-doc-196-702-2020.pdf\>**

> **\<rds-vs-goodman-doc-198-707-2020.pdf\>**

# Exhibit A-25

# TAG - SEYMOUR HERSH



ACTIVISM/HACKTIVISM, CONSPIRACIES,
CORRUPTION/MONOPOLIES, CRIME,
DRUGS,
GASLIGHTING PROPAGANDA MEDIA,
MONEY, US DOLLAR

**MAX IGAN WITH GEORGE WEBB: CRIMES OF THE CLINTON FOUNDATION**

January 19, 2017 / 6 comments



**CLINTON FOUNDATION EX-CEO BRAVERMAN STILL MISSING AFTER ELECTION**

November 11, 2016 /

18 comments

**https://forbiddenknowledgetv.net/tag/Seymour-Hersh/**



**https://www.pinterest.com/pin/434034482828219900/?d=t&mt=login**



**https://www.youtube.com/watch?v=72t5wDZOZq8**



# Exhibit A-26

**Crowdsource the Truth's "Elephant In The Room": The Connection to the Russian Propaganda Site – Sputnik News**



Posted on **March 20, 2021**



## Crowdsource the Truth's "Elephant In The Room": The Connection to the Russian Propaganda Site – Sputnik News

Posted on **March 20, 2021**

*2017 was an interesting year for Jason Goodman's Crowdsource the Truth YouTube channel.*

Most notable was the June 14, 2017, *Clear and Present Danger (Calm Before the Storm?)* video which led to the shutting down of a major U. S. port for 8 hours, based on false "insider" information presented on the show. This event was discussed in detail in a *Tracking the Leopard Meroz* 3-part series on February 18, 23, and March 1, 2021, as shown below:

*The "WHETHER" VANE of Jason Goodman-Part 1: Inquiry into the Port of Charleston Dirty Bomb Hoax Incident in 2017*

*The "WHETHER" VANE of Jason Goodman-Part2: Social Engineering at its Best-Crowdsource the Truth "Researchers" Are Duped into Shutting Down a Port*

*The "WHETHER" VANE of Jason Goodman-Part 3: Pulling the Pin on the "Insider Information" Grenade. Gross Negligence? Entrapment? Or a "Behavioral Analytics' Exercise?*

In 2017 an *Elephant in the Room* arrived at Crowdsource the Truth, representing the association of Charles Ortel, and Lee Stranahan with the Russian propaganda site, Sputnik News.



Months later, Jason Goodman joined Charles Ortel in jointly providing commentary to Sputnik News reporter, Ekaterina Blinova.  Jason Goodman is quoted in 32 Sputnik articles; one recent example involved Ortel and Goodman's on the scene observations of the January 6, 2021 Washington D. C. protest, which ended in violence, death and destruction when a mob illegally entered the Capitol Building.  [For updates on the FBI arrests in connection with that event, see this link.]

Goodman's good friend of 20 years, Lee Stranahan, explained to Rosie Gray of The Atlantic, for her April 5, 2017, article, *From Breitbart to Sputnik,* "**I'm on the Russian payroll now, when you work at Sputnik you're being paid by the Russians**."



Charles Ortel, who is referenced as a "Wall Street analyst" in Sputnik News articles, also was appearing weekly on *Crowdsource the Truth* to discuss his never ending "disclosures" of the Clinton Foundation.  To date, Ortel has had 300+ interviews with Jason Goodman on CSTT.

On December 10, 2017, Jason Goodman published a video called *Sunday with Charles:  The Russians Are Coming!  The Russians Are Coming!* The video description had this intriguing note:  "For more than a year we've been hearing about Russian collusion, however it may be the total opposite of what you've been lead to believe. **This week Charles drops the hammer AND the sickle.**"

Accompanying this video is a document file of Charles Ortel's talking points subtitled, *How Unregulated False Front "Presidential Foundations" MONETIZE GOVERNMENT "SERVICE" and Promote "Globalism" To Enrich Donors and Entrench the Establishment UNIPARTY.*
Jason Goodman memorialized *The Russians Are Coming!* video by designing a throw pillow, which can still be purchased on his Red Bubble site.



### That OTHER event that happened on the same day as the Port of Charleston dirty bomb hoax

Special Counsel Robert S. Mueller's March, 2019 *Report on The Investigation Into Russian Interference In the 2016 Presidential Election,* noted a significant event which occurred on **June 14, 2017, the same day as the Port of Charleston dirty bomb hoax.**   On that day, which is Flag Day in the United States, as well as Donald Trump's birthday, the media disclosed that **the Department of Justice was investigating the President for possible obstruction of justice**.

That evening the Port of Charleston dirty bomb hoax went down like *a  nuclear chain reaction of false information* which had its origin in an anonymous source of George Webb called *Deep Uranium,* who was later identified as a **former** FBI informant, Okey Marshall Richards.

No one has ever shown that Richards was on the FBI payroll in 2017.  In fact, he was of little use after his reputation as an informant became known in 1997, when it was disclosed that he had made 400 secret recordings of a West Virginia militia group, receiving $2,000/month as a paid FBI informant.   Curiously, no one was ever charged for the Port of Charleston hoax incident.  The question remains as to who was paying Richards in 2017 for providing "insider" information to George Webb of *Truth Leaks,* who then passed it onto Jason Goodman of *Crowdsource the Truth*?

Despite the false insider information originating from Okey Marshall Richards, **Jason Goodman continued on AFTER the temporary shutting down of the Port of Charleston, to**

provide *Deep Uranium* with yet another cover name, *Mr. Hudson,* allowing him to continue as a repeat guest on *Crowdsource the Truth*.

In hindsight, if one reviews the *Clear and Present Danger* video in light of the Special Counsel Mueller investigation into the Russian interference in the 2016 election, one observes that **the George Webb, and later the Charles Ortel, finger pointing at the Pakistani-American, Imran Awan,** and his related foreign associations, **matches the Russian propaganda attempt to redirect the official American investigation onto another "foreign agent" target.** George Webb had been "investigating" Imran Awan. Awan was an IT employee of the House Democrats, who was also acquainted with Seth Rich, a DNC employee who had been murdered; thus both men became a centerpiece of conspiracy theories around 2017.

Considering the ongoing relationship which Jason Goodman maintained with the insider who was the origination point for the Port of Charleston dirty bomb hoax, perhaps *Deep Uranium aka Mr. Hudson* has ties to the *Elephant in the Room's* chief occupation.

*Julian Assange of Wikileaks*

A few days after the Port of Charleston hoax incident, Jason Goodman and Patricia Negron showed up in London, England, hoping to personally view an announcement that was going to be made by Julian Assange. On June 21, 2017, *The Daily Webb* on Facebook, provided a full transcript of a conversation which Jason Goodman and Patricia Negron had with Craig Murray, the former British Ambassador to Uzbekistan, as they stood outside the Ecuadorian Embassy in London. Julian Assange became a *No Show,* canceling his appearance based on legal advice.



Julian Assange in May 2017 addressing the press

*The Daily Webb* noted that Craig Murray, "confirms the fact that the DNC data did not come as the result of a Russian Hack, stating firmly and unequivocally that the investigation into Russian involvement in the US election has found no evidence because there is none. 'It didn't happen.' Murray firmly states. Additionally, throughout the interview, the conversation proceeds in a manner that treats Seth Rich's identity as the source of the DNC data leaks, as a given, an established fact."

**These statements by Craig Murray are overturned by the 2019 Special Counsel Mueller Report on the Russian interference with the 2016 elections.**

Note in the following short excerpt from the Crowdsource the Truth interview of Craig Murray, that Patricia Negron attempts to gloss over the accountability issue of how the Port of Charleston hoax went down in real time.

**Craig Murray**:  I've seen you on YouTube.
**Jason Goodman**:  Have you really?  Crowdsource the Truth?  You've been watching…it's really an honor to meet you, sir.
**Craig Murray**:  George Webb?
**Patricia Negron**:  Yes!  **George is in the United States right now working on the part of the story that led us down the path to a potential dirty bomb that may have come in on one of the cargo ships to the Port of Charleston, South Carolina.**  In the meantime, we came here because we wanted to find Eric Braverman, CEO of the Clinton Foundation, who had gone missing….".

*The Clinton Foundation link to the Ukraine*

Interestingly, the Report of the *Select Committee on Intelligence United States Senate* on Russian Active Measures Campaigns and Interference in the 2016 U. S. Election, Volume 5: Counterintelligence Threats and Vulnerabilities, brought up a situation involving the Clinton Foundation.

On page 128 of this 966 page document, the Report stated, "Also in mid-2017, other **Russian-government proxies and personas worked to spread the false narrative that Ukraine interfered in the U. S. election.**  On July 12, 2017, Cyber Berkut–which had been dormant for months–alleged on its blog that Ukraine had interfered in the 2016 U. S. elections.  In the post, Cyber Berkut claimed that hacked emails revealed a set of financial transactions between Victor Pinchuk and the Clinton Foundation.  On July 13, 2017, @USA_Gunslinger, a long-running **false persona account of the Internet Research Agency (IRA)**, tweeted about **"Clinton and her campaign team's collusion with Ukraine to interfere in the US election.**" [bolding added]

Document 1 of the *United States of America v. Internet Research Agency, LLC* states that the defendant is "a Russian organization engaged in political and electoral interference operations.  In or around 2013, the organization registered with the Russian government as a Russian corporate entity."

A July 25, 2016 *Politico* article by Michael Crowley and Julia Ioffe, *Why Putin hates Hillary-Behind the allegations of a Russian hack of the DNC is the Kremlin leader's fury at Clinton for challenging the fairness of Russian Elections,* provides further insight into why the Kremlin would attempt to interfere with the 2016 American election.

*Jason Goodman's connections to both sides of the Ukraine/Hillary Clinton versus Russia/Donald Trump controversy*

One of the questions which arises about Jason Goodman's association with the Russian propaganda site, Sputnik News, is his prior business involvement in Ukraine, which had become independent of Russia.

Steve Outtrim of **burners.me** delved into the past business activities of Jason Goodman on December 3, 2018, in his article, *Insane in the Ukraine:  J. Go Like You've Never Seen Him Before.* Jason Goodman of *Crowdsource the Truth* has been reported to be fluent in the Russian language and to have a personal familiarity with Russians through marriage and business relationships.  Many Americans share similar characteristics because of family heritage, etc., but what is not so common is for the average American to form *business ties with a Communist propaganda arm of the Kremlin.*

*The provocations of Ukraine separating from the USSR show up in the 2016 American Presidential election*

Ukraine officially declared itself to be independent on August 24, 1991.  Competing interpretations of history have become a battleground between the leadership of Russia and Ukraine, and those animosities reveal themselves in propaganda which plays out in the American free speech zone.

One of the results of the Muller investigation into Russian interference in the 2016 Presidential election, was that a number of Russian state sponsored sites were required to register as a foreign agent in accordance with the Foreign Agents Registration Act of 1938, 22 U. S. C. §611 ("FARA").  For example, in *RM Broadcasting vs. United States Department of Justice*, document 13 (12/31/2018),  page 12, we read the following statements:

Rossiya Segodnya is a Russian media organization incorporated under the laws of the Russian Federation with a registered office in Moscow, Russia.  Rossiya Segodnya, therefore is a foreign principal under FARA…(17) **Rossiya Segodnya is also a foreign principal because it is part of the Russian government**…(18) **Rossiya Segodnya created the Sputnik brand on November 10, 2014**…"[bolding added.]

On May 13, 2019, the Department of Justice Office of Public Affairs released a statement that the *Court Finds RM Broadcasting Must Register As A Foreign Agent.*

*Speaking of propaganda…*

On March 19, 2020, a documentary premiered, titled, *After the Truth:  Disinformation and the Cost of Fake News*, which included a short commentary by Jason Goodman, beginning at the 30.25 mark.

**Jason Goodman, YouTube, Crowdsource the Truth**:  I didn't look at CNN and say, I want to do that. I didn't go to FOX News and say, here's my resume, I want to put on a suit and after Tucker Carlson I want to sit there and read my news. I didn't say that. I didn't go to the "New York Times" and say, I want to write stories for you. I looked at all those things and I said you guys are all fucked up."

"Whatever it is that you think is journalism, I think is fucked up. So this is how I'm going to do it. Wake up, everyone. If you are forwarding articles from "Newsweek," from the "New York Times," you have become a zombie propagandist."

"I find it intriguing that even investigating it, questioning it, becoming a forensic examiner of evidence, you get ridiculed. You're a conspiracy theorist."

CNN Transcripts provides the following quotations from the same documentary which are indicators of where journalists stood in 2017 on the source of the DNC leaks:



The documentary caption refers to Jason Goodman as a Youtuber; not as a citizen journalist or investigative reporter

FOLKENFLIK: Seth Rich's murder follows the leak of e-mails from the Democratic Party. And his death very quickly is linked to the leak. The idea is that Seth Rich himself was somehow in contact with WikiLeaks, objected to Hillary Clinton's assertion of control of the Democratic Party. He was outraged and released these e-mails. And Hillary Clinton somehow had Seth Rich murdered.

I want to be clear, this is baseless, but certainly Julian Assange of WikiLeaks had stoked that speculation.

JULIAN ASSANGE, WIKILEAKS FOUNDER: Whistleblowers go significant efforts to get us material, and often very significant reasons. As a 27-year-old worked for the DNC was shot in the back, murdered.

UNIDENTIFIED REPORTER: That was just a robbery, I believe, wasn't it?

ASSANGE: No, there's no finding —

UNIDENTIFIED REPORTER: Was he one of your sources, then?

ASSANGE: We don't comment on who our sources are.

In another part of the video:

BENKLER: And when we run sentence analysis of the media, you really see how Seth Rich pops up as an interference pattern on the right, when everybody else is talking Russia and impeachment.

CORSI: DNC leaks came from the inside, it wasn't hackers from the outside at all.

GOODMAN: And of course Julian Assange has specifically denied receiving any information from the Russians?

CORSI: Precisely.

CORSI: This whole Russian collusion narrative which is — I think, quite a foolish narrative, that the e-mails were stolen by Russia from the DNC. These are premises that have not been validated, yet the left runs with them as if they were gospel truth.



CNN's transcription dated August 29, 2020, deleted two of Goodman's expletives, but the documentary displayed a screenshot of Crowdsource the Truth's image of a bull emptying his dung.  Jason Goodman is associated with Jerome Corsi, the propagator of numerous conspiracy theories.  It is interesting to note that Corsi refused to get involved in the Port of Charleston dirty bomb hoax incident.  However, Corsi was investigated by the FBI as part of their research into the Russian Interference with the 2016 elections.

### *Lee Stranahan, Jason Goodman's friend of 20 years waves a RED flag in front of the bull*

The Atlantic author Rosie Gray wrote "From *Breitbart* to Sputnik" on April 5, 2017, saying, "A former *Breitbart News* writer is launching a radio show for Russian propaganda network Sputnik."

"I'm on the Russian payroll now, when you work at Sputnik you're being paid by the Russians," former *Breitbart* investigative reporter Lee Stranahan told me.  "That's what it

is.  I don't have any qualms about it.  Nothing about it really affects my position on stuff that I've had for years now."

"Stranahan's new position is the latest twist in the increasingly atomized world of niche right-wing media, which has seen an increase in prominence and influence during the Trump era…".

And what was Stranahan's "position on stuff" been before he went to work for Sputnik News?  Caitlin Dickerson's September 26, 2017, New York Times Magazine article, *How Fake News Turned a Small Town Upside Down,* provides some interesting insights.



On page 10 of Dickerson's well written article, she discusses when Lee Stranahan came to town, explaining, "**The Twin Falls** story aligned perfectly with the ideology that Stephen Bannon, then the head of Breitbart News, had been developing for years, about the havoc brought on by unchecked immigration and Islamism, all of it backed by big-business interests and establishment politicians."

"Bannon latched onto the Fawnbrook case and used his influence to expand its reach. **During the weeks leading up to his appointment in August 2016 to lead Donald J. Trump's campaign for president, Twin Falls was a daily topic of discussion on Bannon's national radio show, where he called it "the beating heart" of all that the coming presidential election was about.** He sent his lead investigative reporter, Lee Stranahan, to the town to investigate the case, boasting to his audience that Stranahan was a "pit bull" of a reporter. "We're going to let him off the chain," he said." [bolding added.]

On page 12, Dickerson adds that, "**Stranahan now works** out of a trendy shared workspace in Washington, across the street from the White House. He quit his job at Breitbart, which he said was being mismanaged in Bannon's absence, to host a drive-time FM radio show with Sputnik, a state-run Russian news outlet. He told me that he jumped at the chance to transition to a Kremlin-funded outfit and, knowing that it would be controversial, spoke to every media outlet that inquired about it, in order to draw even more people to his work."

"He expressed no contrition about the reporting he did in Twin Falls, though many of the conclusions that he drew on the radio and online have been debunked."

In a May 14, 2018, **newrepublic.com** article on John Kiriakou, titled *The CIA Spy Who Became a Russian Propagandist,* author Caroline Lester noted, "Nine of the eleven Sputnik radio hosts are Americans. They include an ex-CIA officer (Kiriakou), two leaders in the Party for Socialism and Liberation (PSL), a former Breitbart reporter, and an ACLU board member. Lee Stranahan, host of Sputnik's morning show "Fault Lines," worked as a reporter at Breitbart for the better part of a decade…He joined Sputnik a year ago—his first job in radio. As a journalist, Stranahan says, he's always insisted on editorial independence. His new role at Sputnik is no different."

*Charles Ortel – "Wall Street Analyst" source for Sputnik News articles*

The premier "investigator" of the Clinton Foundation is Charles Ortel, who has been featured in 300+ broadcasts on Crowdsource the Truth. Since at least 2017, Ortel has been a regularly featured Wall Street analyst who contributes repeatedly to articles written by  Sputnik News's reporter Ekaterina Blinova.

A search of Sputnik News shows that Ortel has been a source contributor for Blinova since at least since 2017, and a further name search shows that Jason Goodman has been similarly quoted as a source for at least 32 articles.

Charles Ortel was retained as a regular guest on *Crowdsource the Truth* ostensibly for his long running commentary on the Clinton Foundation, based on his findings published on his charlesortel.com website. Ortel is careful to broadcast a Disclaimer at every turn, stating in his publications that, "No attempt has been made to verify the accuracy of underlying source material; however, every reasonable effort has been made to direct readers to public filings and other documents evaluated and mentioned in the First Foundation Report.  **The analysis contained herein does not constitute expert advice of any kind, whether legal, financial, accounting, policy, or otherwise.**  Readers are urged to evaluate relevant publicly available facts about The Clinton Foundation, in appropriate context, and to form their own independently derived conclusions." [bolding added]

Charles Ortel's impressive bio can be read on *The Wall Street Transcript's* website  twst.com. One wonders why Ortel is hesitant to provide "expert advice" on his research into the Clinton Foundation.  After all, what is the point of earning degrees from two of the most prestigious and highly expensive of universities – Harvard and Yale – if one does not end up as an "expert".

Throughout Ortel's reports on the Clinton Foundation, he echoes his oft stated thesis that, "Overall I consider the Clinton Foundation to be a charity fraud network." It is unclear whether Ortel has submitted a fact based letter to the IRS to support his fraud claims.



*Next, I will delve into the indictment against Julian Assange, which represents the interesting realm of public disclosure of secret U. S. government documents by a non-citizen. This topic intersects with the investigation into the Russian interference in the 2016 Presidential election.*

Posted in **Antigovernment/Sovereign Citizens/Tax Protestors/ Anti-CPS**, **Conspiracy Media**, **Port of Charleston Shutdown June 14, 2017 and other issues related to Jason Goodman's Crowdsource the Truth show** | Tagged **Charles Ortel Sputnik News**, **George Webb of Truth Leaks**, **Jason Goodman Crowdsource the Truth**, **Julian Assange**, **Lee Stranahan Sputnik News**, **Patricia Negron**, **Port of Charleston Dirty Bomb Hoax and Social Media Liability**, **Sputnik News** | **1 Reply**

# Exhibit A-27



# *After Truth: Disinformation and the Cost of Fake News*

***After Truth: Disinformation and the Cost of Fake News*** is a 2020 documentary television film directed by Andrew Rossi and executive produced by Brian Stelter. The film premiered on HBO on March 19, 2020.

## Summary[edit]

The film surveys the effects of disinformation campaigns occurring on social media and the impacts of well known conspiracy theories from Obama birther theories and Jade Helm, to Seth Rich, to Pizzagate, as well as some of the major and minor personalities involved. "Disinformation" is the intentional dissemination of falsehoods.[3] The documentary shows that although the elements of fake news are not new, modern fake news is enhanced and amplified by information technology. The roots of fake news are distrust and exploitation. "Inevitably, [the film] confronts the question of what we should do about fake news."[1][2] It also shows the background of two conspiracy theorists to create and promote a conspiracy theory regarding Robert Mueller in order to smear him while serving as special counsel.[5]

The film's main theme[3] is framed by "dash-cam footage of Edgar Maddison Welch" as he drove with a high powered gun from North Carolina to Comet Ping Pong pizzeria in Washington, D.C. with intent to stop what

he delusively believed to be a "child sex slave ring".[1] The film shows the Pizzagate conspiracy growing on Reddit and 4chan, how it was fomented by the alt-right and Alex Jones, which then translated into a real-life dangerous situation[3] that occurred beyond the internet.[1]

## References[edit]

1. ^ Jump up to:ᵃ ᵇ ᶜ ᵈ Gleiberman, Owen (March 19, 2020). *"TV Review: Disinformation and the Cost of Fake News"*. *Variety*. Retrieved March 21, 2020.
2. ^ Jump up to:ᵃ ᵇ Poniewozik, James (March 18, 2020). *"Review: 'After Truth,' the Deluge"*. *The New York Times*. Retrieved March 21, 2020.
3. ^ Jump up to:ᵃ ᵇ Horton, Adrian (March 19, 2020). *"After Truth: how ordinary people are 'radicalized' by fake news"*. *The Guardian*. Retrieved March 21, 2020.
4. **^** Hersko, Tyler (March 19, 2020). *"'After Truth': HBO's New Documentary Examines the Real-World Impact of Fake News"*. *IndieWire*. Retrieved March 25, 2020.
5. **^** Roeper, Richard (March 19, 2020). *"'After Truth': HBO documentary explains where the Fake News comes from"*. Chicago Sun-Times.

## Further reading[edit]

- Lowry, Brian (March 17, 2020). *"' After Truth ' and ' Networld ' look at the dangers of the disinformation age"*. *CNN*. Retrieved March 25, 2020.
- Pollock, C. and Samuels, A. (May 3, 2018). *"Hysteria over Jade Helm exercise in Texas was fueled by Russians, former CIA director says"*. *The Texas Tribune*. Retrieved March 25, 2020.
- Allbright, Claire (November 1, 2017). *"Two Russian Facebook pages managed to organize dueling rallies in front of a Houston mosque in 2016"*. *The Texas Tribune*. Retrieved March 25, 2020.
- Social Media and Fake News in the 2016 Election. by researchers at New York University and Stanford University. April 2017. Free PDF download.

## https://en.wikipedia.org/wiki/After_Truth:_Disinformation_and_the_Cost_of_Fake_News



**https://www.imdb.com/name/nm7809572/**



**https://www.imdb.com/title/tt11615038/?ref_=nm_knf_t1**



**https://www.theguardian.com/tv-and-radio/2020/mar/19/after-truth-hbo-fake-news-pizzagate-documentary**

# Exhibit A-28

# Fighting Fake News
## Workshop Report

*hosted by*

The Information Society Project
The Floyd Abrams Institute for Freedom of Expression

On March 7, 2017, the Information Society Project at Yale Law School and the Floyd Abrams Institute for Freedom of Expression hosted a workshop intended to explore the ongoing efforts to define fake news and discuss the viability and desirability of possible solutions.

The discussion encompassed attempts to identify the particular harm associated with fake news; the many First Amendment questions that arise in any attempt to create governmental regulations on specific kinds of speech; and the pros and cons of self-regulation by those involved in the digital ecosystem.

This workshop was meant to be a first step towards encouraging interdisciplinary conversation and work on these issues. There were twenty-one participants from various disciplines, including members of academia, the practicing bar, news organizations, information intermediaries, data scientists, computer scientists, and sociologists.

On March 7, 2017, the Information Society Project at Yale Law School and the Floyd Abrams Institute for Freedom of Expression hosted a workshop intended to explore the ongoing efforts to define fake news and discuss the viability and desirability of possible solutions.

The discussion encompassed attempts to identify the particular harm associated with fake news; the many First Amendment questions that arise in any attempt to create governmental regulations on specific kinds of speech; and the pros and cons of self-regulation by those involved in the digital ecosystem.

This workshop was meant to be a first step towards encouraging interdisciplinary conversation and work on these issues. There were twenty-one participants from various disciplines, including members of academia, the practicing bar, news organizations, information intermediaries, data scientists, computer scientists, and sociologists.

The workshop was held under Chatham House Rules. This report highlights some of the many points raised during the day-long discussion. It does not represent the views of the individual participants, their affiliated institutions, nor the sponsoring organizations. Nor is this report a transcript; many points raised by participants have been rearranged by subject matter for readability.1

Session 3: Identifying Players and Pressure Points

Over the course of the discussion, the primary players and pressure points were identified as:

☐ Content consumers

☐ Content creators (journalists, bloggers)

      o Some would include newspapers and broadcasters with content creators, on the grounds that they exercise some control over the created content and are not covered by a safe harbor.

☐ Content distributors

      o There was some disagreement as to how best distinguish between different kinds of content distributors.

      o Some favored distinguishing between traditional content distributors (newspapers, broadcasters) and digital content distributors (wikis, blogs, social media platforms, search engines, online news aggregators).

      o Others favored divisions based on whether a content distributor has an editorial process (newspapers, some blogs) or relies on algorithmic selection in determining what content is foregrounded (search engines, some social media platforms).

☐ Norm guardians (institutional fact checkers, trade organizations, and "name-andshaming" watchdogs)

☐ Economic supporters (advertisers, foundations, and users)

# Exhibit A-29

# [ALERT:] Deep NSA informant spied on George Webb for Jason Goodman and CNN's Donie O'Sullivan
Updated: Jun 8



OPINION AND EDITORIAL

**EDITOR'S NOTE: This article does not address any of the allegations related to the death of Jenny Marie Moore, George Webb Sweigert's former "girl friend". Too much to report about the death August 13, 2018 at the Capitol Heights, Maryland "meth hotel" where George Webb Sweigert was shacked up with his alleged new flame "Deep NSA".**

CNN IMPLICATED IN SCHEME

**A new dust-up between conspiracy theorist port closer Jason Goodman and Donie O'Sullivan of CNN has caused many Internet observers to harken back to the days of June 14th, 2017. But, in an eerie coincidence Goodman and O'Sullivan may share a common "deep throat", or "Deep NSA" as it were.**



**6/14/2017 was the infamous date when George Webb (Sweigert) and Jason Goodman created the apparent hoax that a dirty bomb was onboard a container ship (MEMPHIS MAERSK) entering the Port of Charleston. Donie was right there as "Donie on the spot" to publish his CNN article (along with numerous follow-up phone calls to Goodman/Webb) when the event occurred.**

https://money.cnn.com › 2017/06/16 › media › port-of-   ⋮

How a conspiracy theory closed part of a major US seaport

Jun 16, 2017 — During the broadcast, **conspiracy theorist** George Webb initially claimed a " source" had told him that there was "a dirty bomb planned for a major ...

https://time.com › U.S. › South Carolina   ⋮

Port of Charleston: Conspiracy Theorist Shut Down Terminal ...

Jun 15, 2017 — Authorities **shut down** a section of the Port of Charleston Wednesday night after a **conspiracy theorist** called in a false bomb threat.

https://www.nytimes.com › port-dirty-bomb-south-carolina   ⋮

How a Conspiracy Theorist's Call About a Dirty Bomb Shut ...

Jun 15, 2017 — A section of the Port of Charleston in South Carolina was shut down for several hours Wednesday night after a tip from a far-right YouTube ...

https://www.postandcourier.com › news › it-took-one-pho...   ⋮

It took one phone call, possibly from a conspiracy theorist in ...

Jun 16, 2017 — The Coast Guard responded to the Wando Welch Terminal in Mount Pleasant after a caller reported the threat around 8 p.m., according to Lt. J.B. ...


How a conspiracy theory closed part of ...
money.cnn.com


How a Conspiracy Theorist's Call About ...
nytimes.com


How a Conspiracy Theorist's Call About ...
nytimes.com

## Click below for Goodman's PoC Police Report

Jason-Goodman-Police-Report - Copy

.pdf

Download PDF • 1.08MB



**Above: In what appears to be a fake Twitter fight caught on YouTube, Jason "Mockingbird" Goodman rails against CNN's Donie O'Sullivan. But, both shared an informant.**



**On 6/13/2017, one day before the MEMPHIS MAERSK affair, George Webb was probing the hotel where the 9/11 World Trade Center hijackers stayed near the Baltimore-Washington Parkway (BWI) exit. Across the street is the U.S. National Security Agency, and little did Webb know an armed mystery woman ("Deep NSA", aka Corean Elizabeth Stoughton (CES)) had Webb under her surveillance (at 3 a.m.). According to Stoughton this was a "welfare check".**



*"It was a set-up intended to frame me," says Goodman about his hoax news reports on the Port of Charleston (PoC).*





George Webb Talks NSA, Jared Kushner, Israel, General Michael Flynn and More

## WHO IS MATTJE BENASSI, STAR OF CNN



By her own admission, Deep NSA supplied O'Sullivan with intercepted messages from Webb's electronic devices for the CNN story on COVID-19 patient zero, Army Sergeant and cyclist Maatje Benassi. Deep NSA also communicated with poor ole innocent "patient zero", aka Sgt. Benassi. Rumors are that Sgt. Benassi and Deep NSA became good friends. Much like Deep NSA's friendship with Jenny Marie Moore (found dead on 8/13/2018).



Above: Apparently Deep NSA coordinated the publication of the CNN article about George Webb's Wuhan COVID-19 virus theories. Interestingly, David Charles Hawkins (former ABEL DANGER), Goodman sidekick, now pushes those same theories.

FASHION PHOTOGRAPHER PETER DUKE AND STEVE BANNON COVERT MESSAGES



**Above: Photo of Faith Goldy by Peter Duke, who has also photographed George Webb (Sweigert), Laura Loomer, Lee Stranahan, Alex Jones, but not Jason Goodman**



Unfortunately for fashion photographer Peter Duke he attended a party with George Webb and Deep NSA in attendance. Tribal knowledge of the event indicates that Deep NSA may have paid for all the meals of the evening and drove Mr. Duke to the airport.

Apparently, Mr. Duke was in the process of creating high quality "fashion" photos of alt-right celebrities. Rumors indicate Deep NSA may have handled Duke's electronic device during the evening meal or drive to the airport.

The armed NSA-affiliate provided the same favors for Goodman as she allegedly did for O'Sullivan - namely pass on George Webb's e-mail messages. Clandestine communications between Deep NSA and Goodman contained insider information on Duke's mobile phone (which Goodman used in one of his quack podcasts). Other "insider" information concerned Duke and Steve Bannon funding sources (broadcast by Goodman thanks to Deep NSA).



Above: Intercepted Twitter direct message (DM) private communication between Peter Duke and George Webb. It appears Deep NSA forwarded the intercept to Jason Goodman who used the intercept to ambush Peter Duke with a live phone call.





**Deep NSA also kept an "office" in the same building as Lee Stranahan. Stranahan is a long time pal of Goodman (some say a soft porn hobbyist that involved his ex-wife, this apart from the rumors of illegal drug use). Questions are developing about what e-mail messages Deep NSA may have about the purported dating of minors by Goodman.**



**George Webb remained blissfully dumb while enjoying his new sexual conquest and chauffer, Deep NSA (daughter of major National Security Agency millionaire**

contractor). This explains the $1,500 theater tickets for George Webb/Deep NSA to attend "*Hamilton*" at the JFK Center in Washington, D.C.



**Above: Artist rendition of Deep NSA "comforting" George Webb after a long day of talking to Sgt. Benassi, visiting Lee's office, and sending e-mail intercepts to alleged reporters.**



**Above: So-called "night crawler" Deep NSA marketing information for sale.**

## A WORD ABOUT ALLEGED SEXUAL PREDATORS





**Above: Many will remember Goodman's confessions about creating videos of his masturbation for a strange woman that he met online, who tried to execute a "ransomware attack" to obtain the 500 nude photos of himself on his laptop device.**



### DOES SPUTNIK HAVE COLD FEET?



**Meanwhile, Internet rumors are floating around that SPUTNIK news may be preparing not to extend any more interviews to Goodman as part of his twenty year friendship with Lee Stranahan (Russian news affiliate). Goodman and Stranahan both worked for Brad Parscale's (former Trump campaign manager) father in a murky business. George Webb provided Lee Stranahan a cash payment of $5,000 for questionable expenses (is this more Deep NSA money?).**



**Above: YouTube video explores George Webb's regret that his physician son, Dr. Joshua Kingsley Sweigert, M.D., (U.C.L.A. Radiology) did not join the Israeli Defense Forces (I.D.F.).**

### ON-GOING SWISS PROTONMAIL INVESTIGATION

**As the 27 members of the European Union have concluded, e-mail service providers like PROTONMAIL that offer encrypted e-mail messages are heavily used by pedophiles and terrorists coordinating online. This created suspicion over Jason Goodman's encrypted PROTONMAIL account.**



Maryland State Police and Swiss authorities have been alerted to Jason Goodman's e-mail account (JASONGOODMAN72@protonmail.com) that apparently contains hundreds of messages exchanged between Goodman and FBI informant Oakey Marshall Richards (the source of the "dirty bomb" alert). Rumors have been circulating that Richards is an alleged sexual predator.



Like his YouTube channel, Goodman has claimed in federal court cases to have lost his password to the PROTONMAIL account, prompting inquiries to the National Cyber Security Centre in Geneva, Switzerland (info copies provided to NATO affiliates).



The latest pile of Jason Goodman legal problems seems related to his statements before federal Judge Valerie E. Caproni, Southern District of New York. Apparently, truth is a virtue that Goodman is not that familiar with when speaking to the federal judge. Issues are orbiting about the so-called "unavailability" of the JASON GOODMAN YouTube channel and a covert e-mail address "CSTT72@protonmail.com".

Rumors are circulating that the e-mail address may belong to Goodman informant Corean Elizabeth Stoughton (embedded in George Webb's operations). Goodman has called Ms. Stoughton, Hanover, Maryland, as a witness in one of his many federal lawsuits.

**The hearing will delve into the below Court document (click for PDF)**
judge-valerie-caproni

.pdf

Download PDF • 786KB



Above: The many faces of alleged SPUTNIK contributor and Russian news affiliate Jason Goodman (who spoke perfect Russian to his ex-wife from a Russian satellite country).

STAY TUNED



Above: Jason Goodman handling his assault weapon at an undisclosed firing range.

MORE TO COME



**Above: Alleged sexual predators George Webb, Jason Goodman and Manuel Chavez, III (founder of QAnon) were all mysteriously linked to the Port of Charleston "dirty bomb hoax" in an eerie manner**



**Jason "NSA stooge" Goodman**

Fair Use Act Disclaimer

This site is for educational purposes only. **FAIR USE**

Copyright Disclaimer under section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, education and research.

Fair use is a use permitted by copyright statute that might otherwise be infringing.

Non-profit, educational or personal use tips the balance in favor of fair use.

**https://www.sdny.info/post/alleged-sexual-predator-jason-goodman-called-out-by-donie-o-sullivan-at-cnn**

# EXHIBTS

# END

The undersigned hereby attests under penalties of perjury that the above reproductions are accurate representations of the original source documents and correct to the best of the undersigned's knowledge and memory on this eleventh day of July (7/11), two thousand and twenty-one (2021).  A certificate of service is provided on the last page.

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been transmitted via electronic mail message to the following parties on the eleventh day of July (7/11), two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 | Jason Goodman, CEO |
|---|---|
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*