**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

## AMENDED EXHIBITS TO SUPPORT

### MEMORANDUM OF LAW
### IN SUPPORT OF PLAINTIFF'S
### OPPOSITION TO RULE 56 SUMMARY JUDGMENT
## EXHIBITS M-1 TO M-30
### REPLACES DOCUMENT ECF 296-1

The undersigned hereby attests under penalties of perjury that the attached exhibits are true and accurate reproductions of the original source documents on this thirteenth day of July (7/13), two thousand and twenty-one (2021).  A certificate of service is provided on the last page.

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

## **<u>DEFINITIONS</u>**

| | |
|---|---|
| Anti-SLAPP | Anti - Strategic Lawsuit Against Public Participation |
| Aff't | Plaintiff's Affidavit or Declaration filed with this document |
| Exhibit A - X | Indicates an exhibit appears in the volume for A exhibits that accompany the PLAINTIFF'S AFFIDAVIT |
| Exhibit C - X | Indicates an exhibit appears in the volume for C exhibits that accompany the COUNTER STATEMENTS |
| Exhibit M - X | Indicates an exhibit appears in the volume that accompanies this MEMORANDOM OF LAW |
| F.R.C.P. | Federal Rules of Civil Procedure |

# Exhibit M – 1

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

**April 14, 2021**

**Magistrate Judge Stewart D. Aaron**
**U.S. District Court**
**500 Pearl Street**
**New York, New York 10007-1312**

SUBJ:  Guidance issues requested for ECF no. 239, 1:18-cv-08653-VEC-SDA

**Your Honor,**

1.      Yesterday the Defendant informed his social media podcast viewers that Google, LLC (YouTube.Com) had deleted the "Jason Goodman" YouTube channel with its so-called 119,000 (119K) subscribers. The account termination was based on violations of "Community Standards", according to the Defendant.  2,333 videos, dozens that contained evidence of Defendant's defamation *per se*, are no longer available to be viewed.

2.      The Defendant has stated that the account may be restored and insinuated by implication that the undersigned was responsible for the account take-down.  This account termination and possible account restoral will directly impact the discovery abilities of the Plaintiff.

3.      Concurrently with the alleged account termination, the Defendant docketed **ECF no. 239** (which can be described with the procedural shorthand of an "Anti-SLAPP" motion) under the new provisions of the New York State Civil Rights Law Section 76(a).  The S.D.N.Y. has seen several recent opinions in the applicability of Sec. 76(a) to federal courts.  *Palin v. N.Y. Times Co.*, 17-cv-4853

4.      Sec. 76(a) purports to create an "automatic stay" to all discovery activities, save for those materials needed to support a response to a Sec. 76(a) Anti-SLAPP motion (as **ECF no. 239**). Thus, if the Court determines that Sec. 76(a) applies to this instant lawsuit, then discovery has halted.  In such a scenario the undersigned would request that the discovery period be tolled until such time as it resumes.  The Plaintiff is entitled to three (3) weeks of remaining discovery, which existed prior to the filing of **ECF no. 239**, these three (3) weeks should be set-aside.

1

5.   Meanwhile, a similar Anti-SLAPP motion awaits determination in related S.D.N.Y. litigation to which the Defendant is a party, *National Academy of Television Arts and Sciences, Inc., et. al. v. Multimedia System Design, Inc. d/b/a/ Crowdsource the Truth*. No determination has been made in that lawsuit with regards to the applicability of Sec. 76(a) to federal litigation. The undersigned requests that this Court withhold action in this lawsuit pending such a Sec. 76(a) determination, in the interests of judicial efficiency. To complicate matters, if Sec. 76(a) applies this raises the bar concerning the Plaintiff's burden to demonstrate defamation *per se* allegations to the presumed "actual malice" standard.

6.   As the recent Requests for Judicial Notice and declarations of Mr. Thomas Schoenberger have illustrated, the Defendant entered a very close cooperative association with Mr. Manuel Chavez, III of Carson City, Nevada. The record demonstrates that Mr. Chavez and the Defendant commenced exchanging over 100 e-mail messages in July 2019 while in voice communications. The net result of these e-mail message exchanges implies that the Defendant behavior meets the "actual malice" standard.

7.   The Plaintiff alleges that these e-mail messages tend to demonstrate that the Defendant proceeded with reckless disregard to the truth about the Plaintiff's non-participation in a conspiratorial affiliation with Mr. Chavez, Mr. Schoenberger or their presumed associates (the bulk of third-party defendants). The evidence tends to indicate that the Defendant continued to promote the narrative that the Plaintiff was working these people in a "decentralized distributed defamation campaign" to which Mr. Chavez was purportedly the "technical brains".

8.   For over two years, it is now alleged, the Defendant knew the Plaintiff had no association with the people involved with Mr. Chavez or Mr. Schoenberger (and many others) and yet the Defendant continued to state publicly that he had evidence of felony crimes involving the Plaintiff's participation in such a conspiracy related to these third-party defendants.

9.   Therefore, Mr. Chavez is an instrumental figure in this lawsuit and needs to be deposed by the Plaintiff. As the Defendant is presently in Las Vegas, Nevada, the Defendant could easily drive to Carson City, Nevada to attend such a deposition. It is believed that such a deposition is needed to demonstrate the "actual malice" of the Defendant in continuing to promote the idea that the Plaintiff "worked with" Mr. Chavez and/or Mr. Schoenberger.

10.     In view of the foregoing, the Court should consider the issuance of a subpoena to compel the deposition of Mr. Chavez in Carson City, Nevada or in Las Vegas, Nevada.  As you know, Sec. 76(a) allows for evidence to be collected to support the "actual malice" threshold when responding to an Anti-SLAPP motion.

11.     In summary, the Plaintiff requests guidance from the Court on the applicability of Sec. 76(a) to this lawsuit, the impact of ECF no. 239 on discovery timetables (assumed to be frozen presently), and the issuance of a subpoena for Mr. Chavez.

Respectfully,

D. George Sweigert

### CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the fourteenth day (14th) of April, two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 | Jason Goodman, CEO |
|---|---|
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

D. GEORGE SWEIGERT
Pro Se Non-Attorney
GENERAL DELIVERY
NEVADA CITY, CA 95959

3

# Exhibit M – 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    5/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                                        Plaintiff,

                    -against-                          1:18-cv-08653 (VEC) (SDA)

Jason Goodman,                                         ORDER

                                        Defendant.

STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. Defendant Goodman shall file his amended Answer no later than May 11, 2021. (See ECF No. 259.)

2. Defendant's motion to stay discovery (ECF No. 263) is denied. No later than May 18, 2021, Defendant Goodman shall respond to Plaintiff's discovery requests, as set forth in the Court's March 11, 2021 Order (ECF No. 224). Failure to do so will result in a recommendation to the District Judge that a default judgment be entered against him.

3. No later than May 18, 2021, Plaintiff shall either: (a) respond to Defendant's discovery requests 1(b) and 2, as set forth in the Court's February 18, 2021 Order (ECF No. 208), or (b) file a stipulation stating that he only will be pursuing claims for defamation per se and will not seek to prove any damages, other than nominal damages, in this case or at trial. See, e.g., Robertson v. Doe, No. 05-CV-07046 (LAP), 2010 WL 11527317, at *3 (S.D.N.Y. May 11, 2010), aff'd sub nom. Robertson v. Dowbenko, 443 F. App'x 659 (2d Cir. 2011) (even when plaintiff entitled to presumption of general damages, "substantial

compensatory damages must be founded upon a finding of substantial injury and evidence must be introduced to demonstrate that the award should be more than nominal") (internal citation and alterations omitted). Failure to do so may result in the imposition of sanctions.

4.  The following briefing schedule shall apply to Defendant's anticipated dispositive motion:

    a.  Defendant's motion: June 1, 2021

    b.  Plaintiff's opposition: July 1, 2021

    c.  Defendant's reply: July 15, 2021

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se*

Defendant.

**SO ORDERED.**

DATED:      New York, New York
            May 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge

# EXHIBIT M-3



The Trolls of Mount Shasta

Crowdsource the Truth 2

Subscribe 11K

10,524 views

Add to    Share    ••• More          👍 267    👎 122

**[video content]**

**Streamed live on May 4, 2018**

**Dave Acton has officially gone too far. He is a public menace and he should be prosecuted. Become a Sponsor of Crowdsource the Truth**

Statement no. 7
(Defendant to audience)

| | | |
|---|---|---|
| 3 | 01:45 GOODMAN: | Dave has become super interested in talking about this and I find it strange because it really does seem to coincide with me contacting the F.B.I. About his aggressive cyber harassment. **You see, I think David is engaged in a crime.** I think using the Internet to tell lies about people – to accuse people of crimes – and he has told lies. **I have got the evidence of it.** |
| 4 | | |
| 5 | | |

| | | |
|---|---|---|
| 1 | 03:58 GOODMAN: | This information about depleted uranium on the Maersk Memphis that came to me from George Webb, George Sweigert. **David Sweigert's brother**. Clearly those two are affiliated in that they're brothers. |
| 2 | | |
| 3 | | |
| 4 | 04:30 GOODMAN: | **I believe they planned that incident at the Port of Charleston.** |
| 5 | 04:37 GOODMAN: | I believe they are in league with Robert David Steele. [see USDC for the ED Virginia (Richmond) CASE #: 3:17-cv-00601-MHL, District Judge M. Hannah Lauck, Robert David Steele v. Jason Goodman] |
| 6 | | |

| | | |
|---|---|---|
| 21 | 07:02 GOODMAN: | He [Sweigert] said he was captured by the Sandinistas. From those two statements, I am extrapolating that his interactions with the CIA and the Sandinistas could indicate involvement in a criminal operation of Iran-Contra. Now, that led to discussions, once we met Harmon and Carolyn, where I inquired if Harmon felt that .. uh. If Dave might have known anything about these "bearer bonds" etc. [reference to bank bonds] |
| 22 | | |
| 23 | | |
| 24 | 08:08 GOODMAN: | **Now I don't want to speak about Dave's own brother having sex with his wife, which is disgusting. I want to speak about how Dave is disgusting.** |
| 25 | | |

| | | |
|---|---|---|
| 1 | 08:40 GOODMAN: | And that's what has to happen to Dave now. I am not going to punch Dave in the nose. I am not going to do violence against Dave. I am going to use the law. **Dave needs to be prosecuted. I think he is a menace. Dave is a public menace.** |
| 2 | | |
| 3 | 09:45 GOODMAN: | And now, this disgusting troll. This wretch of a man. This horrible potato adled [?] moron – David Sweigert   [cut to graphic, see below] |
| 4 | | |
| 5 | |  |
| 6 | | |

5

6

7

10:32 GOODMAN: Here is what we are going to do Joe. **We are going to start to assemble the evidence that we have. Evidence that is going to link Dave and George and Robert David Steele and Manual Chavez and is it Eric O'Conner** [?], Pete Seagate [?] that helped George with his legal case in Zanesville.

21

22

23

14:11 GOODMAN: **But the point is Dave, you behavior is unacceptable and I do believe it has risen to the level of criminality. Making false statements to the authorities, and sending reports to senators, and all the things that you are doing. And publishing a book, filled with these false statements.**

24

25

26

19:32 GOODMAN: **What Dave is doing right now is hoaxing. That law 18 U.S.C. § 1001 that is making a false statement.** This is what they used to charge General Michael Flynn. This is what they used to charge our friend Scott Bennet [see USSOCOM, Tampa, Florida]. And I am going to make it my business to find a prosecutor to charge Dave Sweigert and his accomplices with that crime. Because I do believe that Dave is engaged in a crime.

10

27

MEMORANDUM OF POINTS AND AUTHORITIES
TO SUPPORT PLAINTIFF'S SECOND MOTION FOR PRELIMINARY INJUNCTION

5

6

7

8

28:46 GOODMAN: The game is over for these losers. **I really do hope that Dave brings this to some federal body that has the jurisdiction over criminal prosecution in this matter. Because I will see to it that that man is put in jail.** ["And however we can help we will help you" Harmon Wilfred] Thank you Harmon. HE is a cyber terrorist. HE is the one writing threat assessments from threat vectors coming from social media. And he is demonstrating that by creating those threats himself.

9

0

1

32:03 GOODMAN: **What's going to happen now is ... if there is any law enforcement getting involved in this they are going to come down with both feet on top of Dave and crush him and all of his co-conspirators. And if that man had any integrity and any courage, if he wasn't the worm that he is – the waist of oxygen, the disgusting human being. Who's own father knew that the proper place for him was to sleep on a newspaper with dog shit [Harmon smiles]. [emphasis added]**

2

3



EXHIBIT TWO

### Jason Goodman accuses Dave Sweigert of planning the Port of Charleston Dirty Bomb Hoax

May 4, 2018

At 03:52

Jason Goodman: Let's recap Joe [Napoli], Harmon and Carolyn (Carolyn **Dare**-Wilfred) weren't with us, back in June of last year when this occurred [Port of Charleston incident, June 14th, 2017], this information about depleted uranium on the Maersk Memphis – that came to me from George Webb – George Sweigert. David Sweigert's brother. Clearly those two are affiliated, in that they are brothers. Now, they like to publicly show us all that there are fighting, that they are against each other, that they are not working together, but, I don't believe that. I believe that is a ruse. That's intended to fool us. **I believe they are working together. And I believe that they planned that incident in the Port of Charleston – for a number of reasons.** Not the least of which, I believe they are in league with Robert David Steele. And they are very concerned that I have revealed evidence of felony charity fraud by Robert David Steele. [emphasis added]

At 06:45

Jason Goodman: I don't know if Dave is stupid, I don't know if Dave has some mental disability that is for an expert to determine I can only speculate based on the things he says. ... **I am extrapolating that his [Dave's] interactions with the CIA and the Sandinistas could indicate an involvement in a criminal operation of Iran-Contra.** Now, that led to discussions – once we met Harmon and Carolyn – where I inquired if Harmon felt that Dave might have known anything about these bearer bonds, etc. ... Yesterday Dave crossed the line, he insulted Harmon's wife.

At 10:33

Jason Goodman. I will tell you what. Here is what we are going to do Joe. **We are going to start to assembly the evidence that we have.** Evidence that is going to link Dave, and George, and Robert David Steele, and Manual Chavez and Eric O'Conner, Pete Seagate, Doug, the individual that help George with his case in Zanesville. ... We know that he was the guy that called the Coast Guard first. [11:30] It seemed George planted some information on me. [emphasis added]

EXHIBIT TWO

At 26:10

Jason Goodman.  And as I said, he crossed the line when he insulted Carolyn.  And I have decided.  It's time for this to end.  **And you know what, Dave could choose to go away voluntarily.  That would be nice.**  I would love to never see him or hear from him again.  But, at this point.  I am pursuing legal action.  As aggressively as I possibly can.

At 28:47

Jason Goodman.  So, the game is over for these losers.  **I really do hope that Dave brings this to some federal body that has the jurisdiction over criminal prosecution in this matter.  Because I will see to it that that man be put in jail.**  (And how ever we can help, we will help you [Harmon]).  HE is a cyber terrorist.  HE is the one writing threat assessments from threat vectors coming from social media.  And he is demonstrating that by creating those threats himself.  [emphasis added]

At 32:00

Jason Goodman.  So what is going to happen now, if any law enforcement is getting involved in this they are going to come down with both feet on top of Dave.  And crush him.  And all of his co-conspirators.  And if that man had integrity and any courage – **if he wasn't the worm that he is – the waist of oxygen – the disgusting human being – whose own father knew that the proper place for him [Dave] was to sleep on a newspaper with dog shit** [32:37].  [emphasis added]



EXHIBIT TWO

I certify under the penalties of perjury that the foregoing information is an accurate rendering of the voice known to me as Jason Goodman.

# EXHIBIT M-4

1  D. GEORGE SWEIGERT, C/O
   336 BON AIR CENTER #241
2  GREENBRAE, CA 94904

3

4                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF VIRGINIA
5                              RICHMOND DIVISION

6  ROBERT DAVID STEELE, ET. AL.              Case No.: 3:17-CV-601-MHL

7           Plaintiff,

8  vs.                                        DECLARATION OF D.
                                              GEORGE SWEIGERT
9  JASON GOODMAN, ET. AL.

10          Defendant

11              **DECLARATION OF D. GEORGE SWEIGERT**

12  Now comes D. George Sweigert to inform this Court of video productions created by defendant Jason Goodman and

13  to **DENY** the allegations presented by Mr. Goodman in these video productions.  I hereby attest that the following

14  statements are made under the penalties of perjury.

15       **I.       ALLEGATIONS CONTAINED IN VIDEO BROADCAST MAY 6, 2018 [EXH. 1]**

16  I hereby DENY – in full – the allegations made by Mr. Goodman in the video known as **Exhibit One.**

17  *CIA CONTRACTOR*

18  I am not now, or ever have been, a contract employee, agent or consultant to the Central Intelligence Agency in my

19  entire lifetime.  I was an enlisted member of the U.S. Air Force assigned to the 24th Tactical Combat Wing in the

20  Republic of Panama.  I was deployed in the capacity of a radio maintenance technician to provide support to

21  missions of the Organizations of America States (OAS).  These OAS missions consisted of peace-keeping duties to

22  monitor border conflicts between such countries as Honduras, El Salvador, etc.  My sole capacity was limited to the

23  installation, operation and troubleshooting of shortwave high frequency communications between basecamp and in-

24  flight helicopters.  This is commonly referred to an "air to ground flight following".  All such flights were conducted

25  by active duty military members of the 193 Aviation Brigade located at Fort Kobbe and Howard Air Force Base,

26  Republic of Panama.  During my two year assignment I supported OAS missions, search and rescue missions and

27  radio interoperable exercises and drills.  Mr. Goodman's allegations concerning my status as a "CIA contracter" or

28  participating in "drug operations" are hereby DENIED in their entirety.
    DECLARATION OF D.GEORGE SWEIGERT - 1

1  *PARTICIPATION IN A "DISTRIBUTED DECENTRALIZED DEFAMATION ATTACK"*

2  Contrary to Mr. Goodman's assertions I have never had contact with the plaintiff, Robert David Steele.  I have never

3  exchanged e-mail messages, phone calls, letters, Skype transmissions, Facebook chat, or any other means of

4  communications with Mr. Steele.  I have had ZERO contact with Mr. Steele over the course of my lifetime.  I have

5  NOT coordinated any decisions, actions, plans or mitigation strategies with any of the parties discussed by Mr.

6  Goodman.  I do not orchestrate, plan, coordinate or assist in the production of any artifacts and/or work product

7  other than my own.  I am NOT a participant in a cartel, gang, team, or other confederation with designs to cause

8  defamation for Mr. Goodman.  I hereby DENY all such allegations made by Mr. Goodman.  I am not part of a team

9  that is directed by Mr. Steele.

10  **II.      ALLEGATIONS CONTAINED IN VIDEO BROADCAST OF MAY 4, 2018 [Exh. 2]**

11  *PLANNING PORT OF CHARLESTON DIRTY BOMB HOAX*

12  I am not, and have not, ever worked in any capacity with my brother GEORGE WEBB SWEIGERT (YouTube user

13  "George Webb").  I broke off all contact with my brother (George Webb) about four years ago when George began

14  discussing fantastical conspiracy theories with me.  On June 10th, 2018 – four days prior to the Port of Charleston

15  Dirty Bomb Hoax incident – I made a public proclamation on YouTube, viewed by over 5,000 people, that I had NO

16  affiliation, connection, with George Webb (my brother) in ANY capacity.  I have not exchanged any electronic two-

17  way messages with George Webb, such as texts, phone calls, letters, etc.  I have sent George two or three e-mails in

18  the Fall of 2017, essentially chastising him for the course of action he has taken.  I am not a part of any "league",

19  cartel, team, confederation or any other combinations with George Webb or Mr. Steele.  I have NO knowledge of

20  any planning related to the Port of Charleston incident.  I learned of the incident like most, YouTube reports of local

21  television stations that were reporting the closure of the Port of Charleston.  I had no knowledge of any activities

22  concerning the Port prior to this date.  I DENY any allegations that I somehow participated in the planning of this

23  incident – directly or indirectly.

24  *INVOLVEMENT WITH CIA*

25  The affirmations stated in the previous section are herein presented as if fully restated.

26  *AFFILIATION WITH PLAINTIFF ROBERT DAVID STEELE*

27  The affirmations stated in the previous section are herein presented as if fully restated

28

DECLARATION OF D.GEORGE SWEIGERT – 2

III.      ALLEGATIONS CONTAINED IN VIDEO BROADCAST OF APRIL 4, 2018 [Exh. 3]

*ALLEGATIONS OF MALICIOUS ACTOR*

I hereby DENY that I am acting in any other manner than to DEFEND myself from Mr. Goodman's constant barrage of video attacks, seemingly broadcast every week. I am not a part of any operation that is supervised by George Webb or Mr. Steele. I have no communications with my brother or Mr. Steele. I attempt to avoid contact with my brother at all costs. The only exception would be public comments posted in a public forum of social media as in the comment section of a YouTube video production of George Webb. I do not participate in any attempts of coordination, planning, or execution of any activities related to my brother – George Webb. The same is also true concerning any direct or indirect coordination or planning with Mr. Steele.

Dated this day of May 16, 2018

D. GEORGE SWEIGERT

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, ET. AL.                    Case No.: 3:17-CV-601-MHL

       Plaintiff,

vs.                                             CERTIFICATE OF SERVICE

JASON GOODMAN, ET. AL.

      Defendant

CERTIFICATE OF SERVICE

On this day, May 16, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached

pleading (with First Class postage affixed) to the following parties.

        Fernando Galindo, Clerk
        U.S. District Court, E.D. VA
        Federal Courthouse
        701 East Broad Street
        Richmond, VA 23219

        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903

        Jason Goodman
        252 7th Avenue #6S
        New York, NY 10001

        _D. GEORGE SWEIGERT_

CERTIFICATE OF SERVICE - 1

# EXHIBIT M-5



1  D. GEORGE SWEIGERT, C/O
2  356 BON AIR CENTER #241
   GREENBRAE, CA 94904

3

4                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF VIRGINIA
5                              RICHMOND DIVISION

6  ROBERT DAVID STEELE, ET. AL.          Case No.: 3:17-CV-601-MHL

7          Plaintiff,

8  vs.                                    DECLARATION OF D.
                                          GEORGE SWEIGERT
9  JASON GOODMAN, ET. AL.

10         Defendant

11              THIRD DECLARATION OF D. GEORGE SWEIGERT

12  Now comes D. George Sweigert, a non-attorney layman, to inform this Court of recent allegations and accusations

13  made by defendant Jason Goodman concerning an alleged attempted murder plot by the undersigned of Mr.

14  Goodman's associate known as "Quinn Michaels" aka Korey Atkin or Corey Atkin.

15     I.      ALLEGED NEW MEXICO ASSASSINATION ATTEMPT OF QUINN MICHAELS

16         Defendant Jason Goodman has made an extensive series of videos with the "CrowdSource The Truth

17  Researcher" Quinn Michaels (Atkin).  As recently as May 22, 2018, both (a) defendant Goodman and (b) Quinn

18  Michaels have appeared on a radio show together as depicted in Exhibit One [Exh. 1].

19         On a YouTube show on the "CrowdSource The Truth 2.0" (CSTT @.) channel defendant Goodman

20  interviewed CSTT 2.0 researcher Q. Michaels.  At 1:12:22 Mr. Goodman states, "Right.  And Dave [the

21  undersigned] implores me to present the evidence that we have that indicates that he [the undersigned] knew your

22  [Quinn] location in Vaugh, New Mexico.  [Goodman looking at camera]  But, Dave I don't need to do that because

23  you know that you knew where Quinn was in Vaugh, New Mexico right before his [Quinn] lung collapsed

24  spontaneously."  See Exhibit Two [Exh. 2]

25         I hereby DENY all allegations and accusations made by Mr. Goodman that I had ANY knowledge –

26  whatsoever – that CSTT 2.0's researcher (Quinn Michaels) was in New Mexico – much less the city of Vaughn –

27  when Quinn Michaels suffered a collapsed lung.  This entire stream of logic is denied in all its forms by the

28  undersigned.

   DECLARATION OF D.GEORGE SWEIGERT - 1

**II.      SOLICITATION OF FUNDS BY THE DEFENDANT**

As with all the videos posted by Mr. Goodman on YouTube a solicitation is included for the public to provide Goodman's operation monies.  See Exh. 2 – part b.  Quoted here:

> Become a Sponsor of Crowdsource the Truth
>
> http://paypal.me/crowdsourcethetruth
>
> monthly sponsorship on Patreon
> https://www.patreon.com/crowdsourceth...
>
> BTC - 14y2bEJ484DTbQwthX51VWpcRtk5Q7kmQQ
>
> ETH - 0x07a23Ac0EBb5936d60A8cBfE07D64A579Cc756e9
>
> LTC - LVP2d143QjPv1JaJpqgPHzQzv2qSQCDnbd
>
> email truth@crowdsourcethetruth.org
>
> merchandise - https://www.redbubble.com/people/esth...

Attached as Exhibit Three is the "CrowdSource The Truth" PayPal page. [Exh. 3]

Attached as Exhibit Four is the "CrowdSource The Truth" Patreon page.  [Exh. 4]

Both of these web pages (PayPal and Patreon) offer to facilitate the transaction of funds to the benefit of Mr. Goodman and his enterprise.

In Part B of Exh 4, the following text is presented on the Patreon web page:

Crowdsource The Truth is an Open Source Fact Checking "Truth Engine" and political social media movement.

We gather and disseminate raw intelligence and present it to our constantly expanding network of human brains for vetting, analysis and assessment.

Crowdsource the Truth focuses on examining current events, public policy, history, truth in media and other topics of interest.  Members work together to collect and analyze data from around the web and around the world. Together, we will do our best to determine what is fact and what is fiction. Everyone is invited to participate but of course no one is required to.

If you see something you disagree with, challenge it with stronger evidence and logic or simply tune it out. This group is an Autocratic Democracy, to borrow some Orwellian doublespeak from those I wish to examine. I run it, but of course if the group dislikes my decisions the project will fail. All decisions will be subjected to group consensus. If anyone doesn't like the direction, please suggest a change or feel free to bow out.

DECLARATION OF D.GEORGE SWEIGERT – 2

III.      STATUS OF MR. GOODMAN'S CORPORATION: MULTIMEDIA SYSTEM DESIGN, INC.

Attached as Exhibit 5 are artifacts available from the Employee Benefits Security Administration.  (Exh. 5).

I hereby DENY all allegations concerning any knowledge about the movements of Corey Atkin (Quinn Michaels) that led up to the moment Mr. Atkin experienced a collapsed lung in Vaugh, New Mexico.

I hereby attest that all exhibits are accurate and true reproductions of their source appearance (from Internet web-sites).

Dated this day of May 23, 2018

_____
D. GEORGE SWEIGERT

DECLARATION OF D.GEORGE SWEIGERT - 3

1   **https://soundcloud.com/groundzeromedia/algorithm-method-w-jason-goodman-and-quinn-**
2   **michaels-may-22-2018**



Artificial Intelligence is now taking over the world. It is not about to, it is not going to, it is not
waiting to – it is doing it now. Artificial Intelligence is now morphing into a tool for augmenting
reality and bots that function without human permission are now speaking to us in social media,
the media parrots what it reads, and humans accept it as reality and it may not even be reality.
The algorithm is the new authority — and its pervasiveness is the new evil. On tonight's show,
Clyde Lewis talks with filmmaker and independent investigative journalist, Jason Goodman and AI
Developer, Quinn Michaels about ALGORITHM METHOD.

#ClydeLewis  #GroundZero  #TalkRadio  #ConspiracyTheory

https://www.youtube.com/watch?v=1KEBaxrJZ4U

**Part A**

Hogan's Pornos, Family Feuds and #TimePhoneHacking with Quinn Michaels

8,304 views

Streamed live on Apr 29, 2018

Bob Crane's proclivity for amateur pornography is now widely known. Quinn and I explore his transactions with the Dawson family and emerging evidence of cryptographic links to the Justice Kiku.

01:12:17 someone thank you and I are talking to you found something and they don't like
01:12:23 it so they have to keep their pressure on sight and Dave implores me to present
01:12:26 the evidence that we have that indicates that he knew your location in Vaughan
01:12:33 New Mexico but Dave I don't need to do that because you know that you know
01:12:35 where Quinn was in Vaughan New Mexico right before his lung collapsed
01:12:40 spontaneously and we now know all of these electromagnetic devices that are

**Continued to the next page**

27

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, ET. AL.          Case No.: 3:17-CV-601-MHL

      Plaintiff,

vs.                                                   CERTIFICATE OF SERVICE

JASON GOODMAN, ET. AL.

      Defendant

CERTIFICATE OF SERVICE

On this day, May 23, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached

pleading (with First Class postage affixed) to the following parties.

Fernando Galindo, Clerk
U.S. District Court, E.D. VA
Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903

Terry Catherine Frank
Kaufman & Canoles PC
1021 E. Cary Street, Suite 1400
PO Box 27828
Richmond, VA 23219

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1

# EXHIBIT M-6



**Above: Quinn Michaels and Defendant discuss the Plaintiff's alleged attack**

# EXHIBIT M-7

EXHIBIT ONE

*Jason Goodman reports "distributed decentralized defamation attack" to FBI*

May 6, 2018

(Originally published April 6, 2018)

17:47

Jason Goodman: **Dave Sweigert I believe has mental health issues** I'm not an expert I can't say that definitively but that's my opinion.

21:22

Jason Goodman: There was no officially sanctioned US military action in Nicaragua that I'm aware of in the 1970s the 1980s or the 1990s.  The only US involvement was **by CIA contractors** and this is Iran-Contra where guns were flown to Iran with the assistance of Mossad CIA and Mossad were involved in that.  **George HW Bush was the kingpin.** Oliver North was on trial for that okay they then took the money from the sale of guns to Iran which was under sanctions you were not allowed to sell a pineapple to Iran and they were selling them tow missiles and other things that money was then flown from Iran to Nicaragua where cocaine was purchased from the Contras and the people that Dave Acton [Sweigert] says he captured were the Sandinistas.  The individuals that were fighting the Contras.  So I don't know what Dave Acton [Sweigert] was doing in Nicaragua but **he gets real upset when I say he was a CIA contractor flying cocaine.**

24:50

Jason Goodman:  **I called Dean Fougere** [YouTuber Titus Frost] **at the office of his company** that sells jet fuel sensors to Halliburton Kellogg Brown and Root and Chevron deep state all the way. I called him at that company to **alert him that I was in the process of gathering information to bring to the FBI to tell the FBI that I believe a new type of crime is taking place. A distributed decentralized defamation attack is** taking place, and that a group Nathan Stolpman:  You called the FBI?
Jason Goodman: Yeah, absolutely I spent hours on the phone **I called the FBI,** I called the FBI. Nathan I called the FBI and I submitted a complaint that took about 45 minutes and in less than 24 hours I got a return phone call and I spent over three hours on the phone and have shared extensive evidence with the FBI.

EXHIBIT ONE

55:57

Nathan Stolpman:  You know you have a platform where you're able to say all these things they you believe about these people a number of which frankly are ad hominem attacks on people idiots or scumbags.....

Jason Goodman:   Well I do that because it triggers them and you see wide it's also factual well because that's my opinion **I'm allowed to say they're idiots and scumbags** if they're going to attack me with false statements and try to implicate me for crimes I think they deserve ad hominem attacks.

I've already presented the evidence to show that they're liars so you know.

Nathan Stolpman: .. And you're trying to trigger them that's it any is it any surprise then that people come back and attack you if you're intentionally ....

Jason Goodman:  Nathan I didn't start this they started it I don't start fights but I do finish them.



https://www.youtube.com/watch?v=Ph3eLrmREeY

I certify under the penalties of perjury that the foregoing information is an accurate rendering of the voices known to me as Jason Goodman and Nathan Stolpman.

# EXHIBIT M-8

1  D. GEORGE SWEIGERT, C/O
   336 BON AIR CENTER #241
2  GREENBRAE, CA 94904

3

4                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
5                          RICHMOND DIVISION

6  ROBERT DAVID STEELE, ET. AL.            Case No.: 3:17-CV-601-MHL

7            Plaintiff,

8  vs.                                     DECLARATION OF D.
                                           GEORGE SWEIGERT
9  JASON GOODMAN, ET. AL.

10           Defendant

11                FOURTH DECLARATION OF D. GEORGE SWEIGERT

12  Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to

13  affirm and attest to the below facts under penalties of perjury.  The undersigned attests and affirms that all attached

14  exhibits are true and accurate copies of sources (such as Internet web sites).

15         The undersigned is an avid camper, backpacker and novice mountaineer in the area of Mount Shasta,

16  California, 96067.  The undersigned has been engaged in studies related to becoming certified as a Wilderness

17  Emergency Medical Technician.  The undersigned had plans to summit Mount Shasta in June of 2018.  The

18  undersigned had plans to provide Wilderness EMT support to basecamp operations for Mount Shasta climbers.

19         Recently, the undersigned as had to evacuate the Mount Shasta area as an agent of Jason Goodman – Quinn

20  Michaels – has arrived in the Mount Shasta area.

21         For reasons outlined below, the undersigned is presently in a state of angst and concern for his personal

22  safety as a direct and proximate result of the facts outlined below.

23  I.     JASON GOODMAN'S ASSOCIATION WITH QUINN MICHAELS

24         Defendant Jason Goodman has made an extensive series of videos with the "CrowdSource The Truth

25  Researcher" Quinn Michaels (Atkin).  There appears to be well over thirty (30) video productions that depict Jason

26  Goodman interviewing Quinn Michaels (Corey Atkin).  A sample of sixteen (16) video "thumb nails" are contained

27  in Exhibit One.  [Exh. 1].

28

DECLARATION OF D.GEORGE SWEIGERT - 1

1    Jason Goodman has traveled several thousand miles to provide on the scene in-person video reports with

2  Quinn Michaels.  This includes trips to South Dakota, Nevada, and California to rendezvous with Quinn Michaels

3  and create video content.  The latest such in-person interview between Mr. Goodman and Mr. Michaels/Atkin

4  appears to be a video series recorded on Venice Beach, California, published on YouTube May 18, 2018.  A screen

5  shot of the video production is contained in Exhibit Two. [Exh. 2]

6    Contained in Exhibit Three ([Exh. 3]) is a screen shot of the New York State statue addressing aggravated

7  harassment in the second degree.

8    A video production posted to "CrowdSource The Truth 2.0" (CSTT 2.0) on May 4, 2018 features the facial

9  image of the undersigned in the video "thumbnail" and appearing in the first few seconds of the video.  [Exh. 4].

10    At time track 33:03 in Exh. 4 Mr. Goodman states, "I am working on much more important things than the

11  moron Dave Sweigert.  But, it's got to stop.  And if he won't walk away we are going to have to have someone drag

12  him away in hand-cuffs.  And I will relish that moment."

13    The undersigned as twice completed the course of instruction known as "P.C. 832" Arrest and Firearms

14  Course approved and authorized by the California Commission on Peace officer Standards and Training.  [Exh. 5].

15    The undersigned attests and affirms that the P.C. 832 course provides forty-four (44) hours of instruction in

16  proper arrest procedures, to include supervised practical examinations in the application of hand-cuffs.  The concept

17  of "dragging" suspects is not included in the P.C. 832 curriculum.

18    The undersigned interprets the "dragging" comment by Mr. Goodman as a threat to his person in violation

19  of New York State statue 240.30 "Aggravated harassment in the second degree".  [Exh. 3]

20    The undersigned believes Mr. Goodman is referring to contract hit men, professional kidnappers, abduction

21  artists, etc.  The use of hand-cuffs is very common by such contract for hire and murder for hire agents.  The

22  undersigned believes that "dragging" is referring to "dragging" the undersigned away by contract hit men or contract

23  killers.

24    In a video production of a discussion group posted on the YouTube channel "Defango" on December 10,

25  2017 a discussion member ("Billy Bob") claims that Quinn Michaels (Corey Atkin) lived in his garage for three (3)

26  weeks.  [Exh. 6]

27

28

DECLARATION OF D.GEORGE SWEIGERT - 2

36

1       An exchange takes place between "Defango" and "Billy Bob" (landlord to Quinn Michael). At time mark

2    7:00 Defango states, "Is this the same Quinn Michaels that has been going on CrowdSource The Truth?". [Exh. 6].

3       At time mark 7:03 "Billy Bob" replies, "Yeah, man. And while he was here (Quinn Michaels) he was

4    actually talking to Jason Goodman. That Jason Goodman guy, that you always talk about on your show."

5       At 7:11 Defango, "Yeah".

6       At 7:12 Bill Bob, "And they were, like, talking about putting bounties on you and all kinds of stuff, man.

7    They really don't like you. I don't know why. Looks like you guys are both, you know, "CrowdSourcing the truth"

8    I don't get why you guys are fighting, man. You know. It's kinda weird. "

9       At 7:28 Defango, "Yeah. Did you said [sic]. You said putting ... you said they were trying to put out ..

10   what on me?"

11       At 7:32 Billy Bob, "They were trying to like put out hits on the dark web  .. and they were trying to put hits

12   on you ... try to offer bounties. There's like bounty rewards right now for information on you..".

13       The undersigned interprets those comments as a very strong indication that Quinn Michaels has accessed

14   the "Dark Web" to locate illegal contract for hire services to inflict damage and bodily injury on the undersigned.

15       In a video production of May 20, 2018, Quinn Michaels announced his presence in the City of Mount

16   Shasta. [Exh. 7].

17       The extended stay of Mr. Michaels (Atkin) follows his meetings with Mr. Goodman. [Exh. 2].

18

19   The undersigned attests and affirms that all attached exhibits are true and accurate copies of sources (such as

20   Internet web sites).

21

22           Dated this day of May 25, 2018

23

24                                  D. GEORGE SWEIGERT

25

26

27

28

DECLARATION OF D. GEORGE SWEIGERT - 3

# EXHIBIT M-9

**Part A**

Jason Goodman

Crowdsource the Truth is a community sponsored news source. If you have information, evidence, corrections or suggestions

CHANNEL   SUBSCRIBE   53,738

Latest from Jason Goodman

Rock n' Roll at Sunset Sound with Charles Manson and Walt Disney

Jason Goodman
5 days ago • 5,406 views
Quinn Michaels joins me as we continue down the rabbit hole linking the Los Angeles music recording industry to darker elements ...

LIVE From Venice Beach with Quinn Michaels – "The Children" of Venice Beach

Jason Goodman
5 days ago • 5,452 views
According the Maury Terry, Author of The Ultimate Evil "The Children" was a satanic cult based in Venice Beach CA that counted ...

The Nine Three Society and What it Means to You – Investigating with Quinn Michaels

Jason Goodman
Streamed 2 months ago • 44,582 views
For the past several years, Quinn Michaels has been investigating a tech woven entity he has dubbed the Nine Three Society

The Covenant Family Business with Special Guest Quinn Michaels

Jason Goodman
2 weeks ago • 4,180 views
Originally posted April 22, 2018 iSaod is literal #servisted, but the blood of the Covenant is thicker than the water of the womb

Quinn Michaels Reveals Secret Antarctic Tech Using Fitbit and Google Earth

Jason Goodman
Streamed 3 months ago • 32,384 views
Quinn Michaels continues to blow the lid off of conspiracies thinking. Many have doubted his outlandish claims, but Quinn keeps ...

Quinn Michaels Discovers #SERISYS in Las Vegas

Jason Goodman
Streamed 2 months ago • 34,874 views

**Continued next page**

DECLARATION OF D.GEORGE SWENGERT – 7

**Part B**

Quinn Michaels continues to bias the lid off of conventional thinking. Many have covered his outlandish claims, but Quinn keeps ...

**Quinn Michaels Discovers #SIRISYS in Las Vegas**
Jason Goodman
Streamed 4 months ago • 25,928 views
Quinn says things. I listen. I have no idea what was said ... Look into PRESTO on your own ...

**Artifical Intelligence PsyOps Tyler and Q Anon with Quinn Michaels**
Jason Goodman
Streamed 5 months ago • 58,668 views
How could a Q level clearance operative release sensitive intelligence information without being charged with treason? Sponsor ...

**Apo-Q-lypse Now with Special Guest Quinn Michaels**
Jason Goodman
1 week ago • 14,785 views
The Q movement has scam-ogs unphased, we're not trying say we told ya' so ... Become a Sponsor of Crowdsource the Truth ...

**The Anonymous DarkNet Cult of Michael**
Jason Goodman
1 month ago • 31,175 views
The deeper we dig, the more Quinn Michaels reveals, the harder they attack. Does this mean we are preventing innocents ...

**Live in Las Vegas with Quinn Michaels**
Jason Goodman
Streamed 5 months ago • 257,185 views
Quinn Michaels and I join forces in Las Vegas to discuss AI and investigate the connections between cryptocurrency, Artificial ...

**Quinn Michaels in His Own Words**
Jason Goodman
Streamed 5 months ago • 28,473 views
Who is Quinn Michaels and how did he get here? Sponsor Crowdsource the Truth http://patriot.me/crowdsourcethetruth ...

**Continued next page**

DECLARATION OF D.GEORGE SWEIGERT - 8

40

Part C

Crypto Conspiracy and the Road to the AI Singularity
Jason Goodman
Streamed 9 months ago · 70,784 views
Quinn Michaels continues to shock with unprecedented revelations about cryptocurrency and the coming artificial intelligence ...

South Dakota with Quinn Michaels – Touring Sanford Labs
Jason Goodman
Streamed 5 months ago · 7,304 views
Exploring the mysterious Sanford Labs in Lead South Dakota. Sponsor: CrowdSource the Truth ...

Finding Sophia – A Search for Artificial Intelligence at CES 2018
Jason Goodman
Streamed 4 months ago · 16,946 views
Quinn Michaels joins me on the search for Artificial General Intelligence at the 2018 Consumer Electronics Show Sponsor ...

Watch again

Back at NYC HQ with an Update from the Mighty Quinn
Jason Goodman
Streamed 5 months ago · 10,847 views
Quinn Michaels suffered a spontaneous collapsed lung on his way to Roswell New Mexico after our trip to South Dakota.

Sunday with Charles – Spoiling the Revenge of the Turds
Jason Goodman
4 days ago · 8,532 views
Charles disrupts the planned revenge. Download Charles' presentation ... 42m

DECLARATION OF D.GEORGE SWEIGERT - 9

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, ET. AL.                    Case No.: 3:17-CV-601-MHL

      Plaintiff,

vs.                                             CERTIFICATE OF SERVICE

JASON GOODMAN, ET. AL.

      Defendant

**CERTIFICATE OF SERVICE**

On this day, May 25, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached

pleading (with First Class postage affixed) to the following parties.

      Fernando Galindo, Clerk
      U.S. District Court, E.D. VA
      Federal Courthouse
      701 East Broad Street
      Richmond, VA 23219

      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903

      Terry Catherine Frank
      Kaufman & Canoles PC
      1021 E. Cary Street, Suite 1400
      PO Box 27828
      Richmond, VA 23219

      Jason Goodman
      252 7th Avenue #6S
      New York, NY 10001

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

      D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1

# Exhibit M-10



**QuinniRock in Da' House Dispelling More Qanon-sense**

**https://altcensored.com/watch?v=1j5aUYxw_ns**



#Tyler #TeamTyler Is On The Trail Of American Satan
by Crowdsource The Truth & Quinn Michaels
by Tyler, Quinn Michaels, Jason Goodman, & Team Tyler

# Exhibit M-11

Defendant Goodman was very familiar with the content of these declarations filed in *Steele v. Goodman*.  On 06/01/2018 Plaintiff filed "FIFTH DECLARATION OF D. GEORGE SWEIGERT" in *Steele v. Goodman*, docket 58, which contains an exhibit of Mr. Goodman reviewing the Plaintiff's earlier declaration of 05/22/2018, docket 51, with Quinn Michaels in a video entitled, "*Elvis Presley – The Devil in Disguise.  The King, The Covenant and the #TimePhoneHack*".  This indicates that Mr. Goodman had indeed received the declaration, docket 51, and was discussing it on his podcast with almost 10,000 viewers.  [**Exhibit M-11**].



1    D. GEORGE SWEIGERT, C/O
2    336 BON AIR CENTER #241
     GREENBRAE, CA 94904

3

4                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF VIRGINIA
5                            RICHMOND DIVISION

6    ROBERT DAVID STEELE, ET. AL.              Case No.: 3:17-CV-601-MHL

7             Plaintiff,

8    vs.                                       DECLARATION OF D.
                                               GEORGE SWEIGERT
9    JASON GOODMAN, ET. AL.

10            Defendant

11            **FIFTH DECLARATION OF D. GEORGE SWEIGERT**

12   Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to

13   affirm and attest to the below facts under penalties of perjury.  The undersigned attests and affirms that all attached

14   exhibits are true and accurate copies of sources (such as Internet web sites).

15       **I.     JASON GOODMAN'S ASSOCIATION WITH QUINN MICHAELS**

16            Defendant Jason Goodman has published yet another YouTube video production with the "CrowdSource

17   The Truth Researcher" Quinn Michaels (Korey Atkin) directed at the undersigned ("Elvis Presley – The Devil in

18   Disguise? The King, The Covenant, and the #TimePhoneHack", 5/26/2018).  [Exh. 1].

19            During the course of this video, defendant Goodman holds up to the camera and allows his audience to read

20   the FIRST DECLARATION OF D. GEORGE SWEIGERT [Doc. 51, 5/22/2018].

21            It appears that nearly 40-50% of this video is directed at discussing the undersigned and the document

22   located at [Doc. 51, 5/22/2018].  During the YouTube video Mr. Goodman comments:

23            36:28: GOODMAN: "The example that I am thinking of right now.  It's got to do with our same favorite

24   friend, the guy [the undersigned] who is sending people to visit you there in Shasta".  [Exh. 1].

25            DENIED.  The undersigned DENIES that he has directed, guided or encouraged individuals to visit Mr.

26   Michaels (Atkin) in any location, at any time, for any purpose.  This insinuation by Mr. Goodman is denied in its

27   entirety in all its forms.  The undersigned does not engage in the practice of "sending people" to meet anyone.  This

28   notion is completely false and is denied by the undersigned in its entirety.
     DECLARATION OF D.GEORGE SWEIGERT - 1

# Exhibit M-12

1   D. GEORGE SWEIGERT, C/O
336 IRON AIR CENTER #241
2   GREENBRAE, CA 94904

3

4                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF VIRGINIA
5                              RICHMOND DIVISION

6   ROBERT DAVID STEELE, ET. AL.              Case No.: 3:17-CV-601-MHL

7            Plaintiff,

8   vs.                                        DECLARATION OF D.
                                               GEORGE SWEIGERT
9   JASON GOODMAN, ET. AL.

10           Defendant

11              SIXTH DECLARATION OF D. GEORGE SWEIGERT

12   Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to

13   affirm and attest the facts described below under penalties of perjury.  The undersigned attests and affirms that all

14   attached exhibits are true and accurate copies of sources (such as Internet web sites or e-mail messages).

15      I.      JASON GOODMAN DISPARAGES THE NAME OF THE COURT

16           Defendant Jason Goodman has released yet another video production on yet another YouTube channel –

17   "Crazy Dave's Insane-a-torium", which is a reference to the undersigned.  As seen in Exhibit One defendant

18   Goodman published a video entitled "The Webb of Lies and the Lying Liars Who Weave It…".  May 9, 2018.  The

19   video features the undersigned in a dunce cap, straight jacket and a jail booking placard that reads "CRAZY

20   DAVE".  [Exh. 1].

21           In the video at 8:32 Goodman proclaims:

22           08:47:  GOODMAN.  Why don't you release whatever evidence it is you think you have.  And you can

23   intervene in the lawsuit.  We all know it is a fake lawsuit.

24           Mr. Goodman then continues with his insinuations that the undersigned somehow assisted in some way

25   with regards to the Port of Charleston "Dirty Bomb Hoax" incident that took place on June 14, 2017.

26           08:54:  GOODMAN.  Is it possible that these guys are getting upset that I am talking about how they

27   orchestrated a bomb hoax.  With the intention of putting me in jeopardy?  [Exh. 1].

28

DECLARATION OF D.GEORGE SWEIGERT - 1

1   **DENIED.** The undersigned denies the notion – in its entirety – that he somehow assisted, aided, planned,
2   coordinated or executed any actions or activities associated with the reporting of a radiological device to the U.S.
3   Coast Guard Section Duty Officer in Charleston, South Carolina or 8,000 tweets sent to the 7th District Coast Guard
4   area Incident Command.

5   The undersigned has been driven to publishing a book about the above cited incident to clear his name from
6   the defendant's insinuations, accusations and allegations. The book is entitled "Report: Port of Charleston Dirty
7   Bomb Hoax and Social Media Liability". [Exh. 2].

8

9   **II.   INSINUATIONS CONTINUE REGARDING NEW MEXICO ASSASSINATION PLOT**
10   Exhibit Three consists of a screen shot of another Jason Goodman YouTube video, entitled, "Serco's Four
11   Horsemen and the North Tower on 9/11 with Special Guest David Hawkins", May 29, 2018.  [Exh.3]. The bulk of
12   the video is a discussion about conspiracy theories related to the 9/11/2201 collapse of the World Trade Center
13   Towers.  At 1.00:01 Goodman proclaims:

14   01.00:01:  GOODMAN.  I do want to come back to one topic, though, can I?  So you spoke about the
15   magnatron and this is amazingly coincidental.  That you would bring this up in our conversation, today.  I have
16   mentioned to you in the past ... uh ... my associate Quinn Michaels.  And in about December Quinn suffered a
17   spontaneous collapse of his lung.....

18   01.00:37:  GOODMAN.  But, we speculated at the time .. uh .. that it could have been caused by a
19   microwave weapon.  [Exh. 3]

20   **DENIED.**  Again, the undersigned denies any notion – in its entirety – that he has some knowledge about
21   microwave weaponry, has used such weaponry, has become familiar with such weaponry or has any operational
22   weaponry.  The notion that the undersigned is involved in microwave weapons, uses such weapons, has a
23   background in such weapons, or any other extrapolation of this notion is hereby denied.

24   In a video produced by Mr. Goodman, entitled, "The Anonymous DarkNet Cult of Michael", March 29-
25   2018, Mr. Goodman proclaims ([Exh. 4]):

26   14:52.  GOODMAN.  And I would recommend that the people that may or may not be pursuing Quinn
27   should do the same thing.

28

DECLARATION OF D.GEORGE SWEIGERT - 2

1    15:09:  GOODMAN.  You and I saw some evidence that indicated that David Sweigert [the undersigned]

2    was aware of your [Quinn] location in Vaughn, New Mexico.  How could he have possibly known that?

3         DENIED.  Once again, the undersigned denies all insinuations, allegations and accusations that I had any

4    knowledge of the whereabouts of Quinn Michaels (Korey Atkin) when Mr. Michaels suffered the ruptured bleb on

5    his lung which occurred near Vaughn, New Mexico in December 2017.

6         The assertions by Mr. Goodman that the undersigned had some type of knowledge as to the whereabouts of

7    Mr. Michaels is completely denied in the most militant and strongest terms.  This is a falsehood and devoid of truth.

8         48:44:  GOODMAN.  Robert David Steele's [plaintiff] stupid attorney sent me a letter – it is my opinion –

9    that he is stupid, and I am free to exercise my opinions saying he is a stupid man.

10        49:15:  GOODMAN.  David Sweigert [undersigned] has been very active in trying to create false evidence.

11   They all work together.

12        49:46:  GOODMAN.  Manuel Chavez, Robert David Steele, David Sweigert all work together.  [Exh. 4]

13        DENIED.  Once again, the undersigned denies all insinuations, allegations and accusations that I had any

14   knowledge of plans, anticipated actions, activities, methods, techniques or any such appearance of cooperation with

15   any other party concerning issues related to Robert David Steele.

16        DENIED.  Once again, the undersigned denies all insinuations, allegations and accusations that I have

17   created "fake evidence" or evidence of a fake nature.  The notion of this allegation is denied in the strongest possible

18   terms in all its forms.  This is a falsehood and devoid of truth.

19        III.    COMPLAINT FILED WITH HUMAN RIGHTS COMMISSION

20        Attached for the record is the Complaint submitted to the San Francisco Human Rights Commission.  [Exh.

21   5]

22

23

24

25

26

27

28



DECLARATION OF D.GEORGE SWEIGERT - 3

I hereby attest that all exhibits are accurate and true reproductions of their source appearance (from Internet web-sites). I hereby attest that the foregoing statements have been made under penalties of perjury.

Dated this day of May 30, 2018

D. GEORGE SWEIGERT

DECLARATION OF D.GEORGE SWEIGERT - 4

# Exhibit M-13



The Webb of Lies and the Lying Liars Who Weave It....
255 views

# Exhibit M-14

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S SWORN STATEMENT |
| JASON GOODMAN, et al., | |
| Defendant | |

## DEFENDANT'S SWORN STATEMENT

I hereby attest that the pleadings herein are accurate and true under penalties of perjury.

Further, I hereby attest that the attached exhibits are accurate and true copies of source

documents as described.  Video and telephone recording transcripts may contain typos due to

voice to text transcription software.  True and accurate copies of original video and audio

recordings can be provided should it please the court.

Signed this _____ day of June 2019

Defendant Pro Se Jason Goodman

Jason Goodman, Pro Se
252 7ᵗʰ Avenue Apt 6S
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S SWORN STATEMENT - 1

26
27
28

13. On or around June 2019, Manuel Chavez III voluntarily shared some of his personal

emails with Defendant.  Among these were messages Chavez claims are communications

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 7

---

1
2
3
4
5
6

from Thomas Shoenberger, an individual unknown to Defendant who may in fact be

highly placed in the organization of the monetized conspiracy to harass and defame

Defendant Goodman.  The emails from Shoenberger provide talking points for a plan to

attack Defendant Goodman's reputation with false allegations claiming Goodman is an

agent of Israel and / or paid by Mossad.

7
8
9
10
11
12
13
14
15
16
17

14. Additionally, Chavez provided communications between Plaintiff, Chavez, Thomas

Shoenberger and Tanya Cornwell the wife of counsel for Plaintiff, Steven Biss.

(EXHIBIT C) This email provides evidence that counsel for Plaintiff Biss is using his

wife as a "cutout" or conduit through which he can indirectly communicate with the co-

conspirators and still provide the plausible claim that "I haven't spoken with (fill in the

name)".  This email provides substantial evidence of the conspiracy alleged by

Defendant.  A transcript of a publicly broadcast multiparty phone conversation between

Simpsons, Chavez, Intervenor Applicant and others has been submitted as evidence

previously in this matter (ECF No. 78 EXHIBIT A).

18
19
20
21
22
23

15. Chavez provided an email between Plaintiff and Chavez in which Plaintiff admits he is in

direct contact with alleged co-conspirator Tyroan Simpson, (EXHIBIT D) and seeks

approval from Biss' wife Tanya for communicating with Simpson against Biss'

instructions.  It would seem Biss had advised Steele not to communicate with Simpson in

an effort to hide their collaboration and provide further evidence of conspiracy.



**EXHIBIT H**

••○○○ AT&T  LTE          2:23 PM          57% ▮▭

‹ ▭▭▭          2 Messages
              Your July 3rd Tour          ∧  ∨

Found in All Mail Mailbox          ▭

**Robert Steele**          7/7/17     RS
To: George Webb          Details

George, for information.  A
massive law suit is about to be
filed against Jason Goodman
by a lawyer who specializes in
defamation cases.  Manny is
the one who will be in front, my
case will simply be in support.
Jason is buried so deep by his
own words that we expect
Google to shut him down
completely -- close his
channel and delete all of his
videos. Since the videos
appear in all states this will be
a multi-state filing, done pro

⚐          ▭          🗑          ↩          🖉

# Exhibit M-15



A strange set of characters from some of the highest and lowest positions in the American right gathered one morning in September 2017 at an affluent neighborhood outside of Dallas.

One of their topics was responding to online critics of wealthy Texas businessman Ed Butowsky, who had recently been outed as a driving force behind a retracted Fox News story about murdered Democratic National Committee staffer Seth Rich.

https://www.thedailybeast.com/right-wing-activists-discussed-wiretapping-seth-richs-family-three-people-in-the-room-say

*Right-Wing Activists Discussed Wiretapping Seth Rich's Family, Three People in the Room Say*

EARFUL

**Involved in the talks about murdered DNC staffer Seth Rich: a Fox reporter, a former intelligence contractor, and a pair of provocateurs looking to sow "targeted chaos" online.**

*Will Sommer*
Politics Reporter

Updated Feb. 18, 2020 7:50AM ET / Published Feb. 17, 2020 10:27PM ET

A strange set of characters from some of the highest and lowest positions in the American right gathered one morning in September 2017 at an affluent neighborhood outside of Dallas.

One of their topics was responding to online critics of wealthy Texas businessman Ed Butowsky, who had recently been outed as a driving force behind a retracted Fox News story about murdered Democratic National Committee staffer Seth Rich.

The group that gathered at Butowsky's home included a conspiracy theorist, a Fox reporter fighting for her career, a former private intelligence contractor married to star journalist Lara Logan, and a Democratic PR operative who lost his business in the face of sexual-assault allegations. The group also included Thomas Schoenberger and Manuel "Defango" Chavez, two notorious internet provocateurs who had recently launched a self-proclaimed "elite" company that promised to use bots and sow "targeted chaos" to defend its clients online.

According to some attendees, the solutions discussed at the September get-together went to extremes. Three people who attended the gathering said the group even discussed the possibility of wiretapping and surveilling Rich's grieving parents.

In a sworn deposition last year, Schoenberger claims Butowsky wanted to "hear a pin drop" in the Rich's Omaha, Nebraska, kitchen.

"They wanted it to the point where they can listen to every room and hear discussions," Schoenberger said in a sworn deposition last year about the gathering. "They literally wanted ears in every room."

Butowsky strongly disputes Schoenberger's wiretapping claims and The Daily Beast could find no evidence that anyone in the group actually carried out surveillance on Rich's family. Butowsky points to Schoenberger's criminal history—a 2011 felony stalking charge and a 2014 misdemeanor DUI—to argue that his allegations about what occurred at Butowsky's house can't be trusted.

"Nobody wiretapped anybody, nobody attempted to wiretap anybody, nobody discussed wiretapping anybody, and quite frankly, I don't know what wiretapping is," Butowsky said.

In an interview with The Daily Beast, Butowsky confirmed the list of guests at his house, although he disputed the characterization of it as a "meeting."

"It was just like a sit-down and chat," said Butowsky. "Nothing happened. There wasn't like some meeting where we left with plans. It was a bunch of people explaining how reputation management worked on Twitter."

The varied group, according to Butowsky, included Schoenberger, Chavez, outspoken Rich conspiracy theorist Matt Couch and an associate, Logan's husband Joe Burkett, as well as Fox News reporter Malia Zimmerman, who was the author of the retracted Fox story.

They were joined by Trevor FitzGibbon, a former Democratic PR bigwig whose firm once worked with groups like MoveOn and NARAL, but collapsed in 2015 in the face of sexual-harassment and assault allegations against him. (FitzGibbon denied those allegations and never faced criminal charges.) According to Schoenberger and Chavez, FitzGibbon teamed up with them in August 2017 to launch "Shadowbox," their "elite" online reputation firm. Butowsky was their first client.

Zimmerman, FitzGibbon, Fox News, and Rich's parents didn't respond to requests for comment. Burkett, a former intelligence contractor, could not be reached for comment. Both Couch and lawyers for Aaron Rich, citing the lawsuit, declined to comment.

But the fact that marginal internet characters like Schoenberger and Chavez could be called to a gathering with political players like Butowsky—who enjoys connections to the White House, Fox News, and at least one leading House Republican—offers a glimpse into how conspiracy theories are bleeding into political life. It also raises questions about how far Trump allies will go to vindicate their wild theories about Rich.

Rich's unsolved July 2016 murder in Washington, D.C., which police believe was a botched robbery, has fueled years of right-wing conspiracy theories. In most versions, the baseless claim is that Rich was murdered by Hillary Clinton or her allies for leaking Democratic emails to WikiLeaks in the run-up to the presidential election.

For Trump fans, that story has the value of absolving any connections between the president's campaign and Russia, since it would mean that an insider, not Russian hackers, obtained and leaked the emails.

Butowsky, who enjoyed front-row tickets at Trump's inauguration and regularly appeared on Fox News as an unpaid advocate for Trump's agenda, saw that value as well. In a recording of a conversation obtained by NPR in January 2017, he fretted that questions about Russian election

interference would undermine Trump's legitimacy—but noted that the theory about Rich's death "changes all of that."

# Exhibit M – 16

---------- Original Message ----------

From: "Jason Goodman (Crowdsource the Truth)" <jason@21stcentury3d.com>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Date: 12/10/2017 8:48 AM

Subject: Re: Report of organ harvesting and child trafficking

Do you think Oliver North looks too red?





I consider this a very serious matter as it deals directly with the first amendment right to freedom of speech, freedom of the press as well as important elements of the Digital Millennium Copyright Act and other laws including Fair Use and Parody. This complaint also seeks to circumvent matters currently under consideration by the U.S. District Court in the Southern District of New York in pending civil litigation.



**Figure 1.c.  Undersigned depicted on CSTT RedBubble Tote Bag**

**(https: https://www.redbubble.com/shop/crowdsource+the+truth)**

**M – 16 con't.**



**Example of image accusing undersigned of involvement in the IRAN-CONTRA affair.**

28.      In the image above, Goodman attempts to mentally trigger Plaintiff with imagery of an

aircraft crash.  The undersigned had survived a forced landing in a U.S. Army helicopter in the

capitol of Nicaragua as part of peacekeeper duties with the Organization of American States

**At para. 27, page 14 of SAC (ECF doc. 88)**

# Exhibit M - 17

The New York Times

NEWS SUMMARY

# NEWS SUMMARY; THURSDAY, OCTOBER 6, 1983

A plane crash in Managua , in which the pilot, Agustin M. Roman, was killed, has shed light on covert military operations in Central America. He was a former general manager of the Nicaraguan national airline and then chief of operations for the Nicaraguan Air Force who turned against the Sandinistas. (A1:4-6.)

https://www.nytimes.com/1983/10/06/nyregion/news-summary-thursday-october-6-1983.html

The New York Times

# ON TRAIL OF A LATIN MYSTERY, C.I.A. FOOTPRINTS

By Jeff Gerth

Oct. 6, 1983

On Sept. 8, a two-engine Cessna crashed during a bombing raid on Nicaragua's main air base and international airport near Managua, killing the pilot, Agustin M. Roman. Although the identity of the man and his plane were known, almost everything else was a mystery.

Since then more information about Mr. Roman and his plane has emerged, shedding light on covert military operations in Central America.

Mr. Roman, a former general manager of the Nicaraguan national airline, Aeronica, and then chief of operations for the Nicaraguan Air Force under the Sandinistas, spent his last nine months on clandestine air missions, according to his colleagues and his flight logs. Pilot Defected in December

Mr. Roman announced his defection from the Sandinista Government last December at a news conference in Miami that was sponsored by the Nicaraguan Democratic Force. This group, backed by the C.I.A., is trying to topple the Sandinistas and operates out of Honduras. Mr. Roman subsequently joined forces with the Revolutionary Democratic Alliance, another group seeking to oust the Sandinistas. It is based in Costa Rica and its military chief is Eden Pastora Gomez, a former Sandinista hero.

https://www.nytimes.com/1983/10/06/world/on-trail-of-a-latin-mystery-cia-footprints.html

# Exhibit M-18

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

D. GEORGE SWEIGERT

  Plaintiff,

vs.

JASON GOODMAN,

  Defendant

Case No.: 1:18-cv-08653-VEC-SDA

**DEFENDANT'S RESPONSE TO INTEROGATORIES**

## DEFENDANT'S RESPONSE TO INTEROGATORIES

I hereby attest that the pleadings herein are accurate and true under penalties of perjury. Further, I hereby attest that the attached exhibits are accurate and true copies of source documents as described.

Respectfully submitted

May 15, 2021

Jason Goodman, Defendant, Pro Se

252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S RESPONSE TO INTEROGATORIES - 1

72

**Request**

1. a)     Identify the names and addresses of witnesses with knowledge regarding the statements that Defendant purportedly made about Plaintiff, as alleged in the Second Amended Complaint (SAC, ECF No. 88, ¶¶ 68-87) and Supplemental Complaint (Supp. Compl., ECF No. 150, ¶¶ 39-45), and describe the nature of their knowledge.

**Response**

1) a)     David Hawkins White Rock BC, Canada was party to the conversation with Defendant that is the focus of the allegations in the Second Amended Complaint (SAC, ECF No. 88, ¶¶ 68-87). Hawkins is aware of this legal action and has direct knowledge of his own statements. Regarding the statements alleged in the Supp. Compl., ECF No. 150, ¶¶ 39-45 it is a difficult question for Defendant to answer properly. Most of the twenty-two recipients of the email are unknown to the Defendant because it was sent in response to an email initiated by the Plaintiff including false and inflammatory allegations against the Defendant published to that group. Plaintiff selected the recipients and in cases where email addresses do not reflect the recipients actual name, the identity of the recipient is unknown to Defendant. One of the recipients is Dr. Anthony Fauci, who is known to the Defendant, but his address and the nature of his knowledge about the alleged statements is unknown to Defendant. FBI special agent Britney Custer is also known to Defendant. This is the agent Defendant spoke with for over 2 hours about Plaintiff and Plaintiff's associates stalking and harassing of Defendant. Special Agent Custer's address and the nature of her knowledge of the allegations and this legal action are unknown to Defendant. Collin Sullivan, is the chief legal counsel for Patreon located at 600 Townsend St #500, San Francisco CA. He has received numerous emails from the

DEFENDANT'S RESPONSE TO INTEROGATORIES - 2

1  Plaintiff are stored on the personal Macbook Pro laptop computer owned by
2  Defendant and one backup hard drive owned by Defendant.
3  **Request**
4
5  2. No later than January 15, 2021, Defendant shall produce to Plaintiff the following
6  documents for the period from June 14, 2015 to the present:
7      a. All documents and communications between Defendant and Patreon.com (or its
8         representatives) regarding Plaintiff.
9      b. All documents and communications between Defendant and any law enforcement
10        agency regarding Plaintiff.
11
12     c. All emails sent or received by Defendant regarding Plaintiff.
13     d. All documents regarding any social media posts by Defendant that refer to
14        Plaintiff and/or display his picture.
15     e. All documents regarding Plaintiff's purported participation in what Plaintiff refers
16
17        to as the "Port of Charleston, S.C. dirty bomb hoax of June 14, 2017."
18 **Response**
19 2.
20     a. Defendant searched all communications with Patreon.com and its representatives
21        including additional specific searches for communications with Jack Conte and
22        Colin Sullivan (which may have yielded duplicates) and produced all
23        communications regarding Plaintiff in a printed bates numbered document sent
24
25        via USPS to General Delivery Nevada City CA, 95959 on May 15, 2021.
26
27
28

b.  To the best of Defendant's recollection, no documents exist that are responsive to this request all contact between Defendant and law enforcement has been via telephone or in person.

c.  Defendant searched all emails for the term Sweigert and the results in a printed bates numbered document sent via USPS to General Delivery Nevada City CA, 95959 on May 15, 2021.

d.  The Defendant has included a USB memory stick containing 46.8GB of video data. Defendant has made his best effort to assemble all posts about Plaintiff, however Defendant objects to the broad language of the question as written. It is virtually impossible for Defendant to recall all social media posts from four years ago. Defendant will fully cooperate and make further best efforts to provide access to any other social media or another posts should Plaintiff become aware of such posts. Defendant can make a duplicate USB memory stick with the 46.8GB of video data available to chambers if it should please the court.

e.  Defendant has already included as evidence the book written by Plaintiff containing his own fictional account of events pertaining to the Port of Charleston event.  (https://www.amazon.com/Report-Charleston-Duty-Social-Liability/dp/1717056792/ref=sr_1_1?&child=1&keywords=dave+sweigert&qid=1&12627662&sr=8-1)  Numerous additional documents exist or have existed but are not currently in Defendant's possession including a large number of videos and social media posts created by the Plaintiff that have since been deleted or otherwise rendered inaccessible to Defendant by deliberate actions of the Plaintiff or indirectly through the actions of third parties.

DEFENDANT'S RESPONSE TO INTEROGATORIES – 11

# Exhibit M-19

part of a conspiracy theorist straight man to Def Goodman's pre-arranged social media attack commentary.

65.    Former CSTT researcher and whistleblower "KENNEDY" (Maureen Shay Mensing,[aka Maureen S. Utley] Madison, Wisconsin) describes Goodman's true motives.



[video description]

Published on May 30, 2019
My response to Jason Goodman of Crowdsource the Truth using me as leverage against Quinn Michaels in a live chat.

02:19     What's wrong with Jason Goodman.  Is that he.  When Quinn Michaels asked him to stop infighting and trashing other YouTubers -- **Dave Acton in particular** – and focus on the research and the story he brought to the table, Jason said he would not do that and ended a Patreon stream.

04:44     What's wrong with Jason Goodman is that he became fixated on fighting with other YouTubers and using Quinn Michaels research and material to back it up to the point of stretching the logic.  And, steering conversations continuously and **most notably to talk about Dave Acton.**

32



Pictured above is " "KENNEDY" (Maureen Shay Mensing,[aka Maureen S. Utley] Madison, Wisconsin).

66.    Quinn Michaels (aka Korey Atkin) has also revealed Goodman's motives.



13:30        But, it went real bad real quick in the background.  I mean it went real bad real fast after that livestream when I didn't want to fight with Dave Acton and all the other YouTubers.

33

67.    Plaintiff seeks a declaration from this Court that the foregoing indicates violations of the New York General Business Law (GBL).

## II:    DEFAMATION AND DEFAMATION PER SE

68.    Plaintiff repeats, replead and incorporate by reference each and every allegation of paragraphs 1 through 65 of this Complaint as though set forth in full herein. All of the Defendant Goodman's actions described above has taken place in the State of New York.

69.    Goodman's slanderous, libelous and defamatory *per se* allegations (inherently harmful) were directed specifically at the undersigned's business, trade, profession and were not framed as hyperbole. The epithets of Goodman and his sidekick Hawkins were stated as accusations of criminal and unethical activity relating to the professional integrity of the undersigned. Goodman disseminated the "technical opinions" of a phony "forensic economist" (David Hawkins).

70.    Goodman's slanderous statements (uttered and published) have (1) charged the undersigned with serious crimes, (2) that injured the undersigned's profession, business and trade, and (3) statements that imputed mental disorders upon the undersigned (loathsome disease).

71.    In addition to the foregoing outlined above, Goodman has (and continues) to make multiple material misrepresentations, or omissions, of fact, to the general public and specifically to the Plaintiff. Goodman has distributed to third parties via e-mail statements that the Plaintiff has been diagnosed with Post-Traumatic Stress Syndrome (PTSD), that Plaintiff was involved in

34

# Exhibit M-20

# Jason Goodman claims evidence of Robert David Steele Charity Fraud

 votezaktaylor (47) ▾ in #jasongoodman • 3 years ago

no one likes a liar.



Jason Goodman claims evidence of Robert David Steele Charity Fraud
**votezaktaylor** (47)in **#jasongoodman** • 3 years ago

https://steemit.com/jasongoodman/@votezaktaylor/jason-goodman-claims-evidence-of-robert-david-steele-charity-fraud



# Robert David Steele's #fakelawsuit… The Targeting of Innocent People

Robert David Steele & his attorney S. Biss are targeting Youtube channels to silence any reporting on the UNRIG charity fraud. Biss is known for his frivolous lawsuits, including his most recent lawsuit against Twitter. Biss has no problem naming innocent people in lawsuits. He has done this a number of times in the RDS lawsuit. Unfortunately, Jason Goodman from CSTT is equally complicit in associating innocent people with his character Queen Tut. The content of this video proves that both antagonists in this lawsuit are involved in a conspiracy to defame individuals for the purposes of controlling internet freedom. You can hear in this dialogue how Goodman denies that he is not involved in the p--- industry. However, the cover picture is from his company's instagram. You can also hear how Biss names CH as Queen Tut with no evidence. The RDS lawsuit is one big LARP. This video provides the evidence to support the previous statements. The public can search the Virginia Bar to confirm that S.Biss lost his law license for one year due to fraudulent activity on his part.

Disciplinary Actions on S. Biss
vsb.org/site/publications/register/virginia-lawyer-register-march-2009
Robert David Steele on Infowars
Robert David Steele: NASA Sent Child Slaves to Mars
youtube.com/watch?v=lZYvXhyaxGE

https://vimeo.com/333447612

# Exhibit M-21

## SCAVENGER HUNT: In Search of a Reputation Worth Defending

Posted on **October 14, 2020**



First, there was the  37-page Robert David Steele federal defamation lawsuit against Jason Goodman, et. al.,  filed on September 1, 2017, in the  Eastern District of Virginia, Richmond Division.  Then came the 97-page *Amended Complaint* on April 18, 2018, followed by the 57-page *Second Amended Complaint* on September 24, 2020.

After 3 years and 24 days, on September 25, 2020, United States District Judge M. Hannah Lauck put an end to this lawfare/counter lawfare scavenger hunt, and dismissed this lawsuit *without prejudice.* That left the door open for a refiling, which Plaintiff Robert David Steele and his tag-along nonprofit corporation, *Earth Intelligence Network*, promptly did on September 28, 2020, in the Alexandria, Virginia, federal court.



Although I have always given the off the wall political reformer Robert David Steele the upper edge in this reputation war with You Tube provocateur Jason Goodman, at this late stage of their gaming each other, I am fed up with their waste of the taxpayer's monies which are funding the judiciary. This federal civil court dispute could have been settled in 20 minutes in *Judge Judy's* small claims court, if only Robert David Steele had understood his reputation's true value.

In what Judicial Twilight Zone did Steele think that his 2017 reputation was worth at minimum $18,350,000, plus a prejudgment interest on the principal sum awarded by a jury at the rate of 6% per year? Are federal civil lawsuits the latest fad in retirement investment schemes?

On March 21, 2018, *Tracking the Leopard Meroz* published an article called, *And in this corner, A Man called SUE contending against Leviathan, Behemoth and God Almighty!* in which I quoted a conversation between Robert David Steele and Benjamin Fulford.

**Benjamin Fulford** said, "Robert you know we've both been subject to hit jobs and smear tactics and when I looked at your *Wikipedia*, it said that you had said that there were child sex slaves on Mars and I hear that this is just a big fake attempt to discredit you. Could you tell us what was behind that? Why?"

**Robert David Steele**:  "Well, I have **a federal lawsuit out which I expect to win**.  I have **an extraordinarily good defamation lawsuit**, and so I'm not going to argue the details in public, but I will say that I was doing a two hour video with Alex Jones on pedophilia.  I'm a commissioner as well as the chief counsel on a judicial inquiry into pedophilia (*note:  this so-called judicial inquiry does not appear to be officially commissioned, but rather some sort of private arrangement which RDS has referred to as an "International Tribunal for Natural Justice*".), and I believe that my two hours of remarks scared the living hell out of a particular murderous pedophile in the media business, and he commissioned a hit job by a guy in the *Daily Beast*.  **It will have to come out in a Federal lawsuit.**"

Near the conclusion of this videotaped conversation, Robert David Steele said, "Well, let me tell you something.  **I'd like to introduce you to my lawyer who's the best, one of the best defamation lawyers in the country**, and he's taught me a lot and one of the things he's taught me, Ben, is that if you can

show **conspiracy**, which is if you can show that certain select people egged other people on, guided them, funded them, whatever, **conspiracy is triple damages**. Now I don't know what kind of statute of limitations you might be running up against, but please let me introduce you to my lawyer. **Let him win cases for both of us**."

**Benjamin Fulford**:  "It's, it's time you know these people have done enough with their lies and their slander."

**Robert David Steele**: "Don't talk about them in public, **take them to court. Sue them**, OK."

In the refiled lawsuit against Jason Goodman, Robert David Steele has asked for $1,000,000 in compensatory damages, which he desires to multiply three-fold if he can show "conspiracy", plus $350,000 in punitive damages. And of course there is the interest on the total damages awarded by a future jury, dating from June 15, 2017 to a judgment date, plus 6% on the post judgment balance until paid.

In reviewing the first lawsuit which was dismissed without prejudice, the question that begs to be asked is why did seasoned attorney Steven S. Biss, who Steele claimed had written "an extraordinarily good lawsuit" "which he expected to win", have such a problem complying with Federal Rules of Civil Procedures? And why did Biss undermine  the discovery process, when they were so close to going to trial?

The refiling of a lawsuit that had gone more than three years, without resulting in a trial, means that it all must begin again at Square One...*file a complaint, serve the complaint on the defendant, perhaps argue about whether the case should be heard in Virginia or New York...argue about co-conspirators*...I keep thinking about that interest rate on the "value" of Steele's reputation that started in 2017, running into perpetuity...
What did Judge Lauck say in her July 2, 2020, *Memorandum Opinion* filed as Document 196?  [see rds vs goodman doc 196 702 2020].



At that time, the Court admonished both *pro se* Defendant Jason Goodman and the Plaintiff's attorney, Steven S. Biss.

REPORT THIS AD

But since Biss became the triggering mechanism that shut down the Richmond, Virginia, federal lawsuit, we must note one of the causes was stated on page 13, section B. as *The Court Will Deny the Motion in Limine Because Counsel for Plaintiffs Has Again Failed to Engage in a Meaningful Discovery Process with Goodman.*

[This in itself foretells doom for the second lawsuit, as Jason Goodman was recently pushed into a corner in an unrelated lawsuit into hiring an attorney to represent his corporation.  The attorney he chose was once a high-wire and trapeze artist before getting his Harvard law degree, and *he also owns a data mining company geared to legal discovery issues*, according to SDNY.info.]
Then there is that fascinating comment that the Judge makes about the Plaintiff Robert David Steele in Footnote 10, saying,

---

[10] In particular, the email from Steele to Chavez, in which Steele instructs Chavez "to tell [Mr. Biss] you want to support my case in return for a percentage" clearly implicates a violation of Virginia ethics rules.  (ECF No. 165–3.)  Virginia Rule of Professional Conduct 3.4(c) states that "[a] lawyer shall not . . . . [f]alsify evidence, counsel or assist a witness to testify falsely, or *offer an inducement to a witness* that is prohibited by law."  Va. R. Prof. Conduct 3.4(c) (emphasis added).

While Mr. Goodman does not submit evidence that Mr. Biss knew of the communication, it remains deeply disturbing that, according to the email and despite his denial, Steele believed Mr. Biss, his attorney, would be amenable to such a forbidden transaction.

12

The Order which resulted in dismissing this case,  [RDS v Goodman Doc 217 925 2020], indicates that after two *Show Cause* Hearings, the Judge having warned both parties about "the many deficiencies that have occurred in this litigation", and instituting a stay  until after September 26, 2020;  **the filing by attorney Biss of a Second Amended complaint on September 24, 2020 became the last straw.**  That filing ignored the Court's ruling as to TIMING, as well as the proviso that **Plaintiff's counsel provide short and plain statements to support their claims per** *Federal Rule of Civil Procedure 8*.

According to *A Student's Guide to the  Federal Rules of Civil Procedures, Eleventh Edition, (2008), (*which I found at the local library book sale for 10 cents), "Element 2: Short and Plain Statement of the Claim", says that "litigants are generally required to satisfy only 'notice' pleading obligations:  **they must provide their opponent with fair notice of their claim and the grounds upon which that claim rests**".

Of course that pleading obligation presupposes that the Plaintiff properly identifies his defendants in the first place.

In the Robert David Steele lawsuit filed on September 1, 2017, the defendants were "Jason Goodman, Patricia A. Negron and **Queen Tut, a woman believed to be known as Carla A. Howell.**"

As we now know, Carla A. Howell was falsely accused by Steele of the defamatory actions of Susan A. Lutzke Holmes of Fort Collins, Colorado, who was using the anonymous moniker, *Queen Tut* on the *Crowdsource the Truth* show.

The August 31, 2017, emails shown below which are impossible to read in this blog format, reveal the hand picked  researchers of Steele and Biss, who were assigned the mission of discovering the location of Carla Howell.  And who were these Chosen Few?  None other than those infamous *Shadowboxers:* Thomas Schoenberger, Beth Bogaerts aka *Well Traveled* Fox, and *Defango.*



"Our team is hunting her [Queen Tut] down and will report back to both you gentlemen."

I cannot recall ever seeing an apology by Robert David Steele for the rash allegations made against Ms. Howell, which impugned her character.  For Steele to regard his own reputation as worth multi-millions, while trampling underfoot a woman's reputation, when in truth she had done no wrong, is a curious way to begin a defamation lawsuit.

*Will the boasting Jason Goodman show off his newly discovered legal high wire act in the refiled Steele vs. Goodman lawsuit?*

As Jason Goodman awaits service for the Alexandria lawsuit, his *Crowdsource the Truth* YouTube channel has been fund raising on *Patreon* with special *pay-to-view only* videos of the defendant's discussion of the first lawsuit. Apparently this includes a discussion of the Hearings transcripts which he has on hand, but are not yet accessible to the public on PACER.



To the right is a *Crowdsource the Truth* Twitter advertisement for one of Jason Goodman's *pay-to-view* videos in which he claims he would  be discussing Steele's ASS or *Anti-Speech Strategy.*
As usual, Jason Goodman does not edify his viewers.

*So, legally, what is reputation?*
Robert C. Post (Yale Law School) wrote a paper in 1986, found at **digitalcommons.law.yale**, titled, *The Social Foundations of Defamation Law:  Reputation and the Constitution.* In the Abstract of his thesis, he notes:

*Reputation, however, is a mysterious thing. The common law, as a rule, has "not attempted to define reputation." The dictionary describes it as the "common or general estimate of a person with respect to character or other qualities." Reputation thus inheres in the social apprehension that we have of each other. In one sense, of course, virtually all of our social relationships consist of such apprehension, and it is not clear what it would mean for them all to be "protected" by defamation law.*

*But by looking carefully at the nature of the "injuries affecting a man's reputation or good name" defamation law is actually designed to redress, one can uncover a more focused image of the exact kinds of social apprehension that defamation law considers "normal," or "desirable," or deserving of the law's protection. In this sense defamation law presupposes an image of how people are tied together, or should be tied together, in a social setting. As this image varies, so will the nature of the reputation that the law of defamation seeks to protect.*

*What is the Reputation of Robert David Steele?*

Robert David Steele displays an impressive and lengthy resume of his employment and accomplishments. **But is that the whole of his reputation?** What about the viability of his opinions, which he desired to become the foundation for a revolutionary force, which would transform American government and Intelligence issues?

And his dubious associations with persons who eventually are indicted for one reason or another?  For example, Steele has had a close association with Roger Stone, who was recently pardoned by Trump of his federal prison

sentence, according to *BusinessInsider.com*'s July 10, 2020, update of their 2017 article, *Who is Roger Stone and why was his prison sentence commuted?* But who else wanted to pose with Steele's "Dirty Tricks" friend?



Jason Goodman, Roger Stone and Jerome Corsi

And as noted in a *Tracking the Leopard Meroz* informational post dated October 6, 2020, on the John McAfee Indictment, McAfee was friends with Robert David Steele.

REPORT THIS AD

Jason Goodman's co-host George Webb did an interview with Robert David Steele; but even after the Port of Charleston hoax incident, Steele desired to have Webb serve as his traveling publicist for his #UNRIG election reform campaign. Given all the fuss Steele made in his lawsuit about the hoax that shut down a major port, one has to wonder why Steele would provide excuses to cover over the act of the secondary cause (Webb) of the false report given to him by his hidden source, a former FBI informant who has a life-time history of lying.

Are Goodman and Steele merely acting as *Thesis* and *Anti-thesis* in order to create a desired end known as *Synthesis?* **And what would that Synthesis look like?**

*Tracking the Leopard Meroz* is assigning that critical analysis to no less than Secret Agent *Lil Skill,* who unlike Princeton educated attorney Biss, has

mastered the art of writing "short and plain statements to support her claims" as per Federal Rules of Civil Procedure 8.
But we are concentrating on discussing the reputation of Steele, so let's add a few more touches.

On September 16, 2018, I published *THE OATH Above All Oaths of Robert David Steele, Chief Counsel for the International Tribunal for Natural Justice*, with regard to his involvement with peculiar *sovereign citizen legal theories*, which have caused many untold grief.  After he began his #UNRIG campaign, Robert David Steele cultivated a friendship with the You Tube channel *Victurus Libertas*, who also featured the fake Alaskan judge Anna Von Reitz and the product line of a former tax fraud.

In 2017, Robert David Steele published a detailed accounting of revenues and expenses for his #UNRIG election reform campaign, and he was very open with regard to his ideas. His nonprofit tax returns were available online, as well as his writings, and his former corporations were easily researched on the Virginia Secretary of State website.  The point of contention in regard to Steele's reputation centers around his ideas, and the fact that he wanted to make use of his attorney, Steven S. Biss, as the means for attacking what he defines as the Deep State.  Some of this I discussed in 2017, after Steele published his controversial article on November 8, 2017,
titled, *#GoogleGestapo–Censorship & Crowd-Stalking Made Easy.*
Virginia attorney Steven S. Biss' reputation has taken a blow in the past three years, as for example, as seen in the charge that he engages in *libel tourism,* a concept explained in this article on the Devin Nunes lawsuit by the *Public Citizen Litigation Group.* [I will take a closer look at these issues in a future article.]

*For the duration of this post, let's concentrate on reviewing a 2017 audio of a phone call between Jason Goodman and Frank Bacon, which is referenced in both the Richmond and the Alexandria defamation lawsuits.*

In the September 1, 2017, *Complaint*, on page 14-15, it stated, "On June 27, 2017, Goodman published a video on YouTube entitled, 'FRANK BACON Call Regarding Robbing and Stealing #unrig'.  As of September 1, 2017, the 'FRANK BACON' video was accessible by clicking the following link (link identified).  At 2:38 of the video, Goodman states, "Let's assume for a moment he's a con man or a hypothetical situation in which he may be a con man, claiming to be an ex-

CIA agent is sort of the perfect con."  At 10:21, Goodman admits that he personally contacted the Coast Guard and represented that he had 'intelligence' coupled with Government reports that a 'dirty bomb' was on board the Maersk Memphis, and he 'instructed' the Coast Guard to inspect the ship.  At 19:25, Goodman calls Robert a 'loser'."

From a non-attorney's point of view, (which Jason Goodman represents as a non-attorney *pro se* defendant),  the quote at 2:38 appears to be taken out of context, the Maersk Memphis incident which became the *point of no return* in the short-lived relationship between the plaintiff and the defendant raises questions of coincidence or a deliberate setting up of these parties as adversaries, and finally, the comment at 19:25 is protected free speech as a statement of opinion, and would not seem to be legally defamatory.

So then on April 13, 2018, more than seven months into this lawsuit, the original complaint of 37 pages was expanded to 97 pages, as an *Amended Complaint* against defendants Jason Goodman, Patricia A. Negron and **Susan A. Lutzke aka "Queen Tut"**.  [*Although it was early recognized that a reckless error had been made in naming Carla A. Howell as Queen Tut, the plaintiff and his attorney Steven S. Biss, did not take steps to correct the record in the lawsuit, and it was the Judge who reacted to the legal implications of this error, when Biss attempted to serve Susan A. Lutzke, who had not been named in this lawsuit at that point of time*.]

In viewing the statement on the Frank Bacon phone call, the *Amended Complaint* added the  following accusation: "**As part of the modus operandi of the conspiracy and the scheme to defame Plaintiff's, Goodman and Negron employed caricatures to hide the identity of the speakers.  The 'FRANK BACON' video features Goodman speaking with an anonymous person who is represented by the caricature of a hotdog and a strip of bacon:**".  A 3-inch high image of Jason Goodman and a cartoon hotdog and bacon, shown as part of this *Crowdsource the Truth* video, was also added to the *Amended Complaint*.

*Ahhh, a Scavenger Hunt Clue!  Where will this lead us?*

The day after the new lawsuit was refiled as *Robert David Steele and Earth Intelligence Network vs. Jason Goodman* in the Alexandria, Virginia federal

court, the anonymous commenter, *Lil Skill* posted an interesting observation on her Twitter account:

 **LIL SKILL** @SnafuSlayer · Sep 29
Replying to @SnafuSlayer and @steveouttrim
Already spotting lies, under oath... describing "Frank Bacon", a close friend of the Plaintiff, as "anonymous"??

Big yikes

#CallTyroan

> g.    On June 27, 2017, Goodman produced and published a video on YouTube entitled, "**FRANK BACON Call Regarding Robbing and Stealing #unrig**". As part of the modus operandi of the conspiracy and scheme to defame Plaintiffs, Goodman employed memes and caricatures to hide the identity of the speakers. The **FRANK BACON** video features Goodman speaking with an anonymous person who is represented by the caricature of a hotdog and a strip of bacon:

*Yep, a big Yikes, alright.  I am glad Lil Skill brought up this touchy situation.* Lil Skill displayed item g. on page 12 of Document 1.[RDS v Goodman Doc 1 928 2020].  However, this particular statement continues onto page 13, showing the image and quotes which we had discussed earlier.



FRANK BACON Call Regarding Robbing and Stealing #unrig

In this video, Goodman stated, "Let's assume for a moment he's a con man or a hypothetical situation in which he may be a con man, claiming to be an ex-CIA agent is sort of the perfect con."

*Lil Skill* notes that documents filed in court are under oath.  She wonders why the plaintiff Robert David Steele is treating the anonymous handle *Frank Bacon* as an unidentified person, when in fact Steele once had a close association with Frank Bacon, known in real life as Tyroan Simpson.  The answer is that Steele wants to make an allegation that ignores the glaring facts; that,  "As part of the modus operandi of the conspiracy and scheme to defame Plaintiff's, Goodman employed memes and caricatures to hide the identity of the speakers.  **The "FRANK BACON" video features Goodman speaking with an anonymous person who is represented by the caricature of a hotdog and a strip of bacon:**".  *[the reason for this allegation will be tied in with the larger Steele/Biss agenda in a future article on anonymous internet commenters.*]

Let's take a closer view of the actual phone conversation:

*FRANK BACON Call Regarding Robbing and Stealing #unrig.*  *[This video is 33:54 minutes in length.  I have transcribed the first 20 minutes.  There is much over-talking in this phone conversation, so only the clear remarks are shown.]*

**Frank Bacon**:  Jason...

**Jason Goodman**: How are ya?

**FB**:  I'm good man.  How are you?

**JB**:  I'm doing well.

**FB**:  Man I, I've gotta tell ya something I, I..I'm, I don't know much about ya, and I gotta uh apologize for all the shit that's just happened cuz and I'm uh...you obviously you know my name, so you know I'm a real person.  But I go by Frank..

**JG**:  Oh, ok.

**FB**:  ... and my avatar, just like that King Tut woman you were just talking to, or whatever her thing was, that wasn't her real name right? and there's a lot of people

**JG**:  well...

**FB**:  that you're connected, that you're not using their real names

**JG**:  Yeah, they don't wanna reveal...

**FB:**  Right, you're gonna see that with me as I took on the uh, you know, the Frank Bacon moniker, but there's a long story behind that, and I... I don't wanna get into that I just wanted to get into the Robert David Steele stuff, Frank was the my impetus for getting all that going it's uh it's something Frank...Frank is my way of working with Robert, I've been I've been working for Robert for a number of years, writing for his blog and things like that and it didn't go that, it didn't go well

**JG**:  What happened?

**FB**:  and uh…well… I'm give you a little quick information about me, do you have time?

**JG**:  Absolutely.

**FB**:  Am I taking up too much of your time?

**JG**:  No, no, I'd like to hear what you have to say.

**FB**:  OK, excellent.  I umm I've been following him for years, and uh been a big fan of his, I'm not, I'm not too much younger than you guys. I'm in my mid forties but this would've been late thirties.  I was getting involved in politics and waking up and seeing all the problems of the world and I was you following you know Alex Jones and things like that Ya and um this was the only guy I really dug because he was into open source, open source everything.

**JG**:  Yeah.

**FB**:  and I'm, everybody in my circle, can't stand him because he's ex-CIA, so my circle groups of friends people say…

**JG**: Now lemme just stop you for a second how do we know that? How do we know that he's ex-CIA ?  What proof is there? What evidence is there of that?

**FB**:  Well that's a good point, you bring up a good point.  Like have I gone through the rigmarole of, of verifying everything that he's put out there, not necessarily, but I have done some research on to the point that I know he's very well um, respected in the world as far as like… uh his writings.  So, he was in Norway for example, he was giving a talk in Norway to the to the military in Norway. I would assume that they had done some of their due diligence as to whether or not this guy was just some some guy from Virginia.

**JG**:  Maybe they just assumed that everybody else did their due diligence.  I mean look people who're in the CIA don't go around really saying they're in the CIA that much.  And of course the CIA would never confirm or deny such a statement so I'm not saying he is or isn't I'm just saying let's assume for a moment, he's a con-man or a hypothetical situation in which he may be a con-man. Claiming to be an ex-CIA agent is sort of the perfect con.

***Tracking the Leopard Meroz:*** *After looking at the online data on Steele back in 2017, it appeared that his resume was legitimate.  However, Jason Goodman brings up a valid question, which is discussed in my September 6, 2020, article called "*<u>*Two lawsuits that passed each other like ships in the night:  One was a Criminal Indictment and the other a Civil Fraud Case:  Both involved wire fraud and Black Ops Blarny*</u>*".  That article compared elements of the criminal indictment of Wayne Shelby Simmons, who had falsely claimed he had worked*

*for the CIA, with a civil lawsuit involving Thomas Schoenberger.  Interestingly, Schoenberger has been close friends with Frank Bacon, and is connected with both Steele and Biss in a "research" capacity around 2017.*

**FB**:  You're making a good point and you know what this is gonna get into a much better discussion I think with you because uhm, that's kinda what Frank is. I'm, I'm making this very, very clear I, I uh I got very sick I was in a, I was in a research lab and I I um, worked on some stuff and I got you know sick from uh, a lot of things but uh…I essentially broke my back and so I was bedridden for a number of years this was like 2013, 2014, 2015…

**JG**: um hmm

**FB**: 2016… I started walking again and 2017 has been, I've been walking fine.  I've been repairing my back and now I'm not in such pain induced psychosis anymore.  So a lot of what I've done with Frank is it's been over the last three years it's kind of a way of like nursing myself back to health.

**JG**:  Now wait, I'm sorry, I'm sorry, forgive me I, I understood that Frank was a name that you were using for yourself.  Frank is… someone else?

**FB**:  No, Frank is, is, is my work.  But it's a bigger work than just a uh an avatar I mean there's a lot more to Frank than just what you and I are talking about

**JG**: I don't think I understand..,

**FB**:  there's a lotta work I put into it

**JG**:  is it an A.I. or…

**FB**:  More, more, more like that, more like a marketing platform than a than a, like an A.I. (cough) there's a lot to it and I'll have to save that for another time ok cuz I think it'll get us completely off course

**JG**:  ok, ok

**FB**:  and I don't wanna make it like mysterious and weird I just wanna say hey look

**JG**:  too late for that! (laughter)

**FB**:  well ya, exactly but I respect the hell outta what you guys have been doing because it's open source it's working. you know what I mean like, it's…. I don't like people that have secrets, and Robert and I got very crossed at the very beginning with one another when I started working with him, which was over a year ago um. I finally got him on Skype and said hey, I love your work, I wanna help you get on Alex Jones.

I'm gonna do what I can for ya and I brought him over to Steemit last year right…uh, and it didn't work out so uh you know he lost his key, and he doesn't see the value in it, but I do. I'm kind of a psychic in that sense, I know what's coming. I know what things are gonna, I know some things are gonna be happening, so, I also knew that I wasn't gonna be working directly with

him, but that I would be using that open source platform that open source everything mentality, that unrig,

**JG**:  uh huh… yeah

**FB**:  going after the deep state and all that um, so I run Phi Beta Iota; not his website but on Steemit, so I'm the at Phi Beta Iota.

**JG**:  What does that mean, Phi Beta Iota?

**FB**:  I don't.. ya know I never actually looked it up.  I never actually knew what.. it was just his blog that I would go to and he would post four good things a day, and then I started bugging him on email and he finally responded back, and he was like a hero of mine, I gotta be honest with ya I highly, highly admire what I've worked with and what I've seen of his ok…and here's the other thing, I don't know what he actually did to you guys what, what, what, went wrong cuz I don't even know that part of the story do you mind sharing that?

**JG**:  No, I don't mind. I mean it's all there in the live streams, I mean I might have taken out of the playlist or maybe unpublished I'll put it back up because I want everybody to see it, I mean..we.. he.. I.. look I've seen him on InfoWars. I thought he was great.  I had no issue with Robert David Steele and you know…

**FB**:  He sent me a text one night; he's like, hey you know cuz he knows I been buggin' George I been trollin' George around for a while, and it's all in good, it's not bad trolling, I bug him like I been buggin' you like hey I wanna talk I wanna talk, right.  and then we would talk and I talked to George a long time ago about hey we need to get on these open source platforms these blockchain platforms there's this thing called Steemit.  I can help you out and and he of course he's been busy it's not that he's blowing me off or anything but then he starts texting me back recently and and uh

**JG**:  who did? George?

**FB**:  Robert!

**JG**:  Right, right, right

**FB**:  Robert's like 40 minutes away from D.C. so I find out George is in D.C. and I'm like hey um I could get you Robert.

**JG**:  Right.

**FB**:  Because I was trying to get him in touch with somebody else I don't even remember I'd have to go through my texts to find out and then I texted Robert, uh I didn't text Robert he doesn't let me text him (laughter).  I said uh, I might be able to get you in touch with George Webb how would you like that, and he was VERY excited he was really uppity about it.  He said yeah, I would love to.

Please do whatever you can to get me get in touch, so I just gave George the number, said hey call him tell him Frank Bacon sent ya and… go from there.
**JG**: So that's, that's that's what happened.
**FB**: That's all I did.
**JG**: They went to lunch, they went to lunch and George said Hey, I'm having lunch with Robert David Steele. Why don't we ya know Skype call in and do a live stream and we'll interview Robert David Steele. I said sure, sounds great you know…so we did that and Robert said that he's got this uh, you know Unrig, ya know uh thing
**FB**: Which is legitimate, I mean that is legitimate with Cynthia McKinney, and all that.
**JG**: Well, whatever it is, he presented it to us, we've got this Unrig thing and there's a uh Indie go go or whatever, where he's trying to raise money and in good faith I, I you know we… I felt a little reluctant about this because… at that point we hadn't monetized our effort and even now we're not taking advertising or supporting outside products we're just you know inviting viewers to sponsor Crowdsource the Truth if they feel they want to and there's no and there's no obligation.
Everybody can still access it for free and everything like that but we were sort of did this little mini impromptu telethon for him that I, I wasn't fully comfortable with, but you know uh, George has become a close ally, close friend, my partner in this effort and so…

**FB**: Dude, I watched you bail him out of jail. I know that you've gone the extra mile.
**JG**: That's got nothing to do with it, that's got nothing to do with it, but I'm just saying you know, he and I have developed a trust and so he was with Robert and this is what he wanted to do so we did it and I mean, we raised like fifteen thousand bucks or something like that –
**FB**: I saw it.
**JG**: …from our Crowdsource community in about an hour, or two hours. and I mean, I would think
**FB**: respectable, that was highly respectable that was something that you know of course he would have wanted to see.
**JG**: I would think that he would want to consider us an ally so I think that night or the next day…yeah and then so we planned, Hey Robert come to New York City and we'll do one of my sit down multicamera interviews with you know nice lighting and
**FB**: like you did with Rod Wheeler.

**JG**:  High bitrate camera Rod Wheeler, and we've done uh Jerome Corsi that I'm trying to find a minute in the day to finish, and we did Lionel, and uh Lee Stranahan, and I've done two with George.

**FB**: Oh that's awesome.

**JG**:  I did one with Jack Posobiec, and it's you know, it's one of the featured segments that we're having here on *Crowdsource the Truth.* So I was like, sure yeah let's do Robert I, I went to a nice hotel in Midtown and you know booked a uh, like a conference room for us to do this in, I mean I was treating the guy with the total respect, I would treat any guest with and uhm so the night prior to…the interview I mean I'd have to go back and do a time correlation to get this all accurate, but it was essentially this: the night prior to the interview or two days prior to the interview, George had received some intelligence from a very well trusted source of his, who has been very accurate in the past and this person said there was radiological material in a diplomatic container on board the Maersk Memphis.

***Tracking the Leopard Meroz****:  For references on the "well trusted source" of George Webb, see my May 28, 2018, article, "*The Unusual Telephone Calls of FBI Informant Okey Marshall Richards, Jr.*", and also* Steve Outtrim's November 29, 2018, interview with Queen Tut aka Susan Lutzke Holmes.

**FB**:  Right, right, right.

**JG:**  So we started doing a broadcast about this and everybody went online and went to the publicly available tools like fleet finder and uh shipping… what's it called? genius or whatever it is, and then and you know we were like, hey wait a minute, this thing is pulling into port right now in the Port of Charleston, and you know people in the Crowdsource community and myself contacted the Coast Guard and said we have intelligence.

We have information coupled with government reports from the Obama administration and other people and you know publicly available news reporting that indicates that dirty bombs and the illicit transport of lose radiological material is one of the most credible uh and uh clear and present dangers to the safety of the people of the United States and we instructed them to inspect the ship we didn't tell them there was a bomb. I didn't call them and say there's a dirty bomb. I believe they used the term, dirty bomb, or if I did say anything…

***Tracking the Leopard Meroz****:  see, for example, Reuters.com article, "*FBI opens probe of false 'dirty bomb' threat at South Carolina Port*", or the New York Times article, "*How a Conspiracy Theorist's Call About a Dirty Bomb Shut Down Part of a Port*".

**FB**:  Somebody was just trying to get you guys caught up in the media cycle.

**JG**:  Oh, no, no, no, I mean all we were trying to do was be responsible about reporting what we thought was a threat.  We didn't make a bomb threat.

**FB**:  Without a doubt you guys did the right thing.

**JG**:  So what happened was the next day, the next day, Robert David Steele sends me this ridiculous email saying that the interview is canceled and that I'm wanted by the NYPD and that he could appear on Skype; like I mean, I would really care about interviewing him if I'm gonna be arrested by the police.

This was the most bizarre aspect of it.  He said he's willing to appear on Skype but he can't be in a room that I control.  It's like a bizarre email so I called him up. I mean, I thought he was a friend and an ally at that point and I called him up, and I said you know well what is this about – the NYPD. I mean my apartment is just a few blocks away from the uh police precinct.  Certainly if the Coast Guard or the FBI or any government agency wanted me arrested I would imagine the NYPD would be here in a matter of minutes.


**FB**:  Right.

**JG**:  And I hadn't even seen his email; it was an hour and a half old by the time I saw it, cuz you know, unlike him and some of his potential friends, I'm not monitoring everything he does at every minute of the day and commenting on it right away, which I also find a little bit odd.  Not that there's anything illegal about that. I'm not suggesting that.

They just seemed very obsessed with me, very interested in what we're doing, so uh, I called him up and I said you know, what is this about the NYPD, and he said well you know I can't do the interview, but if you wanna do Skype, and I was like, Robert, I don't care about the interview.


I want to know about the NYPD.  How do you know this? And he told me he has connections and he has contacts and he's you know sophisticated intelligence person and all this, and uh you know, he basically said you know, Jason, our relationship is over.  He used a lot of foul language. I broadcast the phone call in one of our live streams.


**FB**:  Oh wow.

**JG**:  Well I mean you know it's legal in New York State to record a phone call if one of the parties on the call..

**FB**:  Oh no, no I'm not saying, yeah absolutely I, I, I expect you to be recording this call, I mean I do honestly.

**JG**:  With your with your permission I'd like to broadcast this call.  With your permission and if you say no, then I won't.

**FB**:  Well yeah as long as you keep my name you know private, uh like I don't..

***Tracking the Leopard Meroz***:  *It was Frank Bacon aka Tyroan Simpson, a former associate of Steele, that requested that his name be kept private in this instance. Thus, the Steele statement which has carried over into the new lawsuit is misleading when it says, "As part of the modus operandi of the conspiracy and the scheme to defame Plaintiffs, Goodman and Negron employed caricatures to hide the identity of the speakers.  The "FRANK BACON" video features Goodman speaking with an anonymous person who is represented by the caricature of a hotdog and a strip of bacon:".*

**JG**:  Could mask your voice, disguise your name, all of that lemme just continue, so he's cursing at me in this phone call, he's cursing at me and sending me threatening emails and then… you know… he emailed me outta nowhere, saying that he's already had two people ask him for their money back; not because I told people to get their money back, but because people recognized he was acting like a crazy person and threatening me and being very unreasonable after we had in good faith helped him raise money for his uh event.

***Tracking the Leopard Meroz***:  *See Document 34 [*<u>rds vs goodman doc 34 307 2018</u>*] in the Richmond, Virginia, lawsuit on the fraudulent documents submitted to the Court by Queen Tut aka Susan Lutzke. Item 20 says in part, "…using that email address, she made a $25 donation to Earth Intelligence Network on June 13, 2017, under the name 'Susan Lutzke'…".* ***So was Susan Lutzke an actual sincere supporter of Steele, or using the donation as a ruse?***
*In the case of Susan Lutzke as Queen Tut, Jason Goodman was the one to choose her anonymous internet handle, and created a problem for Steele when he hid the real identity of Susan Lutzke as a journalistic source.  Since immediately after donating $25 to Steele's #UNRIG campaign, Lutzke began to defame Steele under an anonymous handle on the Crowd the Truth show, as a regular guest, one wonders if it was a premeditated set-up.*

**FB**:  yeah a lot of money

**JG**: …for his organization or whatever it is, so he told me you know be very very careful and he's sending me these threatening emails so uh….you know it basically escalated from there I told him not to communicate with me any more I have no interest in speaking to him. he sent me some certificate from

his thing that said that I'm a part of his revolution and I told him I want my money back.

I am not part of his I'm not part of his organization I'm not part of any revolution that he's planning and uh I want him to destroy the certificate destroy, destroy the original and send me my money back and so he said that he doesn't have the money that Indie gogo has the money and Indie gogo is not giving him the money until July and that I have to go deal with Indie gogo. Now I think I gave him $50 or something like that and obviously I don't want to lose $50 but I got a lot of things going on I'm not $50 is not at the forefront of my mind.

**_Tracking the Leopard Meroz_**_: On page 7 of the refiled Complaint dated September 28, 2020, Steele states in item 11, in the last two sentences: "Only one (1) person who donated to Earth Intelligence Network on June 13, 2017, identified themself as living in New York. That person donated $50." This became an issue when Jason Goodman claimed that Earth Intelligence Network had not registered as a charity in New York._

**FB**: yeah.

**JG**: I mean I want to get the money back but I just haven't had a chance to I mean we've been trying to contact Eric Braverman, we've been trying to contact Julian Assange, it seems that you know he seems affiliated with Defango; he's appeared on Defango's show and Defango has praised him so you know, I don't know what that tells you about him but uh Defango has also claimed that he contacted his colleagues at Oxford and then obviously as you saw they tried to kick us out of Oxford we weren't there doing anything.

**FB**: yeah, I don't think that had much to do with Defango he operates much the same way you and I operated.

**JG**: well so why do you suppose the Blavat... the Blavatnik school of government would want to kick us out for simply sitting there and wanting to report on their event if it wasn't that someone called and...

**FB**: uh... good point I mean uh I think um you know number one, it's interesting to see that Braverman is actually alive and and that is odd but you guys have become very um...famous as being these incredible like the mystery gang.

**JG**: Oh I don't know about that.

**FB**: Well you're famous enough, and not only are you famous enough I have a great deal of respect for people that in good health and good conscience go out there to fuckin' snap the dragon that we're trying to put down, I'll I'll be really clear I'll be very frank with you – yeah -my reality my reality is I wanna see an

end to the fuckin deep state I am tired of not being free and I see the internet as being the great equalizer of people being able to create the types of organizational structure that they need networks are markets in my world…(16:08)

(17:59) **JG**:  I'm sorry, listen if he was dealing with me in a legitimate fashion and if he was an ally and a friend I mean, you know we just raised fifteen thousand dollars for him so let's assume someone did contact him and say hey NYPD is going to arrest Jason.  Why wouldn't he just call me and say hey I don't think we're going to be able to do the interview tomorrow because I've just received good information that you're going to be arrested by the NYPD. Why don't you go down there to the precinct and turn yourself in because that's exactly what I would do if the NYPD wanted me I'm not going to run from the NYPD.

**FB**: No.

**JG:** I would go over there and I would demonstrate that I am not going to resist arrest. I would want a lawyer and I'd go in there and I would face the charge, because as you can see I am not wanted by the NYPD, and I personally verified that by going there and asking them and calling.  And he could've done that, he's this big fancy intelligence operative he could've done that he was clearly in my mind trying to intimidate me in the email that he sent to me he included a message for George which obviously he wanted me to see, why does he need to CC me on a message for George?

**FB**:  It's childish.

**JG**:  It's childish,  it's like a five year old ok.  He says George, I think the best thing for you to do is dump Jason and come work with me, so now he's accusing me of tortious interference which is a civil tort — that's not a crime. That's interfering with somebody else's business.  **He's the one that's committed that civil tort. I don't need to sue him**; **he's a loser** and I don't want money from him,  I just want him to give the money back to our Crowdsource community members, who feel that he was less than honest with them, that he was less than honest in his dealings with me; that's all I want.  I don't ever want to talk to him again I have no respect for him and I don't care about the truther movement or whatever movement I'm not going to join a movement. .. (19:46)

*Ahh, that last statement of Jason Goodman's calling Steele "a loser" has an ironic  context, now that the first lawsuit was dismissed without prejudice, and Steele had to begin again with another judge in another federal court division of Eastern Virginia.*

Advertisements

REPORT THIS AD

**SHARE THIS:**

- Twitter
- Facebook
- More
-

**RELATED**

PayPal Analyzes the Risk Level of Robert David Steele's Earth Intelligence Network Account & Zaps ItMay 22, 2021In "Antigovernment/Sovereign Citizens/Tax Protestors/ Anti-CPS"

Earth Intelligence Network - "That Other Plaintiff" in the Robert David Steele LawsuitMay 29, 2019In "Port of Charleston Shutdown June 14, 2017 and other issues related to Jason Goodman's Crowdsource the

# Exhibit M-22

**From: Jason Goodman <truth@crowdsourcethetruth.org>**

**To: "Aaron_NYSDChambers@nysd.uscourts.gov"**
**<Aaron_NYSDChambers@nysd.uscourts.gov>**

**Cc: David George Acton Sweigert <spoliation-notice@mailbox.org>**

**Date: 11/13/2019 7:53 PM**

**Subject: Re: 1:18-cv-08653-VEC-SDA, Sweigert v. Goodman**

**Thank you your honor, however Mr. Outtrim's inappropriate actions have revealed new evidence that is extremely significant and must be included in my answer.  Outtim's latest action provides further proof of the alleged conspiracy between Plaintiff and others including Outtrim. This causes me to request that you reconsider today's order given the following circumstances:**

**Irrespective of Mr. Outtrim's denial of intervention, his reason for attempting to intervene changes my answer and requires additional time to complete. Prior to emailing you inappropriately, Mr. Outtrim submitted a fraudulent complaint to YouTube that has crippled my online business by preventing me from live streaming my daily broadcasts to my audience of 85,000 viewers.  This has negatively impacted my income and is a clear example of the ongoing extrajudicial steps Plaintiff and his associates have taken in their persistent and escalating effort to disrupt my day to day life, my business and my ability to defend myself in this legal mater.**

**Online broadcasting is my full time job and primary source of income.  The YouTube penalty will continue indefinitely IF Outtrim is able to demonstrate to Google that he has an active lawsuit against me for the same claim he has submitted to YouTube.  It is extremely important to my defense that I have the additional time requested so I may adequately explain and present the relevant facts and details related to shed light on this newest development and so the court may consider these facts in rendering its decision.**

**I respectfully request that you reconsider the order and allow me the time extension.  I stand ready to submit another motion for extention of time if that would please the court.**

**Jason Goodman, Defendant Pro Se**

**\*Please note: jasongoodman72@protonmail.com is not a valid email address for Defendant and has been inappropriately introduced into these proceedings by Plaintiff**


**> On Nov 13, 2019, at 1:19 PM, Aaron_NYSDChambers@nysd.uscourts.gov wrote:**

**>**

**> Good afternoon –**

**>**

**> Please see the attached Order. Thank you.**

**>**

**> <18cv8653, Order.pdf>**

# Exhibit M-23

**From: Jason Goodman <truth@crowdsourcethetruth.org>**

**To: Spoliation Notice <spoliation-notice@mailbox.org>**

**Date: 11/29/2017 7:27 PM**

**Subject: Re: Litigation hold -- Doxing and Harassement**

**Hi Dave,**

**Thanks for all this evidence you are generating with regard to your ongoing per se libel. It's awesome that I now know how to push your buttons. Mental illness is a terrible thing. You really should be confined for your own safety and that of others. I'm sure the court will enjoy the videos in which you make death threats against me.**

 **On Nov 29, 2017, at 1:16 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:**

**> To:**

**> Colin Sullivan**

**> Bar no. 285203**

**> General Counsel**

**> Patreon, Inc.**

**>**

**> Dear Sir,**

**>**

**> This notice requests that you begin the process of a litigation hold on all electronic evidence stored, processed or transmitted by your organization for the following account:**

**>**

**> crowdsourcethetruth**

\>

\> **The operator of this account is a defendant in a federal lawsuit:**

\>

\> **Jason Goodman**

\>

\> **This request is an evidence preservation request to prevent spoliation of electronic evidence that will be sought in federal litigation (please consult Federal Rules of Civil Procedure for guidance).**

\>

\> **Mr. Goodman is a defendant to allegations that concern public doxing, copyright violations, harassment and hate speech. All which appear to violate the community standards policy of Patreon.**

\>

\> **Recently, Mr. Goodman has allegedly published a series of videos on your platform that attack the privacy, physical characteristics, and intelligence of private citizens in the State of California that Mr. Goodman perceives may be friends of the plaintiff in this federal lawsuit.**

\>

\> **Therefore, as your company holds this evidence, and as it will be required to be admitted into the court record, a strong request is hereby made that you preserve this evidence (account application, invoices, payments, video content, records of messages, transactions with Mr. Goodman, etc.).**

\>

\> **As many of these actions allegedly violate California privacy laws, there is an increased duty to preserve these records as follow-up complaints shall be lodged with the California Attorney General with a copy of this notification.**

\>

\> **If your organization allows this behavior to persist, serious consideration will be given to adding Patreon as a co-defendant in this federal litigation -- as your company will only be aiding in the distribution of the offense material.**

\>

\> **This is a very serious matter as law enforcement has become involved.**

\>

> **Thank you.**

>

> **Evidence Collection Team**

>

# Exhibit M-24

**From: Jason Goodman <truth@crowdsourcethetruth.org>**

**To: Spoliation Notice <spoliation-notice@mailbox.org>**

**Date: 11/30/2017 11:17 PM**

**Subject: You are a coward and seemingly insane**

**David,**

**You claim to be a brave military veteran, yet like a childish coward, you make dopey videos poking fun at me and send intentionally defamatory (per se libel) emails to third parties without revealing who you are.  It is a sad, pathetic situation.  Stop harassing me and find something more productive to do.  I can see now why your own (also possibly insane) brother would betray you and have sex with your wife.  Do you think about his penis entering her?  Did he give her his seed?  Did she orgasm with George?  Perhaps he was able to satisfy her sexually in ways you were unable.  What a wonderful time the two of them must have had.  The intimacy they shared and the total lack of respect either of them had / have for you is truly staggering.  It's one of the worst things I could imagine.  You should go somewhere and roll up into a ball and cry about it.  Not even your own family members can tolerate you. I spoke with another one of your brothers recently who told me how crazy you are and how that has resulted in him not speaking to you for years.  You really should be confined to a mental institution for your own safety and that of others.  How you ever convinced a woman to marry you remains a mystery.**

**Maybe you should just fuck off.**

**Have a nice day.**

**Jason**

# Exhibit M-25

**From: Jason Goodman <truth@crowdsourcethetruth.org>**

**To: Spoliation Notice <spoliation-notice@mailbox.org>**

**Cc: "corina.davis@redbubble.com" <corina.davis@redbubble.com>, "colin@patreon.com" <colin@patreon.com>, "lawenforcement@paypal.com" <lawenforcement@paypal.com>, George Webb <georg.webb@gmail.com>**

**Date: 03/30/2018 4:36 PM**

**Subject: Re: Warning and Caution Notice**

**Mr. David George Sweigert,**

**Mental illness is a serious matter, you need to seek help.  You are hurting yourself by generating a growing collection of evidence that indicates very strongly that you are engaged in an organized criminal harassment campaign against me personally as well as other serious potentially criminal offenses.  Every person you have CC'd on this message fully realizes that no actual lawyer would send anonymous messages from the "Evidence Collection" department and the messages themselves represent harassment as I have instructed you to terminate communications with me.**

**I have submitted my evidence against you to the NY FBI field office and anticipate they will contact you soon.  If you'd like to challenge me in civil court, I invite you to file your complaint.  It will merely save me the filing fees when I counter sue you for the well documented slander and defamation campaign you have been waging which includes per se libel among other civil torts and potential criminal actions on your part.**

**You are making matters far worse for yourself every day.  My friendly advice is that you cease and desist and discontinue your harassment and / or any mention of me or my company moving forward.**

**Jason Goodman**

> On Mar 30, 2018, at 10:24 AM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> THIRD NOTICE AND WARNING

>

> Dear Sir,

>

> Attached are screen shots of yet another YouTube video on the channel "Crowd Source The Truth" that attacks an individual with slander.

>

> As you are well aware, the content you have published regarding our client (Mr. Sweigert) is in error, false, and misleading.  This is the third such video in as many weeks.

>

> This is your third warning to cease and desist from the publication of false, deceptive and grossly inaccurate information.

>

> As you are well aware, a wire fraud racketeering lawsuit will name your electronic payment partners as co-defendants, thus they have been copied in this communication.

>

> Your co-defendant, George Webb, is also copied.

>

> Evidence Collection Team

>

>

>

>> On March 21, 2018 at 12:23 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>

>>

>> Mr. Goodman,

>>

>> We suggest you simply acknowledge this e-mail.

>>

>> We do not wish things to become unpleasant.

>>

>> Evidence Collection Team

>>

>>

>>

>>> On March 21, 2018 at 6:36 AM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>

>>>

>>> Dear Sir,

>>>

>>> Kindly acknowledge your receipt of this notice.

>>>

>>> Evidence Preservation Team

>>>

>>>

>>>

>>>> On March 19, 2018 at 3:14 AM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>>

>>>>

>>>> Dear Sir,

>>>>

>>>> You recently broadcast a YouTube video implicating our client (Mr. Sweigert) in a conspiracy against you (see attached).

>>>>

>>>> **This is an error, an incorrect statement, and a falsehood.  Your assertion that our client is involved with the people you mentioned is wrong, inaccurate, a misrepresentation and false.  There is no such participation in any activities that you described.**

>>>>

>>>> **Demand is hereby made that you cease and desist from involving our client in this form of deception.**

>>>>

>>>> **Evidence Preservation Team**

>>>>

>>>>

>>>>> **On December 3, 2017 at 10:11 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:**

>>>>>

>>>>>

>>>>> **Copy for your files**

>>>>>

>>>>>

>>>>> **---------- Original Message ----------**

>>>>> **From: Jason Goodman <truth@crowdsourcethetruth.org>**

>>>>> **To: Spoliation Notice <spoliation-notice@mailbox.org>**

>>>>> **Date: November 30, 2017 at 11:17 PM**

>>>>> **Subject: You are a coward and seemingly insane**

>>>>> **David,**

>>>>>

>>>>> **You claim to be a brave military veteran, yet like a childish coward, you make dopey videos poking fun at me and send intentionally defamatory (per se libel) emails to third parties without revealing who you are.  It is a sad, pathetic situation.  Stop harassing me and find something more productive to do.  I can see now why your own (also possibly insane) brother would betray you and have sex with your wife.  Do you think about his penis entering her?  Did he give her his seed?  Did she orgasm with George?  Perhaps he was able to satisfy her sexually in ways you were unable.  What a wonderful time the two of**

them must have had.  The intimacy they shared and the total lack of respect either of them had / have for you is truly staggering.  It's one of the worst things I could imagine.  You should go somewhere and roll up into a ball and cry about it.  Not even your own family members can tolerate you. I spoke with another one of your brothers recently who told me how crazy you are and how that has resulted in him not speaking to you for years.  You really should be confined to a mental institution for your own safety and that of others.  How you ever convinced a woman to marry you remains a mystery.

>>>>>

>>>>> Maybe you should just fuck off.

>>>>>

>>>>> Have a nice day.

>>>>>

>>>>> Jason

> <Untidave--swetled.jpg><Untisssqqqaaawetled.jpg>

# Exhibit M-26

**From: Jason Goodman <jason@21stcentury3d.com>**

**To: Spoliation Notice <spoliation-notice@mailbox.org>**

**Cc: legal@support.youtube.com, TMTMEP@uspto.gov, TMCONSISTENCY@uspto.gov, TMDesignCodeComments@uspto.gov, FeesHelp@uspto.gov, TMdatabasecorrect@uspto.gov, TrademarkAssistanceCenter@uspto.gov, ETAS@uspto.gov, TMIDSUGGEST@uspto.gov, TMPostPubQuery@uspto.gov, usptoinfo@uspto.gov, TMFeedback@uspto.gov**

**Date: 05/15/2018 8:24 PM**

**Subject: Re: TRADEMARK OPPOSITION -- 87752970**


**Dave,**


**If you refuse to seek the mental health treatment you require, I will at least insist that you retain a legitimate lawyer who will send legitimate letters with a name, phone number and contact information. I would be happy to meet you in court and show my evidence that your year long, ongoing harassment campaign is the root of all your claims.  Every recipient of this message knows full well that no legitimate legal entity sends anonymous emails.  I have very strong evidence indicating that you, your brother George Webb Sweigert, Robert David Steele and others have conspired for many months to steal money from me, publicly defame me with false accusations of crimes and systematically cyber harassment.  This message is further evidence of this effort.  You are instructed to discontinue all contact with and communications about me.  Please send me your address or the address of your attorney so I may serve you with a formal cease and desist and a temporary restraining order.**


**Jason**


**> On May 15, 2018, at 10:51 AM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:**

**>**

**> To interested parties:**

**>**

**> For your files.**

>

> **Attached is the transcript of the most recent YouTube show of "CrowdSource The Truth No. 2".**

>

> **Jason Goodman is the emcee of the YouTube show.**

>

> **Warm Regards,**

>

> **Evidence Collection Team<cstt-2 - Copy - Copy.pdf>**

# Exhibit M-27

From: Jason Goodman <truth@crowdsourcethetruth.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>, "j108whd@gmail.com" <j108whd@gmail.com>

Cc: feedback <feedback@calbar.ca.gov>, George Webb <georg.webb@gmail.com>, Colin Sullivan <colin@patreon.com>, "dutyofficer@ncric.ca.gov" <dutyofficer@ncric.ca.gov>, "msp.superintendent@maryland.gov" <msp.superintendent@maryland.gov>, "OFL@usdoj.gov" <OFL@usdoj.gov>, "msp.hq@maryland.gov" <msp.hq@maryland.gov>, Jason Goodman <jasongoodman72@protonmail.com>, "generalcounsel@fmc.gov" <generalcounsel@fmc.gov>, "Kevin.L.Maehler@uscg.mil" <Kevin.L.Maehler@uscg.mil>

Date: 06/30/2018 1:15 AM

Subject: Re: Continued litigation hold duty for electronic records in RICO civil suit

As a matter of interest to the military, law enforcement and government officials copied on this message, the anonymous sender is David George Sweigert.  This individual has been spearheading a persistent harassment campaign against me for the past 12 months.  I believe he is motived to do this because of my journalist endeavors to reveal criminal activity that I believe he and his associates are involved in.  He is actively attempting to engage in two baseless, frivolous civil suits against me and has made multiple false statements in court submitted documents to do so.

He has made over 400 harassing, seemingly psychotic videos antagonizing and defaming me, naming me by name and falsely accusing me of a wide range of crimes in publicly posted videos with thousands of on line views.  He is actively attempting to ruin my public reputation with lies and defund my business by harassing my associates and patrons.

In addition to suffering from what appears to be obvious mental illness, he is a sexual deviant, publicly admitting to wife swapping with his own brother George Webb Sweigert, also copied on this message.

David Sweigert lacks the confidence in his "information" to send a legitimate email from either his own address or a lawyer and opts instead, to use this anonymous "Spoliation Notice" account.

The bizarre irony here is that David Sweigert is actively and persistently engaged in spoliation of evidence including his harassing videos. I have preserved not only all video, email and other electronic activity I have engaged in for the past year, I have also preserved his harassing emails, videos and other communications. Just this past month, when he brought his frivolous civil suit in a poor attempt to frame me for a bomb hoax staged by his brother and their associates, I posted hundreds of his harassing videos to YouTube as evidence of his activities. Within hours, David Sweigert aggressively acted to interface with YouTube and have the videos removed.

I have done nothing of the sort. His most recent email, to which this is a response, is only more evidence of his persistent, ongoing harasment.

In my personal opinion he is a dangerous, mentally unstable menace and should be prosecuted for these actions. He has deliberately hidden any home or business address complicating the process of obtaining a restraining order against him.

I would welcome contact from any of the government, military or law enforcement officials copied on this email so I can share my evidence and hopefully gain your assistance in bringing the Sweigert bothers to justice. The Sweigert brothers are a danger to the public and possibly themselves and are engaged in what appears to be a range of criminal activities.

Thank you for your attention, I sincerely apologize that Mr Sweigert insists on wasting all of our time in this manner.

Jason Goodman

323-744-7594

> On Jun 29, 2018, at 5:15 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> To: Mr. Jason Goodman.

>

> You are under a continued duty to preserve all electronic evidence in your possession for all your electronic mail accounts.

>

> Some of your newly identified e-mail accounts are listed in the TO: and CC: message blocks.

>

> The same practical effects of this obligation apply to Mr. George Webb as well.

>

> Warm regards,

>

> Evidence Preservation Team

>

>

>

>> On November 30, 2017 at 6:06 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>

>>

>> To:

>> Corporate Counsel

>> PATREON, INC.

>>

>>

>> Dear Mr. Sullivan:

>>

>> As a courtesy to you we have provided the e-mail message we received from Mr. Goodman of New York City.  He states in the subject of his e-mail "I spoke with the lawyer at patreon ..." then in the message "He says your an idiot."

>>

>> So we shall proceed in an aggressive manner as you think the requestors seeking evidence preservation are idiots.

>>

**>> The terms and conditions of the previous litigation hold and anti-spoliation notice for Mr. Goodman are hereby applied to this message as if fully restated for the Patreon account:**

**>>**

**>>          GEORGWEBB, account holder George Webb Sweigert (included in e-mail)**

**>>          Currently Mr. Sweigert is a resident of Capitol Heights, Maryland**

**>>**

**>> Restated, we expect the same due diligence in the preservation of electronic evidence be applied to the above named account (GEORGEWEBB) as was requested for Mr. Goodman.**

**>>**

**>> This notice is also your pre-litigation notice that PATREON will be named as a co-defendant in a federal lawsuit pursuant to federal and State of California racketeering laws.**

**>>**

**>> Both Mr. Goodman and Mr. Sweigert have acknowledged receipt of an evidence preservation letter on July 5th, 2017 that specifically addressed issues related to wire fraud and racketeering concerning issues related to a "dirty bomb hoax" in June, 2017.**

**>>**

**>> Both of these individuals came to the attention of the Federal Bureau of Investigation as persons of interest related to the closure of the Port of Charleston, S.C. due to a "dirty bomb hoax" attributed to the Goodman/Sweigert YouTube news show.  The wide-spread reporting of this hoax was reported in the New York Times and CNN. It has been alleged that the creation of panic on the Goodman/Sweigert new show was intentional and designed to drive traffic/views to the YouTube news show operated by Mr. Goodman and Mr. Sweigert)**

**>>**

**>> Now, allegedly, Goodman/Sweigert have brought their brand of wire fraud to Patreon.**

**>>**

**>> If Patreon desires to be uncooperative in these simple requests to preserve evidence, then Patreon can answer in federal and state court regarding your company's involvement in the alleged Goodman/Sweigert wire fraud scheme.  By cooperating with the distribution of fraudulent information over the wires of the Internet for profit and gain you have become, allegedly, a racketeering enterprise associate of Goodman/Sweigert.**

\>\>

\>\> **As Mr. Sweigert, Mr. Goodman's partner, has filed federal lawsuits against the U.S. Department of Justice and the FBI in Washington, D.C., so as a courtesy to you, those agencies have been included in this communication.  In this manner, they can monitor the situation and update appropriate case files.**

\>\>

\>\> **As you appear uncooperative, relevant agencies in San Francisco have been provided copies of this message to help ensure your compliance with evidence laws.**

\>\>

\>\> **Warm regards,**

\>\>

\>\> **"Idiot" Evidence Preservation Team**

\>\>

\>\>

\>\>\> **On November 30, 2017 at 3:00 AM Jason Goodman <truth@crowdsourcethetruth.org> wrote:**

\>\>\>

\>\>\>

\>\>\> **He said you're an idiot. Hahahaha.**

\> **<test111.jpg>**

# Exhibit M-28

**From: Jason Goodman <jason@21stcentury3d.com>**

**To: Spoliation Notice <spoliation-notice@mailbox.org>**

**Cc: feedback <feedback@calbar.ca.gov>, georg.webb@gmail.com, Jason Goodman <truth@crowdsourcethetruth.org>, colin@patreon.com, webmaster@usdoj.gov, usdoj-officeoflegalcounsel@usdoj.gov, jasongoodman72@protonmail.com, Kevin.L.Maehler@uscg.mil, msp.superintendent@maryland.gov, OFL@usdoj.gov, generalcounsel@fmc.gov, msp.hq@maryland.gov, admsf <admsf@calbar.ca.gov>, ahern@sfgov.org, Bureau@ag.ny.gov, Charles.E.Lester@uscg.mil, CG-CVC-1@uscg.mil, complaints@fmc.gov, Transport@mail.house.gov, USASC.WebContact@usdoj.gov, crm.foia@usdoj.gov, oigfoia@usdoj.gov, OSGFOIA@usdoj.gov**

**Date: 07/11/2018 9:04 AM**

**Subject: Re: Welcome to the federal racketeering lawsuit against Jason Goodman**


**Attention David Sweigert,**


**With each anonymous email you send it becomes more apparent to the recipients that this is a harassment campaign from a mentally unstable and possibly dangerous individual rather than an actual communication from any sort of legitimate law firm or legal representative.**


**I am hereby notifying you AGAIN to cease and desist from this activity and to terminate all communication with me.  The videos you claim violated your copyright were a selection from the over 400 videos you have made through 2017 and 2018 harassing and defaming me with false, baseless accusations as you are now.  They were not monetized in any form and in fact were marked as evidence against you.  The forced removal initiated by you will surely be seen as spoliation of evidence if your fraudulent civil suit ever sees the interior of a courtroom.  If you persist in these actions I will have no choice but to seek criminal charges against you.  Stop it.  Get a hobby or better yet a job and leave me and all these undoubtedly fine people you have cc'd alone.**


**Jason Goodman**

**323-744-7594**

> On Jul 11, 2018, at 2:19 AM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> Good Morning Patreon:

>

> 1.  Welcome to the federal racketeering lawsuit against Jason Goodman as Patreon will become a new defendant.

>

> 2.  To help Patreon assess their new co-defendant a recent court filing is attached that describes the alleged criminal copyright infringement of Mr. Goodman.

>

> 3.  Mr. Goodman continues to use Patreon as a conduit for his racketeering enterprise. His latest act was to publish the video depicted in the attachment (video contains litigation instructions to the Quinn Michaels hacking team).  95% of the remarks Mr. Goodman makes about David G. Sweigert are predicate acts of slander, defamation and wire fraud.

>

> 4.  Thank you for continuing to hold all electronic artifacts created by Jason Goodman in a safe archived status, as they will be needed in court sponsored discovery.

>

> 5.  As a courtesy to Mr. Goodman, relevant parties at the U.S. Department of Justice and Coast Guard have been copied on this message.

>

> 6.  Mr. Goodman's ex-business partner (George Webb) is also copied as a courtesy as a previous spoliation notice has been sent to Patreon concerning Mr. Webb's records (see below).

>

> Warm regards,

>

> Evidence Collection Team

>

>

>

>

>

>

**>> On June 30, 2018 at 12:15 AM Spoliation Notice <spoliation-notice@mailbox.org> wrote:**

**>>**

**>>**

**>> To: Mr. Jason Goodman.**

**>>**

**>> You are under a continued duty to preserve all electronic evidence in your possession for all your electronic mail accounts.**

**>>**

**>> Some of your newly identified e-mail accounts are listed in the TO: and CC: message blocks.**

**>>**

**>> The same practical effects of this obligation apply to Mr. George Webb as well.**

**>>**

**>> Warm regards,**

**>>**

**>> Evidence Preservation Team**

**>>**

**>>**

**>>**

**>>> On November 30, 2017 at 6:06 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:**

**>>>**

**>>>**

**>>> To:**

**>>> Corporate Counsel**

**>>> PATREON, INC.**

>>>

>>>

>>> Dear Mr. Sullivan:

>>>

>>> As a courtesy to you we have provided the e-mail message we received from Mr. Goodman of New York City.  He states in the subject of his e-mail "I spoke with the lawyer at patreon ..." then in the message "He says your an idiot."

>>>

>>> So we shall proceed in an aggressive manner as you think the requestors seeking evidence preservation are idiots.

>>>

>>> The terms and conditions of the previous litigation hold and anti-spoliation notice for Mr. Goodman are hereby applied to this message as if fully restated for the Patreon account:

>>>

>>>         GEORGWEBB, account holder George Webb Sweigert (included in e-mail)

>>>         Currently Mr. Sweigert is a resident of Capitol Heights, Maryland

>>>

>>> Restated, we expect the same due diligence in the preservation of electronic evidence be applied to the above named account (GEORGEWEBB) as was requested for Mr. Goodman.

>>>

>>> This notice is also your pre-litigation notice that PATREON will be named as a co-defendant in a federal lawsuit pursuant to federal and State of California racketeering laws.

>>>

>>> Both Mr. Goodman and Mr. Sweigert have acknowledged receipt of an evidence preservation letter on July 5th, 2017 that specifically addressed issues related to wire fraud and racketeering concerning issues related to a "dirty bomb hoax" in June, 2017.

>>>

>>> Both of these individuals came to the attention of the Federal Bureau of Investigation as persons of interest related to the closure of the Port of Charleston, S.C. due to a "dirty bomb hoax" attributed to the Goodman/Sweigert YouTube news show.  The wide-spread

reporting of this hoax was reported in the New York Times and CNN. It has been alleged that the creation of panic on the Goodman/Sweigert new show was intentional and designed to drive traffic/views to the YouTube news show operated by Mr. Goodman and Mr. Sweigert)

>>>

>>> Now, allegedly, Goodman/Sweigert have brought their brand of wire fraud to Patreon.

>>>

>>> If Patreon desires to be uncooperative in these simple requests to preserve evidence, then Patreon can answer in federal and state court regarding your company's involvement in the alleged Goodman/Sweigert wire fraud scheme.  By cooperating with the distribution of fraudulent information over the wires of the Internet for profit and gain you have become, allegedly, a racketeering enterprise associate of Goodman/Sweigert.

>>>

>>> As Mr. Sweigert, Mr. Goodman's partner, has filed federal lawsuits against the U.S. Department of Justice and the FBI in Washington, D.C., so as a courtesy to you, those agencies have been included in this communication.  In this manner, they can monitor the situation and update appropriate case files.

>>>

>>> As you appear uncooperative, relevant agencies in San Francisco have been provided copies of this message to help ensure your compliance with evidence laws.

>>>

>>> Warm regards,

>>>

>>> "Idiot" Evidence Preservation Team

>>>

>>>

>>>> On November 30, 2017 at 3:00 AM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

>>>>

>>>>

>>>> He said you're an idiot. Hahahaha.

> <document.pdf>

> **\<patreon-rico-goodman.jpg>**

> **\<document(2).pdf>**

# Exhibit M-29

From: "Jason Goodman (Conspiracy Realist)" <jason@21stcentury3d.com>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Cc: report@bitchute.com, Jason Goodman <jasongoodman72@protonmail.com>, copyright@bitchute.com, legal@bitchute.com, YouTube <copyright@youtube.com>, Colin Sullivan <colin@patreon.com>, legal@patreon.com, legal@support.youtube.com, corina.davis@redbubble.com

Date: 08/25/2018 2:44 PM

Subject: Re: NOTICE OF INTENT TO ADD BITCHUTE AS DEFENDANT TO USDC SC LAWSUIT

Mr David Sweigert,

Your ongoing harassment of me is not legitimate legal action.  Every person receiving this message knows that no actual lawyer and no legitimate legal action would communicate via anonymous email in the way you repeatedly have.

You have persistently harassed me, and in this case, business associates of mine that are totally unrelated to bitchute.com or activity on bitchute.com by me or anyone else. Furthermore, you have presented no evidence whatsoever that I or anyone affiliated with me is responsible for uploading the video files you have referred to on bitchute.com.  You could have easily done this yourself as a pre-text or further motivation to send harassing anonymous emails and threats.

You yourself created the videos in question, and the CRAZY_DAVE bitchute account you refer to shows no clear connection to me or my business endeavors. It is not monetized in any way that I observe and does not reference my business in a promotional manner or advertise my endeavors in any way.  Bringing it to the attention of business associates of mine along with your baseless allegations and threats of legal action against myself and my associates is clearly a malicious act of tortious interference on your part and represents significant legal exposure for you.

To clarify further, it remains unclear if the bitchute channel in question violates copyright law in the way you allege.  It may in fact be protected by "fair use" under the Digital Millennium Copyright Act, but that in and of itself would be up to the determination of a

138

judge.  I have heard on the internet that this particular bitchute channel is intended to be an evidence repository.  The video content on it would appear to demonstrate your own criminal intent to harass and intimidate myself and others as you have for the past 12+ months and continue to in an ongoing fashion.

The irony here is that your repeated and aggressive attempts to suppress this information are IN FACT spoliation of evidence with regard to your ongoing criminal harassment of me.  That is the assessment of Special Agent Brittany Custer of the FBI, to whom I have given an extensive report of your actions.  In the state of California, where you reside, spoliation of evidence is a very serious offense.  Sanctions can include the dismissal of claims or defenses, preclusion of evidence, and the granting of summary judgment for the innocent party.

I must warn you yet again to discontinue your ongoing harassment of myself and my business associates.  The civil legal and criminal exposure you are creating for yourself only puts you at risk and is not effective in intimidating me or the legal teams of the corporations you continue to harass.

Jason Goodman

323-744-7594

> On Aug 25, 2018, at 1:33 AM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> Dear Mr. Goodman,

>

> In the previous e-mail message the attached documents speak for themselves.

>

> Corporations have a right to know that they will be named as defendants in legal actions related to your criminal copyright infringement and other racketeering activities.

>

> For your review two new court documents are attached which depict your use of the social media platform PATREON to carry on your alleged racketeering activities.

>

> This message is designed to warn BITCHUTE so that they may avoid troublesome litigation and other unpleasant realities.  There is a requirement to provide adequate notice to potential defendants.

>

> You may wish to consult an attorney.

>

> Warm regards,

>

> Evidence Collection Team

>

>

>

>

>> On August 24, 2018 at 5:56 AM "Jason Goodman (Crowdsource the Truth)" <jason@21stcentury3d.com> wrote:

>>

>>

>> The previous email was sent by David George Sweigert.  Mr. Sweigert has been posing as a lawyer sending anonymous legal letters and harassing me for more than one year.  Mr. Sweigert is committing tortious interference by making claims unsupported by evidence and presenting them to companies I do business with, with the express intent of defaming me and damaging my business relationships.  Please disregard any communications from Spoliation Notice <spoliation-notice@mailbox.org> this is a fake account and not a real legal firm or lawyer.

>>

>> Jason Goodman

>>

>>> On Aug 23, 2018, at 5:20 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>

>>> REF:  Evidence preservation demand

>>>

>>> ATTENTION:

>>>

>>> As you are well aware the individual known as "JASSON GOODMAN" has created a fake news site known as "CRAZY_DAVE" on the BitChute platform.  Evidence of the BitChute videos is attached in the form of a PDF file.

>>>

>>> ALL material posted to this "CRAZY_DAVE" BitChute site is the sole property of DAVID SWEIGERT.  Mr. Goodman has NO rights to this copyrighted property whatsoever. This content is not authorized for public distribution in any manner by anyone and is the exclusive property of DAVID SWEIGERT.

>>>

>>> DEMAND is hereby made that all of the content of "CRAZY_DAVE" be removed immediately.  In the alternative BitChute will be added to the lawsuit depicted in the second PDF file.

>>>

>>> YouTube, LLC has wisely terminated two (2) similiar hoax new sites created by JASON GOODMAN as described in the third PDF file.

>>>

>>> As BitChute is now a potential defendant in a fedral lawsuit your enterprise is hereby instructed to safely archive, store, and make safe all electronic evidence associated with the "CRAZY_DAVE" BitChute site.  Including log files, audit files, membership subscription forms, dates and times of uploading of content, etc.

>>>

>>> Warm regards,

>>>

>>> Evidence Collection Team

>>>

>>> Attachments:

>>> BitChute artifacts

>>> Letter to YouTube,LLC

>>> **Pleading of the USDC for South Carolina<bitchute-infringement - Copy - Copy.pdf><youtube-response.pdf><brief-2-support-copyright.pdf>**

> **<Evidence-Goodman.pdf>**

> **<RJN-GOODMAN.pdf>**

# Exhibit M-30

From: "Jason Goodman (Crowdsource the Truth)" <jason@21stcentury3d.com>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Cc: report@bitchute.com, Jason Goodman <jasongoodman72@protonmail.com>, copyright@bitchute.com, legal@bitchute.com, YouTube <copyright@youtube.com>, Colin Sullivan <colin@patreon.com>, legal@patreon.com, legal@support.youtube.com, corina.davis@redbubble.com

Date: 08/26/2018 12:01 AM

Subject: Re: NOTICE OF INTENT TO ADD BITCHUTE AS DEFENDANT TO USDC SC LAWSUIT

Dave,

No reasonable person would take legal threats from an anonymous email address seriously. Your claims are as absurd as your protracted harassment campaign.  I run a subscription based video service.  You are the one protecting charity fraud and RICO. Each email you send increases your legal liability.  Cease and desist from this harassment immediately. You are only making this worse for yourself.  You are a menace to the public and a danger to yourself.  Seek help.

Jason Goodman

323-744-7594

> On Aug 25, 2018, at 4:34 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> To whom it may concern:

>

> Attached is the legal theory that supports a cause of action against Patreon, INC for aiding and abetting the alleged wire fraud racketeering activities of Jason Goodman.

>

> **Mr. Goodman has been warned, as has Patreon, INC., about the non-stop public distribution of false information with the intended purpose to defraud patrons of "CrowdSource The Truth" and the individual known as "DAVID SWEIGERT".**

>

> **It is suggested that all parties use prudent caution and consult with an appropriate attorney.**

>

> **Warm regards,**

>

> **Evidence Collection Team**

>

>> **On August 25, 2018 at 2:44 PM "Jason Goodman (Conspiracy Realist)" <jason@21stcentury3d.com> wrote:**

>>

>>

>> **Mr David Sweigert,**

>>

>> **Your ongoing harassment of me is not legitimate legal action.  Every person receiving this message knows that no actual lawyer and no legitimate legal action would communicate via anonymous email in the way you repeatedly have.**

>>

>> **You have persistently harassed me, and in this case, business associates of mine that are totally unrelated to bitchute.com or activity on bitchute.com by me or anyone else. Furthermore, you have presented no evidence whatsoever that I or anyone affiliated with me is responsible for uploading the video files you have referred to on bitchute.com.  You could have easily done this yourself as a pre-text or further motivation to send harassing anonymous emails and threats.**

>>

>> **You yourself created the videos in question, and the CRAZY_DAVE bitchute account you refer to shows no clear connection to me or my business endeavors. It is not monetized in any way that I observe and does not reference my business in a promotional manner or advertise my endeavors in any way.  Bringing it to the attention of business associates of mine along with your baseless allegations and threats of legal action against myself and my**

associates is clearly a malicious act of tortious interference on your part and represents significant legal exposure for you.

>>

>> To clarify further, it remains unclear if the bitchute channel in question violates copyright law in the way you allege.  It may in fact be protected by "fair use" under the Digital Millennium Copyright Act, but that in and of itself would be up to the determination of a judge.  I have heard on the internet that this particular bitchute channel is intended to be an evidence repository.  The video content on it would appear to demonstrate your own criminal intent to harass and intimidate myself and others as you have for the past 12+ months and continue to in an ongoing fashion.

>>

>> The irony here is that your repeated and aggressive attempts to suppress this information are IN FACT spoliation of evidence with regard to your ongoing criminal harassment of me.  That is the assessment of Special Agent Brittany Custer of the FBI, to whom I have given an extensive report of your actions.  In the state of California, where you reside, spoliation of evidence is a very serious offense.  Sanctions can include the dismissal of claims or defenses, preclusion of evidence, and the granting of summary judgment for the innocent party.

>>

>> I must warn you yet again to discontinue your ongoing harassment of myself and my business associates.  The civil legal and criminal exposure you are creating for yourself only puts you at risk and is not effective in intimidating me or the legal teams of the corporations you continue to harass.

>>

>> Jason Goodman

>> 323-744-7594

>>

>>> On Aug 25, 2018, at 1:33 AM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>

>>> Dear Mr. Goodman,

>>>

>>> In the previous e-mail message the attached documents speak for themselves.

>>>

>>> Corporations have a right to know that they will be named as defendants in legal actions related to your criminal copyright infringement and other racketeering activities.

>>>

>>> For your review two new court documents are attached which depict your use of the social media platform PATREON to carry on your alleged racketeering activities.

>>>

>>> This message is designed to warn BITCHUTE so that they may avoid troublesome litigation and other unpleasant realities.  There is a requirement to provide adequate notice to potential defendants.

>>>

>>> You may wish to consult an attorney.

>>>

>>> Warm regards,

>>>

>>> Evidence Collection Team

>>>

>>>

>>>

>>>

>>>> On August 24, 2018 at 5:56 AM "Jason Goodman (Crowdsource the Truth)" <jason@21stcentury3d.com> wrote:

>>>>

>>>>

>>>> The previous email was sent by David George Sweigert.  Mr. Sweigert has been posing as a lawyer sending anonymous legal letters and harassing me for more than one year. Mr. Sweigert is committing tortious interference by making claims unsupported by evidence and presenting them to companies I do business with, with the express intent of defaming me and damaging my business relationships.  Please disregard any communications from Spoliation Notice <spoliation-notice@mailbox.org> this is a fake account and not a real legal firm or lawyer.

>>>>

>>>> Jason Goodman

147

>>>>

>>>>> On Aug 23, 2018, at 5:20 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>>>

>>>>> REF:  Evidence preservation demand

>>>>>

>>>>> ATTENTION:

>>>>>

>>>>> As you are well aware the individual known as "JASSON GOODMAN" has created a fake news site known as "CRAZY_DAVE" on the BitChute platform.  Evidence of the BitChute videos is attached in the form of a PDF file.

>>>>>

>>>>> ALL material posted to this "CRAZY_DAVE" BitChute site is the sole property of DAVID SWEIGERT.  Mr. Goodman has NO rights to this copyrighted property whatsoever. This content is not authorized for public distribution in any manner by anyone and is the exclusive property of DAVID SWEIGERT.

>>>>>

>>>>> DEMAND is hereby made that all of the content of "CRAZY_DAVE" be removed immediately.  In the alternative BitChute will be added to the lawsuit depicted in the second PDF file.

>>>>>

>>>>> YouTube, LLC has wisely terminated two (2) similiar hoax new sites created by JASON GOODMAN as described in the third PDF file.

>>>>>

>>>>> As BitChute is now a potential defendant in a fedral lawsuit your enterprise is hereby instructed to safely archive, store, and make safe all electronic evidence associated with the "CRAZY_DAVE" BitChute site.  Including log files, audit files, membership subscription forms, dates and times of uploading of content, etc.

>>>>>

>>>>> Warm regards,

>>>>>

>>>>> Evidence Collection Team

>>>>>

>>>>> **Attachments:**

>>>>> **BitChute artifacts**

>>>>> **Letter to YouTube,LLC**

>>>>> **Pleading of the USDC for South Carolina<bitchute-infringement - Copy - Copy.pdf><youtube-response.pdf><brief-2-support-copyright.pdf>**

>>> **<Evidence-Goodman.pdf>**

>>> **<RJN-GOODMAN.pdf>**

> **<acacacavvvaaaaaazzazz.jpg>**

# EXHIBTS


# END

The undersigned hereby attests under penalties of perjury that the attached exhibits are true and accurate reproductions of the original source documents on this thirteenth day of July (7/13), two thousand and twenty-one (2021).  A certificate of service is provided on the last page.

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been transmitted via electronic mail message to the following parties on this thirteenth day of July (7/13), two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 temporary_pro_se_filing@nysd.uscourts.gov | Jason Goodman, CEO truth@crowdsourcethetruth.org |
| --- | --- |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

151