**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

## AMENDED AND CORRECTED EXHIBITS TO SUPPORT

### PLAINTIFF'S COUNTERSTATEMENTS TO DEFENDANT'S LOCAL "RULE 56.1 STATEMENT OF UNDISPUTED FACTS", ECF no. 280

### EXHIBITS C -34 TO C -61

### REPLACES ECF NO. 294-2

MAY IT PLEASE THE COURT, this pleading responds **to ECF 280.** This document

supersedes and makes moot any other document filed with respect to Defendant's "RULE 56.1

STATEMENT OF UNDISPUTED FACTS" by the Plaintiff.  A certificate of service appears on

the last page of this document.

**The undersigned hereby attests under penalties of perjury that the attached exhibits are true and accurate reproductions of the original source documents on this thirteenth day of July (7/13) two thousand and twenty-one (2021).  A certificate of service appears on the last page.**

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

1

| | |
|---|---|
| Anti-SLAPP | Anti - Strategic Lawsuit Against Public Participation |
| Aff't | Plaintiff's Affidavit or Declaration filed with this document |
| Exhibit A - X | Indicates an exhibit appears in the volume for A exhibits that accompany the PLAINTIFF'S AFFIDAVIT |
| Exhibit C - X | Indicates an exhibit appears in the volume for C exhibits that accompany the COUNTER STATEMENTS |
| Exhibit M - X | Indicates an exhibit appears in the volume that accompanies this MEMORANDOM OF LAW |

# Exhibit C-34

# Thomas Schoenberger pal Ed Butowsky had "extensive contacts" in military and intelligence

Updated: Aug 21, 2020



**OPINION AND EDITORIAL**

New court documents filed in the Southern District of New York reveal that Thomas Schoenberger side-kick Edward Butowsky has "significant" contacts within military, law enforcement and intelligence communities.

4

the documents being related to newsgathering.  Plaintiffs move to compel documents in the custodial files of Zimmerman, Housley, and Wilson, all of whom were employed as "professional journalists," N.Y. Civ. Rights Law § 79-h(a)(6), at Fox News during the relevant time period. Exs. 1–2.  Zimmerman testified in an attached declaration that she "relied on Ed Butowsky as a source of background information and leads and for access to sources that he uncovered," as he had "knowledgeable contacts within the military, law enforcement, and intelligence communities." Ex. 1.  She also testified that he introduced her and Housley to those contacts so they could "receive information from them related to the stories we were investigating." *Id.*  In short, the communications with and about Butowsky were undertaken "in the course of gathering news for publication."  *See von Bulow*, 811 F.2d at 144.  Greg Wilson was her editor at FoxNews.com.

Below is the SDNY court PDF filing

butowsky-

.pdf

Download PDF • 83KB

Meanwhile, it has been confirmed that Thomas Schoenberger side-kick Deep NSA, aka Korean BBQ, is the subject of a Naval Criminal Investigative Service probe (NCIS) into alleged unauthorized access of military installations in the Washington, D.C. area with her ex-boyfriend George Webb (YouTube journalist).



https://www.law.cornell.edu/uscode/text/18/795#:~:text=Whenever%2C%20in%20the%20interests%20of,%2C%20drawing%2C%20map%2C%20or%20graphical





Deep NSA, aka Corean BBQ, was staying in the same Capitol Heights, Maryland hotel with George Webb when the beaten body of Jenny "Task Force" Moore was discovered August 13, 2018. The corpse was found in a room apparently down the hallway from a room occupied by the love birds (Korean BBQ and George Webb). It is believed that Corean BBQ

and George Webb had traveled to Annapolis, possibly to the U.S. Naval Academy the morning of 8/13/2018 when the body of Jen Moore was discovered.

Deep NSA was apparently life long friends with "Krisitna Julia".



Rumors indicate that Jenny Moore and George Webb swapped hotel rooms either Thursday or Friday prior to the grizzly discovery of the battered and bruised corpse of Jenny Moore.

## Fair Use Act Disclaimer

This site is for educational purposes only. **FAIR USE**
Copyright Disclaimer under section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, education and research.
Fair use is a use permitted by copyright statute that might otherwise be infringing.
Non-profit, educational or personal use tips the balance in favor of fair use.

**https://www.sdny.info/post/thomas-schoenberger-pal-ed-butowsky-had-extensive-contacts-in-military-and-intelligence**

# Exhibit C-35

**OPINION AND EDITORIAL**

New court documents filed in the Southern District of New York reveal that Thomas Schoenberger side-kick Edward Butowsky has 'significant' contacts within military, law enforcement and intelligence communities.

the documents being related to newsgathering. Plaintiffs move to compel documents in the custodial files of Zimmerman, Housley, and Wilson, all of whom were employed as "professional journalists," N.Y. Civ. Rights Law § 79-h(a)(6), at Fox News during the relevant time period. Exs. 1–2. Zimmerman testified in an attached declaration that she "relied on Ed Butowsky as a source of background information and leads and for access to sources that he uncovered," as he had "knowledgeable contacts within the military, law enforcement, and intelligence communities." Ex. 1. She also testified that he introduced her and Housley to those contacts so they could "receive information from them related to the stories we were investigating." *Id.* In short, the communications with and about Butowsky were undertaken "in the course of gathering news for publication." *See von Bulow*, 811 F.2d at 144. Greg Wilson was her editor at FoxNews.com.

Below is the SDNY court PDF filing



butowsky-.pdf
Download PDF • 83KB

**https://www.sdny.info/post/thomas-schoenberger-pal-ed-butowsky-had-extensive-contacts-in-military-and-intelligence**

LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

KATHERINE M. MEEKS
(202) 434-5870
kmeeks@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

July 15, 2020

Via CM/ECF

Hon. Sarah Netburn
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Rich v. Fox News Network, LLC*, No. 18-cv-2223

Dear Judge Netburn:

Pending before the Court is a dispute over whether defendant Fox News Network, LLC must produce documents from the files of journalists Malia Zimmerman, Adam Housley, and Greg Wilson that hit on the search terms "Butowsky" and "Wheeler" but that do not relate to the Rich family or the news reports at issue in this case. Even if Plaintiffs have met their burden of establishing that these documents are relevant under Rule 26, their motion to compel should be denied, because they cannot overcome the much higher barriers erected by New York's powerful press shield law and related federal privileges for newsgathering. The New York shield law is often described as "the strongest in the nation," *Holmes v. Winter*, 3 N.E.3d 694, 700 (N.Y. 2013), and requires the party seeking discovery to make "a clear and specific showing" that the information contained in the documents is "critical or necessary" to maintenance of the claims and "not available from any alternative source," N.Y. Civ. Rights Law § 79-h(c). The standard is met only where the discovery is so integral to the claim that it "virtually rises or falls with the admission or exclusion of the proffered evidence." *Baker v. Goldman Sachs & Co.*, 669 F.3d 105, 108 (2d Cir. 2012). Plaintiffs cannot possibly satisfy that standard here.

<u>Fox News Has Carried Its Burden of Showing the Privilege Applies</u>

Fox News has carried its burden of demonstrating that the qualified privilege attaches to the documents concerning Ed Butowsky—indeed, Plaintiffs' own theory of relevance centers on the documents being related to newsgathering. Plaintiffs move to compel documents in the custodial files of Zimmerman, Housley, and Wilson, all of whom were employed as "professional journalists," N.Y. Civ. Rights Law § 79-h(a)(6), at Fox News during the relevant time period. Exs. 1–2. Zimmerman testified in an attached declaration that she "relied on Ed Butowsky as a source of background information and leads and for access to sources that he uncovered," as he had "knowledgeable contacts within the military, law enforcement, and intelligence communities." Ex. 1. She also testified that he introduced her and Housley to those contacts so they could "receive information from them related to the stories we were investigating." *Id.* In short, the communications with and about Butowsky were undertaken "in the course of gathering news for publication." *See von Bulow*, 811 F.2d at 144. Greg Wilson was her editor at FoxNews.com.

    1.    "Critical or Necessary"

Plaintiffs argue that these documents would be helpful in prosecuting their intentional infliction claim because Butowsky's involvement in *other* "controversial" news stories "bears on the 'outrageousness' of Fox's conduct." Dkt. No. 152, p. 1. But Plaintiffs have no serious argument that their claim "virtually rises or falls," *Baker*, 669 F.3d at 108, with these documents, none of which have anything to do with the Rich family or the news reports at issue—let alone the leak of DNC emails. The Second Circuit permitted Plaintiffs' claim to proceed into discovery based on an alleged "campaign of emotional torture" that was "***specifically targeted* at Joel and Mary**." *Rich v. Fox News Network, LLC*, 939 F.3d 112, 123, 125 (2d Cir. 2019) (emphasis added). This claim cannot possibly rise or fall on the basis of documents relating to other news stories unrelated to the Riches.

Plaintiffs' position fares no better with respect to the conspiracy claim. "Under New York law, civil conspiracy is not an independent tort," but is instead a mechanism for connecting each defendant to an otherwise actionable injury. *Senior Health Ins. Co. of Pa. v. Beechwood Re Ltd.*, 345 F.Supp.3d 515, 531 (S.D.N.Y. 2018). Plaintiffs, in other words, must show a conspiracy to commit the specific tort at issue—intentional infliction of emotional distress specifically targeted

**https://www.sdny.info/post/thomas-schoenberger-pal-ed-butowsky-had-extensive-contacts-in-military-and-intelligence**

# Exhibit C-36

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,                    Case No.: 3:17-cv-00601-MHL

      Plaintiff,

vs.                                              DEFENDANT'S SWORN STATEMENT

JASON GOODMAN, et al.,

      Defendant

## DEFENDANT'S SWORN STATEMENT

I hereby attest that the pleadings herein are accurate and true under penalties of perjury.

Further, I hereby attest that the attached exhibits are accurate and true copies of source

documents as described. Video and telephone recording transcripts may contain typos due to

voice to text transcription software. True and accurate copies of original video and audio

recordings can be provided should it please the court.

Signed this ____ day of June 2019

Defendant Pro Se Jason Goodman

Jason Goodman, Pro Se
252 7ᵗʰ Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S SWORN STATEMENT - 1

26
27
28

**13.** On or around June 2019, Manuel Chavez III voluntarily shared some of his personal

emails with Defendant.  Among these were messages Chavez claims are communications

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 7

---

1
2
3
4
5
6

from Thomas Shoenberger, an individual unknown to Defendant who may in fact be

highly placed in the organization of the monetized conspiracy to harass and defame

Defendant Goodman.  The emails from Shoenberger provide talking points for a plan to

attack Defendant Goodman's reputation with false allegations claiming Goodman is an

agent of Israel and / or paid by Mossad.

7
8
9
10
11
12
13
14
15
16
17

14. Additionally, Chavez provided communications between Plaintiff, Chavez, Thomas

Shoenberger and Tanya Cornwell the wife of counsel for Plaintiff, Steven Biss.

(**EXHIBIT C**) This email provides evidence that counsel for Plaintiff Biss is using his

wife as a "cutout" or conduit through which he can indirectly communicate with the co-

conspirators and still provide the plausible claim that "I haven't spoken with (fill in the

name)".  This email provides substantial evidence of the conspiracy alleged by

Defendant.  A transcript of a publicly broadcast multiparty phone conversation between

Simpsons, Chavez, Intervenor Applicant and others has been submitted as evidence

previously in this matter (ECF No. 78 EXHIBIT A).

18
19
20
21
22
23

15. Chavez provided an email between Plaintiff and Chavez in which Plaintiff admits he is in

direct contact with alleged co-conspirator Tyman Simpson, (**EXHIBIT D**) and seeks

approval from Biss' wife Tanya for communicating with Simpson against Biss'

instructions.  It would seem Biss had advised Steele not to communicate with Simpson in

an effort to hide their collaboration and provide further evidence of conspiracy.



**EXHIBIT H**

●●○○○ AT&T LTE                2:23 PM                57% ▮▯

‹ [____]              2 Messages
                 Your July 3rd Tour              ⌃  ⌄

Found in All Mail Mailbox              ▭

**Robert Steele**              7/7/17       RS
To: George Webb              Details

George, for information.  A
massive law suit is about to be
filed against Jason Goodman
by a lawyer who specializes in
defamation cases.  Manny is
the one who will be in front, my
case will simply be in support.
Jason is buried so deep by his
own words that we expect
Google to shut him down
completely -- close his
channel and delete all of his
videos. Since the videos
appear in all states this will be
a multi-state filing, done pro

⚑      ▭      🗑      ↩      ✐

15

# Exhibit C-37

Jul 16, 2020

# The white privilege of deep staters in their Columbia, Maryland mansions -- a home for Deep NSA

Updated: Aug 21, 2020













The Untold History of the ARPANET and Computer Science
By Michael Hauben
hauben@columbia.edu







Apparently Deep NSA is life long friends with Kristina Julia.



## Fair Use Act Disclaimer

This site is for educational purposes only. **FAIR USE**

Copyright Disclaimer under section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, education and research.

Fair use is a use permitted by copyright statute that might otherwise be infringing.

Non-profit, educational or personal use tips the balance in favor of fair use.

150 views0 comments

6 likes. Post not marked as liked6

**https://www.sdny.info/post/the-white-privilege-of-deep-staters-in-their-columbia-maryland-mansions**

# Exhibit C-38

- 
  o
    Jul 29, 2020
  o
  o   2 min read

# Secret DEFANGO e-mails may be behind 60 day judicial freeze by federal judge (ooppsie)

Updated: Aug 1, 2020



OPINION AND EDITORIAL

New intrigue has erupted on the Internet over the 60-day (sixty) freeze of the Robert David Steele (RDS) v. Jason Goodman lawsuit in Richmond, Virginia. After Jason Goodman accused

RDS in court documents of creating false evidence with side-kick Manuel Chavez, III, suddenly the lawsuit was placed in the 60-day deep freeze. This happened after Goodman turned over to the federal court all the e-mail communications given to him by Manuel Chavez, III, aka DEFANGO.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE, *et al.*,

    Plaintiffs,

v.

JASON GOODMAN, *et al.*,

    Defendants.

Civil Action No. 3:17cv601



**ORDER**

For the reasons stated from the Bench at the July 15, 2020, and July 27, 2020 Show

Cause Hearings, the Court DENIES *pro se* Defendant Jason Goodman's Motion for Leave to

Seek Relief from Judgment or Order Pursuant to Federal Rules of Civil Procedure 60(b)(3) and

60(b)(6), (ECF No. 198), and Goodman's Motion For Leave To Seek Transfer For Forum Non

Conveniens or to Amend Pleading pursuant to 28 U.S.C. § 1404(a), (ECF No. 199).

Additionally, for the reasons stated from the Bench, and upon due consideration, the

Court STAYS this matter for sixty-days (60) days until September 26, 2020. At that time, the

Court SHALL issue an appropriate order.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: **7/28/20**
Richmond, Virginia

These e-mail messages breathe new life into allegations orbiting RDS, attorney Steven S.
Biss, esq., his alleged spouse Tanya Cornwell, side-kick Thomas Schoenberger, etc.

According to court documents, conspiracy theorist Jason Goodman turned over 1,256 pages of e-mail messages to the federal court itself for judicial review.



CREATING FALSE EVIDENCE FOR A FEDERAL COURT

Case 3:17-cv-00601-MHL   Document 196   Filed 07/02/20   Page 8 of 18 PageID# 3111

In support of this scheme, Mr. Biss allegedly paid an individual, Manuel Chavez III, to "produce false evidence against [Goodman] and to supply this evidence to [Mr.] Biss for use in this instant legal matter." (*Id.*) Goodman claims that Chavez "approached [Goodman] volunteering to provide emails," several of which Goodman attaches to the Motion to Disqualify. (*Id.* 10.) One of these emails reveals a communication between Plaintiff Steele and Chavez, with Steele telling Chavez "email to [Mr. B]iss by tomorrow 0900 eastern detailing what you have collected that connects Goodman to Brock and Arnon Milchan. [F]eel free to tell him you want to support my case in return for a percentage."[6] (Mot. Disqualify Ex. C "October 22, 2017 Email," ECF No. 165-3.)

# THE BIG LIE—FALSE AND MISLEADING TESTIMONY BY A CIVIL LITIGANT DOES HAVE SERIOUS CONSEQUENCES

📅 Vol. 73, No. 7  July/August 1999  Pg 20    👤 Donald A. Blackwell



[2] Some jurisdictions have gone so far as to criminally prosecute individuals for obstructing the discovery process. In *United States v. Lundwall*, 1 F. Supp. 2d 249 (S.D.N.Y. 1998), for example, the government indicted two former Texaco employees who allegedly withheld and later destroyed corporate documents sought by the plaintiff in a race discrimination action against the company, and charged them with violating 18 U.S.C. §1503, which makes it a federal offense to corruptly obstruct or impede the due administration of justice, and with conspiracy to obstruct justice in violation of 18 U.S.C. §371. The defendants moved to dismiss the indictment, claiming, in part, that §1503 is not available to punish persons for civil discovery violations. Instead, the defendants argued that the sanctions provided for in Fed. R. Civ. P. 37 were more than adequate to punish them for their alleged discovery abuses and provided ample remedies to the injured plaintiff. The Southern District of New York disagreed. The court held that, even though there is a paucity of authority

adequate to punish them for their alleged discovery abuses and provided ample remedies to the injured plaintiff. The Southern District of New York disagreed. The court held that, even though there is a paucity of authority on the issue, §1503 plainly encompassed the defendants' alleged misconduct (*i.e.,* the deliberate concealment and destruction of relevant documents), because it was certain to impede or, at least, attempt to impede justice in the underlying civil action. The court also rejected the defendants' argument regarding the adequacy of Rule 37 sanctions, noting that the indictments did not involve misconduct by *a party* to the civil action, but rather by individuals who acted independent of their employer and its counsel. In any event, the court held that "a court [is free] to impose civil and criminal sanctions in connection with the same contumacious behavior."

## GOODMAN AND DEFANGO TALK RDS

2FGreenaway_Medusa_Touch-dj.jpg&f=1

Now Arnon is accused of bribing Netanyahu. Other Israeli sources say Netanyahu was asking for these gifts. To keep quiet? No idea but the entire system linking tightly around Arnon Milchan is extremely interesting. he has really been into some shit.

In case you weren't aware of his relations I wanted to send you this. There is a l[...]han guy I am extremely surprised it is allowed and openly so public. He has been involved[...]opaganda and I AM SURE the WTC. With Israeli security there that day you just know it. W[...]t role with Netanyahu that is the question

On Tue, Jul 2, 2019 at 2:37 PM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

...    In the first part of this message RDS seems to indicate there is an attachment related to Arnon Milchan, do you have that original attachment?

 Gmail

Robert Steele <robert.david.steele████@gmail.com>

## regarding your interview Nov21
1 message

**Datahorse** <datahorse@protonmail.com>                                Thu, Nov 23, 2017 at 1:47 AM
Reply-To: Datahorse <datahorse@protonmail.com>
To: "robert.david.steele.████@gmail.com" <robert.david.steele.████@gmail.com>

I wasn't sure if you were aware but regarding your comments on Zionism being targeted, some recent info linking
I found interesting:

https://www.haaretz.com/israel-news/1.810768
Netanyahu possibly indicted on receiving bribes from Arnon Milchan. This name is important and one I think you
might already be familiar with. In case you are not...

Arnon Milchan was responsible for smuggling the **Nuclear Triggers** to Israel through his company. A company
Netanyahu happened to work for at one time. Arnon Milchan is admittedly Mossad, so open in fact it is published
in a new biography and also Haeretz.

Arnon Milchan was involved in this assumedly during JFK presidency. I am sure you are familiar that JFK had a
serious issue with Israel having Nuclear weapons going so far as to threaten cutting off aid to Israel completely.
He demanded several tours of their nuclear energy & what they called a "text tile factory." He was duped of
course and they cut off the floor containing nuclear weapons.

What makes this interesting is a few months later Ben Gurion resigns over the JFK nuclear fiasco. Shortly after
JFK is assassinated. What is REALLY interesting to me is finding out Arnon Milchan funded/produced the Oliver
Stone JFK assassination movie. This acted as propaganda against the CIA pushing all blame onto the agency. I
find this reprehensible considering Arnon being the smuggler of nuclear triggers to Israel from Pennsylvania when
JFK would not allow it to continue and is assassinated for this fact. Leading up to Arnon himself being bold
enough to make the anti CIA propaganda film not even mentioning their own role.

It goes FARTHER than that with Milchan. He produced an episode of a film just a few months before the Twin
Towers were hit by planes. This episode featured remote control planes hitting buildings. This blows my mind. Not
only did he produce such months before the Twin Towers are hit but he also produced yet ANOTHER film of
planes targeting a building called "medussa."
pictured:https://images.duckduckgo.com/iu/?u=http%3A%2F%2Fwww.bollyn.com%2Fpublic%
2FGreenaway_Medusa_Touch-dj.jpg&f=1

Now Arnon is accused of bribing Netanyahu. Other Israeli sources say Netanyahu was asking for these gifts. To
keep quiet? No idea but the entire system linking tightly around Arnon Milchan is extremely interesting. he has
really been into some shit.

In case you weren't aware of his relations I wanted to send you this. There is a lot going on with this Milchan guy I
am extremely surprised it is allowed and openly so public. He has been involved in a lot of hollywood propaganda
and I AM SURE the WTC. With Israeli security there that day you just know it. What exactly is his current role with
Netanyahu that is the question

On Jul 2, 2019, at 3:55 PM, Defango TV <defango@gmail.com>
wrote:



---------- Forwarded message ---------
From: **Robert Steele** <robert.david.steele.~~~~~@gmail.com>
Date: Tue, Nov 28, 2017 at 4:11 AM
Subject: Re: arnon milchan
To: Defango <defango@gmail.com>



doing a post today.

interested in anything you find that I can add to it.  these people
came after me, now they are seeing that I am not normal and have
skills.

On Mon, Nov 27, 2017 at 11:02 PM, Defango
<defango@gmail.com> wrote:

---------- Forwarded message ---------
From: **Stealth (via Twitter)** <notify@twitter.com>
Date: Sun, Sep 24, 2017 at 4:05 PM
Subject: Stealth (@SheepishWolf1) has sent you a Direct Message on Twitter!
To: Defango <defango@gmail.com>

# Stealth sent you a Direct Message.



Manny RDS is waiting to hear from you.



**Reply**



**Above: Conspiracy theorist Jason Goodman (defendant)**

---------- Forwarded message ----------
From: **Robert Steele** <robert.david.steele ~~~~~gmail.com>
Date: Sat, Dec 2, 2017 at 2:01 PM
Subject: hope that went well enough, did not intend to offend
To: Defango <Defango@gmail.com>



we all have our agendas.  hope that went well enough for you. I was not expecting you to mention Goodman's name.  did not intend to offend you at the end but happy with whatever you do.

--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

 

--

Defango@gmail.com

DEFANGO SETS UP RDS ON STEMMIT, RDS APOLOGIES TO MANUEL CHAVEZ, III

https://steemit.com/news/@defango/black-cube-jason-goodman

---------- Forwarded message ---------
From: **Robert Steele** <robert.david.steele.███@gmail.com>
Date: Sat, Dec 16, 2017 at 3:05 PM
Subject: Re: Is there a way for me to DELETE the Steemit account and its content?
To: Defango <defango@gmail.com>

Give me advice, please. My intent was to draw a line between the past and today going forward.

As my teacher on this, never mind the lawyer and the lawsuit, what am I to do with this steemit account? Mirror Phi Beta Iota? Troll Steemit to find stuff I like that I can endorse?

On Sat, Dec 16, 2017 at 5:38 PM, Defango <defango@gmail.com> wrote:

> Look silly
> https://steemit.com/steele/@phibetaiota/robert-steele-is-now-managing-this-personally
>
> Your post already earn 6.96 sbd, 1 sbd= 11 usd.
>
> 6.96 x 11 = $76.56
>
> You made that much on nothing. Tell me when you ever did that on your blog.
>
> On Dec 16, 2017 3:33 PM, "Defango" <defango@gmail.com> wrote:
>
>> Nope. Its a blockchain its never deletable. Btw I made over 5k on steemit last month. 1 steemit dollar is worth ten.
>>
>> If your going to leave all that money on the floor that's pretty sad
>>
>> On Dec 16, 2017 12:59 PM, "Robert Steele" <robert.david.steele.vivas@gmail.com> wrote:
>>
>>> --
>>> #UNRIG Home: http://unrig.net
>>> #UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
>>> Personal Page: http://robertdavidsteele.com
>>> Group Blog: http://phibetaiota.net
>>> Donate to Non-Profit: http://paypal.me/EarthIntel

# 12/16/17

---------- Forwarded message ---------
From: **Robert Steele** <robert.david.steele ████ @gmail.com>
Date: Mon. Dec 4, 2017 at 10:04 AM
Subject: #UNRIG Press Call, VicLib, and Manny on the Bus
To: hq2600@protonmail.com <hq2600@protonmail.com>, Trevor Fitzgibbon <trevor@mix████████edia.com>
Cc: Defango <Defango@gmail.com>

 **Trevor**



Cynthia,

I have committed to Trevor funding for a press call next week that can be you alone if you wish. I am very happy to report that Manny has accepted my apology and understands that I know I made a big mess and am eager to do whatever it takes to make it right. He will let me know what he wants in that department. It did however remind me that we had talked about Manny being on the RV live streaming your tour and I am so glad to be reminded of his skills and his following and the possibility of his advancing our #UNRIG message. Manny is a genuis in both visual artistry and coding, and it could be that he could be helpful in creating a Steemit alternative to MeetUp that you could use to manage the powercells while generating funding. A good conversation to have sometime.

I hope you will agree to do a joint VicLib interview with me in our respective #UNRIG polo shirts, and then do a press call next week but if you prefer to do your own interview at your own time and if you prefer to do the press call alone, without me, no problem.

I want to do whatever it takes to be right with all of you.

From where I sit, if you were to announce that you are returning permanently to the USA in January to fight the good fight, and that UNRIG is pivoting toward seeking to unite Independents, Greens, Libertarians and other small parties to not only champion election reform but also elect a whole new Congress, I believe that would be a marvelous way to end the year. Whatever you want to do I will support.

Apologies for any missing social niceties in the above, I wanted to get this message out right away.

Very respectfully,
Robert

**12/04/17**

---------- Forwarded message ---------
From: **Robert Steele** <robert.david.steele━━━@gmail.com>
Date: Sun, Dec 3, 2017 at 7:21 AM
Subject: Apology for Unintended by Very Real Offense
To: Defango <Defango@gmail.com>



# I'm sorry

Manny,

I offer you a heart-felt apology for my lack of inter-personal skills. Despite the best of intentions -- what I was trying to do was demonstrate distance between CIA, me, and you -- and had I been allowed to finish I believe I would have done that -- the actual outcome -- and the public perception of my words are as you correctly interpreted them; insulting.

I deeply regret my unintentional insult to you. It was absolutely not intended that way. As my email to you immediately after the show ended, I accepted your slamming the door on me and offered you the promised links to my work along with an opening toward following your lead on developing a Steemit solution under your control that I would support.

If you are able to discern my sincerity in this email -- a sincerity that I reinforce by respecting your right to publish this email or read it on video -- it is my hope that you will understand that my lack of inter-personal skills in the moment in no way diminish my regard for your knowledge or your platform. You are a force of nature and I would not have accepted your invitation to interview me had I not thought highly of you.

I still think highly of you. Although you over-reacted in my view and I was appalled that you would carry your anger against me over to Lift the Veil, the original sin is mine and for this I apologize most sincerely.

Very respectfully,
Robert Steele

--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

# 12/03/17

MANNY NEEDS MONEY, RDS TO PAY

**NOTE: Allegedly "@SheepishWolf1" is Thomas Schoenberger**

---------- Forwarded message ---------
From: **Stealth (via Twitter)** <notify@twitter.com>
Date: Sat, Sep 2, 2017 at 10:08 AM
Subject: Stealth (@SheepishWolf1) has added you to a group conversation on Twitter
To: Defango <defango@gmail.com>



# Stealth added you to a private conversation and said:

*"Manny, so RDS filed the suit. He is low on cash, Beth, can we each pay Manny 75 bucks via paypal and he can start working on updating the RDS stuff and RDS can pay at end of month? Manny needs money now, and he can dip into Shadowfunds but can work on updating that doc. Manny, do you have time to do this?"*

## RDS THROWS CYNTHIA MCKINNEY UNDER THE BUS

---------- Forwarded message ----------
From: **Robert Steele** <robert.david.steele████@gmail.com>
Date: Sat, Oct 14, 2017 at 4:41 AM
Subject: Re: never mind on videos
To: Defango <defango@gmail.com>



I have two problems on the RV tour:

01 repair shop is backlogged, trying to get them to take it in before 1 November

02 Cynthia is sulking after I refused to agree to her creating her own company and controlling all the money and marginalizing me. Not sure I can count on her.

On Fri, Oct 13, 2017 at 10:18 PM, Defango <defango@gmail.com> wrote:

Ok. No problem.

Are you still thinking about doing the RV Tour?

On Fri, Oct 13, 2017 at 4:15 PM, Robert Steele <robert.david.steele.vivas@gmail.com> wrote:

Manny, I hope you are well. Never mind on videos. I just got hit with $2000 in bills and am out of money. Figured out how to use KeepVid.

--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--

Defango@gmail.com

**10/14/17**

39



GEORGE WEBB INTERVIEWS CYNTHIA MCKINNEY, PROPOSES HER AS SP
TRUMP'S AUGUST CONVENTION

WATCH

George Webb and Cynthia McKinney need no introduction. As a courtesy to Mr. Webb, whose's life's work was destroyed by YouTube this past week, and in equal courtesy to Dr. (PhdD) Cynthia McKinney, Robert Steele agreed to host this video.





**UPDATE:** It is now known that the Vice President joined in the chorus to fire Mike Flynn after he learned that Flynn kept from the Vice President the fact that a list of high-level pedophiles in the USA, obtained from Amsterdam, included a close personal friend of the Vice President's, and this was discussed with the Russians.



**Above: Jason Goodman interviews RDS and George Webb the day before the Port of Charleston (South Carolina) dirty bomb hoax of June 14, 2017.**

## WORKING ON THE WITCH HEX AND CIA SOURCES

---------- Forwarded message ---------
From: **Stealth (via Twitter)** <notify@twitter.com>
Date: Sat, Sep 23, 2017 at 12:37 PM
Subject: Stealth (@SheepishWolf1) has sent you a Direct Message on Twitter!
To: Defango <defango@gmail.com>

The witch is Mother Nature. Then the
number sequence from 23 to 48 is a
nod at the Jungian 46 & 2 theory.
The blue used on the main page is
3301ff which is 3342847 (a prime) in
hex. But please lets get this out
slowly, so people have fun...

**Reply**

---------- Forwarded message ---------
From: **Stealth (via Twitter)** <notify@twitter.com>
Date: Wed, Nov 22, 2017 at 9:18 PM
Subject: Stealth (@SheepishWolf1) has sent you a Direct Message on Twitter!
To: Defango <defango@gmail.com>

Wait, just watched your stream. The
CIA folks who give you stuff are slow
as hell. HA Goodman broke this days
ago.. Look..https://t.co/j2ON186TIA

**Reply**

INTERNET THREAT VIDEOS AND OTHER TARGETING (SEE DEEP NSA, aka KOREAN BBQ)



Above: Manuel Chavez, III, aka DEFANGO of Carson City, Nevada

Replies



 C Elizabeth · 1 second ago
Exposing Gangstalkers

Same!

I haven't seen all your videos (yet), and therefore you might
have said this, and I missed it, but what is your opinion of
Trevor FitzGibbon?

My best friend of 35-years (since 10th grade), met him in
early 2018.  She was immediately targeted for harassment
thereafter.  One of the primary ppl involved in targeting her
 was Defango.  Trevor played the unsuspecting victim which I
always thought odd since I figured out (immediately) the two
of them were connected, and are or were, friends.
WellTraveledFox, or whatever her name is, also went after my
friend (Kristina is her name).

Around the same time, I started dating George Webb, in May
2018, and in June, Kristina's father's personal data and bank
accounts were hacked, likely by this group (he's very
wealthy).  Btw, he's also a decades-long FBI asset, knew
Reagan personally, was in the Bush 43 White House, and her
mother was one of Laura Bush's social secretaries.  Not sure
if any of that has anything to do w the targeting, and is the
only reason I mention it.

Kristina received a fake FBI phone call, also in June 2018,
proclaiming to say they were investigating ME, which of
course freaked her out .. imo, as it was designed to do.  She



#robertdavidsteele #robertsteele #thesteelereport
George Webb Talks NSA, Jared Kushner, Israel, General Michael Flynn and More



Above: George Webb with girl friend (sexual partner) Deep NSA (alleged Jason Goodman informant and "deep throat"), aka Korean BBQ (lives next to Fort Meade, Maryland)

45





**Above: George Webb and Deep NSA sleeping in the same hotel where the bruised body of Jenny "Task Force" Moore was found dead August 13, 2018.**



C Elizabeth · 1 second ago
Exposing Gangstalkers

PS — the ironic thing, for me, is that my father had a very significant role in building what became the Internet (he was one of 4 in the very beginning), and is exactly the tool these jackals have used to target/harass/stalk me, and others. Sometimes it feels like I'm living in some kind of surreal simulation bc of the interconnectedness that continues to fold in on itself.

When I let it be known to them who my father is, they backed off immediately.



I was w George for over a year.

I have info on:

George Webb
Lee Stranahan
Jason Goodman
Defango
Trevor
RDS
Biss

...and others.

**Above: Message from Deep NSA, Corean BBQ**

## THE SHADOWBOX STRATEGIES ORDEAL

The group that gathered at Butowsky's home included a conspiracy theorist, a Fox reporter fighting for her career, a former private intelligence contractor married to star journalist Lara Logan, and a Democratic PR operative who lost his business in the face of sexual-assault allegations. The group also included Thomas Schoenberger and Manuel "Defango" Chavez, two notorious internet provocateurs who had recently launched a self-proclaimed "elite" company that promised to use bots and sow "targeted chaos" to defend its clients online.

https://www.thedailybeast.com/right-wing-activists-discussed-wiretapping-seth-richs-family-three-people-in-the-room-say



STAY TUNED ... MORE TO COME

# Fair Use Act Disclaimer

This site is for educational purposes only. **FAIR USE**

Copyright Disclaimer under section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, education and research.

Fair use is a use permitted by copyright statute that might otherwise be infringing.

Non-profit, educational or personal use tips the balance in favor of fair use.

https://www.sdny.info/post/secret-defango-e-mails-may-be-behind-60-day-judicial-freeze-by-federal-judge-ooppsie

# Exhibit C-39



**Above: Jason Goodman interviews RDS and George Webb the day before the Port of Charleston (South Carolina) dirty bomb hoax of June 14, 2017.**

**https://www.sdny.info/post/secret-defango-e-mails-may-be-behind-60-day-judicial-freeze-by-federal-judge-ooppsie**

# Exhibit C-40

INTERNET THREAT VIDEOS AND OTHER TARGETING (SEE DEEP NSA, aka KOREAN BBQ)



Above: Manuel Chavez, III, aka DEFANGO of Carson City, Nevada

Replies



C Elizabeth · 1 second ago
Exposing Gangstalkers



Same!

I haven't seen all your videos (yet), and therefore you might have said this, and I missed it, but what is your opinion of Trevor FitzGibbon?



My best friend of 35-years (since 10th grade), met him in early 2018. She was immediately targeted for harassment thereafter. One of the primary ppl involved in targeting her was Defango. Trevor played the unsuspecting victim which I always thought odd since I figured out (immediately) the two of them were connected, and are or were, friends. WellTraveledFox, or whatever her name is, also went after my friend (Kristina is her name).

Around the same time, I started dating George Webb, in May 2018, and in June, Kristina's father's personal data and bank accounts were hacked, likely by this group (he's very wealthy). Btw, he's also a decades-long FBI asset, knew Reagan personally, was in the Bush 43 White House, and her mother was one of Laura Bush's social secretaries. Not sure if any of that has anything to do w the targeting, and is the only reason I mention it.

Kristina received a fake FBI phone call, also in June 2018, proclaiming to say they were investigating ME, which of course freaked her out .. imo, as it was designed to do. She





Above: George Webb with girl friend (sexual partner) Deep NSA (alleged Jason Goodman informant and "deep throat"), aka Korean BBQ (lives next to Fort Meade, Maryland)



https://www.sdny.info/post/secret-defango-e-mails-may-be-behind-60-day-judicial-freeze-by-federal-judge-ooppsie

# Exhibit C-41



https://www.sdny.info/post/secret-defango-e-mails-may-be-behind-60-day-judicial-freeze-by-federal-judge-ooppsie

# Exhibit C-42

**From: Spoliation Notice <spoliation-notice@mailbox.org>**

**To: "corean1111@gmail.com" <corean1111@gmail.com>, Spoliation Notice <spoliation-notice@mailbox.org>, "icorean@icloud.com" <icorean@icloud.com>, "j108whd@gmail.com" <j108whd@gmail.com>**

**Cc: "mdwatch@mcac.maryland.gov" <mdwatch@mcac.maryland.gov>, "mdwatch@leo.gov" <mdwatch@leo.gov>, "msp.media@maryland.gov" <msp.media@maryland.gov>, "msp.superintendent@maryland.gov" <msp.superintendent@maryland.gov>, "georg.webb@gmail.com" <georg.webb@gmail.com>**

**Date: 07/02/2020 12:43 AM**

**Subject: Notice of Intent to Sue**

**Corean Elizabeth Stoughton**

**Hanover, Maryand**

**Dear Madam,**

**Thank you for your cellular phone text messages that threaten litigation against me for some ambiguous and vague reason.**

**Since you have now threatened litigation you are required to safely archive and store all electronic communications exchanged between yourself and the following individuals for the previous two years:**

o **Jason Goodman**

o **Thomas Schoenberger**

o **George Webb Sweigert**

**The requirement for the safe storage of electronic communication artifacts (text messages, e-mail messages, blog post, twitter messages, etc.) is now your duty to preserve.**

Apparently, you have reviewed the e-mail messages of George Webb Sweigert in his e-mail accounts without his knowledge.  If you have copies of any and all such e-mail content, that should be preserved as well.

Note:  Under Maryland law, interception of communications is only authorized if consent of all parties to the interception is obtained.  Schmerling v. Injured Workers' Ins. Fund, 368 Md. 434, 448 (Md. 2002). Section 10-402 of the Maryland Wiretapping and Electronic Surveillance Act, Md.Cts. & Jud.Proc.Code Ann, 10-401 et. seq., provides that except as otherwise specifically provided in §  10-402 it is unlawful for any person to willfully intercept, endeavor to intercept, or procure any other person to intercept or endeavor to intercept, any wire, oral, or electronic communication.

As a courtesy to you, I have included a few law enforcement agencies that may have an interest in your relationship with the foregoing mentioned individuals or the possible unauthorized e-mail intercept of George Webb Sweigert's e-mail messages.

Warm regards,

Evidence Collection Team

D. George Sweigert

# Exhibit C-43

From: Jason Goodman <truth@crowdsourcethetruth.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Cc: "corean1111@gmail.com" <corean1111@gmail.com>, "icorean@icloud.com" <icorean@icloud.com>, "j108whd@gmail.com" <j108whd@gmail.com>, "jason@21stcentury3d.com" <jason@21stcentury3d.com>, "jasongoodman72@protonmail.com" <jasongoodman72@protonmail.com>, "mdwatch@mcac.maryland.gov" <mdwatch@mcac.maryland.gov>, "mdwatch@leo.gov" <mdwatch@leo.gov>, "msp.media@maryland.gov" <msp.media@maryland.gov>, "msp.superintendent@maryland.gov" <msp.superintendent@maryland.gov>, "georg.webb@gmail.com" <georg.webb@gmail.com>, "nyspmail@troopers.ny.gov" <nyspmail@troopers.ny.gov>, "nysag@ag.ny.gov" <nysag@ag.ny.gov>, "iso@ic.fbi.gov" <iso@ic.fbi.gov>

Date: 07/22/2020 1:37 AM

Subject: Re: Jason Goodman and Corean Elizabeth Stoughton

We can discuss this and all your other frivolous claims when you appear before the judge in NY. Stop harassing me Sweigert. You are a public menace and likely a danger to yourself.

> On Jul 21, 2020, at 7:32 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> To:  Jason Goodman and Corean Elizabeth Stoughton

>

> As you are well aware, Mr. Goodman has published the first name of a handicapped vulnerable individual.  Apparently, this information was obtained from Ms. Stoughton.

>

> This e-mail demands that the twitter tweets containing the name of this individual be deleted from the social media account of CrowdSource The Truth.

>

> To that end, below is a draft letter motion to the magistrate judge in the matter of Mr. Goodman's slander, defamation and libel lawsuit.

>

> From:

> D. George Sweigert

> c/o General Delivery

> Mount Shasta, CA 96067

> Spoliation-notice@mailbox.org

>

> To:

> Hon. Stewart D. Aaron

> Magistrate Judge

> U.S. District Court for the S.D.N.Y.

> 500 Pearl Street

> New York, N.Y. 10007-1312

>

> LETTER MOTION

>

> For good cause shown and pursuant to Fed. R. Civ. Proc. Rule 15(d) the pro se plaintiff now seeks the approval of this Court to file a "Motion for Leave to File Supplemental Complaint".  There are new torts that have been committed by the Def which amount to public disclosure of private facts, aka invasion of privacy.

>

> The latest tortuous conduct by the Def arises as a new set of facts and creates a new cause of action – unrelated to the pending allegations related to (1) slander, libel, defamation, (2) misuse of plaintiff's likeness and name (N.Y. Civil Rights Law §§ 50, 51) and (3) intentional/negligent infliction of emotional distress (I/NIED).

>

> These new claims of invasion of privacy and public disclosure of private facts are directed at Def Goodman's use of the social media platform Twitter as part of his on-going "business operations" known as Crowdsource The Truth.

>

> Def has widely distributed the name of the plaintiff's handicapped special needs and vulnerable child to Def's thousands of followers.  The name of this handicapped vulnerable

individual has never been released to the public.  Def obtained this private fact, and many others, from a Maryland woman known to be the former girl friend of the plaintiff's brother – George Webb Sweigert (the former house guest or room-mate of the Def for approximately four (4) months).  Ample examples are provided in the accompanying exhibits.  However, below is a sample with the vulnerable child's name redacted.

>

> The Maryland woman is known as Corean Elizabeth Stoughton of Hanover, Maryland. She has been a vocal "woman scorned" concerning her 14 month romantic relationship with George Webb Sweigert.  She has separately threatened the plaintiff in a coercive manner to make public disclosure of private facts – assumed to now be in the possession of Def Goodman.

>

> Def Goodman acknowledged his communications with Ms. Stoughton (Meier) in a video podcast of July 3, 2020 (see Exh. A).  In this podcast Def admits that he has received certain information from this woman – who had knowledge of the plaintiff's special needs child and the child's name.

>

> Respectfully submitted,

>

> D. George Sweigert

>

> Attached Exhibits A through K

>

>

>

> Warm regards,

>

> D. George Sweigert

>

>> On 07/05/2020 9:18 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>

>>

>> This message provides legal notifications to the following individuals:

>>

>> Jason Goodman, New York City

>> Corean Elizabeth Stoughton, Hanover, Maryland

>>

>> Ref:  Video podcast at time mark 41:11 (see link below)

>>

>> https://www.youtube.com/watch?v=McUz__xvZls

>>

>> Mr. Goodman:

>>

>> This is a required communication mandated by YouTube, LLC in the event of privacy violations discovered in podcasts.  You have used the name of the undersigned in an illegitimate manner in your podcast, and demand is hereby made to retract that portion of your podcast.

>>

>> Regarding the felon, whose home you stayed in for several days, in Avondale, Arizona, his attorney was contacted pursuant to New York Consolidated Laws, Civil Practice Law and Rules (NY CPLR) Section 3113.  NY CPLR communications are legitimate as they identify a witness important to the litigation.  Your felon friend's attorney received such a communication.

>>

>> You may want to consider the impact of your half dozen broadcasts which allegedly slandered this attorney.  It appears your podcast videos created problems for your felon friend.

>>

>> Ms. Stoughton:

>>

>> You are now served with a NY CPLR 3113 witness notification, as Mr. Goodman has relied upon your private information which was disclosed by Mr. Goodman in the foregoing mentioned podcast.  Therefore, you are under a duty to retain all records related to the following:

>>

>>  George Webb Sweigert

>>  Jason Goodman

>>  Thomas Schoenberger

>>  Peter Duke

>>  Michael Cernovich

>>  Jack Posobiec

>>  Lee Stranahan

>>

>> As you are well aware, there are open questions about what information you may have allegedly obtained via the use of unauthorized access to e-mail messaging systems, PayPal accounts, web site hosting platforms, etc.

>>

>> Warm regards,

>>

>> Evidence Collection Team

>> D. George Sweigert

>>

>>

>>

>>

>>>> On 07/02/2020 12:43 AM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>

>>>

>>> Corean Elizabeth Stoughton

>>> Hanover, Maryand

>>>

>>> Dear Madam,

>>>

>>> Thank you for your cellular phone text messages that threaten litigation against me for some ambiguous and vague reason.

>>>

>>> Since you have now threatened litigation you are required to safely archive and store all electronic communications exchanged between yourself and the following individuals for the previous two years:

>>>

>>> o  Jason Goodman

>>> o  Thomas Schoenberger

>>> o  George Webb Sweigert

>>>

>>> The requirement for the safe storage of electronic communication artifacts (text messages, e-mail messages, blog post, twitter messages, etc.) is now your duty to preserve.

>>>

>>> Apparently, you have reviewed the e-mail messages of George Webb Sweigert in his e-mail accounts without his knowledge.  If you have copies of any and all such e-mail content, that should be preserved as well.

>>>

>>> Note:  Under Maryland law, interception of communications is only authorized if consent of all parties to the interception is obtained.  Schmerling v. Injured Workers' Ins. Fund, 368 Md. 434, 448 (Md. 2002). Section 10-402 of the Maryland Wiretapping and Electronic Surveillance Act, Md.Cts. & Jud.Proc.Code Ann, 10-401 et. seq., provides that except as otherwise specifically provided in §  10-402 it is unlawful for any person to willfully intercept, endeavor to intercept, or procure any other person to intercept or endeavor to intercept, any wire, oral, or electronic communication.

>>>

>>> As a courtesy to you, I have included a few law enforcement agencies that may have an interest in your relationship with the foregoing mentioned individuals or the possible unauthorized e-mail intercept of George Webb Sweigert's e-mail messages.

>>>

>>> Warm regards,

>>>

>>> Evidence Collection Team

>>> D. George Sweigert

> <j-geggeo-6.jpg>

> <corean--2.jpg>

# Exhibit C-44

**From: Jason Goodman <truth@crowdsourcethetruth.org>**

**To: Spoliation Notice <spoliation-notice@mailbox.org>**

**Cc: "corean1111@gmail.com" <corean1111@gmail.com>, "icorean@icloud.com" <icorean@icloud.com>, "j108whd@gmail.com" <j108whd@gmail.com>, "jason@21stcentury3d.com" <jason@21stcentury3d.com>, "jasongoodman72@protonmail.com" <jasongoodman72@protonmail.com>, "mdwatch@mcac.maryland.gov" <mdwatch@mcac.maryland.gov>, "mdwatch@leo.gov" <mdwatch@leo.gov>, "msp.media@maryland.gov" <msp.media@maryland.gov>, "msp.superintendent@maryland.gov" <msp.superintendent@maryland.gov>, "georg.webb@gmail.com" <georg.webb@gmail.com>, "nyspmail@troopers.ny.gov" <nyspmail@troopers.ny.gov>, "nysag@ag.ny.gov" <nysag@ag.ny.gov>, "iso@ic.fbi.gov" <iso@ic.fbi.gov>**

**Date: 07/22/2020 1:58 AM**

**Subject: Re: Jason Goodman and Corean Elizabeth Stoughton**

**The state police do not care about frivolous civil litigation brought by you and your friends.**

**> On Jul 21, 2020, at 7:50 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:**

**>**

**> Mr. Goodman,**

**>**

**> This was a warning message for your prudent action.  As you wish to display an aggressive attitude, copies of your court documents in the Richmond, Virginia federal court are attached as a courtesy to law enforcement.**

**>**

**> Your next appearance before the federal judge will be at 10 am on 7/23/2020 (Richmond, Virginia).**

**>**

**> Good day, sir.**

**>**

**> D. George Sweigert**

>

>

>> On 07/22/2020 1:37 AM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

>>

>>

>> We can discuss this and all your other frivolous claims when you appear before the judge in NY. Stop harassing me Sweigert. You are a public menace and likely a danger to yourself.

>>

>>>> On Jul 21, 2020, at 7:32 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>

>>> To:  Jason Goodman and Corean Elizabeth Stoughton

>>>

>>> As you are well aware, Mr. Goodman has published the first name of a handicapped vulnerable individual.  Apparently, this information was obtained from Ms. Stoughton.

>>>

>>> This e-mail demands that the twitter tweets containing the name of this individual be deleted from the social media account of CrowdSource The Truth.

>>>

>>> To that end, below is a draft letter motion to the magistrate judge in the matter of Mr. Goodman's slander, defamation and libel lawsuit.

>>>

>>> From:

>>> D. George Sweigert

>>> c/o General Delivery

>>> Mount Shasta, CA 96067

>>> Spoliation-notice@mailbox.org

>>>

>>> To:

>>> **Hon. Stewart D. Aaron**

>>> **Magistrate Judge**

>>> **U.S. District Court for the S.D.N.Y.**

>>> **500 Pearl Street**

>>> **New York, N.Y. 10007-1312**

>>>

>>> **LETTER MOTION**

>>>

>>> **For good cause shown and pursuant to Fed. R. Civ. Proc. Rule 15(d) the pro se plaintiff now seeks the approval of this Court to file a "Motion for Leave to File Supplemental Complaint".  There are new torts that have been committed by the Def which amount to public disclosure of private facts, aka invasion of privacy.**

>>>

>>> **The latest tortuous conduct by the Def arises as a new set of facts and creates a new cause of action – unrelated to the pending allegations related to (1) slander, libel, defamation, (2) misuse of plaintiff's likeness and name (N.Y. Civil Rights Law §§ 50, 51) and (3) intentional/negligent infliction of emotional distress (I/NIED).**

>>>

>>> **These new claims of invasion of privacy and public disclosure of private facts are directed at Def Goodman's use of the social media platform Twitter as part of his on-going "business operations" known as Crowdsource The Truth.**

>>>

>>> **Def has widely distributed the name of the plaintiff's handicapped special needs and vulnerable child to Def's thousands of followers.  The name of this handicapped vulnerable individual has never been released to the public.  Def obtained this private fact, and many others, from a Maryland woman known to be the former girl friend of the plaintiff's brother – George Webb Sweigert (the former house guest or room-mate of the Def for approximately four (4) months).  Ample examples are provided in the accompanying exhibits.  However, below is a sample with the vulnerable child's name redacted.**

>>>

>>> **The Maryland woman is known as Corean Elizabeth Stoughton of Hanover, Maryland.  She has been a vocal "woman scorned" concerning her 14 month romantic relationship with George Webb Sweigert.  She has separately threatened the plaintiff in a**

coercive manner to make public disclosure of private facts – assumed to now be in the possession of Def Goodman.

>>>

>>> Def Goodman acknowledged his communications with Ms. Stoughton (Meier) in a video podcast of July 3, 2020 (see Exh. A).  In this podcast Def admits that he has received certain information from this woman – who had knowledge of the plaintiff's special needs child and the child's name.

>>>

>>> Respectfully submitted,

>>>

>>> D. George Sweigert

>>>

>>> Attached Exhibits A through K

>>>

>>>

>>>

>>> Warm regards,

>>>

>>> D. George Sweigert

>>>

# Exhibit C-45



First conspiracy theorists said she started the pandemic. Now she's afraid for her life
05:45

# Exclusive: She's been falsely accused of starting the pandemic. Her life has been turned upside down

Story by Donie O'Sullivan, CNN Business
Video by Richa Naik and John General, CNN Business
Photographs by Heather Fulbright, CNN
Updated 10:17 AM ET, Mon April 27, 2020

Maatje Benassi, a US Army reservist and mother of two, has become the target of conspiracy theorists who falsely place her at the beginning of the coronavirus pandemic, saying she brought the disease to China.

First conspiracy theorists said she started the pandemic. Now she's afraid for her life05:45

# Exclusive: She's been falsely accused of starting the pandemic. Her life has been turned upside down

Story by Donie O'Sullivan, CNN Business

Video by Richa Naik and John General, CNN Business

Photographs by Heather Fulbright, CNN

Updated 10:17 AM ET, Mon April 27, 2020

Maatje Benassi, a US Army reservist and mother of two, has become the target of conspiracy theorists who falsely place her at the beginning of the coronavirus pandemic, saying she brought the disease to China.

The false claims are spreading across YouTube every day, so far racking up hundreds of thousands of apparent views, and have been embraced by Chinese Communist Party media. Despite never having tested positive for the coronavirus or experienced symptoms, Benassi and her husband are now subjects of discussion on Chinese social media about the outbreak, including among accounts that are known drivers of large-scale coordinated activities by their followers.

The claims have turned their lives upside down. The couple say their home address has been posted online and that, before they shut down their accounts, their social media inboxes were overrun with messages from believers of the conspiracy.

"It's like waking up from a bad dream going into a nightmare day after day," Maatje Benassi told CNN Business in an exclusive interview, the first time she has spoken publicly since being smeared online.



Maatje Benassi at her home on Wednesday, April 22. She said the experience is "like waking up from a bad dream going into a nightmare day after day." (Heather Fulbright / CNN)

As the coronavirus has spread around the world, so has <u>misinformation about the disease</u>. Technology giants have touted the steps they are taking to combat coronavirus misinformation, but these efforts have failed to help the Benassis. The family's suffering highlights the potential for blatant falsehoods to be rewarded and amplified by social media platforms. It also serves as a powerful reminder that misinformation online, however wild or obviously untrue it may seem, can have real and lasting consequences offline.

Maajte and her husband Matt are still active in their government jobs. Maajte is a civilian employee at the US Army's Fort Belvoir in Virginia where she works as a security officer. Matt, a retired Air Force officer, is a civilian employee with the Air Force at the Pentagon.

Despite working for the US government, the couple are experiencing the same feelings of helplessness familiar to others who have been the target of harassment and misinformation. "I want everybody to stop harassing me, because this is cyberbullying to me and it's gone way out of hand," Maajte said while fighting back tears.

Matt has tried to get the videos taken down from YouTube and to prevent their spread online. The couple said they contacted an attorney, who told them there was little that could be done, and local police, who told them much the same.

# Origins of a coronavirus conspiracy theory

Conspiracy theories are not dissimilar to viruses, in that they evolve and mutate to spread and survive. Before Maatje Benassi became the main protagonist in this conspiracy, variations had circulated online for months.

In the early weeks of the coronavirus, conspiracy theorists began claiming, without evidence, that it was a US biological weapon. Later one member of the Chinese government publicly promoted the notion that the US military brought the virus to China. US Defense Secretary Mark Esper said it was "completely ridiculous and it's irresponsible" for someone speaking on behalf of the Chinese government to promote such a claim.

It wasn't until March, months after the first reported coronavirus cases in China, that conspiracy theorists turned their focus to Maatje Benassi. The baseless theory began with her participation in October in the Military World Games, essentially the military Olympics, which was hosted by Wuhan, the Chinese city where the coronavirus outbreak began last year.

Maatje Benassi competed in the cycling competition there, suffering an accident on the final lap that left her with a fractured rib and a concussion. Despite the crash, Benassi still finished the race, but it turned out to be the start of something worse. While hundreds of athletes from the US military took part in the games, Maatje Benassi was plucked out of the group and given a starring role in the conspiracy theory.



A letter that Maatje Benassi received in the mail from an unknown sender. Her family's address was posted online after she became the target of conspiracy theorists. (Heather Fulbright / CNN)

Perhaps the most prominent cheerleader of the idea that Benassi had a role in the imaginary plot to infect the world is George Webb, a prolific 59-year-old American misinformation peddler. Webb has for years regularly streamed hours of diatribe live on YouTube, where he has amassed more than 27 million views and almost 100,000 followers.

In 2017, CNN revealed how Webb was part of a trio of conspiracy theorists that pushed a false rumor about a cargo ship with a "dirty bomb" that was set to arrive at the Port of Charleston in South Carolina. The bomb never materialized, but the claims did lead to parts of the port -- one of the biggest in America -- being shut down for a time as a safety precaution.

Until recently, Webb said, his YouTube videos included advertisements -- meaning the platform, which is owned by Google, was making money from Webb's misinformation, as was Webb himself.

Webb even claimed that the Italian DJ Benny Benassi, whose 2002 song "Satisfaction" became a worldwide sensation, had the coronavirus and that he, along with Maatje and Matt Benassi, were part of a Benassi plot connected to the virus. (Benny told CNN Business he has never met Maatje

80

and Matt, and they said that as far as they know, they are not related. Benny pointed out that Benassi is a very common last name in Italy.)

Benny Benassi told CNN Business he has not been diagnosed with the coronavirus. Like artists around the world, he canceled his concerts because of social distancing and travel restrictions. (Webb previously claimed the DJ is Dutch, he is not.)

In a phone interview with CNN Business on Thursday, which he livestreamed to his followers on YouTube, Webb offered no substantive evidence to support his claims about the Benassis and said he considered himself an "investigative reporter," not a conspiracy theorist.

He also said that YouTube recently stopped running ads on his videos after he began talking about the coronavirus. Webb said he had normally made a few hundred dollars a month directly from YouTube.

YouTube confirmed to CNN that it was not currently running ads on Webb's channel, but it declined to say whether ads appeared there in the past or provide details on how much money his channel may have made. A company spokesperson said YouTube was committed to promoting accurate information about the coronavirus. The company removed some threatening comments about the Benassis that had been posted under Webb's videos when asked about them by CNN Business. YouTube also said it had removed some videos posted by Webb in the past.

## False theories online spark real world concerns

While the allegations about the Benassis may be wildly untrue, the threats they face and the fear they feel are very real.

Matt Benassi said he fears this could "turn into another Pizzagate," referencing another baseless conspiracy theory that claimed a pedophilia ring that somehow involved Hillary Clinton, among others, was operating out of a Washington DC pizzeria. The fringe theory didn't receive much mainstream attention until a man showed up at the pizzeria in late 2016 and fired an assault weapon, saying he was there to investigate "Pizzagate."



Maatje's husband Matt says the family are afraid for their lives. (Heather Fulbright / CNN)

"It's really hard to hold him [Webb] accountable," Matt Benassi said. "Law enforcement will tell you that there's nothing that we can do about it because we have free speech in this country. Then they say, 'Go talk to a civil attorney,' so we did. We talked to an attorney. You quickly realize that for folks like us, it's just too expensive to litigate something like this. We get no recourse from law enforcement. We get no recourse from the courts."

Matt Benassi said he has complained to YouTube but even when the company does take videos down it can take days for it to do so. By that time, a video can go viral, and the damage is done. Worse still: videos Webb has posted to YouTube that are removed are often re-uploaded to the platform.

In China, the YouTube videos attacking the Benassis are uploaded to popular platforms there such as WeChat, Weibo, and Xigua Video and are translated into Chinese, according to an analysis by Keenan Chen, a researcher at First Draft, a non-profit that researches disinformation.



Matt and Maatje Benassi both work for the US Military. (Heather Fulbright / CNN)

The Benassis' experience is unfortunately not unique, said Danielle Citron, a professor of law at Boston University School of Law and a MacArthur Fellow who studies online harassment. Faced with "cyber mobs," as Citron describes them, law enforcement often can't or won't investigate.

As for the likes of YouTube, Citron said the law has to change: "Right now, they're totally immune from legal liability under federal law. And so they can just walk away."

Whatever happens next, "the damage is done," according to Maatje Benassi. "I know it [will] never be the same. Every time you're going to Google my name, it will pop up as patient zero."

https://www.cnn.com/2020/04/27/tech/coronavirus-conspiracy-theory/index.html

83

# Exhibit C-46





# A conspiracy theory almost ruined my family's life. This could prevent it from happening to you

Opinion by Matthew Benassi for CNN Business Perspectives

Updated 8:12 AM ET, Fri October 23, 2020





**Editor's Note:** *Matthew Benassi is a Department of the Air Force civilian employee currently working at the Pentagon. Follow him on Twitter. The opinions expressed in this commentary are his own.*



Earlier this year, my wife and I became victims of a conspiracy theory that went viral on social media and it almost ruined our lives.

The person who promoted the rumor — a man who has a history of spreading misinformation and defaming innocent Americans — claimed we were conspirators in a twisted Deep State plot to spread the coronavirus to China. This went viral, as Chinese state-run media picked up the conspiracy and demanded my wife's medical information. Because of these lies, we've been defamed, harassed and threatened since late March.

What protects us and the other countless victims in the Information Age from baseless accusations like this? Very little, if anything.

Editors Note: Matthew Benassi is a Department of the Air Force civilian employee currently working at the Pentagon. Follow him on Twitter. The opinions expressed in this commentary are his own.



**MATTHEW BENASSI**

Earlier this year, my wife and I became victims of a conspiracy theory that went viral on social media and it almost ruined our lives.

The person who promoted the rumor — a man who has a history of spreading misinformation and defaming innocent Americans — claimed we were conspirators in a twisted Deep State plot to spread the coronavirus to China. This went viral, as Chinese state-run media picked up the conspiracy and demanded my wife's medical information. Because of these lies, we've been defamed, harassed and threatened since late March.

What protects us and the other countless victims in the Information Age from baseless accusations like this? Very little, if anything.

Today, social media companies are protected under Section 230 of the Communications Decency Act, which says they can't be held responsible for almost everything that's posted on their platforms. That means online harassment, defamation and cyberbullying can pretty much run rampant on these platforms. Congress needs to amend Section 230 immediately so that companies like Facebook, YouTube and Twitter must legally be required to moderate hate speech and defamation and make sure it is no longer tolerated.



Matt and Maatje Benassi pose for a portrait on Wednesday, April 22. Maatje, a mother of two and US Army reservist, has become the target of conspiracy theorists who falsely claim she was coronavirus patient zero.

As things stand now, harassers know they can attack their victims with little to no consequences. In our case, local and federal law enforcement told us that from a criminal law perspective, they couldn't do anything about the harassment or death threats directed at us.

Over this past year, our harasser has posted a plethora of videos to multiple YouTube channels accusing us of spreading the coronavirus to China, and many of his followers have re-posted these to other social media sites. Dailymotion and Vimeo took immediate action and removed the videos once they were notified. YouTube eventually removed the videos and even removed our harasser's channel, but that was three months after we first reported the defamation. And even today, we routinely have to report re-uploaded videos and request they be removed from YouTube. Facebook typically removes the content once it's specifically reported, but the original video continues to appear, along with posts that spread disinformation about us. Twitter has taken down some tweets that contain the video and/or misinformation, but most of them remain. Our harasser retracted his initial claim and added a disclaimer to his videos stating he was fed bad information, but then continued to spread other lies about us.

With little help from social media platforms, victims are left with only one recourse: civil litigation against the person or group posting the content. And this recourse is prohibitively expensive and out-of-reach for the average American. Civil attorneys are reluctant to take these cases on a contingency basis — meaning an attorney works for free unless a judgment is awarded in

the victim's favor — because many of these harassers have limited assets. And litigation is also extremely expensive. A simple cease-and-desist letter sent by our attorney to our harasser was $1,700, and to write that letter we had to put up a $2,500 retainer. My attorney told us that initiating a civil lawsuit would take an additional $10,000 retainer and upwards of $125,000 in total costs. What average American family has that amount of cash on hand? We certainly don't, so just like many others whom the justice system has failed, we are forced to crowdfund our legal expenses through hope and a GoFundMe campaign. Is this what innocent Americans have to do to get justice? There has to be a better way.



Matt Benassi poses for a portrait on Wednesday, April 22.

If Section 230 wasn't written as it is today, victims of harassment, defamation and cyberbullying could hold social media companies accountable for what they publish, just like traditional media companies. And with the correct wording, these companies would be required to more actively police and remove any harassing/defaming content. And if they didn't, then attorneys would be more willing to take on contingency cases since social media companies have deeper pockets than harassers do — which is better for potential settlements.

Defenders of Section 230 say the law protects free speech and shouldn't be amended. And while it does protect our First Amendment rights, at some point victims' rights need to be protected as well.

My family and I believe in freedom of speech. We've served in the Navy, Army and Air Force as active duty, reserve and civilian members. I'm not suggesting

we limit or suppress legitimate discourse. Rather, it's about everyday people being able to hold individuals accountable when they've harassed, defamed and cyberbullied us.



Exclusive: She's been falsely accused of starting the pandemic. Her life has been turned upside down

Recently it seems that our government has taken notice of the problems with Section 230, as bills to reform the law have been introduced in both the House and Senate. And even the FCC has weighed in, saying it would clarify its meaning. But will these moves do enough to help victims, or is this designed to only support one political party's current agenda? The answer remains to be seen.

It's time to amend Section 230 to hold social media companies liable for the content on their platforms. Write your representatives and senators to demand action as, you too, are just one social media post away from a nightmare. My family became victims — let's make sure your family doesn't become a victim, too.

https://www.cnn.com/2020/10/23/perspectives/section-230-disinformation-hate-speech-social-media/index.html



**https://twitter.com/unfairlyaccused**

# Exhibit C-47



○   6 mos

See all See top donations

Matthew Benassi is organizing this fundraiser.

**We are Maatje and Matt Benassi, a US military family and earlier this year, my wife and I became victims of a conspiracy theory that went viral on social media and it almost ruined our lives.  We need your help to bring a civil lawsuit against our harasser to get justice and stop him from doing this to other innocent families.**

The harasser who promoted the lies -- a man who has a history of spreading misinformation and defaming innocent Americans -- claimed we were conspirators in a twisted Deep State plot to spread the coronavirus to China.  This went viral, as Chinese state-run media picked up the conspiracy and demanded my wife's medical information.  Because of these lies, we've been defamed, harassed and threatened since late March.

We've tried a number of options to avert a civil defamation lawsuit against these conspirators.  Initially we hoped they would just stop spreading lies -- they didn't.  We interviewed with a major news organization (CNN video) in hopes that they would get the message that we weren't involved -- they continued.  We removed hundreds of social media videos and posts to limit the spread of lies about us -- they persisted.  We've worked with social media companies to terminate their accounts -- they wrote books.  We worked with Amazon to remove the books and we hired an attorney to send a cease and desist letter -- they're planning a movie.  We feel our only option left is a civil lawsuit and unfortunately, we've found out that justice is very expensive in America.

Our simple cease-and-desist letter sent by our attorney to our harasser was $1,700, and to write that letter we had to put up a $2,500 retainer.  My attorney told us that initiating a civil lawsuit

would take an additional $10,000 retainer and upwards of $125,000 in total costs.  Recently, we spoke with an individual who successfully won a similar harassment suit and his attorney fees were over $300,000.

Any help is truly appreciated and we can't thank you enough for taking the time to consider donating to us.

Thank you,  Maatje & Matt Benassi

100% of this fund will support legal fees associated with bringing a civil defamation lawsuit against multiple conspiracy theorists/harassers who continue to propagate the lie that we are in-part responsible for ongoing Coronavirus pandemic.

Any funds not used to support our family's associated legal fees will be donated to the HONR Network ;  their mission is to fight on-line hate and harassment.

Read more

## Updates (9)
**February 27, 2021**by Matthew Benassi, Organizer

Friends, as we alluded to a few weeks ago. At this time we don't have a funding path to proceed with civil litigation against George Webb. However, we are working with a law enforcement agency to hopefully bring criminal on-line harassment charges against him. Recently, we've had some success in petitioning Patreon to remove several harassing/defaming posts/books about us and they decided to terminate their association with him which severed his major funding source. Also, we continue to work with the HONR Network to remove social media content that harasses and defames us. Also, as we stated when we started this GoFundMe campaign, "any funds not used to support our family's associated legal fees will be donated to the HONR Network ;  their mission is to fight on-line hate and harassment". As of today, we've paid 100% of our own legal fees and donated the entire balance from this GoFundMe campaign, $2,695 to the HONR Network.

In closing, we want to thank you all so much for your support and please know we will continue our fight until the lies stop and Section 230 is amended to protect victims of on-line harassment.

Thank you, Matt and Maatje

See older updates


**https://www.gofundme.com/f/maatje-benassi-defamation-fund**

# Exhibit C-48



# How a conspiracy theory closed part of a major US seaport

by Donie O'Sullivan   @CNNMoney

June 16, 2017: 5:46 PM ET



How a conspiracy theory closed part of a major US seaport

by Donie O'Sullivan   @CNNMoney June 16, 2017: 5:46 PM ET

"[Plaintiff] Webb's allegations were broadcast on "Crowdsource the Truth," a conspiracy theory YouTube channel with a relatively modest 11,000 subscribers. Two other people appeared on-screen with Webb, all remote of one another -- Webb said he was in Ohio. Throughout, the trio read and responded to live comments from their audience -- which reached 2,000 viewers at some points, according to one of the hosts."



Donie O'Sullivan ✔ @donie · Jun 17, 2017

How a @csthetruth "dirty bomb" conspiracy theory closed part of a major US seaport  - CNNMoney

How a conspiracy theory closed part of a major US seaport

The story of how a trio of conspiracy theorists with a modest following inadvertently shut down part of one of the United States' largest ports.

🔗 money.cnn.com

🗨 16          ⟲ 3          ♡ 3          ⬆

# Exhibit C-49



Donie O'Sullivan of CNN Calls Webb and Goodman

14,050 views • Jun 16, 2017

426    93    SHARE    SAVE

Jason Goodman
119K subscribers

SUBSCRIBE



GW Calls Disinfo Donie at #Fakenews CNN

7,576 views • Aug 17, 2017

214    84    SHARE    SAVE

Jason Goodman
119K subscribers

SUBSCRIBE

98



# Exhibit C-50





**https://twitter.com/csthetruth/status/898221646842122242**

# Exhibit C-51



**Donie O'Sullivan** ✔ @donie · Jan 2

The piece is due to air Sunday night and features Maatje Benassi who was falsely accused by conspiracy theorists of starting Covid-19.
@unfairlyaccused

Why victims of internet lies want Section 230 repealed
Section 230 of the Communications Decency Act of 1996 protects internet platforms from liability for what users post on their sites. Scott...
🔗 cbsnews.com

💬 9          ↻ 330          ♡ 1.3K          ⬆

**https://twitter.com/donie/status/1345451680641519616**



**https://twitter.com/unfairlyaccused**

# Exhibit C-52



**CrowdsourcetheTruth** @csthetruth · Apr 27, 2020

Replying to @ActonDavid @AAntelmann22 and 7 others

People who realize David George Sweigert is a cyber stalker can counteract his feckless efforts by sponsoring Crowdsource the Truth

patreon.com/crowdsourcethe...

Crowdsourcethetruth on subscribestar.com
Subscribe to Crowdsourcethetruth for more updates and exclusive content.
🔗 subscribestar.com



**CrowdsourcetheTruth** @csthetruth · Apr 27, 2020

Replying to @ActonDavid @AAntelmann22 and 7 others

David Sweigert is a cyberstalker & social engineer who has knowingly & maliciously spread lies in an effort to destroy my business & reputation, help me counteract this dope become a sponsor of Crowdsource the Truth

patreon.com/crowdsourcethe...

Crowdsourcethetruth on subscribestar.com
Subscribe to Crowdsourcethetruth for more updates and exclusive content.
🔗 subscribestar.com



**CrowdsourcetheTruth** @csthetruth · Apr 27, 2020

Replying to @ActonDavid @AAntelmann22 and 7 others

Dave, Susan Holmes admitted to being YOUR accomplice in a video you have attempted to remove from YouTube.

youtu.be/mx-YkpcUD88

How is it that most of my "sidekicks" are people introduced to me by your brother? Hmmmmmm?

patreon.com/crowdsourcethe...
subscribestar.com/crowdsourcethe...



Video unavailable
This video is private.



**CrowdsourcetheTruth** @csthetruth · Apr 27, 2020

Replying to @ActonDavid @AAntelmann22 and 7 others

do you really think anyone thinks your #FakeNews reports have any merit
Dave?  You & your brother are cyberstalkers, public menaces, but keep
doing what you are doing, you are helping my bottom line

patreon.com/crowdsourcethe...

Crowdsourcethetruth on subscribestar.com
Subscribe to Crowdsourcethetruth for more updates
and exclusive content.
𝒫 subscribestar.com

♡ 2          ⇄          ♡ 1          ⤴



**CrowdsourcetheTruth** @csthetruth · Apr 27, 2020

Replying to @ActonDavid @AAntelmann22 and 7 others

David George Sweigert, George Webb's brother is a malicious cyberstalker
who has publicly admitted to a family history of schizophrenia & wife
swapping with his own brother, Dave has cyber stalked & harassed me for
3+ years, they both level false claims & then stalk their prey

♡ 2          ⇄          ♡ 2          ⤴

# Exhibit C-53





# Exhibit C-54

## The Strange Case of The Groundhog Loop of the "Man-In-The-Middle Attacker", David Hawkins

Posted on **February 2, 2019**



*The Movie Groundhog Day (1993):  a TV weatherman who is covering Groundhog Day is caught in a time loop, repeatedly reliving the same day.*

It is *Groundhog Day* in the United States of America, and here I am pondering the time loops of David Hawkins and Jason Goodman, as they relive the same scenario over and over again.  So forgive me if I interject a few thoughts of my own into their speculative view of reality.

*What's Involved In An Accent of Speech?*



The one who answered our question about the start of Spring 2019

So, back in 2017 I visited my family in Scotland.  As I traveled around, many strangers asked me where I came from.  When I said, "Mississippi", the unanimous response was, "You don't sound like you're from Mississippi!!".

If you have ever been to the sparse world of rural Scotland, you will understand why I wondered how the Scots even knew that Mississippi existed,  let alone what accents are associated with this deep south state. When I was checking in at the Edinburgh airport to return home, I was interviewed by a security specialist, in part because I don't sound like I am from  Mississippi.  The questioning got more and more detailed about where I claimed I lived, even asking what types of shrubs I had planted in my garden.

REPORT THIS AD

Now the reason that I don't sound like I am from Mississippi is that I was born in Seattle into a family that had roots in Iowa and Nebraska.  My mother was born into an impoverished family with eleven children, and she went to work at age 13 as a live in servant for a wealthy family.  Thus she decided at an early age that one way out of her servitude, was to learn to speak perfect English like the upper class.

*The man with the fake British accent*

The topic for today's article regards David Hawkins, a man who considers himself to be the *Sherlock Holmes of the Modern World.* Now one of the things I have wondered about him is why he speaks with a *fake British accent.* You reply in surprise, "Fake accent! Isn't he British, after all?"

I am not sure why, but I remain unconvinced about his autobiography….let's see why I stand with arms folded, staring at this marvel of a man.



David Hawkins

I watch numerous British TV murder mysteries, which my husband checks out from the local library. I find it amusing when a male British actor fakes an American accent.  It is almost always a Texas, arrogant good-ol-boy, accent.  Years ago when I was in England, a young waitress, after finding out that we lived in Texas, wanted to know if we had a ranch like JR on the show *Dallas*.  We all have our preconceptions of what others are like.

REPORT THIS AD

Likewise, if you ask an American male to imitate a British accent, what comes out is an  upper class, snobbish, very droll form of speech; you know, exactly how David Hawkins presents himself. His demeanor meets the American conception of what a Brit ought to be–Sherlock Holmes, an air of being above us, familiar with history and the classics…but is he really who he says he is?

Hawkins is an expert in all things, or so he claims, including British Spy craft.  He promotes the quaint style of the *Man-in-the-Middle Attack* found in English history, where a letter  had been intercepted before it reached the recipient, and altered with a post script to frame the sender to look like they were intending to assassinate an unsuspecting target. Although he speaks in the third person about such matters, I propose that a primary example of *the Man-in-the Middle Attacker* in the present time frame, is actually David Hawkins, himself.

113



Did C6ISR Patented AI Switch the EVL BAT CAVE in Chicago to Live
Fire On 9/11 with David Hawkins

Jason Goodman

Subscribe   79K

3,305 views

Is David Hawkins going to pull a Man-In-The-Middle Attack on his latest unsuspecting host?

*BIOS, Bios, bios….*

There are numerous bios on the internet on David Hawkins.  There is a short bio
on *abeldanger.org* dated January 4, 2010 which states, "David Hawkins, Forensic Economist at
Hawks CAFE Vancouver, B. C. Canada Tel:  604 542 0891 Abel Danger White House Yahoo
Group Hawks CAFE Yahoo Group Focus:  Forensic Economics for Disaster Analysis and Virtual-
Reality Prototyping David Hawkins offers keynote speeches, workshops or consultancy on the
projects below.  Academic First Class Honours Degree in Mechanical Engineering.  Cambridge
University Diploma in Industrial Management Cambridge."

And then there is the bio written April 28, 2011,for the *Vote David Hawkins (Independent) South
Surrey-White Rock-Cloverdale* political campaign in British Columbia. Written by the poet
himself, he declared to potential voters:   "David Hawkins, Forensic Economist (Sherlock
Holmes of the Modern World), has been a passionate and compassionate leader with integrity
all of his life- even as a child he showed empathy with all forms of life, even pebbles at the
bottom of the stream which he felt didn't have a view.  In large projects such as Oil Rig Blowout
Safety (ORBS), small projects such as keeping a parking lot clean or personal relationships, he
stays true to his heart.  Working in the Middle East, Africa and many other countries, he became
widely respected for his management skills and vision always bringing out talent and genius in
EVERYONE.  After a career, long in adventure and experience, David shows no sign of slowing
down or his optimism waning and he is confident he can clean up military-procurement fraud
in Canada to "Stand On Guard for Thee'."

REPORT THIS AD

114

Yeah, right.  Is a pebble a form of life?  It appears that the voters remained unmoved by this poetic bio of David Hawkins, and elected to office a less dreamy candidate.



The Sherlock Holmes of the Modern World, always analyzing the mysteries of life around him.

Now here is the bio which *Coast2Coast* with George Noory offered around 2006, and remains untouched by both left and right-brained men:

"David Hawkins is a full member of the Scholars for 9/11 Truth.  A graduate of Cambridge University, he is the former coordinator of Artificial Intelligence and geo-science research at Schlumberger, and the inventor in 1989 of a toolkit for virtual-reality prototyping.  He is a world authority on the use of applied mathematics, thermodynamics and deductive logic to analyze violent crimes and identify the weapons, opportunities and motives of the perpetrators."

Right below this bio, a book written by a David R. Hawkins is linked to an *Amazon.com* page for *Power Vs. Force:  The Hidden Determinants of Human Behavior.* Now what Woo-woo genius thought that these two entirely different men sharing a similar name,  were identical?  One was a mechanical engineer, and the other was a psychiatrist. And then there is that great gulf in their ages.



David R. Hawkins, M.D., Ph.D., has practiced psychiatry since 1952, and is a life member of the American Psychiatric Association. A widely respected therapist and lecturer, his national television appearances include *The MacNeil/Lehrer News Hour*, *The Barbara Walters Show*, and the *Today* show. He has published numerous scientific papers and videotapes, and co-authored the book *Orthomolecular Psychiatry* with Nobelist Linus Pauling. His diverse background as a researcher and teacher is noted in his biographical listing in *Who's Who in America*.

Dr. Hawkins currently divides his time between his practice, books in progress, and direction of The Institute for Advanced Theoretical Research in rural Arizona.

The bio of the author of "Power Vs Force" is obviously not the same person as Coast2Coast's guest, David Hawkins. How is it that this false attribution has not been corrected in thirteen years?  I find it hard to believe that the "Sherlock Holmes of the Modern World" was so modest that he did not read the bio posted on him by George Noory, and request a correction.

REPORT THIS AD

*NOOOooo, not another error in the Coast2Coast bio of David Hawkins!*
Look at this December 4, 2006 post at *screwloosechange.blogspot* on *David Hawkins: Forensic Economist* regarding **the man who was kicked out of the Scholars for 9/11 Truth.**  The Coast2Coast bio was apparently originally written for a September 11, 2006 show, but it also lists another show on which Hawkins was interviewed, on March 7, 2007.  Now why did

Hawkins not correct the *C2C Bio*, to reflect that he had been forcibly removed from the Scholars

MONDAY, DECEMBER 04, 2006

## ▶ David Hawkins: Forensic Economist

911 blog has an interview up with David Hawkins, the man who was kicked out of the "Scholars" for 9/11 "Truth" for accusing Jim Fetzer of being involved in the 9/11 plot, and thereby accomplishing the rare feat of actually making Fetzer look sane by comparison. I have never quite figured what his qualifications are, but he points out that he is a "forensic economist", rather than a "forensic accountant". The distinction as far as I can tell means that he gets to propose his theories without having to use any actual numbers or transactions.

Hawkins then goes on to propose an incredible 9/11 plot involving in one way or another (take a deep breath) former CIA director John Deutch, the Chinese People's Liberation Army, the Mob, Noam Chomsky, the Boeing Company, Frank Carlucci, James Baker, the Carlyle Group, George Soros, Osama bin Laden (yes him), the Prime Minister of Canada Paul Martin, Bill Clinton, Hillary Clinton, Saddam Hussein, the Teamsters, and Colonel Sanders before he went &#@* up. OK, I made up that last one.

How the plot actually worked, I am still not quite sure. It is rather long and rambling, described alternatively as a war game, a numbers racket (the Paul Newman movie "The Sting" is mentioned several times), an insurance scam, a hedge fund scam and an arbitrage system.

They also carried out the same type of attack on New Orleans with hurricane Katrina.

Unbelievable...

posted by James B. @ 8:41 AM                    💬 36 comments

for 9/11 Truth group?

In a ***Loose Change Forum*** Discussion group, a post dated October 12, 2006 and presumably submitted by David Hawkins using his *Hawks Cafe* handle, documented several letters.  One of those was written by David Hawkins, in part explaining, "I put these issues of a perceived conflict of interest in possible payments by the Teacher's private equity groups to Professor Jim Fetzer, co-founder of the Scholars for 9/11 Truth, where until a few days ago I was a full member.  As a recently retired member of the Teachers' Pension fund, Mr. Fetzer became extremely defensive.  When I continued to demand an explanation for his perceived conflict of interest he threw me out of the society which he had invited me to join about six months ago as a full member.  Mr. Fetzer's decision to remove me as a full member of S9/11T denies myself

and my former fellow members opportunities to share research not just into the 9/11 murders but also the private equity frauds which appear to provide a financial motive for the murders." Hawkins continues, "**I am now alleging that the Scholars for 9/11 Truth is not only in a perceived conflict of interest with respect to the Teachers pension fund and its private equity groups, it has in fact been hired, with Mr. Fetzer as a founder, to run and manipulate an online forum and divert attention away from the Teachers' pivotal role in the 9/11 frauds.**"

An email dated October 8, 2006 from Jim Fetzer to David Hawkins states, "On the basis of numerous complaints about your saturation of the forum with speculations that verge on lunacy, I am revoking your membership in st911.org.  I have refrained until now because you were making me the focus of your ongoing attacks for which you appear to have nothing but the flimsiest basis.  I can assure you there is nothing the least bit unusual about my retirement in relation to TIAA/CREF.  I have never received a nickel from them apart from the normal accretion of earned interest on my investments.  However, it has now become apparent that your use of the forum to promote your views goes beyond the pale…".

An unsigned email is also documented in this Discussion group post, written to Jim and Steve, saying, "It is my opinion that the forum is now being saturated by the unsubstantiated theories of David Hawkins to such an extent that the environment for everyone else is suffering.  I've had my suspicions about DH for a while but it was never certain.  Now I am concerned that he is knowingly turning the forum into one big debate about him and his theories…As I see, the main reasons to doubt the honest intentions of DH are these:

1.  He is apparently a smart man, with qualifications and past papers.  But why can't a smart man organize his research, and why would he feel it, feel it necessary to start multiple threads when one or two would suffice.
2. It is hard to find any actual evidence in his jumbled work, and when asked to provide it he either ignores the request or answers with more speculations.
3. He makes countless accusations about Jim or about the group as a whole being compromised, and yet he does not feel he needs to dissociate himself from these problems.  If he was genuine, he would not stay in a group that he felt was tainted and not beneficial to him.
4. He has tried to label other topics as distractions, or implied that they are a waste of time and that everyone should be focusing on his theories instead."

This discussion post was titled *Teachers Private Equity Hired Scholars 9/11t?* by HawksCAFE, which is David Hawkins' signature handle.  At the end of the email which I just quoted excerpts from, there is a note saying, "[DH-I presume this above is an emanation from a poster boy 'newtonnjd' at the online forum]."

David Hawkins had been working alongside Field McConnell at *Abel Danger*, but more recently can be viewed promoting his theories in weekly broadcasts on Jason Goodman's *Crowdsource the Truth* YouTube Channel. I have not been following his SERCO theories closely, and who can?  Even the host, Jason Goodman, is having trouble grasping the 12 dimensions of Hawkins' speculations.

But  I do note that Hawkins had accused Field McConnell's sister of being involved in some sort of conspiratorial enterprises involving Serco, or some such thing.  This is similar in pattern to the strange connection he created between Jim Fetzer to the fallen Twin Towers disaster on

September 11, 2001. More recently he attempted to develop the *off the wall* theory connecting the patent filed by Dave Sweigert's father to the Jon Benet Ramsey murder.
If you read the four points noted by the member of the Scholars for 9/11 Truth group regarding the tactics of David Hawkins, it is apparent that Hawkins likes to position himself as *the Man-in-the Middle* for purposes of setting up an attack against a target in close vicinity to himself. Strangely, he is now positioned as a friend of Jason Goodman, who goes alongside Goodman to use his theories to attack Dave Sweigert. I shall probably address this positioning in further detail in another article; it is after all, Groundhog Day where it becomes difficult to escape that time loop which David Hawkins and Jason Goodman relive their speculations over and over.
In the meantime, let it sink in that David Hawkins IS most likely an example of the MAN-IN-THE MIDDLE ATTACKER.


**https://trackingmeroz.wordpress.com/tag/field-mcconnell-of-abeldanger/**

# Exhibit C-55

## Field McConnell's Flirtation With Paper Terrorism Tactics

Posted on **February 18, 2019**



Field McConnell, retired Delta Airlines pilot and retired USAF & F16 pilot

Whenever I research the topic of the *Sovereign Citizen Movement,* I often run into familiar names, such as Field McConnell of *Abel Danger* or Robert David Steele, who have associated themselves with the pseudo-legal philosophy of the fake Alaskan "judge" Anna Von Reitz and the *Victurus Libertas* website who are "unveiling the Freedom Revolution". About two and a half years ago, Field McConnell had interviewed Anna Von Reitz in a September 15, 2016 Abel Danger video.  And when I wrote a January 19, 2018 article, *The Context, The Whole Context, and Nothing But the Context?,* which discussed who was promoting the website *Victurus Libertas,* I noted that Field McConnell's name was mentioned in the

membership fees *Gold Level- Insider Engagement* as shown below:

**MEMBERSHIP FEES:  THE DOOR TO INSIDER ENGAGEMENT (something Ex-Con Tax Defier, former IRS Agent,  Sherry Peel Jackson knows all about)**

On the *VL* website which Angie heads as the *Editor-in-chief*, a page on *Membership Levels* provides a door to their  world of secret insider sources. The **Basic Membership** is $2 per month to support their efforts to "bring the truth forward for all to see while exposing corruption".  This level gives the member "access to ALL worldwide news stories, be included in the weekly newsletter to stay updated on the website, as well as the VL Channel and you will have first access to EXCLUSIVE interviews from our CREDIBLE INSIDE SOURCES before anyone else."

The **Gold Membership** is $5 per month which gives the Basic package plus "In addition, you will have access to 1-HIGHLY EXCLUSIVE interview per month, in which YOU will ask questions of a POLITICAL EXPERT, such as **Robert David Steele, Field McConnell** or possibly **even Ron Paul**.  We will have these HIGHLY EXCLUSIVE interviews set up each month….Your name will be used when we present the questions.  **It will be just like you are interacting directly (with) the expert!**"

*Victurus Libertas* also had interviewed the fake Alaskan judge Anna Von Reitz, and was selling products associated with Sherry Peel Jackson, a former IRS agent who went to jail for 4 years as a Tax Protestor.  So by being an inside *political expert* enticement for the Gold patrons of the *VL* website, Field McConnell is by inference also supporting the *Sovereign Citizen* philosophy this website promotes.

[As an aside, I had also written on Robert David Steele's association with Sovereign Citizen concepts in this September 16, 2018 article, *THE OATH Above All Oaths of Robert David Steele, Chief Counsel for the International Tribunal For Natural Justice.]*

REPORT THIS AD

Field McConnell has loosely attempted to engage the American court system for his purposes as far back as 2007, when he filed amateurish handwritten complaints in the U. S. District Court- District of North Dakota.  The first lawsuit,  *Field McConnell vs. Boeing Company and Air Line Pilots Association* was filed February 27, 2007 [link:field mcconnell boeing alpa 2007], and the second,  *Field McConnell, David Hawkins and 98 fellow plaintiffs vs. Global Guardians listed in "Preamble"* was filed May 1, 2007 [link:  field mcconnell global guardians lawsuit].

Both lawsuits failed for lack of prosecution, as apparently the plaintiff(s) never served the defendants.

In 2016, Field McConnell was involved in divorce proceedings in Wisconsin. We are going to look at certain aspects of this case, as he attempted to make use of several  *sovereign citizen* **paper terrorist tactics.**  The two documents under discussion in today's post can be located here:  [Field McConnell affidavit of truth 2016 ]  and [Field McConnell divorce 2016 ].

First, in viewing these documents, I am not going to be addressing who is right and who is wrong as far as this dispute concerns a private divorce judgment; however, it needs to be noted that a dispute arose because the Petitioner, Alison McConnell, had asserted that Field McConnell had not made certain maintenance payments, real estate tax payments, and provided proof of home loan payments or homestead insurance payments.  The attorneys for Alison McConnell filed a Notice of Motion and Motion for Divorce Judgment, Contempt Findings, and Further Relief with the Pierce County, Wisconsin Clerk of Circuit Court on March 1, 2016.

*IS FIELD McCONNELL A TARGETED INDIVIDUAL?*
In response, the Abeldanger.org website displays a document dated March 3, 2016,  written by Field McConnell titled, *Wisconsin Law Firm Ignorant of SEC Tracer #2640220  Implicates County Officials.*

REPORT THIS AD

In the above referenced document, 27 statements are laid out.  #5 explains
that Field McConnell had been "targeted by a 'weaponized IRS' beginning in December of 2014, and that "The targeting could only have been initiated by my sibling Kristine Marcy, and the person for whom she created a passport in 1994 utilizing the National Visa Center controlled by Serco, a British corporation."

#6 refers to the IRS as a private corporation who "has threatened to steal or cause harm to my property after I advised them on 22 May, 2015 that I was revoking my election to participate in their fraud." Thus it appears that the IRS probably is viewing Field McConnell as a potential *Tax Protestor*, which could lead to serious consequences, if that should be the case.
#8 states that "On 16 October, 2015 I became a Lien Claimant of an international commercial lien.  As a commercial instrument it has an S. E. C. Tracer Number of #2640220."  You can read about this *sovereign citizen* commercial lien in this pdf taken from the Anna Von Reitz website. [link:  sec tracer 2640220].  To understand what some of the consequences, such as incarceration, are for the fraudulent use of such liens, read this article at pseudolaw.com , *Is filing a UCC commercial lien a good way to enforce rights?*
#10 explains that Field McConnell asked Alison to become familiar with "An American Affidavit of Probable Cause" written by Judge Anna Maria Riezinger.  Alison did not become familiar."
This is one of several names which Anna Von Reitz uses in promoting her fraudulent schemes.
For background information on this fake judge, the YouTube channel *Virgo Triad* has several videos which can be seen at this link: *Fake "Judge"  Anna Von Reitz.*
*THE AFFIDAVIT OF TRUTH DATED JUNE 28, 2016*
In this document written by Field McConnell, 20 statements are made.  [Field McConnell affidavit of truth 2016]

REPORT THIS AD

#4 says, "The Plaintiff in this fraudulent divorce proceeding has claimed ignorance of my duties as **Global Operations Director for Abel Danger Global Private Intelligence Agency.**  To help the Court understand the Truth, I submit these 5 items of my efforts to enhance the safety of global travelers in time frame 4 December, 2006 until present day, 28 June, 2016.  The Abel Danger Global Private Intelligence Agency will this day, 28 June 2016, be posting a Threat Warning regarding an aviation threat to Hillary Clinton."



Field McConnell likes to wear many hats. He claims to be the Global Operations Director for Abel Danger Global Private Intelligence Agency.

After reading several pages which follow, I also claim ignorance of his duties.  So Abel Danger is a *Global Private Intelligence Agency*?

That title encompasses a rather grandiose objective.  However, if one looks into *sovereign citizen* "agencies" which are created by various persons who consider themselves as *above the law and anti-government*, it is not all that unusual.  It is not wise to laugh out loud at such pretensive titles, as I found out when I critiqued another global sovereign citizen. They responded by putting out an international notice of protest against my article.

#7 is Field McConnell's "Lawful Notice to all Bar Registrants" which begins, "Hear ye, Hear ye, Hear ye, I am the Natural Man, and I am calling out your soul to hold you accountable for the many crimes you may have committed against me."  The lengthy lecture which follows as well as the rest of this document is straight out of the *Sovereign Citizen playbook.*

*Google Paper Terrorism*

REPORT THIS AD

There are numerous individuals who have attempted to use *sovereign citizen "legal" instruments* who found themselves convicted and incarcerated for fraud. Most persons who attempt to use these types of legal claims in civil or criminal lawsuits are cited at minimum for promoting frivolous arguments.

If you are interested in what this pseudo-legal maneuvering is all about, please read the links provided in this article, which are a starting point in understanding this form of *paper terrorism against the courts and government institutions.*  Increasingly, people who have degrees in higher education, or are highly skilled, are turning to these fraudulent legal schemes to escape personal property or tax issues in their life, without reflection on what the real life consequences are for fraud or failure to pay taxes, etc.  Please don't become one of these, who later regret their actions when it is too late.

https://trackingmeroz.wordpress.com/tag/field-mcconnell-of-abeldanger/

# Exhibit C-56

Monday, November 19, 2018

## The Counterlawfare Report with Brian Vukadinovich - Corrupt Prosecution Requires Eye for An Eye Law

**Jason Goodman** Wrongful convictions like Winston Shrout… restart link from the beginning



Posted by Soaring Spirit at 7:24:00 PM

# Exhibit C-57



Plum City Plunge 2018 – At Home with ABEL DANGER – A Brief Tour of the About Time Country Escape

4,491 views • Streamed live on Jul 26, 2018

Jason Goodman
85.6K subscribers



Plum City Plunge 2018 – At Home with ABEL DANGER – A Brief Tour of the About Time Country Escape

4,491 views • Streamed live on Jul 26, 2018

Jason Goodman
85.6K subscribers

# Exhibit C-58

# Intelligence Report from Field McConnell and David Hawkins as of Aug. 25, 2010

Our guests describe how Crown Agents Sisters employed a man-in-the-middle attack on the SBA and City and Guilds Livery Cos. to commit insurance fraud on 9/11.

Many topics are covered in today's broadcast, including;

• How the City of London financed the 1941 bombing of Pearl Harbor.
• How Kristine Marcy (Field's sister) and Vicky Pryce used their respective positions as SBA Chief Operating Officer and KPMG Consulting Chief Economist to set up the Twin Towers bordereaux fraud on the RSA Insurance Group.
• How the Crown Agents use Jamie Gorelick to sanitize and hide important crime evidence, such as in the case of 9/11 and the BP oil spill.
• Allegations that Branch Davidian cult leader David Koresh had a sexual relationship with a much older woman named Lois Roden and that pedophilia was actively practiced at the Waco compound prior to the 1993 massacre.
• Evidence that Crown Agents helped place Lynne Cheney, Dick Cheney's wife, on the board of directors of Lockheed from 1994-2001 to help Norman Mineta (Transportation Secretary under Presidents Clinton and George W. Bush) develop man-in-the-middle attacks that sabotaged Allied military operations in Kosovo, Iraq and Afghanistan.

To get up to speed quickly about what Field and David are investigating, watch these videos.

# Exhibit C-60

# Sidney Powell shakes off history with militant extremist side-kick of conspiracy theorist

Updated: Nov 25, 2020

### BREAKING: MIDNIGHT FILING OF SIDNEY POWELL LAWSUIT ON 11/26/2020

**click below for court PDF**

COMPLAINT-CJ-PEARSON-V.-KEMP-11.25.2020

Download • 712KB

### BREAKING: GEORGIA VOTER FRAUD LAWSUIT FILED 11/25/2020

**click below for court PDF**

Georgia-Election-Contest-FINAL-1-2

.pdf

Download PDF • 374KB



DOJ Playbook and The Persecution of General Flynn with Special Guests Joseph Flynn & Sidney Powell



*Above: Jason Goodman has apparently been a big supporter of Cliven Bundy, Las Vegas, Nevada and his attorney Larry Klayman, esq. (law licenses suspended for 90 days).*

OPINION AND EDITORIAL

Sidney Powell, social media gadfly, has a long (and embarrassing) history with one of the most kooky "conspiracy theorists" in New York City -- Jason Goodman (Chelsea Section of Manhattan).

Jason Goodman is the "Ed Sullivan" of the wacko conspiracy movement show "CrowdSource The Truth" that is always asking for hand-outs, donations, sponsorships, Paypal, or whatever from gullible militant conspiracy theorotards.



SIDNEY POWELL'S EXPERT IN "LAWFARE"

New questions have surfaced about the connection between "Sidney Powell" and so-called "disinformation agent" Jason Goodman who prides himself as an expert in "lawfare". Many observers believe that Sidney Powell is engaged in "lawfare" with the filing of dubious federal lawsuits to stop vote counting (according to Internet news reports).



*Above: Sidney Powell has alleged that Hugo Chavez may have been involved in vote rigging (via software funding).*



*Above: Attorney Robert Barnes calls Sidney Powell's gambit a "classic disinformation campaign". An eerie statement when one considers so-called "disinformation agent" Jason Goodman.*



# Federal judge emphatically tosses Trump election suit in Pennsylvania after Giuliani's embarrassing appearance

**By DAVE GOLDINER**
NEW YORK DAILY NEWS  |  NOV 21, 2020 AT 7:24 PM



***Above:*** ***Judge Matthew Brann, of the U.S. District Court for the Middle District of Pennsylvania,*** *has dismissed the latest "Sidney Powell type" fake lawsuit (as Jason Goodman would say (expert in lawfare)).*

## WHAT IS A DOMESTIC TERRORIST ANYWAY?



138

Sidney Powell decided she should rub elbows with Jason Goodman and his convicted felon side-kick Scott Allan Bennett (who attempted to penetrate military base security with over 11 firearms and almost 1,000 rounds of ammunition) during a coffee clutch known as "CLASSIFIED OPERATION".

Most observers think it is a bit unusual for someone with three federal felony convictions (to include unlawful firearms charges) to appear at the "Patriot's Roundtable" to discuss disinformation campaigns. But, such was the case with Jason Goodman and Sidney Powell.



## Patriot's Roundtable at Operation Classified Scott Bennett, Robyn...

A group of America's bravest patriots join me to discuss the overwhelming corruption we now face. This interview was recorded live at John B. Wells Operation...

 Saved by **Alanda Burgess**

*Above: Sidney Powell and convicted felon Scott Allan Bennett showcased at "OPERATION CLASSIFIED", a conspiracy theorist convention in Dallas, Texas (Nov. 18, 2018)*

As seen below, the convicted felon Mr. Bennett exchanges quips with the "possible future Attorney General" Sidney Powell. Mr. Bennett impersonated the personal aid to a U.S. Navy Admiral at the United States Special Operations Command. Apparently, Mr. Bennett was nothing more than an "H.R. analyst" (as in human resources).



Patriot's Roundtable at Operation Classified Scott Bennett, Robyn Gritz, Sidney Powell & Kevin Shipp



Patriot's Roundtable at Operation Classified Scott Bennett, Robyn Gritz, Sidney Powell

*Above: Sidney Powell laughs it up with Jason Goodman (see CNN article of June 16th, 2017) and Scott Allan Bennett (former Goodman side-kick).*



*Above: Scott Bennett on Russian media*

## Prosecutors: Army reservist inflated role with military

By Howard Altman | Times Staff Writer

Published: July 21, 2011
Updated: March 20, 2013 at 02:55 PM

As a newly minted officer in the U.S. Army reserves, Scott Allan Bennett received rave reviews from his superiors at the 11th Psychological Operations Battalion during his first evaluation as a 2nd Lieutenant. Bennett, a personnel officer, was lauded, among other things, for devising a system to ensure evaluations were done on time. He was recommended for promotion. "His future with the Army is unlimited," wrote one superior officer. Then came the lies, prosecutors say. Even before his evaluation was done, Bennett wrote an email to his civilian employer, military contractor Booz Allen Hamilton, seeking a position at MacDill Air Force Base. In the email, Bennett inflated his role with the Army. In the email, introduced this morning at Bennett's federal trial on charges that he lied his way onto housing at MacDill Air Force Base, Bennett told Booz Allen Hamilton officials that he was a "psychological operations officer" with counterterrorism experience and an "Islam analyst" who had worked with U.S. Special Operations Command and the State Department. He wrote that he had a secondary military specialty as a personnel officer. But that wasn't true, Lt. Col. Joel Droba, an Army reservist and commander of Bennett's battalion, testified. ==Bennett was not a psychological operations officer, had not undergone the training, and served in a support role as a personnel officer.== And Bennett never had any orders from Special Operations Command during his tenure with the battalion. Army Lt. Col Frank Harrar, aide de camp to Special Operations Command chief Adm. Eric Olson, later testified that Socom had no record of contracts with Bennett. In January, 2010, Booz Allen Hamilton approved a contract for Bennett to work as a counter-threat finance analyst at the Joint Intelligence Operations Center at U.S. Central Command. Later that month, investigators say that after arriving at MacDill on a flight with Special Operations Command commander Adm. Eric Olson, Bennett told base housing officials that though he didn't have all the documentation he needed to move onto the base, he was an aide to the admiral, was on a secret mission and needed housing immediately. Housing officials allowed him to move in despite not having provided copies of his orders or a military pay stub. Then at about 2 a.m. on April 23, he showed up at the Dale Mabry gate and was stopped for a routine security inspection. An inspection of his car found two knives and an empty gun holster. Bennett denied having more weapons when asked by a guard. Bennett, according to investigators, appeared confused during the encounter, and Tampa police were called in. Police found a concealed weapon on Bennett and upon inspection of the car

*Above: The apparent frauds of Scott Bennett*



*Above: Goodman has been linked to self-proclaimed QAnon founder "DEFANGO", aka Manuel Chavez, III of Carson City, Nevada.*

**Scott Allan Bennett, former Goodman pal, was sentenced by a federal judge for attempting to gain access to the U.S. Special Operations Command, MacDill AFB, Tampa, Florida while apparently drunk behind the wheel.**



Cite: http://www.thesmokinggun.com/documents/florida/impostor-shocking-military-base-breach



*Above: Weapons cache (similar to Mr. Bennett's) of Lt. Christopher P. Hasson, USCG, of Silver Spring, Maryland*



DOJ Playbook and The Persecution of General Flynn with Special Guests Joseph Flynn & Sidney Powell

*Above: Conspiracy theorist Jason Goodman welcomes old gal pal Sidney Powell to his nutty conspiracy social media podcast.*

THE PRINCE OF COUNTER LAWFARE

**Jason Goodman was essentially labeled a person "that concocts outlandish conspiracy theories" by federal judge Hon. Valerie E. Caproni, presiding over two slander and libel lawsuits in the Southern District of New York (S.D.N.Y.). Goodman is a defendant in a lawsuit brought by the EMMY Awards and another by the brother of his former room-mate George Webb.**







MORE BACKGROUND (click for court documents)

gw-sweigert-vs-cnn-document-3-1106-2020

Download • 431KB

STAY TUNED ...

MORE TO COME

Fair Use Act Disclaimer

**This site is for educational purposes only. \*\*FAIR USE\*\* Copyright Disclaimer under section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, education and research. Fair use is a use permitted by copyright statute that might otherwise be infringing. Non-profit, educational or personal use tips the balance in favor of fair use.**
147

[https://www.sdny.info/post/sidney-powell-s-long-history-with-conspiracy-theorist-jason-goodman-and-convicted-felon-friends](https://www.sdny.info/post/sidney-powell-s-long-history-with-conspiracy-theorist-jason-goodman-and-convicted-felon-friends)

# Exhibit C-61

From: Spoliation Notice <spoliation-notice@mailbox.org>

To: "j108whd@gmail.com" <j108whd@gmail.com>, Spoliation Notice <spoliation-notice@mailbox.org>, "OGA_Requests@ncis.navy.mil" <OGA_Requests@ncis.navy.mil>, "ncispublicaffairs@ncis.navy.mil" <ncispublicaffairs@ncis.navy.mil>, "usarmy.belvoir.usacidc.mail.crime-tips@mail.mil" <usarmy.belvoir.usacidc.mail.crime-tips@mail.mil>, "mediarelations@usna.edu" <mediarelations@usna.edu>, "cmeo@usna.edu" <cmeo@usna.edu>, "NAVIGHotlines@navy.mil" <NAVIGHotlines@navy.mil>

Cc: "mdwatch@mcac.maryland.gov" <mdwatch@mcac.maryland.gov>, "mdwatch@leo.gov" <mdwatch@leo.gov>, "msp.media@maryland.gov" <msp.media@maryland.gov>, "msp.superintendent@maryland.gov" <msp.superintendent@maryland.gov>, "georg.webb@gmail.com" <georg.webb@gmail.com>, "ncdoc@ncdoc.navy.mil" <ncdoc@ncdoc.navy.mil>, "NAVIGHotline@navy.mil" <NAVIGHotline@navy.mil>, "pao@usna.edu" <pao@usna.edu>

Date: 07/09/2020 9:59 PM

Subject: Unauthorized access to military installations

REF:  https://www.cnn.com/2020/04/27/tech/coronavirus-conspiracy-theory/index.html

To whom it may concern:

Corean Elizabeth Stoughton, DOB 1X/1X/1966, Hanover, Maryand, using her status as a military dependent, provided unauthorized access to military installations for notorious YouTube "journalist" George Webb Sweigert (DOB 10/12/1960).  See referenced CNN video about smear of active duty military personnel.

This include unauthorized stays at the Navy Lodge at the Naval Station Annapolis, Maryland.  Ms. Stoughton also admitted "George Webb" to the U.S. Naval Academy to access the commissary and base exchange (store), which is a violation of Naval regulations (unauthorized patron).

This type of access was provided solely to give "George Webb" the appearance of "special access" to military installations for his video content. This act alone may encumber Ms. Stoughton into an investigation by the Naval Criminal Investigative Service (NCIS).

To this point, Ms. Stoughton advised the undersigned that she had launched a NCIS investigation against "George Webb", her former boyfriend.

During the period in question, Ms. Stoughton maintained two Twitter accounts, at least one YouTube account, and assumed the use of a "TruthLeaks" administrator e-mail account on GMAIL.COM.  TruthLeaks is the branding used by "George Webb" for his initiatives (see truthleaks-mod1, 2, 3, etc.).  Attached are direct messages that have apparently been sent by Ms. Stoughton to a "Thomas Schoenberger" (DOB 6/4/1960) of Provo, Utah.

Warm regards,

D. G. Sweigert



Replies                                          ✕

 C Elizabeth • 1 second ago

Exposing Gangstalkers

Same!

I haven't seen all your videos (yet), and therefore you might
have said this, and I missed it, but what is your opinion of
Trevor FitzGibbon?

My best friend of 35-years (since 10th grade), met him in
early 2018.  She was immediately targeted for harassment
thereafter.  One of the primary ppl involved in targeting her
was Defango.  Trevor played the unsuspecting victim which I
always thought odd since I figured out (immediately) the two
of them were connected, and are or were, friends.
WellTraveledFox, or whatever her name is, also went after my
friend (Kristina is her name).

Around the same time, I started dating George Webb, in May
2018, and in June, Kristina's father's personal data and bank
accounts were hacked, likely by this group (he's very
wealthy).  Btw, he's also a decades-long FBI asset, knew
Reagan personally, was in the Bush 43 White House, and her
mother was one of Laura Bush's social secretaries.  Not sure
if any of that has anything to do w the targeting, and is the
only reason I mention it.

Kristina received a fake FBI phone call, also in June 2018,
proclaiming to say they were investigating ME, which of
course freaked her out .. imo, as it was designed to do.  She

associated this, and her targeting, with my relationship w George Webb, not Trevor!  She suddenly cut ties w me, after 35 years as best friends.  She won't speak to me and when I tried to warn her about Trevor, when the Shadow Box stuff came to light, she blocked me from email, Twitter, etc.  She now believes Trevor is her best friend.  WTF.

Anyway.  This is just a tiny bit of what I've been dealing with.

If you know who I am, and know the least bit about me, I've been heavily stalked and targeted, too.  The worst of it was being accused of "murdering" Jenny Task Force Moore, who I never even met or knew.

There are overlaps and some common connections between us, more than I've mentioned.

We should talk.  If interested, please be discrete and respond only on this thread w contact info and we can go from there.

     

 C Elizabeth • 1 second ago

Exposing Gangstalkers

PS — the ironic thing, for me, is that my father had a very significant role in building what became the Internet (he was one of 4 in the very beginning), and is exactly the tool these jackals have used to target/harass/stalk me, and others. Sometimes it feels like I'm living in some kind of surreal simulation bc of the interconnectedness that continues to fold in on itself.

When I let it be known to them who my father is, they backed off immediately.

                                                         ⋮

# Exhibit C-62

That these articles described Ms. Schoenberger's involvement in Q Anon:

- Is Thomas Schoeneberger the Mastermind Behind Q Anon?

  https://heavy.com/news/thomas-schoenberger-qanon/

- The "game theory" in the Qanon conspiracy theory

  https://www.ft.com/content/74f9d20f-9ff9-4fad-808f-c7e4245a1725

- Evidence of the people responsible for "Qanon"

  https://daniel-ed-morrison.medium.com/evidence-of-the-people-responsible-for-qanon-being-responsible-for-qanon-779c357da8ae

# EXHIBITS

# END

The undersigned hereby attests under penalties of perjury that the attached exhibits are true and accurate reproductions of the original source documents on this thirteenth day of July (7/13) two thousand and twenty-one (2021).  A certificate of service appears on the last page.

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been transmitted via electronic mail message to the following parties on the thirteenth day of July (7/13) two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 | Jason Goodman, CEO |
|---|---|
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*