**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

## AMENDED AND CORRECTED EXHIBITS TO SUPPORT

### PLAINTIFF'S COUNTERSTATEMENTS TO DEFENDANT'S' LOCAL "RULE 56.1 STATEMENT OF UNDISPUTED FACTS", ECF no. 280

## EXHIBITS C -1 TO C -33

### REPLACES ECF 294-1

MAY IT PLEASE THE COURT, due to an excusable error this instant document was not transported to the Pro So Desk to accompany **ECF 299 and ECF 299-1**.  This instant document should accompany **ECF 299.**  This was an excusable error on the part of the undersigned.  A certificate of service appears on the last page of this document.

**The undersigned hereby attests under penalties of perjury that the attached exhibits are true and accurate reproductions of the original source documents on the fourteenth day of July (7/14), two thousand and twenty-one (2021).  A certificate of service appears on the last page.**

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

1

| | |
|---|---|
| Anti-SLAPP | Anti - Strategic Lawsuit Against Public Participation |
| Aff't | Plaintiff's Affidavit or Declaration filed with this document |
| Exhibit A - X | Indicates an exhibit appears in the volume for A exhibits that accompany the PLAINTIFF'S AFFIDAVIT |
| Exhibit C - X | Indicates an exhibit appears in the volume for C exhibits that accompany the COUNTER STATEMENTS |
| Exhibit M - X | Indicates an exhibit appears in the volume that accompanies this MEMORANDOM OF LAW |

# Exhibit C-1



George Webb Continues the Deep Dive Into Pakistanti ISI - NATO Rat Line

3,169 views • May 27, 2017

👍 155   👎 3   ↗ SHARE   ⬇ SAVE   •••

Jason Goodman
89.1K subscribers

SUBSCRIBED

George layers independent Pakistani special forces onto yesterday's East West Lahore to Mons rat line breakdown.  Pakistani 111?

SHOW MORE

# Exhibit C-2



Clear and Present Danger (Calm Before the Storm?) #maerskmemphis

91,071 views • Streamed live on Jun 14, 2017

👍 806   👎 241   ↗ SHARE   ≡₊ SAVE   ⋯

# Exhibit C-3



**Hudson Exposed** - Ray Looker's Firsthand Account of the Sinister Deception of Okey Marshall Richards
Jason Goodman • 7.1K views • 1 year ago
About 1 year ago, George Webb Sweigert introduced me to an individual allegedly named "Richard Stone." According to the two, Stone was a Vietnam veteran with experience as a "contractor to U.S. in...



Catching up with **Mr. Hudson Late Night** Call From D.C.
Jason Goodman • 10K views • 2 years ago
After a long day, Mr. Hudson shares a variety of insights. Bruce the Patriot death threat tweet (according to NPC) - https://twitter.com/BruceThePatriot/status/903291470521581568 Become a sponsor...



**Mr. Hudson** Responds to "Smear" Comments
Jason Goodman • 8K views • 2 years ago
Mr. Hudson's North Korea report was met with numerous negative comments. Was this an organic response or was it a deliberate smear? Grass roots or astro turf? Become a sponsor of Crowdsource



The King and I, and **Mr. Hudson**
Jason Goodman • 10K views • 1 year ago
A candid conversation with King James and Mr. Hudson about the state of U.S. - North Korean relations.



**The Hudson Report August 23, 2017**
Jason Goodman • 6.8K views • 2 years ago
Mr. Hudson and I discuss unfortunate Twitter fallout, EM warfare against the U.S. Navy, Chinagate, spies selling State Secrets, FBI whistleblower Michael McMahon, the often discussed and little und...



**The Hudson Report** Dirty Bomb Breaking News
Jason Goodman • 7K views • 2 years ago
Reuters and Florida Maquis report on an Indonesia terror plot to use a dirty bomb and potential connections to recent U.S. Navy incidents. Become a sponsor of Crowdsource the Truth and support



**Hudson Returns**
Jason Goodman • 12K views • 2 years ago
Mr. Hudson returns to answer his critics (and mine) as well as providing his insights into ongoing international and domestic matters including #Qanon. Videos Mr. Hudson recommends re: Naval



**Hudson Report PHX**
Jason Goodman • 8.1K views • 2 years ago
Updates from Mr. Hudson as I make my way to Phoenix, AZ to attend the Trump rally where POTUS is widely expected to pardon controversial Sheriff Joe Arpaio, or will he? Upon arriving in Phoenix, M...

8



**Hudson Report - Is Imran Awan's Lawyer Lying?**
Jason Goodman • 10K views • 2 years ago
Mr. Hudson weighs in on a threatening lawyer letter sent to Andre Taggart, the possibility that Christopher Gowen has lied in court, the incredibly stupid nature of Robert David Steele's fake lawsu...



**The Hudson Report August 26, 2017 U.S. Diplomats Under Attack in Cuba**
Jason Goodman • 5.1K views • 2 years ago
U.S. Diplomats in Cuba are reporting unusual symptoms as official explanation claim they are the victims of "sonic" weapons attacks. Mr. Hudson offers intelligence that provides an alternate exp...



**Hudson Report - Awan Bros IT Scandal Hearing**
Jason Goodman • 10K views • 2 years ago
Mr. Hudson returns after being off grid for several days on a recon mission. He weighs in on the Las Vegas massacre, Tom Fitton's Awan hearing and other topics. Become a sponsor of Crowdsource th...



**The Hudson Report - USS John McCain Directed Energy Weapon Attack?**
Jason Goodman • 35K views • 2 years ago
The Hudson Intelligence Group does not believe it to be within the realm of coincidence that two US Naval vessels could be rammed by merchant marine ships. Is a new form of sophisticated electroni...



**The Hudson Report BREAKING NEWS - Awans Selling State Secrets**
Jason Goodman • 9.7K views • 2 years ago
I've just received a call from Mr. Hudson with astonishing breaking news. This is historic. Become a sponsor of Crowdsource the Truth and support the effort http://paypal.me/crowdsourcethetruth ...



**Hudson Report - Benjamin Paddock & Battlefield Las Vegas**
Jason Goodman • 24K views • 2 years ago
Become a sponsor of Crowdsource the Truth and support the effort http://paypal.me/crowdsourcethetruth https://www.patreon.com/crowdsourcethetruth Public Bitcoin



**Checking in with Hudson on the Way to D.C.**
Jason Goodman • 6.4K views • 2 years ago
With possibly significant new developments in the Seth Rich murder case revealed last night by George Webb, I felt it important to check in with Mr. Hudson on my way to Washington. Mr. Hudson expr...



**Hudson Report August 25, 2017**
Jason Goodman • 6.3K views • 2 years ago
Mr. Hudson reports on disappearing cargo ships, the Awan brothers spy ring, possible treason in congress and what the Crowdsource community can do about it now.



Hudson Report - August 24, 2017

Jason Goodman • 6.1K views • 2 years ago

Mr. Hudson and I discuss the fallout of yesterday's conversation and what lies ahead in the days to come. It's been a rough road but we press on. Michael McMahon FBI whistle blower interview - ht...



The Hudson Report

Jason Goodman •

Hudson Report Awan Bros IT Scandal Hearing • 33:28

Hudson Report - Naming Names: John McCain • 38:36

VIEW FULL PLAYLIST (14 VIDEOS)



The Hudson Report Message to Congress on Clear and Present Danger

Jason Goodman • 8.8K views • 2 years ago

Last minute advice from Mr. Hudson on my way to Washington D.C. to deliver the report on the Awan Brothers spy ring. Become a sponsor of Crowdsource the Truth and support the effort http://paypal...



Hudson Report Las Vegas Shooting

Jason Goodman • 11K views • 2 years ago

Mr. Hudson goes into detail about the ongoing investigation into the Mandalay Bay shooting. Become a sponsor of Crowdsource the Truth and support the effort http://paypal.me/crowdsourcethetruth ...



Hudson Revealed

Jason Goodman • 20K views • 2 years ago

With over 40 years of military, intelligence and clandestine experience, confidential Crowdsource operative codename: HUDSON steps forward after months in the shadows. While operating in the bac...



The Hudson Report

Jason Goodman • 11K views • 2 years ago

Mr. Hudson returns with more information and insight. Refer to today's Hudson Report PDF document. https://drive.google.com/file/d/0B6-xZMRm0ehvUXY2WFZmbzZTWXc/view?usp=sharing Become a



Hudson Report - Naming Names: John McCain

Jason Goodman • 15K views • 2 years ago

The names are known, they've been listed already. The extent of the deeds may not be as well known to many. Hudson begins to name names as only he can. Become a sponsor of Crowdsource the Truth ...



The Hudson Report - Multiple Shooters in Las Vegas?

Jason Goodman • 17K views • 2 years ago

Mr. Hudson provides his analysis that indicates multiple shooters, multiple rates of fire and multiple caliber weapons. Become a sponsor of Crowdsource the Truth and support the effort http://pay...

10

# Exhibit C-4

1    To quote Mr. Goodman from the YouTube video "Sunday with Charles - (Special Wednesday Hammer

2  Drop Edition) Bonnie and Clyde, 12/6/2017 (21K+ views):

3    2:32:00  GOODMAN.  And you know, as I have said, we have gotten over the past several months a lot of

4  news from Mr. Hudson and the various members of the Hudson Group – **that I am in touch with.**  While he is not

5  broadcasting with us.  And, uh.  [emphasis added]

6    Using such fraudulent video content to solicit funds from the public is an honest services fraud.  18 U.S.

# Exhibit C-5

| | |
|---|---|
| 12 | **COUNT THREE:  FRAUDULENT "HUDSON INTELLIGENCE GROUP"** |
| 13 | In a YouTube video, entitled "Hudson Revealed", 8/14/2017, (on the Jason Goodman channel), (20K+ |
| 14 | views) the following description is provided: |
| 15 | Published on Aug 14, 2017 |
| 16 | With over 40 years of military, intelligence and clandestine experience, confidential Crowdsource operative codename: HUDSON steps forward after months in the shadows. |
| 17 | While operating in the background, Mr. Hudson has provided guidance and information assisting George and Jason daily for the past several months. |
| 18 | |
| 19 | Pressure mounts as the real possibility of a coup d'etat in America grows each day. |
| 20 | ***CONTINUED INTEREST IN THE PORT TO SUPPORT MONEY COLLECTIONS*** |
| 21 | During the interview between Goodman and Rock Hudson (Marshal Richards), Hudson proclaims: |
| 22 | 39:18.   HUDSON. [Source of dirty bomb hoax tip]  In regards to George Webb, I have a tremendous |
| 23 | respect for Webb. |
| 24 | 39:33.   HUDSON. George is just an amazing … what a mind. |
| 25 | 39:39:  GOODMAN. Yeah. |
| 26 | |
| 27 | |
| 28 | COMPLAINT PURSUANT TO FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT - 17 |

1        40:20:  HUDSON.  We have documents from the United Nations – UNODC.  [United Nations Office on

2    Drugs and Crime]  And so here is what we know – not, not from us.  But, from what we have been able to find out

3    using their own documentation.  I am sure that they are not going to like the idea that we have them.  [Laughter]

4        40:40:  HUDSON.  They need to keep things more secure.  Is all I can say.  [Goodman laughs]

5        40:47:  HUDSON.  We know for a fact that 425 million cargo containers are transported each year – in

6    the world --  [Goodman – uh huh] that represents over 90% of the world's total trade.  [Goodman – Amazing]

7        41:18:  HUDSON.  Charleston, South Carolina is a port hub.  [Goodman – right].  These hubs, depending

8    on the security protocols that they are using that, that day for that ship.  They can process 1,500 to 50,000 containers

9    per day.

10       41:48:  HUDSON.  Based on the United Nations own meta-data in order for a port hub to process 50,000

11   containers in a 24 hour period is 2,083 containers per hour.  [Goodman – seems like a lot].  [Laughter]  Well, let's

12   break it down further – 35 containers per minute.  [Goodman – wow].

13       42:33:  HUDSON.  Because they are making such an effort to determine if a container is safe or not safe.

14   They ought to be ashamed of themselves.



7

8

9

10

11

12

13

14

15

16

17

18 Elvis Presley – The Devil in Disguise? The King, The Covenant, and the #TimePhoneHack

19

20 9,992 views

21

1   D. GEORGE SWEIGERT, C/O
    336 BON AIR CENTER #241
2   GREENBRAE, CA 94904

3

                    IN THE UNITED STATES DISTRICT COURT
4                   FOR THE EASTERN DISTRICT OF VIRGINIA
                             RICHMOND DIVISION
5

6   ROBERT DAVID STEELE, ET. AL.              Case No.: 3:17-CV-601-MHL

7              Plaintiff,

8   vs.                                       DECLARATION OF D.
                                              GEORGE SWEIGERT
9   JASON GOODMAN, ET. AL.

10             Defendant

11                    FIFTH DECLARATION OF D. GEORGE SWEIGERT

12  Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to

13  affirm and attest to the below facts under penalties of perjury.  The undersigned attests and affirms that all attached

14  exhibits are true and accurate copies of sources (such as Internet web sites).

15      I.        JASON GOODMAN'S ASSOCIATION WITH QUINN MICHAELS

16              Defendant Jason Goodman has published yet another YouTube video production with the "CrowdSource

17  The Truth Researcher" Quinn Michaels (Korey Atkin) directed at the undersigned ("Elvis Presley – The Devil in

18  Disguise? The King, The Covenant, and the #TimePhoneHack", 5/26/2018).  [Exh. 1].

19              During the course of this video, defendant Goodman holds up to the camera and allows his audience to read

20  the FIRST DECLARATION OF D. GEORGE SWEIGERT [Doc. 51, 5/22/2018].

21              It appears that nearly 40-50% of this video is directed at discussing the undersigned and the document

22  located at [Doc. 51, 5/22/2018].  During the YouTube video Mr. Goodman comments:

23          36:28: GOODMAN: "The example that I am thinking of right now.  It's got to do with our same favorite

24  friend, the gay [the undersigned] who is sending people to visit you there in Shasta".  [Exh. 1].

25          DENIED.  The undersigned DENIES that he has directed, guided or encouraged individuals to visit Mr.

26  Michaels (Atkin) in any location, at any time, for any purpose.  This insinuation by Mr. Goodman is denied in its

27  entirety in all its forms.  The undersigned does not engage in the practice of "sending people" to meet anyone.  This

28  notion is completely false and is denied by the undersigned in its entirety.
    DECLARATION OF D.GEORGE SWEIGERT - 1

# Exhibit C-6



https://www.youtube.com/watch?v=Qic9nO23qV4





https://www.teaparty911.com/tea-party-groups/new-jersey/

# Exhibit C-7



Has Quinn Michaels Discovered Evidence of A Manuel Chavez Steemit Money Laundering Scam?

Blockchain witness Blair indicated the verification method could be rigged by 1 individual. Tone Vays says the Steemit blockchain isn't a true blockchain. Now Quinn has caught Manuel Chavez III (Defango) red handed in what appears to be a money laundering scheme.



Has Quinn Michaels Discovered Evidence of A Manuel Chavez Steemit Money Laundering Scam?



Has Quinn Michaels Discovered Evidence of A Manuel Chavez Steemit Money Laundering Scam?

I've been investigating block chain driven, cryptocurrency backed Steemit.com, since the misanthrope Frank Bacon began his hard sell over a year ago. Despite a market cap over $400M, their NYC office is nothing more than a PO Box.

Blockchain witness Blair indicated the verification method could be rigged by 1 individual. Tone Vays says the Steemit blockchain isn't a true blockchain. Now Quinn has caught Manuel Chavez III (Defango) red handed in what appears to be a money laundering scheme.

**https://www.brighteon.com/5830627331001**

# Exhibit C-8



Is Manuel Chavez III Offering Instructions for a Money Laundering Scheme on Steemit.com? – PART 2

24 views



**Crowdsource the Truth**
Published 3 years ago | Comments





Is Manuel Chavez III Offering Instructions for a Money Laundering Scheme on Steemit.com? – PART 2

**https://www.brighteon.com/5851547933001**

25

Quinn discovered a Discord chat message from Manuel Chavez III (Defango) that seems to indicate Chavez suggesting a method to "make money out of thin air" & launder it through a complex system of cryptocurrencies, automated procedures & exchanges. If in fact he is doing this, where is the money coming from? Is someone being scammed? We just don't know but now you can examine his own writings to try to figure it out.

Crowdsource the Truth on Patreon
www.patreon.com/crowdsourcethetruth

# Exhibit C-9



**https://www.brighteon.com/5851547941001**

# Exhibit C-10





Judge Dismisses Seth Rich Family Civil Suit – Special Guest Retired Homicide Detective Rod Wheeler

24 views                                                                                      👍 0

**Crowdsource the Truth**
Published 3 years ago | Comments                                    SUBSCRIBE (137)

Rod Wheeler, retired DC MPD homicide detective was hired on behalf of the Rich family to investigate the unsolved murder of their son Seth, the purported DNC insider who may have leaked data to Wikileaks. Soon after Wheeler found himself on the opposite end of a civil suit filed





Judge Dismisses Seth Rich Family Civil Suit – Special Guest Retired Homicide Detective Rod Wheeler

24 views                                                                                         👍 0

**Crowdsource the Truth**
Published 3 years ago | Comments

SUBSCRIBE (137)

Rod Wheeler, retired DC MPD homicide detective was hired on behalf of the Rich family to investigate the unsolved murder of their son Seth, the purported DNC insider who may have leaked data to Wikileaks. Soon after Wheeler found himself on the opposite end of a civil suit filed against Fox News & himself by the Rich family. He joins me to discuss this bizarre odyssey.

Become a Sponsor of Crowdsource the Truth
www.patreon.com/crowdsourcethetruth

**https://www.brighteon.com/5821522856001**

# Exhibit C-11

From: "Steven S. Biss" <stevenbiss@earthlink.net>

To: spoliation-notice@mailbox.org, Jason Goodman <truth@crowdsourcethetruth.org>

Cc: Robert Steele <robert.david.steele.vivas@gmail.com>, Johan Conrod
<rjconrod@kaufcan.com>, "Terry C. Frank" <tcfrank@kaufcan.com>

Date: 12/02/2017 5:22 PM

Subject: Evidence Preservation Notice


TO WHOM IT MAY CONCERN:


I represent Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), in
connection with an action pending in the United States District Court for the Eastern District of
Virginia, Richmond Division, styled Robert David Steele and Earth Intelligence Network v.
Jason Goodman, Patricia A. Negron and "Queen Tut", Case 3:17-cv-601-MHL (the "Virginia
Litigation").


On December 1, 2017, Mr. Steele received the attached email via a general business email box,
contact@unrig.net.


The email appears to have been sent by someone or something called "mailto:"spoliation-
notice@mailbox.org".


Please be advised that my clients are not affiliated or associated in any way with the sender of
the email or with any organization putatively called "mailbox.org". My clients had no input in
the preparation of the email. My clients do not agree, adopt or endorse in any way the statements
in the email. My clients did not request that any email be transmitted to "Ladies and Gentleman"
at any "offices" for any reason. Indeed, my clients had no knowledge of the email until it was
received at contact@unrig.net.


Specifically, my clients did not and do not request any "Evidence Preservation" on any records
"held by your organization" for any reason. I also point out that discovery has not begun in the
Virginia Litigation as there has been no Rule 26f conference.

33

The email states that the "target of this evidence preservation" is Jason Goodman, CHELSEA MERCANTILE BUILDING, 252 7th Avenue, No. 6S, New York, NY 10001. The email further states as follows: "Of primary concern is any documentation in your possession that would indicate that Mr. Goodman is authorized to conduct business operations in this apartment. This would include copies of certificates of occupancy, business licenses, etc. Mr. Goodman collects electronic wire transfers to support a YouTube conspiracy and hoax show known as "Crowd Source The Truth". Mr. Goodman is presently a defendant in a federal lawsuit in the courts of Virginia for activities related to this show. Allegations range from slander, defamation to cyber-stalking. Below is a link to the most recent production of his show that purports to question the law enforcement investigation of the Federal Bureau of Investigation (FBI) and Las Vegas Metro Police Department (copied as a courtesy).
https://www.youtube.com/watch?v=2FQUWgsZYa4https://www.youtube.com/watch?v=2FQU WgsZYa4 During the summer of 2017 Mr. Goodman apparently hosted an individual in this apartment at No. 6S known as George Webb Sweigert as a room-mate, business associate, friend, or other unknown relationship. During broadcasts of Mr. Goodman with Mr. Sweigert an incident was created known as the "dirty bomb hoax" that led to the emergency closure and shut-down of the Port of Charleston, S.C. which prompted the FBI to conduct an investigation of "GEORGE WEBB", as reported in the New York Times and CNN (June 2017). The foregoing underscores the litigation needs for evidence related to this apartment, especially for the previous six months. This also demonstrates the importance of evidence preservation. Therefore, we ask that you safely preserve, archive and protect any and all materials and evidence related to Mr. Goodman and this apartment."


I am in receipt of an email from Jason Goodman dated December 1, 2017 in which Mr. Goodman states, "The anonymous individual sending these messages under the name 'Spoliation Notice' is believed to be David George Sweigart a mentally disturbed person who resides in Mt Shasta CA and has been harassing me over the internet for the past six months. Please disregard the message and / or assist me in prosecuting this individual for cyber harassment."


Rudimentary internet research indicates that "David George Sweigart", aka "Dave Acton", is the brother of "George Webb". https://www.youtube.com/watch?v=AjGAo20bW8s. "George Webb" is an individual who is or was associated with Jason Goodman. Mr. Webb, aka "George Webb Sweigart", is a witness in the Virginia Litigation. See https://www.youtube.com/watch?v=CS0GZaR6b6U&feature=youtu.be.


My clients are not involved in any way in any dispute between Mr. Goodman and David George Sweigert. However, I join in Mr. Goodman's request that you disregard the "Evidence Preservation Notice", as it has absolutely nothing to do with the Virginia Litigation.

Call or email me if you have any questions at all about the Virginia Litigation or my email. I am copying my colleagues Johan Conrod and Terry Frank at Kaufman & Canoles in Richmond,, Virginia, who represent Defendant, Patricia A. Negron, in the Virginia Litigation. Feel free to reach out to either Johan or Terry to discuss the matter.

If you verify or determine the identity of the sender of the fake email, please provide it to me so I can advise the District Court here in Virginia.

Steven S. Biss

300 West Main Street, Suite 102

Charlottesville, Virginia 22903

Mobile: (804) 501-8272

Facsimile: (202) 318-4098

Email: stevenbiss@earthlink.net

Email: ssbiss@yahoo.com

LinkedIn: www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, I inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.

# Exhibit C-12

From: **Spoliation Notice** <spoliation-notice@mailbox.org>
Date: Fri, Dec 1, 2017 at 11:58 AM
Subject: Evidence Preservation Notice
To: support@streateasy.com, truth@crowdsourcethetruth.org, Spoliation Notice <spoliation-notice@mailbox.org>, demsker@demskerrealty.com
Cc: NDIRecords@dps.state.nv.us, jwright@dps.state.nv.us, cbsmith@dps.state.nv.us, mstmartin@gov.nv.gov, gpowell@dps.state.nv.us, pio@lvmpd.com, contact@unrig.net, stac@clarkcounty nv.gov, nyspmail@troopers.ny.gov

Ladies and Gentlemen:

This message is sent to your offices for litigation purposes and requests the preservation of evidence held by your organization.  Such evidence includes: invoices, rental applications, e-mail messages, notes, inspections, etc.

The target of this evidence preservation is:

> JASON M. GOODMAN
> CHELSEA MERCANTILE BUILDING
> 252 7th Avenue, No. 6S
> New York, NY 10001

Of primary concern is any documentation in your possession that would indicate that Mr. Goodman is authorized to conduct business operations in this apartment.  This would include copies of certificates of occupancy, business licenses, etc.

Mr. Goodman collects electronic wire transfers to support a YouTube conspiracy and hoax show known as "Crowd Source The Truth".  Mr. Goodman is presently a defendant in a federal lawsuit in the courts of Virginia for activities related to this show.  Allegations range from slander, defamation to cyber-stalking.

Below is a link to the most recent production of his show that purports to question the law enforcement investigation of the Federal Bureau of Investigation (FBI) and Las Vegas Metro Police Department (copied as a courtesy).

https://www.youtube.com/watch?v=2FQUWgsZYa4

During the summer of 2017 Mr. Goodman apparently hosted an individual in this apartment at No. 6S known as George Webb Sweigert as a room-mate, business associate, friend, or other unknown relationship.

During broadcasts of Mr. Goodman with Mr. Sweigert an incident was created known as the "dirty bomb hoax" that led to the emergency closure and shut-down of the Port of Charleston, S.C. which prompted the FBI to conduct an investigation of "GEORGE WEBB", as reported in the New York Times and CNN (June 2017).

The foregoing underscores the litigation needs for evidence related to this apartment, especially for the previous six months.  This also demonstrates the importance of evidence preservation.  Therefore, we ask that you safely preserve, archive and protect any and all materials and evidence related to Mr. Goodman and this apartment.

Warm regards,

Evidence Collection Team


--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

# Exhibit C-13

From: "Jason Goodman (Crowdsource the Truth)" <jason@21stcentury3d.com>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Cc: report@bitchute.com, Jason Goodman <jasongoodman72@protonmail.com>, copyright@bitchute.com, legal@bitchute.com, YouTube <copyright@youtube.com>, Colin Sullivan <colin@patreon.com>, legal@patreon.com, legal@support.youtube.com, corina.davis@redbubble.com

Date: 08/26/2018 12:01 AM

Subject: Re: NOTICE OF INTENT TO ADD BITCHUTE AS DEFENDANT TO USDC SC LAWSUIT

Dave,

No reasonable person would take legal threats from an anonymous email address seriously. Your claims are as absurd as your protracted harassment campaign.  I run a subscription based video service.  You are the one protecting charity fraud and RICO. Each email you send increases your legal liability.  Cease and desist from this harassment immediately.  You are only making this worse for yourself.  You are a menace to the public and a danger to yourself.  Seek help.

Jason Goodman

323-744-7594

> On Aug 25, 2018, at 4:34 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> To whom it may concern:

>

> Attached is the legal theory that supports a cause of action against Patreon, INC for aiding and abetting the alleged wire fraud racketeering activities of Jason Goodman.

>

> Mr. Goodman has been warned, as has Patreon, INC., about the non-stop public distribution of false information with the intended purpose to defraud patrons of "CrowdSource The Truth" and the individual known as "DAVID SWEIGERT".

>

> It is suggested that all parties use prudent caution and consult with an appropriate attorney.

>

> Warm regards,

>

> Evidence Collection Team

>

>> On August 25, 2018 at 2:44 PM "Jason Goodman (Conspiracy Realist)" <jason@21stcentury3d.com> wrote:

>>

>>

>> Mr David Sweigert,

>>

>> Your ongoing harassment of me is not legitimate legal action.  Every person receiving this message knows that no actual lawyer and no legitimate legal action would communicate via anonymous email in the way you repeatedly have.

>>

>> You have persistently harassed me, and in this case, business associates of mine that are totally unrelated to bitchute.com or activity on bitchute.com by me or anyone else.  Furthermore, you have presented no evidence whatsoever that I or anyone affiliated with me is responsible for uploading the video files you have referred to on bitchute.com.  You could have easily done this yourself as a pre-text or further motivation to send harassing anonymous emails and threats.

>>

>> You yourself created the videos in question, and the CRAZY_DAVE bitchute account you refer to shows no clear connection to me or my business endeavors. It is not monetized in any way that I observe and does not reference my business in a promotional manner or advertise my endeavors in any way.  Bringing it to the attention of business associates of mine along with your baseless allegations and threats of legal action against myself and my associates is clearly a malicious act of tortious interference on your part and represents significant legal exposure for you.

>>

>> To clarify further, it remains unclear if the bitchute channel in question violates copyright law in the way you allege.  It may in fact be protected by "fair use" under the Digital Millennium

41

Copyright Act, but that in of itself would be up to the determination of a judge. I have heard on the internet that this particular bitchute channel is intended to be an evidence repository. The video content on it would appear to demonstrate your own criminal intent to harass and intimidate myself and others as you have for the past 12+ months and continue to in an ongoing fashion.

>>

>> The irony here is that your repeated and aggressive attempts to suppress this information are IN FACT spoliation of evidence with regard to your ongoing criminal harassment of me. That is the assessment of Special Agent Brittany Custer of the FBI, to whom I have given an extensive report of your actions. In the state of California, where you reside, spoliation of evidence is a very serious offense. Sanctions can include the dismissal of claims or defenses, preclusion of evidence, and the granting of summary judgment for the innocent party.

>>

>> I must warn you yet again to discontinue your ongoing harassment of myself and my business associates. The civil legal and criminal exposure you are creating for yourself only puts you at risk and is not effective in intimidating me or the legal teams of the corporations you continue to harass.

>>

>> Jason Goodman

>> 323-744-7594

>>

>>> On Aug 25, 2018, at 1:33 AM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>

>>> Dear Mr. Goodman,

>>>

>>> In the previous e-mail message the attached documents speak for themselves.

>>>

>>> Corporations have a right to know that they will be named as defendants in legal actions related to your criminal copyright infringement and other racketeering activities.

>>>

>>> For your review two new court documents are attached which depict your use of the social media platform PATREON to carry on your alleged racketeering activities.

>>>

>>> This message is designed to warn BITCHUTE so that they may avoid troublesome litigation and other unpleasant realities.  There is a requirement to provide adequate notice to potential defendants.

>>>

>>> You may wish to consult an attorney.

>>>

>>> Warm regards,

>>>

>>> Evidence Collection Team

>>>

>>>

>>>

>>>

>>>> On August 24, 2018 at 5:56 AM "Jason Goodman (Crowdsource the Truth)" <jason@21stcentury3d.com> wrote:

>>>>

>>>>

>>>> The previous email was sent by David George Sweigert.  Mr. Sweigert has been posing as a lawyer sending anonymous legal letters and harassing me for more than one year.  Mr. Sweigert is committing tortious interference by making claims unsupported by evidence and presenting them to companies I do business with, with the express intent of defaming me and damaging my business relationships.  Please disregard any communications from Spoliation Notice <spoliation-notice@mailbox.org> this is a fake account and not a real legal firm or lawyer.

>>>>

>>>> Jason Goodman

>>>>

>>>>> On Aug 23, 2018, at 5:20 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>>>>

>>>>> REF:  Evidence preservation demand

43

>>>>>

>>>>> ATTENTION:

>>>>>

>>>>> As you are well aware the individual known as "JASSON GOODMAN" has created a fake news site known as "CRAZY_DAVE" on the BitChute platform.  Evidence of the BitChute videos is attached in the form of a PDF file.

>>>>>

>>>>> ALL material posted to this "CRAZY_DAVE" BitChute site is the sole property of DAVID SWEIGERT.  Mr. Goodman has NO rights to this copyrighted property whatsoever. This content is not authorized for public distribution in any manner by anyone and is the exclusive property of DAVID SWEIGERT.

>>>>>

>>>>> DEMAND is hereby made that all of the content of "CRAZY_DAVE" be removed immediately.  In the alternative BitChute will be added to the lawsuit depicted in the second PDF file.

>>>>>

>>>>> YouTube, LLC has wisely terminated two (2) similiar hoax new sites created by JASON GOODMAN as described in the third PDF file.

>>>>>

>>>>> As BitChute is now a potential defendant in a fedral lawsuit your enterprise is hereby instructed to safely archive, store, and make safe all electronic evidence associated with the "CRAZY_DAVE" BitChute site.  Including log files, audit files, membership subscription forms, dates and times of uploading of content, etc.

>>>>>

>>>>> Warm regards,

>>>>>

>>>>> Evidence Collection Team

>>>>>

>>>>> Attachments:

>>>>> BitChute artifacts

>>>>> Letter to YouTube,LLC

44

>>>>> Pleading of the USDC for South Carolina<bitchute-infringement - Copy - Copy.pdf><youtube-response.pdf><brief-2-support-copyright.pdf>

>>> <Evidence-Goodman.pdf>

>>> <RJN-GOODMAN.pdf>

> <acacacavvvaaaaaazzazz.jpg>

# Exhibit C-14

From: Spoliation Notice <spoliation-notice@mailbox.org>

To: Jason Goodman <jason@21stcentury3d.com>, Spoliation Notice <spoliation-notice@mailbox.org>

Cc: legal@support.youtube.com, TMTMEP@uspto.gov, TMCONSISTENCY@uspto.gov, TMDesignCodeComments@uspto.gov, FeesHelp@uspto.gov, TMdatabasecorrect@uspto.gov, TrademarkAssistanceCenter@uspto.gov, ETAS@uspto.gov, TMIDSUGGEST@uspto.gov, TMPostPubQuery@uspto.gov, usptoinfo@uspto.gov, TMFeedback@uspto.gov

Date: 05/14/2018 10:31 PM

Subject: Re: TRADEMARK OPPOSITION -- 87752970

Dear Mr. Goodman:

To clarify:

Here is the CNN story about you and George Webb Sweigert concerning the cyber attack on the Port of Charleston

http://money.cnn.com/2017/06/16/media/port-of-charleston-dirty-bomb-conspiracy-theory-shutdown/index.html

This is the present petition against the USPTO

https://www.change.org/p/andrei-iancu-trademark-application-for-crowdsource-and-or-crowdsource-the-truth-should-be-denied

This is the ongoing petition concerning efforts to secure your indictment

https://www.change.org/p/s-c-senator-hugh-leatherman-indict-the-charleston-iii-for-closing-the-port-of-charleston-with-a-dirty-bomb-hoax

A white paper discussing the Port of Charleston Dirty Bomb Hoax can be found here

https://www.slideshare.net/dgsweigert/port-of-charleston-evacuation-case-study-the-cognitive-threat-of-conspiracy-theorists

A Report addressing the Port of Charleston Dirty Bomb Hoax can be found here:

https://www.amazon.com/Report-Charleston-Dirty-Social-Liability/dp/1717056792/ref=sr_1_1?ie=UTF8&qid=1526329164&sr=8-1&keywords=dirty+bomb+hoax

Warm regards,

Evidence Collection Team

> On May 14, 2018 at 3:34 PM Jason Goodman <jason@21stcentury3d.com> wrote:

>

>

> The anonymous individual claiming to bring this action has been engaged in a cyber harassment campaign against me for more than 9 months.  He is a menace and possibly mentally ill.  He is engaged in the regular practice of submitting false claims to law enforcement and other efforts to harass me.  His anonymous messages are obviously not official notification from a lawyer and as such, should be disregarded.

>

> Jason Goodman

> 323-744-7594

>

> > On May 14, 2018, at 5:55 AM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>

>> REF:  TIERNEY, MARGERY ANN

>> TRADEMARK 87752970

>>

>> EVIDENCE PRESERVATION DEMAND

>>

>> Ladies and Gentlemen:

>>

>> A civil action shall be commenced pursuant to the False Claims Act, 31 USC 3730, for the fraudulent temporary assignment of the Trademark "CrowdSource The Truth".

>>

>> The United States of America shall be a co-plaintiff in this action.

>>

>> Opposition shall be filed in this particular petition.  Therefore, it is strongly suggested that all electronic evidence associated with this Trademark be safely archived and protected for trial.

>>

>> This includes all e-mails, letters, texts and other communications.

>>

>> Warm Regards,

>>

>> Evidence Collection Team

>> <testing2222.jpg>

>> <testing.jpg>

>> <testiaaang2222.jpg>

>> <testiaaaaaaang2222.jpg>

# Exhibit C-15

From: Jason Goodman <truth@crowdsourcethetruth.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>, "j108whd@gmail.com" <j108whd@gmail.com>

Cc: feedback <feedback@calbar.ca.gov>, George Webb <georg.webb@gmail.com>, Colin Sullivan <colin@patreon.com>, "dutyofficer@ncric.ca.gov" <dutyofficer@ncric.ca.gov>, "msp.superintendent@maryland.gov" <msp.superintendent@maryland.gov>, "OFL@usdoj.gov" <OFL@usdoj.gov>, "msp.hq@maryland.gov" <msp.hq@maryland.gov>, Jason Goodman <jasongoodman72@protonmail.com>, "generalcounsel@fmc.gov" <generalcounsel@fmc.gov>, "Kevin.L.Maehler@uscg.mil" <Kevin.L.Maehler@uscg.mil>

Date: 06/30/2018 1:15 AM

Subject: Re: Continued litigation hold duty for electronic records in RICO civil suit

As a matter of interest to the military, law enforcement and government officials copied on this message, the anonymous sender is David George Sweigert.  This individual has been spearheading a persistent harassment campaign against me for the past 12 months.  **I believe he is motived to do this because of my journalist endeavors to reveal criminal activity that I believe he and his associates are involved in.**  He is actively attempting to engage in two baseless, frivolous civil suits against me and has made multiple false statements in court submitted documents to do so.

He has made over 400 harassing, seemingly psychotic videos antagonizing and defaming me, naming me by name and falsely accusing me of a wide range of crimes in publicly posted videos with thousands of on line views.  He is actively attempting to ruin my public reputation with lies and defund my business by harassing my associates and patrons.

**In addition to suffering from what appears to be obvious mental illness, he is a sexual deviant, publicly admitting to wife swapping with his own brother George Webb Sweigert, also copied on this message.**

David Sweigert lacks the confidence in his "information" to send a legitimate email from either his own address or a lawyer and opts instead, to use this anonymous "Spoliation Notice" account.

The bizarre irony here is that David Sweigert is actively and persistently engaged in spoliation of evidence including his harassing videos.  I have preserved not only all video, email and other electronic activity I have engaged in for the past year, I have also preserved his harassing emails, videos and other communications.  Just this past month, when he brought his frivolous civil suit in a poor attempt to frame me for a bomb hoax staged by his brother and their associates, I posted hundreds of his harassing videos to YouTube as evidence of his activities.  Within hours, David Sweigert aggressively acted to interface with YouTube and have the videos removed.

I have done nothing of the sort.  His most recent email, to which this is a response, is only more evidence of his persistent, ongoing harasment.

**In my personal opinion he is a dangerous, mentally unstable menace and should be prosecuted for these actions.**  He has deliberately hidden any home or business address complicating the process of obtaining a restraining order against him.

I would welcome contact from any of the government, military or law enforcement officials copied on this email so I can share my evidence and hopefully gain your assistance in bringing the Sweigert bothers to justice.  **The Sweigert brothers are a danger to the public and possibly themselves and are engaged in what appears to be a range of criminal activities.**

Thank you for your attention, I sincerely apologize that Mr Sweigert insists on wasting all of our time in this manner.

Jason Goodman

323-744-7594

> On Jun 29, 2018, at 5:15 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> To: Mr. Jason Goodman.

>

> You are under a continued duty to preserve all electronic evidence in your possession for all your electronic mail accounts.

>

> Some of your newly identified e-mail accounts are listed in the TO: and CC: message blocks.

>

> The same practical effects of this obligation apply to Mr. George Webb as well.

>

> Warm regards,

>

> Evidence Preservation Team

>

>

>

>> On November 30, 2017 at 6:06 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>>

>>

>> To:

>> Corporate Counsel

>> PATREON, INC.

>>

>>

>> Dear Mr. Sullivan:

>>

>> As a courtesy to you we have provided the e-mail message we received from Mr. Goodman of New York City.  He states in the subject of his e-mail "I spoke with the lawyer at patreon ..." then in the message "He says your an idiot."

>>

>> So we shall proceed in an aggressive manner as you think the requestors seeking evidence preservation are idiots.

>>

>> The terms and conditions of the previous litigation hold and anti-spoliation notice for Mr. Goodman are hereby applied to this message as if fully restated for the Patreon account:

>>

>>        GEORGWEBB, account holder George Webb Sweigert (included in e-mail)

>>        Currently Mr. Sweigert is a resident of Capitol Heights, Maryland

>>

>> Restated, we expect the same due diligence in the preservation of electronic evidence be applied to the above named account (GEORGEWEBB) as was requested for Mr. Goodman.

>>

>> This notice is also your pre-litigation notice that PATREON will be named as a co-defendant in a federal lawsuit pursuant to federal and State of California racketeering laws.

>>

>> Both Mr. Goodman and Mr. Sweigert have acknowledged receipt of an evidence preservation letter on July 5th, 2017 that specifically addressed issues related to wire fraud and racketeering concerning issues related to a "dirty bomb hoax" in June, 2017.

>>

>> Both of these individuals came to the attention of the Federal Bureau of Investigation as persons of interest related to the closure of the Port of Charleston, S.C. due to a "dirty bomb hoax" attributed to the Goodman/Sweigert YouTube news show.  The wide-spread reporting of this hoax was reported in the New York Times and CNN. It has been alleged that the creation of panic on the Goodman/Sweigert new show was intentional and designed to drive traffic/views to the YouTube news show operated by Mr. Goodman and Mr. Sweigert)

>>

>> Now, allegedly, Goodman/Sweigert have brought their brand of wire fraud to Patreon.

>>

>> If Patreon desires to be uncooperative in these simple requests to preserve evidence, then Patreon can answer in federal and state court regarding your company's involvement in the alleged Goodman/Sweigert wire fraud scheme.  By cooperating with the distribution of fraudulent information over the wires of the Internet for profit and gain you have become, allegedly, a racketeering enterprise associate of Goodman/Sweigert.

>>

>> As Mr. Sweigert, Mr. Goodman's partner, has filed federal lawsuits against the U.S. Department of Justice and the FBI in Washington, D.C., so as a courtesy to you, those agencies have been included in this communication.  In this manner, they can monitor the situation and update appropriate case files.

>>

>> As you appear uncooperative, relevant agencies in San Francisco have been provided copies of this message to help ensure your compliance with evidence laws.

>>

>> Warm regards,

>>

>> "Idiot" Evidence Preservation Team

>>

>>

>>> On November 30, 2017 at 3:00 AM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

>>>

>>>

>>> He said you're an idiot. Hahahaha.

> <test111.jpg>

# Exhibit C-16

From: Jason Goodman <truth@crowdsourcethetruth.org>

To: Dave Acton <j108whd@gmail.com>

Cc: Spoliation Notice <spoliation-notice@mailbox.org>, feedback <feedback@calbar.ca.gov>, George Webb <georg.webb@gmail.com>, Colin Sullivan <colin@patreon.com>, "dutyofficer@ncric.ca.gov" <dutyofficer@ncric.ca.gov>, "msp.superintendent@maryland.gov" <msp.superintendent@maryland.gov>, "OFL@usdoj.gov" <OFL@usdoj.gov>, "msp.hq@maryland.gov" <msp.hq@maryland.gov>, Jason Goodman <jasongoodman72@protonmail.com>, "generalcounsel@fmc.gov" <generalcounsel@fmc.gov>, "Kevin.L.Maehler@uscg.mil" <Kevin.L.Maehler@uscg.mil>

Date: 06/30/2018 4:16 PM

Subject: Re: Continued litigation hold duty for electronic records in RICO civil suit

Hire a process server Dave. While you are doing that, you should know I will do my very best to see you prosecuted for harassment, cyber bullying and whatever else the law will allow. You are a menace to the public, a danger to yourself and others, a disgrace to the military (if in fact you ever served, where is that DD214?) and very likely criminally insane. Your email below constitutes continued harassment. You have been instructed not to contact me or publicly speak about me. You have submitted false statements to the Federal Court.

> On Jun 30, 2018, at 8:39 AM, Dave Acton <j108whd@gmail.com> wrote:

>

>

> Dear Sir:

>

>

> This is your electronic service of the Amended Complaint with Exhibits.

>

>

> Thank you for your cooperation.

# Exhibit C-17

12      NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private

13   attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records

14   and documents.  These public records amplify the personages that have been described in the **Amended Complaint**

15   [AC] [Doc. 5, 6/29/2018).

16

17   **PUBLIC ARTIFACTS SECTION ONE:**

18   **Defendant Jason Goodman chats in the video Live Stream entitled "PSYCHIC LARP #UNRIG Live Stream**

19   **((DRAIN THE SWAMP deYOUTUBE)) NOT4SENIORS turning61 #UKLIVE".  Internet URL:**

     **[https://www.youtube.com/watch?v=TIMZt32ANzM&frags=pl%2Cwn ]**

20

21   **PUBLIC ARTIFACTS SECTION TWO:**

22   **Defendant Jason Goodman appears to have created fake hoax channel "CRAZY_DAVE" at BitChute.COM**

23   **with commercially stolen property.  [https://www.bitchute.com/channel/crazy_dave/ ]**







tyroan  here here @LORD LARPwars

Jason Goodman  Dave did not create the crazy Dave bitchute it's an evidence repository

Rach C  they've both been in a video together, it was about plastic water bottles....

Jason Goodman  I'm willing to see his evidence but I'm 99.99999% certain he's wrong

**PUBLIC ARTIFACTS SECTION TWO:**

Defendant Jason Goodman appears to have created fake hoax channel "CRAZY_DAVE" at BitChute.COM with commercially stolen property.  [https://www.bitchute.com/channel/crazy_dave/ ]

https://www.bitchute.com/channel/crazy_dave/





# Exhibit C-18



https://www.bitchute.com/video/SJnBzYc18a8P/

Originally titled "LARP HQ Follow the women George Webb and Jason CrowdSource" why did David George Sweigert delete this video only minutes after uploading it? Did he realize he'd revealed too much? Is he trying to figure out if Jason Goodman of Crowdsource the Truth really has engaged the U.S. Postal Inspector in the alleged case of mail fraud?

# Exhibit C-19



Dr CORSI and Robert David Steele discuss how the 2020 election ends in a Donald Trump victory.

The Left is pulling out all of the stops from COVID; to voter and election fraud; to election interference, intimidation, threats; and now blackmail.

Fortunately for freedom lovers, our magnificent and God-inspired Constitution will save US from tyranny.

Fear not, buckle up, enjoy the great awakening, the best is yet to come as God's blessing, President Trump will have four more years to continue to Make America Great Again Again.

Donald Trump always looks like he's going to lose just before he wins.

https://www.bitchute.com/video/02iUcyJJbWfR/





https://www.bitchute.com/video/CUF2KqR63936/

# Exhibit C-20



Dr CORSI and Robert David Steele discuss Dr. Corsi's new eBook TRUMP WINS - How the 2020 Election Ends in a Trump Win.

The Left planned and schemed to use COVID and our very election system against US as weapons. From voter and election fraud; to election interference, intimidation, threats; and now blackmail.

Fortunately for freedom lovers, our magnificent and God-inspired Constitution will save US from tyranny.

Fear not, buckle up, enjoy the great awakening, the best is yet to come as God's blessing, President Trump will have four more years to continue to Make America Great Again Again.

Donald Trump always looks like he's going to lose just before he wins.



https://www.bitchute.com/video/9ivsVlMj83xp/



https://www.bitchute.com/video/9UGFFnJuwas/

# Exhibit C-21



Clear and Present Danger (Calm Before the Storm?) #maerskmemphis

57,833 views





# Exhibit C-22





# Exhibit C-23





Defendant did not supply electronic copy of this exhibit.

ith you about how we might work together to
threatened Patreon with a civil suit I wonde
erate to illuminate this mutual nuisance.

Jason Goodman
212-844-9830

# Exhibit C-24



From: **Jason Goodman** jason@21stcentury3d.com
Subject: Re: Judge's ORDER
Date: December 8, 2020 at 2:10 AM
To: colin@patreon.com
Cc: legal@patreon.com, disable@patreon.com

Colin,

I am sincerely sorry you are being subjected to this. I am writing to advise you that on November 10, 2020 Andrew Cuomo signed into law a new, much more powerful anti-SLAPP statute that I will be using to respond to Mr. Sweigert. This new statute has the power to stay all discovery in the matter and hopefully will get it dismissed entirely.

Jason

Defendant did not supply electronic copy of this exhibit.

From: **Jason Goodman** jason@21stcentury3d.com
Subject: Re: Judge's ORDER
Date: December 8, 2020 at 2:10 AM
To: colin@patreon.com
Cc: legal@patreon.com, disable@patreon.com

being subjected to this. I am writing to advise you that on November 10,
erful anti-SLAPP statute that I will be using to respond to Mr. Sweigert. Th
ter and hopefully will get it dismissed entirely.

https://www.arnoldporter.com/en/perspectives/publications/2020/11/new-yorks-new-anti-slapp-law



law a new, much more powerful anti-SLAPP statute that I will be using to respond to Mr. Sweigert. This new statute has stay all discovery in the matter and hopefully will get it dismissed entirely.

Jason

https://www.arnoldporter.com/en/perspectives/publications/2020/11/new-yorks-new-anti-slapp-law#:~:text=New%20York's%20new%20anti%2DSLAPP,the%20constitutional%20right%20of%20free

On Dec 7, 2020, at 7:34 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

To: Patreon Legal Department



| News | Podcasts | Publications and Presentations | Blogs | Upcoming Events | Featured Topics | Media Mentions |

November 17, 2020

# New York's New and Improved Anti-SLAPP Law Effective Immediately

*Advisory*

By Theresa M. House, Kyle A. Schneider

On Dec 7, 2020, at 7:34 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

To: Patreon Legal Department

Attached is the discovery ORDER of the magistrate judge in the lawsuit involving your subscriber:

JASON GOODMAN
CROWDSOURCE THE TRUTH



November 17, 2020

## New York's New and Improved Anti-SLAPP Law Effective Immediately

*Advisory*

By Theresa M. House Kyle A. Schneider

On November 10, 2020, Governor Andrew Cuomo signed into law an update to New York's anti-SLAPP law that dramatically expands protections afforded to defendants in lawsuits brought based on the exercise of free speech rights, and which significantly increases the risks to potential plaintiffs bringing defamation and other speech-based claims in New York.

### What Is an Anti-SLAPP Law?

The term "SLAPP" is an acronym for "Strategic Lawsuit Against Public Participation," and the goal of an anti-SLAPP law is to deter these types of lawsuits—lawsuits that are filed not to vindicate a fair and reasonable legal claim, but to punish or harass a defendant for participating in public life. Defendants facing so-called "SLAPP suits" can include not only journalists and traditional media/entertainment organizations, but also individuals and companies in other industries that speak on issues of interest to the public—on social media, in marketing, or any other form of participation in the marketplace of ideas. The "strategy" of a SLAPP suit is to saddle the defendant with such

burdensome litigation costs that it chills, ceases, or retracts its speech. Anti-SLAPP laws seek to deter SLAPP suits by expanding the legal protections available to defendants targeted by such suits, and by imposing costs on the plaintiffs that bring them.

## What Has New York Done?

Although New York already had an anti-SLAPP law on the books, adopted nearly 30 years ago, the old version of the law applied only narrowly to lawsuits brought by plaintiffs who had sought public permits, zoning changes, or other similar entitlements from a government body, against defendants who had reported on, ruled on, or challenged the plaintiff's petition to the government body. It generally did not apply to speech by journalists in traditional media outlets or speech by anyone on social media concerning the issues of the day.

New York's new anti-SLAPP law will now extend, far more broadly, to lawsuits based upon "any communication in a public place open to the public or a public forum in connection with an issue of public interest" or based upon "any other lawful conduct in furtherance of the exercise of the constitutional right of free speech in connection with an issue of public interest . . . ." Because the statute also states that "public interest" should be "construed broadly, and shall mean any subject other than a purely private matter," the new anti-SLAPP law should be expected to sweep up political and social discussions, as well as entertainment productions.

## What Protections Does New York's New Anti-SLAPP Law Contain?

In total, 30 states and the District of Columbia possess some form of anti-SLAPP legislation, but not all anti-SLAPP laws are created equal. With the amendments to New York's Civil Rights Law §§ 70-a, 76-a signed into law by Governor Cuomo, New York joins about 18 other states that have adopted robust anti-SLAPP protections that apply to speech about public issues. A speech-protective anti-SLAPP regime will allow a targeted defendant to escape a bad-faith SLAPP suit

quickly and without incurring high legal costs or invasive discovery. As amended, New York's anti-SLAPP law does exactly this.


---------- Original Message ----------

From: Spoliation Notice <spoliation-notice@mailbox.org>

To: Jason Goodman <truth@crowdsourcethetruth.org>, Spoliation Notice <spoliation-notice@mailbox.org>, "colin@patreon.com" <colin@patreon.com>, "legal@patreon.com" <legal@patreon.com>, "disable@patreon.com" <disable@patreon.com>, "georg.webb@gmail.com" <georg.webb@gmail.com>, "jason@21stcentury3d.com" <jason@21stcentury3d.com>, "jasongoodman72@protonmail.com" <jasongoodman72@protonmail.com>

Date: 12/08/2020 1:34 AM

Subject: Judge's ORDER


To: Patreon Legal Department


Attached is the discovery ORDER of the magistrate judge in the lawsuit involving your subscriber:

      JASON GOODMAN

      CROWDSOURCE THE TRUTH


Please see para. 2 (a) of the attached.  It may be advisable to seek outside legal counsel.


It may also be advisable for Patreon to reconsider its relationship with the following subscribers:

      GEORGE WEBB

      JASON GOODMAN

Regards,


D. G. Sweigert



> On 11/29/2017 7:27 PM Jason Goodman <truth@crowdsourcethetruth.org> wrote:

>

>

>

> Hi Dave,

>

>

> Thanks for all this evidence you are generating with regard to your ongoing per se libel. It's awesome that I now know how to push your buttons. Mental illness is a terrible thing. You really should be confined for your own safety and that of others. I'm sure the court will enjoy the videos in which you make death threats against me.

>

>  On Nov 29, 2017, at 1:16 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

>

> > To:

> >  Colin Sullivan

> >  Bar no. 285203

> >  General Counsel

> >  Patreon, Inc.

> >

> >  Dear Sir,

> >

>> This notice requests that you begin the process of a litigation hold on all electronic evidence stored, processed or transmitted by your organization for the following account:

>>

>> crowdsourcethetruth

>>

>> The operator of this account is a defendant in a federal lawsuit:

>>

>> Jason Goodman

>>

>> This request is an evidence preservation request to prevent spoliation of electronic evidence that will be sought in federal litigation (please consult Federal Rules of Civil Procedure for guidance).

>>

>> Mr. Goodman is a defendant to allegations that concern public doxing, copyright violations, harassment and hate speech. All which appear to violate the community standards policy of Patreon.

>>

>> Recently, Mr. Goodman has allegedly published a series of videos on your platform that attack the privacy, physical characteristics, and intelligence of private citizens in the State of California that Mr. Goodman perceives may be friends of the plaintiff in this federal lawsuit.

>>

>> Therefore, as your company holds this evidence, and as it will be required to be admitted into the court record, a strong request is hereby made that you preserve this evidence (account application, invoices, payments, video content, records of messages, transactions with Mr. Goodman, etc.).

>>

>> As many of these actions allegedly violate California privacy laws, there is an increased duty to preserve these records as follow-up complaints shall be lodged with the California Attorney General with a copy of this notification.

>>

>> If your organization allows this behavior to persist, serious consideration will be given to adding Patreon as a co-defendant in this federal litigation -- as your company will only be aiding in the distribution of the offense material.

>>

>> This is a very serious matter as law enforcement has become involved.

>>

>> Thank you.

>>

>> Evidence Collection Team

>>

# Exhibit C-25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JEROME CORSI and | § | |
| LARRY KLAYMAN | § | |
| | § | |
| v. | § | A-20-CV-298-LY |
| | § | |
| INFOWARS, LLC, FREE SPEECH | § | |
| SYSTEMS, LLC, ALEX E. JONES, | § | |
| DAVID JONES, OWEN SHROYER, | § | |
| AND ROGER STONE | § | |

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

TO:    THE HONORABLE LEE YEAKEL
       UNITED STATES DISTRICT JUDGE

**U.S. District Court [LIVE]**
**Western District of Texas (Austin)**
**CIVIL DOCKET FOR CASE #: 1:20-cv-00298-LY**

Corsi et al v. Infowars, LLC et al                    Date Filed: 03/20/2020
Assigned to: Judge Lee Yeakel                        Date Terminated: 06/25/2021
                                                     Jury Demand: Plaintiff
Case in other court:  District of Columbia, Washington DC, 1:19-cv-    Nature of Suit: 320 Assault Libel & Slander
                      00656-TJK                       Jurisdiction: Diversity

Cause: 28:1332 Diversity-Libel,Assault,Slander

**Plaintiff**

**Jerome Corsi**                    represented by    **Larry Klayman**
*Individually*                                       Klayman Law Group P.A.
                                                     2020 Pennsylvania Ave. NW #800
                                                     Washington, DC 20006
                                                     561-558-536
                                                     Fax: 202-318-8839
                                                     Email: leklayman@gmail.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Sanjay Biswas**
                                                     Sanjay Biswas Attorney at Law PC
                                                     11720 Duxbury Drive
                                                     Frisco, TX 75035
                                                     972-866-5879
                                                     Fax: 800-506-6804
                                                     Email: sanjaybiswas41@gmail.com
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Klayman**                   represented by    **Larry Klayman**
*Individually*                                       (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Sanjay Biswas**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

V.

93

**Defendant**

| | | |
|---|---|---|
| Infowars, LLC | represented by | **Jay Marshall Wolman** |

Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
(702) 420-2001
Fax: (305) 437-7662
Email: jmw@randazza.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jordan Reeves**
Reeves Law, PLLC
702 Rio Grande St., Suite 203
Austin, TX 78701
512-827-2246
Fax: 512-318-2484
Email: brad@brtx.law
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702-420-2001
Fax: 702-297-6584
Email: mjr@randazza.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| Free Speech Systems, LLC | represented by | **Jay Marshall Wolman** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jordan Reeves**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alex E. Jones**
*Individually*

represented by **Jay Marshall Wolman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jordan Reeves**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Jones**
*Individually*

represented by **David Scott Wachen**
Wachen LLC
11605 Montague Court
Potomac, MD 20854
(240) 292-9121
Fax: 301-259-3846
Email: david@wachenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay Marshall Wolman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory P. Sapire**
Soltero Sapire Murrell PLLC
7320 North MoPac Expy.
Suite 309
Austin, TX 78731-2311
512-431-9518
Fax: 512-359-7996
Email: greg@ssmlawyers.com
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owner Shroyer**                    represented by   **Jay Marshall Wolman**
*Individually*                                        (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Bradley Jordan Reeves**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Marc J. Randazza**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Roger Stone**                      represented by   **Robert C. Buschel**
                                                      Buschel Gibbons, P.A.
                                                      501 E Las Olas Blvd., Suite 304
                                                      Fort Lauderdale, FL 33301-2881
                                                      954-530-5301
                                                      Email: buschel@bglaw-pa.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

# Exhibit C-26

#### IV. MOTIONS FOR SANCTIONS

In addition to the motions to dismiss, Defendants Shroyer and Stone have both filed motions

seeking sanctions against Corsi and Klayman under Rule 11.  Dkt. Nos. 56, 84.  Should the district

judge adopt the recommendations made herein, it is possible that sanctions could be appropriate as

17

Case 1:20-cv-00298-LY-AWA   Document 108   Filed 05/25/21   Page 18 of 19

the defendants who made no challenged statements, and as to Stone, given that the statute of

limitations had run on the claim against him when the suit was filed.  It would, however, be premature

for the Court to address that issue before the district judge has acted on this Report and

Case 1:20-cv-00298-LY-AWA   Document 108   Filed 05/25/21   Page 18 of 19

the defendants who made no challenged statements, and as to Stone, given that the statute of

limitations had run on the claim against him when the suit was filed.  It would, however, be premature

for the Court to address that issue before the district judge has acted on this Report and

Recommendation.  Accordingly, the undersigned **ORDERS** that Defendants Shroyer and Stone's

Motions for Sanctions (Dkt. Nos. 56 & 84) be **DENIED WITHOUT PREJUDICE** to being refiled

once the district judge acts on this Report and Recommendation.

#### V. RECOMMENDATIONS

For the reasons set forth above, the undersigned **RECOMMENDS** that the Court **GRANT**

the Defendants' motions to dismiss (Dkt. Nos. 55, 57, 58, 59, 70), and **DISMISS** the Plaintiffs'

claims **WITH PREJUDICE**, for failure to state a claim, and   **DENY** Defendants Shroyer and

Stone's Motions for Sanctions (Dkt. Nos. 56 & 84) **WITHOUT PREJUDICE** to being refiled once

## V. RECOMMENDATIONS

For the reasons set forth above, the undersigned **RECOMMENDS** that the Court **GRANT** the Defendants' motions to dismiss (Dkt. Nos. 55, 57, 58, 59, 70), and **DISMISS** the Plaintiffs' claims **WITH PREJUDICE**, for failure to state a claim, and **DENY** Defendants Shroyer and Stone's Motions for Sanctions (Dkt. Nos. 56 & 84) **WITHOUT PREJUDICE** to being refiled once the district judge acts on this Report and Recommendation.

## VI. WARNINGS

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from *de novo* review by the

Case 1:20-cv-00298-LY-AWA   Document 108   Filed 05/25/21   Page 19 of 19

U.S. 140, 150-53, 106 S. Ct. 466, 472-74 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

SIGNED this 24th day of May, 2021.

_____

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

# Exhibit C-27

No. 1.¹  The suit was originally filed in the District of Columbia and after a finding of improper

venue, was transferred to the Western District of Texas on March 20, 2020.  Dkt. No. 22.  On July

29, 2020, Plaintiffs filed their Amended Complaint, adding Roger Stone as a defendant.  Dkt. No.

47.

Plaintiff's Amended Complaint describes Jerome Corsi as an "author and political

commentator," and Larry Klayman as a "public interest legal advocate" and "media personality and

author, columnist and syndicated radio talk show host."  Dkt. No. 47 at ¶¶ 3-4.  Defendant Alex

Jones is a "media personality" who owns the media outlet company InfoWars, LLC, and a related

entity Free Speech Systems, LLC.  *Id.* at ¶¶ 7, 11.  David Jones is Alex Jones' father, and allegedly

a co-owner of InfoWars and Free Speech Systems, though Defendants deny this assertion.  *Id.* at ¶

# Exhibit C-28



RESOURCES ⌄    WHAT WE DO ⌄    OUR ISSUES ⌄    HATEWATCH    HATE MAP    PODCAST    **DONATE**    🔍

The Intelligence Report is the SPLC's award-winning magazine. Subscribe here for a print copy.

# FORMER DOJ LAWYER CONVENES 'CITIZENS GRAND JURY' TO INDICT U.S. OFFICIALS

In a recent column published on the far-right RenewAmerica blog — one of several online publications to which he contributes — Larry Klayman denounced "Muslim-in-Chief, Barack Hussein Obama, and his leftist Jewish government comrades and partners in crime."

Soon after that, Klayman, a Jewish convert to Christianity who says his heart "throb[s] in shame" over the crimes of the "felonious" liberal Jews who have committed "the moral equivalent of ethical and religious bankruptcy" by aligning themselves with the Obama administration, convened a "citizens grand jury" to indict President Obama, former Secretary of State Hillary Clinton, Attorney General Eric Holder, Supreme Court Chief Justice John Roberts, and other officials for supposed misdeeds against the American people.

Klayman should know better. A former prosecutor for the U.S. Department of Justice, he once worked on cases whose outcomes actually mattered. Today, though, he's best known for filing lawsuits against the likes of Fidel Castro, Osama bin Laden, Dick Cheney, Bill Clinton and Facebook's Mark Zuckerberg.

Ridiculous lawsuits are nothing new for Klayman. As the head of Judicial Watch, **an ardently self-righteous and ultraconservative nonprofit organization**, he sued the Clinton administration more than a dozen times, complaining among other things that special prosecutor Kenneth Starr wasn't aggressive enough in pursuing the administration.

**Convening so-called citizens grand juries is a newer hobby for Klayman,** one he's taken to with gusto. In 2011, after the U.S. Supreme Court upheld the Affordable Care Act, or "Obamacare," he declared his intention to get citizens to "indict" Roberts and Justice Elena Kagan for supposedly violating their oaths of office. In a typically self-aggrandizing press release, he said his power to convene this body stemmed from the Fifth Amendment, which, according to him, was designed to "hold corrupt judges and politicians accountable under criminal laws, thereby hoping to avoid another revolution as occurred in 1776."

Elsewhere, using language and logic taken right out of the antigovernment "sovereign citizens" movement, Klayman has contended that citizens grand juries are a "common law" right that predates the Magna Carta. These days, as the former DOJ official knows all too well, real grand juries are convened only by prosecutors officially empowered to do so. Members of the antigovernment "Patriot" movement who believe themselves exempt from the confines of established legal procedure frequently use pseudo-legal "common-law courts" to indict "enemies" and adjudicate cases among themselves.

Klayman's May indictments accuse the president and other officials of involuntary manslaughter related to a deadly attack on Navy SEALs that followed the identification of SEAL Team 6 as the unit that killed Osama bin Laden, and of endangering national security by telling reporters about U.S. capacity to carry out Internet attacks. They additionally target IRS officials for allegedly singling out conservative groups for extra scrutiny, and Roberts for not somehow forcing Kagan to recuse herself from certain Supreme Court deliberations.

Klayman's is not the first bogus "citizens grand jury" to indict the president. In 2010, Pastor James David Manning of Harlem's ATLAH World Ministries Church organized an entire "trial" after members of an organization called American Grand Jury "indicted" Obama for supposedly conspiring with Columbia University, the president's alma mater, to conceal the "fact" that the president is not a natural born citizen and is therefore ineligible for office.

104

https://www.splcenter.org/fighting-hate/intelligence-report/2015/former-doj-lawyer-convenes-%E2%80%98citizens-grand-jury%E2%80%99-indict-us-officials



https://www.splcenter.org/hatewatch/

# Exhibit C-29

# KLAYMAN LAW GROUP, P.A.

A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.           2020 Pennsylvania Ave. N.W., #800          Tel: 310-595-0800
                                          Washington, DC, 20006                        Fax: 202-379-9289

VIA FACSIMILE TRANSMISSION                    **EXPEDITED PROCESSING AND**
AND FEDERAL EXPRESS                              **TREATMENT REQUESTED**

December 3, 2018

Hon. Matthew G. Whitaker
Attorney General of the United States (Acting)
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:   **COMPLAINT AGAINST SPECIAL COUNSEL ROBERT MUELLER AND
        PROSECUTORIAL STAFF AND REQUEST FOR EXPEDITED INVESTIGATION
        INTO GROSS PROSECUTORIAL MISCONDUCT AND CRIMINAL ACTS OF
        PROSECUTING ATTORNEYS IN THE CRIMINAL INVESTIGATION OF DR.
        JEROME CORSI, PH.D.**

Dear Ladies and Gentlemen:

Dr. Jerome Corsi, Ph.D. ("Dr. Corsi") files this Complaint by and through his counsel

Mr. Larry Klayman ("Mr. Klayman"). Mr. Klayman is a former prosecutor in the Department of

Justice's ("DOJ") Antitrust Division and the founder and former chairman of Judicial Watch, as

well as the founder, chairman, and general counsel of Freedom Watch. Mr. Klayman was also

formerly a U.S. Senate candidate in the State of Florida in 2004. Given his background, Mr.

# Exhibit C-30

# The Earth Shook after Grand Jury Indictment of Robert Mueller

*Added by Citizen Reporter on June 27, 2019.*
*Saved under* Feature, Headlines, National, Politics
*Tags:* Citizens Grand Jury, criminal indictment, DOJ, Dr. Jerome
Corsi, FBI, George Miller, indicted, indictment, Larry Klayman,
Robery Mueller, Special Counsel Robert Mueller



**By George Miller**

Yes, The Earth shook after a grand jury indictment of Robert Mueller on
Wednesday, June 12, 2019. Literally- shortly after a Citizens' Grand Jury
handed Prosecutor Larry Klayman, founder of Judicial Watch and CEO
of Freedom Watch USA, their indictments of Mueller on all nine criminal
counts of violations of federal law, nailed by principal witness Dr. Jerome Corsi. Klayman then
read it and explained the next steps, thanked the jurors and dismissed them. See press release
on FreedomWatchUSA web site.

**By George Miller**

Yes, The Earth shook after a grand jury indictment of Robert Mueller on Wednesday, June
12, 2019. Literally- shortly after a Citizens' Grand Jury handed Prosecutor Larry Klayman,
founder of Judicial Watch and CEO of Freedom Watch USA, their indictments of Mueller on
all nine criminal counts of violations of federal law, nailed by principal witness Dr, Jerome
Corsi.  Klayman then read it and explained the next steps, thanked the jurors and dismissed
them.

**https://www.citizensjournal.us/the-earth-shook-after-grand-jury-indictment-of-robert-mueller/**

# Exhibit C-31



541 episodes

Host Larry Klayman provides an exclusive first-hand look at the details of high profile legal cases and investigations.

## Special Prosecutor with Larry Klayman
Freedom Watch

News

★★★☆☆ 3.7 • 30 Ratings

Listen on **Apple Podcasts** ↗

---

**JUN 14, 2021**

Klayman VS. Biden: Hearing Today! "ORDER IT TAKES A REVOLUT

▶ PLAY   7 min

---

**JUN 12, 2021**

Gov't Officials/Federal Judges "Above God's Law!" Order "It Takes
Special Guest: Bob Barr, Former U.S. Atty and Congressman

▶ PLAY   39 min

---

**JUN 10, 2021**

Federal Judges Rule OK to Kill Children! Order "It Takes a Revolutic

▶ PLAY   6 min

111

# Exhibit C - 32






**Event Videos:**



 Freedom Watch Citizens Grand Jury – Mueller In...      
                                                              Watch later    Share

CITIZENS' GRAND JURY

THE PEOPLE OF THE UNITED STATES OF
AMERICA,

             Plaintiff,

v.

ROBERT SWAN MUELLER III

             Defendant.

CRIMINAL INDICTMENT

THE CITIZENS' GRAND JURY CHARGES THAT:

GENERAL ALLEGATIONS

    1.      In March of 2015, Dr. Jerome Corsi ("Dr. Corsi") began investigating former U.S.

Secretary of State Hillary Clinton's admission that while at the U.S. Department of State, she had

114

# Exhibit C - 33



**George Webb Sweigert, Jason Goodman, Dr. Jerome Corsi. PhD**



**https://www.youtube.com/watch?v=dIFlbRirqlg**



After Truth: Disinformation and the Cost of Fake News
Rented  Exp. in 4 wk.

# EXHIBITS

# END

The undersigned hereby attests under penalties of perjury that the attached exhibits are true and accurate reproductions of the original source documents on this fourteenth day of July (7/14), two thousand and twenty-one (2021). A certificate of service appears on the last page.

**D. GEORGE SWEIGERT**
*Pro Se Non-Attorney*
**GENERAL DELIVERY**
**NEVADA CITY, CA 95959**

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been transmitted via electronic mail message to the following parties on the fourteenth day of July (7/14), two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 temporary_pro_se_filing@nysd.uscourts.gov | Jason Goodman, CEO truth@crowdsourcethetruth.org |
| --- | --- |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

119