1

2

IN THE UNITED STATES DISTRICT COURT

3

FOR THE SOUTHERN DISTRICT OF NEW YORK

4

D. GEORGE SWEIGERT

Case No.: 1:18-cv-08653-VEC-SDA

5

Plaintiff,

6

vs.

**DEFENDANT'S NOTICE OF MOTION
TO HOLD PLAINTIFF IN CONTEMPT**

7

JASON GOODMAN,

8

Defendant

9

10

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

11

of Defendant's Motion To Hold Plaintiff in Contempt, dated September 7, 2021, and the exhibits

12

13

annexed thereto, and upon all prior pleadings, Defendant Pro Se Jason Goodman hereby moves

14

before The Honorable Stuart Aaron, U.S. Magistrate Judge, at the United States District Court

15

for the Southern District of New York, located at 500 Pearl Street, New York, New York, for the

16

entry of an Order : (1) Holding Plaintiff D. George Sweigert ("Sweigert") in contempt of court;

17

(2) Requiring Plaintiff Sweigert to pay a monetary fine for each day he remains in contempt; (3)

18

Dismissing all of Plaintiff's claims with prejudice; (4) Permanently enjoining Plaintiff from

19

20

engaging in extrajudicial harassment of Defendant, his attorneys and his associates; (5)

21

Declaring Plaintiff a vexatious litigant; (6) Permanently enjoining Plaintiff from bringing pro se

22

action against Defendant without first obtaining leave of the court; (7) Punishing Plaintiff by any

23

other measures deemed suitable by this honorable court. .

24

25

26

27

28

DEFENDANT'S NOTICE OF MOTION TO HOLD PLAINTIFF IN CONTEMPT - 1

1    Signed this 7th day of September, 2021

2    Respectfully submitted,

3

4    _____
                                        Jason Goodman, Defendant, Pro Se
5                                       252 7th Avenue Apt 6s
                                        New York, NY 10001
6                                       (323) 744-7594
                                        truth@crowdsourcethetruth.org
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF MOTION TO HOLD PLAINTIFF IN CONTEMPT - 2