*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

**September 7, 2021**

**MAGISTRATE JUDGE STEWART D. AARON**
**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

**REF:**      1:18-CV-08653-VEC-SDA

**SUBJ:**      "DEFENDANT'S NOTICE OF MOTION TO HOLD PLAINTIFF IN CONTEMPT", ECF doc. no. **312**, signed 09/07/2021.

**YOUR HONOR,**

1.      MAY IT PLEASE THE COURT, as the undersigned does not wish to sleep on his rights of appeal, the undersigned requests a **21-day extension** to reply to any such subject MOTION by the Defendant to allow time to obtain legal counsel in accordance with **Local Rule 83.6(d).**

2.      In any event, the undersigned demands the opportunity for oral evidence to be taken or presentation of evidence to a **Special Master**, in accordance with **L.R. 83.6(b).**  The undersigned also demands trial by jury for any conditions articulated in L**.R. 83.6(b).**

3.      Additionally, the undersigned has been impacted by the national emergency declared with regards to the wildland fires ravaging the State of California, creating chaos on the State's infrastructure.

Sincerely,

*D. Sgt*

**D. GEORGE SWEIGERT**

CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been transmitted via electronic mail message to the following parties on this seventh day of September day (9/7), two thousand and twenty-one (2021).

| **Clerk of the Court, Room 200** | **Jason Goodman, CEO** |
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*