U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| **SWEIGERT** | **CIVIL CASE #:** |
|---|---|
| V. | 1:18-CV-08653-VEC-SDA |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

### NOTICE OF ADDRESS CHANGE

MAY IT PLEASE THE COURT, in the interests of calming the Defendant's wild claims about non-delivery of postal items, the Court should note the Plaintiff's new address. This service specializes in full-time RVers and will notify the Plaintiff by e-mail message anytime a postal article is received by the Court or the Defendant. A scanned PDF copy is then forwarded via electronic transmission for receipt, no matter what RV park Plaintiff may be located in.

        D. GEORGE SWEIGERT
        AMERICAS RV MAILBOX
        514 Americas Way, PMB 13339
        Box Elder, South Dakota 57719-7600

**The undersigned hereby attests under penalties of perjury that the above statements are true and correct to the best of the undersigned's knowledge and memory on this ninth day of September (9/9), two thousand and twenty-one (2021). A certificate of service is provided on the last page.**

 

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*







## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been transmitted via electronic mail message to the following parties on this ninth day of September (9/9), two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 | Jason Goodman, CEO |
|---|---|
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*RVers MAIL BOX*
*514 Americas Way, PMB 13339*
*Box Elder, South Dakota 57719-7600*