**U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| SWEIGERT | CIVIL CASE #: |
|---|---|
| V. | 1:18-CV-08653-VEC |
| GOODMAN | JUDGE VALERIE E. CAPRONI |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY TO AUGMENT PLAINTIFF'S RULE 12(f) MOTION TO STRIKE
### ECF Doc. No. 315

MAY IT PLEASE THE COURT, this document **SUPPLEMENTS ECF Doc. No. 315.**

**The undersigned hereby attests under penalties of perjury that the above statements are true and correct to the best of the undersigned's knowledge and memory on this the fifteenth day of September (9/15), two thousand and twenty-one (2021).  A certificate of service is provided on the last page.**

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*AMERICA'S RVERS MAILBOX*
*514 Americas Way, PMB 13339*
*Box Elder, South Dakota 57719-7600*

## CERTIFICATE OF SERVICE

The undersigned hereby attests under penalties of perjury that copies of this communication have been transmitted via electronic mail message to the following parties on this fifteenth day of September (9/15), two thousand and twenty-one (2021).

| Clerk of the Court, Room 200 | Jason Goodman, CEO |
|---|---|
| temporary_pro_se_filing@nysd.uscourts.gov | truth@crowdsourcethetruth.org |

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*AMERICA'S RVERS MAILBOX*
*514 Americas Way, PMB 13339*
*Box Elder, South Dakota 57719-7600*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/15/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

THE NATIONAL ACADEMY OF                          :
TELEVISION ARTS AND SCIENCES, INC. ET            :
AL.,                                             :          20-CV-7269 (VEC)
                                                 :
            -against-                            :               ORDER
                                                 :
MULTIMEDIA SYSTEM DESIGN, INC.                   :
                                                 :
                          Defendant.             :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 25, 2021 the Court ordered Mr. Goodman to show cause why he should not be sanctioned for violating the protective order in this case. Dkt. 112;

WHEREAS on August 30, 2021, Mr. Goodman responded to the Court's order to show cause. Dkt. 114;

WHEREAS on September 7, 2021, Plaintiff responded to Defendants' "Response to Show Cause", Dkt. 117;

WHEREAS on September 13, 2021, Mr. Goodman submitted his reply. Dkt. 120;

IT IS HEREBY ORDERED that a show cause hearing is scheduled for **Tuesday, October 12, 2021 at 3:00 p.m.** The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 7269.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  **September 15, 2021**
      **New York, NY**

                               **VALERIE CAPRONI**
                               **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.