D George Sweigert<br>
America's RV Mailbox<br>
514 Americas Way, PMB 13339<br>
Box Elder, SD 57719-7600<br>
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**November 10, 2021**

Hon. Judge Valerie E. Caproni             **VIA ECF**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Caproni,

The undersigned is the Plaintiff in this case, a non-attorney.

As you are aware, the pro se Defendant has filed a motion for your disqualification and/or removal as presiding judge in this matter (ECF no. 324).

At the outset, the undersigned calls to the Court's attention the legal reasoning that appears in the Court's ORDER of 8/20/2019, ECF doc. 87, quoted in relevant part:

> "As a threshold matter, pro se litigants may not file an affidavit pursuant to 28 U.S.C. § 144. Williams, 287 F. Supp. 2d at 249 ("A pro se party cannot supply a certificate of counsel." (citing Robinson v. Gregory, 929 F. Supp. 334, 337–38 (S.D. Ind. 1996) ("Section 144 strikes a balance by providing both powerful and nearly automatic procedures for disqualification, while requiring counsel's certificate of good faith as a means to prevent abuse."))). Plaintiff's motion, therefore, fails for that reason alone.

and

> Finally, "[i]t is well-settled that a party must raise its claim of a district court's disqualification at the earliest possible moment after obtaining knowledge of facts demonstrating the basis for such a claim." Apple v. Jewish Hosp. & Med. Ctr., 829 F.2d 326, 333 (2d Cir. 1987). None of the facts pertaining to the undersigned's former career is new, and Plaintiff has not averred in his affidavit that he only recently became aware of that information. See Morisseau v. DLA Piper, 532 F. Supp. 2d 595, 623 (S.D.N.Y. 2008) (finding waiver because plaintiff "ha[d] not established that plaintiff filed [disqualification papers] as soon as practical after learning of the facts."), aff'd, 355 F. App'x 487 (2d Cir. 2009)."

The Defendant is well aware of this ORDER (ECF 87) and its content as he published several video podcasts discussing the ORDER in great detail. Depicted below is only one example.



https://www.bitchute.com/video/aDRUFyb54PY/

Further, the Defendant provided a forum to Robert David Steele on June 13, 2017 where the major tenants of the Q-Anon conspiracy theory were broadcast on CrowdSource The Truth social media network. This included Q-Anon topics such as child trafficking, Vice President Mike Pence and Robert S. Mueller, III acting as traitors, child blood drinking, and other Q-Anon related topics  In the video depicted below the Defendant is seen agreeing with all of these major Q-Anon based conspiracy theories.



https://rumble.com/vm2gg7-robert-david-steele-on-crowdsource-the-truth-june-13-2017.html

Signed this tenth day of November (one day before Veteran's Day) 2021.  Date 11/10/2021.

| | |
|---|---|
| Respectfully,<br><br>*/s/ D. Sweigert*<br><br>D. George Sweigert<br>Veteran U.S. Air Force | CERTIFICATE OF SERVICE<br><br>The Plaintiff asserts under penalties of perjury that copies of these pleadings have been sent to Jason Goodman on Veteran's Day,11/10/2021 at truth@crowdsourcethetruth.org on this date. |