D George Sweigert<br>
America's RV Mailbox<br>
514 Americas Way, PMB 13339<br>
Box Elder, SD 57719-7600<br>
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**November 11, 2021**

Hon. Stewart D. Aaron, Magistrate Judge  **VIA ECF**
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

 The undersigned is the Plaintiff in this case, a non-attorney.

 This letter is responsive to the Magistrate's Report and Recommendation (ECF 321) that states, "No later than November 12, 2021, Plaintiff shall file a letter setting forth each video file he seeks that Defendant has not produced. Defendant shall produce copies of such video files no later than December 3, 2021. Failure to do so may result in the imposition of sanctions. See Fed. R. Civ. P. 37." Such a list is attached as **EXHIBIT ONE** to this letter

 Signed this eleventh day of November (Veteran's Day) 2021.  Date 11/11/2021.

Respectfully,          CERTIFICATE OF SERVICE

*[signature]*          The Plaintiff asserts under penalties of perjury that copies of these pleadings have been sent to Jason Goodman on Veteran's Day, 11/1/2021 at truth@crowdsourcethetruth.org on this date.

D. George Sweigert
Veteran U.S. Air Force

# **EXHIBIT ONE**

Videos demanded

AUG 2019

David George Sweigert's Absurd Lawsuit Has Been Kicked to the Curb

NOV 2020

Sweigerts Determined to Make Lawfare a Family Affair

APR 2019

Did Sweigert Red Team Tunnel Boeing Serco's AI Patents For WTC EVL Teachers And A CAI/CIA Dead Pool Crash?

FEB 2019

Serco's A.I. Sweigert Bridge—DOJ's JonBenét Catalogue—Starnet's EVL BAT CAVE Dohrn

APR 2019

Did Sweigert Tunnel Serco's Secret Service Bridge To Hide EVL AI Child-Porn Teachers And Starnet's Dead Pool Snuff?

MAR 2019

Serco's Split Tunnel Sweigert Hacks—EVL Con Air's AI In Red Team / Blue Team Swaps—Veterans' Bridge Of Wrongful Deaths

MAY 2019

AI Serco's Time-Stamped Fibre City & Guilds of Dead-Pool ICE, EVL Teachers' Fake News Tunnels, Rothschild's Student Odious Debt

APR 2019

Serco's Canadian Aegis Sweigert Tunnel—EVL Teachers Chain Of AI Con Air Custody—Maxar's Bridge Of Cole

MAR 2019

Did Serco Tunnel Pig Farm Under Sweigert's Con Air Bridge? Can EVL AI Teachers Fix A Sidley Cat Bond Crash?

MAY 2019

David Hawkins' Reverse CSI – Is A SERCO Wizard Hacking Boeing Max 8s Over EVL Teachers' Dirty Fiber?

APR 2019

Did SERCO Agents Scrub EVL Teachers Tunnel on Bridge to Secret Service CSI?

APR 2019

BBC EVL Teachers At Mandalay Harvest Crime Scenes—Serco's CAI Dead Pool Patents—Sweigert's AI Con Air Scrubbing Tunnels

AUG 2019

Hawk's CSI: Are Serco's GHOST AI Fly-Away Patents Hiding Dirty Bomb And Shooter Events?

JUN 2019

Hawkins CSI—Are Sweigert AI Guilds Stamping Serco EVL Sports Books For Clinton H.E. Corridor Kills?

NOV 2017

Deep State Attack on George Webb & Crowdsource the Truth