|  |  |
|---|---|
| **CORRECTED COPY**<br><br>**REPLACES ECF 330**<br><br>Pages 4 & 5 truncated in original | *D George Sweigert*<br>*America's RV Mailbox*<br>*514 Americas Way, PMB 13339*<br>*Box Elder, SD 57719-7600*<br>Email: **SPOLIATION-NOTICE@MAILBOX.ORG**<br><br>**November 12, 2021** |

Hon. Stewart D. Aaron, Magistrate Judge**VIA ECF**
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

    The undersigned is the Plaintiff in this case, a non-attorney.

    This letter is responsive to the Magistrate's Report and Recommendation (ECF 321) that states, "No later than November 12, 2021, Plaintiff shall file a letter setting forth each video file he seeks that Defendant has not produced. Defendant shall produce copies of such video files no later than December 3, 2021. Failure to do so may result in the imposition of sanctions. See Fed. R. Civ. P. 37."  Such a list is attached as **EXHIBIT ONE** to this letter

    Signed this twelfth day of November 2021.  Date 11/12/2021.

| | |
|---|---|
| Respectfully,<br><br>*D. S---t* (signature)<br><br>D. George Sweigert | CERTIFICATE OF SERVICE<br><br>The Plaintiff asserts under penalties of perjury that copies of this letter has been sent to Jason Goodman on 11/12/2021 at<br>truth@crowdsourcethetruth.org |

1

# EXHIBIT ONE

Videos demanded

AUG 2019

David George Sweigert's Absurd Lawsuit Has Been Kicked to the Curb

NOV 2020

Sweigerts Determined to Make Lawfare a Family Affair

APR 2019

Did Sweigert Red Team Tunnel Boeing Serco's AI Patents For WTC EVL Teachers And A CAI/CIA Dead Pool Crash?

FEB 2019

Serco's A.I. Sweigert Bridge—DOJ's JonBenét Catalogue—Starnet's EVL BAT CAVE Dohrn

APR 2019

Did Sweigert Tunnel Serco's Secret Service Bridge To Hide EVL AI Child-Porn Teachers And Starnet's Dead Pool Snuff?

MAR 2019

Serco's Split Tunnel Sweigert Hacks—EVL Con Air's AI In Red Team / Blue Team Swaps—Veterans' Bridge Of Wrongful Deaths

MAY 2019

AI Serco's Time-Stamped Fibre City & Guilds of Dead-Pool ICE, EVL Teachers' Fake News Tunnels, Rothschild's Student Odious Debt

APR 2019

Serco's Canadian Aegis Sweigert Tunnel—EVL Teachers Chain Of AI Con Air Custody—Maxar's Bridge Of Cole

MAR 2019

Did Serco Tunnel Pig Farm Under Sweigert's Con Air Bridge? Can EVL AI Teachers Fix A Sidley Cat Bond Crash?

MAY 2019

David Hawkins' Reverse CSI – Is A SERCO Wizard Hacking Boeing Max 8s Over EVL Teachers' Dirty Fiber?

APR 2019

Did SERCO Agents Scrub EVL Teachers Tunnel on Bridge to Secret Service CSI?

APR 2019

BBC EVL Teachers At Mandalay Harvest Crime Scenes—Serco's CAI Dead Pool Patents—Sweigert's AI Con Air Scrubbing Tunnels

AUG 2019

Hawk's CSI: Are Serco's GHOST AI Fly-Away Patents Hiding Dirty Bomb And Shooter Events?

JUN 2019

Hawkins CSI—Are Sweigert AI Guilds Stamping Serco EVL Sports Books For Clinton H.E. Corridor Kills?

NOV 2017

Deep State Attack on George Webb & Crowdsource the Truth

MAY 2018

Exploring The Strange Life Span of Deep State Lifelog with Quinn Michaels

SEP 2019

Lawfare 2.0 Robert David Steele Anti Speech Strategy

JAN 2021

Truth, Lies & Lawfare With The Most Banned Man on The Internet Special Guest Alex Jones

DEC 2019

It's Beginning to Look A Lot Like Social Engineering...

NOV 2019

David Hawkins' Discovery CSI – Is Sydney Global Warming Ignited by Burning Man Cat Bond Fraud?

OCT 2019

Trump Beset on All Sides As Fraudulent Impeachment Inches Closer with Special Guest Larry Nichols

SEP 2019

Impeachment Inquiry Underway – Larry Klayman Reads Radical Left Democrats the Riot Act

SEP 2019

David Hawkins' Discovery CSI Did a 1979 Mendenhalling Foretell Epstein's Posthumous Steganography?

APR 2018

THE SINISTER PSYCHOLOGICAL OPERATION OF GEORGE WEBB SWEIGERT

JUN 2017

Robert David Steele on Crowdsource the Truth June 13, 2017

JUN 2021

The Counter Lawfare Report with Attorney John Snyder – Allegations of Corruption in Federal Court

JUN 2021

TWA 800 25 Years Later – Conspiracy Theory or Epic Government Conspiracy? with Author Jack Cashill

All videos in this series: The Counter Lawfare Report with Brian Vukadovich

All videos with the word DEFANGO in the title

All videos with the word SWEIGERT in the title

All videos with the word Michael Barden in the title

All videos with the words Jared and/or Elizabeth Beck in the title

All videos with Oakey Marshal Richards with "HUDSON" in the title

All videos with George Webb Sweigert with George Webb or George Webb Sweigert in the title