*D. George Sweigert*
*America's RV Mailbox*
*514 Americas Way, PMB 13339*
*Box Elder, SD 57719-7600*
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**November 27, 2021**

Hon. Stewart D. Aaron, Magistrate Judge    **VIA ECF**
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

REF:  **1:18-CV-08653-VEC-SDA,** *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

MAY IT PLEASE THE COURT, the Plaintiff non-attorney seeks the LEAVE OF THIS COURT to file a supplemental request of the Defendant pursuant to the ORDER ECF no. 321. Which states in relevant part:

> "No later than November 12, 2021, Plaintiff shall file a letter setting forth each video file he seeks that Defendant has not produced. Defendant shall produce copies of such video files no later than December 3, 2021. Failure to do so may result in the imposition of sanctions. See Fed. R. Civ. P. 37."

Plaintiff filed such a request docketed as ECF no. 330.  This instant letter purports to supplement ECF no. 330, with the Court's permission, based on newly discovered evidence.

Plaintiff seeks the video file for the podcast known as "Are Deceptive Operatives Conducting Psychological Warfare in Plain Sight?".  The thumb nail for this video creation appears below.

1



Signed this twenty seventh day of November 2021, dated 11/27/2021.

Respectfully,

*D. Sweigert*

D. George Sweigert
Veteran U.S. Air Force

CERTIFICATE OF SERVICE

The Plaintiff asserts under penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 11/27/2021 at truth@crowdsourcethetruth.org on this date.