D George Sweigert<br>
America's RV Mailbox<br>
514 Americas Way, PMB 13339<br>
Box Elder, SD 57719-7600<br>
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**December 9, 2021**

Hon. Magistrate Judge Stewart D. Aaron                              **VIA ECF**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

The undersigned is the Plaintiff in this case, a non-attorney.

The undersigned proposes the following dates for the Defendant's deposition.

- 2/22/22
- 2/23/22
- 2/24/22
- 2/25/22

Signed this ninth day of December 2021.  Date 12/9/2021.

Respectfully,                                              CERTIFICATE OF SERVICE

*[signature: D. Sgt]*                                     The Plaintiff asserts under the penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 12/9/2021 at truth@crowdsourcethetruth.org .

D. George Sweigert
Veteran U.S. Air Force