*D George Sweigert*
*America's RV Mailbox*
*514 Americas Way, PMB 13339*
*Box Elder, SD 57719-7600*
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**December 10, 2021**

Hon. Magistrate Judge Stewart D. Aaron                                                                    **VIA ECF**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

    The undersigned is the Plaintiff in this case, a non-attorney.

    The undersigned HAS NOT received any discovery materials from the Defendant that were due December 3, 2021. This includes NO video podcast files. Nothing has been received from the Defendant in this regard.

Signed this tenth day of December 2021. Date 12/10/2021.

| Respectfully, | CERTIFICATE OF SERVICE |
|---|---|
| *[signature: D. Sgt]* | The Plaintiff asserts under the penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 12/10/2021 at truth@crowdsourcethetruth.org . |
| D. George Sweigert | |
| Veteran U.S. Air Force | |

1