Jason Goodman
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

**December 13, 2021**

Hon. Magistrate Judge Stewart D. Aaron
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

In the interest of judicial efficiency and compliance with existing orders Defendant had not intended to discuss these discovery issues in additional pleadings, but rather to wait until the Discovery conference on December 15.  However, Plaintiff's insistence on clogging the docket with frivolous and deceitful filings in his attempt to prejudice the court's perspective now demands a response.  In the initial discovery phase, a 64GB thumb drive was mailed to Plaintiff's RV PO Box which included full copies of all the video files relevant to this case.  The files were sent along with the promise that anything inadvertently left out would be readily supplied without the need to involve the court.

Plaintiff has no compunctions about emailing Defendant almost daily to harass his elderly family members and engage in other forms of cyber harassment, but he did not mention that he failed to receive discovery materials until he filed his letter seeking sanctions with the court.  The Court may recall previously in this case, Plaintiff attempted to deceive the Court falsely claiming Defendant sent malicious software in electronic document production and then burdened Defendant with the expense of mailing hard copy to a dynamic array of postal addresses, most of which were unable to deliver and returned to Defendant and the Court.  The document production now in

1

question was sent on December 1, 2021 and is attached to this letter.  **(EXHIBIT A)**

This would have been emailed to chambers but as the Court may recall access to chambers email was terminated when Plaintiff's associates bombarded the court with irrelevant and inappropriate communications.  Throughout this litigation it has been Plaintiff making repeated, egregious efforts to destroy access to video evidence and frustrate the discovery process.  He does this while simultaneously attempting to blame Defendant in an obvious effort to provoke sanctions because his claims have no merit.  This entire lawsuit is an abusive exercise intended to frustrate and harass defendant, waste his time and resources and corner him in a deliberately manufactured procedural failure.

Signed this 13th day of December 2021
Respectfully submitted,

_____          _____
                                          Jason Goodman, Defendant, Pro Se
                                          252 7th Avenue Apt 6s
                                          New York, NY 10001
                                          (323) 744-7594
                                          truth@crowdsourcethetruth.org

**(EXHIBIT A)**

1
2
3

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

4

D. GEORGE SWEIGERT

5

Plaintiff,

6

vs.

7

JASON GOODMAN,

8

Defendant

9

Case No.: 1:18-cv-08653-VEC-SDA

**DEFENDANT'S RESPONSE TO
ADDITIONAL DISCOVERY REQUESTS**

10
11
12
13
14
15
16
17
18
19

  Throughout these proceedings Plaintiff has engaged in a broad range of actions indented

to destroy Defendant's business, public reputation and social media properties including web

pages and video hosting channels which include videos he now requests in additional discovery.

Simultaneously, Plaintiff has engaged in wildly inappropriate extrajudicial harassment which has

substantially frustrated Defendant's ability to properly defend the legal assault.  This has

included deliberate harassment of Defendant's former attorney via threats directed at that

attorney's infant daughter, and now direct intimidation of Defendant's octogenarian father who

has nothing to do with this litigation or any related matters.  **(EXHIBIT A)**

20
21
22
23
24
25
26
27
28

  The cruel and depraved actions of the Plaintiff can only be described as psychotic.

Plaintiff's insane behavior knows no bounds and the Court has equally been grossly negligent in

its administration of justice by standing idly by while Plaintiff proceeds with impunity.  The time

has come for the Court to use its inherent authority to put an end to Plaintiff's maniacal

intimidation, harassment and threatening of Defendant, his friends, family, and business

associates not to mention his capricious waste of Judicial resources.  On information and belief,

Defendant alleges that in requesting this additional discovery, Plaintiff has sought to deliberately

DEFENDANT'S APPLICATION FOR A SHOW CAUSE HEARING SEEKING TO COMPEL PLAINTIFF TO
UNDERGO PSYCHOLOGICAL EVALUATION - 1

deceive the court and create the false impression that Defendant has intentionally destroyed evidence. On the contrary, Defendant has gone to extraordinary lengths to preserve every one of his video productions and the same social media assets Plaintiff attempts to destroy. These assets are the core of Defendant's business and without them Defendant has no method of generating income. Further, a 16GB USB thumb drive was provided to Plaintiff during the initial production of discovery materials. This video contained all requested videos along with the good faith assurance that any allegedly missing or unintentionally omitted videos would be provided upon request with no need for further pleadings or waste of additional judicial resources. The court should take notice that the two videos referenced in Magistrate Judge Aaron's report and recommendation, "Trolls of Mount Shasta" and "Does Sweigert's Social Engineering Spin the Bit Spread Spy in the Padlocked Bag" are, to Defendant's best recollection, among the specific videos Plaintiff issued complaints about resulting in their removal from YouTube. The court should also note that Plaintiff regularly engages in behavior far more egregious than the non-actionable statements in the public videos produced by Defendant.

To reiterate, Defendant was not aware of Plaintiff, prior to Plaintiff's initiation of an unprovoked, hostile online exchange in mid 2017. The Plaintiff is in a regular practice of agitating Defendant and then using any response whatsoever as justification for some sort of deficient claim or other form of retaliation. Finally, Plaintiff's most recent motion seeking leave to further extend Discovery reveals within the four corners of the pleading itself, deception on the part of Plaintiff. Plaintiff claims to seek leave on the basis of "new evidence", ostensibly the discovery of this video. However, the video was removed from the internet months ago when the YouTube channel it is associated with was eliminated. Plaintiff fails to explain how this could be a new discovery as of November 27, 2021. If Plaintiff's subpoena of Google is granted,

DEFENDANT'S APPLICATION FOR A SHOW CAUSE HEARING SEEKING TO COMPEL PLAINTIFF TO UNDERGO PSYCHOLOGICAL EVALUATION - 2

it will reveal numerous complaints from Plaintiff or agents acting on his behalf, each made over the course of more than four years.

Complaints against a YouTube channel result in penalties known as "strikes" that accumulate over time and have a variety of negative effects on the operation of the channel. Even one strike against a YouTube channel permanently damages its ability to operate as compared to a channel with a totally clean record.  Just as Plaintiff files seemingly endless frivolous pleadings in this case, he relentlessly attacks Defendant's social media properties in a variety of ways just as he attacks defendant's business associates, friends and now even his elderly family members.  There is no legitimate purpose for this ongoing cyber harassment, save the elimination of evidence and the creation of legal "attack vectors" whereby Plaintiff hopes to force Defendant into default in this and other unrelated legal action.  As recently as June of 2021, Plaintiff submitted a fraudulent complaint to Bitchute.com.  **(EXHIBIT B)**

Defendant had created a Bitchute channel specifically as a repository for video evidence in this case and indicated that on each video on the site.  Plaintiff knew this, but despite that knowledge filed a fraudulent copyright violation complaint, informing Bitchute's legal department that the videos were his intellectual property and were posted in violation of U.S. Copyright law.  This was false. Posting Plaintiff's videos as evidence constitutes a fair use under the Digital Millennium Copyright Act and Plaintiff is aware of this.  Plaintiff now has submitted requests for additional discovery that include videos he has deliberately removed access to.  This deliberate deception of the court during this litigation gives rise to a claim under New York Consolidated Laws, Judiciary Law - JUD § 487.  Defendant respectfully moves the court to find Plaintiff guilty of a misdemeanor under this statue and prays the court will sanction him by dismissing this frivolous case with prejudice.

DEFENDANT'S APPLICATION FOR A SHOW CAUSE HEARING SEEKING TO COMPEL PLAINTIFF TO UNDERGO PSYCHOLOGICAL EVALUATION - 3

In addition to the above detailed deceptive actions, Plaintiff has also requested content that is not property of Defendant, is not controlled by Defendant, was not published by Defendant or is otherwise irrelevant to the case.  The Court has unfortunately granted this abusive, vexatious litigant a fishing license, once again emboldening Plaintiff to act with impunity as he continues his cybercrime spree under the guise of additional discovery.  Many of these most recent discovery requests seek irrelevant material that serves no purpose beyond increasing these proceedings, harassing the Defendant, and introducing potential "attack vectors" for the Plaintiff's maniacal, relentless, and ongoing judicial and extrajudicial harassment of Defendant.  Defendant respectfully requests the December 15, 2021, telephone conference be substituted for an in person hearing and the Plaintiff be compelled to present himself in the courtroom and show cause as to why he has taken he described actions and what legitimate purpose they are intended to serve.

Signed this 1st day of December 2021

Respectfully submitted,

_____

Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S APPLICATION FOR A SHOW CAUSE HEARING SEEKING TO COMPEL PLAINTIFF TO UNDERGO PSYCHOLOGICAL EVALUATION - 4

Videos demanded

AUG 2019

*David George Sweigert's Absurd Lawsuit Has Been Kicked to the Curb*

There is no video associated with this post.  This was a text post that included a link to ECF No . 87 and is an irrelevant request. (https://www.patreon.com/posts/david-george-has-29314230)



NOV 2020

*Sweigerts Determined to Make Lawfare a Family Affair*

https://theresistance.video/watch?id=5fb7015293b2894247f4a02b

APR 2019

*Did Sweigert Red Team Tunnel Boeing Serco's AI Patents For WTC EVL Teachers And A CAI/CIA Dead Pool Crash?*

This is not a post Defendant made.  This post was made by David Hawkins, non-party in this case.  Defendant cannot speak for Hawkins. (https://www.patreon.com/posts/did-

sweigert-red-26242661)



FEB 2019

*Serco's A.I. Sweigert Bridge—DOJ's JonBenét Catalogue—Starnet's EVL BAT CAVE Dohrn*

This is not a post Defendant made.  This post was made by David Hawkins, non-party in this case.  Defendant cannot speak for Hawkins. (https://www.patreon.com/posts/sercos-i-bridge-24415518)



APR 2019

*Did Sweigert Tunnel Serco's Secret Service Bridge To Hide EVL AI Child-Porn Teachers And Starnet's Dead Pool Snuff?*

This is not a post Defendant made. This post was made by David Hawkins, non-party in this case. Defendant cannot speak for Hawkins. ([https://www.patreon.com/posts/did-sweigert-to-25969815](https://www.patreon.com/posts/did-sweigert-to-25969815))



MAR 2019

*Serco's Split Tunnel Sweigert Hacks—EVL Con Air's AI In Red Team / Blue Team Swaps—Veterans' Bridge Of Wrongful Deaths*

This is not a post Defendant made. This post was made by David Hawkins, non-party in this case. Defendant cannot speak for Hawkins. ([https://www.patreon.com/posts/sercos-split-evl-25737019](https://www.patreon.com/posts/sercos-split-evl-25737019))



MAY 2019

*AI Serco's Time-Stamped Fibre City & Guilds of Dead-Pool ICE, EVL Teachers' Fake News Tunnels, Rothschild's Student Odious Debt*

This is not a post Defendant made.  This post was made by David Hawkins, non-party in this case.  Defendant cannot speak for Hawkins. (https://www.patreon.com/posts/ai-sercos-time-26782276)



APR 2019

*Serco's Canadian Aegis Sweigert Tunnel—EVL Teachers Chain Of AI Con Air Custody—Maxar's Bridge Of Cole*

This is not a post Defendant made.  This post was made by David Hawkins, non-party in this case.  Defendant cannot speak for Hawkins. ([https://www.patreon.com/posts/sercos-canadian-25822439](https://www.patreon.com/posts/sercos-canadian-25822439))



MAR 2019

*Did Serco Tunnel Pig Farm Under Sweigert's Con Air Bridge? Can EVL AI Teachers Fix A Sidley Cat Bond Crash?*

This is not a post Defendant made.  This post was made by David Hawkins, non-party in this case.  Defendant cannot speak for Hawkins. ([https://www.patreon.com/posts/did-serco-tunnel-25595327](https://www.patreon.com/posts/did-serco-tunnel-25595327))



MAY 2019

*David Hawkins' Reverse CSI – Is A SERCO Wizard Hacking Boeing Max 8s Over EVL Teachers' Dirty Fiber?*

https://altcensored.com/watch?v=3H1w6pudLMY

APR 2019

*Did SERCO Agents Scrub EVL Teachers Tunnel on Bridge to Secret Service CSI?*

This is not a post Defendant made.  This post was made by David Hawkins, non-party in

this case.  Defendant cannot speak for Hawkins. (https://www.patreon.com/posts/did-serco-agents-26010941?utm_medium=social&utm_source=pinterest&utm_campaign=postshare)



APR 2019

*BBC EVL Teachers At Mandalay Harvest Crime Scenes—Serco's CAI Dead Pool Patents—Sweigert's AI Con Air Scrubbing Tunnels*

This is not a post Defendant made.  This post was made by David Hawkins, non-party in this case.  Defendant cannot speak for Hawkins. (https://www.patreon.com/posts/bbc-evl-teachers-25938847?l=de)



AUG 2019

*Hawk's CSI: Are Serco's GHOST AI Fly-Away Patents Hiding Dirty Bomb And Shooter Events?*

This is not a post Defendant made.  This post was made by David Hawkins, non-party in this case.  Defendant cannot speak for Hawkins. ([https://www.patreon.com/posts/hawks-csi-are-ai-28962800](https://www.patreon.com/posts/hawks-csi-are-ai-28962800))



JUN 2019

*Hawkins CSI—Are Sweigert AI Guilds Stamping Serco EVL Sports Books For Clinton H.E. Corridor Kills?*

This is not a post Defendant made.  This post was made by David Hawkins, non-party in this case.  Defendant cannot speak for Hawkins. ([https://www.patreon.com/posts/hawkins-csi-are-27748194](https://www.patreon.com/posts/hawkins-csi-are-27748194))



NOV 2017

Deep State Attack on George Webb & Crowdsource the Truth

https://www.bitchute.com/video/dahcH4XxS9j0/

MAY 2018

Exploring The Strange Life Span of Deep State Lifelog with Quinn Michaels

https://altcensored.com/watch?v=4OTduosg4iI

SEP 2019

Lawfare 2.0 Robert David Steele Anti Speech Strategy

JAN 2021

Truth, Lies & Lawfare with The Most Banned Man on The Internet Special Guest Alex Jones

https://archive.org/details/truth-lies-lawfare-with-the-most-banned-man-on-the-internet-special-guest-alex-jones

DEC 2019

It's Beginning to Look A Lot Like Social Engineering...

https://www.bitchute.com/video/B0509V4XZSA/

NOV 2019

David Hawkins' Discovery CSI – Is Sydney Global Warming Ignited by Burning Man Cat Bond Fraud?

https://www.altcensored.com/watch?v=6g5a3-9UHQA

OCT 2019

Trump Beset on All Sides As Fraudulent Impeachment Inches Closer with Special Guest Larry Nichols

https://www.bitchute.com/video/TXht8MRiuW4/

SEP 2019

Impeachment Inquiry Underway – Larry Klayman Reads Radical Left Democrats the Riot Act

https://youtu.be/cyJEJQf1Znk

SEP 2019

David Hawkins' Discovery CSI Did a 1979 Mendenhalling Foretell Epstein's Posthumous Steganography?

https://altcensored.com/watch?v=5LScYnw3dko

APR 2018

THE SINISTER PSYCHOLOGICAL OPERATION OF GEORGE WEBB SWEIGERT

https://3d5d.space/video/the-sinister-psychological-operation-of-george-webb-sweigert

JUN 2017

Robert David Steele on Crowdsource the Truth June 13, 2017

https://rumble.com/vm2gg7-robert-david-steele-on-crowdsource-the-truth-june-13-2017.html

JUN 2021

The Counter Lawfare Report with Attorney John Snyder – Allegations of Corruption in Federal Court

https://youtu.be/MVzocok1fy8

JUN 2021

TWA 800 25 Years Later – Conspiracy Theory or Epic Government Conspiracy? with Author Jack Cashill

This video was originally broadcast on Crowdsource the Truth 5 and remains there.  No effort has been made by Defendant to spoliate any evidence and in this example, the original video hasn't been removed by anyone from its original location.  Plaintiff's awareness of this video is an indication that he would know this and has requeted this video here for no reason other than the increase these proceedings and continue to harass Defendant.  Aside from allegations made by a third party pertaining to Judge Caproni's role in the TWA Flight 800 investigation in 1996, this video has nothing to do with Plaintiff, this matter or anything pertaining to his complaint.  This is just another example of the Plaintiff's bad faith in perpetuating these proceedings. https://youtu.be/Y0Z9-bKxJh4

All videos in this series: The Counter Lawfare Report with Brian Vukadovich

Overbroad, unduly burdensome, and not related to Plaintiff's complaint.

All videos with the word DEFANGO in the title
Overbroad, irrelevant, and not related to Plaintiff's complaint.  This request includes videos deliberately spoliated by PLAINTIFF

All videos with the word SWEIGERT in the title
Overbroad, redundant, this request includes videos deliberately spoliated by PLAINTIFF.

All videos with the word Michael Barden in the title
Overbroad, irrelevant, and not related to Plaintiff's complaint.

All videos with the words Jared and/or Elizabeth Beck in the title
Overbroad, irrelevant, and not related to Plaintiff's complaint.


All videos with Oakey Marshal Richards with "HUDSON" in the title
Overbroad, irrelevant, and not related to Plaintiff's complaint.


All videos with George Webb Sweigert with George Webb or George Webb Sweigert in the title
Overbroad, irrelevant, and not related to Plaintiff's complaint. This request includes videos
deliberately spoliated by PLAINTIFF

**(EXHIBIT A)**

**From:** **Spoliation Notice** spoliation-notice@mailbox.org 📎
**Subject:** Re: New lawsuit against Jason Goodman, for your records
**Date:** November 29, 2021 at 6:37 PM
**To:** Jason Goodman truth@crowdsourcethetruth.org
**Cc:** spoliation@posteo.net, George Webb Sweigert georg.webb@gmail.com, cedinfo@dcbar.org, ethics@dcbar.org, usms.wanted@usdoj.gov, 60m@cbsnews.com, tips@thedailybeast.com, tips@forbes.com, tips@nypost.com, tips@dailycaller.com, ad1-agc@nycourts.gov, tips@zerohedge.com, tips@propublica.org, Spoliation Notice spoliation-notice@mailbox.org, comped@nysed.gov, medbd@nysed.gov, opmc@health.ny.gov

DS

Litigation privileged communication

Dear Jason Goodman:

Interesting you bring up this issue of cooperation.

The undersigned has reason to believe that you have been cooperating with your father to create your alleged anti-vax and COVID-19 conspiracy theory podcasts. This means he is a valuable witness in the on-going litigation issues.

As a courtesy to you, the New York State medical board has been included on this e-mail message.

See attached.

https://nyulangone.org/doctors/1427014810/mark-a-goodman?cid=syn_yext&y_entity_id=1427014810-primary

Best,

D. George Sweigert

Litigation privileged communication



# Mark A. Goodman, MD

| Website | Directions | Save | Call |

Cardiologist in Uniondale, New York

**COVID-19 info:** nyulangone.org

**Get online care:** nyulangone.org

**Address:** 975 Stewart Ave, Garden City, NY 11530

**Health & safety:** Mask required · Temperature check required · Staff wear masks · Staff get temperature checks · More details

**Phone:** (516) 222-8600

**Appointments:** nyulangone.org

# Dr. Mark A. Goodman MD

★★★☆☆ (3/5) Patient Experience Rating



**Cardiology**
Adult Congenital Heart Disease

📍 **Garden City, NY**

Male • 21+ Yrs Experience • English

**(EXHIBIT B)**

**From:** **BitChute Legal**  legal@bitchute.com  📎
**Subject:** Fwd: Copyright violation and take down notice
**Date:** February 26, 2021 at 6:31 AM
**To:** jasongoodman3d@gmail.com,  copyright  copyright@bitchute.com

Hello,

This email is to notify you that a number of videos on your channel have been blocked under the attached copyright claim and request that you do not repost any of the blocked content.

We also recommend that you remove any other content that you have posted belonging to the named individual in the attached copyright claim.

Kind regards,

**BitChute Legal**

Email - legal@bitchute.com / Website - https://www.bitchute.com

Bit Chute Limited, Box 813, Andover House, George Yard, Andover, Hampshire, SP10 1PB. United Kingdom. Registered Company Number - 10637289.

*This email and any attachments may be confidential, subject to copyright and/or legal privilege and are intended solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete it from your system.  To avoid incurring legal liabilities, you must not distribute or copy the information in this email without the permission of the sender.*



REQUESTED-
TAKED...py.pdf

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*
Spoliation-notice@mailbox.org

**February 25, 2021**

**Copyright Enforcement**
**BITCHUTE**
**Box 813 Andover House**
**George Yard, Andover**
**Hampshire, England, SP10 1PB**


**SUBJ:  SECOND DEMAND LETTER**

**REF:   (1) S.D.N.Y. case no: 1:18-cv-08653-VEC-SDA**


Ladies and Gentlemen:


This document is provided to your staff to support a Copyright Take Down Notice.  This is a follow-up letter to that letter of 2/24/2012.


The following screen shots and URL tags identify content that is 100%n owned by the undersigned.  This content is not authorized to appear on your social media platform.  This video content has been misappropriated from the undersigned.  The undersigned is the owner of these materials and does not authorize such video content to be displayed on your platform in any form or manner.


This content (see below) should be removed at once.


This information is true and accurate and attested under penalties of perjury.


Respectfully,

D. George Sweigert



https://www.bitchute.com/video/LLqDBTwyIIsD/



https://www.bitchute.com/video/zf6HtbQEjI69/



https://www.bitchute.com/video/3cQSzBSK5GUP/



https://www.bitchute.com/video/7GdoHHFox9Bc/



https://www.bitchute.com/video/i6SC74tbY6Dk/

This is a message that David Sweigert aka Dave Acton posted approximately October 17, 2017 to a network of cyber operatives. In this video, Sweigert directs these operatives to monitor all activity of journalist Jason Goodman of Crowdsource the Truth as part of a distributed targeting and harassment campaign.



https://www.bitchute.com/video/2q8CT9Auo0TW/

Dave continues to lay out aspects of his plan yet to come including threats of future litigation. He does all this while re-refernecing a video in which his brother George Webb Sweigert directs people to watch a video in which Dave accuses Jason Goodman of working for Mossad off shoot Black Cube. Despite his self proclaimed contract work for DHS and other agencies, Dave denies affiliation with the so called "deep state" while feigning ignorance of Manuel Chavez, the very person Dave speaks with in the video referenced by George



https://www.bitchute.com/video/JJhTJdyqsgrB/

Dave denies allegations from his brother George while attempting to negate threats made in online videos by known Dave associate Manuel Chavez III



https://www.bitchute.com/video/etK0EoVBgrng/

Dave issues threats to his brother George and Jason Goodman while he demonstrates his knowledge of Saul Alinsky, accusing his adversaries of exactly what he himself is doing.

9



Aug 27, 2018

Investigative journalist Jason Goodman sounds off about George Webb

None



Aug 27, 2018

CSTT CEO Jason Goodman , the puppetmaster of Wall Street , speaks! Listen up people!

None



Aug 24, 2018

FINAL WARNING to Defango from CSTT CEO Jason Goodman -- George Webb advised

None