*D George Sweigert*
*America's RV Mailbox*
*514 Americas Way, PMB 13339*
*Box Elder, SD 57719-7600*
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**December 14, 2021**

Hon. Magistrate Judge Stewart D. Aaron             **VIA ECF**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

    The undersigned is the Plaintiff in this case, a non-attorney.

    The purpose of this letter is to (1) clarify pending issues for the upcoming meet and confer discovery conference scheduled for Wednesday, December 15, 2021, at 2:00 pm New York time and (2) to clear up any gross errors that could confuse such a conference as a result of the Defendant's letter, ECF doc. 340 (filed yesterday).

### *Confusion over USB thumb drive and mailing*

    The Defendant expresses confusion over a singular thumb drive, referring to it as both a 16gb and a 64gb drive in yesterday's letter. The Defendant erroneously believes that thumb drive was recently sent to the Plaintiff's new mailing address in South Dakota, it was not. The Court will recall that the Plaintiff's mailing address was changed via ECF doc. 313 (September 9, 2021) to his South Dakota address. As the Defendant states:

> response. <u>In the initial discovery phase, a 64GB thumb drive was mailed to Plaintiff's RV PO Box which included full copies of all the video files relevant to this case.</u> The files were sent along with

    The above statement is incorrect. The only U.S. mail received in South Dakota from the Defendant was a U.S. priority mail envelope sent 11/10/2021 from New York City (tracking number 9405 5036 9930 0058 0997 41). The only materials contained in said envelope (mailed two days prior to the November 12, 2021, letter by the Plaintiff requesting computer files of video evidence) were unstapled papers of Defendant's motion for recusal of District Judge Valerie E. Caproni. No other materials were in said envelope.

Defendant claims that EXHIBIT A, discussed in yesterday's letter, was sent to the Plaintiff. However, the Plaintiff has no record of any such U.S. mail sent by the Defendant.

> unable to deliver and returned to Defendant and the Court.  <u>The document production now in</u>
>
> 1
>
> Case 1:18-cv-08653-VEC-SDA   Document 340   Filed 12/13/21   Page 2 of 32
>
> <u>question was sent on December 1, 2021 and is attached to this letter.</u>  **(EXHIBIT A)**

As the Defendant had the foresight to send his unstapled pages of the motion to recuse District Judge Caproni via U.S. Priority Mail with a tracking receipt, the Plaintiff kindly requests that proof be provided that said EXHIBIT A was sent to the Plaintiff's mailbox in South Dakota with delivery confirmation.

Signed this fourteenth day of December 2021.  Date 12/14/2021.

Respectfully,

*[signature: D. Sgt]*

D. George Sweigert
Veteran U.S. Air Force

CERTIFICATE OF SERVICE

The Plaintiff asserts under the penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 12/14/2021 at truth@crowdsourcethetruth.org .