U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| D. GEORGE SWEIGERT<br><br>Vs.<br><br>JASON GOODMAN | Case 1:18-cv-08653-VEC-SDA<br><br>VALERIE E. CAPRONI |
|---|---|

## NOTICE OF AUDIO ONLY DEPOSITION

## SCHEDULED FOR FEB. 22, 2022 (2/22/2022)

Respectfully,

D. George Sweigert
Veteran U.S. Air Force

America's RV Mailbox
514 Americas Way, PMB 13339
Box Elder, SD 57719-7600
Email: SPOLIATION-NOTICE@MAILBOX.ORG

Signed this fifteenth day of December 2021.  Date 12/15/2021.

Respectfully,

D. George Sweigert
Veteran U.S. Air Force

CERTIFICATE OF SERVICE

The Plaintiff asserts under penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 12/15/2021 at truth@crowdsourcethetruth.org

1