```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

    -against-

Jason Goodman,

                Defendant.

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. For the reasons stated on the record, Defendant's deposition shall proceed under Court supervision, but via remote means, on February 22, 2022 beginning at 10:00 a.m. Eastern time.

2. No later than Wednesday, December 22, 2021, Plaintiff shall file a letter indicating whether he intends to conduct Defendant's deposition by telephone or by video (using a certified video deposition service).

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

DATED:    New York, New York
               December 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge