U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| D. GEORGE SWEIGERT<br><br>Vs.<br><br>JASON GOODMAN | Case 1:18-cv-08653-VEC-SDA<br><br>VALERIE E. CAPRONI |
|---|---|

### [CORRECTED ECF 342]

### NOTICE OF TELEPHONIC (AUDIO ONLY) DEPOSITION

### SCHEDULED FOR 10:00 A.M. FEB. 22, 2022 (2/22/2022)

Respectfully,

*[signature]*

D. George Sweigert
America's RV Mailbox
514 Americas Way, PMB 13339
Box Elder, SD 57719-7600
Email: SPOLIATION-NOTICE@MAILBOX.ORG

Signed this sixteenth day of December 2021.  Date 12/16/2021.

| Respectfully,<br><br>*[signature]*<br><br>D. George Sweigert<br>Veteran U.S. Air Force | CERTIFICATE OF SERVICE<br><br>The Plaintiff asserts under penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 12/16/2021 at truth@crowdsourcethetruth.org |
|---|---|

1