UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

    -against-

Jason Goodman,

                Defendant.

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that Plaintiff's motion for a limited reopening of discovery pursuant to Federal Rule of Civil Procedure 16(b) (*see* Notice of Mot., ECF No. 345) is DENIED WITHOUT PREJUDICE. Plaintiff has not articulated the discovery that he seeks. To the extent Plaintiff references Rule 56(d), the Court already has extended discovery to address the production of relevant video evidence, which as discussed during the December 15, 2021 telephone conference now has been resolved, and to allow Plaintiff to depose Defendant on the issue of actual malice. (*See* 10/29/2021 Order, ECF No. 322.)

    If Plaintiff seeks any other additional discovery, he shall, no later than December 31, 2021, renew his motion and identify the additional discovery he seeks and explain how such discovery is relevant to his remaining claims and proportional to the needs of the case. *See* Fed. R. civ. P. 26(b)(1).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

DATED:   New York, New York
         December 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge