```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

-against-

Jason Goodman,

                Defendant.

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The Court is in receipt of Plaintiff's Letter indicating that he wishes to conduct Defendant's deposition via telephone. (*See* ECF No. 344.) The Court will host the deposition using the Court's conference line: (888) 278-0296 (or (214) 765-0479) with access code 6489745. Only Plaintiff; Defendant; any counsel retained by Plaintiff and/or Defendant; an independent stenographer authorized to administer the Oath; and the Court may attend the deposition. No later than February 1, 2022, Plaintiff shall file a letter indicating the name, email address and telephone number of the stenographer. Thereafter, the Court will provide the necessary parties a security code to access the conference.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

DATED:    New York, New York
             December 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge