D George Sweigert<br>
America's RV Mailbox<br>
514 Americas Way, PMB 13339<br>
Box Elder, SD 57719-7600<br>
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**January 5, 2022**

Hon. Magistrate Judge Stewart D. Aaron
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

Pursuant to your ORDER, docket 347, the following is provided:



Signed this fifth day of January 2022 (1/5/2022).

| Respectfully, | CERTIFICATE OF SERVICE |
|---|---|
| *[signature]* <br><br> D. George Sweigert <br> Veteran U.S. Air Force | The Plaintiff asserts under the penalties of perjury that a copy of this letter has been sent to Jason Goodman on 1/5/2022 at truth@crowdsourcethetruth.org . |