*D George Sweigert*
*America's RV Mailbox*
*514 Americas Way, PMB 13339*
*Box Elder, SD 57719-7600*
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**January 11, 2022**

Hon. Magistrate Judge Stewart D. Aaron                                         **VIA ECF**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

The undersigned is the Plaintiff in this case, a non-attorney.

The purpose of this letter is to (1) request clarification on the use of tape-recording equipment by the parties during the deposition scheduled for 10 a.m. on 2/22/2022, and (2) the potential subsequent broadcast of said recordings on social media.

The undersigned does not consent to the use of recording equipment by the defendant for use as potential broadcast content on social media.  The undersigned requests an order to this effect.

Signed January eleventh, 2022.  Date 1/11/2022.

Respectfully,                                           CERTIFICATE OF SERVICE

*/s/ D. Sgt*                                           The Plaintiff asserts under the penalties of perjury
                                                       that copies of these pleadings have been sent to
D. George Sweigert                                     Jason Goodman on 1/11/2022 at
Veteran U.S. Air Force                                 truth@crowdsourcethetruth.org .

1