USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/2022

**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. GEORGE SWEIGERT, | Case No.: 1:18-cv-08653-VEC-SDA |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION** |
| JASON GOODMAN, | |
| Defendant | |

**TO THE COURT AND PLAINTIFF**

Please take notice that JASON GOODMAN, pro se Defendant will move this Court, pursuant to 28 U.S.C. § 144 and 455 of the Federal Rules of Civil Procedure, for the immediate recusal or disqualification of Judge Valerie Caproni.

Signed this 10th day of January 2022

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Jason Goodman, Defendant, Pro Se
　　　　　　　　　　　　　　　　　　　　252 7th Avenue Apt 6s
　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　(323) 744-7594
　　　　　　　　　　　　　　　　　　　　truth@crowdsourcethetruth.org

NOTICE OF MOTION FOR DISQUALIFICATION OF JUDGE VALERIE CAPRONI - 1

The motion to recuse filed in this matter by Mr. Goodman, *see* 18-CV-8653 Dkt. 353, is nearly identical to the motion filed by Goodman at docket entry 16 in 21-CV-10627. For the same reasons that that motion was denied, *see* Endorsement, 21-CV-10627, Dkt. 17, this motion is also DENIED.

SO ORDERED.

*[signature]*   Date: January 11, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE