D George Sweigert
America's RV Mailbox
514 Americas Way, PMB 13339
Box Elder, SD 57719-7600
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**January 19, 2022**

Hon. Magistrate Judge Stewart D. Aaron                                      **VIA ECF**
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

The undersigned is the Plaintiff in this case, a non-attorney.

Twenty-two (22) consecutive days have passed since the docketing of the below described pleading without a responsive pleading from the Defendant.

| 12/28/2021 | 349 | DECLARATION OF PLAINTIFF TO SUPPORT AMENDED MOTION OR LIMITED REOPENING OF DISCOVERY PURS. TO F.R.C.P. RULE 16(b) & 56(d), re: 348 MOTION to Reopen re: 346 Order on Motion to Reopen. Document filed by D George Sweigert. (sc) (Entered: 12/29/2021) |
|---|---|---|

Signed January nineteenth, 2022.  Date 1/19/2022.

Respectfully,                                                         CERTIFICATE OF SERVICE

*[signature]*                                                         The Plaintiff asserts under the penalties of perjury
                                                                      that copies of these pleadings have been sent to
D. George Sweigert                                                    Jason Goodman on 1/19/2022 at
Veteran U.S. Air Force                                                truth@crowdsourcethetruth.org .

1