USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022

D George Sweigert
America's RV Mailbox
514 Americas Way, PMB 13339
Box Elder, SD 57719-7600
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**January 11, 2022**

Hon. Magistrate Judge Stewart D. Aaron                                  **VIA ECF**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

Dear Judge Aaron,

    The undersigned is the Plaintiff in this case, a non-attorney.

    The purpose of this letter is to (1) request clarification on the use of tape-recording equipment by the parties during the deposition scheduled for 10 a.m. on 2/22/2022, and (2) the potential subsequent broadcast of said recordings on social media.

    The undersigned does not consent to the use of recording equipment by the defedant for use as potential broadcast content on social media. The undersigned requests an order to this effect.

    Signed January eleventh, 2022. Date 1/11/2022.

Respectfully,

*/s/ D. Sweigert*

D. George Sweigert
Veteran U.S. Air Force

CERTIFICATE OF SERVICE

The Plaintiff asserts under the penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 1/11/2022 at truth@crowdsourcethetruth.org .

ENDORSEMENT: Pursuant to Federal Rule of Civil Procedure 30(b)(3)(B), "[w]ith prior notice to the deponent and other parties, any party may designate another method for recording the testimony [at a deposition] in addition to that specified in the original notice." Accordingly, the Court will not prohibit Defendant from recording his deposition if he provides Plaintiff with prior notice of his intention to do so. S*ee, e.g., Burgess v. Town of Wallingford*, No. 11-CV-01129 (CSH), 2012 WL 4344194, at *7 (D. Conn. Sept. 21, 2012). It is premature for the Court to address the dissemination or publication of any potential recording. Plaintiff may renew his request at the deposition. The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant. SO ORDERED.
Dated: January 21, 2022