IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. GEORGE SWEIGERT<br><br>    Plaintiff,<br><br>vs.<br><br>JASON GOODMAN,<br><br>    Defendant | Case No.: 1:18-cv-08653-VEC-SDA<br><br>**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** |

    Pro Se Defendant Jason Goodman respectfully responds to the order to show cause as to why Goodman should not be required to seek leave of the court should it become necessary to file additional documents in this matter.  Plaintiff Sweigert has brought this action for the sole purpose of harassing Goodman.  Goodman has only endeavored to end this matter as expeditiously as possible.  A review of the docket and the case history makes it apparent to a reasonable observer that Sweigert is not seeking to cure a legitimate injury, but rather to burden Goodman with as many legal actions and frivolous filings as he can.  Sweigert has repeatedly sought to agitate Goodman via legal filings and extrajudicial harassment in social media, harassment of his family, his former attorney and any other means he can devise.  When Goodman responds in any way, Sweigert seeks to weave that response into some cause of action or declaration that serves to perpetuate this or other suits.  Goodman reminds the court; it was a harassing email from Sweigert that caused the cascade of errors that lead to the show cause hearing in THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. v MULTIMEDIA SYSTEM DESIGN, INC. ("NATAS v MSD") during which Goodman was wrongly accused of violating an order of protection.  The net effect of Sweigert's efforts is to

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE - 1

waste judicial resources, not only in the SDNY, but also in South Carolina, Virginia, Michigan and likely any future venue that will allow him.  Sweigert has shown no sign of relenting, and the Court has presented only limited opposition to his ongoing abuse of the system.  Goodman has tried to keep filings to a minimum and the court noted those occasions where Goodman did not respond at all.  This was not done out of negligence but was presumed to be the appropriate response when no response appeared necessary.

   Goodman wishes to end this matter as quickly as possible.  None of the filings Goodman has entered have been intended to do anything other than that.  Goodman respectfully moves the court to withhold entry of any order requiring him to seek leave to file in this matter.

Signed this 10th day of February 2022

Respectfully submitted,

Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE - 2