Feb. 12, 2022

Hon. Stewart D. Aaron, Magistrate Judge     **VIA ECF**
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

SUBJ: <u>Motion for Leave to File a Supplemental Authority</u>

YOUR HONOR,

    The undersigned is the Plaintiff in this case, a non-attorney.

    In the spirit of Dkt. 358, Order to Show Cause, it may be appropriate to bring to your attention an ORDER of the U.S. District Court of the Eastern District Michigan directed at Jason Goodman, defendant, styled as:

    HON. GERSHWIN A. DRAIN, Feb.11, 2022, *Sweigert v. Goodman,* No. 22-cv-10002, ORDER ENJOINING DEFENDANT FROM CONTACTING COURT PERSONNEL AND FAMILY

    The above ORDER cites *Chambers v. NASCO, Inc.,* 501 U.S. 32, 43 (1991) and states, "Defendant is ENJOINED from contacting any Court staff, including but not limited to, the pro se Litigation Administrator, or their family members on their personal cellular or home phones."

    As the recent response to Dkt. 358, known as Dkt. 366, also cites *Chambers v. NASCO, Inc.,* this E.D. of Michigan ORDER (2/11/2022) may be an appropriate supplemental document for the Court's consideration. That ORDER (2/11/2022) is NOT attached to comply with the spirit of Dkt. 358. The undersigned would be happy to provide a copy of such ORDER (2/11/2022) if directed by the Court.

    The undersigned certifies under the penalty of perjury, that this filing is not unnecessarily duplicative or piecemeal; that the submission is not frivolous or made in bad faith or for any improper purpose, and that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully submitted and sworn on this twelfth day of Feb. 2022 (2/12/2022).

*D. Sw* (signature)

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

On Feb. 12, 2021, a copy of the above was sent to Defendant at truth@crowdsourcethetruth.org