```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D George Sweigert,

                Plaintiff,

    -against-

Jason Goodman,

                Defendant.

1:18-cv-08653 (VEC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    As set forth in the Court's December 15 and December 17, 2021 Orders, Defendant's deposition shall proceed under Court supervision on Tuesday, February 22, 2022 beginning at 10:00 a.m. Eastern time and shall be conducted via telephone. (*See* ECF Nos. 343 & 347.) The Court will host the deposition using the Court's conference line: (888) 278-0296 (or (214) 765-0479) with access code 6489745. The parties are reminded that only Plaintiff; Defendant; any counsel retained by Plaintiff and/or Defendant; and the stenographer retained by Plaintiff may attend the deposition. Earlier today, the Court emailed the parties the security code to access the conference.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

DATED:    New York, New York
                February 16, 2022

_____
STEWART D. AARON
United States Magistrate Judge