Feb. 16, 2022

Hon. Stewart D. Aaron, Magistrate Judge     <u>**VIA ECF**</u>
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

SUBJ: <u>Request for Cancellation of Deposition scheduled for 2/22/2022.</u>

YOUR HONOR,

    The undersigned is the Plaintiff in this case, a non-attorney.

    Dkt. 358, ORDER and Order to Show Cause, has left only two surviving statements of defamation *per se* in question, please see footnote 13 and 14 of page 9 of 23.

    With the Court's consent, Plaintiff would like to cancel the deposition scheduled for 2/22/2022. There is no longer a need to conduct a deposition concerning the Defendant's alleged actual malice concerning only statements 4 and 5 described in the ORDER (Dkt. 358).

    The undersigned certifies under the penalty of perjury, that this filing is not unnecessarily duplicative or piecemeal; that the submission is not frivolous or made in bad faith or for any improper purpose, and that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully submitted and sworn on this sixteenth day of Feb. 2022 (2/16/2022).

*/s/ D. Sweigert*

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

On Feb. 16, 2021, a copy of the above was sent to Defendant at truth@crowdsourcethetruth.org