Feb. 23, 2022

Hon. Stewart D. Aaron, Magistrate Judge      **VIA ECF**
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

SUBJ: Request for extension of time to comply with ORDER ECF 372

YOUR HONOR,

  The undersigned is the Plaintiff in this case, a non-attorney, that kindly requests a sixty (60) day extension to obtain the appropriate electronic evidence requested by ORDER 372. Relevant evidence is contained on two (2) laptop computers that are presently in storage in another state. It is estimated that it shall take at least 7 – 10 days to retrieve those laptop computers.

  Based on the undersigned's twenty (20) years' experience in the business management arena, and his education of a master's degree in information resource management issues, the level of rigor required by ORDER 372 will take several months to complete.

  The ORDER is asking for the coalescing of several different types of data into an omnibus summary spreadsheet. Each entry into such an executive "dashboard" may take 2-3 days to compile and organize. Based on the estimate of only ten (10) issues a time window of at least thirty (30) days would be required. Considering final polishing and editing would take another 7-10 days.

  As the Court is threatening sanctions for anything resembling piecemeal or amended writings, the *pro se* non-attorney should be given wide latitude to comply with the rigor demanded by the ORDER.

  Therefore, a full ninety (90) days is requested to prepare such documents.

  The undersigned certifies under the penalty of perjury, that this filing is not unnecessarily duplicative or piecemeal; that the submission is not frivolous or made in bad faith or for any improper purpose, and that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

| | | |
|---|---|---|
| Respectfully submitted and sworn on this twenty third day of Feb. 2022 (2/23/2022). | *D. Sgt* | D. G. SWEIGERT, C/O AMERICA'S RV MAILBOX, PMB 13339 514 Americas Way, Box Elder, SD 57719 Spoliation-notice@mailbox.org |

On Feb. 23, 2021, a copy of the above was sent to Defendant at truth@crowdsourcethetruth.org