**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022
```

D George Sweigert,

                              Plaintiff,

        -against-

Jason Goodman,

                              Defendant.

1:18-cv-08653 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Plaintiff's request for an extension of time to comply with the Court's February 22, 2022 Order (*see* Pl.'s Letter, ECF No. 374) is DENIED.

    Plaintiff filed this action more than three years ago and has had extensive time during discovery to explore his claims. By this juncture, Plaintiff should be intimately familiar with the claims upon which he has a basis to proceed to trial. As set forth in the Court's February 22, 2022 Order, Plaintiff is limited to claims he already has raised in this action and, thus, should not have to search far to identify them. Moreover, contrary to Plaintiff's assertion, the level of rigor required by the Court's Order is not onerous. Plaintiff is encouraged to follow the formatting example set forth in the Court's Order, which is indicative of the limited level of detail expected.

    In addition, the requested extension would unnecessarily delay the expected trial in this action. The parties should be ready for the trial to commence on **Monday, April 25, 2022**. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules several jury trials

to begin on each day of jury selection: a primary case and back-up cases that may proceed in its place if the primary case does not go forward.

Judge Caproni has requested the Clerk's Office to allocate a jury to her so that jury selection and the trial in this case can commence on or about **Monday, April 25, 2022**. The Court anticipates learning in the coming weeks whether the case has been scheduled for that day and whether it is a primary case or a back-up case. If trial in this matter cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. When the Court has additional information, it will inform the parties.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

DATED:	New York, New York
	February 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge