Feb. 24, 2022

Hon. Stewart D. Aaron, Magistrate Judge    **VIA ECF**
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

REF: 1:18-CV-08653-VEC-SDA, *D. George Sweigert vs. Jason Goodman*

SUBJ: Request for extension of time to comply with ORDER ECF 376

YOUR HONOR,

    The undersigned is the Plaintiff in this case, a non-attorney, that kindly requests an extra weekend to comply with your deadline.

    Presently ORDER 376 demands a March 18th, 2022 deadline. The undersigned kindly requests a delay to utilize the weekend for document preparation with parcel transportation to commence by close of business (COB) Monday, March 21st, 2022.

    Restated, by COB 3/21/2022 an overnight parcel will be sent to your attention, with estimated arrival on Wednesday, March 23, 2022 by Federal Express.

    The undersigned certifies under the penalty of perjury, that this filing is not unnecessarily duplicative or piecemeal; that the submission is not frivolous or made in bad faith or for any improper purpose, and that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully submitted and sworn on this twenty fourth day of Feb. 2022 (2/24/2022).

*D. S—/* (signature)

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

On Feb. 24, 2021, a copy of the above was sent to Defendant at truth@crowdsourcethetruth.org

1