USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D. GEORGE SWEIGERT,

                Plaintiff,

      -against-

JASON GOODMAN,

                Defendant.

18-CV-8653 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 22, 2022, Magistrate Judge Aaron ordered Plaintiff to file a letter with two charts, one with respect to his defamation claims and one with respect to his statutory right to privacy claims, by no later than Friday, March 18, 2022, Dkt. 372;

    WHEREAS on February 23, 2022, Plaintiff requested a 60-day adjournment of the March 18, 2022 deadline, Dkt. 374;

    WHEREAS on February 24, 2022, Magistrate Judge Aaron denied Plaintiff's request for an adjournment, Dkt. 376;

    WHEREAS on February 24, 2022, Plaintiff requested the Court to extend the March 18, 2022 deadline to March 21, 2022, Dkt. 377;

    WHEREAS on February 27, 2022, Plaintiff filed a motion for judgment on the pleadings, Dkt. 378;

    WHEREAS in his motion, Plaintiff stated that "with this motion the Plaintiff surrenders all his claims with regards to defamation and defamation *per se*, in favor of adjudication addressed by NYCRL Sec. 50 and 51, commonly referred to as the IRAN-CONTA coffee mug and tote bag issues," *id.* at 5; and

WHEREAS the Court construes Plaintiff's statement that he "surrenders all his claims with regards to defamation and defamation *per se*," *id.*, as a withdrawal of those claims.

IT IS HEREBY ORDERED that Plaintiff's defamation claims are DISMISSED with prejudice.

IT IS FURTHER ORDERED that the portion of Magistrate Judge Aaron's Order (Dkt. 372) requiring Plaintiff to file a letter with a chart outlining his defamation claims is VACATED.[1]

IT IS FURTHER ORDERED that Plaintiff's request for an extension of the March 18, 2022 deadline to submit a letter with the chart is DENIED.  As Magistrate Judge Aaron explained in his Order denying Plaintiff's first request for an extension, "Plaintiff should be intimately familiar with the claims upon which he has a basis to proceed to trial."  Order, Dkt. 376 at 1.  Moreover, as evidenced by his motion for judgment on the pleadings, it appears Plaintiff has little difficulty pulling together materials for the Court's consideration relatively quickly.  Given that "the level of rigor required by the Court's Order is not onerous," *id.*, Plaintiff should have no problem meeting the deadline.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendant and to note the mailing on the docket.

**SO ORDERED.**

Date:  February 28, 2022
New York, New York

                                         **VALERIE CAPRONI**
                                         **United States District Judge**

---

[1] The portion of Magistrate Judge Aaron's Order requiring Plaintiff to file a letter with a chart outlining his statutory right to privacy claims remains in effect.  The Court reminds Plaintiff that the filing should be limited to the one chart and that any text outside the chart will be disregarded by the Court.  Plaintiff must limit the chart entries to the level of detail provided in the hypothetical example in Magistrate Judge Aaron's Order.