UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. GEORGE SWEIGERT<br>  Plaintiff<br><br>vs.<br><br>JASON GOODMAN<br>  Defendant | CASE NO. 1:18-CV-08653-VEC-SDA<br><br>JUDGE VALERIE E. CAPRONI<br><br>MAGISTRATE STEWART D. AARON |

<u>NOTICE OF MOTION:</u>

<u>MOTION FOR VOLUNTARY DISMISSAL</u>

**MAY IT PLEASE THE COURT,** the *pro se* non-attorney Plaintiff hereby withdraws and surrenders all claims with regards to New York's Civil Rights Law (NYCRL) Section 50 and 51.

The undersigned certifies under the penalty of perjury, that this filing is not unnecessarily duplicative or piecemeal; that the submission is not frivolous or made in bad faith or for any improper purpose, and that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

| | | |
|---|---|---|
| Respectfully submitted and sworn on this twenty-eight day of Feb. 2022 (2/28/2022). | *D. S—* | D. G. SWEIGERT, C/O<br>AMERICA'S RV MAILBOX, PMB 13339<br>514 Americas Way, Box Elder, SD 57719<br>Spoliation-notice@mailbox.org |

On Feb. 28, 2021, a copy of the above was sent to Defendant at truth@crowdsourcethetruth.org

1