**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/01/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **D. GEORGE SWEIGERT**<br>   Plaintiff<br><br>vs.<br><br>**JASON GOODMAN**<br>   Defendant | CASE NO. 1:18-CV-08653-VEC-SDA<br><br>JUDGE VALERIE E. CAPRONI<br><br>MAGISTRATE STEWART D. AARON |

### NOTICE OF MOTION:

### MOTION FOR VOLUNTARY DISMISSAL

**MAY IT PLEASE THE COURT,** the *pro se* non-attorney Plaintiff hereby withdraws and surrenders all claims with regards to New York's Civil Rights Law (NYCRL) Section 50 and 51.

The undersigned certifies under the penalty of perjury, that this filing is not unnecessarily duplicative or piecemeal; that the submission is not frivolous or made in bad faith or for any improper purpose, and that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully submitted and sworn on this twenty-eight day of Feb. 2022 (2/28/2022).

*[signature: D. Sgt]*

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

On Feb. 28, 2021, a copy of the above was sent to Defendant at truth@crowdsourcethetruth.org

1

Plaintiff has withdrawn his New York's Civil Rights Law Section 50 and 51.  *See* Letter, Dkt. 380. Accordingly, those claims are hereby DISMISSED with prejudice.

All of Plaintiff's claims have now been dismissed.  *See* Order, Dkt. 379 (dismissing Plaintiff's defamation claims with prejudice).  This case is hereby DISMISSED.

The Clerk of Court is respectfully directed to terminate all open motions and to close this case.  The Clerk is further directed to mail a copy of this Endorsement to the *pro se* Defendant and to note the mailing on the docket.

SO ORDERED.

Date: March 1, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE