```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2022
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERRN DISTRICT OF NEW YORK

D. George Sweigert,
                      Plaintiff,
    -against-                      CASE: 18-cv-08653-VEC-SDA

Jason Goodman                      HON. VALERIE E. CAPRONI
                      Defendant.

**CORRECTED**
**NOTICE OF JOINT APPEAL**
**TO BE CONSOLIDATED WITH**
**APPEAL OF 20-CV-07269-VEC-OTW**
**(SEE ATTACHED)**
**FILED THIS DATE, 3/21/2022**

## Pro se Plaintiff hereby makes an APPEAL against ORDERS at ECF no. 379 and 381.

Hereby sworn under oath on this Twenty-first Day of March, 2022 (3/21/2022).

*[signature: D. Swt]*

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**

1

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically with pdf copies to all parties.

> Defendant
> JASON GOODMAN
> 252 7TH AVENUE APT 6S
> NEW YORK, NY 10001
> (323) 744-7594
> truth@crowdsourcethetruth.org

I hereby attest that the foregoing was transmitted via e-mail message March 21, 2022 (3/21/2022) under the penalties of perjury.

*D. Sgt*

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>   Plaintiff,<br><br>vs.<br><br>MULTIMEDIA SYSTEM DESIGN, INC.,<br><br>   Defendant | Case No.: 20-cv-07269-VEC-OTW<br><br>**NOTICE OF APPEAL**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/20/2022 |

Notice is hereby given that JASON GOODMAN, Movant-Appellant, Proposed Intervenor, Agent/Sole Shareholder for MULTIMEDIA SYSTEM DESIGN, INC., defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order issued February 22, 2022 (*See* 1:20-cv-07269-VEC-OTW ECF No. 156).

Signed this 20th day of March 2022

Respectfully submitted,

                _____
                Jason Goodman, Movant-Appellant, Proposed Intervenor, Pro Se
                                252 7th Avenue Apt 6s
                                 New York, NY 10001
                                   (323) 744-7594
                              truth@crowdsourcethetruth.org