# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand twenty-two,

_____

D. George Sweigert,

      Plaintiff-Counter-Defendant - Appellant,

v.

George Webb Sweigert, Robert David Steele, Steven S. Biss, Patricia Negron, Susan Holmes, AKA Susan Lutzke, Manuel Chavez, III, Marion Rapp, Nathan Stopman, Tyroan Simpson, AKA Frank Bacon, Marcus Conte, Adam Sharp, Steve Outtrim,

      Third-Party-Defendants,

Multisystem Design, Inc. (MSDI), a New York Chartered Corporation,

      Defendant,

Jason Goodman,

      Defendant-Counter-Claimant-Third-Party-Plaintiff - Appellee.

_____

**ORDER**
Docket Number: 22-682

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/23/2022

      A notice of appeal was filed on March 22, 2022. The filing fee of $505.00 was due to be paid to the district court by April 5, 2022. The case is deemed in default.

      Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

MANDATE ISSUED ON 06/23/2022

IT IS HEREBY ORDERED that the appeal is dismissed effective May 24, 2022 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*