UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.G. Sweigert<br>Plaintiff,<br><br>            -against-<br><br>Jason Goodman,<br>Defendant | PRO SE<br><br>18-cv-08653-VEC-SDA<br><br>District Judge Valerie E. Caproni |

NOTICE OF CORRECTION OF
NOTICE OF ~~DEFENDANT'S~~ PLAINTIFF'S SWORN STATEMENT TO
SUPPLEMENT DKT. 387

The *pro se* Plaintiff (undersigned) files these papers to allow the Court to take notice of a sworn statement.

April 15, 2023 (Tax Day) (04/15/2023)

*D. Swt* (signature)

D. G. SWEIGERT PRO SE ~~DEFENDANT~~ PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

CORRECTION

1