D. G. SWEIGERT, C/O, MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

June 19, 2023

<i>Sweigert v. Goodman, 18-cv-08653-VEC-SDA</i>

Honorable Valerie E. Caproni, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   Supplement to ECF no. 387

Your Honor,

1.   Attached is the recent decision of the U.S. Court of Appeals for the Second Circuit concerning Jason Goodman.

2.   Under the penalties of perjury, the undersigned asserts that this filing is not unnecessarily duplicative; (ii) that the submission is not frivolous or made in bad faith or for any improper purpose; and (iii) that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully,   Signed this Juneteenth Day, June 19, 2023 (06/19/2023).

*[signature: D. Swt]*

<b>D.G. SWEIGERT, PRO SE DEFENDANT</b>

CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Respectfully,    Signed this June 19, 2023 (06/19/2023).

*D. S⁀*    **PRO SE DEFENDANT**